# World's Most extreme Women's Weight Loss Solution

From the makers of **America's best selling weight-loss solution** - comes the world's most extreme women's weight-loss solution - AcaiBurn! This industrial-strength, professional-grade weight-loss solution includes a unique blend of 100% pure and natural Acai berries and clinically proven ingredients creating a formula that helps you lose weight fast. AcaiBurn delivers one of the most extreme fat-fighting formulas available today. **Order now and see for yourself!**

## Dare to date again.

Finding love is tough enough, never mind when you're overweight and without energy.

Time for **change**, time for **AcaiBurn**.





## How Will Your Lifestyle Change?

Can you see yourself now? You can only achieve what you truly believe in your own mind...

Imagine looking at yourself in the dressing room mirror and not recognizing the person looking back!

- See yourself in a swimsuit without a skirt...
- Visualize yourself at your next physical exam, proud to get on the scale.
- Picture yourself at a party, confident, secure and outgoing.
- Know you're improving your health while working on a sexy new you at the same time.
- Feel the energy you've been missing and the stamina to make it through each day without the exhaustion you have now.

## Why AcaiBurn?

- Feel healthy and vibrant
- Lose unwanted weight
- Hollywood's hottest diet
- Boosts energy levels
- Your friends will be so jealous
- Good bye one-piece...Hello Bikini
- Clinically proven ingredients





QUICK-LOSS ACAIBURN SECRET OF THE AMAZON
Live The Active Lifestyle Your Family Always Dreamed of

Kleimann
ATTACHMENT B (Landing Page) - 6

PI Exhibit 15 Page 01411

# What's In AcaiBurn?

Quick-Loss AcaiBurn - Fast Weight Loss That Works is a breakthrough new formula that combines the scientific research of the West with the amazing antioxidant power of the Acai Berry.

The average weight loss was 14.99 and 12.54 pounds with key ingredients (Garcinia cambogia extract, chromium polynicotinate and Gymnema sylvestre extract) in AcaiBurn vs. just 3.06 and 3.53 pounds with a placebo in two 8-week clinical studies. Both groups dieted and exercised. That means the key ingredients in AcaiBurn were found to help cause up to 450% **MORE WEIGHT LOSS** than dieting and exercising alone will get you

AcaiBurn also includes Acai Berry, which has been used for years throughout the Brazilian rain forests as a premium natural energy supplement which is known to boost energy.



Could It Really Be This Easy To Make **ALL** Your Friends Jealous... Increase Your Energy Levels To Where You Feel **HEALTHY** And **VIBRANT**.... And Boost Your Confidence So High That You Are Finally Wearing The Clothes You Truly Love?

## Frequently Asked Questions

- Are the testimonials real?
- When will I receive my package?
- What if it doesn't work?
- How do I contact you if I need assistance?
- Will I be billed if I decide to keep my Trials?
- How can I be sure that my information is safe and secure?

### The Diet Industry Is Cheating Everyone In America Who Is Trying To Lose Weight

They do this in two different ways. First of all, they sell us millions and millions of dollars worth of prescription drugs, pills, diets, meal replacement shakes, etc. that are almost worthless. What's more, **they attempt to keep us from finding out about effective, cheap ways to lose weight...** without spending a lot of money.

So if you've been whipping yourself for being lazy or not having enough will power or anything of the sort then **you can give yourself a break.** That doesn't mean you should just shrug it off and roll over in defeat, justifying your weight by saying 'it runs in the family' or you are 'big boned.' You could be **LAUGHING AT WEIGHT PROBLEMS** and enjoying the sort of beautiful, slim, stunning body you've always wanted... if you follow my simple system.

**What is this system?** Well, you may have seen it on AOL.com. Or perhaps you've heard about it on CNN's website, or from countless articles. Believe me, if you want to get healthy and lose weight, increase your energy and get back into your favorite jeans, **this old weight loss secret from Brazil is the way to do it:**

- Without starvation
- **Without impossible diets**
- Without low energy
- **Without gadgets or joining expensive "programs".**
- Without leaving the privacy of your home.

And best of all, **this fast and effective weight loss solution was designed with you in mind.** However, before I go into that let me expose the reason why the odds have been stacked against you until now. Then I will introduce you to the 400 year old weight loss system that has helped Chinese men and women stay so slim.









**Free Yourself, Love Shopping for your Sexy New Shape**
Are you tired of wearing dark, loose fitting clothes? Quit hiding!!! It's time to reinvent your wardrobe. AcaiBurn along with a balanced diet and exercise will help you drop the pounds fast!

Kleimann ATTACHMENT B (Landing Page) - 7

PI Exhibit 15 Page 01412



From the desk of *Julie Parks*

Dear Struggling Dieter,

If you've tried diet after diet after diet after diet and still been unable to lose weight, it's probably **NOT YOUR FAULT**. If you've tried everything you hear about on TV and read in magazines but haven't been able to make it work, or your weight goes up and down like a yo-yo as a result of the different diets and pills you've used, here is what I am writing to tell you.....

# The Diet Industry Is Cheating Everyone In America Who Is Trying To Lose Weight

They do this in two different ways. First of all, they sell us millions and millions of dollars worth of prescription drugs, pills, diets, meal replacement shakes, etc. that are almost worthless. What's more, they attempt to keep us from finding out about effective, cheap ways to lose weight... without spending a lot of money.

So if you've been whipping yourself for being lazy or not having enough will power or anything of the sort then you can give yourself a break. That doesn't mean you should just shrug it off and roll over in defeat, justifying your weight by saying 'it runs in the family' or you are 'big boned.' You could be LAUGHING AT WEIGHT PROBLEMS and enjoying the sort of beautiful, slim, stunning body you've always wanted... if you follow my simple system.

What is this system? Well, you may have seen it on **AOL.com**. Or perhaps you've heard about it on **CNN's** website, or from countless articles.

Believe me, if you want to get healthy and lose weight, increase your energy and get back into your favorite jeans, **this weight loss secret from Brazil is the way to do it:**

- **Without starvation**
- **Without impossible diets**
- **Without low energy**
- **Without gadgets or joining expensive "programs".**
- **Without leaving the privacy of your home.**

But the true power of AcaiBurn comes from its clinically proven ingredients (Garcinia cambogia extract, chromium polyniconate and Gymnema sylvestre extract).

And best of all, this fast and effective weight loss solution was designed with you in mind. However, before I go into that let me expose the reason why the odds have been stacked against you until now. Then I will introduce you to the weight loss system that has helped Brazilian men and women stay so slim.

**DIRECTIONS:** As a dietary supplement, take 1 capsule of AcaiBurn 2x per day, approximately 30 to 60 minutes before your morning and afternoon meals. Consume at least six 8-oz. glasses of water per day. Read the entire label before use and follow directions. Do not exceed 2 capsules in a 24 hour period. Do not take within 3 hours of bedtime.



Kleimann ATTACHMENT B (Landing Page) - 8

## "Diet Formulas" To Avoid
### Why Most Diet Systems Don't Really Work

Up until now, all the diet formulas have been, at best, disappointing, at worst, outright frauds. Many cause major side effects and untold damage to your health. In a nutshell, most promotional diets fall into three categories, all of which you should stay away from, because they can be hazardous. And stacking back any weight you lose as a result is almost a certainty.

**The first kind is cheap drugstore pills which fall into three categories:**

**a) The appetite suppressant which reduces your hunger and makes you eat less.** Not only is this unnatural, but eventually it causes your body to 'snap' and binge eat. What's more when you radically decrease your caloric intake it actually slows down the burning of fat because your body gets scared and goes into survival mode, turning every little morsel it gets into fat. What's worse, when you go off your starvation diet, your body will overcompensate and the "starvation response" will continue which basically means you usually end up gaining back more weight than you have temporarily lost. **DO NOT BE FOOLED BY THEIR SLICK MARKETING.**



**b) The starch, fat or carbohydrate blocker.** The advertising for these little pills really play on your emotions because they tell you it's possible to consume all sorts of fattening food like pastries and pizzas without gaining any weight. How? They claim to be able to separate the fat and zip it through your body without any of it "sticking." Yeah, right. Many people experience horrific side effects such as diarrhea, sick stomachs or blinding headaches. However the worst part of all is the myth these pills perpetuate actually encourages people to establish bad eating habits. **AVOID THESE BLOCKERS AT ALL COSTS!**



**c) The metabolism booster** (otherwise known as the "thermogenic" pill) is the most dangerous of all because they often contain ephedrine (otherwise known as ephedra or mua hung) which is extremely dangerous, as it is a very strong stimulant which puts untold amounts of pressure on your heart, especially when you are reducing calories. It also contains massive amounts of caffeine and causes intense energy ups and downs, insomnia and mood swings. Many people get addicted to them because they "cheat" by adding diuretics, which quickly knocks off the "water weight" and cause dehydration which can weaken muscles including your heart. The scales may say you have lost weight as a result, but in reality no fat has been lost just water. **SAY NO TO THEM.**



The second kind is meal replacement shakes. These claim to have all the nutrients that you would get in a proper healthy meal. However often they are higher in sodium which is known to raise your blood pressure and zap moisture from your muscles and organs. Common sense tells you this can't be good for you. What's more, many people also find they feel like they have skipped a meal so they end up eating extra for their next meal to make up for it. STAY AWAY FROM THEM.

The third kind is fad diets such as the South Beach Diet, The Atkins Diet, The Hollywood Diet, The Grapefruit Diet, the Low Carb Diet, the Cabbage Soup Diet and dozens of others you may have heard of. Dozens of new fad diets pops up every year and they can deliver fast, although temporary results. However, just about everybody who uses them "binge eats" – at some point they get so sick and tired of eating in such an unnatural way that their sense of deprivation kicks in and they start pigging out. For instance, you may go a few days following your plan and then something just 'snaps' inside of you and you scoff down a few burgers and a quarter of a tub of ice-cream. DO NOT WASTE YOUR TIME ON THESE UNPROVEN FADS.








Kleimann ATTACHMENT B (Landing Page) - 9

PI Exhibit 15 Page 01414

## Your BIGGEST Questions Answered



The Honest Answers To Your Biggest Questions About Acai Burn, Why I'm Giving Away Trials At My Risk, Why I'm Backing Up My Claim With A Money Back Guarantee... Why Everyone In Hollywood Is Raving About This Unique Weight Loss System... And Why It Could Work For You Even If You've Tried And Failed Virtually Every Diet In Existence

Q. What makes Acai Burn different to everything else I've tried which has failed?

A. The sad truth is the diet industry has been cheating honest, sincere Americans out of their money for years. That's why despite the fact our country now has more gyms, potions, pills and prescription drugs than ever before, we are becoming a fatter and fatter nation every year.

Acai Burn is different for two very good reasons:

#1. Scientific Research of the West

The average weight loss was 14.99 and 12.54 pounds with key ingredients (Garcinia cambogia extract, chromium polyniconate and Gymnema sylvestre extract) in AcaiBurn vs. just 3.06 and 3.53 pounds with a placebo in two 8-week clinical studies. Both groups dieted and exercised. That means the key ingredients in AcaiBurn were found to help cause up to 450% MORE WEIGHT LOSS than dieting and exercising alone will get you.

#2. The amazing antioxidant power of the Acai Berry

Dr. Nicholas Perricone rated the Acai Berry as the #1 superfood in the world on the popular daytime talk show. Not only is Acai exploding with flavor, it's also a rich source of antioxidants. Studies have shown it is one of the most nutritious and powerful foods in the world.

Used on their own, each one of these potent formulas is incredibly powerful. But combine them together and they're pure dynamite – which is why Acai Burn is quickly gaining a reputation of what could be the most powerful fat fighting formula in the entire world.

Q. And nobody else has ever created a product anything like this?

A. NO, NOT TO MY KNOWLEDGE. Many other companies have put one of these elements together, but nobody has combined the two based on the scientific principles we have used – until now! You're going to love this!

Q. So how much weight can I expect to lose?

A. That's always the best question to ask! But it's a difficult one to answer:

FIRST, you know it's impossible for anyone to make a guarantee or promise of the exact amount of weight YOU WILL LOSE... that's not how we work. Never have, never will... Nobody can ever promise you the amount of weight you will lose as a result of any weight loss plan – and if they do – you should run a million miles because they are NOT telling you the truth. Is this clear to you? GOOD! However having made this point – you should also be aware the potential to lose weight faster than ever is definitely here!

Q. So if Acai Burn is so good, why are you offering your limited trial?

A. Everyone knows you don't get anything for free in this world, right? And I know it's hard to believe I would be willing to give you a 1 month supply of the amazing Acai Berries in pill form for just the small cost of shipping.

But there's a self serving reason behind my madness. You see, I know AcaiBurn works so well that many people who take advantage of this trial will continue to purchase it for many months to come. If I'm right and my marketing test is successful, then I'll make thousands of dollars as a result of making this offer.

Q. And you're also offering a 60 day money back guarantee in case it doesn't work?

A. Absolutely! And it's easy to see why:

This product works. In fact, it works so well that I'm almost certain you'll be satisfied. And I don't think you should have to decide anything until you first experience for yourself the sort of difference it can make to your life.

That's right!

Everybody else says, "Buy from me. Give me your money." I'm saying, do the opposite. Let me allow you to evaluate the difference this makes to your waistline before you spend a cent.

You must be happy and satisfied...If you are not satisfied, simply return the unused servings within 60 days of the date of shipment to you for a FULL MERCHANDISE REFUND.



Hollywoods HOTTEST DIET

Kleimann ATTACHMENT B (Landing Page) - 10








## 7 Bogus Claims to Watch Out For

can understand if you're skeptical. If you're like most people I know, you've no doubt come across dozen of scams and rip offs in your search for your weight loss solution.

Chances are, you've either been marketed to or victimized by a weight loss scam product that promised one or more of the following claims. No weight loss product, not even the Acai Weight Loss System can deliver these kinds of results.

**Claims that a product can:**

- Cause weight loss of two pounds or more a week for a month or more without dieting or exercise
- Cause substantial weight loss no matter what or how much the consumer eats
- Cause permanent weight loss (even when the consumer stops using the product)
- Block the absorption of fat or calories to enable consumers to lose substantial weight
- Safely enable consumers to lose more than three pounds per week for more than four weeks
- Cause substantial weight loss for all users
- Cause substantial weight loss by wearing it on the body or rubbing it into the skin

You want a diet solution that has been tried by thousands of Americans, and can ACTUALLY boost your chances of weight loss success, because many of our customers you've seen featured on our page have reached their goals.

Not only that, but I don't think you should have to decide anything until you are completely satisfied. That's right. Everybody else says "Buy from me. Give us your money." I'm saying, do the opposite. Let me allow you to see the results for yourself before you buy my product. You must be 100% satisfied. If not, I don't want to keep the money you paid for Quick-Loss AcaiBurn - Fast Weight Loss That Works.

**What You Need to Know About Bogus Weight Loss Claims** (Before You Get Scammed!)

Every year, advertising regulators sue dozens of companies that grossly misrepresent what their product can do. False claims are ESPECIALLY prevalent in the weight loss industry, and they cost consumers millions in empty promises year in and year out. Below are the 7 advertising regulation "Red Flags" that NO weight loss product should be making. If you've ever bought from a company that made one or more of these claims, you probably got burned.



Kleimann ATTACHMENT B (Landing Page) - 11

PI Exhibit 15 Page 01416

### Why AcaiBurn?

- Feel healthy and vibrant
- Lose unwanted weight
- Hollywood's hottest diet
- Boosts energy levels
- Your friends will be so jealous
- Good bye one-piece...Hello Bikini
- Clinically proven ingredients






## Advertising Regulation Red Flags

*"A claim is too good to be true if it says the product will..."*

- Cause weight loss of two pounds or more a week for a month or more without dieting or exercise
- Cause substantial weight loss no matter what or how much the consumer eats
- Cause permanent weight loss (even when the consumer stops using the product)
- Block the absorption of fat or calories to enable consumers to lose substantial weight
- Safely enable consumers to lose more than three pounds per week for more than four weeks
- Cause substantial weight loss for all users
- Cause substantial weight loss by wearing it on the body or rubbing it into the skin

If you think these are ridiculous, and can't understand how anyone would believe that a product could allow you to "eat whatever you want, as much as you want, and still lose weight", you'd be surprised what's out there.

Here are a few of the current weight loss gimmicks and also the not-so-shocking "truth" about them.
The "Diet Patch"

Transdermal delivery of medication is real, and there are certain drugs that are absorbed readily through the skin. However, the most common active ingredient used in diet patches on the market is something called "fucus vesiculosus," a seaweed that is a major source of iodine. Iodine was once a treatment for obesity, as it helps promote healthy thyroid function. It was abandoned due to side effects and the as well as post side effects when treatment with iodine ceases. So it's basically an outdated treatment being revived for delivery in a new package – and get this: aside from it having nasty side effects, the patch concept makes the ingredient utterly useless.

*"Wash away your fat away with Slimming Soap"*

The claim states a "specially formulated" soap contains a unique blend of ingredients derived from some plant which will "emulsify" the fat. Further, it comes in several different versions, including one which is specifically meant to give you "beautiful thighs." Looking at the ingredients, the soap sounds like it would do an alright job of softening and toning the skin, but there's not a shred of evidence that shows the soap can provide any weight loss benefit in the slightest.

**Magnetic weight loss... Earrings**

That's right, earrings. According to the sales copy, it's another "incredible break-though discovery" that has to do with balancing the magnetism in the body. By wearing a magnet near the ear, you can suppress hunger and increase metabolism, speed up the healing process, and reduce pain. While magnets may contribute to some beneficial effects, there is no evidence to state they contribute to weight loss.

All of these new weight loss discoveries are dodgy. If it sounds too good to be true, remember, it probably is. The tried and true only gimmick to weight loss is to eat right and move more. That's why we created the Acai Weight Loss System.

If YOU want to lose weight fast, and have a degree of dedication backing your efforts, we're going to show you a simple way to adjust your diet to be more sensible and work exercise into your busy schedule so that you hardly even notice you're losing weight until you start receiving compliments about your sexy new body!

Kleimann
ATTACHMENT B (Landing Page) - 12

## What's In AcaiBurn?

Quick-Loss AcaiBurn - Fast Weight Loss That Works is a breakthrough new formula that combines the scientific research of the West with the amazing antioxidant power of the Acai Berry.

The average weight loss was 14.99 and 12.54 pounds with key ingredients (Garcinia cambogia extract, chromium polyniconate and Gymnema sylvestre extract) in AcaiBurn vs. just 3.06 and 3.53 pounds with a placebo in two 8-week clinical studies. Both groups dieted and exercised. That means the key ingredients in AcaiBurn were found to help cause up to 450% **MORE WEIGHT LOSS** than dieting and exercising alone will get you

AcaiBurn also includes Acai Berry, which has been used for years throughout the Brazilian rain forests as a premium natural energy supplement which is known to boost energy.

### Here's How You Can Start Your Weight Loss Journey IMMEDIATELY At Our Risk!

**Listen:** Up until now, most weight loss products have been, at best, disappointing, at worst, outright frauds. And even though all the facts and case studies on this page speak for themselves, the reality is if you're like most people I know you've probably been disappointed and victimized by fad diets, cheap drugstore pills, meal replacement shakes, diet experts and diet books in the past. So I can understand if you're still skeptical.

That's why, if you qualify, We're NOT GOING TO ASK YOU TO PAY FOR IT until you've had the chance to put it to the test for yourself and see with your own eyes what it can do for you.

In our opinion, you can't possibly understand just what it's like to...

- Look in that dressing room mirror and not recognize the person staring back at you
- Go to a party confident, secure and outgoing knowing your new body looks great
- Or jump into a swimsuit you once thought you'd never fit into

... until you've lost weight through Quick-Loss AcaiBurn - Fast Weight Loss That Works with the power of Acai at its core. And I don't think you should have to decide anything until you first see for yourself what a difference this amazing system can make to your life. So, I want you to let me take the risk for a change.

### That's right!

Everybody else says "Buy from me. Give us your money." I'm saying, do the opposite. Let me allow you to evaluate the results before you invest a cent. The only thing I ask is that you cover the small cost to ship it straight to your door.

If you don't like it, simply send it back before the trial period ends and you will never be charged. You're covered by my Iron-Clad 60 Day Money Back Guarantee too, so you can take up to 8 weeks to decide if it's the right solution for you.



At AcaiBurn, we are committed to providing our customers with research tested products that can help people improve their lives as part of an ongoing diet and exercise plan. That's what makes us different from other companies that claim unproven, untested and unverified "miracle results" from the Acai Berry and Acai extract.

As part of our determined effort to help our customers change their lives for the better, we'd like to tell you what to look out for when evaluating companies that are trying to market their Acai based products.



**1. Any company that claims the Acai Berry alone will cause you to lose weight.** The Acai Berry can be a powerful part of an overall weight loss program, but it is not a one-shot diet pill. Use of the Acai Berry should always be accompanied by a sensible diet and healthy exercise. AcaiBurn contains the antioxidant power of the Acai Berry, but also includes a blend of additional research-backed active ingredients that when used as part of an overall lifestyle initiative, can help you lose weight faster than diet and exercise alone.

**2. Any company that claims THEIR PRODUCT has been endorsed by Oprah Winfrey or any other celebrity.** While Oprah has discussed the potential benefits of the Acai Berry on her program, she has not endorsed any specific Acai-based product. Celebrities use Acai as a natural health enhancer, but again, if you come across a company who tried to convince you that Rachael Ray or any other celebrity endorse their product, look the other way.



**3. Any company that claims the Acai Berry can enhance sexual desire, cure cancer or stop male pattern baldness.** The Acai Berry is a nutritious source of vitamins, minerals and antioxidants but it is not a "magic pill." If the company you are considering purchasing an Acai Berry product from seems "too good to be true," it probably is.

At AcaiBurn, we believe that an informed consumer is the best client we can have. That's why we are always willing to answer any questions you may have about AcaiBurn or any other product we sell. Our products are also backed by a risk free guarantee. We use high quality ingredients, formulated and pressed at an FDA-registered facility in order to help your overall lifestyle improvement goals. We sell a high quality supplement product, but we are not in the business of providing miracles.

Acaiburn is comprised of a blend of research-proven key ingredients that can help you lose up to 4.5 times the weight than diet and exercise alone, along with the antioxidant power of the Acai berry. Don't be fooled by all the hype - the Acai berry has amazing benefits, however if you want to really crank up your weight loss success, put AcaiBurn in your diet and exercise plan and you'll be well on your way to achieving your weight loss.

## However, There is Just One Little Catch!

As you've seen from the examples and documented research on this page, many people believe Quick-Loss AcaiBurn - Fast Weight Loss That Works is the most powerful fat fighting formula in the entire world. It is effective. Many people use it. And this slimming secret has been used in Brazil for hundreds of years.

However, I am not making this risk-free trial available to everyone. Why? Because this is the time of year when stock is running low, and I want to make sure that only those who may be able to reap the greatest benefit from our AcaiBurn and this incredible weight loss system receive the remaining stock.

Best Of Luck,
Together We Can
Accomplish Anything.



*Julie Parks,*

### Please Enter Your Details Below To See If You Qualify For One Of Our Trials



| First Name: | | Current Weight: | | lbs. |
| --- | --- | --- | --- | --- |
| Goal Weight: | lbs. | Height: | 4 ft 6 in | |
| Gender: | ○ Female  ○ Male | Year Born: | 1990 | |

We value your privacy.
All information is 100% secure.

**CLICK HERE TO SEE IF YOU QUALIFY FOR THE ACAIBURN TRIAL**

*If you are under 18, you will not qualify

Home | Terms & Conditions | Advertising Practices & FTC Policy Compliance | FAQ's |
Affiliate Agreement | Privacy Policy | Contact Us | Opt-Out | Value

Kleimann ATTACHMENT B (Landing Page) - 14

Kleimann
ATTACHMENT B (Order) - 15

**WARNING... The AcaiBurn System was not created for those people who only want to lose a few measly pounds. The AcaiBurn System was created to help you achieve the incredible body you have always wanted... USE WITH CAUTION!**

QUICK-LOSS AcaiBurn

# Special Offer!

Start — Delivery — Finish
Bonus Gift
For Orders Placed Before
Friday January 22

*WARNING: Our trials are going at an average rate of over ONE PER 30 SECONDS!*
***These trials are going FAST, get yours before it's too late!***

## You are just **one step** away from your **AcaiBurn** trial!

*(You only pay a small fee of $4.95 for shipping)*
*(Thats about the same price as your morning coffee, for **14 full days** of weight loss)*

This is not a tiny sample, you will get a full month supply to try in your home for the next two weeks before being asked to pay for it! That's how sure we are **you're going to love the results** and the support you get from AcaiBurn from **the first day!**

AS SEEN ON

McAfee SECURE
TESTED 21-JAN



