# For Our **Most Valued** Customers **Only**

*Available **only** to those who qualified for one of our **trial packages**.*
*We apologize for any inconvenience.*







## GUARANTEED SAFE AND SECURE

AcaiBurn will safeguard your personal credit information. All transactions are encrypted with powerful Secure Sockets Layer (SSL) encryption technology. SSL encrypts your credit card number, name, address, and telephone number before they travel over the Internet. This makes doing business over the Internet as secure as the telephone.

**Fraud Protection Guaranteed**

**GUARANTEED SECURE SAFE TRANSACTIONS**

The owner of Quick-Loss AcaiBurn - Fast Weight Loss That Works negotiated with some of the Worlds leading fitness and nutrition experts to bring our preferred customers some of the most cutting-edge and valuable weight loss information available today. You will automatically receive an All-Access pass to this information immediately upon completion of this final step.

These bonuses you get today with your order also come with a fourteen-day (Insider Secrets Expert Tips Package Trial) and twenty-eight day (Comprehensive Weight Loss eBook Package Trial) period. Our world-class experts want you to be satisfied with their guidance and services before being asked to pay for them. If you're happy, do nothing. You're billed just three dollars twenty-four cents and seven dollars and fourteen cents once each month unless you cancel. Past charges for bonuses are non-refundable, however cancellation is easy and immediate by calling the number on the confirmation page which you'll come to after this order page. Remember, don't continue to pay unless you're 100% happy and satisfied!

See Terms and Condition for full details.

### I've Tried Everything To Lose Weight And Nothing Has Worked. Why Should I Trust You?

I can understand if you're skeptical. If you're like most people I know, you've no doubt come across dozens of scams and rip offs in your search for a weight loss solution.

And I don't think you should have to decide anything until you are completely satisfied. That's right. Everybody else says "Buy from me. Give us your money." I'm saying, do the opposite. Let me allow you to see the results for yourself before you buy my product. You must be fully satisfied. If not, I don't want to keep your money you paid for my AcaiBurn.



### Try Our Premium AcaiBurn Completely Risk Free!

If between now and the next 60 days, you can honestly say the AcaiBurn you purchased did not help you lose weight, or if for any reason you just don't need it, simply send it back for a refund.

I've have taken all of the risk off of your shoulders.

Stripped to the bare essentials - either you lose weight, or your money back. Again all the risk is on me here so go ahead and take this offer while it's on the silver platter. If you choose it's not for you, just return it for a refund. No hard feelings (* all bonuses and shipping fees are non-refundable)

### Fast & Effective Weight Loss!
*AcaiBurn* has helped **countless** people **lose weight** so far... and it could help **you** next!

### Quick-Loss AcaiBurn - Fast Weight Loss That Works Pays For Itself Many Times Over

Drugstore pills, meal replacement shakes and fad diets can cost you hundreds of dollars every month. What's more, they're not natural and they certainly don't come with a an international track record of helping an entire nation lose weight.

But AcaiBurn tea will cost you less than two dollars a day. In fact if you can find any natural and organic product at a better price which has helped countless people all over the world lose weight, I'll eat my shirt.

Kleimann ATTACHMENT B (Order) - 16



## Frequently Asked Questions

- Are the testimonials real?
- When will I receive my package?
- What if it doesn't work?
- How do I contact you if I need assistance?
- Will I be billed if I decide to keep my Trials?
- How can I be sure that my information is safe and secure?



**We Know You're Going To Be The Next Success Story In Our *AcaiBurn* Weight Loss Hall of Fame!**

### Pick Your **Discount Offer!**

| | | | |
|---|---|---|---|
| ○ | **Trial Offer** | Regular: $39.99 Now: **$0.00 (Plus Shipping)** | |
| ○ | **Buy 2 Get 1 Free** | Regular: $129.99 Now: **Only $120** | $40 per Bottle Save $120! |
| ○ | **Buy 3 Get 2 Free** | Regular: $299.99 Now: **Only $180** | $36 per Bottle Save $220! **BEST DEAL!** |

### AcaiBurn - The Sneakiest Way To Lose Weight
### And Still Eat The Foods You Love

  

### Fully Secure Order System

We here at AcaiBurn know the risks associated with inputting your credit card data online. It is because of these risks that we are at the forefront of providing the most secure shopping experience on the internet today by using such technology as:

 **128-bit Secure Socket Layer Encryption**
Your private information is encoded and encrypted 128 times over, so there is absolutely no way anyone unauthorized can see your private data.

 **HackerSafe™ Technology**
Using the highest government standards available, HackerSafe scans every aspect of AcaiBurn.com using a 6-step security process. This ensures that hackers never have the opportunity to "break" into this site.

 **Tested and Certified Daily**
AcaiBurn.com is also tested and certified daily to pass the Credit Card Industry Security Standard requirements of Visa and MasterCard. These tests are designed to ensure purchasing over the internet is even safer then in traditional stores where your card is "swiped".

For a little less than two dollars a day, you will have at your disposal the "secret weapon" to fighting fat that has kept an entire nation slim for centuries. Combined with the Quick-Loss AcaiBurn - Fast Weight Loss That Works that is packed with top expert diet and exercise guidance, there will be nothing that can stop you from reaching your goals. Billing occurs as just one convenient fifty-nine dollar and ninety-five cent monthly charge (two dollars/day) to the same card as you're using today, and it's fully refundable if you ever become dissatisfied with the product at any time within our Iron-Clad 60-Day Money Back Guarantee period.

Also, because you've qualified for a trial, you get a special two full weeks (from the time it arrives, not from today) to evaluate our proven System for yourself before you are ever billed for the first month's supply. Cancellation is easy. Just send the AcaiBurn back before your trial period is up to never be charged, or if you decide to keep it and try it out for the full month, you're still 100% covered by our industry famous Iron-Clad 60-Day Money Back Guarantee (Even if you only have one capsule left, we'll still give you the full cost of the bottle back to your account. No one else offers this level of guaranteed satisfaction, but then again, no one else is as confident in the effectiveness of their product either.) And along with your preferred customer membership, we'll autoship a fresh 3 month supply to you every 90 days for as long as you like (even after the "out-of-stock" sign goes up to new customers).

Kleimann ATTACHMENT B (Order) - 17



but then again, no one else is as confident in the effectiveness of their product either.) And along with your preferred customer membership, we'll autoship a fresh 3 month supply to you every 90 days for as long as you like (even after the "out-of-stock" sign goes up to new customers).

## Yes, Send My Risk-Free AcaiBurn Right Now!

**I'm ready to start without risk right now.** I know that each day I wait, I am missing out on potential weight loss and essentially wasting my time. What's better, I really appreciate that your offer is a risk-free trial and that you also have a full satisfaction guarantee!

**Your offer has energized me and I want to get started instantly.** Please give me all of the necessary tools to finally feel great about the way I look. You have convinced me that this offer is the right fit for me. I want to start my journey to a new me!

I have no doubt that you 'walk your talk' and you're living proof that through the use of AcaiBurn and the included diet and exercies routines, I can be well on my way to not only losing weight by leading a healthy lifestyle for many years to come! I can easily model your success, and you've removed all the stumbling blocks to my success for me.

I am totally confident that I will make this supplement work for me, and I can potentially escape all the burdens of being out of shape and overweight.

You have laid down a step-by-step program, and have even gone as far as to remove all the impending roadblocks to success so that I can take the first step right now. This is an amazing breakthrough, and I can't wait to take back control of my life. Finally, weight loss with a big smile!

Furthermore, I understand that because of legal issues, no weight loss promises are made, and my success cannot be legally guaranteed. All results represented are not typical, and the degree to which I succeed is up to me.

I know that you will promptly ship my trial of AcaiBurn... and... everything I need to succeed on a massive level and potentially get back into amazing shape, will be made available to me the minute my package is delivered!

On that basis, I'm taking a positive step towards my healthy future by ordering your trial offer and only paying $4.95 for shipping. Thank you for making this special reduced price available to me today!



### SECURITY INFORMATION
The product is risk-free to try, all we ask is that you pay for Shipping & Handling.
Your Trial + Shipping: $4.95

**WARNING:** Our trials are going at an average rate of over ONE PER 30 SECONDS! These trials are going FAST, get yours before it's too late.

## Your Trial Information
**Offer Details:** When you order today you'll be signed up as a member of our exclusive preferred customer club. You will be billed $4.95 for the shipping of your Use 14 day trial, then once you choose to continue losing weight with the AcaiBurn System the low member price of only $79.95 per month for every month. (Shipped as a fresh, 3 month supply every 90 days.) And remember, there's never any obligation — you can cancel your membership at any time by calling 866-989-8945. You have also unlocked your fourteen-day and twenty-eight day trial to the celebrity-proven Insider Secrets Tips package and the Comprehensive Weight Loss eBook package for just $6.95 and $8.95 a month thereafter (shows as "Web Access" and "Membership"), should you choose not to cancel. Prior charges for bonuses are non-refundable but subscription can be cancelled and future charges stopped at any time. To cancel, call toll-free 866-989-2685 for Insider Secrets and 1-800-989-5907 for the eBook package. Orders outside of US pay an additional $9.95 for shipping. **No obligation, CANCEL ANYTIME!** All bonus offers come with a monthly newsletter.

## Your Trial Review
Your trial is estimated to arrive on Jan 28, 2010.

| Items Requested | Today You Pay | Quantity | Subtotal |
|---|---|---|---|
| **AcaiBurn**<br>AcaiBurn Trial (14 Days)<br>AcaiBurn 12-Week Success Guide<br>Incredible Secrets of AcaiEdge and Weight Loss | $0.00 | 1 | $0.00 |
| Shipping & Handling (5 - 7 Days) | | | $6.95 |
| AcaiBurn Promotion! | | | -$2.00 |
| Your Trial + Shipping Total: | | | $4.95 |



**Please Note:**
We only accept credit cards
VISA MasterCard
GUARANTEED SECURE SAFE TRANSACTIONS

**Shipping Payment:**
Credit Card Number:
Please do not use spaces or hyphens
Card Type: Select Card
Expiration Date: 01 / 2008
CVV/Security Code:
(what is this?)

**Confirm Order**
SEND MY RISK FREE TRIAL NOW!

Kleimann ATTACHMENT B (Order) - 18



Kleimann
ATTACHMENT B (Confirm Order) - 19

Dear ,



Thank you for completing your order! We will ship the AcaiBurn system to you as soon as possible.

We want to assure you that you have made the right decision. Soon, you may be able to fit into your skinny jeans again and feel confident on the beach in a new bikini! The AcaiBurn system has worked for thousands of people from coast to coast – and now you can find out if it is the right way for you to lose weight!

In fact, we believe that the next time we hear from you it will be when you write us about your AcaiBurn success story! So tell us your stories. Let us know how you looked great at your friend's wedding, or how much more energy you have. Tell us about your new wardrobe or the hottie that just checked you out. We want to know all the juicy details!

## Become An Acaiburn Success Story And Earn $1,000

### How To Win $1000 With AcaiBurn?

At AcaiBurn, we stand behind our product and want to do everything we can to make sure you stick to the full AcaiBurn system until you've lost all of the weight you can. That's why we want to reward you for your success! If you use AcaiBurn and lose weight, we want to hear from you. Simply send us before and after pictures of yourself with a written testimonial telling us how you used the AcaiBurn system to lose the weight so your experience can inspire others. If we decide to use your story, we will contact you that day – and provide you with $1,000 that you can use to buy a new wardrobe for your incredible new body! So, remember, stay motivated and keep using the AcaiBurn system - and you could earn $1,000!

### When Will I See Results? Your 12 week guide to your new body.

**After two weeks.** Your body has started to adjust and is rewarding you with an overall sense of wellness. You may not see substantial weight loss effects at this point, because your body's initial reaction to a new lifestyle is to hoard fat.

**After four weeks.** Your body will have now adapted to your new lifestyle and you should start losing weight. You may start looking forward to stepping on the bathroom scale again.



**After two months.** You should start getting comments from your friends about how great you are starting to look. Some may even be jealous! You should now really start to lose weight fast.

**After three months.** By this point, you may have hit your targeted weight and will be working on maintaining your new beautiful body. This is when you may be writing to us with a testimonial about how AcaiBurn has changed your life for the better.

### Frequently Asked Questions

**Does The AcaiBurn System Really Work?**
The AcaiBurn system has helped thousands of people lose weight and keep it off. Of course, results vary from person to person. The key to losing the most weight possible with the AcaiBurn system is to keep yourself motivated. Our active ingredients were shown in double-blind studies to help people lose weight up to 4.5 times faster than the group given a placebo. Both groups were put on a diet and exercise program, which should be part of any weight loss plan.



**How Long Will It Take To Get Results With AcaiBurn?**
This varies from person to person. Healthy weight loss is never instantaneous. You don't want to starve yourself when the goal is to look and feel healthy. Dropping weight too quickly can damage your cardiovascular system. Realistically, it will take your body some time to adjust to your new lifestyle. You may start feeling healthier in a matter of days, but it may take a few weeks before your weight loss results become obvious.

**How Long Will It Take To Get Results With AcaiBurn?**
This varies from person to person. Healthy weight loss is never instantaneous. You don't want to starve yourself when the goal is to look and feel healthy. Dropping weight too quickly can damage your cardiovascular system. Realistically, it will take your body some time to adjust to your new lifestyle. You may start feeling healthier in a matter of days, but it may take a few weeks before your weight loss results become obvious.

Kleimann ATTACHMENT B (Confirm Order) - 20


## Click here to Download your Free Coaching Program Now


## BONUS - Click here to Download your Beautiful Body Guide Now

## Testimonials


*"I Love my new body! Thanks AcaiBurn."*
Rita B - New York, NY

*"I start my day right with AcaiBurn."*
Sara J - San Diego, CA



*"I feel so energized but the best part is, I know I look great"*
Kathy P - Atlanta GA


### INSIDER SECRETS TO WEIGHT LOSS

Member Login: http://www.insidersecretstips.com

Username:

Password:

Text resources on losing weight, active lifestyle and keeping fit! Including Diet Manager Software!


### COMPREHENSIVE WEIGHT LOSS E-BOOK PACKAGE

Member Login:
http://www.weightlossbookmembership.com

Username:

Password:

## Cancellation Information

866-989-8945 AcaiBurn (Shows on statement as AcaiBurn)
866-989-2685 Insider Secrets To Weight Loss (Shows on statement as Web Access Fee)
800-989-5907 Comprehensive Weight Loss E-book Package (Shows on statement as Membership)

Kleimann
ATTACHMENT B (Confirm Order) - 21

PI Exhibit 15 Page 01426

# AcaiBurn

## FREQUENTLY ASKED QUESTIONS

**Frequently Asked Questions**

- What is AcaiBurn?
- How does AcaiBurn System work?
- How much weight can I expect to lose?
- How often should I take AcaiBurn?
- Is it safe and are there any side effects from taking AcaiBurn?
- If I am pregnant, is it safe for me to take the AcaiBurn?
- Does AcaiBurn contain ephedra?
- If I forget to take a serving of AcaiBurn should I take 2 to make up for the missed serving?
- Where can I order AcaiBurn?
- Do you offer any other payment methods (other than online credit card orders) ?

Copyright 2009, AcaiBurn®










PI Exhibit 15 Page 01428

## What makes AcaiBurn so great?

- All Natural
- Works With Your Body
- Conatins Antioxidants
- Straight From The Rainforest

AcaiBurn is made using the highest quality Acai extract we could find. AcaiBurn is manufactured to high standards in an FDA registered facility in North America. AcaiBurn also contains additional active ingredients that have been shown in two double-blind studies to help some people lose weight more than four times faster than a group that was given a placebo. People are also interested in the incredibly high concentrations of antioxidants that are found in the Acai berry. This is why it has become a popular component of many weight loss plans.

## The Benefits of Using Herbal AcaiBurn:

### Are you sufering from the following problems?

- Overeating
- Poor Body Image
- Feeling Ripped Off by diet scams
- Returning weight gain
- Fatigue from dieting
- Frustration from wearing baggy "fat" clothes

If so, then AcaiBurn may be the right choice for you. AcaiBurn contains the power of the Acai berry plus several research-backed active ingredients. It is designed to work with your diet and exercise program to help you lose weight faster!



**ORDER YOUR ACAIBURN** (Just pay S/H!) **Bottle Today!**



### "I FINALLY LOST THE WEIGHT WITH ACAIBURN!"

I started feeling better about myself right after I started taking AcaiBurn. I finally felt like I was really doing something to meet my weight loss goals. I was tired of fad diets that never seemed to really work. I was ready to really lose weight – and I've met my goals while using AcaiBurn!

**Jane S. Weehawken, NJ**



### "I BELIEVE IN THE POWER OF ACAIBURN"

"This product has changed my life! I have lost about 2 inches off my waist, and I feel so energetic! There are so many products with Acai online that claim to have real Acai berries, but I am proof that Premium Acai Berry works! Thank you so much! I love your product!"

**Susan S. Des Moines, IA**

Kleimann ATTACHMENT C (Landing Page) - 2

PI Exhibit 15 Page 01429

# The AcaiBurn 60-Day Guarantee:

We are convinced that AcaiBurn can be a part of a healthy weight loss plan. That's why we back up AcaiBurn with an unconditional 60-day guarantee. If you try our product and are not satisfied, simply return the unused portion for a full refund. Why not try Acai?



## Order Your ACAIBURN Trial Offer Today!

## The Truth Is,

There is only so much Acai berry grown every year, which means there is a limited amount of the Acai extract we need to make AcaiBurn. Therefore we cannot guarantee that this trial offer will be available forever. If you want to try out AcaiBurn now – and only pay shipping and handling charges on your first bottle – you must order today.

Don't forget, as a special addition to your order we will also include a trial membership to our Insider's Secrets and Comprehensive Weight Loss programs! Today, you will not be charged for these trials!

Home | Terms & Conditions | Advertising Practices & FTC Policy Compliance | FAQ's | Affiliate Agreement | Privacy Policy | Contact Us | Opt-Out | Value | Affiliate Program

+ These statements have not been evaluated by the FDA and are not intended to diagnose, treat, cure, or prevent any disease. Please consult your physician before beginning any program. If there is a change in your medical condition, please notify your counselor immediately.

* Opinions expressed are those of the reviewers. Reviewers are remunerated.

** Testimonial images are not of the actual reviewer.

++ All celebrity images were found on and obtained from public websites and are believed to be in public domain. Images posted are believed to be posted within our rights in accordance with the U.S. Copyright Fair Use Act (title 17, U.S. Code). If you are the rightful owner and copyright holder of any celebrity content, please contact us and the infringing material, if any, will be removed as soon as possible. Celebrities neither endorse nor sponsor any of the products and/or services.

# AcaiBurn Edge is not associated with ABC, MSNBC, WebMD, CBS, New York Times & Fortune

All trademarks, logos, and service marks (collectively the "Trademarks") displayed are registered and/or unregistered Trademarks of their respective owners.

† Media elements deployed are those of paid actors.

Contents of this review/blog are copyrighted property of the reviewer and/or this website.

Kleimann
ATTACHMENT C (Landing Page) - 3

PI Exhibit 15 Page 01430