

# Acai burn
## The Secret Of The Amazon

**WARNING!** Premium Acai Berry Is Fast Weight Loss That Works. It Was Not Created For Those People Who Only Want To Lose A Few Measly Pounds. Premium Acai Berry was created to help you achieve the incredible body you have always wanted...USE WITH CAUTION! Major weight loss in short periods of time may occur.



*Acai Rated #1 Superfood!*

## Congratulations! You Are Now Only One Step Away From Claiming Your AcaiBurn Edge Trial You Only Pay The Small Fee Of ~~$4.95~~ *$1.95* For Shipping!

| Item | Qty | Today You Pay |
|---|---|---|
| AcaiBurn Edge Trial | 1 | $0.00 |
| Weight Loss eBook Trial | 1 | $0.00 |
| Insiders Secrets Trial | 1 | $4.95 |
| Promotion | | -$3.00 |
| Shipping | | |
| Total | | $1.95 |

**HURRY! ONLY A FEW TRIALS LEFT!**

### SATISFACTION GUARANTEE

**Offer Details:** When you order today you'll be signed up as a member of our exclusive preferred customer club. Once you choose to continue losing weight with the Detox AcaiBurn System, you will be billed the low member price of only $79.95 per month for every month. (Shipped as a fresh, 3 month supply every 90 days.) And remember, there's never any obligation - you can cancel your membership at any time by calling 866-989-8945. You have also unlocked your fourteen-day and twenty-eight day trial to the celebrity-proven Insider Secrets Tips package and the Comprehensive Weight Loss eBook package for just $6.95 and $8.95 a month thereafter (shows as "Web Access" and "Membership") should you choose not to cancel. Prior charges for bonuses are non-refundable but subscription can be cancelled and future charges stopped at any time. To cancel, call toll-free 866-989-2685 for Insider Secrets and 1-800-989-5907 for the eBook package. Orders outside of US pay an additional $9.95 for shipping. **No oBIigation. CANCEL ANYTIME!** All bonus offers come with a monthly newsletter.

## Shipping & Payment

Firstname: _____
Lastname: _____
Address: _____
City: _____
Country: ** Select your Cou ▼
State/Province: ** Select your Sta ▼
Zip/Postal code: _____
Email: _____
Home phone: _____

Card Type: [VISA/MC] Select Card ▼
Card Number: _____
Expiration: 01 ▼ 2008 ▼
Security Code: _____

**CLICK HERE** → **Send My AcaiBurn!**

---

Kleimann
ATTACHMENT C (Order) - 5



# Acai burn
### The Secret Of The Amazon

Home | Privacy Policy | F.A.Q. | Contact Us

## Frequently Ask Questions

**Frequently Asked Questions**

What is AcaiburnEdge?

How does AcaiburnEdge System work?

How much weight can I expect to lose?

How often should I take AcaiburnEdge?

Is it safe and are there any side effects from taking AcaiburnEdge?

If I am pregnant, is it safe for me to take the AcaiburnEdge?

Does AcaiburnEdge contain ephedra?

If I forget to take a serving of AcaiburnEdge should I take 2 to make up for the missed serving?

Where can I order AcaiburnEdge?

Do you offer any other payment methods (other than online credit card orders) ?

Copyright 2009, Acaiburnedge©

# Congratulations!

*You are now on your way to a beautiful new you!*

**1000's of customers have already experienced success with AcaiBurn! Now it's your turn!**

✓ More antioxidants than blueberries!
✓ Healthy green tea extract!
✓ Feel healthier!
✓ Gain self-confidence!
✓ Be good to your body!

   

## AcaiBurn Edge Order Summary

**Order ID:** Please write this number down

| ITEM | DESCRIPTION | TODAY YOU PAID | QUANTITY | TOTAL |
|---|---|---|---|---|
| AcaiBurn Edge Trial | Capsules - 30-day Supply | $0.00 | 1 | $0.00 |
| Insider Secret Tips 14 day Trial | | $0.00 | | $0.00 |
| Weight Loss eBook Membership 14 day Trial | | $0.00 | | $0.00 |
| | | | Sub Total | $0.00 |
| | | | Shipping & Handling | $0.00 |
| | | | Priority Upsell | $0.00 |
| | | | Grand Total | $0.00 |

Your Shipment is estimated to arrive within 4 - 7 business days.*

**Amazing Results! Amazing Customer Service!** GUARANTEE

Dear ,



Thank you for completing your order! We will ship the AcaiBurn Edge system to you as soon as possible.

We want to assure you that you have made the right decision. Soon, you may be able to fit into your skinny jeans again and feel confident on the beach in a new bikini! The AcaiBurn Edge system has worked for thousands of people from coast to coast – and now you can find out if it is the right way for you to lose weight!

In fact, we believe that the next time we hear from you it will be when you write us about your AcaiBurn Edge success story! So tell us your stories. Let us know how you looked great at your friend's wedding, or how much more energy you have. Tell us about your new wardrobe or the hottie that just checked you out. We want to know all the juicy details!

PI Exhibit 15 Page 01434

# Become An Acaiburn Success Story And Earn $1,000

## How To Win $1000 With AcaiBurn?

At AcaiBurn, we stand behind our product and want to do everything we can to make sure you stick to the full AcaiBurn system until you've lost all of the weight you can. That's why we want to reward you for your success! If you use AcaiBurn and lose weight, we want to hear from you. Simply send us before and after pictures of yourself with a written testimonial telling us how you used the AcaiBurn system to lose the weight so your experience can inspire others. If we decide to use your story, we will contact you that day – and provide you with $1,000 that you can use to buy a new wardrobe for your incredible new body! So, remember, stay motivated and keep using the AcaiBurn system - and you could earn $1,000!

## When Will I See Results? Your 12 week guide to your new body.



**After two weeks.** Your body has started to adjust and is rewarding you with an overall sense of wellness. You may not see substantial weight loss effects at this point, because your body's initial reaction to a new lifestyle is to hoard fat.

**After four weeks.** Your body will have now adapted to your new lifestyle and you should start losing weight. You may start looking forward to stepping on the bathroom scale again.

**After two months.** You should start getting comments from your friends about how great you are starting to look. Some may even be jealous! You should now really start to lose weight fast.

**After three months.** By this point, you may have hit your targeted weight and will be working on maintaining your new beautiful body. This is when you may be writing to us with a testimonial about how AcaiBurn has changed your life for the better.

## Frequently Asked Questions



**Does The AcaiBurn System Really Work?**
The AcaiBurn system has helped thousands of people lose weight and keep it off. Of course, results vary from person to person. The key to losing the most weight possible with the AcaiBurn system is to keep yourself motivated. Our active ingredients were shown in double-blind studies to help people lose weight up to 4.5 times faster than the group given a placebo. Both groups were put on a diet and exercise program, which should be part of any weight loss plan.

**How Long Will It Take To Get Results With AcaiBurn?**
This varies from person to person. Healthy weight loss is never instantaneous. You don't want to starve yourself when the goal is to look and feel healthy. Dropping weight too quickly can damage your cardiovascular system. Realistically, it will take your body some time to adjust to your new lifestyle. You may start feeling healthier in a matter of days, but it may take a few weeks before your weight loss results become obvious.

**How To Use AcaiBurn?**
When you are ready to start losing weight, take one AcaiBurn capsule twice a day, approximately 30 to 60 minutes before breakfast and lunch. Consume at least six 8-oz. glasses of water per day. Read the entire label before use and follow directions. Do not exceed 2 capsules in a 24-hour period. Do not take within 3 hours of bedtime or you may have trouble sleeping. Keep up this routine in order to achieve your maximum weight loss results!

Kleimann
ATTACHMENT C (Order Confirmation) - 8



# Click here to Download your Free Coaching Program Now



# BONUS - Click here to Download your Beautiful Body Guide Now

## Testimonials



### "I Lost Weight While Using AcaiBurn Edge!"

"I knew I needed to change my lifestyle because I didn't like what I saw in the mirror. That's when I decided to diet, exercise and start using AcaiBurn Edge on a daily basis. Within a few weeks of my new program, I'd gotten back to the weight I wanted. I feel beautiful!"

-Emily S. New Jersey



**INSIDER SECRETS TO WEIGHT LOSS**

Member Login: http://www.insidersecretstips.com

Username:

Password:

Text resources on losing weight, active lifestyle and keeping fit! Including Diet Manager Software!



**COMPREHENSIVE WEIGHT LOSS E-BOOK PACKAGE**

Member Login:
http://www.weightlossebookmembership.com

Username:

Password:

## Cancellation Information

866-989-8945 AcaiBurnEdge (Shows on statement as AcaiBurnEdge)
866-989-2685 Insider Secrets To Weight Loss (Shows on statement as Web Access Fee)
800-989-5907 Comprehensive Weight Loss E-book Package (Shows on statement as Membership)

## Click here to see how to get started on your weight loss program RIGHT NOW!

Kleimann ATTACHMENT C (Order Confirmation) - 9

PI Exhibit 15 Page 01436



**Terms and Conditions**

## Terms & Conditions

Thank you for visiting the www.acaiburnedge.com website ("Website"). The Website is an Internet property of JDW Media LLC.("AcaiburnEdge™," "we" or "us"). You agree to the following Website Terms and Conditions ("Terms and Conditions"), in their entirety, when you: (1) access or use the Website; (2) submit an application to become a AcaiburnEdge™ member ("Member" or "Membership"); (3) purchase products or services offered on our Website ( "Online Products"); and/or (4) enroll in the All-Access Program (as defined hereinbelow). The AcaiburnEdge™ Privacy Policy ("Privacy Policy") and any and all other applicable AcaiburnEdge™ operating rules, policies, price schedules and other supplemental terms and conditions or documents that may be published from time to time, are expressly incorporated herein by reference (collectively, the "Agreement"). **Please review the Agreement carefully. If you do not agree to the terms and conditions contained within the Agreement in its entirety, you are not authorized to use the Website in any manner or form whatsoever.**

AcaiburnEdge™ IS NOT A COVERED ENTITY FOR PURPOSES OF THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"), NOR IS THE INFORMATION PROVIDED BY YOU TO AcaiburnEdge™ CONSIDERED PROTECTED HEALTH INFORMATION UNDER HIPAA. AS SUCH, THE ADDITIONAL PRIVACY AND SECURITY PROTECTIONS AFFORDED TO CONSUMERS/PATIENTS UNDER HIPAA ARE NOT CONTEMPLATED BY, NOR CONTAINED WITHIN, THE AGREEMENT.

**The information presented on the Website is provided for informational purposes only and is in no way intended as a substitute for professional medical advice, diagnosis or treatment. This information should only be used in conjunction with the guidance and care of your physician. You should not use the information on the Website for diagnosing or treating a health problem or disease, or prescribing any medication or other treatment. Consult your physician before taking any medication or nutritional, herbal or homeopathic supplement, or beginning any diet, nutrition or fitness plan offered on or through the Website, or otherwise. Your physician should allow for proper follow-up visits and individualize your diet, nutrition and/or fitness plan as appropriate. Always seek the advice of your physician or other qualified health care provider if you have any questions regarding a medical condition, your diet, nutritional supplements, an exercise regimen or any other matter related to your health and well-being. If you have or suspect that you have a medical problem, promptly contact your health care provider. Never disregard professional medical advice or delay in seeking professional advice because of something that you have read on the Website. Information and statements regarding products and/or services made available on or through the Website have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure or prevent any disease.**

**1. Acceptance of Agreement.** You agree to the terms and conditions outlined in the Agreement with respect to your use of the Website including, but not limited to, your submission of applications to become a Member and/or your purchase of Online Products. The Agreement constitutes the entire and only agreement between you and AcaiburnEdge™ with respect to your registration for the Online Products, enrollment in the All-Access Program and/or use of the Website and supersedes all prior or contemporaneous agreements, representations, warranties and/or understandings with respect to your registration for the Online Products, enrollment in the All-Access Program, use of the Website, the content contained therein and/or the analyses, research, opinions and other information provided by or through the Website. AcaiburnEdge™ may change the Agreement, in whole or in part, at any time without specific notice to you. The latest Agreement will be posted on the Website. Your continued receipt of the Online Products, enrollment in the All-Access Program and/or use of the Website following posted notice constitutes your acceptance of all of the terms and conditions contained within the Agreement in effect at that time. Therefore, you should regularly check this page for updates and/or changes. Unless explicitly stated otherwise, any future offer(s) or product(s) made available to you on the Website that augment(s) or otherwise enhance(s) the current features of the Website shall be subject to the Agreement. **You understand and agree that AcaiburnEdge™ is not responsible or liable in any manner whatsoever for your inability to use the Website, enroll in the All-Access Program and/or obtain any Online Products.**

**2. Requirements.** The Website, Membership, All-Access Program and/or the Online Products offered are available only to individuals that are at least eighteen (18) years of age and that can enter into legally binding contracts under applicable law.

Kleimann ATTACHMENT C (Terms and Conditions) - 10

**3. Application Process.** In order to obtain Online Products, enroll in the All-Access Program and/or become a Member, you must first submit the applicable application form ("Application") to AcaiburnEdge™ for review and initial approval. AcaiburnEdge™ reserves the right, in its sole discretion, to deny the Application of anyone at any time and for any reason, whatsoever. The information that you must supply on the Website in order to obtain Online Products and/or enroll in the enroll in the All-Access Program may include, without limitation: (a) your full name; (b) mailing address; (c) e-mail address; (d) phone number; (e) credit card information; (f) current weight; (g) goal weight; (h) height; (i) gender; (j) year of birth; (k) date of birth; and/or (l) any other information requested by us on the Application (collectively, "Registration Data"). You agree to provide true, accurate, current and complete Registration Data (not including Registration Data concerning weight or personal goals), as necessary, in order to maintain it in up to date and accurate fashion. AcaiburnEdge™ will verify and approve all Applications in accordance with its standard verification procedures.

If AcaiburnEdge™ approves your Application, AcaiburnEdge™ will set up your specific account ("Services Account") and send a confirmation e-mail to the e-mail address that you used to register. The confirmation e-mail will contain the following information: (a) your User Name; and (b) your Password. You can access your specific Services Account at the Website using your User Name and Password, and then change your Password and User Name at your discretion. You are responsible for maintaining the confidentiality of your Services Account, User Name and Password and for restricting access to your computer. You agree to accept responsibility for all activities that occur through use of your Services Account, User Name and Password including, without limitation, any and all purchases made there through.

**4. Copyright and Trademarks.** "AcaiburnEdge™" and all logos, page headers, custom graphics and icons are trademarks and/or service marks owned by JDW Media LLC. All other trademarks, product names, company names and logos appearing on the Website and/or by and through the Insider Secrets Package and eBook Package (as those terms are defined hereinbelow) are the property of their respective owners. The Website contains information, data, software, photographs, graphics, videos, text, images, typefaces, sounds and other material including, but not limited to, the Insider Secrets Package and eBook Package (collectively "Content") that are protected by copyrights, trademarks or other proprietary rights, and these rights are valid and protected in all forms, media and technologies existing now or developed in the future. All Content is copyrighted as a collective work under the United States copyright laws, and JDW Media LLC owns a copyright in the selection, coordination, arrangement and enhancement of such Content. All rights to such Content are reserved to their respective copyright owners. Except as permitted by the fair use privilege under United States copyright laws (see e.g. 17 U.S.C. Section 107), you may not upload, post, reproduce or distribute in any way Content protected by copyright, or other proprietary right, without obtaining permission of the owner of the copyright or other proprietary right. Any other use of the Content available on our Website, including reproduction for purposes other than as noted above, modification, distribution, replication, commercial or other use, without our prior written permission, is strictly prohibited.

**5. Orders/Billing.** In consideration for the Online Products that you receive from AcaiburnEdge™, and for enrollment in the All Access Program, you agree to pay the Fees (as defined below). You shall have the choice to pay the Fees via the credit card or debit card that you provide as part of your Application, or update at a later date ("Active Credit Card").

**A. ALL ACCESS SERVICES**

Upon placing your first order for Online Products, you will automatically be enrolled in the AcaiburnEdge™ all-access program ("All-Access Program"). The All-Access Program enables you to access, via your Services Account, the Insider Secrets Expert Tips Package ("Insider Secrets Package") and the Comprehensive Weight Loss eBook Package ("eBook Package") made available on the Website. Initially, you shall have access to the Insider Secrets Package pursuant to a fourteen (14) day trial period ("Insider Secrets Access Pass"). If you do not cancel your Insider Secrets Access Pass during your fourteen (14) day trial period, then your Active Credit Card will be charged the monthly Insider Access Package fee of **Four Dollars and Ninety-Five Cents ($4.95)** ("IAP Monthly Fee"). Thereafter, for as long as your Insider Secrets Access Pass remains active, your Active Credit Card will be charged for the IAP Monthly Fee on a monthly basis, for your ongoing Insider Secrets Access Pass.

Further, you shall initially have access to the eBook Package pursuant to a twenty-eight (28) day trial period ("eBook Access Pass"). If you do not cancel your eBook Access Pass during your twenty-eight (28) day trial period, then your Active Credit Card will be charged the monthly Insider Access Package fee of **Eight Dollars and Ninety-Five Cents ($8.95)** ("EAP Monthly Fee" and together, with the IAP Fees, the "Access Fees"). Thereafter, for as long as your eBook Access Pass remains active, your Active Credit Card will be charged for the EAP Monthly Fee on a monthly basis, for your ongoing eBook Access Pass.

All Access Fees will appear on your Active Credit Card bill as "Internet Access Fee and Membership." You hereby authorize AcaiburnEdge™ (or its partners, affiliates and/or agents) to charge your Active Credit Card all such Access Fees on a monthly basis. You acknowledge and agree that AcaiburnEdge™ will not obtain additional authorization from you for each installment of Access Fees charged to your Active Credit Card.

## B. ONLINE PRODUCTS

You will have up to (3) separate options to choose from when ordering Online Products on the Website (each, a supply of AcaiburnEdge™): (a) Free Trial Offer (when available), includes a shipping and handling fee of **Four Dollars and Ninety-Five Cents ($4.95)** ("Shipping and Handling"); (b) Buy 2 Get 1 Free Package for **One Hundred and Twenty Dollars ($120.00)**, plus Shipping and Handling; and (c) the Buy 3 Get 2 Free Package for **One Hundred and Eighty Dollars ($180.00)**, plus Shipping and Handling. Orders outside of US pay an additional **Nine Dollars and Ninety-Five Cents ($9.95)** for shipping and handling.

When our Offer is indicated to be "Risk-Free" we mean that by providing the ability to fully cancel and stop future payments, we eliminate the risk of incurring unwanted charges or commitments.

Trial Offer and Sixty (60) Day Guarantee: Where AcaiburnEdge™ offers its "Trial" Promotion, and where you have chosen to register for such Promotion, upon submitting your initial AcaiburnEdge™ Application, your Active Credit Card will be charged only the non-refundable Shipping and Handling Fee for your initial fourteen (14) day trial membership ("Trial Membership") and you will receive a one (1) month supply of AcaiburnEdge™. If you do not cancel your Membership as set forth in Section 6 hereinbelow, and return the one (1) month supply at your expense, which must be received by us within fourteen (14) days of your receipt of the one (1) month supply of AcaiburnEdge™ ("14 Day Trial Period"), your Active Credit Card will be charged the monthly Membership fee of **Seventy-Nine Dollars and Ninety-Five Cents ($79.95)** ("Monthly Fee"). Your first three (3) month supply of AcaiburnEdge™ will be shipped thirty (30) days from the date that your initial one (1) month supply was shipped in connection with your Trial Membership. Thereafter, for as long as your Membership remains active, your Active Credit Card will be charged for the Monthly Fee on a monthly basis, plus Shipping and Handling, every third month, for your ongoing Membership. You hereby authorize AcaiburnEdge™ (or its partners, affiliates and/or agents) to charge your Active Credit Card all such fees associated with Membership on a monthly basis. You acknowledge and agree that AcaiburnEdge™ will not obtain additional authorization from you for each installment of Monthly Fees charged to your Active Credit Card. All Monthly Fees will appear on your Active Credit Card bill as "Internet Access Fee and Membership."

As an active Member, if you are not satisfied with the Online Products for any reason, and you cancel your Membership as set forth in Section 6 hereinbelow and return the most recent three (3) month supply of Online Products that were delivered to you ("Qualifying Return Products"). We must receive the Qualifying Return Products within sixty (60) days of the date that Qualifying Return Products were shipped to you. Where we receive the Qualifying Return Products within that sixty (60) day period, you will be refunded any and all Monthly Fees that you have paid toward such Qualifying Return Products ("60 Day Guarantee"). All unused portions of the Qualifying Return Products returned to us as part of the 60 Day Guarantee shall be shipped at your cost. Any and all Shipping and Handling costs shall remain non-refundable. All refunds associated with the 60 Day Guarantee shall be credited to your Active Credit Card.

II. Buy 2 Get 1 Free Package and Buy 3 Get 2 Free Package: Unless you have chosen the Free Trial Offer option, upon submitting your initial AcaiburnEdge™ Application, your Active Credit Card will be charged the applicable one (1)-time fee, plus Shipping and Handling, associated with the payment package selected (either the Buy 2 Get 1 Free Package and Buy 3 Get 2 Free Package) and you will not be enrolled as a Member (collectively, "One Time Fees" and together with the Access Fees, Shipping and Handling and Monthly Fees, the "Fees"). All One Time Fees will appear on your Active Credit Card bill as "Internet Access Fee and Membership."

## C. GENERAL PAYMENT TERMS

All Fees are payable in United States currency. Failure to use the All-Access Program and/or Online Products, as applicable, does not constitute a basis for refusing to pay any of the associated Fees. You agree to be bound by the pricing and billing practices of AcaiburnEdge™ in effect at any given time. Upon prior written notice to you (with e-mail sufficing), AcaiburnEdge™ reserves the right to change its pricing and/or billing practices whenever necessary, in its sole discretion. If you do not agree with these changes, you may cancel your Insider Secrets Access Pass and/or eBook Access Pass, as applicable, at any time, but you will remain responsible for timely payment of any and all Fees that you have already incurred (including any applicable late fees). Continued acceptance of Online Products, continued Membership and/or continued enrollment in the All-Access Program after receipt of such notice shall constitute consent to any and all such changes. Where you fail to make any scheduled payment for accrued Fees, such overdue amounts will be subject to interest charges in the amount of one and one half percent (1.5%) per month, compounded monthly. If you are a Member, your Membership, Insider Secrets Access Pass and/or eBook Access Pass may each be deactivated for non-payment of Fees. AcaiburnEdge's™ authorization to bill the applicable Fees is obtained by way of your electronic signature. Once an electronic signature is submitted, this electronic order constitutes an electronic letter of agency. AcaiburnEdge's™ reliance upon your electronic signature was specifically sanctioned and written into law when the Uniform Electronic Transactions Act and the Electronic Signatures in Global and National Transactions Act were enacted in 1999 and 2000, respectively. Both laws specifically preempt all state laws that recognize only paper and handwritten signatures.

**6. Cancellation of AcaiburnEdge™ Membership, Insider Secrets Access Pass and/or eBook Access Pass.**
You may cancel your Membership, Insider Secrets Access Pass and/or eBook Access Pass at any time if you are not completely satisfied. To cancel your Membership, Insider Secrets Access Pass and/or eBook Access Pass you must contact the appropriate customer service line by calling toll-free 866-989-8945 for AcaiburnEdge, 866-989-2685 for Insider Secrets and (800)-989-5907 for the eBook package. Please have your e-mail address and other Registration Data available for efficient processing of your cancellation order. Please be advised that unless you are canceling pursuant to the fourteen (14) day Trial Membership or 60 Day Guarantee as set forth hereinabove, and unless we receive the applicable Qualifying Return Products within the applicable time period, we will not refund any amounts previously paid up to the date of cancellation or termination, you shall not receive any pro-rata refund for partial months and you shall remain liable for any and all unpaid charges billed by AcaiburnEdge™. You understand and agree that cancellation of your Membership Insider Secrets Access Pass and/or eBook Access Pass, as well as the return of the Online Products, is your sole right and remedy with respect to any dispute with AcaiburnEdge™. Upon any termination and/or cancellation of your Membership, Insider Secrets Access Pass and/or eBook Access Pass, your license grant, as set forth in Section 7 hereinbelow shall immediately terminate.

**7. License Grant.** As a user of the Website, you are granted a non-exclusive, non-transferable, revocable and limited license to access and use the Website, Insider Secrets Package and eBook Package. AcaiburnEdge™ may terminate this license at any time for any reason. Unless otherwise expressly authorized by AcaiburnEdge™, as a visitor to the Website, you may only use the Website and the Content for your own personal, non-commercial use. No part of the Website including, but not limited to, the Content, may be reproduced in any form or incorporated into any information retrieval system, electronic or mechanical. You may not use any automated means or form of scraping or data extraction to access, query or otherwise collect content from the Website except as expressly permitted by AcaiburnEdge™. You may not use, copy, emulate, clone, rent, lease, sell, modify, decompile, disassemble, reverse engineer or transfer the Website, Content and/or any portion thereof. You may not create any "derivative works" by altering any aspect of the Website or the Content. You may not use the Website and/or the Content in conjunction with any other third-party content. You may not exploit any aspect of the Website and/or the Content for any commercial purposes not expressly permitted by AcaiburnEdge™. You further agree to indemnify and hold harmless AcaiburnEdge™ for your failure to comply with this Section 7. AcaiburnEdge™ reserves any rights not explicitly granted in the Agreement.

**8. Bypassing or Disabling the Website.** You may not use any device, software or routine to interfere or attempt to interfere with the proper working of the Website. You may not take any action that imposes an unreasonable or disproportionately large load on the Website infrastructure. If you bypass or disable any portion of the Website or associated software including, without limitation, blocking the operation of any AcaiburnEdge™ systems, you are in violation of the Agreement and AcaiburnEdge™ may suspend or terminate your Membership and/or use of the Website, without notice. Termination of your Membership will not excuse you from any criminal or other civil liabilities that may result from your actions. If your Membership is terminated for any reason you will, thereafter, be unable to access your Membership account.

**9. Indemnification.** You agree to indemnify and hold AcaiburnEdge™, its parents and subsidiaries, and each of their respective members, officers, directors, employees, agents, co-branders, content licensors and/or other partners, harmless from and against any and all claims, expenses (including reasonable attorneys' fees), damages, suits, costs, demands and/or judgments whatsoever, made by any third party due to or arising out of: (a) your use of the Website, Online Products, Insider Secrets Package and/or eBook Package; (b) your breach of the Agreement; and/or (c) your violation of any rights of another individual and/or entity. The provisions of this Section 9 are for the benefit of AcaiburnEdge™, its parents, subsidiaries and/or affiliates, and each of their respective officers, directors, members, employees, agents, shareholders, licensors, suppliers and/or attorneys. Each of these individuals and entities shall have the right to assert and enforce these provisions directly against you on its own behalf.

**10. Disclaimer of Warranties.** THE WEBSITE, THE ONLINE PRODUCTS, INSIDER SECRETS PACKAGE, EBOOK PACKAGE AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE WEBSITE, ARE PROVIDED TO YOU ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS AND IMPLIED, ARE DISCLAIMED TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW (INCLUDING, BUT NOT LIMITED TO, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A PARTICULAR PURPOSE). IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, AcaiburnEdge™ MAKES NO WARRANTY THAT THE WEBSITE, THE ONLINE PRODUCTS, INSIDER SECRETS PACKAGE, EBOOK PACKAGE AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE WEBSITE: (A) WILL MEET YOUR REQUIREMENTS; (B) WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE OR THAT DEFECTS WILL BE CORRECTED; (C) WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS; (D) WILL HAVE SECURITY METHODS EMPLOYED THAT WILL BE SUFFICIENT AGAINST INTERFERENCE WITH YOUR ENJOYMENT OF THE WEBSITE, OR AGAINST INFRINGEMENT; (E) WILL RESULT IN ANY SPECIFIC WEIGHT-LOSS, BENEFIT OR OTHER HEALTH-RELATED OUTCOME; AND/OR (F) WILL BE ACCURATE OR RELIABLE. THE WEBSITE, THE ONLINE PRODUCTS, INSIDER SECRETS PACKAGE, EBOOK PACKAGE AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE WEBSITE MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS. AcaiburnEdge™ WILL NOT BE LIABLE FOR THE AVAILABILITY OF THE UNDERLYING INTERNET CONNECTION ASSOCIATED WITH THE WEBSITE, INSIDER SECRETS PACKAGE AND/OR EBOOK PACKAGE. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM AcaiburnEdge™ OR OTHERWISE THROUGH OR FROM THE WEBSITE, INSIDER SECRETS PACKAGE AND/OR EBOOK PACKAGE SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE AGREEMENT.