**12. Disclaimer of Warranties.** THE SITE, THE ACAI FORCE™ PRODUCTS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE SITE, ARE PROVIDED TO YOU ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS AND IMPLIED, ARE DISCLAIMED TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW (INCLUDING, BUT NOT LIMITED TO, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A PARTICULAR PURPOSE). IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, ACAI FORCE™ MAKES NO WARRANTY THAT THE SITE, THE ACAI FORCE™ PRODUCTS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE SITE: (A) WILL MEET YOUR REQUIREMENTS; (B) WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE OR THAT DEFECTS WILL BE CORRECTED; (C) WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS; (D) WILL HAVE SECURITY METHODS EMPLOYED THAT WILL BE SUFFICIENT AGAINST INTERFERENCE WITH YOUR ENJOYMENT OF THE SITE, OR AGAINST INFRINGEMENT; (E) WILL RESULT IN ANY SPECIFIC WEIGHT-LOSS, BENEFIT OR OTHER HEALTH-RELATED OUTCOME; AND/OR (F) WILL BE ACCURATE OR RELIABLE. THE SITE, THE ACAI FORCE™ PRODUCTS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE SITE MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS. ACAI FORCE™ WILL NOT BE LIABLE FOR THE AVAILABILITY OF THE UNDERLYING INTERNET CONNECTION ASSOCIATED WITH THE SITE. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM ACAI FORCE™ OR OTHERWISE THROUGH OR FROM THE SITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE AGREEMENT.

**13. Limitation of Liability.** YOU EXPRESSLY UNDERSTAND AND AGREE THAT ACAI FORCE™ SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL AND/OR EXEMPLARY DAMAGES INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF ACAI FORCE™ HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), TO THE FULLEST EXTENT PERMISSIBLE BY LAW FOR: (A) THE USE OR THE INABILITY TO USE THE SITE, THE ACAI FORCE™ PRODUCTS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE SITE; (B) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION, CONTENT AND/OR ANY OTHER PRODUCTS PURCHASED OR OBTAINED FROM OR THROUGH THE SITE; (C) THE UNAUTHORIZED ACCESS TO, OR ALTERATION OF, YOUR REGISTRATION DATA; (D) THE FAILURE TO REALIZE ANY SPECIFIC WEIGHT-LOSS, BENEFIT OR OTHER HEALTH-RELATED OUTCOME; AND (E) ANY OTHER MATTER RELATING TO THE SITE, THE ACAI FORCE™ PRODUCTS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE SITE. THIS LIMITATION APPLIES TO ALL CAUSES OF ACTION, IN THE AGGREGATE INCLUDING, BUT NOT LIMITED TO, BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, STRICT LIABILITY, MISREPRESENTATION AND ANY AND ALL OTHER TORTS. YOU HEREBY RELEASE ACAI FORCE™ FROM ANY AND ALL OBLIGATIONS, LIABILITIES AND CLAIMS IN EXCESS OF THE LIMITATIONS STATED HEREIN. IF APPLICABLE LAW DOES NOT PERMIT SUCH LIMITATION, THE MAXIMUM LIABILITY OF ACAI FORCE™ TO YOU UNDER ANY AND ALL CIRCUMSTANCES WILL BE FIVE HUNDRED DOLLARS ($500.00). **NO ACTION, REGARDLESS OF FORM, ARISING OUT OF YOUR USE OF THE SITE, THE ACAI FORCE™ PRODUCTS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE SITE, MAY BE BROUGHT BY YOU OR ACAI FORCE™ MORE THAN ONE (1) YEAR FOLLOWING THE EVENT WHICH GAVE RISE TO THE CAUSE OF ACTION.** THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN YOU AND ACAI FORCE™. ACCESS TO THE SITE AND/OR THE ACAI FORCE™ PRODUCTS WOULD NOT BE PROVIDED TO YOU WITHOUT SUCH LIMITATIONS. SOME JURISDICTIONS DO NOT ALLOW CERTAIN LIMITATIONS ON LIABILITY AND IN SUCH JURISDICTIONS ACAI FORCE'S™ LIABILITY SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

**14. Third Party Websites.** The Site contains links to other websites on the Internet that are owned and operated by third parties. Acai Force™ does not control the information, products or services available on these third party websites. The inclusion of any link does not imply endorsement by Acai Force™ of the applicable website or any association with the Site's operators. Because Acai Force™ has no control over such websites and resources, you agree that Acai Force™ is not responsible or liable for the availability or the operation of such external websites, for any material located on or available from any such websites or for the protection of your data privacy by third parties. Any dealings with, or participation in promotions offered by, advertisers on the Site, including the payment and delivery of related goods or services, and any other terms, conditions, warranties or representations associated with such dealings or promotions, are solely between you and the applicable advertiser or other third party. You further agree that Acai Force™ shall not be responsible or liable, directly or indirectly, for any loss or damage caused by the use of or reliance on any such material available on or through any such site or any such dealings or promotions.

**15. Editing, Deleting and Modification.** We reserve the right in our sole discretion to edit and/or delete any documents, information or other content appearing on the Site.

**16. User Information.** All materials that you submit through or in association with the Site including, without limitation, the Registration Data shall be subject to the Privacy Policy. For a copy of the Privacy Policy, please Click Here.

**17. Dispute Resolution Provisions.** The Agreement shall be treated as though it were executed and performed in New York, New York and shall be governed by and construed in accordance with the laws of the State of New York (without regard to conflict of law principles). Should a dispute arise concerning the terms and conditions of the Agreement or the breach of same by any party hereto, the parties agree to submit their dispute for resolution by arbitration before the American Arbitration Association in New York City, in accordance with the then current Commercial Arbitration Rules of the American Arbitration Association. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. To the extent permitted by law, you agree that you will not bring, join or participate in any class action lawsuit as to any claim, dispute or controversy that you may have against Acai Force™ and its employees, officers, directors, members, representatives and assigns. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. You agree to pay the attorney's fees and court costs that Acai Force™ incurs in seeking such relief. This provision preventing you from bringing, joining or participating in class action lawsuits: (a) does not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above; and (b) is an independent agreement.

**18. Miscellaneous.** Nothing herein shall be construed to preclude any party from seeking injunctive relief in order to protect its rights pending an outcome in arbitration. To the extent that anything in or associated with the Site is in conflict or inconsistent with these Terms and Conditions, these Terms and Conditions shall take precedence. Our failure to enforce any provision of the Agreement shall not be deemed a waiver of such provision nor of the right to enforce such provision. The parties do not intend that any agency or partnership relationship be created through operation of the Agreement.

**19. How to Contact Us.** If you have any questions about the Agreement or about the practices of Acai Force™, please feel free to contact us at the following telephone numbers, as applicable to you:

For customers in the United States and Canada: 888-591-2190
For customers in Australia – Toll-free 1-800-335-305
For customers in the United Kingdom – Toll-free - 0-800-680-0623

Kleimann
ATTACHMENT D (Terms and Conditions) - 11



Kleimann ATTACHMENT E
(Davis A Landing) - 1



Kleimann ATTACHMENT E
(Davis A Landing) - 2

PI Exhibit 15 Page 01454



http://www.swipebids.com/

View Favorites Tools Help

SwipeBids - Save up to 90%, Bid to Win Unbelieva...

Page ▾ Safety ▾ Tools ▾

VIEW ALL

## HOW SWIPEBIDS WORKS

**1 Join & Become A Member**
You'll get the chance to bid!

**2 Choose Item & BID**
Each bid increases the bid price and the auction time.
00:00:15
BID

**3 Be the final bidder & WIN**
If you placed the final bid before the clock ran out.
You Win!
Price: $24.56
Winner: You Won!

**QUICK REGISTRATION!**
START WINNING TODAY
JOIN NOW!

## PLAYER STATUS LEGEND

= player has 1+ wins
= player has 5+ wins
= player has 10+ wins
= player has 50+ wins
= player has 100+ wins
= player has 250+ wins
= player has 500+ wins
= player has 1000+ wins
= player has 5000+ wins

## Tip of the Month!

**John Won his Macbook for only $186.43!**
(UPS Tracking #1ZA722W84247067852)

"I started off with this strategy, and it definitely paid off. Basically at first I just spent some time focusing on winning only the bid packs, because they were going really fast and seemed quite easy to win. Once I collected a whole mass of bids, I went all out on the Macbook and won it that same night!"

## HOW TO WIN PRIZES AT SWIPEBIDS.COM

*Please note: There is no limit to the number of contests you can win per day

There are many other ways to win at SwipeBids besides just winning auctions.
Here are a few other ways you can take home great prizes.

**HOURLY BID PACK CONTEST** CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each hour, the top 25 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of Bid Packs won & bought that hour!

SwipeBids - Save up...

3:29:38 PM 06/01/2010

Kleimann ATTACHMENT E
(Davis A Landing) - 3





SB http://www.swipebids.com/

View Favorites Tools Help

SB SwipeBids - Save up to 90%, Bid to Win Unbelieva...

Page ▾ Safety ▾ Tools ▾

= player has 500+ wins

= player has 1000+ wins

= player has 5000+ wins

# HOW TO WIN PRIZES AT SWIPEBIDS.COM

*Please note: There is no limit to the number of contests you can win per day

There are many other ways to win at SwipeBids besides just winning auctions. Here are a few other ways you can take home great prizes.

ONE

## HOURLY BID PACK CONTEST

CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each hour, the top 25 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of Bid Packs won & bought that hour!
- **HOW OFTEN?** Positions automatically update every 5 minutes, so keep an eye on your new rank!

PRIZES WORTH **$990 every hour**

TWO

## BID PACK CONTEST

CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each day, at MIDNIGHT (EST), the top 50 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of Bid Packs won & bought that day!
- **HOW OFTEN?** Positions automatically update every 15 minutes, so keep an eye on your new rank!

PRIZES WORTH **$3,763 every day**

THREE

## PREMIUM BID PACK CONTEST

CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each day, at MIDNIGHT (EST), the top 25 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of 500 and 825 Bid Packs won & bought that day!
- **HOW OFTEN?** Positions automatically update every 15 minutes, so keep an eye on your new rank!

PRIZES WORTH **$16,999 every day**

*Please note: There is no limit to the number of contests you can win per day

# NEW HOURLY BID PACK CONTEST

*Please note: There is no limit to the number of contests you can win per day

Time left to announce winners
00:31:52

## CURRENT TOP BIDPACK WINNERS

CONTEST ENDS EVERY HOUR, YOU BLINK YOU MISS!

Contest stats are updated every 5 minutes. Please refresh your browser to see updated positions.

Ranks are based on the number of Bid Packs Bought & Won that hour!

THIS HOUR'S TOP 5 BID PACK WINNERS SO FAR!

SwipeBids - Save up...

3:29:39 PM 06/01/2010

Kleimann ATTACHMENT E
(Davis A Landing) - 4

Kleimann ATTACHMENT E
(Davis A Landing) - 5

PI Exhibit 15 Page 01457



Kleimann ATTACHMENT E
(Davis A Landing) - 6



## HOW THE PRIZES WORK FOR THIS CONTEST
*Disclaimer: Shipping cost of 9.50 still applies

- Ranked position is based on the number of bid packs won & bought that day
- Each day, at MIDNIGHT (Eastern Standard Time), the top 50 ranked players all win prizes
- Positions automatically update every 15 minutes, so keep an eye on your new rank!
- All prize items typically ship within 72 hours of winning
- If you're Yesterday's winner log into your account and check your won auctions to claim your prize!

*All Gift Cards are from Walmart.

### MORE BIDPACK WINNERS OF THE DAY

| POS. | PLAYER NAME | TO PRIZE LVL | BIDPACKS | PRIZE TO BE WON | POS. | PLAYER NAME | TO PRIZE LVL | BIDPACKS | PRIZE TO BE WON |
|---|---|---|---|---|---|---|---|---|---|
| 6 | farkle | 16 | 191 | Gift Card $50 | 28 | aqua84 | 7 | 43 | 75 Bids |
| 7 | thepooh52 | 36 | 171 | Gift Card $50 | 29 | bugbully1 | 9 | 41 | 75 Bids |
| 8 | jpstore415 | 55 | 152 | Gift Card $50 | 30 | suzkoz | 10 | 40 | 75 Bids |
| 9 | sonofmo | 57 | 150 | Gift Card $50 | 31 | learntoshare | 1 | 40 | 50 Bids |
| 10 | ForMarsha | 58 | 149 | Gift Card $50 | 32 | russianenigm | 2 | 39 | 50 Bids |
| 11 | petaldude | 16 | 134 | 200 Bids | 33 | diggsy | 2 | 39 | 50 Bids |
| 12 | Bdppatt | 35 | 115 | 200 Bids | 34 | EBOTT | 3 | 38 | 50 Bids |
| 13 | deathra | 49 | 101 | 200 Bids | 35 | llsmoothie | 6 | 35 | 50 Bids |
| 14 | DacorDave | 54 | 96 | 200 Bids | 36 | Franklindy | 4 | 32 | 25 Bids |
| 15 | BlueRob | 66 | 84 | 200 Bids | 37 | hippiechic | 5 | 30 | 25 Bids |
| 16 | magwag1 | 5 | 80 | 150 Bids | 38 | Paja001 | 6 | 30 | 25 Bids |
| 17 | kc7ggn | 5 | 80 | 150 Bids | 39 | mediumpaul | 6 | 30 | 25 Bids |
| 18 | RoyRuiz49 | 19 | 66 | 150 Bids | 40 | FannyLucia | 6 | 30 | 25 Bids |
| 19 | javissupreme | 19 | 66 | 150 Bids | 41 | deedeebee58 | 1 | 30 | 10 Bids |
| 20 | nanspete | 21 | 64 | 150 Bids | 42 | georgiejez | 3 | 28 | 10 Bids |
| 21 | herbwp1 | 9 | 56 | 100 Bids | 43 | mluczon | 3 | 28 | 10 Bids |
| 22 | panama | 11 | 54 | 100 Bids | 44 | Stardragon7 | 4 | 27 | 10 Bids |
| 23 | jackbruiser | 14 | 51 | 100 Bids | 45 | sdav47 | 4 | 27 | 10 Bids |
| 24 | Deeprooter | 15 | 50 | 100 Bids | 46 | garyttt | 2 | 26 | 10 Bids |
| 25 | rickyf09 | 16 | 49 | 100 Bids | 47 | cruzn49 | 3 | 25 | 10 Bids |
| 26 | anjolyn | 1 | 49 | 75 Bids | 48 | 4Antioch | 4 | 24 | 10 Bids |
| 27 | hopestinks | 2 | 48 | 75 Bids | 49 | enjoy07 | 7 | 21 | 10 Bids |

### Yesterday's 10 Winners

| | |
|---|---|
| 1 | Deeprooter |
| 2 | farkle |
| 3 | stilldot |
| 4 | timiny |
| 5 | golfer62 |
| 6 | mickeyanns |
| 7 | pbh201 |
| 8 | petaldude |
| 9 | thepooh52 |
| 10 | john3764 |

CLICK HERE TO VIEW WINNERS OF THIS AND OTHER CONTESTS, AS WELL AS ALL OF OUR AUCTIONS!

Kleimann ATTACHMENT E
(Davis A Landing) - 7

PI Exhibit 15 Page 01459

