



SB http://www.swipebids.com/

View Favorites Tools Help

SB SwipeBids - Save up to 90%, Bid to Win Unbelieva...

## HOW THE PRIZES WORK FOR THIS CONTEST

* Disclaimer: Shipping cost of 9.50 still applies

- Ranked position is based on the number of 500 & 825 bid packs won & bought that day
- Each day, at MIDNIGHT (Eastern Standard Time), the top 25 ranked players all win prizes
- Positions automatically update every 15 minutes, so keep an eye on your new rank!
- All prize items typically ship within 72 hours of winning
- If you're Yesterday's winner log into your account and check your won auctions to claim your prize!

*All Gift Cards are from Walmart.

## MORE PREMIUM BIDPACK WINNERS OF THE DAY

| POS. | PLAYER NAME | VALUE | BIDPACKS | PRIZE TO BE WON |
|---|---|---|---|---|
| 6 | jackbruiser | $700 | 4 | Gift Card $100 + 1000 Bids |
| 7 | larryd22 | $680 | 3 | Gift Card $80 + 1000 Bids |
| 8 | jeffrey76 | $360 | 3 | Gift Card $60 + 500 Bids |
| 9 | vixlane7 | $340 | 2 | Gift Card $40 + 500 Bids |
| 10 | WholesaleMob | $320 | 2 | Gift Card $20 + 500 Bids |
| 11 | m17again | $300 | 2 | 500 Bids |
| 12 | ylichstein | $300 | 2 | 500 Bids |
| 13 | thepooh52 | $300 | 2 | 500 Bids |
| 14 | maxter7 | $300 | 2 | 500 Bids |
| 15 | purplelee | $300 | 2 | 500 Bids |
| 16 | mediumpaul | $180 | 2 | 300 Bids |
| 17 | fayaa | $180 | 2 | 300 Bids |
| 18 | psgrannyof3 | $180 | 2 | 300 Bids |
| 19 | javissupreme | $180 | 2 | 300 Bids |
| 20 | aqua84 | $180 | 2 | 300 Bids |
| 21 | tracymm | $120 | 2 | 200 Bids |
| 22 | mahendra | $120 | 1 | 200 Bids |
| 23 | DacorDave | $120 | 1 | 200 Bids |
| 24 | stockermom | $120 | 1 | 200 Bids |
| 25 | leamtoshare | $120 | 1 | 200 Bids |
| 26 | Buzzys | $0.00 | 1 | N/A |
| 27 | dt1128 | $0.00 | 1 | N/A |

| POS. | PLAYER NAME | VALUE | BIDPACKS | PRIZE TO BE WON |
|---|---|---|---|---|
| 28 | farkle | $0.00 | 1 | N/A |
| 29 | revitalizer | $0.00 | 1 | N/A |
| 30 | 160223 | $0.00 | 1 | N/A |
| 31 | abeklein | $0.00 | 1 | N/A |
| 32 | elton55 | $0.00 | 1 | N/A |
| 33 | 14THEkids | $0.00 | 1 | N/A |
| 34 | Gramsta | $0.00 | 1 | N/A |
| 35 | lannek61 | $0.00 | 1 | N/A |
| 36 | roddinbc | $0.00 | 1 | N/A |
| 37 | jkothe | $0.00 | 1 | N/A |
| 38 | tiffanim68 | $0.00 | 1 | N/A |
| 39 | EBOTT | $0.00 | 1 | N/A |
| 40 | Bobflop | $0.00 | 1 | N/A |
| 41 | beeradg | $0.00 | 1 | N/A |
| 42 | PaulKof | $0.00 | 1 | N/A |
| 43 | jester59 | $0.00 | 1 | N/A |
| 44 | elisa111 | $0.00 | 1 | N/A |
| 45 | rayhd | $0.00 | 1 | N/A |
| 46 | dcantin | $0.00 | 1 | N/A |
| 47 | bhawaii | $0.00 | 1 | N/A |
| 48 | dian1smith | $0.00 | 1 | N/A |
| 49 | lostboy54321 | $0.00 | 1 | N/A |

### Yesterday's 10 Winners

| | |
|---|---|
| 1 | drprince |
| 2 | lk0366 |
| 3 | john3764 |
| 4 | Kalimama |
| 5 | BigSpender |
| 6 | skinnymissy |
| 7 | 1xj220 |
| 8 | KingCobra31 |
| 9 | mickeyanns |
| 10 | joephili |

*WON & PURCHASED
In order for the bid packs to count in the contest you must first win and purchase them.
The day that the bid pack is purchased is the day that it is counted towards on your contest rank

CLICK HERE TO VIEW WINNERS OF THIS AND OTHER CONTESTS, AS WELL AS ALL OF OUR AUCTIONS!

SwipeBids - Save up... 3:29:47 PM 06/01/2010

Kleimann ATTACHMENT E
(Davis A Landing) - 9

| # | User | Amount | Qty | Item | # | User | Amount | Qty | Status | Rank | Winner |
|---|------|--------|-----|------|---|------|--------|-----|--------|------|--------|
| 7 | larryd22 | $680 | 3 | Gift Card $80 + 1000 Bids | 29 | revitalizer | $0.00 | 1 | N/A | 2 | lk0366 |
| 8 | jeffrey76 | $360 | 3 | Gift Card $60 + 500 Bids | 30 | 160223 | $0.00 | 1 | N/A | | |
| 9 | vixiane7 | $340 | 2 | Gift Card $40 + 500 Bids | 31 | abeklein | $0.00 | 1 | N/A | | |
| 10 | WholesaleMob | $320 | 2 | Gift Card $20 + 500 Bids | 32 | elton55 | $0.00 | 1 | N/A | 3 | john3764 |
| 11 | m17again | $300 | 2 | 500 Bids | 33 | 14THEkids | $0.00 | 1 | N/A | | |
| 12 | ylichstein | $300 | 2 | 500 Bids | 34 | Gramsta | $0.00 | 1 | N/A | 4 | Kalimama |
| 13 | thepooh52 | $300 | 2 | 500 Bids | 35 | lannek61 | $0.00 | 1 | N/A | | |
| 14 | maxter7 | $300 | 2 | 500 Bids | 36 | roddinbc | $0.00 | 1 | N/A | 5 | BigSpender |
| 15 | purplelee | $300 | 2 | 500 Bids | 37 | jkothe | $0.00 | 1 | N/A | | |
| 16 | mediumpaul | $180 | 2 | 300 Bids | 38 | tiffanim68 | $0.00 | 1 | N/A | 6 | skinnymissy |
| 17 | fayaa | $180 | 2 | 300 Bids | 39 | EBOTT | $0.00 | 1 | N/A | | |
| 18 | psgrannyof3 | $180 | 2 | 300 Bids | 40 | Bobflop | $0.00 | 1 | N/A | | |
| 19 | javissupreme | $180 | 2 | 300 Bids | 41 | beeradg | $0.00 | 1 | N/A | 7 | 1xj220 |
| 20 | aqua84 | $180 | 2 | 300 Bids | 42 | PaulKof | $0.00 | 1 | N/A | | |
| 21 | tracymrn | $120 | 2 | 200 Bids | 43 | jester59 | $0.00 | 1 | N/A | 8 | KingCobra31 |
| 22 | mahendra | $120 | 1 | 200 Bids | 44 | elisa111 | $0.00 | 1 | N/A | | |
| 23 | DacorDave | $120 | 1 | 200 Bids | 45 | rayhd | $0.00 | 1 | N/A | | |
| 24 | stockermom | $120 | 1 | 200 Bids | 46 | dcantin | $0.00 | 1 | N/A | 9 | mickeyanns |
| 25 | learntoshare | $120 | 1 | 200 Bids | 47 | bhawaii | $0.00 | 1 | N/A | | |
| 26 | Buzzys | $0.00 | 1 | N/A | 48 | dian1smith | $0.00 | 1 | N/A | 10 | joephili |
| 27 | dt1128 | $0.00 | 1 | N/A | 49 | lostboy54321 | $0.00 | 1 | N/A | | |

*WON & PURCHASED
In order for the bid packs to count in the contest you must first win and purchase them.
The day that the bid pack is purchased is the day that it is counted towards on your contest rank.

CLICK HERE TO VIEW WINNERS OF THIS AND OTHER CONTESTS, AS WELL AS ALL OF OUR AUCTIONS!

WE ACCEPT VISA — SHARE THE FUN — PEACE OF MIND — LIVE CHAT WE ARE ONLINE CLICK HERE

**SwipeBids GUARANTEE**
✓ We never drive up the price, there are no bots!
✓ We always ship the product within 72 hours.
✓ 1000's of products are won every day.

We ship prizes with: FedEx, UPS
Penny Auctions have been seen on: abc, NBC, CBS

© Copyright 2010 - SwipeBids | Contact Us | Terms & Conditions | Privacy Policy | Legal

3:29:49 PM 06/01/2010

Kleimann ATTACHMENT E
(Davis A Landing) - 10







Kleimann ATTACHMENT E
(Davis A Landing) - 13



Kleimann ATTACHMENT E
(Davis A Landing) - 14



Kleimann ATTACHMENT E
(Davis A Landing) - 15



Kleimann ATTACHMENT E
(Davis A Landing) - 16



SB http://www.swipebids.com/all_past_winning_auction.php

View Favorites Tools Help

SB SwipeBids – Save up to 90%, Bid to Win Unbeliev...

Page ▾ Safety ▾ Tools ▾

SWIPE BIDS JOIN • BID • WIN

Username •••••••• Login

Not a Member? Sign Up Now Forgot Password? Click Here

Home | My Account ▾ | Winners ▾ | Contests ▾ | How to Win | Support ▾ | Contact Us

## Some of Our 1000's of Winners this Month

Everyday we post more winners, check back daily.

Click here to see photos and testimonials from our winners!

CLICK HERE TO GO TO THE CURRENT LIVE AUCTIONS »

**Please note the tracking numbers expire after 30 days and take approximately 72 hours to appear on the site.**

**Pbh201**

PAID $81.89 SAVED $68.11

PRODUCT Walmart Gift Card $150
PRICE SOLD $81.89
CITY The Villages, FL
TRACKING # 9102143048747412654998
(Tracking number may take up to 3 business days to show up on UPS.com, Fedex.com and/or USPS.com)
SHIPPING USPS

**Deathra**

PAID $152.46 SAVED $1,197.53

PRODUCT Canon EOS Rebel + 1000 Bids
PRICE SOLD $152.46
CITY kathleen, GA
TRACKING # 1Z8V851YPT00105126
(Tracking number may take up to 3 business days to show up on UPS.com, Fedex.com and/or USPS.com)
SHIPPING UPS

**Pbh201**

PAID $92.87 SAVED $57.13

PRODUCT Walmart Gift Card $150
PRICE SOLD $92.87
CITY The Villages, FL
TRACKING # 9102143048747412655032
(Tracking number may take up to 3 business days to show up on UPS.com, Fedex.com and/or USPS.com)
SHIPPING USPS

PRODUCT HP ProBook 17.3"

SwipeBids – Save up...

3:31:02 PM 06/01/2010

Kleimann ATTACHMENT E
(Davis A Winners) - 17



Kleimann ATTACHMENT E
(Davis A Winners) - 18

PI Exhibit 15 Page 01470



SB http://www.swipebids.com/all_past_winning_auction.php

View Favorites Tools Help

SB SwipeBids – Save up to 90%, Bid to Win Unbeliev...

Page ▾ Safety ▾ Tools ▾

business days to show up on UPS.com, Fedex.com and/or USPS.com)

SHIPPING UPS

**Pbh201**

PAID $85.57 SAVED $64.43

| | |
|---|---|
| PRODUCT | Walmart Gift Card $150 |
| PRICE SOLD | $85.57 |
| CITY | The Villages, FL |
| TRACKING # | 9102143048747412601749 (Tracking number may take up to 3 business days to show up on UPS.com, Fedex.com and/or USPS.com) |
| SHIPPING | USPS |

**Philalfieri**

PAID $424.71 SAVED $574.29

| | |
|---|---|
| PRODUCT | MacBook |
| PRICE SOLD | $424.71 |
| CITY | PORTLAND, OR |
| TRACKING # | 1ZE6F0570328060331 (Tracking number may take up to 3 business days to show up on UPS.com, Fedex.com and/or USPS.com) |
| SHIPPING | UPS |

CLICK HERE TO GO TO THE CURRENT LIVE AUCTIONS

**Pricey**

PAID $432.10 SAVED $467.89

| | |
|---|---|
| PRODUCT | HP ProBook 17.3" |
| PRICE SOLD | $432.10 |
| CITY | Werrington County, Sydney NSW |
| TRACKING # | CJ248444919US (Tracking number may take up to 3 business days to show up on UPS.com, Fedex.com and/or USPS.com) |
| SHIPPING | USPS |

**One2win**

PAID $129.30 SAVED $20.70

| | |
|---|---|
| PRODUCT | Walmart Gift Card $150 |
| PRICE SOLD | $129.30 |
| CITY | MINNETRISTA, MN |
| TRACKING # | 9102143048747412601763 (Tracking number may take up to 3 business days to show up on UPS.com, Fedex.com and/or USPS.com) |
| SHIPPING | USPS |

SwipeBids – Save up...

3:31:28 PM 06/01/2010

Kleimann ATTACHMENT E
(Davis A Winners) - 19