

SB http://www.swipebids.com/all_past_winning_auction.php

View Favorites Tools Help

SB SwipeBids – Save up to 90%, Bid to Win Unbeliev...

Page ▾ Safety ▾ Tools ▾

**Moneycoming**

PAID $16.01 SAVED $532.99

PRODUCT Nokia Mobile N900 - Unlocked
PRICE SOLD $16.01
CITY hinesville, GA
TRACKING # 9102901001299114233766
(Tracking number may take up to 3 business days to show up on UPS.com, Fedex.com and/or USPS.com)
SHIPPING USPS

**Masterdxball**

PAID $40.14 SAVED $259.85

PRODUCT GPS Garmin Nuvi 1450
PRICE SOLD $40.14
CITY mineola, NY
TRACKING # 1ZW5W5220387692744
(Tracking number may take up to 3 business days to show up on UPS.com, Fedex.com and/or USPS.com)
SHIPPING UPS

**Gregory**

PAID $31.83 SAVED $498.16

PRODUCT HP Pavilion dm3z series
PRICE SOLD $31.83
CITY Berkeley, CA
TRACKING # 1ZW5W5220387678297
(Tracking number may take up to 3 business days to show up on UPS.com, Fedex.com and/or USPS.com)
SHIPPING UPS

There Are Over 1,000 Winners Everyday At SwipeBids.com

WE ACCEPT SHARE THE FUN PEACE OF MIND LIVE CHAT WE ARE ONLINE CLICK HERE

SWIPEBIDS GUARANTEE
✓ We never drive up the price, there are no bots!
✓ We always ship the product within 72 hours.
✓ 1000's of products are won every day.

We ship prizes with: FedEx. ups

Penny Auctions have been seen on: abc CBS

© Copyright 2010 - SwipeBids

| Contact Us | Terms & Conditions | Privacy Policy | Legal

SwipeBids – Save up... 3:32:29 PM 06/01/2010

Kleimann ATTACHMENT E
(Davis A Winners) - 20



SB http://www.swipebids.com/all_past_winning_auction.php

View Favorites Tools Help

SwipeBids – Save up to 90%, Bid to Win Unbeliev...

Page ▾ Safety ▾ Tools ▾

SWIPE BIDS JOIN • BID • WIN

Username •••••••• Login

Not a Member? Sign Up Now Forgot Password? Click Here

Home | My Account ▾ | Winners ▾ | Contests ▾ | How to Win | Support ▾ | Contact Us

Auction Winners

Testimonials

## Some of Our 1000's of Winners this Mo

Everyday we post more winners, check back daily.

Click here to see photos and testimonials from our winners!

CLICK HERE TO GO TO THE CURRENT LIVE AUCTIONS

**Please note the tracking numbers expire after 30 days and take approximately 72 hours to appear on the site.**

**Pbh201**

PAID $81.89 SAVED $68.11

PRODUCT Walmart Gift Card $150
PRICE SOLD $81.89
CITY The Villages, FL
TRACKING # 9102143048747412654998
(Tracking number may take up to 3 business days to show up on UPS.com, Fedex.com and/or USPS.com)
SHIPPING USPS

**Deathra**

PAID $152.46 SAVED $1,197.53

PRODUCT Canon EOS Rebel + 1000 Bids
PRICE SOLD $152.46
CITY kathleen, GA
TRACKING # 1Z8V851YPT00105126
(Tracking number may take up to 3 business days to show up on UPS.com, Fedex.com and/or USPS.com)
SHIPPING UPS

**Pbh201**

PAID $92.87 SAVED $57.13

PRODUCT Walmart Gift Card $150
PRICE SOLD $92.87
CITY The Villages, FL
TRACKING # 9102143048747412655032
(Tracking number may take up to 3 business days to show up on UPS.com, Fedex.com and/or USPS.com)
SHIPPING USPS

**lyliana**

PRODUCT HP ProBook 17.3"

SwipeBids - Save up...

3:32:54 PM 06/01/2010

Kleimann ATTACHMENT E
(Davis A Menus) - 21



SB http://www.swipebids.com/all_testimonials.php

View Favorites Tools Help

SB SwipeBids – Save up to 90%, Bid to Win Unbeliev...

Page ▾ Safety ▾ Tools ▾

Username | •••••••• | Login

Not a Member? Sign Up Now  Forgot Password? Click Here

Home | My Account ▾ | Winners ▾ | Contests ▾ | How to Win | Support ▾ | Contact Us

# Some of Our Proud Customer Testimonials

## Wayne H.

I've always wanted a Mac Computer and SwipeBids made it easy. Swipebids kept me posted on the status of delivery and had great follow-up. Thanks SwipeBids.

## Gloria M.

SwipeBids is fun to play & challenge to match your fast reaction against your opponent. I've got a lot of bids built up and I already have several small things & am looking forward to bigger things.

## Adrian M.

I love walmart gift cards because I can spend a lot on products, food, and much more!!! These cards are the cheapest of the world! Thanks Swipebids

## Charles B.

I won my MacBook + 5000 Bids for $1.56. I started bidding, was patient and paid attention to how the other bidders were bidding, I received it within two weeks of my order date.

## Jeff R.

I won an Alienware laptop for less than $30. I thought "Wow, that was easy?" so I tried the same strategy the next night, and got lucky again as I won a second Alienware laptop in less than 24 hours.

SwipeBids – Save up...  3:32:58 PM 06/01/2010

Kleimann ATTACHMENT E
(Davis A Testimonials) - 22





SB http://www.swipebids.com/all_testimonials.php

View Favorites Tools Help

SB SwipeBids – Save up to 90%, Bid to Win Unbeliev...

Page ▾ Safety ▾ Tools ▾

## Lauri

It's a buffet of possibilities -- from the PS3 that my son wants to winning Wal-Mart gift cards in anticipation of summer shopping and back-to-school (as a mom, I'm always thinking ahead.)

## Kim

I am so satified with what I had won. I only needed to pay $1.01 for 40 bids, instead of $24.00. I also won $29.01 for 500 bids instead of $299.00. It is so beautiful, I love it.

## Kishan R.

This is the best bidding experience one can get. I won on the very first day and I think it is only the beginning for an exciting bidding experience to win fantastic products at unbeatable prices.

## Adrian M.

Hi, my name is Adrian. I won both $10 walmart gift cards and I really love them. Thanks to swipebids.com I really want some more products soon.

18 Total

There Are Over 1,000 Winners Everyday At SwipeBids.com

WE ACCEPT VISA SHARE THE FUN PEACE OF MIND

LIVE CHAT WE ARE ONLINE CLICK HERE

SWIPEBIDS GUARANTEE

- We never drive up the price, there are no bots!
- We always ship the product within 72 hours.
- 1000's of products are won every day.

We ship prizes with: FedEx. ups

Penny Auctions have been seen on: abc CBS

© Copyright 2010 - SwipeBids

| Contact Us | Terms & Conditions | Privacy Policy | Legal

SwipeBids – Save up...

3:33:15 PM 06/01/2010

Kleimann ATTACHMENT E
(Davis A Testimonials) - 23

SB http://www.swipebids.com/all_testimonials.php

View Favorites Tools Help

SwipeBids – Save up to 90%, Bid to Win Unbeliev...

Page ▾ Safety ▾ Tools ▾

SWIPE BIDS JOIN • BID • WIN

Username ●●●●●●●● Login

Not a Member? Sign Up Now Forgot Password? Click Here

Home | My Account ▾ | Winners ▾ | Contests ▾ | How to Win | Support ▾ | Contact Us

Hourly Contest
Bid Pack Contest
Premium Contest
Monthly Contest (Honda Civic)
Leaderboard

# Some of Our Proud Customer Testimonials

## Wayne H.

I've always wanted a Mac Computer and SwipeBids mad[...] kept me posted on the status of delivery and had great follow-up. Thanks SwipeBids.

## Gloria M.

SwipeBids is fun to play & challenge to match your fast reaction against your opponent. I've got a lot of bids built up and I already have several small things & am looking forward to bigger things.

## Adrian M.

I love walmart gift cards because I can spend a lot on products, food, and much more!!! These cards are the cheapest of the world! Thanks Swipebids

## Charles B.

I won my MacBook + 5000 Bids for $1.56. I started bidding, was patient and paid attention to how the other bidders were bidding, I received it within two weeks of my order date.

## Jeff R.

I won an Alienware laptop for less than $30. I thought "Wow, that was easy?" so I tried the same strategy the next night, and got lucky again as I won a second Alienware laptop in less than 24 hours.

SwipeBids – Save up... 3:33:33 PM 06/01/2010

Kleimann ATTACHMENT E
(Davis A Menus) - 24



SB http://www.swipebids.com/content.php?content_id=NA==

View Favorites Tools Help

SB Terms of Use

Page ▾ Safety ▾ Tools ▾

SWIPE BIDS JOIN • BID • WIN

Username •••••••• Login

Not a Member? Sign Up Now Forgot Password? Click Here

Home | My Account ▾ | Winners ▾ | Contests ▾ | How to Win | Support ▾ | Contact Us

## Terms of Use

- Frequently Asked Questions
- Contact Support
- Legal
- How to Win
- About SwipeBids
- Myths & Facts
- Privacy Policy
- Terms of Use
- Technical Issues

START CHAT ONLINE

### WEBSITE TERMS OF USE

**1. AGREEMENT**

These Terms of Use (hereinafter, the "**Agreement**") constitute a legally binding agreement by and between SwipeBids.com (hereinafter, "**SwipeBids**") and You ("**You**" or "**Your**") concerning Your use of SwipeBids' website (the "Website") and the services available through the Website (the "**Services**"). By using the Website, You represent and warrant that You have read and understood, and agree to be bound by, the Agreement and SwipeBids' Privacy Policy (the "**Privacy Policy**"), which is incorporated herein by reference and made part of this Agreement. IF YOU DO NOT UNDERSTAND THIS AGREEMENT, OR DO NOT AGREE TO BE BOUND BY IT OR THE PRIVACY POLICY, YOU MUST IMMEDIATELY LEAVE THE WEBSITE AND CEASE USING THE SERVICES.

**2. PRIVACY POLICY**

By using the Website, You consent to the collection and use of certain information about You, as specified in the Privacy Policy. SwipeBids encourages users of the Website to frequently check SwipeBids' Privacy Policy for changes.

**3. CHANGES TO AGREEMENT AND PRIVACY POLICY**

Internet and the applicable laws, rules, and regulations change frequently. ACCORDINGLY, SWIPEBIDS RESERVES THE RIGHT TO CHANGE THIS AGREEMENT AND ITS PRIVACY POLICY AT ANY TIME UPON NOTICE TO YOU, TO BE GIVEN BY THE POSTING OF A NEW VERSION OR A CHANGE NOTICE ON THE WEBSITE. IT IS YOUR RESPONSIBILITY TO REVIEW THIS AGREEMENT AND THE PRIVACY POLICY PERIODICALLY. IF AT ANY TIME YOU FIND EITHER UNACCEPTABLE, YOU MUST IMMEDIATELY LEAVE THE WEBSITE AND CEASE USING THE SERVICES. Unless SwipeBids obtains Your express consent, any revised Privacy Policy will apply only to information collected by SwipeBids after such time as the revised Privacy Policy takes effect, and not to information collected under any earlier Privacy Policies.

**4. ELIGIBILITY**

BY USING THE WEBSITE OR SERVICES, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST 18 YEARS OLD, A LEGAL RESIDENT OF THE UNITED STATES, CANADA, UNITED KINGDOM, AUSTRALIA OR NEW ZEALAND, AND ARE OTHERWISE LEGALLY QUALIFIED TO ENTER INTO AND FORM CONTRACTS UNDER APPLICABLE LAW. Persons in any of the following categories are not eligible to participate in any auction or purchase products made available through the Website and Services: (a) Employees, officers, directors, agents and representatives of SWIPEBIDS.COM and their parent companies, affiliates and subsidiaries; and (b) immediate family members (defined as parents, children, siblings, spouse or domestic partner, regardless of where they reside) and/or those living in the same household as any person in (a) above. This Agreement is void where prohibited.

**5. LICENSE**

Subject to Your compliance with the terms and conditions of this Agreement, SwipeBids grants You a non-exclusive, non-sublicensable, revocable as stated in this Agreement, non-transferable license to use the Website and Services. The Website, or any portion of the Website, may not be reproduced, duplicated, copied, modified, sold, resold, distributed, visited, or otherwise exploited for any commercial purpose without the express written consent of SwipeBids. Except as expressly set forth herein, this Agreement grants You no rights in or to the intellectual property of SwipeBids or any other

Terms of Use - Win...

3:38:11 PM 06/01/2010

Kleimann ATTACHMENT E
(Davis A Terms) - 25



## 5. LICENSE

Subject to Your compliance with the terms and conditions of this Agreement, SwipeBids grants You a non-exclusive, non-sublicensable, revocable as stated in this Agreement, non-transferable license to use the Website and Services. The Website, or any portion of the Website, may not be reproduced, duplicated, copied, modified, sold, resold, distributed, visited, or otherwise exploited for any commercial purpose without the express written consent of SwipeBids. Except as expressly set forth herein, this Agreement grants You no rights in or to the intellectual property of SwipeBids or any other party. The license granted in this section is conditioned on Your compliance with the terms and conditions of this Agreement. In the event that You breach any provision of this Agreement, Your rights under this section will immediately terminate.

## 6. USER INFORMATION/PASSWORD PROTECTION

In connection with Your use of certain Services, You will be required to complete a registration form. You represent and warrant that all information You provide on the registration form or otherwise in connection with Your use of the Website and Services will be complete and accurate, and that You will update that information as necessary to maintain its completeness and accuracy by visiting Your account profile. For additional information, see the section concerning User Ability To Access, Update, and Correct Personal Information in SwipeBids'[[Privacy Policy].

You will also be asked to provide a user name and password in connection with certain of the Services. You are entirely responsible for maintaining the confidentiality of Your password. You may not use the account, user name, or password of someone else at any time. You agree to notify SwipeBids immediately of any unauthorized use of Your account, user name, or password. SwipeBids shall not be liable for any loss that You incur as a result of someone else using Your password, either with or without Your knowledge. You may be held liable for any losses incurred by SwipeBids, its affiliates, officers, directors, employees, consultants, agents, and representatives due to someone else's use of Your account or password.

## 7. CONSENT TO RECEIVE EMAIL

By establishing an account with SwipeBids, You consent to receive periodic email communications from SwipeBids.com concerning SwipeBids' products and services, including without limitation, auction confirmations and newsletters. You may opt-out of receiving newsletters at any time by (a) following the unsubscribe instructions contained in each newsletter; or (c) sending an email to support@swipebids.com.

## 8. SCOPE OF SERVICES

### (a) SwipeBids Marketplace

SwipeBids operates an online **marketplace** (the "Marketplace") that enables registered users to view, bid on, and purchase products ("**Products**"). Each product auctioned through the Marketplace is auctioned for an indefinite period of time based on the total number of Bids (as defined in Section 7(b)) received by that Product.

### (b) Bids

Before You can bid on a Product, You must purchase bids ("**Bids**"). Bids may be purchased in packs of 135, 300 and 1350 ("**Bid Packs**") for the then current price listed on the Website. Payment can be made by Visa and MasterCard only. BID PACKS ARE NON-REFUNDABLE. Once a bid is used, it is deducted from Your account and cannot be used again. SwipeBids reserves the right, in SwipeBids' sole discretion, to change the Bid Packs' fees and charges in effect, or to add new fees and charges, by posting such changes on the website or providing notice to You. In addition, you do not hold SwipeBids' responsible for any overdraft charges or fees which you might incur during the ongoing Membership.

### (c) Auction Structure

Each time a registered user places a Bid on a Product, extra time (typically a few seconds) is added to that Product's auction period ("**Auction Period**"), and the bidding price of the Product is increased by 1¢. An auction ends when the Auction Period reaches zero. The auction winner (the "**Winner**") is the last user to place a Bid, as determined solely by SwipeBids' records. UPON END OF AN AUCTION, ALL BIDS USED ON THAT AUCTION, WHETHER BY THE WINNER

Kleimann ATTACHMENT E
(Davis A Terms) - 26

PI Exhibit 15 Page 01478

Unless otherwise stated, Products will be shipped within 5-7 business days of receipt by SwipeBids of the Total Price. Delivery will be made by our suppliers or, in limited circumstances, directly from us to the mailing address provided by You. YOU BEAR THE SOLE RESPONSIBILITY OF ENSURING THAT YOUR ADDRESS ON FILE WITH SWIPEBIDS IS ACCURATE AND CURRENT. SwipeBids may, in its sole discretion, use third-parties to satisfy shipping and other obligations without prior notice to You. Delivery is strictly limited to the United States, Canada, United Kingdom, Australia and New Zealand. All shipped Products are given a tracking number within 72 hours of shipment. You may access Your tracking numbers by visiting the "Won Auctions" section of Your account profile or by phoning customer service at 866-389-3870, or contacting our LiveChat service.

## 9. PRODUCT & PRICING INFORMATION

SwipeBids attempts to be as accurate as possible with product and pricing information; however, SwipeBids cannot guarantee that product or pricing information is accurate, complete, reliable, current or error-free. Except as otherwise noted, the price displayed for Products represents the retail price, suggested by the manufacturer or supplier, or estimated in accordance with industry practice. In the event that product or pricing information is incorrect due to typographical, informational, technical or other errors, Your sole remedy is to return the Product in undamaged and unused condition.

## 10. EXCHANGES; REFUNDS

If You receive a faulty Product and wish to exchange it for the same Product, please phone our customer service department at 866-389-3870, or contact our LiveChat service.

You may return unopened, undamaged Products within fourteen days (14) delivery for refund of the final bidding price only. ALL BIDS USED TO WIN THE PRODUCT AND SHIPPING AND HANDLING CHARGES ARE NON-REFUNDABLE. Please phone our customer department at 866-389-3870 or contact our LiveChat service for complete return/refund details.

## 11. ELECTRONIC SIGNATURES

You hereby acknowledge and agree that by clicking the "submit button," or taking such other action as may be designated by SwipeBids as a means of accepting this Agreement, You are submitting a legally binding electronic signature and are entering into a legally binding contract. You acknowledge that Your electronic submission constitutes Your agreement and intent to be bound by this Agreement. Pursuant to any applicable statutes, regulations, rules, ordinances or other laws including, without limitation, the United States Electronic Signatures in Global and National Commerce Act, P.L. 106-229 (the E-Sign Act) or other similar statutes, YOU HEREBY AGREE TO THE USE OF ELECTRONIC SIGNATURES, CONTRACTS, ORDERS AND OTHER RECORDS AND TO ELECTRONIC DELIVERY OF NOTICES, POLICIES AND RECORDS OF TRANSACTIONS INITIATED OR COMPLETED THROUGH THE WEBSITE OR SERVICES. Further, You hereby waive any rights or requirements under any statutes, regulations, rules, ordinances or other laws in any jurisdiction which require an original signature or delivery or retention of non-electronic records, or to payments or the granting of credits by other than electronic means.

## 12. PROHIBITED USES

SwipeBids imposes certain restrictions on Your use of the Website and the Services. Without limiting any other provision of this Agreement, You represent and warrant that You will not: (a) provide false, misleading or inaccurate information to SwipeBids or any other Website member or visitor; (c) impersonate, or otherwise misrepresent affiliation, connection or association with, any person or entity; (e) harvest or otherwise collect information about SwipeBids users, including email addresses and phone numbers; (f) use or attempt to use any engine, software, tool, agent, or other device or mechanism (including without limitation browsers, spiders, robots, avatars, or intelligent agents) to harvest or otherwise collect information from the Website for any use, including without limitation use on third-party websites; (g) access content or data not intended for You, or log onto a server or account that You are not authorized to access; (h) attempt to probe, scan, or test the vulnerability of the Services, the Website, or any associated system or network, or breach security or authentication measures without proper authorization; (i) interfere or attempt to interfere with the use of the Website or Services by any other user, host or network, including, without limitation by means of submitting a virus, overloading, "flooding," "spamming," "mail bombing," or "crashing"; (j) use the Website or Services to send unsolicited e-mail, including without limitation promotions or advertisements for products or services; (k) forge any TCP/IP packet header or any part of the header information in any e-mail or in any uploading or posting to, or transmission, display, performance



## 12. PROHIBITED USES

SwipeBids imposes certain restrictions on Your use of the Website and the Services. Without limiting any other provision of this Agreement, You represent and warrant that You will not: (a) provide false, misleading or inaccurate information to SwipeBids or any other Website member or visitor; (c) impersonate, or otherwise misrepresent affiliation, connection or association with, any person or entity; (e) harvest or otherwise collect information about SwipeBids users, including email addresses and phone numbers; (f) use or attempt to use any engine, software, tool, agent, or other device or mechanism (including without limitation browsers, spiders, robots, avatars, or intelligent agents) to harvest or otherwise collect information from the Website for any use, including without limitation use on third-party websites; (g) access content or data not intended for You, or log onto a server or account that You are not authorized to access; (h) attempt to probe, scan, or test the vulnerability of the Services, the Website, or any associated system or network, or breach security or authentication measures without proper authorization; (i) interfere or attempt to interfere with the use of the Website or Services by any other user, host or network, including, without limitation by means of submitting a virus, overloading, "flooding," "spamming," "mail bombing," or "crashing"; (j) use the Website or Services to send unsolicited e-mail, including without limitation promotions or advertisements for products or services; (k) forge any TCP/IP packet header or any part of the header information in any e-mail or in any uploading or posting to, or transmission, display, performance or distribution by means of, the Website or Services; or (kl) attempt to modify, reverse-engineer, decompile, disassemble or otherwise reduce or attempt to reduce to a human-perceivable form any of the source code used by the SwipeBids Parties in providing the Website or Services. Any violation of this section may subject You to civil and/or criminal liability.

## 13. INTELLECTUAL PROPERTY

The Website, all content and materials located on the Website, including without limitation the SwipeBids name and any logos, designs, text, graphics and other files, and the selection, arrangement and organization thereof, are the intellectual property of SWIPEBIDS.COM or its licensors. Except as explicitly provided, neither Your use of the Website and Services, nor Your entry into this Agreement, grant You any right, title or interest in or to any such content or materials. SWIPEBIDS, SWIPEBIDS.COM and the "SwipeBids logo" are trademarks or registered trademarks of SWIPEBIDS.COM. The Website is Copyright © 2010 to the present, SWIPEBIDS.COM. ALL RIGHTS ARE RESERVED.

## 14. DMCA POLICY

If You have evidence, know, or have a good faith belief that Your rights or the rights of a third party have been violated and You want SwipeBids to delete, edit, or disable the material in question, You must provide SwipeBids with all of the following information: (a) a physical or electronic signature of a person authorized to act on behalf of the owner of the exclusive right that is allegedly infringed; (b) identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works are covered by a single notification, a representative list of such works; (c) identification of the material that is claimed to be infringed or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit SwipeBids to locate the material; (d) information reasonably sufficient to permit SwipeBids to contact You, such as an address, telephone number, and if available, an electronic mail address at which You may be contacted; (e) a statement that You have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and (f) a statement that the information in the notification is accurate, and under penalty of perjury, that You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. For this notification to be effective, You must provide it to SwipeBids' designated agent at:

Attn: Copyright Agent
copyrightagent@SwipeBids.com

## 15. DISCLAIMERS; LIMITATION OF LIABILITY

**(a) NO WARRANTIES.**

SWIPEBIDS, ON BEHALF OF ITSELF AND ITS LICENSORS AND SUPPLIERS, HEREBY DISCLAIMS ALL WARRANTIES. THE WEBSITE AND SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE." TO THE MAXIMUM EXTENT PERMITTED BY LAW, SWIPEBIDS, ON BEHALF OF ITSELF AND ITS LICENSORS AND SUPPLIERS, EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE WEBSITE, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT.

Kleimann ATTACHMENT E
(Davis A Terms) - 28

PI Exhibit 15 Page 01480



## 12. PROHIBITED USES

SwipeBids imposes certain restrictions on Your use of the Website and the Services. Without limiting any other provision of this Agreement, You represent and warrant that You will not: (a) provide false, misleading or inaccurate information to SwipeBids or any other Website member or visitor; (c) impersonate, or otherwise misrepresent affiliation, connection or association with, any person or entity; (e) harvest or otherwise collect information about SwipeBids users, including email addresses and phone numbers; (f) use or attempt to use any engine, software, tool, agent, or other device or mechanism (including without limitation browsers, spiders, robots, avatars, or intelligent agents) to harvest or otherwise collect information from the Website for any use, including without limitation use on third-party websites; (g) access content or data not intended for You, or log onto a server or account that You are not authorized to access; (h) attempt to probe, scan, or test the vulnerability of the Services, the Website, or any associated system or network, or breach security or authentication measures without proper authorization; (i) interfere or attempt to interfere with the use of the Website or Services by any other user, host or network, including, without limitation by means of submitting a virus, overloading, "flooding," "spamming," "mail bombing," or "crashing"; (j) use the Website or Services to send unsolicited e-mail, including without limitation promotions or advertisements for products or services; (k) forge any TCP/IP packet header or any part of the header information in any e-mail or in any uploading or posting to, or transmission, display, performance or distribution by means of, the Website or Services; or (kl) attempt to modify, reverse-engineer, decompile, disassemble or otherwise reduce or attempt to reduce to a human-perceivable form any of the source code used by the SwipeBids Parties in providing the Website or Services. Any violation of this section may subject You to civil and/or criminal liability.

## 13. INTELLECTUAL PROPERTY

The Website, all content and materials located on the Website, including without limitation the SwipeBids name and any logos, designs, text, graphics and other files, and the selection, arrangement and organization thereof, are the intellectual property of SWIPEBIDS.COM or its licensors. Except as explicitly provided, neither Your use of the Website and Services, nor Your entry into this Agreement, grant You any right, title or interest in or to any such content or materials. SWIPEBIDS, SWIPEBIDS.COM and the "SwipeBids logo" are trademarks or registered trademarks of SWIPEBIDS.COM. The Website is Copyright © 2010 to the present, SWIPEBIDS.COM. ALL RIGHTS ARE RESERVED.

## 14. DMCA POLICY

If You have evidence, know, or have a good faith belief that Your rights or the rights of a third party have been violated and You want SwipeBids to delete, edit, or disable the material in question, You must provide SwipeBids with all of the following information: (a) a physical or electronic signature of a person authorized to act on behalf of the owner of the exclusive right that is allegedly infringed; (b) identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works are covered by a single notification, a representative list of such works; (c) identification of the material that is claimed to be infringed or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit SwipeBids to locate the material; (d) information reasonably sufficient to permit SwipeBids to contact You, such as an address, telephone number, and if available, an electronic mail address at which You may be contacted; (e) a statement that You have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and (f) a statement that the information in the notification is accurate, and under penalty of perjury, that You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. For this notification to be effective, You must provide it to SwipeBids' designated agent at:

Attn: Copyright Agent
copyrightagent@SwipeBids.com

## 15. DISCLAIMERS; LIMITATION OF LIABILITY

**(a) NO WARRANTIES.**

SWIPEBIDS, ON BEHALF OF ITSELF AND ITS LICENSORS AND SUPPLIERS, HEREBY DISCLAIMS ALL WARRANTIES. THE WEBSITE AND SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE." TO THE MAXIMUM EXTENT PERMITTED BY LAW, SWIPEBIDS, ON BEHALF OF ITSELF AND ITS LICENSORS AND SUPPLIERS, EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE WEBSITE, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT.

Kleimann ATTACHMENT E
(Davis A Terms) - 29

PI Exhibit 15 Page 01481