material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and (f) a statement that the information in the notification is accurate, and under penalty of perjury, that You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed. For this notification to be effective, You must provide it to SwipeBids' designated agent at:

Attn: Copyright Agent
copyrightagent@SwipeBids.com

### 15. DISCLAIMERS; LIMITATION OF LIABILITY

**(a) NO WARRANTIES.**

SWIPEBIDS, ON BEHALF OF ITSELF AND ITS LICENSORS AND SUPPLIERS, HEREBY DISCLAIMS ALL WARRANTIES. THE WEBSITE AND SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE." TO THE MAXIMUM EXTENT PERMITTED BY LAW, SWIPEBIDS, ON BEHALF OF ITSELF AND ITS LICENSORS AND SUPPLIERS, EXPRESSLY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, REGARDING THE WEBSITE, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT. NEITHER SWIPEBIDS NOR ITS LICENSORS OR SUPPLIERS WARRANTS THAT THE WEBSITE OR THE SERVICES WILL MEET YOUR REQUIREMENTS OR THAT THE OPERATION OF THE WEBSITE OR THE SERVICES WILL BE UNINTERRUPTED OR ERROR-FREE. NEITHER SWIPEBIDS NOR ITS LICENSORS OR SUPPLIERS HAS ANY LIABILITY WHATSOEVER FOR YOUR USE OF THE WEBSITE OR SERVICES. ALL NEW PRODUCTS ARE SOLD WITH THE MANUFACTURER'S LIMITED WARRANTY. THE WARRANTY PERIOD AND SERVICE VARIES BY MANUFACTURER AND PRODUCT. WITH OUT LIMIT THE ANY OTHER SECTION OF THIS AGREEMENT, SWIPEBIDS, ON BEHALF OF ITSELF AND ITS LICENSORS AND SUPPLIERS, HEREBY DISCLAIMS ALL WARRANTIES WITH RESPECT TO PRODUCTS.

**(b) YOUR RESPONSIBILITY FOR DAMAGE**

YOU AGREE THAT YOUR USE OF THE WEBSITE, SERVICES AND PRODUCTS IS AT YOUR SOLE RISK. YOU WILL NOT HOLD SWIPEBIDS OR ITS LICENSORS AND SUPPLIERS, AS APPLICABLE, RESPONSIBLE FOR ANY DAMAGE THAT RESULTS FROM YOUR ACCESS TO OR USE OF THE WEBSITE, AND/OR USE OF PRODUCTS, INCLUDING WITHOUT LIMITATION ANY, PERSONAL INJURY OR PROPERTY DAMAGE. THE WEBSITE AND SERVICES MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS.

**(c) LIMITATION OF LIABILITY**

THE LIABILITY OF SWIPEBIDS AND ITS LICENSORS AND SUPPLIERS IS LIMITED. TO THE MAXIMUM EXTENT PERMITTED BY LAW, IN NO EVENT SHALL SWIPEBIDS OR ITS LICENSORS OR SUPPLIERS BE LIABLE FOR SPECIAL, INCIDENTAL, OR CONSEQUENTIAL DAMAGES, LOST PROFITS, LOST DATA OR CONFIDENTIAL OR OTHER INFORMATION, LOSS OF PRIVACY, FAILURE TO MEET ANY DUTY INCLUDING WITHOUT LIMITATION OF GOOD FAITH OR OF REASONABLE CARE, NEGLIGENCE, OR OTHERWISE, REGARDLESS OF THE FORESEEABILITY OF THOSE DAMAGES OR OF ANY ADVICE OR NOTICE GIVEN TO SWIPEBIDS OR ITS LICENSORS AND SUPPLIERS ARISING OUT OF OR IN CONNECTION WITH YOUR USE OF THE WEBSITE OR SERVICES. THIS LIMITATION SHALL APPLY REGARDLESS OF WHETHER THE DAMAGES ARISE OUT OF BREACH OF CONTRACT, TORT, OR ANY OTHER LEGAL THEORY OR FORM OF ACTION. ADDITIONALLY, THE MAXIMUM LIABILITY OF SWIPEBIDS AND ITS LICENSORS AND SUPPLIERS TO YOU UNDER ALL CIRCUMSTANCES WILL BE EQUAL TO THE AGGREGATE PRICE YOU PAID TO SWIPEBIDS DURING THE SIX MONTHS PRECEDING THE INCIDENT OR INCIDENTS GIVING RISE TO SUCH LIABILITY. YOU AGREE THAT THIS LIMITATION OF LIABILITY REPRESENTS A REASONABLE ALLOCATION OF RISK AND IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN SWIPEBIDS AND YOU. THE WEBSITE AND SERVICES WOULD NOT BE PROVIDED WITHOUT SUCH LIMITATIONS.

**(d) APPLICATION**

THE ABOVE DISCLAIMERS, WAIVERS AND LIMITATIONS DO NOT IN ANY WAY LIMIT ANY OTHER DISCLAIMER OF WARRANTIES OR ANY OTHER LIMITATION OF LIABILITY IN ANY OTHER AGREEMENT BETWEEN YOU AND SWIPEBIDS OR BETWEEN YOU AND ANY OF SWIPEBIDS' ITS LICENSORS AND SUPPLIERS. SOME JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OF CERTAIN IMPLIED WARRANTIES OR THE LIMITATION OF CERTAIN DAMAGES, SO SOME OF THE ABOVE DISCLAIMERS, WAIVERS AND LIMITATIONS OF LIABILITY MAY NOT APPLY TO YOU. UNLESS LIMITED OR MODIFIED BY APPLICABLE LAW, THE FOREGOING DISCLAIMERS, WAIVERS AND LIMITATIONS SHALL APPLY TO THE MAXIMUM EXTENT PERMITTED, EVEN IF ANY REMEDY FAILS ITS ESSENTIAL PURPOSE. SWIPEBIDS'



DAMAGES OR OF ANY ADVICE OR NOTICE GIVEN TO SWIPEBIDS OR ITS LICENSORS AND SUPPLIERS ARISING OUT OF OR IN CONNECTION WITH YOUR USE OF THE WEBSITE OR SERVICES. THIS LIMITATION SHALL APPLY REGARDLESS OF WHETHER THE DAMAGES ARISE OUT OF BREACH OF CONTRACT, TORT, OR ANY OTHER LEGAL THEORY OR FORM OF ACTION. ADDITIONALLY, THE MAXIMUM LIABILITY OF SWIPEBIDS AND ITS LICENSORS AND SUPPLIERS TO YOU UNDER ALL CIRCUMSTANCES WILL BE EQUAL TO THE AGGREGATE PRICE YOU PAID TO SWIPEBIDS DURING THE SIX MONTHS PRECEDING THE INCIDENT OR INCIDENTS GIVING RISE TO SUCH LIABILITY. YOU AGREE THAT THIS LIMITATION OF LIABILITY REPRESENTS A REASONABLE ALLOCATION OF RISK AND IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN SWIPEBIDS AND YOU. THE WEBSITE AND SERVICES WOULD NOT BE PROVIDED WITHOUT SUCH LIMITATIONS.

(d) APPLICATION

THE ABOVE DISCLAIMERS, WAIVERS AND LIMITATIONS DO NOT IN ANY WAY LIMIT ANY OTHER DISCLAIMER OF WARRANTIES OR ANY OTHER LIMITATION OF LIABILITY IN ANY OTHER AGREEMENT BETWEEN YOU AND SWIPEBIDS OR BETWEEN YOU AND ANY OF SWIPEBIDS' ITS LICENSORS AND SUPPLIERS. SOME JURISDICTIONS MAY NOT ALLOW THE EXCLUSION OF CERTAIN IMPLIED WARRANTIES OR THE LIMITATION OF CERTAIN DAMAGES, SO SOME OF THE ABOVE DISCLAIMERS, WAIVERS AND LIMITATIONS OF LIABILITY MAY NOT APPLY TO YOU. UNLESS LIMITED OR MODIFIED BY APPLICABLE LAW, THE FOREGOING DISCLAIMERS, WAIVERS AND LIMITATIONS SHALL APPLY TO THE MAXIMUM EXTENT PERMITTED, EVEN IF ANY REMEDY FAILS ITS ESSENTIAL PURPOSE. SWIPEBIDS' LICENSORS AND SUPPLIERS ARE INTENDED THIRD-PARTY BENEFICIARIES OF THESE DISCLAIMERS, WAIVERS AND LIMITATIONS. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU THROUGH THE WEBSITE OR OTHERWISE SHALL ALTER ANY OF THE DISCLAIMERS OR LIMITATIONS STATED IN THIS SECTION.

**16. YOUR REPRESENTATIONS AND WARRANTIES**

You represent and warrant that Your use of the Website and Services will be in accordance with this Agreement and any other SwipeBids policies, and with any applicable laws or regulations.

**17. INDEMNITY BY YOU**

You agree to defend, indemnify and hold harmless SwipeBids and its officers, directors, employees, agents, affiliates, representatives, sublicensees, successors, and assigns (collectively, the "**Indemnified Parties**") from and against any and all claims, actions, demands, causes of action and other proceedings (collectively, "**Claims**"), including but not limited to legal costs and fees, arising out of or relating to: (i) Your breach of this Agreement, including without limitation any representation or warranty contained in this Agreement; (ii) Your access to or use of the Website or Services; or (iii) Your provision to SwipeBids or any of the Indemnified Parties of information or other data.

The Indemnified Parties will have the right, but not the obligation, to participate through counsel of their choice in any defense by You of any Claim as to which You are required to defend, indemnify or hold harmless the Indemnified Parties. You may not settle any Claim without the prior written consent of the concerned Indemnified Parties.

**18. DISPUTES GOVERNING LAW**

This Terms of Use Agreement shall be treated as though it were executed and performed in Alberta, Canada and shall be governed by and construed in accordance with the laws of Alberta, Canada (without regard to conflict of law principles).

(a) REQUIREMENT OF ARBITRATION

BY USING THE WEBSITE OR SERVICES, OR REGISTERING FOR THE SERVICES, YOU THEREBY AGREE WITH SWIPEBIDS THAT, TO THE FULLEST EXTENT PERMITTED BY LAW, YOU AND SWIPEBIDS WILL RESOLVE ANY ARBITRAL CLAIM BY BINDING ARBITRATION BY THE ADR INSTITUTE OF CANADA, INC ("**ADR**"). AS USED IN THIS AGREEMENT, AN "**ARBITRAL CLAIM**" IS ANY CLAIM OR DISPUTE YOU HAVE AGAINST OR WITH SWIPEBIDS OR THE SWIPEBIDS INDEMNIFIED PARTIES, OR ANY CLAIM SWIPEBIDS HAS AGAINST OR WITH YOU, ARISING OUT OF OR RELATING TO THIS AGREEMENT, THE SITES, THE SERVICES OR ANY ADVERTISING RELATING TO THE SITES OR SERVICES, INCLUDING THE ENFORCEABILITY OF THIS AGREEMENT TO ARBITRATE BUT SPECIFICALLY EXCLUDING: (1) CLAIMS BY SWIPEBIDS TO COLLECT FROM YOU UNPAID FEES AND LATE FEES; AND (2) ACTIONS FOR REMEDIES IN AID OF ARBITRATION OR EQUITABLE RELIEF RELATING TO INTELLECTUAL PROPERTY RIGHTS, AS FURTHER DISCUSSED BELOW IN THE "REMEDIES IN AID OF ARBITRATION: EQUITABLE RELIEF" SUBSECTION

Kleimann ATTACHMENT E
(Davis A Terms) - 31

PI Exhibit 15 Page 01483



You may not settle any Claim without the prior written consent of the concerned Indemnified Parties.

## 18. DISPUTES GOVERNING LAW

This Terms of Use Agreement shall be treated as though it were executed and performed in Alberta, Canada and shall be governed by and construed in accordance with the laws of Alberta, Canada (without regard to conflict of law principles).

### (a) REQUIREMENT OF ARBITRATION

BY USING THE WEBSITE OR SERVICES, OR REGISTERING FOR THE SERVICES, YOU THEREBY AGREE WITH SWIPEBIDS THAT, TO THE FULLEST EXTENT PERMITTED BY LAW, YOU AND SWIPEBIDS WILL RESOLVE ANY ARBITRAL CLAIM BY BINDING ARBITRATION BY THE ADR INSTITUTE OF CANADA, INC ("**ADR**"). AS USED IN THIS AGREEMENT, AN "**ARBITRAL CLAIM**" IS ANY CLAIM OR DISPUTE YOU HAVE AGAINST OR WITH SWIPEBIDS OR THE SWIPEBIDS INDEMNIFIED PARTIES, OR ANY CLAIM SWIPEBIDS HAS AGAINST OR WITH YOU, ARISING OUT OF OR RELATING TO THIS AGREEMENT, THE SITES, THE SERVICES OR ANY ADVERTISING RELATING TO THE SITES OR SERVICES, INCLUDING THE ENFORCEABILITY OF THIS AGREEMENT TO ARBITRATE BUT SPECIFICALLY EXCLUDING: (1) CLAIMS BY SWIPEBIDS TO COLLECT FROM YOU UNPAID FEES AND LATE FEES; AND (2) ACTIONS FOR REMEDIES IN AID OF ARBITRATION OR EQUITABLE RELIEF RELATING TO INTELLECTUAL PROPERTY RIGHTS, AS FURTHER DISCUSSED BELOW IN THE "REMEDIES IN AID OF ARBITRATION; EQUITABLE RELIEF" SUBSECTION. EXCEPT AS OTHERWISE EXPLICITLY NOTED HEREIN, SUCH ARBITRATION SHALL BE CONDUCTED UNDER THE ADR SIMPLIFIED ARBITRATION RULES THEN IN EFFECT ("**SIMPLIFIED RULES**").

### (b) WAIVER OF RIGHT TO A JURY TRIAL

BY REGISTERING FOR OR USING THE WEBSITE OR SERVICES, YOU ALSO ARE AGREEING WITH SWIPEBIDS THAT YOU AND SWIPEBIDS HEREBY WAIVE THEIR RIGHT TO A JURY TRIAL FOR ANY ARBITRAL CLAIM. IF FOR ANY REASON THIS AGREEMENT TO ARBITRATE IS HELD NOT TO APPLY TO AN ARBITRAL CLAIM, WHETHER SUCH ARBITRAL CLAIM IS AGAINST YOU, SWIPEBIDS OR THE SWIPEBIDS INDEMNIFIED PARTIES, BOTH YOU AND SWIPEBIDS STILL AGREE TO WAIVE TRIAL BY JURY.

### (c) JOINDER OF CLAIMS

BY REGISTERING FOR OR USING THE WEBSITE OR SERVICES, YOU ALSO ARE AGREEING WITH SWIPEBIDS THAT YOU AND SWIPEBIDS HEREBY WAIVE THEIR RIGHT TO A JURY TRIAL FOR ANY ARBITRAL CLAIM. IF FOR ANY REASON THIS AGREEMENT TO ARBITRATE IS HELD NOT TO APPLY TO AN ARBITRAL CLAIM, WHETHER SUCH ARBITRAL CLAIM IS AGAINST YOU, SWIPEBIDS OR THE SWIPEBIDS INDEMNIFIED PARTIES, BOTH YOU AND SWIPEBIDS STILL AGREE TO WAIVE TRIAL BY JURY.

### (d) NO EFFECT ON SUBSTANTIVE RIGHTS

THIS AGREEMENT TO ARBITRATE DOES NOT CHANGE YOUR OR SWIPEBIDS' SUBSTANTIVE RIGHTS, JUST THE POTENTIAL FORUMS FOR RESOLVING DISPUTES. IN ADDITION, YOU CAN STILL BRING ANY ISSUES YOU MAY HAVE CONCERNING THIS AGREEMENT, THE SITES OR THE SERVICES TO THE ATTENTION OF FEDERAL, STATE, OR LOCAL GOVERNMENT AGENCIES, AND THEY CAN STILL, IF THE LAW ALLOWS, SEEK RELIEF AGAINST SWIPEBIDS AND THE SWIPEBIDS INDEMNIFIED PARTIES OR ON YOUR BEHALF.

### (e) FINALITY, APPLICATION OF ARBITRATION AWARD

ANY ARBITRATION AWARD MADE AFTER COMPLETION OF AN ARBITRATION IS FINAL. AN AWARD AND ANY JUDGMENT CONFIRMING IT ONLY APPLIES TO THE ARBITRATION IN WHICH IT WAS AWARDED AND CANNOT BE USED IN ANY OTHER CASE EXCEPT TO ENFORCE THE AWARD ITSELF.

### (f) INTERPRETATION

In rendering an award, the arbitrator shall apply the substantive and procedural law of Alberta, Canada, without regard to its choice of laws principles. The arbitrator shall not have any power to alter, amend, modify or change any of the terms of



ANY ARBITRATION AWARD MADE AFTER COMPLETION OF AN ARBITRATION IS FINAL. AN AWARD AND ANY JUDGMENT CONFIRMING IT ONLY APPLIES TO THE ARBITRATION IN WHICH IT WAS AWARDED AND CANNOT BE USED IN ANY OTHER CASE EXCEPT TO ENFORCE THE AWARD ITSELF.

**(f) INTERPRETATION**

In rendering an award, the arbitrator shall apply the substantive and procedural law of Alberta, Canada, without regard to its choice of laws principles. The arbitrator shall not have any power to alter, amend, modify or change any of the terms of this Agreement, nor to grant any remedy that is either prohibited by the terms of this Agreement or not available in a court of law.

**(g) HEARINGS; FEES & COSTS**

Either party may demand that any required arbitration hearing or hearings be conducted other than in person, even if the Simplified Rules would otherwise have provided for an in-person hearing. Any required hearing fees and costs shall be paid by the parties as required by the Simplified Rules, although the arbitrator may, in the award, allocate all or any part of the costs of the arbitration, including the fees of the arbitrator and the reasonable attorneys' fees of the prevailing party. If any party files a judicial or administrative action asserting a claim that is subject to arbitration and the other party successfully stays such action or compels arbitration, the party filing that action must pay the other party's costs and expenses incurred in seeking such stay or compelling arbitration, including attorney's fees.

**(h) REMEDIES IN AID OF ARBITRATION; EQUITABLE RELIEF**

This agreement to arbitrate will not preclude either You or SwipeBids from seeking provisional remedies in aid of arbitration, including without limitation orders to stay a court action, compel arbitration or confirm an arbitral award, from a court of competent jurisdiction. Furthermore, this agreement to arbitrate will not preclude either You or SwipeBids from applying to a court of competent jurisdiction for a temporary restraining order, preliminary injunction, or other interim or conservatory relief, as necessary, to preserve the intellectual property rights of You, SwipeBids or third parties. THE PROPER VENUE FOR ANY ACTION PERMITTED UNDER THIS SUBSECTION REGARDING "EQUITABLE RELIEF" WILL BE THE COURTS LOCATED IN ALBERTA, CANADA; THE PARTIES HEREBY WAIVE ANY OBJECTION TO THE VENUE AND PERSONAL JURISDICTION OF SUCH COURTS.

**19. TERMINATION**

WITHOUT LIMITING ANY OTHER PROVISION OF THIS AGREEMENT, SWIPEBIDS RESERVES THE RIGHT TO, IN SWIPEBIDS' SOLE DISCRETION AND WITHOUT NOTICE OR LIABILITY, DENY USE OF THE WEBSITE AND/OR SERVICES TO ANY PERSON FOR ANY REASON OR FOR NO REASON AT ALL, INCLUDING WITHOUT LIMITATION FOR ANY BREACH OR SUSPECTED BREACH OF ANY REPRESENTATION, WARRANTY OR COVENANT CONTAINED IN THIS AGREEMENT, OR OF ANY APPLICABLE LAW OR REGULATION. This Agreement shall automatically terminate in the event that You breach any of this Agreement's representations, warranties or covenants. Such termination shall be automatic, and shall not require any action by SwipeBids. You may terminate this Agreement and Your rights hereunder at any time, for any or no reason at all, by providing to SwipeBids notice of Your intention to do so, in the manner required by this Agreement.

**(a) Effect of Termination; Survival**

Any termination of this Agreement automatically terminates all rights and licenses granted to You under this Agreement, including all rights to use the Website and Services. Upon termination, SwipeBids may, but has no obligation to, in SwipeBids' sole discretion, delete from SwipeBids' systems all User Content, Your Personal Information and any other files or information that You made available to SwipeBids or that otherwise relate to Your use of the Website or Services. Subsequent to termination, SwipeBids reserves the right to exercise whatever means it deems necessary to prevent Your unauthorized use of the Website and Services, including without limitation technological barriers such as IP mapping and direct contact with Your Internet Service Provider. Upon termination, all rights and obligations created by this Agreement will terminate, except that Sections 1-4, 6, 8-12, 14-21 will survive any termination of this Agreement.

**(b) Legal Action**

Kleimann ATTACHMENT E
(Davis A Terms) - 33

PI Exhibit 15 Page 01485



at any time, for any or no reason at all, by providing to SwipeBids notice of Your intention to do so, in the manner required by this Agreement.

**(a) Effect of Termination; Survival**

Any termination of this Agreement automatically terminates all rights and licenses granted to You under this Agreement, including all rights to use the Website and Services. Upon termination, SwipeBids may, but has no obligation to, in SwipeBids' sole discretion, delete from SwipeBids' systems all User Content, Your Personal Information and any other files or information that You made available to SwipeBids or that otherwise relate to Your use of the Website or Services. Subsequent to termination, SwipeBids reserves the right to exercise whatever means it deems necessary to prevent Your unauthorized use of the Website and Services, including without limitation technological barriers such as IP mapping and direct contact with Your Internet Service Provider. Upon termination, all rights and obligations created by this Agreement will terminate, except that Sections 1-4, 6, 8-12, 14-21 will survive any termination of this Agreement.

**(b) Legal Action**

If SwipeBids, in SwipeBids' discretion, takes legal action against You in connection with any actual or suspected breach of this Agreement, SwipeBids will be entitled to recover from You as part of such legal action, and You agree to pay, SwipeBids' reasonable costs and attorneys' fees incurred as a result of such legal action. The SwipeBids Parties will have no legal obligation or other liability to You or to any third party arising out of or relating to any termination of this Agreement.

**20. NOTICES**

All notices required or permitted to be given under this Agreement must be in writing. SwipeBids shall give any notice by email sent to the most recent email address, if any, provided by the intended recipient to SwipeBids. You agree that any notice received from SwipeBids electronically satisfies any legal requirement that such notice be in writing. YOU BEAR THE SOLE RESPONSIBILITY OF ENSURING THAT YOUR EMAIL ADDRESS ON FILE WITH SWIPEBIDS IS ACCURATE AND CURRENT, AND NOTICE TO YOU SHALL BE DEEMED EFFECTIVE UPON THE SENDING BY SWIPEBIDS OF AN EMAIL TO THAT ADDRESS. You shall give any notice to SwipeBids by means of email or by contacting Live Chat.

**21. FORCE MAJEURE**

You acknowledge and understand that if SwipeBids is unable to provide the Services as a result of a force majeure event SwipeBids will not be in breach of any of its obligations towards You under this Agreement. A force majeure event means any event beyond the control of SwipeBids. In the event SwipeBids is affected by a force majeure event, it shall promptly notify You of the estimated extent and duration of its inability to perform or delay in performing its obligations, on a reasonable efforts basis. SWIPEBIDS SHALL NOT HAVE ANY LIABILITY TO YOU WHETHER IN CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE), OR ANY OTHER FORM OF LIABILITY FOR FAILING TO PERFORM ITS OBLIGATIONS UNDER THIS AGREEMENT TO THE EXTENT THAT SUCH FAILURE IS AS A RESULT OF A FORCE MAJEURE EVENT.

**22. GENERAL**

This Agreement constitutes the entire agreement between SwipeBids and You concerning Your use of the Website and Services. This Agreement may only be modified by a written amendment signed by an authorized executive of SwipeBids or by the unilateral amendment of this Agreement by SwipeBids and by the posting by SwipeBids of such amended version. If any part of this Agreement is held invalid or unenforceable, that part will be construed to reflect the parties' original intent, and the remaining portions will remain in full force and effect. A waiver by either party of any term or condition of this Agreement or any breach thereof, in any one instance, will not waive such term or condition or any subsequent breach thereof. This Agreement and all of Your rights and obligations hereunder will not be assignable or transferable by You without the prior written consent of SwipeBids. This Agreement will be binding upon and will inure to the benefit of the parties, their successors and permitted assigns. You and SwipeBids are independent contractors, and no agency, partnership, joint venture or employee-employer relationship is intended or created by this Agreement. Except for the SwipeBids Parties and the Indemnified Parties as and to the extent set forth in Sections 11, 16, and 20(b), and SwipeBids' licensors and suppliers as and to the extent expressly set forth in Section 14, there are no third-party beneficiaries to this Agreement. You acknowledge and agree that any actual or threatened breach of this Agreement or infringement of proprietary or other third party rights by You would cause irreparable injury to SwipeBids and SwipeBids' licensors and suppliers, and would therefore entitle SwipeBids or SwipeBids' licensors or suppliers, as the case may

Kleimann ATTACHMENT E
(Davis A Terms) - 34

PI Exhibit 15 Page 01486



**22. GENERAL**

This Agreement constitutes the entire agreement between SwipeBids and You concerning Your use of the Website and Services. This Agreement may only be modified by a written amendment signed by an authorized executive of SwipeBids or by the unilateral amendment of this Agreement by SwipeBids and by the posting by SwipeBids of such amended version. If any part of this Agreement is held invalid or unenforceable, that part will be construed to reflect the parties' original intent, and the remaining portions will remain in full force and effect. A waiver by either party of any term or condition of this Agreement or any breach thereof, in any one instance, will not waive such term or condition or any subsequent breach thereof. This Agreement and all of Your rights and obligations hereunder will not be assignable or transferable by You without the prior written consent of SwipeBids. This Agreement will be binding upon and will inure to the benefit of the parties, their successors and permitted assigns. You and SwipeBids are independent contractors, and no agency, partnership, joint venture or employee-employer relationship is intended or created by this Agreement. Except for the SwipeBids Parties and the Indemnified Parties as and to the extent set forth in Sections 11, 16, and 20(b), and SwipeBids' licensors and suppliers as and to the extent expressly set forth in Section 14, there are no third-party beneficiaries to this Agreement. You acknowledge and agree that any actual or threatened breach of this Agreement or infringement of proprietary or other third party rights by You would cause irreparable injury to SwipeBids and SwipeBids' licensors and suppliers, and would therefore entitle SwipeBids or SwipeBids' licensors or suppliers, as the case may be, to injunctive relief. The headings in this Agreement are for the purpose of convenience only and shall not limit, enlarge, or affect any of the covenants, terms, conditions or provisions of this Agreement.

## HOW TO WIN PRIZES AT SWIPEBIDS.COM

*Please note: There is no limit to the number of contests you can win per day

There are many other ways to win at SwipeBids besides just winning auctions. Here are a few other ways you can take home great prizes.

### ONE — HOURLY BID PACK CONTEST — CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each hour, the top 25 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of Bid Packs won & bought that hour!
- **HOW OFTEN?** Positions automatically update every 5 minutes, so keep an eye on your new rank!

PRIZES WORTH **$990 every hour**

### TWO — BID PACK CONTEST — CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each day, at MIDNIGHT (EST), the top 50 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of Bid Packs won & bought that day!
- **HOW OFTEN?** Positions automatically update every 15 minutes, so keep an eye on your new rank!

PRIZES WORTH **$3,763 every day**

### THREE — PREMIUM BID PACK CONTEST — CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each day, at MIDNIGHT (EST), the top 25 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of 500 and 825 Bid Packs won & bought that day!
- **HOW OFTEN?** Positions automatically update every 15 minutes, so keep an eye on your new rank!

PRIZES WORTH **$16,999 every day**

*Please note: There is no limit to the number of contests you can win per day.

Kleimann ATTACHMENT E
(Davis A Terms) - 35

PI Exhibit 15 Page 01487




SB http://www.swipebids.com/content.php?content_id=NA==

View Favorites Tools Help

SB Terms of Use

be, to injunctive relief. The headings in this Agreement are for the purpose of convenience only and shall not limit, enlarge, or affect any of the covenants, terms, conditions or provisions of this Agreement.

## HOW TO WIN PRIZES AT SWIPEBIDS.COM

*Please note: There is no limit to the number of contests you can win per day

There are many other ways to win at SwipeBids besides just winning auctions. Here are a few other ways you can take home great prizes.

### ONE — HOURLY BID PACK CONTEST

CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each hour, the top 25 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of Bid Packs won & bought that hour!
- **HOW OFTEN?** Positions automatically update every 5 minutes, so keep an eye on your new rank!

PRIZES WORTH $990 every hour

### TWO — BID PACK CONTEST

CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each day, at MIDNIGHT (EST), the top 50 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of Bid Packs won & bought that day!
- **HOW OFTEN?** Positions automatically update every 15 minutes, so keep an eye on your new rank!

PRIZES WORTH $3,763 every day

### THREE — PREMIUM BID PACK CONTEST

CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each day, at MIDNIGHT (EST), the top 25 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of 500 and 825 Bid Packs won & bought that day!
- **HOW OFTEN?** Positions automatically update every 15 minutes, so keep an eye on your new rank!

PRIZES WORTH $16,999 every day

*Please note: There is no limit to the number of contests you can win per day.

There Are Over 1,000 Winners Everyday At SwipeBids.com

WE ACCEPT SHARE THE FUN PEACE OF MIND LIVE CHAT WE ARE ONLINE CLICK HERE

SWIPEBIDS GUARANTEE

- We never drive up the price, there are no bots!
- We always ship the product within 72 hours.
- 1000's of products are won every day.

We ship prizes with: FedEx.

Penny Auctions have been seen on: abc CBS

Terms of Use - Win...

3:38:29 PM 06/01/2010

Kleimann ATTACHMENT E
(Davis A Terms) - 36





Favorites Tools Help

SwipeBids – Save up to 90%, Bid to Win Unbeliev...

Page ▾ Safety ▾ Tools ▾

SWIPE BIDS JOIN • BID • WIN

Username •••••••• Login

Not a Member? Sign Up Now Forgot Password? Click Here

Home | My Account ▾ | Winners ▾ | Contests ▾ | How to Win | Support ▾ | Contact Us

# Myths & Facts

- Frequently Asked Questions
- Contact Support
- Legal
- How to Win
- About SwipeBids
- Myths & Facts
- Privacy Policy
- Terms of Use
- Technical Issues

START CHAT ONLINE

## SwipeBids – Separating The Myths From The Facts

At SwipeBids, we are very happy to have become one the most popular penny auction sites on the Internet. From coast to coast, people are talking about SwipeBids and how much fun you can have while saving money. We are glad that people are blogging, chatting and posting about SwipeBids all over the Internet, because we know that word of mouth is the best way to build up our auction community.

However, we've also noticed a downside to some of the talk about SwipeBids. While most people are saying great things about our service, we've also seen some rumors popping up. In fact, every day we have to respond to questions based on these rumors. Therefore, we've decided that we'd take a few minutes to separate the myths from the facts, so you know that SwipeBids is the real deal.

### Myths vs. Facts

**Myth:** SwipeBids pays people to bid to inflate auction prices.

The Facts: This is not true. We do not allow any of our employees or members of their immediate families to bid on the site at all.

**Myth:** We use programs to artificially keep the auctions going so the end prices are higher.

The Facts: We don't use any software or bots to manipulate the auctions in any way. We don't need to as nearly every auction generates enough interest to keep us in business without cheating.

**Myth:** We've invented the winners and nobody really wins a SwipeBids auction.

The Facts: We have so many winners each and every day that we don't need to invent anyone. We can't imagine why we'd even consider doing this.

**Myth:** SwipeBids makes a fortune on these auctions.

The Facts: SwipeBids is a very popular company. That allows us to get great deals from our wholesale suppliers. We then pass those savings along to our winners. It's just the right thing to do. Do we make a profit? Yes we do. But we make every effort to give back to the people who

SwipeBids – Save up...

3:38:55 PM 06/01/20

Kleimann ATTACHMENT E
(Davis A Myths) - 37

can't imagine why we'd even consider doing this.

**Myth:** SwipeBids makes a fortune on these auctions.

The Facts: SwipeBids is a very popular company. That allows us to get great deals from our wholesale suppliers. We then pass those savings along to our winners. It's just the right thing to do. Do we make a profit? Yes we do. But we make every effort to give back to the people who make our business possible. That's why we have daily contests, ongoing incentive programs and the best consumer products available anywhere. At SwipeBids everyone profits from the experience.

***We would love to hear from you.***
Have questions, feedback or suggestions, contact our Live Chat.

**Learn more about SwipeBids and how it all works with the links below:**

* See the latest Winners
* A How-To-Win guide
* All about SwipeBids
* Our Help section and FAQ's
* View our Terms and Privacy Policy

## HOW TO WIN PRIZES AT SWIPEBIDS.COM

*Please note: There is no limit to the number of contests you can win per day

There are many other ways to win at SwipeBids besides just winning auctions. Here are a few other ways you can take home great prizes.

ONE

### HOURLY BID PACK CONTEST

CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each hour, the top 25 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of Bid Packs won & bought that hour!
- **HOW OFTEN?** Positions automatically update every 5 minutes, so keep an eye on your new rank!

PRIZES WORTH $990 every hour

TWO

### BID PACK CONTEST

CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each day, at MIDNIGHT (EST), the top 50 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of Bid Packs won & bought that day!
- **HOW OFTEN?** Positions automatically update every 15 minutes, so keep an eye on your new rank!

PRIZES WORTH $3,763 every day

CLICK HERE

Kleimann ATTACHMENT E
(Davis A Myths) - 38



Kleimann ATTACHMENT F
(Davis B Landing) - 1



Kleimann ATTACHMENT F
(Davis B Registration) - 2