





Bids.com - Laptops, iPhones, Macbooks, Sony PlayStation , LG LCD TV's for cheap! - Windows Internet Explorer

http://www.swipebids.com/registration_pg1.php

View Favorites Tools Help Visual IP Trace Convert Select

SwipeBids.com - Laptops, iPhones, Macbooks, Sony Pl...

Penny auctions have been seen on:

abc YouTube CBS Entrepreneur WIRED PC InformationWeek USA TODAY Smart Computing

SWIPE BIDS JOIN » BID » WIN

**Due to high demand, we are only accepting a limited number of new customers today. To ensure your spot, please sign-up in the next 4 minutes.**

First Name

Last Name

Date of Birth MM DD YYYY

Gender Male

Email

Confirm Email

User Name

Usernames are visible on the website and must be at least 5 characters, and alphanumeric only (A-Z / 0-9). No spaces or special characters are allowed.

Password

**Register Now! It's Easy!**

"The prices things are going for are too good to pass up. Having a new MacBook for that cheap is pretty awesome!"

"Digital cameras and laptop computers are suddently affordable again with SwipeBids! The cost of bids plus the items final price can come out to far less than retail value."

Internet 100%

SwipeBids.com - Lapt...

3:52:18 PM 06/01/2010

Kleimann ATTACHMENT F
(Davis B Registration) - 3

-Bids.com - Laptops, iPhones, Macbooks, Sony PlayStation , LG LCD TV's for cheap! - Windows Internet Explorer

http://www.swipebids.com/registration_pg1.php

View Favorites Tools Help Visual IP Trace Convert Select

SwipeBids.com - Laptops, iPhones, Macbooks, Sony Pl...

Page Tools

**Register Now! It's Easy!**

"The prices things are going for are too good to pass up. Having a new MacBook for that cheap is pretty awesome!"

"Digital cameras and laptop computers are suddenly affordable again with SwipeBids! The cost of bids plus the items final price can come out to far less than retail value."

"It's fun just to play SwipeBids, but winning an LCD TV on top of that just makes it so much better."

"The value offered by SwipeBids is unbelievable... you can save around 80 percent on big name brands. Impressive."

Last Name [redacted]

Date of Birth [redacted]

Gender Female

Email [redacted]

Confirm Email [redacted]

User Name [redacted]

Usernames are visible on the website and must be at least 5 characters, and alphanumeric only (A-Z / 0-9). No spaces or special characters are allowed.

Password ••••••••••

Confirm Password ••••••••••

CONTINUE

LIVE CHAT WE ARE ONLINE

Internet 100%

SwipeBids.com - Lapt...

3:53:38 PM 06/01/2010

Kleimann ATTACHMENT F
(Davis B Registration) - 4

Kleimann ATTACHMENT F
(Davis B Payment) - 5



Kleimann ATTACHMENT F
(Davis B Payment) - 6



eBids - Save up to 90%, Bid to Win Unbelievable Deals. - Windows Internet Explorer

SB https://www.swipebids.com/chg_registration_pg2.php?sessid=vl1tnfukehto34kgik6i6do576&awt_m=1btbI9038rx&awt_email=

dit View Favorites Tools Help   Visual IP Trace   Convert   Select

SB SwipeBids – Save up to 90%, Bid to Win Unbelievable ...   Page   Tools

## Membership Details:

| ITEM | YOU PAY |
|---|---|
| 1-Year Membership (Includes 300 Bids ) | 50¢/bid ($150 Total) |

* All payments non-refundable

## WHAT YOU GET

- **300 Bonus Bids, Just for Signing Up** We guarantee that you'll win an auction!
- **Monthly Giveaway Contest** Get entered into our exclusive sweepstakes.
- **Exclusive Platinum Auctions** You get access to the most lucrative and exclusive auctions on SwipeBids!
- **Enhanced Auto-Bidder** Get the edge over other bidders, with advanced features on your AutoBidder!

## YOU'RE GUARANTEED TO WIN

SATISFACTION GUARANTEED

We guarantee that if you sign-up for our membership, and do not win a single auction using the 300 start-up bids included, we will fully refund your bids.

*Tip of the Month!*

## Where Do We Send Your Winning Auctions?

### Shipping Information

First Name [redacted]

Last Name [redacted]

Street Address 1 [redacted]

Street Address 2 [redacted]

City [redacted]

State/Province [redacted]

Country UNITED STATES OF AMERICA

Zip/Postal Code [redacted]

Coupon Code (optional)   APPLY

### Payment Information (128 Bit Secure Transaction)

Credit Card Type [redacted]

Credit Card Number

Please do not use spaces or hyphens

Expiry Date [redacted] [redacted]

CVV/CV2   (what is this?)

Start Bidding

Internet   100%

art   SwipeBids – Save up ...   3:54:55 PM 06/01/2010

Kleimann ATTACHMENT F
(Davis B Payment) - 7



Bids - Save up to 90%, Bid to Win Unbelievable Deals. - Windows Internet Explorer

https://www.swipebids.com/chg_registration_pg2.php?sessid=vl1tnfukehto34kgik6i6do576&awt_m=1btbI9038rx&awt_email=

View Favorites Tools Help Visual IP Trace Convert Select

SB SwipeBids – Save up to 90%, Bid to Win Unbelievable ...

Page Tools

We guarantee that if you sign-up for our membership, and do not win a single auction using the 300 start-up bids included, we will fully refund your bids.

Please do not use spaces or hyphens

Expiry Date [redacted]

CVV/CV2 [redacted] (what is this?)

Start Bidding

VISA MasterCard SAFE & SECURE

## Tip of the Month!

(UPS Tracking #1ZA722W84247067852)

**John won his Macbook for only $186.43! Here's his tip to help you win.**

"I started off with this strategy, and it definitely paid off. Basically I just spent some time focusing on winning only the bid packs, because they were going really fast and seemed easy to win. Once I collected a whole mass of bids, I went all out on the Macbook and won it that same night!"

**WIRED**

"Meet Gary Fowler — an energy consultant who works from home... won $39,000 worth of retail on these sites, having spent $18,000 to get it. He sent [us] the spreadsheet of all of his successful bids. It's four pages long, and compares the total cost including bids and shipping against the retail value for every conquest."

**The New York Times**

"...the auctions are fun and challenging while offering the possibility of a killer deal."

**BBC**

"Successful bidders can win anything from a television to a car or a cash sum, for a fraction of its real cost. Sandeep Anantharaman is one bidder who has won in style. He bid less than $10.53 for a new Mini. Not surprisingly, he is delighted."

Penny Auctions Have Been Seen On: abc CBS FOX NEWS Channel Rolling Stone

There Are Over 1,000 Winners Everyday At SwipeBids.com

Internet 100%

SwipeBids – Save up ... 3:55:44 PM 06/01/2010

Kleimann ATTACHMENT F
(Davis B Payment) - 8



Bids - Save up to 90%. Bid to Win Unbelievable Deals. - Windows Internet Explorer

SB https://www.swipebids.com/chg_registration_pg2.php?sessid=vl1tnfukehto34kgik6i6do576&awt_m=1btbI9038rx&awt_email=

View Favorites Tools Help Visual IP Trace Convert Select

SB SwipeBids - Save up to 90%, Bid to Win Unbelievable ...

Page Tools

(UPS Tracking #1ZA722W84247087862)

**John won his Macbook for only $186.43! Here's his tip to help you win.**

"I started off with this strategy, and it definitely paid off. Basically I just spent some time focusing on winning only the bid packs, because they were going really fast and seemed easy to win. Once I collected a whole mass of bids, I went all out on the Macbook and won it that same night!"

VISA MasterCard SAFE & SECURE

**WIRED**

"Meet Gary Fowler — an energy consultant who works from home... won $39,000 worth of retail on these sites, having spent $18,000 to get it. He sent [us] the spreadsheet of all of his successful bids. It's four pages long, and compares the total cost including bids and shipping against the retail value for every conquest."

**The New York Times**

"...the auctions are fun and challenging while offering the possibility of a killer deal."

**BBC**

"Successful bidders can win anything from a television to a car or a cash sum, for a fraction of its real cost. Sandeep Anantharaman is one bidder who has won in style. He bid less than $10.53 for a new Mini. Not surprisingly, he is delighted."

Penny Auctions Have Been Seen On: abc CBS FOX NEWS Channel RollingStone

## There Are Over 1,000 Winners Everyday At SwipeBids.com

WE ACCEPT VISA SHARE THE FUN PEACE OF MIND LIVE CHAT WE ARE ONLINE CLICK HERE

**SWIPEBIDS GUARANTEE**

- ✓ We never drive up the price, there are no bots!
- ✓ We always ship the product within 72 hours.
- ✓ 1000's of products are won every day.

We ship prizes with: FedEx. UPS

Penny Auctions have been seen on: abc CBS

Internet 100%

SwipeBids - Save up ... 3:55:44 PM 06/01/2010

Kleimann ATTACHMENT F
(Davis B Payment) - 9



Kleimann ATTACHMENT F
(Davis B PostPay) - 10



Kleimann ATTACHMENT F
(Davis B PostPay) - 11



Kleimann ATTACHMENT F
(Davis B Receipt) - 12



Kleimann ATTACHMENT F
(Davis B Receipt) - 13