



pt - Windows Internet Explorer

SB http://www.swipebids.com/receipt.php?awt_m=1bwJeKs38rx&awt_email=

View Favorites Tools Help Visual IP Trace Convert Select

SB Receipt

Page Tools

## How does this whole bidding thing work?

The bidding process is fairly simple. Each product starts with a very low starting price. Then, people place bids on the product. Each time someone places a bid, the price of the product rises by ONLY 1 cent, and the auction is extend by a short amount of time. During the final few seconds of the auction extra time is added when bids are placed so other bidders have a chance to place their bids. When the auction timer runs out, the last person to have placed a bid can buy the product for the final price.

For Billing Questions or Concerns Please Click Here.

CLICK HERE TO START BIDDING

Internet 100%

Receipt - Windows In... 3:56:42 PM 06/01/2010

Kleimann ATTACHMENT F
(Davis B Receipt) - 14

Kleimann ATTACHMENT G
(Davis C Landing) - 1







SB http://www.swipebids.com/login_cust.php?login_c=incorrect

View Favorites Tools Help

SB SwipeBids Save up to 90%, Bid to Win Unbelievab...

Page ▾ Safety ▾ Tools ▾

SWIPE BIDS JOIN • BID • WIN

Username ••••••••• Login

Not a Member? Sign Up Now Forgot Password? Click Here

Home | My Account ▾ | Winners ▾ | Contests ▾ | How to Win | Support ▾ | Contact Us

## Login

**You must be logged in to bid.**
**Please login or register for an account today!**

Username Password are invalid

User Name

Password

LOGIN

Forgot Password?

### New to SwipeBids?

Welcome to SwipeBids, a fun and exciting, fast-paced auction website. Unlike other auction websites, on SwipeBids you can win all sorts of new brand name products at incredibly low prices. First, you should register so you can participate in one of our many exciting auctions. Simply click the registration button below to get started!

JOIN NOW!

## HOW SWIPEBIDS WORKS

**1 Join & Become A Member**
You'll get the chance to bid!

**2 Choose Item & BID**
Each bid increases the bid price and the auction time.
00:00:15
BID

**3 Be the final bidder & WIN**
If you placed the final bid before the clock ran out.
You Win!
Price: $24.56
Winner: You Won!

**QUICK REGISTRATION!**
START WINNING TODAY
JOIN NOW!

There Are Over 1,000 Winners Everyday At SwipeBids.com

WE ACCEPT VISA SHARE THE FUN PEACE OF MIND

LIVE CHAT WE ARE ONLINE CLICK HERE

SWIPEBIDS GUARANTEE

✓ We never drive up the price, there are no bots!
✓ We always ship the product within 72 hours.

We ship prizes with: FedEx. ups

Penny Auctions have been seen on: abc CBS

4:23:38 PM 06/01/2010

Kleimann ATTACHMENT G
(Davis C Login) - 2

SB http://www.swipebids.com/my_information.php

View Favorites Tools Help

SB SwipeBids – Save up to 90%, Bid to Win Unbeliev...

Page ▾ Safety ▾ Tools ▾

| My Account | Buy Bids | Logout

360 Bids Left ( 0 Held by Auto Bidder )

SWIPE BIDS JOIN » BID » WIN

Home | My Account ▾ | Winners ▾ | Contests ▾ | How to Win | Support ▾ | Contact Us

## MY ACCOUNT

- » My Information
- » Won Auctions
- » Bidding History
- » Purchase History
- » Auto Bidder
- » Track Shipment

John Won His Macbook for Only $186.43!

(UPS Tracking #1ZA722W84247067852)

Here's his tip to help you win: "Basically I just spent some time focusing on winning only the bid packs, because they seemed so easy to win. Once I collected a whole mass of bids, I went all out on the Macbook and won it that same night!"

BUY BIDS

## My Information

CLICK HERE TO GO TO THE CURRENT LIVE AUCTIONS »

### My Player Statistics

| | | | | |
|---|---|---|---|---|
| Total Auctions Won: | 0 | Bids Left: | 360 | GET MORE BIDS |
| My Icon Status: | | Unclaimed Auction Wins: | 0 | VIEW UNCLAIMED WINS |
| Next Status Level Icon: | ☺ | Claimed Auction Wins: | 0 | GET MORE BIDS |
| Wins Until Next Status Level: | 1 | Daily Prizes Won: | 0 | VIEW UNCLAIMED PRIZES |
| My Auction Wins Ranking: | #0 | Monthly Prizes Won: | 0 | VIEW UNCLAIMED PRIZES |

### Personal Information

Customer ID: [redacted]

Username: [redacted]

Password: ****** Change Password

First name: [redacted]

Last Name: [redacted]

Email: [redacted]

### Shipping Information Edit

Address Line 1: [redacted]

Address Line 2:

City: [redacted]

State/Province: [redacted]

Zip Code: [redacted]

Country: US

Phone number:

☐ Click here to update your credit card information

## HOW TO WIN PRIZES AT SWIPEBIDS.COM

*Please note: There is no limit to the number of contests you can win per day

There are many other ways to win at SwipeBids besides just winning auctions.

4:23:55 PM 06/01/2010

Kleimann ATTACHMENT G
(Davis C My_Information) - 3

SB http://www.swipebids.com/my_information.php

View Favorites Tools Help

SB SwipeBids – Save up to 90%, Bid to Win Unbeliev...

Page ▾ Safety ▾ Tools ▾

Phone number:

☐ Click here to update your credit card information

## HOW TO WIN PRIZES AT SWIPEBIDS.COM

*Please note: There is no limit to the number of contests you can win per day

There are many other ways to win at SwipeBids besides just winning auctions. Here are a few other ways you can take home great prizes.

### ONE — HOURLY BID PACK CONTEST

CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each hour, the top 25 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of Bid Packs won & bought that hour!
- **HOW OFTEN?** Positions automatically update every 5 minutes, so keep an eye on your new rank!

PRIZES WORTH $990 every hour

### TWO — BID PACK CONTEST

CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each day, at MIDNIGHT (EST), the top 50 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of Bid Packs won & bought that day!
- **HOW OFTEN?** Positions automatically update every 15 minutes, so keep an eye on your new rank!

PRIZES WORTH $3,763 every day

### THREE — PREMIUM BID PACK CONTEST

CLICK HERE VIEW CONTEST

- **HOW IT WORKS?** Each day, at MIDNIGHT (EST), the top 25 ranked players in this contest win exciting prizes!
- **HOW TO WIN?** Winners are based on the number of 500 and 825 Bid Packs won & bought that day!
- **HOW OFTEN?** Positions automatically update every 15 minutes, so keep an eye on your new rank!

PRIZES WORTH $16,999 every day

*Please note: There is no limit to the number of contests you can win per day.

There Are Over 1,000 Winners Everyday At SwipeBids.com

WE ACCEPT VISA MasterCard SHARE THE FUN PEACE OF MIND

LIVE CHAT WE ARE ONLINE CLICK HERE

SWIPEBIDS GUARANTEE

✓ We never drive up the price, there are no bots!

✓ We always ship the product within 72 hours.

We ship prizes with: FedEx UPS

Penny Auctions have been seen on: abc NBC CBS

4:24:01 PM 06/01/2010

Kleimann ATTACHMENT G
(Davis C My_Information) - 4



http://www.swipebids.com/won_auction.php

View Favorites Tools Help

SwipeBids – Save up to 90%, Bid to Win Unbeliev...

SWIPE BIDS JOIN » BID » WIN

| My Account | Buy Bids | Logout

360 Bids Left ( 0 Held by Auto Bidder )

Home | My Account | Winners | Contests | How to Win | Support | Contact Us

## MY ACCOUNT

- » My Information
- » Won Auctions
- » Bidding History
- » Purchase History
- » Auto Bidder
- » Track Shipment

BUY BIDS

LIVE HELP

START CHAT »

**Please ensure you check all tabs for unclaimed items, as contest winnings will not appear in the "Won Auctions" category.**

Won Auction | Daily Top Bidders Contest | Daily Bid Packs Contest | Daily Premium Bid Packs Contest | Hourly Bid Packs Contest

SAFE & SECURE

Show Items/Prizes: Bid Packs Products Gift Cards Paid Not Paid Go

Pay for and review all the auctions you won, quickly and easily.

| Sl. No. | Price | Product | Auction ID | Date | Status |
|---|---|---|---|---|---|

No Record Found.

## HOW TO WIN PRIZES AT SWIPEBIDS.COM

*Please note: There is no limit to the number of contests you can win per day

There are many other ways to win at SwipeBids besides just winning auctions. Here are a few other ways you can take home great prizes.

HOURLY BID PACK CONTEST CLICK HERE VIEW CONTEST

4:24:12 PM 06/01/2010

Kleimann ATTACHMENT G
(Davis C Won_Auction) - 5



SB http://www.swipebids.com/purchase_history.php

View Favorites Tools Help

SwipeBids – Save up to 90%, Bid to Win Unbeliev...

Page ▾ Safety ▾ Tools ▾

SWIPE BIDS JOIN • BID • WIN

| My Account | Buy Bids | Logout

360 Bids Left ( 0 Held by Auto Bidder )

Home | My Account ▾ | Winners ▾ | Contests ▾ | How to Win | Support ▾ | Contact Us

## MY ACCOUNT

- » My Information
- » Won Auctions
- » Bidding History
- » Purchase History
- » Auto Bidder
- » Track Shipment

BUY BIDS

## Purchase History

Review the auctions you purchased or chose not to here.

| Bid | Price | Mode | Before/Now | Date | Status |
|---|---|---|---|---|---|
| 60 Bids | N/A | Credited by Agent | 300 Bids/ 360 Bids | 06/01/2010 15:1 EDT | SUCCESS |
| | | | 300 Bids/ 0 Bids | | |
| 300 (300 Bonus Bids) | $150.00 | Bought | — | 06/01/2010 15:1 EDT | SUCCESS |

Found auctions. 1 of 1 pages Page 1 of 1

## HOW TO WIN PRIZES AT SWIPEBIDS.COM

*Please note: There is no limit to the number of contests you can win per day

There are many other ways to win at SwipeBids besides just winning auctions. Here are a few other ways you can take home great prizes.

ONE

### HOURLY BID PACK CONTEST

CLICK HERE VIEW CONTEST

- HOW IT WORKS? Each hour, the top 25 ranked players in this contest win exciting prizes!
- HOW TO WIN? Winners are based on the number of Bid Packs won & bought that hour!
- HOW OFTEN? Positions automatically update every 5 minutes, so keep an eye on your new

PRIZES WORTH $990 every hour

TWO

### BID PACK CONTEST

CLICK HERE VIEW CONTEST

- HOW IT WORKS? Each day, at MIDNIGHT (EST), the top 50 ranked players in this contest win exciting prizes!
- HOW TO WIN? Winners are based on the number of Bid Packs won & bought that day!
- HOW OFTEN? Positions automatically update every 15 minutes, so keep an eye on your new

PRIZES WORTH $3,763 every day

4:24:29 PM 06/01/2010

Kleimann ATTACHMENT G
(Davis C Purchasing_History) - 6



SB http://www.swipebids.com/auto_bidder.php

View Favorites Tools Help

SB SwipeBids – Save up to 90%, Bid to Win Unbeliev...

Page ▾ Safety ▾ Tools ▾

| My Account | Buy Bids | Logout

SWIPE BIDS JOIN • BID • WIN

360 Bids Left ( 0 Held by Auto Bidder )

Home | My Account ▾ | Winners ▾ | Contests ▾ | How to Win | Support ▾ | Contact Us

## MY ACCOUNT

- » My Information
- » Won Auctions
- » Bidding History
- » Purchase History
- » Auto Bidder
- » Track Shipment

BUY BIDS

LIVE HELP

START CHAT »

## Auto Bidder

Let your Auto Bidder do the work for you! You can set it and forget it, or watch all the action as it happens. Keep track of your Auto Bidders here, and stop or start them any time you want.

Delete All Closed Auctions

| SL No. | Product | Date | Status | Auto Bids | Bids Left | Action |
|---|---|---|---|---|---|---|

## HOW TO WIN PRIZES AT SWIPEBIDS.COM

*Please note: There is no limit to the number of contests you can win per day

There are many other ways to win at SwipeBids besides just winning auctions. Here are a few other ways you can take home great prizes.

HOURLY BID PACK CONTEST CLICK HERE VIEW CONTEST

4:24:39 PM 06/01/2010

Kleimann ATTACHMENT G
(Davis C Auto_Bidder) - 7



Kleimann ATTACHMENT G
(Davis C Hourly) - 8

SB http://www.swipebids.com/index.php#hourlypre

View Favorites Tools Help

SB SwipeBids - Save up to 90%, Bid to Win Unbelieva...

Page ▾ Safety ▾ Tools ▾

★ = player has 50+ wins
★ = player has 100+ wins
★★ = player has 250+ wins
★★★ = player has 500+ wins
💎💎💎 = player has 1000+ wins
👑👑👑 = player has 5000+ wins

"I started off with this strategy, and it definitely paid off. Basically at first I just spent some time focusing on winning only the bid packs, because they were going really fast and seemed quite easy to win. Once I collected a whole mass of bids, I went all out on the Macbook and won it that same night!"

## HOW TO WIN PRIZES AT SWIPEBIDS.COM

*Please note: There is no limit to the number of contests you can win per day

There are many other ways to win at SwipeBids besides just winning auctions. Here are a few other ways you can take home great prizes.

### ONE — HOURLY BID PACK CONTEST

CLICK HERE VIEW CONTEST

- HOW IT WORKS? Each hour, the top 25 ranked players in this contest win exciting prizes!
- HOW TO WIN? Winners are based on the number of Bid Packs won & bought that hour!
- HOW OFTEN? Positions automatically update every 5 minutes, so keep an eye on your new rank!

PRIZES WORTH $990 every hour

### TWO — BID PACK CONTEST

CLICK HERE VIEW CONTEST

- HOW IT WORKS? Each day, at MIDNIGHT (EST), the top 50 ranked players in this contest win exciting prizes!
- HOW TO WIN? Winners are based on the number of Bid Packs won & bought that day!
- HOW OFTEN? Positions automatically update every 15 minutes, so keep an eye on your new rank!

PRIZES WORTH $3,763 every day

### THREE — PREMIUM BID PACK CONTEST

CLICK HERE VIEW CONTEST

- HOW IT WORKS? Each day, at MIDNIGHT (EST), the top 25 ranked players in this contest win exciting prizes!
- HOW TO WIN? Winners are based on the number of 500 and 825 Bid Packs won & bought that day!
- HOW OFTEN? Positions automatically update every 15 minutes, so keep an eye on your new rank!

PRIZES WORTH $16,999 every day

*Please note: There is no limit to the number of contests you can win per day.

## NEW HOURLY BID PACK CONTEST

*Please note: There is no limit to the number of contests you can win per day

Time left to announce winners 23:39:54

CURRENT TOP BIDPACK WINNERS

CONTEST ENDS EVERY HOUR. YOU BLINK YOU MISS!

Contest stats are updated every 5 minutes. Please refresh your browser to see updated positions.

4:25:09 PM 06/01/2010

Kleimann ATTACHMENT G
(Davis C Hourly) - 9

