



Kleimann ATTACHMENT H
(Setala 091710 Landing) - 1

PI Exhibit 15 Page 01515



Kleimann ATTACHMENT H
(Setala 091710 Landing) - 2



Kleimann ATTACHMENT H
(Setala 091710 Landing) - 3



Kleimann ATTACHMENT H
(Setala 091710 Landing) - 4



Kleimann ATTACHMENT H
(Setala 091710 Landing) - 5

PI Exhibit 15 Page 01519



Kleimann ATTACHMENT H
(Setala 091710 Landing) - 6



Kleimann ATTACHMENT H
(Setala 091710 Landing) - 7





Kleimann ATTACHMENT H
(Setala 091710 Login) - 9