



SwipeAuctions.com - Swipe Auctions - Never pay retail again! - Mozilla Firefox

File Edit View History Bookmarks Tools Help

http://www.swipeauctions.com/landing.php

Most Visited Getting Started Latest Headlines

swipe auctions items - Get great deals ... | SwipeAuctions.com - Swipe Aucti...

We are not affiliated with, sponsored by, or authorized by PropertyRoom. All items on the site are brand new, factory sealed, with original warranty.

USED NATIONWIDE & INTERNATIONALLY

WAREHOUSE CLOSEOUT AUCTIONS
OVERSTOCK SURPLUS AUCTIONS
LIQUIDATION CLEARANCE AUCTIONS

* ALL ITEMS BRAND NEW, FACTORY SEALED

* Our prices are so good because we buy many of our products from overstock surpluses and warehouse closeouts

## SwipeAuctions Player Wins New 2010 Honda

**'Pbh201' from The Villages, FL Wins $16,356 Civic on SwipeAuctions.com**

"SwipeAuctions gives shopping a new twist. Not only can you purchase things at great prices, but you can have a lot of fun bidding in the auctions. I enjoy the contests as well. Contests give added incentive to join the auctions."

HONDA CIVIC WINNER

SWIPE ebay

Connecting to video-stats.video.google.com...

start SwipeAuctions.com - ...

11:36:52 AM 09/17/2010

Kleimann ATTACHMENT H
(Setala 091710 Landing-Registration) - 11



Kleimann ATTACHMENT H
(Setala 091710 Landing-Registration) - 12



Kleimann ATTACHMENT H
(Setala 091710 Landing-Registration) - 13

PI Exhibit 15 Page 01527



Kleimann ATTACHMENT H
(Setala 091710 Landing-Registration) - 14

PI Exhibit 15 Page 01528



Kleimann ATTACHMENT H
(Setala 091710 Landing-Registration) - 15



Kleimann ATTACHMENT H
(Setala 091710 Landing-Registration) - 16



Kleimann ATTACHMENT H
(Setala 091710 Landing-Registration) - 17



Kleimann ATTACHMENT H
(Setala 091710 Landing-Registration) - 18



Kleimann ATTACHMENT H
(Setala 091710 Landing-Registration) - 19

