

Kleimann ATTACHMENT H
(Setala 091710 Landing-Registration) - 21

PI Exhibit 15 Page 01535



Kleimann ATTACHMENT H
(Setala 091710 Landing-Registration) - 22



Kleimann ATTACHMENT H
(Setala 091710 Landing-Registration) - 23



Kleimann ATTACHMENT H
(Setala 091710 Payment) - 24



Kleimann ATTACHMENT H
(Setala 091710 Payment) - 25



Kleimann ATTACHMENT H
(Setala 091710 Payment) - 26



Kleimann ATTACHMENT H
(Setala 091710 Payment) - 27



Kleimann ATTACHMENT H
(Setala 091710 Payment) - 28



Kleimann ATTACHMENT H
(Setala 091710 Payment) - 29



Kleimann ATTACHMENT H
(Setala 091710 Payment) - 30



SwipeAuctions.com - Swipe Auctions - Never pay retail again! - Mozilla Firefox

File Edit View History Bookmarks Tools Help

swipeauctions.com https://www.swipeauctions.com/registration_pg2.php

Most Visited Getting Started Latest Headlines

swipe auctions items - Get great deals ... | SwipeAuctions.com - Swipe Aucti...

25 Sony Cybershot Camera + 1000 BIDS won by beppe47 for $111.03 50 Walmart Gift Card $50 + 500 BIDS won by darlingirl for $6.91

*Over the average customer life cycle, the average SwipeAuctions.comTM customer saves a total of $500+ off the recommended retail price of merchandise and SwipeAuctions.comTM bid packs.

**COMPARING SWIPEAUCTIONS™ TO EBAY**

For years, the online auction marketplace was fairly standard - there were eBay, Yahoo! Auctions and a bunch of copycat sites. They all worked the same way: People put up mostly used items for sale, and random people bid on them. The highest bidder would purchase the item and hope the seller was honest enough to send it to them. But, in the past year or two a new type of online auction has surfaced - the penny auction.

SwipeAuctions work differently than traditional auctions. With SwipeAuctions, there are no third-party sellers, and people must purchase bids to place on auctions in order to win products at lower-than-retail prices.

New!

**Brand New Factory Sealed Electronics, With Full Warranty At SwipeAuctions.**

**We decided to make a chart comparing the features of one penny auction site, SwipeAuctions, with eBay. Here it is:**

| Features | Swipe Auctions | eBay |
|---|---|---|
| Brand new items | ✓ | ✓ |
| Money back guarantee | ✓ | ✗ |
| Items still under warranty | ✓ | ✓ |
| Active auction participation | ✓ | ✓ |
| Contests | ✓ | ✗ |
| Rewards for auction participants | ✓ | ✗ |
| Secure server | ✓ | ✓ |
| VIP customer service | ✓ | ✗ |
| 24/7 customer service | ✓ | ✗ |
| All products tracked | ✓ | ✗ |

Transferring data from gs1.wac.edgecastcdn.net...

start SwipeAuctions.com - ... 11:39:23 AM 09/17/2010

Kleimann ATTACHMENT H
(Setala 091710 Payment) - 31