



SwipeAuctions.com - Swipe Auctions - Never pay retail again! - Mozilla Firefox

File Edit View History Bookmarks Tools Help

swipeauctions.com https://www.swipeauctions.com/registration_pg2.php

Most Visited Getting Started Latest Headlines

swipe auctions items - Get great deals ... | SwipeAuctions.com - Swipe Aucti...

| | | |
|---|---|---|
| All products tracked | ✓ | ✗ |
| Live chat | ✓ | ✗ |
| Entertaining | ✓ | ✓ |

*Over the average customer life cycle, the average SwipeAuctions.com™ **customer saves a total of $500+ off the recommended retail price** of merchandise and SwipeAuctions.com™ bid packs.

***Over the average customer life cycle, the average SwipeAuctions.comTM customer saves a total of $500+ off the recommended retail price of merchandise and SwipeAuctions.comTM bid packs.**

Check Out Some of These

**INCREDIBLE SAVINGS**

SwipeAuctions™ Players Recently Got:

Savings Could Be Yours! Access Just ~~$250~~ $159

| Player Name | Product | Paid | Saved |
|---|---|---|---|
| Taffy09 | Canon EOS Rebel +1000 bids | $55.07 | $1,294.92 |
| Pebo94bg | Apple iPod Classic 160GB | $21.15 | $227.85 |
| Fbbidder | Nintendo Wii "Family Bundle" | $19.84 | $260.15 |
| Fbbidder | Sony Bravia Theater System | $7.80 | $217.20 |
| Alexga | Hp ProBook 4720s | $71.61 | $928.38 |
| Kaptainkohlt | Motorola TN765t Auto GPS | $22.87 | $257.12 |

**SWIPEAUCTIONS FACTS™** Total Contest Winners **59,000+** Average Daily Auctions Won **2,500+** Total SwipeAuctions Savings **$2,200,000+**

Transferring data from gs1.wac.edgecastcdn.net...

start SwipeAuctions.com - ... 11:39:25 AM 09/17/2010

Kleimann ATTACHMENT H
(Setala 091710 Payment) - 32

Kleimann ATTACHMENT H
(Setala 091710 Payment) - 33





Kleimann ATTACHMENT H
(Setala 091710 Payment) - 35





Kleimann ATTACHMENT H
(Setaia 091710 Payment) - 37



SwipeAuctions.com - Swipe Auctions - Never pay retail again! - Mozilla Firefox

File Edit View History Bookmarks Tools Help

swipeauctions.com https://www.swipeauctions.com/registration_pg2.php

Most Visited | Getting Started | Latest Headlines

swipe auctions items - Get great deals ... | SwipeAuctions.com - Swipe Aucti...

"Meet Gary Fowler - an energy consultant who works from home... won $39,000 worth of retail on these sites, having spent $18,000 to get it. He sent [us] the spreadsheet of all of his successful bids. It's four pages long, and compares the total cost including bids and shipping against the retail value for every conquest."

"...the auctions are fun and challenging while offering the possibility of a killer deal."

"Successful bidders can win anything from a television to a car or a cash sum, for a fraction of its real cost. Sandeep Anantharaman is one bidder who has won in style. He bid less than $10.53 for a new Mini. Not surprisingly, he is delighted."

CBS | FOX NEWS Channel | Rolling Stone

## There Are Over 1000 Won Auctions Per Day!

SwipeAuctions is not associated with any of the logos used on the website, however penny auctions have been featured on all of these newscasts.

Terms of Use | Privacy Policy

Each time a registered user places a Bid on a Product, extra time (typically a few seconds) is added to the Product's auction period ("Auction Period"), and the bidding price of the Product is increased by 1 cent. An auction ends when the Auction Period reaches zero. The auction winner (the "Winner") is the last user to place a Bid, as determined solely by SwipeAuctions records. UPON END OF AN AUCTION, ALL BIDS USED ON THAT AUCTION, WHETHER BY THE WINNER OR NON-WINNER(S), WILL EXPIRE AND WILL NOT BE CREDITED OR REFUNDED TO THE RESPECTIVE BIDDERS. Winners are required to pay the final bidding price plus any applicable shipping and handling charges as the total price for Product.

YOU ARE STRICTLY PROHIBITED FROM PLACING BIDS, OR CAUSING BIDS TO BE PLACED, ON ANY PRODUCT FOR THE PURPOSE OF ARTIFICIALLY INCREASING BIDDING PRICES, MANIPULATING THE BIDDING PROCESS, OR INFLUENCING USER BEHAVIOR.

BIDDING PROCESS, OR INFLUENCING USER BEHAVIOR.

Transferring data from gs1.wac.edgecastcdn.net...

start | SwipeAuctions.com - ... | 11:39:37 AM 09/17/2010

Kleimann ATTACHMENT H
(Setala 091710 Payment) - 38



Kleimann ATTACHMENT H
(Setala 091710 Payment) - 39



Kleimann ATTACHMENT H
(Setala 091710 Payment) - 40



Kleimann ATTACHMENT H
(Setala 091710 Payment) - 41



Kleimann ATTACHMENT H
(Setala 091710 Payment) - 42



Kleimann ATTACHMENT H
(Setala 091710 Payment) - 43



Kleimann ATTACHMENT H
(Setala 091710 Payment) - 44