







Kleimann ATTACHMENT I
(Setala 101510 Registration) - 4





SellOffAuctions - Never Pay Retail Again - Windows Internet Explorer

http://www.selloffauctions.com/landing.php

File Edit View Favorites Tools Help

All Products in Our Auctions are Brand New, Factory Sealed, and come with the Manufacturers Warranty.

## Comparing SellOffAuctions to eBay

We decided to make a chart comparing the features of one penny auction site, SellOffAuctions™, with eBay. Here it is:

| Features | | eBay |
|---|---|---|
| Brand new items | ✓ | ✓ |
| Items still under warranty | ✓ | ✗ |
| Active auction participation | ✓ | ✓ |
| Secure server | ✓ | ✓ |
| 24/7 customer service | ✓ | ✗ |
| All products tracked | ✓ | ✗ |
| Live chat | ✓ | ✗ |
| Entertaining | ✓ | ✓ |

Get brand new consumer products still covered by the manufacturer's warranty at Sell Off Auctions!

(20 items remaining) Downloading picture http://static.selloffauctions.com/images_1310/img2.png...

1:09:33 PM 10/15/2010

Kleimann ATTACHMENT I
(Setala 101510 Registration) - 5

SellOffAuctions - Never Pay Retail Again - Windows Internet Explorer

http://www.selloffauctions.com/landing.php

File Edit View Favorites Tools Help Visual IP Trace Convert Select

SellOffAuctions - Never Pay Retail Again

Page Tools

**Guaranteed Fast & Tracked Shipping**
SellOffAuctions Prizes Are Always Shipped Within 48 Hours

**Guaranteed Brand New**
SellOffAuctions Prizes Are All Brand New Factory Sealed With Warranty

**Hourly, Daily, and Monthly Competitions**
SellOffAuctions Has Hourly & Monthly Rewards

**Guaranteed Fast & Tracked Shipping**
With eBay, not every seller will send your winning item promptly and will usually charge you extra for secure shipping.

**Guaranteed Brand New**
Not all items on eBay are brand new, and some are even listed as being sold for parts only.

**Hourly, Daily, and Monthly Competitions**
Only SellOffAuctions offers the hourly, daily, and monthly competitions for Walmart Cards, Macbooks and even a Honda Civic!

## Please Register to Bid on Auctions

First Name

Last Name

Gender Male

(13 items remaining) Downloading picture http://static.selloffauctions.com/images_1310/selloff_ebay_bg.jpg.

Internet 100%

start SellOffAuctions - Nev... 1:09:37 PM 10/15/2010

Kleimann ATTACHMENT I
(Setala 101510 Registration) - 6







Kleimann ATTACHMENT I
(Setala 101510 Payment) - 9



Kleimann ATTACHMENT I
(Setala 101510 Payment) - 10

