



Kleimann ATTACHMENT I
(Setala 101510 Payment) - 13





SellOffAuctions - Never Pay Retail Again - Windows Internet Explorer

http://www.selloffauctions.com/registration_final.php

File Edit View Favorites Tools Help

SellOffAuctions - Never Pay Retail Again

SELLOFFAUCTIONS ACCESS DETAILS:

| ITEM | YOU PAY |
| --- | --- |
| SellOffAuctions Access (Includes 250 Bids!) | 64¢/bid ($160 Total) |

YOU CAN SAVE!

It costs just $160 to sign up and start bidding on bargains today!

ONLY $160 GRANTS YOU ACCESS TO:

GOVERNMENT AUCTIONS

WAREHOUSE CLOSEOUTS

Where Do We Send Your Winning Auctions?

Shipping Information

First Name [redacted]

Last Name [redacted]

Street Address 1

Street Address 2

City

State/Province ** Select your State **

Country UNITED STATES OF AMERICA

Zip Code

Coupon Code (optional) APPLY

Payment Information

Credit Card Type Visa Card

Credit Card Number

Expiry Date 01 2010

Done

Internet

100%

start

SellOffAuctions - Nev...

1:11:58 PM 10/15/2010



Kleimann ATTACHMENT I
(Setala 101510 Payment) - 16

# AcaiBurn Site Heat Map

The heat map pictured to the left tracks visitors to our website and records how long visitors spend on each area of the page. This data is then translated into varying levels of color to illustrate the relative amount of time spent at each particular section.

After taking a random sample of 166 visitors to our site and analyzing their usage data, the following conclusion was drawn: While visitors spent an average of 10 - 30 seconds at the majority of areas throughout the last page, an average of 1 minute and 10 seconds to 1 minute and 20 seconds was spent at the area of the site which clearly presented the terms and conditions of our offer.





Highest volume of web browser attention (100%) down to lowest volume of web browser attention (0%) averaged out over multiple users.

## Product Website Heatmaps

The heat map pictured to the left tracks visitors to our website and records how long visitors spend on each area of the page. This data is translated into varying levels of color to show the relative amount of time spent at each particular section.

Areas of least attention have a darker blue color to indicate a lower percentage of attention out of 100%.

Areas of very high attention have a yellow and bright red color to indicate a much higher percentage of attention out of 100%.

An average of 1 minute and 10 seconds to 1 minute and 20 seconds has been recorded in this area of JustThink Media sites that clearly presents the terms and conditions of our offers.



Kleimann ATTACHMENT J
(JTM 3rd Presentation Pg 27) - 2

JustTHiNK media

# Reading Rates and Comprehension

Given that JustThink Offer Details rarely exceed more than 200 words, it will take the average adult less than a minute to read and fully comprehend all important information pertaining to JustThink Media products prior to purchasing.

While proofreading materials, people are able to read at 200 wpm on paper, and 180 wpm on a monitor.

Source: Ziefle, M. (1998), Effects of display resolution on visual performance, Human Factors, 40(4), 555–568

Around the fixation point only four to five letters are seen with 100% acuity.

Details of time spent in each area is outlined and color coded in the ClickTale attention tracking heatmaps.

http://blog.clicktale.com/2007/04/03/clicktale-heatmaps/



Kleimann ATTACHMENT J
(JTM 3rd Presentation Pg 28) - 3

# Scroll Reach Heatmaps by ClickTale.com

Heat maps used to track user activity for JustThink Media product websites are by ClickTale.com.

ClickTale is an industry leader in Customer Experience Analysis (CEA), they provide insight to businesses on their customers online behavior. Founded in 2006 ClickTale has won much acclaim for its reliability and innovation in the area of CEA.

More than 35,000 businesses rely on ClickTale to optimize their website usability and performance.



In this post, we will demonstrate with charts and real data several behavioral patterns related to scrolling. Let's start!

## The Data

As always, this research is based on data that we collect with our service (ClickTale). We used a subset of about 120,000 page-views dated November 2006 to December 2006. In this research we will be analyzing only vertical scrolling behavior. The service records the height of the web pages, the height of the window and the bottom—most location the user scrolled to.

## Global Statistics

- 91% of the page-views had a scroll-bar.
- 76% of the page-views with a scroll-bar were scrolled to some extent.
- 22% of the page-views with a scroll-bar were scrolled all the way to the bottom.

These statistics demonstrate that the vast majority of [users] use scroll and that a significant portion of them scroll all the way to the page bottom. While 22% may seem low at first, it is actually quite high as many [...]

*Source: http://www.clicktale.com/product/scroll_reach_heatmaps*



Kleimann ATTACHMENT J
(JTM 3rd Presentation Pg 29) - 4

**PAGE 29 of 39**

PI Exhibit 15 Page 01578

# Susan Kleimann, Ph.D.
Kleimann Communication Group, Inc.
1321 Rhode Island Avenue, NW
Washington, DC 2005
301.233.2844

## Background Experience

Dr. Susan Kleimann is President of Kleimann Communication Group, Inc., with over 35 years of experience providing technical assistance to both public and private sector organizations. Since founding Kleimann in 1997, Dr. Kleimann has established the company as a leader in rigorous consumer research for major, national impact projects. Prior to 1997, Dr. Kleimann was Director of the Document Design Center at the American Institutes for Research. She has also worked at the U.S. Government Accountability Office and taught at the university level. Dr. Kleimann also served as the founding Executive Director of the Center for Plain Language in Washington, DC, and recently co-chaired the Center's First Annual ClearMark Award program, which honored the best and worst examples of plain language.

## Selected Experience

***Project Director. Department of Health and Human Services (DHHS), Office of the National Coordinator for Health Information Technology. Designing a Web-based Privacy Model Notice for Personal Health Records (PHRs) (2008–2010).*** For the Office of National Coordinator, Dr. Kleimann served as overall Project Director for the development of the draft web-based model of a standard Personal Health Record (PHR) privacy notice. Working with the Project Manager and team, Dr. Kleimann oversaw the development and analysis of a variety of qualitative research methods to collect data from a broad cross-section of stakeholders that included policy makers, industry leaders, consumer advocates, and consumers. Critical to the development was the fact that this was a web-based disclosure and design needed to reflect the research on reading on the web. The final model provides a framework for PHR vendors to articulate and disclose their privacy and security practices and procedures transparently. The goal is to enable consumers to understand fully and make informed choices about using PHR vendors. Dr. Kleimann participated in briefings and establishing the next steps for the introduction of the web-based PHR privacy notice.

***Project Director. Federal Trade Commission. Developing an Easy-to-Understand Prototype Financial Privacy Notice—A Form Development Project for Six US Government Financial Regulatory Agencies (2004–2008).*** Beginning in 2004, Dr. Kleimann facilitated six partnering financial regulatory agencies through the research and development of a prototype privacy notice that would be easier for consumers to understand and use. Dr. Kleimann led an iterative document design process that involved eight design and cognitive usability test rounds over a 12-month period. Dr. Kleimann was responsible for oversight of the study's qualitative design and methodology as well as the development of

**Kleimann ATTACHMENT K - 1**

all materials, data collection, and data analysis. Linking the research results, document design principles, and regulatory requirements, the team evolved a prototype financial privacy notice that met and exceeded the project goals of comprehension, comparison, and compliance. Kleimann's report led to the President's signing of the Financial Regulatory Relief Act in October 2006 that directed the financial agencies (including the Office of Thrift Supervision and the Commodity Futures Trading Commission) that regulate the Gramm-Leach-Bliley Act (GLBA) to propose a model privacy disclosure form by April 11, 2007. In a follow-on quantitative project, Dr. Kleimann worked as part of a team to develop the design and survey questions for a 1000+ respondent mall intercept study. In a final portion of the project, Dr. Kleimann led the reconceptualization of the paper disclosure into a web-based disclosure.

***Project Director. US Department of Housing and Urban Development (HUD). Redesigning the Good Faith Estimate (GFE) Form (2002–Present).*** For the Department of Housing and Urban Development, Dr. Kleimann served as project director for a proposed policy change to Real Estate Settlement Procedures Act (RESPA) and the first major redesign in 35 years of the Good Faith Estimate, a consumer disclosure to help consumers make decisions. During the design phase, the Project Team developed a means to explain the technical intricacies of yield spread premium to home buyers. Dr. Kleimann designed and led the execution of extensive qualitative testing to ensure that home buyers understood the information. In addition, she oversaw the design, implementation, and analysis of two rounds of quantitative testing with over 1,200 average homeowners or first time buyers which documented a performance level of accuracy of 93%. The resulting GFE allows consumers to more easily compare different offers from different institutions and to more easily compare this information with the final HUD-1. Dr. Kleimann briefed senior management throughout the project.

***Co-Principal Investigator. Georgetown University and Harvard University. Conducting a National Survey on Genetic Testing for Georgetown University and Harvard University Ethical, Legal, and Social Implications Grant (2002–2007).*** As part of Georgetown University's Ethical, Legal, and Social Implications grant, Dr. Kleimann led numerous focus groups for a study on "Tailoring Smoking Cessation Treatment by Genotype: Implications for Ethics and Clinical Practice." Dr. Kleimann developed the moderator's guide, moderated the groups, and led the grounded theory data analysis of the groups exploring physicians' and consumers' attitudes toward genetic testing for selecting the best smoking cessation therapy. The results of these focus groups helped shape a national survey that will inform the development of appropriate policy, education, and information products about the advantages and disadvantages of the genetic testing so that consumers can make informed decisions. This project continued in 2007 under the auspices of Harvard University in conjunction with Massachusetts General Hospital. Working with a team of academic and health professionals, Dr. Kleimann developed the moderator's guide, moderated the groups, and led the grounded theory data analysis of the groups. These groups investigated the beliefs and attitudes of blacks and whites in both urban and rural areas about the social implications of using this genetic testing to direct treatment for smoking cessation.

***Project Director. National Academy of Social Insurance (NASI). Exploring Medicare Beneficiaries' Attitudes Toward Medicare Reform (1998–1999).*** Working with subject matter experts, Dr. Kleimann designed an innovative methodology to collect data about Medicare beneficiaries' experiences in, concerns about, and suggestions for Medicare in the future. In these ten focus groups with Medicare beneficiaries in the state of California, Dr. Kleimann first collected participants' views on Medicare, then subject matter experts provided education to the participants to elicit more informed discussions. These groups provided data on how elderly people use medical services and make choices about care in a complex Medicare marketplace. The final report received an award of excellence from the Society for Technical Communication. As a follow-on, Dr. Kleimann led the development of a 5-minute video of focus group highlights for testimony to the Senate Special Committee on Aging. The team developed a 20-minute video and a binder for instruction and materials so that others could use a similar methodology to collect additional data. This project has received an Award of Distinction from the Society of Technical Communication and an Award of Excellence in the Society's International competition.

***Co-Principal Investigator. Agency for Healthcare Research and Quality (AHRQ). Developing the Consumer Assessment of Health Plans Survey (CAHPS), Initial Phase (1996–1998).*** Dr. Kleimann worked as part of the Harvard Medical School and the RAND teams to develop and test computer and paper reports for the Consumer Assessment of Health Plans Survey project. In particular, she led a usability test of the Version 1.0 of the CAHPS report which focused on low income test subjects. This project was a part of a larger project to develop cognitively-tested questionnaires and reports of consumers' assessments of their health plan in order to improve their decision-making. Dr. Kleimann helped to develop a prototype computer report to be used by people who are privately-insured. In addition, she led the portion of the project that developed a usability protocol to test the comprehension and navigability of the CAHPS booklet with lower income populations. Testing results helped to modify the booklet.

### Education

Ph.D., Rhetoric and Composition, University of Maryland

M.A., English, University of Maryland

B.A., English, Southern Illinois University

### Professional Experience

1997–Present   Kleimann Communication Group, Inc., President

1992–1997   American Institutes for Research, Director, Information Design Center

1986–1992   United States Government Accountability Office,
Instructional Systems Designer Specialist/Doctoral Dissertation Fellow

### Selected Presentations and Publications

Garrison, L., Hastak, M., Hogarth, J., Kleimann, S., Levy, A., Long, M., Role of Qualitative and Quantitative Consumer Research in Policy Development at Federal Agencies: Two Case Studies, *Marketing and Policy Conference*, Denver, Colorado, May 2010.

Kleimann, S., Working in the New Frontier: Creating Something from Nothing—A Process that Works, *International Plain Language Conference*, Sydney, Australia, October 2009.

Kleimann, K. with S. Kleimann, Dialectic Interface Survey (DIS): An Assessment Tool for Document Designers, *International Plain Conference*, Sydney, Australia, October 2009.

Kleimann, S., Developing Disclosures for Real Consumers to Help Prevent Deception, Delinquency, and Foreclosure – Where Should Policymakers Go From Here? Panel Discussion, FTC Conference on Protecting Consumers in the Mortgage Market: An Economic Assessment of Information Regulation, Mortgage Choice, and Mortgage Outcomes, May 2008.

Kleimann, S. and Joel Winston, Simplified Privacy Notices, Panel Discussion, International Association of Privacy Professionals, Toronto, Canada, October 2006

Kleimann, S., Qualitative Usability Testing Results for the Financial Privacy Notice, American Bankers Association, Orlando, Florida, June 2006.

Washingon, D., Kleimann, S., Kleimann, K. (2007). Women Veterans' Perceptions and Decision-Making about Veterans Affairs Health Care. *Journal of Military Medicine*. August.

Park, E., Kleimann, S., and Shields, A. (2006). Anticipating Clinical Integration of Genetically Tailored Tobacco Dependence Treatment: Perspectives of Primary Care Physicians. *Journal of Nicotine and Tobacco Research*. December.

Kleimann, S., Roosevelt, R., Krishna, R., Schmieder, E., Spears, E. (2007) *Putting Theory into Practice: A Best Practices Approach to Developing Tax Instructions*. Published for Internal Revenue Service. Washington, DC. February.

Kleimann, S. (2006). *Developing a Financial Disclosure Notice Prototype Using Consumer Testing*. Presented at the International Privacy Professionals Conference. October.

Kleimann, S. (2005). *What is clarity for a FDA patient information sheet?* Presented as testimony at a FDA hearing. December.

Kleimann, S. and Enlow, B. (2003). Is plain language appropriate for well-educated and politically important people? Results of research with congressional correspondence. *Clarity, Number 50*, November.

McGee, J., Kanouse, D., Sofaer, S., Hargraves, J.L., Hoy, E., and Kleimann, S. (1999). *Making survey results easy to report: how reporting needs guided survey development in CAHPS*. Rand reprint.

Veroff, D. R., Gallagher P., Wilson V., Uyeda, M., Merselis, J. Guadagnoli, E., Edgman-Levitan, S., Zaslavsky, A., Kleimann, S., and Cleary, P. (1998). Effective reports for health care quality data: lessons from a CAHPS demonstration in Washington State. *International Journal for Quality in Health Care. Vol. 10, No. 8*, 555–560.

Kleimann, S. (1998) Inundated by Information: the Challenges of Communicating Health Information to Medicare Beneficiaries, Statement before the U.S. Senate Special Committee on Aging, May 6.

Kleimann, S. (1990). The review process and cultural influence. In Rachel Spilka (ed.), *Writing in the Workplace: New Research Perspectives*. Illinois: Southern Illinois University Press.

Cohen, E. & Kleimann, S. (1989). Writing to Please Your Boss and Other Important People (Including Yourself). Scandinavian PC Systems, Rockville, MD.

Kleimann ATTACHMENT K - 5

PI Exhibit 15 Page 01583

# Bibliography of Sources Consulted

Bloom, B. S., Masia, B. B., & Krathwohl, D. R. (1984). Taxonomy of educational objectives Longman London.

Culnan, Mary J. and George R. Milne. 2001. The Culnan-Milne Survey on Consumers & Online Privacy Notices: Summary of Responses. Presentation at Get Noticed: Effective Financial Privacy Notices Interagency Public Workshop. http://www.ftc.gov/bcp/workshops/glb/supporting/culnan-milne.pdf

Garrison, L., Hastak, M., Hogarth, J., Kleimann, S., & Levy, A. 2011 (In Review). Designing evidence-based disclosures: A case study of financial privacy notices.

Guthrie, J. T., Weber, S., & Kimmerly, N. (1993). Searching documents: Cognitive processes and deficits in understanding graphs, tables, and illustrations. Contemporary Educational Psychology, 18(2), 186-221. doi:DOI: 10.1006/ceps.1993.1017

Haviland, Susan E., and Herbert H. Clark. 1974. What's New? Acquiring New Information as a Process in Comprehension. *Journal of Verbal Learning and Verbal Behavior, 13*(5): 512-521.

Héroux, Lisa, Michel Laroche, and K. Lee McGown. 1988. Consumer Product Label Information Processing: An Experiment Involving Time Pressure and Distraction. *Journal of Economic Psychology, 9:* 195-214.

Jensen, Carlos and Colin Potts. 2004. Privacy Policies as Decision Making Tools: An Evaluation of Online Privacy Notices. *Proceedings of the Conference on Human Factors in Computing Systems.* Vienna, Austria: Association for Computing Machinery

Kirsch, Irwin, Ann Jungeblut, Lynn Jenkins, and Andrew Kolstad. 1993. Adult Literacy in America: A First Look at the Results of the National Adult Literacy Survey. Washington, DC: National Center for Educational Statistics.

Kleimann Communication Group, Inc. 2006. Evolution of a Prototype Financial Privacy Notice: A Report on the Form Development Project. http://www.ftc.gov/privacy/privacyinitiatives/ftcfinalreport060228.pdf

Kleimann Communication Group, Inc. 2009. Financial Privacy Notice: A Report on Validation Testing Results. http://www.ftc.gov/privacy/privacyinitiatives/validation.pdf

Kleimann Communication Group. (2009). Web-based financial privacy notice final summary findings report.
http://ftc.gov/privacy/privacyinitiatives/WebbasedNoticeFinalSummaryReport.pdf

Kostelnick, C. (1990). The rhetoric of text design in professional communication. The Technical Writing Teacher, 17(3), 189-202.

Krug, Steve. 2000. Don't Make Me Think. Berkeley, CA. New Riders.

Milne, George R., Mary J. Culnan, and Henry Greene. 2006. A Longitudinal Assessment of Online Privacy Notice Readability. *Journal of Public Policy and Marketing,* 25(2): 238-249.

National Assessment of Adult Literacy. 2007. Literacy in Everyday Life: Results from the 2003 National Assessment of Adult Literacy. http://nces.ed.gov/pubsearch/pubsinfo.asp?pubid=2007480 .

Neilsen, Jakob. 1997. How Users Read on the Web, *Alertbox Newsletter.* www.useit.com

Neilsen, Jakob. 2000. Designing Web Usability: The Practice of Simplicity. Berkeley, CA. New Riders.

Redish, Janice C. 2007. Letting Go of the Words: Writing Web Content that Works. San Francisco, Morgan Kaufman Publishers,.

Redish, Janice C. 1989. Reading to Learn to Do. *IEEE Transactions on Professional Communication, 32*(4): 289-293.

Schriver, K. (1997). In Hudson T. (Ed.), Dynamics in document design (1st Edition ed.). United States: John Wiley & Sons, Inc.

Song, Hyunjin and Norbert Schwarz. 2008. Processing Fluency Affects Effort Prediction and Motivation. *Psychological Science*, 19: 986-988.

Tufte, Edward R. 1990. *Envisioning Information.* Cheshire, Connecticut: Graphics Press.

Wainer, H. (1992). Understanding graphs and tables. Educational Researcher, 21(1), pp. 14-23.

Weinschenk, Susan M. 2009, Neuro Web Design. Berkeley, CA. New Riders.

Wright, P. (1977). Presenting technical information: A survey of research findings. Instructional Science, 6(2), 93-134.