Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/15 Mario Piccone <mpiccone@mediatrust.com>
416-781-0530

---

**From:** Kevin Bazinet [mailto:kevin@justthinkmedia.com]
**Sent:** October 15, 2009 3:15 PM

**To:** Mario Piccone
**Cc:** Craig Leonard; Lauren Rosen; Mahshid Meisami
**Subject:** Re: Invoices and GST

Hello Mario,

I have the guarantee signed by Jesse. Please provide me with your fax number.


Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com


Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/13 Mario Piccone <mpiccone@mediatrust.com>
Ok
As soon as everything is formalized we'll start to invoice the new Corp.
Mario

Sent from my iPhone

On 2009-10-13, at 5:34 PM, Kevin Bazinet <kevin@justthinkmedia.com> wrote:

Hey Mario,

JTM 06595

That's fine.

Wire received today.

Thanks

Mario

**From:** Phyllis Plester [mailto:plester@shaw.ca]
**Sent:** October 22, 2009 12:33 AM
**To:** 'Mahshid Meisami'
**Cc:** 'Kevin Bazinet'; 'M Adams'; 'Mario Piccone'
**Subject:** RE: Invoices and GST
**Importance:** High

Hi Mashid,

Unfortunately, our Wire Instructions show paying Invoice #8383 for period of October 12th to 14th in the amount of $162,837.50 which did not include the GST. [Please acknowledge receipt of $.] Therefore, I will show on my records only paying $8,141.88 [GST] on Invoice #8400 if that is A-OK. I hope this doesn't mess you up your paper-trail.

*Phyllis H. Plester*

Accounting
JESSE D. WILLMS and Companies

| Phone: | (780)416-0211 or |
|---|---|
|  | (780)439-1801 |
| Fax: | (780)416-0218 or |
|  | (780)989-0223 |
| Cell: | (780)907-1732 |
| Email: | plester@shaw.ca |

PLEASE ACKNOWLEDGE RECEIPT OF THIS EMAIL.

**From:** Mahshid Meisami [mailto:mmeisami@mediatrust.com]
**Sent:** October 20, 2009 7:40 AM
**To:** 'Kevin Bazinet'; 'Phyllis Plester'; 'M Adams'
**Subject:** FW: Invoices and GST
**Importance:** High

Hi Kevin,

Please find the attached revised invoice for Oct12-14, 09 includes GST also . Due date was on October16, 09.

I reversed Invoice#8383 .

If you have any questions please let me know.

JTM 06590

Regards,

Mahshid

**From:** Kevin Bazinet [mailto:kevin@justthinkmedia.com]
**Sent:** Monday, October 19, 2009 2:13 PM
**To:** Mario Piccone
**Cc:** lrosen@mediatrust.com; Craig Leonard; Mahshid Meisami; Jivan Manhas
**Subject:** Re: Invoices and GST

Hey Mario,

Judging from where 8383 is in our system. I would guess you will receive the funds this Wednesday.

Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/19 Mario Piccone <mpiccone@mediatrust.com>
Hi
We just received the payment for #8364.
Please advise on #8383.
Thanks
Mario

**From:** Mario Piccone [mailto:mpiccone@mediatrust.com]
**Sent:** October 19, 2009 1:23 PM
**To:** 'Kevin Bazinet'
**Cc:** 'lrosen@mediatrust.com'; 'Craig Leonard'; 'Mahshid Meisami'; 'Jivan Manhas'
**Subject:** RE: Invoices and GST

Thanks.

I understand that there are o/s invoices on your acct.
#8364  $170,373
#8383  $162,837

When will this be processed?

JTM 06591

Many thanks.
Mario

**From:** Kevin Bazinet [mailto:kevin@justthinkmedia.com]
**Sent:** October 19, 2009 10:23 AM
**To:** Mario Piccone
**Ce:** lrosen@mediatrust.com; Craig Leonard; Mahshid Meisami; Jivan Manhas

**Subject:** Re: Invoices and GST

Hey Mario,

Payments will not be delayed.

I am very sorry about all of this.

Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/18 Mario Piccone <mpiccone@mediatrust.com>
We changed all of out accounting over.
Will this delay any payments?
Regards
Mario

Sent from Mario's iPhone

On 2009-10-16, at 5:40 PM, Kevin Bazinet <kevin@justthinkmedia.com> wrote:

> Hey Guys,
>
> I am very sorry about this but we will just pay GST. You can continue to bill JTM. I was told to get it all changed and then minds over here changed.

JTM 06592

Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/16 <lrosen@mediatrust.com>
Ok, just let me know when they are sent, so I can keep a look out.

Lauren

---

From: Kevin Bazinet [mailto:kevin@justthinkmedia.com]
Sent: Friday, October 16, 2009 10:28 AM
To: lrosen@mediatrust.com
Cc: Mario Piccone; Craig Leonard; Mahshid Meisami; Jivan Manhas

Subject: Re: Invoices and GST

Hey Lauren,

I have the IOs signed on my desk. I just need to check with Jesse on a few things before I fax the rest back.

Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

JTM 06593

Confidentiality Notice: The information contained in this e-mail is for the
intended recipient(s) alone. It may contain privileged and confidential
information that is exempt from disclosure under law and if you are not an
intended recipient, you must not copy, distribute or take any action in reliance on
it. If you have received this e-mail in error, please notify us immediately.

2009/10/15 <lrosen@mediatrust.com>
Hi,

I've already changed the IOs and sent them over for JTM to sign.

Thanks,
Lauren

From: Mario Piccone [mailto:mpiccone@mediatrust.com]
Sent: Thursday, October 15, 2009 4:19 PM
To: Kevin Bazinet
Cc: Craig Leonard; Lauren Rosen; Mahshid Meisami; Jivan Manhas
Subject: RE: Invoices and GST

Hi
I am fine with the guarantee and will countersign. However, we need to get the IO's
revised and signed off as well if not done so already.
Craig, please let me know where that stands.
Thanks
Mario

From: Kevin Bazinet [mailto:kevin@justthinkmedia.com]
Sent: October 15, 2009 3:26 PM
To: Mario Piccone
Cc: Craig Leonard; Lauren Rosen; Mahshid Meisami
Subject: Re: Invoices and GST

I just faxed it to you.


Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

JTM 06594

Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/15 Mario Piccone <mpiccone@mediatrust.com>
416-781-0530

From: Kevin Bazinet [mailto:kevin@justthinkmedia.com]
Sent: October 15, 2009 3:15 PM

To: Mario Piccone
Cc: Craig Leonard; Lauren Rosen; Mahshid Meisami
Subject: Re: Invoices and GST

Hello Mario,

I have the guarantee signed by Jesse. Please provide me with your fax number.


Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com


Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/13 Mario Piccone <mpiccone@mediatrust.com>
Ok
As soon as everything is formalized we'll start to invoice the new Corp.
Mario

Sent from my iPhone

On 2009-10-13, at 5:34 PM, Kevin Bazinet <kevin@justthinkmedia.com> wrote:

Hey Mario,

JTM 06595

I think that all works. Starting next Monday you will invoice the Cyprus corp. We are getting the guarantee drawn up.

Farend Services Limited
3 Athinodorou Street, 2025 Dasoupoli,
Strovolos, Nicoasia, Cyprus

Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/13 Mario Piccone <mpiccone@mediatrust.com>
Please draft accordingly and I'll review.
Also. regarding the IO's I have instructed Craig to add the Cyprus corp to the exist and any new IO's moving forward.
Please provide the name of the Cyprus corp.
Unfortunately, we cannot go back and change any invoices but will not charge the gst for any new invoices moving forward.
Thanks.
Mario

From: Kevin Bazinet [mailto:kevin@justthinkmedia.com]
Sent: October 13, 2009 5:12 PM

To: Mario Piccone
Cc: Craig Leonard; Lauren Rosen; Mahshid Meisami
Subject: Re: Invoices and GST

Hey Mario,

Let us know if you need us to draft the corporate guarantee or if you

JTM 06596

are.

Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/13 Mario Piccone <mpiccone@mediatrust.com>
Just out of curiosity, what filing period are you on with the CRA? Sounds like semi-annual? You can voluntarily change you filing period to monthly and this would cut down your waiting time to less than 30 days after filing if you file on-line. I may be telling you something you already know...just my thoughts.
Mario

From: Kevin Bazinet [mailto:kevin@justthinkmedia.com]
Sent: October 13, 2009 4:57 PM
To: Mario Piccone
Cc: Craig Leonard; Lauren Rosen; Mahshid Meisami

Subject: Re: Invoices and GST

Hey Mario,

1.      Is the sole purpose of doing this not to pay gst or is it a cash flow issue or is it administrative?
We have multiple networks in Canada so as you can imagine we have a lot of GST being held by the government. We have to wait 8 months to get this money back, and we get no benefit from the government holding our money.

2.      If the answer to #1 is not to pay gst, you do get to claim back the gst.
We know but we have to wait 8 months.

JTM 06597

3.    If we were to go with the Cyrus corp, we would have to ensure there is no credit risk
Will guarantee the cyprus corp with our canadian corp

4.    If we are to invoice the Cyprus corp, all IO's would have to be redone.
Not really a problem for us.

Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/13 Mario Piccone <mpiccone@mediatrust.com>
Hi,

I have a few questions/issues to ask:

1.    Is the sole purpose of doing this not to pay gst or is it a cash flow issue or is it administrative?

2.    If the answer to #1 is not to pay gst, you do get to claim back the gst.

3.    If we were to go with the Cyrus corp, we would have to ensure there is no credit risk

4.    If we are to invoice the Cyprus corp, all IO's would have to be redone.

Please respond to these questions and it will help lead us in the right direction. For now, we will continue as usual and payments should be made according to schedule.

Many thanks,

**JTM 06598**

Mario

**From:** Kevin Bazinet [mailto:kevin@justthinkmedia.com]
**Sent:** October 13, 2009 12:10 PM
**To:** Craig Leonard
**Cc:** Lauren Rosen; Mario Piccone
**Subject:** Re: Invoices and GST

Hey Craig,

Can you change invoice 8351 for us? We really don't want to be paying anymore GST out.

Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/12 Craig Leonard <cleonard@mediatrust.com>
Yep, we can invoice this corp Kevin.


On Mon, Oct 12, 2009 at 6:48 PM, Kevin Bazinet <kevin@justthinkmedia.com> wrote:
Hey Craig,

Sorry about that. Can you invoice our Cyprus corp?

Farend Services Limited
3 Athinodorou Street, 2025 Dasoupoli,
Strovolos, Nicoasia, Cyprus


Regards,

JTM 06599

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/12 Craig Leonard <cleonard@mediatrust.com>

> Do you have US corp? We can invoice to that if you want.
>
>
> On Mon, Oct 12, 2009 at 10:28 AM, Kevin Bazinet
> <kevin@justthinkmedia.com> wrote:
> Hey Craig,
>
> We are having a lot of issues with GST on your invoices and the Canadian government. Ask your accounts if there is a way of billing another corporation of ours (US corp) so you are not submitting an invoice with GST.
>
> Regards,
>
> Kevin Bazinet
> kevin@justthinkmedia.com
>
> 780.994.3519 (direct mobile)
> 780.416.0211 JTM reception
> 780.416.0218 fax
>
> JustThink Media Inc.
> www.justthinkmedia.com
>
>
> Confidentiality Notice: The information contained in this e-mail is
> for the intended recipient(s) alone. It may contain privileged and

JTM 06600

confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

Internal Virus Database is out of date.

Checked by AVG - http://www.avg.com
Version: 8.0.175 / Virus Database: 270.9.0/1776 - Release Date: 11/8/2008 6:49 PM

Internal Virus Database is out of date.
Checked by AVG - http://www.avg.com
Version: 8.0.175 / Virus Database: 270.9.0/1776 - Release Date: 11/8/2008 6:49 PM

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2716 - Release Date: 03/01/10 00:34:00

JTM 06601

| From: | Steven Easton |
|---|---|
| To: | Kevin Bazinet |
| Subject: | RE: usfreeads complaints |
| Date: | October-19-09 9:48:03 AM |

Hi Kevin,

That is an affiliate of Advaliant (http://www.valtrk.com/url/track.aspx?adid=2202&lpuid=1&affid=1836&subid=16336)

Thanks
Steve

 **neverblue**

**Steven** Easton
Network Manager

**Email\MSN** steven.easton@neverblue.com
**Phone** (250) 386-5323 x.269
**Cell** (250) 418-5572
**Fax** (604) 877-5441
**AIM\Yahoo** NeverblueSteven

**From:** Kevin Bazinet [mailto:kevin@justthinkmedia.com]
**Sent:** October 17, 2009 3:37 PM
**Subject:** usfreeads complaints

Hello,

The link below is cause a lot of customer service complaints. It is really pushing the "FREE" angle.
http://www.usfreeads.com/2065402-cls.html

If this is your affiliate can you get them to at least add somewhere that you just pay shipping. At least something to reduce complaints.

Thanks!

Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception

JTM 06901

780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

This electronic mail transmission and any accompanying attachments contain confidential information intended only for the use of the individual or entity named above. Any dissemination, distribution, copying or action taken in reliance on the contents of this communication by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error please immediately delete the e-mail and either notify the sender at the above e-mail address or by telephone at +1 250.386.5323

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2716 - Release Date: 03/01/10 00:34:00

JTM 06902

Hey Kevin,

The affiliate is running the offer through advalient just in case you were wondering.

Thanks!!!

**Mike Sorisi - Intermark Media**
IM: Michaelsatimk (AIM)
(P): (631) 719 - 1250  ext. 3269

**From:** Kevin Bazinet [mailto:kevin@justthinkmedia.com]
**Sent:** Saturday, October 17, 2009 6:37 PM
**Subject:** usfreeads complaints

Hello,

The link below is cause a lot of customer service complaints. It is really pushing the "FREE" angle.
http://www.usfreeads.com/2065402-cls.html

If this is your affiliate can you get them to at least add somewhere that you just pay shipping. At least something to reduce complaints.


Thanks!

Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

JTM 06905

Hey Kevin,

I have some good news. We can use your European Office address below starting with this week's invoice.

Regards,
Ryan

Ryan Singh
Supervisor, Accounts Receivable
Epic Advertising, Inc - New York, Toronto, San Francisco, London
www.EpicAdvertising.com
60 Columbia Way, Suite 310
Markham, ON
L3R 0C9
(905) 946-0300 x2379 - work
(888) 666-3120 - fax
ryan.singh@epicads.com
AIM: ryansazoogle

**From:** Kevin Bazinet [mailto:kevin@justthinkmedia.com]
**Sent:** Monday, October 12, 2009 4:40 PM
**To:** Ryan Singh
**Cc:** Thomas DeLuca
**Subject:** Re: Invoices and GST

Hey Ryan,

Can you switch over sooner than November? Next Monday?

Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the intended

JTM 07918

recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/12 Kevin Bazinet <kevin@justthinkmedia.com>
Hey Ryan,

November should be fine.


Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com


Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

2009/10/12 Ryan Singh <ryan.singh@epicadvertising.com>
Hey Kevin,

Could we start this from November billing, since we already billed you some activity in October?

Thanks,
Ryan

---

**From:** Kevin Bazinet [mailto:kevin@justthinkmedia.com]
**Sent:** Monday, October 12, 2009 11:10 AM
**To:** Ryan Singh
**Cc:** Thomas DeLuca
**Subject:** Re: Invoices and GST

Hey Ryan,

This is the corp you can invoice. I was initially told a US corp but we are going with our European corp. Let me know if this causes any issues.

JTM 07919

Farend Services Limited
3 Athinodorou Street, 2025 Dasoupoli,
Strovolos, Nicoasia, Cyprus

Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the intended
recipient(s) alone. It may contain privileged and confidential information that is exempt from
disclosure under law and if you are not an intended recipient, you must not copy, distribute
or take any action in reliance on it. If you have received this e-mail in error, please notify us
immediately.

2009/10/12 Ryan Singh <ryan.singh@epicadvertising.com>
Hey Kevin,

If you can provide me with your US Operation address, we can change it in our system.

Ryan

---

**From:** Thomas DeLuca
**Sent:** Monday, October 12, 2009 10:35 AM
**To:** Ryan Singh; Kevin Bazinet
**Subject:** FW: Invoices and GST

Ryan,

Please see below from Kevin at Just Think Media. Can you help out with this?

Thanks,
TD

(646) 943-7163
thomas.deluca@epicads.com

---

**From:** Kevin Bazinet [mailto:kevin@justthinkmedia.com]
**Sent:** Monday, October 12, 2009 10:29 AM
**To:** Thomas DeLuca
**Subject:** Invoices and GST

JTM 07920

Hey Thomas,

We are having a lot of issues with GST on your invoices and the Canadian government. Ask your accounts if there is a way of billing another corporation of ours (US corp) so you are not submitting an invoice with GST.

Regards,

Kevin Bazinet
kevin@justthinkmedia.com

780.994.3519 (direct mobile)
780.416.0211 JTM reception
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the intended recipient(s) alone. It may contain privileged and confidential information that is exempt from disclosure under law and if you are not an intended recipient, you must not copy, distribute or take any action in reliance on it. If you have received this e-mail in error, please notify us immediately.

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2716 - Release Date: 03/01/10 00:34:00

JTM 07921

| | |
|---|---|
| **From:** | Craig Leonard |
| **To:** | jd.jesse@yahoo.com |
| **Cc:** | merchantman11@yahoo.com |
| **Subject:** | FW: JTM Creative |
| **Date:** | Friday, January 23, 2009 12:37:45 PM |
| **Attachments:** | Colon Cleanse Creative Info.doc |
| | AcaiBurn Creative Info.doc |
| | Grants Creative Info.doc |
| | Google Creative Info.doc |
| **Importance:** | High |

**From:** Lauren Rosen
**Sent:** Friday, January 23, 2009 12:24 PM
**To:** Craig Leonard
**Subject:** JTM Creative
**Importance:** High

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2650 - Release Date: 01/27/10 12:36:00

JTM_CD4_JESSE_EMAILS_000001

AcaiBurn

**From Lines:**
Detoxify Your Body
Body Detoxification
Free 14 Day Trial
Acai Berry Free Trial
Acai Weight Loss

**Subject Lines:**
Acai Super Food Diet
Lose Weight and Get Healthy Fast
Acai Berry Super Food
Celebrities Love the Acai Berry!
Kick-Start Your Weight Loss!
You Won't Believe the Latest Buzz in
 Hollywood
Acai Berry Antioxidant Power Available
 Now!
Feel a Gripping Urgency to Lose Weight
 Fast?

**Email Creatives:**

1.)

JTM_CD4_JESSE_EMAILS_000002



2.)

JTM_CD4_JESSE_EMAILS_000003



3.)

JTM_CD4_JESSE_EMAILS_000004



JTM_CD4_JESSE_EMAILS_000005

PI Exhibit 3 Page 00225

**Colon Cleanse**

**From Lines:**

Celebrity Cleanse Detox
Celebrity Cleanse
Celeb Cleanse
Colon Detox
Colon Clean
Be Slim
Remove Excess Weight
Flatter Tummy
Flatten your Tummy
Tighten your Tummy

**Subject Lines:**
Cleanse – Lose Weight – Detox
Lose Weight Quickly and Naturally
Cleanse Your System & Get Slim
Detoxify while you Lose Weight Quickly
Next generation in Weight Loss and Natural Cleansing
cleanse your system
cleanse your colon
live healthier, cleanse your system
live longer, cleanse your system
live longer, clean your colon
Possibly the most effective colon cleanser in history
Colon Cleanse - No Prior Prescription Necessary
Colon Cleanse: Get the Body You Deserve
Colon Cleanse- Now Available Without a Prescription
Americas Strongest Colon Cleanser

**Creatives**

1.)
Cleanse Excess Waste

Flush Tons of Excess Weight for a Flatter Stomach

Finally fit into your favorite jeans.

BTW.... you can try our trial today.

http://www.valtrk.com/url/track.aspx?adid=1957&affid=77&subid=0

If you no longer wish to receive emails from us, please click here:

http://www.purecleansepro.com/unsubscribe_newsletter.php

Or write to us at:

Pure Cleanse Pro
3600 Army Post Road
Des Moines, IA 50321

2.)



# Had one of **these** lately?

You can rid your body of **waste** and **lose weight** *fast!*



3.)

JTM_CD4_JESSE_EMAILS_000007

Pl Exhibit 3 Page 00227



# Had some of **these** lately?

You can rid your body of **waste** and **lose weight** *fast!*

**Pure**Cleanse PRO



Click Here For Your **FULL BOTTLE!**

4.)



**Pure**Cleanse PRO

**Your Cleaner, Healthier Body Awaits!**

**Drop** your **dead weight** *fast!*
Look like a **Hollywood starlet!**

Click Here For Your **FULL BOTTLE!** #1 America's Favorite Colon Cleanse

JTM_CD4_JESSE_EMAILS_000008

**Google**

<u>**From Lines:**</u>
Google Business
Passive Google Profits
Make Money Online
Online Business
List Name
Easy Google Profit
Easy Profit
EGP

<u>**Subject Lines:**</u>
Let Google Make You Money While You Sleep
Easy To Do Online Business For You
Make New-Age Money Online with Google
Make Money Online Today
Simple Online Business Makes Money Fast
Simple Google Strategy to Put Cash in Your Pockets
Moms wanted- make money online, part time hours
Moms needed to work from home 10 hrs / week - great income
Easy Money with Google
Make Easy Money working with Google
Profit with Google
Put money into your bank account with Money from Google
Working from Home Profiting with Google is this Easy?
Google Business - Work from Home and Profit
Turnkey system profits for you 24/7
Turnkey system profits for you while you sleep
Run Your Own Business From Home and Profit with Google

<u>**Test/Banner Creatives:**</u>

1.)
It's easy to make up to $900 or more per day!
Just use your computer and fill out forms and you can earn cash!

http://www.valtrk.com/url/track.aspx?adid=1960&affid=77&subid=0

Google can help you make money quickly and easily so you never have to work from an office again!

Don't let this opportunity pass you by!

http://www.valtrk.com/url/track.aspx?adid=1960&affid=77&subid=0

JTM_CD4_JESSE_EMAILS_000009

If you no longer wish to receive emails from us,
Please go to:
http://www.earncashfastwithgoogle.com/unsubscribe_newsletter.php

Or if you prefer, you can write to us at:

Google Cash
3600 Army Post Road
Des Moines, IA 50321

2.)



3.)

4.)

5.)

6.)

JTM_CD4_JESSE_EMAILS_000010



7.)

JTM_CD4_JESSE_EMAILS_000011



*Results Not Typical
† Plus aplicable processing fees.

8.)

JTM_CD4_JESSE_EMAILS_000012



*Results Not Typical

EASYGOOGLECASH!

9.)

JTM_CD4_JESSE_EMAILS_000013



**AIM HIGHER DREAM BIGGER...**

Learn how some people make FULL TIME MONEY from home!

CLICK HERE to get started today!

*Results Not Typical

EASYGOOGLECASH!

JTM_CD4_JESSE_EMAILS_000014

**Grants**

**From Lines:**
Re: Your Funds
Money to Vacation
Your Money?
Your money is ready
Your money to claim
Available in your area
Money for your area
Do you need money?
Get funding for school
Get funding to start business
Get medical funding
Get healthcare funding
Money for your bills
Gov Funding Directory
Gov Money Directory
Grant yourself money
Your government money
DO YOU NEED MONEY?
MONEY FOR HEALTHCARE?
Approval for your money
HEALTHCARE MONEY?
American Gov Money

**Subject Lines:**
Government Grants Now
US Citizen Grants
US citizen Money Available
Get Funding Fast
Government Funding Available
Get Money Fast
Money When You Need It Most
Gov Grant Funding
Grant Funding
New Way To Get Money
Fast "government grant money for citizens" Funding

**Text/banner Creative:**
1.)
Need Money? The Government Can Help!

You may qualify for government grant funding – let us show you how to apply!
Grants are available for people like you who want to:

JTM_CD4_JESSE_EMAILS_000015

http://www.valtrk.com/url/track.aspx?adid=1959&affid=77&subid=0

Set up or expand a business
Get help paying their rent
Pay their bills
Go back to school
Buy or renovate real estate
Purchase new equipment

Our free CD will show you how you can find grants that may be right for you!

Simply order today and discover if you are eligible for interest-free government assistance!

http://www.valtrk.com/url/track.aspx?adid=1959&affid=77&subid=0

If you no longer wish to receive emails from us,
Please go to:
http://earncashfromgrants.com/unsubscribe_newsletter.php

Or if you prefer, you can write to us at:

Grant Software
3600 Army Post Road
Des Moines, IA 50321

2.)



3.)

4.)

5.)

JTM_CD4_JESSE_EMAILS_000016

**Email Creative:**

6.)



*results not typical

7.)

JTM_CD4_JESSE_EMAILS_000017



*results not typical

8.)

JTM_CD4_JESSE_EMAILS_000018



*results not typical

JTM_CD4_JESSE_EMAILS_000019

Ultra is still doing well – expanding to UK now.

I stumbled upon this site – it may be useful to you in sourcing product:

http://www.tradekey.com

Craig


**From:** Jesse Willms [mailto:jd.jesse@yahoo.com]
**Sent:** Wednesday, July 30, 2008 10:21 AM
**To:** Craig Leonard
**Subject:** RE: Acai Berry Vs. Wu Yi Tea

Sales are still good, they do ok volume, not great.


I want to a powder offer like ultra lean, are they still doing well? Were still just finding a supplier we got a few good leads, jsut takes a while.

jesse

--- On **Wed, 7/30/08, Craig Leonard <*cleonard@advaliant.com*>** wrote:

> From: Craig Leonard <cleonard@advaliant.com>
> Subject: RE: Acai Berry Vs. Wu Yi Tea
> To: jd.jesse@yahoo.com
> Date: Wednesday, July 30, 2008, 7:13 AM
>
> Cool.
>
> How are sales? Is Hydra cranking easyweight?
>
> What else can we do together?
>
> Craig
>
> **From:** Jesse Willms [mailto:jd.jesse@yahoo.com]
> **Sent:** Wednesday, July 30, 2008 10:07 AM
> **To:** Craig Leonard
> **Subject:** Re: Acai Berry Vs. Wu Yi Tea
>
> Ya, Im on it.

JTM_CD4_JESSE_EMAILS_000020

Acaiburn.com

Is our new site, should be ready soon.

jesse

--- On Wed, 7/30/08, Craig Leonard <*cleonard@advaliant.com*> wrote:

From: Craig Leonard <cleonard@advaliant.com>
Subject: Acai Berry Vs. Wu Yi Tea
To: jd.jesse@yahoo.com
Date: Wednesday, July 30, 2008, 7:05 AM

You watching the Acai Berry trend?

http://www.google.com/trends?
q=acai+berry%2C+wu+yi+tea&ctab=0&geo=all&date=all&sort=0

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2650 - Release Date: 01/27/10 12:36:00

JTM_CD4_JESSE_EMAILS_000021

| From: | danielmwallace@gmail.com on behalf of Daniel McSwain Wallace |
| To: | Craig Leonard |
| Cc: | id.jesse@yahoo.com; James Sietstra |
| Subject: | Re: merchant accounts |
| Date: | Thursday, February 26, 2009 2:44:21 PM |

Hi Craig and Jesse,

Jesse, I've worked on some of your campaigns as an affiliate and we've met twice, most recently in the hallway at ASW Vegas when the line to sign in was super long and you were checking Facebook Ads.

I told Craig that my business partner (James, CC'd on this email) and I would be happy to put you in touch with a recommended load balancing consulting company with deep processing connections. In exchange, it would mean a lot to us if you could talk a bit about your experiences with Litle and Co, as we are considering processing with them. Additionally, we'd be interested in your analysis of the competencies of Jim Gray and Randy O'Connell after you have to chance to speak with them about their operation.

We are currently in the process of deciding whether to move forward with Litle or potentially work with O'Connell Gray. Any insights you may have for us as to whether it is possible to operate in the affiliate model rebill space with Litle and Co as your sole processor would be great.

Here is the contact information for O'Connell Gray, LLC.

Randy O'Connel and Jim Gray

- Randy O'Connell

  o Office Number 775-852-8833

  o Cell Number 775-335-5322

  o Email Randy@oconnellgray.com

- Jim Gray

  o Office Number 775-852-8833

  o Cell Number 775-335-5323

  o Jim@oconnellgray.com

They charge a transaction-based fee for use of their connections, load balancing help and extensive CRM.

James and I would both be open to a phone call if necessary to compare notes and get any advice you may have.

JTM_CD4_JESSE_EMAILS_000022

PI Exhibit 3 Page 00242

Best,

Daniel

On Thu, Feb 26, 2009 at 12:55 PM, Craig Leonard <cleonard@advaliant.com>
wrote:

> Hi Daniel,
>
> Could you please send Jesse the contact info for the load balancing merchant
> company in Nevada -- and also your rationale for short-listing them. And he'll
> share with you his knowledge of them and Litle.
>
> Regards,
>
> Craig

--
Daniel Wallace
Managing Director
Hungry Fish Media, LLC.

Cell:    +1 (727) 251-2711
Office:  485 Massachusetts Avenue
         Cambridge, MA 02138

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2650 - Release Date: 01/27/10 12:36:00

JTM_CD4_JESSE_EMAILS_000023

From:      Craig Leonard
To:        jd.jesse@yahoo.com
Subject:   KTLA News Story Claims
Date:      Wednesday, February 11, 2009 12:51:15 PM

http://www.ktla.com/video/?autoStart=true&topVideoCatNo=default&clipId=3171607

- Talking person on site outlines scams in diet industry, therefore seeming legit
- Customer interviewed claims that she did not know she was signing up for multiple products – and believes that is unethical
- Significant number of complaints – hundreds to Better Business Bureau of South
- Ontario, California headquarters is a fulfillment center, managers are actually in Canada
- Tried number to contact talking person direct (1-877-417-4141) – "a dozen times over two days" – nothing but a busy signal
- Fine print on first page (reporter did not show terms on credit card page) does inform that customer is signing up for multiple offers with one shot
- Once signed up though, it requires canceling with three separate companies – and customer does not find that out until they are billed
- They claim that you can then cancel only, but not get refunded

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2650 - Release Date: 01/27/10 12:36:00

Dear Cleanthis,

We are expecting a wire from Paygea to arrive at Laiki Bank for Farend Services today in the amount of $1,610,878.10. After this wire credits to our account, please make the following transfers from Farend Services:

1) Advaliant: $126,265.13 for invoice 8079

> Account Name: Advaliant Inc.
> Account #: ▮▮▮▮▮▮▮
> Bank Name: Citibank
> Bank Address: 339 Park Avenue, New York, NY 10022
> Bank Routing #: ▮▮▮▮▮▮

2) Epic Advertising: $336,451.51 for invoice 120002616

> Account Name: Epic Advertising Inc.
> Account #: ▮▮▮▮▮▮
> Bank Name: RBC Royal Bank
> Bank Address: 260 East Beaver Creek Road, Richmond Hill, ON L4B-3M3
> SWIFT #: ▮▮▮▮▮
> Transit #: ▮▮▮▮
> **INTERMEDIARY BANK:**
> JP Morgan Chase, NY
> ABA#: ▮▮▮▮▮▮▮

3) eAdvertising: $46,830 for invoice 7297

> Account Name: LeadClick Media, Inc.
> Account #: ▮▮▮▮▮▮
> Bank Name: The Mechanics Bank
> Bank Address: 343 Sansome Street, Suite 100, San Francisco, CA 94104
> Bank Routing #: ▮▮▮▮▮▮

4) IntegreClick/Clickbooth: $210,002.50 for invoice JL081009WYS

> Account Name: IntegraClick, Inc.
> Account #: ▮▮▮▮▮▮▮
> Bank Name: Bank of America
> Bank Address: 304 West Venice Avenue, Venice, FL 34285
> Bank Routing #: ▮▮▮▮▮

5) Intermark Media: $155,862.50 for invoice 0016229-IN

> Account Name: Intermark Media
> Account #: ▮▮▮▮▮▮
> Bank Name: Signature Bank

Bank Address: 279 Sunrise Highway, Rockville Centre, NY 11570
Bank Routing #: ████████

Thanks,

Dan

Daniel J Sullivan
Chief Financial Officer
dan@desdevelopments.com

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2650 - Release Date: 01/27/10 12:36:00

thanks, i really want to get something going asap, tell me what I need to do to get things going.

Jesse

--- On **Fri, 9/25/09, Joseph (Sefi) Freiman *<joseph@cxdigital.com>*** wrote:

From: Joseph (Sefi) Freiman <joseph@cxdigital.com>
Subject: RE: Jesse/Sefi
To: "Jesse Willms" <jd.jesse@yahoo.com>
Date: Friday, September 25, 2009, 2:07 PM

Thanks for the info, we are off Monday (Jewish holiday) i will connect with you early next week and lets figure out what do we want to push and how to get momentum...

Have a good weekend!


Joseph (Sefi) Freiman

*VP, Business Development*

CX Digital Media Inc.
Direct: 416-260-4422

Toll Free: 1.866.962.9764 x4422

Mobile: 416-993-1300

Fax: 1.800.887.9997

Joseph@cxdigital.com

www.cxdigital.com

Aim: josephfreiman

---

**From:** Jesse Willms [mailto:jd.jesse@yahoo.com]
**Sent:** Thursday, September 24, 2009 1:10 PM
**To:** Joseph (Sefi) Freiman
**Subject:** Jesse

JTM_CD4_JESSE_EMAILS_000027

Hi,

Great talking to you:

Here is what were up to lately, we are seeing huge growth ever since we added dee's backend.

This is our current sales per day on weekdays approx.

4,000-5,000 DazzleSmilepro.com sales

2,000 Acaiforcemax.com (male acai)

We do about 500 a day through our female acai offers, this vertical has shrunk a lot, but we feel we can really do a ton of volume here with our new offers

Google about a 1,000 a day, we just started this vertical but its growing huge

Grants 300 a day (small but growing)

Resv 300 a day

Colon 300 a day

Other 500 a day

Where I see the most potential is female acai, colon (very plain simple offer), ecigerettes, and our google offer. With Dee's backend will kill these go forward.

Lets talk later today, hope this helps give you a picture of our company.

Thanks

Jess

JTM_CD4_JESSE_EMAILS_000028

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2650 - Release Date: 01/27/10 12:36:00

JTM_CD4_JESSE_EMAILS_000029

| From: | Jesse Willms |
| To: | Justin D'Angelo |
| Subject: | RE: Faxed agreement |
| Date: | Monday, December 21, 2009 10:00:25 AM |

1021018 Alberta Ltd.

## --- On **Mon, 12/21/09, Justin D'Angelo *<justin@roirevolution.com>* wrote:**

From: Justin D'Angelo <justin@roirevolution.com>
Subject: RE: Faxed agreement
To: "'Jesse Willms'" <jd.jesse@yahoo.com>
Date: Monday, December 21, 2009, 6:21 AM

Jesse,

Let me know the official company name when you get a chance. Timothy wants to fill out the agreement with all of the info on the form, send it over to you, and then you can sign and initial the new version. He said we can't even start working on building anything out until the full agreement is put together. Sorry if it's a pain, we have all these stricter rules when it comes to these types of things now.

Anyway, talk to you soon.

--Justin D'Angelo

ROI Revolution

Relationship & Strategy Manager

[Google AdWords Certified Professional]

919-954-5955 x310

---

**From:** Jesse Willms [mailto:jd.jesse@yahoo.com]
**Sent:** Friday, December 18, 2009 3:10 PM
**To:** Justin D'Angelo
**Subject:** RE: Faxed agreement

Getting websites:

85 Cranford Way

#204

Sherwood Park, AB

Canada


So just make a new account, then you'll try to get payment terms?

Jesse

--- On **Thu, 12/17/09, Justin D'Angelo *<justin@roirevolution.com>*** wrote:

From: Justin D'Angelo <justin@roirevolution.com>
Subject: RE: Faxed agreement
To: "'Jesse Willms'" <jd.jesse@yahoo.com>
Date: Thursday, December 17, 2009, 12:47 PM

Jesse,


Old accounts have an associated history with them, and if Google decides to go back and ban that account for things like deceptive billing practices, it shuts down our current efforts. This happened to a client of ours last week who had a deleted campaign from 2006 in his account. It's much better to start fresh with a new account. I think we can probably get credit for a new account, as it's based on the payment history of your company, and your payment history is good with Google.


We also don't have access to that old account anymore, Timothy unlinked all accounts from our MCC that weren't clients anymore


You can just email the info over, I think that will be fine. If I hear any different I'll let you know.


--Justin D'Angelo

ROI Revolution

Relationship & Strategy Manager

JTM_CD4_JESSE_EMAILS_000031

[Google AdWords Certified Professional]

919-954-5955 x310

---

**From:** Jesse Willms [mailto:jd.jesse@yahoo.com]
**Sent:** Thursday, December 17, 2009 3:42 PM
**To:** JustinD'Angelo
**Subject:** Re: Faxed agreement

Can I just email this over? Also, can we use existing account, isn't it still on 30 day terms with google?

Jesse

--- On **Thu, 12/17/09, D'Angelo, Justin  <justin@roirevolution.com>** wrote:

From: D'Angelo, Justin <justin@roirevolution.com>
Subject: Faxed agreement
To: "Jesse Willms" <jd.jesse@yahoo.com>
Date: Thursday, December 17, 2009, 12:37 PM

Jesse,


Lindsay in sales just buzzed me and said that we just got just one fax from you, but it only had a checkmark and your name on it.


Can you fill out the rest of the info (new address, office phone #, company name for billing, and the website URL)?  We'll need one for each site.


Also, who do we contact about billing for the initial refundable setup fee, as well as ongoing?


Once that's done we can start building out campaigns for you and get it going.


Can you also create 2 new AdWords accounts and email over either the login

JTM_CD4_JESSE_EMAILS_000032

info, or the Customer ID numbers?

Thanks!

--Justin D'Angelo

ROI Revolution

Relationship & Strategy Manager

[Google AdWords Certified Professional]

919-954-5955 x310

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2650 - Release Date: 01/27/10 12:36:00

JTM_CD4_JESSE_EMAILS_000033

From:     Jesse Willms
To:        Phyllis Plester
Subject:  Re: FW: Additional to Dan?????
Date:     Friday, December 18, 2009 10:25:51 AM

Phyllis,

Was this just a missed invoice or what was the whole issue?

Jesse

---- On **Thu, 12/17/09, Phyllis Plester <*plester@shaw.ca*>** wrote:

> From: Phyllis Plester <plester@shaw.ca>
> Subject: FW: Additional to Dan?????
> To: "'Jesse Willms'" <jd.jesse@yahoo.com>
> Date: Thursday, December 17, 2009, 10:01 PM
>
> FYI
>
> ---
>
> **From:** Phyllis Plester [mailto:plester@shaw.ca]
> **Sent:** December 17, 2009 11:00 PM
> **To:** 'Curtis'
> **Subject:** RE: Additional to Dan?????
> **Importance:** High
>
> I think you are under toooooooo much pressure to come up with "instant" answers. We have to check and double-check six ways and please always communicate with me BEFORE you give out any $'s to Jesse in future. We have to be very careful with everything we submit to Dan for several reasons. First and foremost, the "money laundering squad" I'm sure is watching us very closely and second, we don't want to look "stupid" in Dan's and/or Dee's eyes. We want to make sure they trust us and our "accuracy" at all times.
>
> I suggest you turn off your MSN — especially when you are trying to "concentrate" — too many distractions and we make mistakes which cost the Company many $$$$$ - to find and "fix".
>
> php
>
> ---
>
> **From:** Curtis [mailto:curtis@justthinkmedia.com]
> **Sent:** December 17, 2009 10:27 PM
> **To:** Phyllis Plester
> **Subject:** Re: Additional to Dan?????

JTM_CD4_JESSE_EMAILS_000034

Hmmm I am not sure why I thought they were not paid. I checked them off the statement and I know they were paid from our accounts but I did double check them against the invoices to Dan... They were all on the one invoice so I must have missed that one invoice that they were invoiced on. Sorry...


Curtis

On Thu, Dec 17, 2009 at 8:23 PM, Phyllis Plester <plester@shaw.ca> wrote:

Howdy,


I am attaching the copies of invoices you gave me to add to our next invoice to Dan. However, of the 4 there is only one that has not been charged [ROI $1,236.93] prior. I am attaching copies of all you gave me and also our Invoice with backup showing these included in my totals.


Please advise why you thought these weren't recovered?????


php



--
Curtis Fillier
curtis@justthinkmedia.com

780.416.0228 office
780.416.0268 fax

JustThink Media Inc.
www.justthinkmedia.com

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2650 - Release Date: 01/27/10 12:36:00

JTM_CD4_JESSE_EMAILS_000035

| From: | Jesse Willms |
|---|---|
| To: | Tom Desaulniers |
| Subject: | Re: Upcoming Google Regulation Change |
| Date: | Tuesday, October 13, 2009 3:54:08 PM |
| Attachments: | image003.png |

These seem like they will really hurt sales, I'm not sure if we can do this.

Jesse

--- On **Tue, 10/13/09, Tom Desaulniers <*tom.desaulniers@neverblue.com*>** wrote:

From: Tom Desaulniers <tom.desaulniers@neverblue.com>
Subject: Upcoming Google Regulation Change
To: "Jesse Willms" <JD.jesse@yahoo.com>, "Kevin Bazinet"
<kevin@justthinkmedia.com>, "Szymon Kiedyk"
<simon@justthinkmedia.com>
Cc: "Steven Easton" <steven.easton@neverblue.com>
Date: Tuesday, October 13, 2009, 10:51 AM

Hi Guys,

In addition to my email last week about Google's potential upcoming regulation change for re-bill offers, please see the email string below between one of my affiliates and Google, regarding his free trial offers, of which two of them are Just Think offers.

The main points that Google are saying are:

1. "We do not allow advertisements for sites that contain free trials that lead to automatic opt-in to subscription services"

2. Google will require an UN-checked checkbox next to a paragraph that discloses all pricing and the fact that it is a continuous monthly service IN ADDITION to a link to the complete Terms and Condition, all of this near the credit card submit.

Obviously, nobody is really sure when this will come in to effect, but there is a

December 1st timeframe being thrown around in the industry.   In the meantime, we have some.

affiliates that are concerned about running our re-bill offers because they do not want to get slapped.

Will you be creating revised pages in response to these needs?  If so, when can we expect them?  I think it would be best to just create a secondary landing pages for affiliates that use Google as opposed to creating whole new campaigns.

Cheers,

Tom



**Tom** Desaulniers
Business Development Manager

**Email** tom.desaulniers@neverblue.com
**Phone** +1 250-386-5323 ext 376
**Toll Free** 1-877-532-3436
**Fax** (604)677-5841

Suite 201 - 1221 Broad Street
Victoria, B.C. V8W 2A4
Canada
www.neverblue.com



SIGN UP NOW: WWW.NEVERBLUEESCAPE.COM

**From:** Emma Kupiak
**Sent:** Tuesday, October 13, 2009 10:01 AM
**To:** Tom Desaulniers

**Subject:** FW: [#523882664] Search and Content Network (NewUI)

Here is what M. sent over!!



**Emma** Kupiak
Affiliate Manager

**Phone** +1-250-386-5323 ext.382
**Toll Free** 1-877-532-3436

**Cell** 1-250-216-2612
**Fax** (604)677-5441
**IM** neverblueemma

Suite 201 - 1221 Broad Street
Victoria, B.C. V8W 2A4
Canada
www.neverblue.com

SIGN UP NOW: WWW.NEVERBLUEESCAPE.COM

---

**From:**
**Sent:** Tuesday, October 13, 2009 2:42 AM
**To:** Emma Kupiak
**Subject:** Fwd: [#523882664] Search and Content Network (NewUI)

Hi Emma,

I think the latest answer from Google here is pretty good, since it gives us a clear description of what to do to create a compliant page. Also he offered to review the page, before we take it online.

For now, I'm still running these free trial campaigns and there is no slap on them, but it is just a question of time.

JTM_CD4_JESSE_EMAILS_000038

After all, it would be great if we could create a compliant page for Acai Force and Acai Slim.

M.

Begin forwarded message:

**From:** "AdWords Support"

**Date:** 13 October 2009 11:17:15 CEST

**To:**

## Subject: Re: [#523882664] Search and Content Network (NewUI)

Hello Myrko,

Thank you for your email. I have clarified your issues below:

1. If you implement the changes as you describe:

1. A clearly labelled and unticked opt-in box that the user must tick themselves
2. The fact that after a trial period there will be a continuous subscription must be communicated clearly and be in the same place as the opt-in box
3. You cannot label a trial as "free" if you are going to charge them for the trial at the end of that period, regardless of whether someone opts into the service or not. This applies to both the ad and landing page.
4. Terms and conditions, or a working link to the same must be made available next to the opt-in box and pricing information.

I would encourage you to refine your site in the light of what I have discussed above, and you are welcome to submit this , or any site to us for a policy review prior to the creation of an Adwords campaign for the same

If you have additional questions, please visit AdWords Support at https://adwords.google.co.uk/support, where you will find answers to many frequently asked questions. Alternatively, you can call us on 0845 358 0038 (UK) or on 1890943980 (Ireland) and we'll be glad to help you.

JTM_CD4_JESSE_EMAILS_000039

For an introduction to the New AdWords Interface, please visit our microsite at http://www.google.com/adwords/newinterface/

Sincerely,

Richard
The Google AdWords UK and Ireland team

----------------
To access your AdWords account, please log in at
https://adwords.google.com

Want to learn more about AdWords? Visit
http://www.google.com/adwords/webinars for our Webinar Calendar! Led by
AdWords experts, these free online seminars cover a variety of topics, all
designed to help you get the most from your Google AdWords account.


This email and the information it contains are confidential and may be privileged. If you have received this email in error please notify me immediately. You should not copy it for any purpose, or disclose its contents to any other person. Internet communications are not secure and, therefore, Google does not accept legal responsibility for the contents of this message as it has been transmitted over a public network. If you suspect the message may have been intercepted or amended please contact us.

EMEA OSO, Google Ireland Ltd. : Registered in Ireland with company number 368047.
Gordon House, Barrow Street, Dublin 4, Ireland.

Google advertising product information, insights and online marketing best practices www.google.co.uk/adtoolkit


Original Message Follows:
------------------------
From:
Subject: Re: [#523882664] Search and Content Network (NewUI)
Date: Mon, 12 Oct 2009 20:48:48 +0200


Hello Richard,



thanks for your insights. Following up the first question:

JTM_CD4_JESSE_EMAILS_000040

On 12 Oct 2009, at 13:40, AdWords Support wrote:

Hello M.,

Thank you for your email. I have addressed you issues below:

1. I have checked this site www.choyung.com and found it to be

non-compliant with policy. **We do not allow advertisements for sites**

**that**

**contain free trials that lead to automatic opt-in to subscription**

**services,**

So to repeat it as I understand it correctly, so we can implement the

correct changes to get a compliant page and ads:

- there can't be an automatic opt-in to a subscription, so there has

to be a user initiated opt-in box to a subscription

- the fact that after a trial period there will be a continuous

subscription must be communicated clearly

If those two essential facts are clearly met, the offer would be

compliant !?

or "free" trials that you are charged for at the end of the

JTM_CD4_JESSE_EMAILS_000041

trial period. As such, this site would not be allowed

This would mean that you are charged for a trial only. I think this is

clear.

The essential question is if it is possible to advertise a free trial

with AdWords, meeting the policy - or not? There must be a clear

answer to that question, as the policy seems to be intended to

regulate this.

Thank you for your time,

M.

2. This point is moot, based on point 1 above. Your ads would be

disapproved based on your site.

3. Again, not relevant given the non-compliance with policy.

**4. This policy is now in effect, and applies to all current and**

**future ads and sites you have or are developing.**

JTM_CD4_JESSE_EMAILS_000042

5. Contact options:

Our AdWords Specialists are available during the work week to

address your

questions by phone. To speak with an AdWords Specialist, please call

0845

358 0038 (UK) or 1890 943 980 (Ireland) Monday - Thursday, from 9

a.m. to

6 p.m. GMT, or Friday, from 9 a.m. to 5 p.m. GMT. You can also

contact us

by email. Send us a message via our online form at

https://adwords.google.com/support/bin/request.py?hl=en_US. You'll

typically receive a response within one business day.


Please note that while we can discuss policy, the above will apply

to this

and related sites you wish to advertise, and we won't make

exceptions to

our policy on this matter.


I also note that while most of your advertising is in English, your

business is based in Germany. If you would prefer to deal with our

JTM_CD4_JESSE_EMAILS_000043

German

customer service team from now on, either via email or phone, please

reply

to this email with your preferred support language, English or German.

If you have additional questions, please visit our Help Center at

http://adwords.google.com/support/aw/, where you'll find answers to

many

frequently asked questions. We look forward to providing you with

the most

effective advertising available.

Sincerely,

Richard

The Google AdWords ?UK & Ireland Team

-----------------

Want more info on AdWords? Check out the official AdWords Blog,

"Inside

AdWords," at http://adwords.blogspot.com to get the latest news,

information and tips.

JTM_CD4_JESSE_EMAILS_000044

Original Message Follows:

------------------------

From:

Subject: Search and Content Network (NewUI)

Date: Thu, 08 Oct 2009 17:35:37 +0000


Dear AdWords-Support,


I recently was introduced to AdWords Policy Changes in an email from

you,

stating that it may affect my AdWords account.


We currently advertise the free trial model in most of the

products. As

I

understand the coming changes, there has to be the following: "In

order

to

comply, these pages must contain an opt-in checkbox that contains the

price

and billing interval of the subscription service on the page where a

user

enters their billing information."

JTM_CD4_JESSE_EMAILS_000045

While it is good info, there are still very important questions I

would

like to clarify:

1. Regarding the opt-in box on the billing page: is it compliant if

there

is the opt-in including a text link to the Terms and Conditions of

the

order with all the necessary information?

An example would be our product-promo www.choyung.com - please tell

me

if

this is compliant with the new policy. Or if not, what has to change?

2. Regarding the ads: Can we continue to use the words "free" and

"trial"

in the ads and domains, as long as the landing page follows the new

policy?

3. How should we prepare the running campaigns. If we make all

landing

pages compliant there should be no change to the campaigns necessary,

correct (with respect to question number 2)?

4. When do you see the policy being applied ? Is within days or

within

weeks ?

Finally we currently spend up to 4000 Euro daily, I would like to

personally talk to you on the phone about the new policy changes.

When

and

on which number would that be convenient for you?

Thank you very much.

M.

This electronic mail transmission and any accompanying attachments contain confidential information intended only for the use of the individual or entity named above. Any dissemination, distribution, copying or action taken in reliance on the contents of this communication by anyone other than the intended recipient is strictly prohibited. If you have received this communication in error please immediately delete the e-mail and either notify the sender at the above e-mail address or

JTM_CD4_JESSE_EMAILS_000047

| by telephone at +1 250.386.5323.

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2650 – Release Date: 01/27/10 12:36:00

JTM_CD4_JESSE_EMAILS_000048