Product Telephone Lines in Australia

| | |
|---|---|
| **Update** (1/6/09) | If the customer requests the address to Corporate office it is now: |
| **Protocol Update** (1/4/09) | As of today agents will master cancel any membership that is cancelled prior to the membership charge. If the charge has gone through we can not master cancel the account and the charge is not refundable. |
| **Lyrical Update** (12/4/09) | As of today agents will notice that the options for dispositioning a call have changed. We must all make certain that all calls are being accurately dispositioned in lyrical. If you have questions please see your UM, QA and/or trainer. |
| **Protocol Update** (12/4/09) | As of 2:00 pm, please make sure that on every call that is in reference to a PURPLE CHARGE it is explained as if it is a PENDING in YELLOW, the same as you would for the trial.<br><br>"You will not be receiving any future charges or billings from our company HOWEVER, you will still be billed $XX.XX for the one month supply of product you received and nothing more after that."<br><br>If the customer then states that they already have the charge POSTED to their account, explain it as a GREEN charge.<br><br>SEE YOUR UM/TRAINER/QA with questions!!!! |
| **Protocol Update** (12/3/09) | Please make sure that every call that is in reference to a purple charge is written down as a Product Research Form (PRF). Leave detailed notes for the account so when we forward to the Client to take care of any issues such as refunds, canceling pending blue charges, etc... they are aware what needs to be done. |
| **Billing Update** (11/30/09) | Any pending charges that are currently purple are the previous charges in yellow that were pending in the system. The color purple is being used to identify these charges. Any purple pending charges will be processed either today or tomorrow at the very latest. Approximately 1/3 of the purple pending charges should have already been processed as of yesterday.<br><br>Along with this issue you may come across accounts that after canceling are still not removing the pending blue charge. Advise the customers that the accounts are cancelled and there will be no further charges. JTM is going back to cancel these upcoming charges. Please make sure to identify these accounts in the notes and be specific in regards to the dates and pending charges. |
| **Protocol Updates** (11/27/09) | <ul><li>Trial Product has not been received within reasonable amount of time and customer has been charged<ul><li>First confirm with the tracking # that we have on file to see if the product shows delivered to the customer. Tell them if you see it delivered to their address.</li><li>If they deny receiving, re-confirm the address that we show it shipped to. If the address is not correct, tell the customer you will re-ship to the address it should have gone to free of charge. Then delay the next charge. If they ask about the delay of the charge, you may inform them that you delayed that as well. If customer does not want another shipment sent out, inform them that you are authorized to re-ship the product to them which full fills our obligation and offer to re-ship once more.</li><li>If the address on file is correct and they still deny receiving, offer to give them our tracking number so that they can trace the product through the postal service in their town. If customer does not want to trace the product the Agent can re-iterate to them the 30 day MBG and inform them we are unable to refund without receiving the product back.</li></ul></li></ul>If our tracking number indicates that the product is in transit, but does not confirm that the product was delivered yet to the customer and it has been at least 10 days since ordered.<ul><li>Offer to delay the next shipment by a week from the date of this call and extend their MBG to allow the customer time to receive the trial product. If customer declines and states they want to cancel and do not want to be charged or want refund, transfer to Tier 2 Agent.</li><li>If the customer agrees to wait another week for the product to arrive. Agent is to go into the customer account and under Delay Shipment extend the next shipment by 18 days. The actual amount of days they would put in the slot for days would be 18.</li></ul>Agent would then make very good notes in the customer account detailing that the MBG date for that shipment has been moved to start on the date of the call from the customer. |

Product Telephone Lines in Australia

| | |
|---|---|
| | If at any point the Customer Account in Admin *does not have a tracking number* indicating we have shipped the product and we are unable to track the product, you may offer to re-ship to the customer. If they decline the re-ship transfer the call to Tier 2 Agent. |
| **Charge Updates** **(11/27/09)** | • As of today, Nov. 27th, 2009, we are no longer going to the 3 easy payment plan. Customer will stay enrolled in the product as long as they do not cancel.  • The Only websites that are offering sales are Acaiforcemax.com, Premiumwhitepro.com, Premiumwhiteultra.com, and Quickprofit.com (Digital) |
| **Charge Updates** **(11/25/09)** | Customer from 11/25/09 will no longer be charged International Shipping Charges:  • If a customer orders a product on or after 11/25/09 and they live outside of the Continental US, they will no longer be charged $9.95 for International Shipping and Handling.  • If a customer ordered a product on or before 11/24/09 and they live outside of the Continental US, they should have been charged $9.95 for International Shipping and Handling. If the customer wants to see the terms and conditions you are to "Send the Terms" from the Admin System. The websites will no longer make any reference to the charges so this will be the only way they can verify they were there at the time of purchase. |
| **Return Protocol Updates** **(11/23/09)** | Customer has Insurance on the returned package:  • If the return details read "Quantity zero (0)" this means that the return department received a package from the customer but it is considered a dirty return. If the customer then states they require proof of the damaged or empty package in order to pay out on the insurance, we would transfer to Tier 2.  • If the customer simply has insurance on the package prior to shipping to our warehouse and states they have contacted the USPS and they require proof of damaged or empty package to reimburse the customer, we would transfer to Tier 2. |
| **Admin System Updates** **11/20/09** | There is currently a billing issue with our merchants that is not allowing customers to be billed from 11/17/09 to present. Explain to the customer the charge has gone through on the day we show it in the system. Explain that the charge should show in 5-10 days on their statement or online banking.  A reminder NO account should be Master Cancelled unless:  • If the customer account is red flagged and the customer is refusing to update/correct the address  • Customer is *within trial period* and you are able to confirm through tracking number that the trial product is *in transit to one of the warehouses or has been received back into one of the warehouses.* |
| **Upsell Protocol Updates** **(11/17/09)** | As of November 17, 2009:  • Agent attempts to Refund and Admin system states: " TRANSACTION NOT REFUNDABLE"  Tier 1 Agents who are attempting a refund in the Admin system should always wait to see if the refund processes in the customer account before they confirm to the customer that the refund has been processed. When an Agent attempts to refund and the note "TRANSACTION NOT REFUNDABLE" appears, the Agent needs to inform the customer that they are unable to process the refund on the System and recommend to the customer that they contact their bank in order to receive their refund. |
| **Upsell Protocol Updates** **(11/16/09)** | As of November 17, 2009, the option to send the customer the Terms and Conditions via email for the Upsell will now be available for the agent to send to the customer.  This button will be for agents to send the portion of the Website where the customer had to check yes or no to the Upsell product when they were ordering the original product on line. If the customer says, I don't remember seeing that, then the Agent can volunteer to send them the page by pressing that button on the customer's account in the Admin system under Upsell. |
| **Protocol Updates** **(11/16/09)** | If an account states in the return details "Quantity zero (0)" this means that the return department received a package from the customer but it is considered a dirty return. Which means there was nothing in it to refund or it was such a mess they could not determine what was in it etc... If this information is showing and the account is already cancelled, the warehouse will not do a refund of any type on it...  Which means agents will also NOT refund this Item. We must simply explain "there was nothing in it to refund or it was such a mess they could not determine what was in it". |
| **Protocol Updates** | As of November 13, 2009 the websites for products RezV and Purelift Cream now have the upsell for UltraCleanse Pro (UCP). This will be the same as it is on the Acai websites. The customer will have the option of saying no if they do not want to extend their trial period by 4 days. They will receive the upsell of UCP either by a confirmation call or the |

Product Telephone Lines in Australia

| | |
|---|---|
| **(11/16/09)** | website. |
| **Protocol Updates** (11/6/09) | If a customer states that they did not receive the product and they have ALREADY checked with USPS and they have no further information on the package, offer the customer a RESHIPMENT. If they DECLINE the reshipment, REFUND the charge. |
| **Protocol Updates** (11/6/09) | If the customers states during a call that they **did not click to accept** the upsell by extending the trial period from 14 to 18 days, we are to explain to the customer that the offer was clearly stated on the page that came up after submitting his/her credit card information. This is the only means other than the confirmation call that a customer can receive the Upsell (extension). |
| **Protocol Updates** (11/5/09) Effective 11/1/09 | ***30 DAY MONEY BACK GUARANTEE***<br>• TRIAL PRODUCT-The 30 day MBG starts for the trial product the DAY the customer places the order(the date of the shipping and handling charge).<br><br>•AUTO SHIPMENT-The 30 day MBG for ANY AUTOSHIPMENT package starts from the CHARGE DATE.<br><br>☒ ScreenShot2 |
| **Scripting Updates** (11/3/09) | If at any time the agent sees the notes in the customer account about a refund that the India team has checked un and left the following note: *"No option in Merchant Admin to locate Transaction."*<br>• Explain to the customer, "To better assist you I will transfer you to our Customer Support Team". At this point you would transfer the call to Tier 2. |
| **Protocol Updates** (11/3/09) | If the customer is calling back after going to the USPS to verify the delivery of the product and they have been told it was delivered and they could do nothing further and customer is still requesting refund; Transfer to Tier 2. |
| **Important Transfer Information** (11/2/09) | What warrants an Invalid Transfer:<br>1. Transferring an escalation call without trying to deescalate twice (Must leave notes to this effect).<br>2. Transferring for a chargeback.<br>   o Scripting explains that after the second time you repeat return instructions you are to drop call.<br>3. Transferring for a Transaction Fee<br>4. Cold Transferring (Transferring without introducing call to Tier 2 Agent)<br>5. 60 or 30 Day Money Back Guarantee is over<br>6. Customer account not cancelled or notes not added<br>7. Customer information not given by customer<br>   o If the customer is unwilling to provide information to pull up account we explain, that without it we are unable to help the customer and therefore would need to release the call. Allow the customer a chance to provide; if not then we close call and release. |
| **Protocol Updates** (11/2/09) | If customer calls and states they returned four bottles or more in one package, and has only received one refund as per the "Return Details" from the warehouse.<br>• Warehouse has verified the receivable of only three bottles and therefore we can only refund 1 charge. We will not refund for missing bottle.<br>• If customer asks for supervisor, we can only transfer after 2 requests for supervisor; must note the customers request for a supervisor and the agents attempt to de-escalate the situation twice prior to transferring |

Product Telephone Lines in Australia

| Important Upsell Information (11/2/09) | We must all make sure that we are following scripting when a customer is stating they never agreed to ordering a upsell product. <br><br>• We must explain to the customer that they either received a confirmation call that offered a additional product to compliment their previous purchase or they agreed to the purchase at the end of the original order on the website. <br>• Then and only then can we forward to corp if the customer insists they never agreed to upsell. |
|---|---|
| Protocol Updates (10/29/09) | Effective October 29, 2009  the admin system will now be billing for auto shipments every 28 days instead of every 30 days.  This has been changed to ensure that the customer will received their shipment every 30 days. |
| Protocol Updates (10/29/09) | **Any time that a product is reshipped we must make certain that:** <br><br>○ ...the product is reshipped (with notations), the product is delayed by 21 days and the account is notated properly. <br><br>**If the Product is in Red as Incorrect Address:** <br><br>○ Reminder after offering the reshipment twice to the customer and they are still refusing reshipment of the product, Master Cancel the account and leave detailed notes <br><br>**If the tracking number is showing N/A in the Admin System:** <br><br>○ Customer must be offered reshipment only after 7 days wait time for product. If they refuse reshipment of the product twice afterwards TRANSFER to "Customer Support Team" <br><br>**Which Website should agents tell customers to view for t/c of Premium White?** <br><br>○ Please refer them to PremiumWhitepro.com <br><br>**US Customer gets charged International charge of $9.95,  do we refund?** <br><br>○ Yes, if the customer resides in the US,  they should not have been charged the International fee.  Transfer to Tier 2 to refund. <br><br>**Unable to edit Upsell in Admin,  is it ok to make the appropriate changes to address in the Original Product account and will it transfer to the Upsell account?** <br><br>○ Yes, you can make the changes in the Product account.  I tried it and yes it does work. <br><br>**If product is re-shipped,  when does MBG start?** <br><br>○ The MBG will start the date the product was re-shipped.  Make very good notes in the customer account so that anyone looking will be able to tell it was a re-shipment. <br><br>**Customers in the UK that are stating they have not yet received Product:** <br><br>○ Now that the mail strike is over the orders should be arriving within 5 days. <br><br>▪ For customers who have not been charged yet,  delay their charge by 5 days from the date of the call.  Make appropriate notes in customer account. <br>▪ For customers who have been charged, inform them the product should arrive within 5 days and we are sorry for the inconvenience but the mail strike was not something we could control. <br><br>**Tracking Info for the UK:** <br><br>○ As you know, we are getting some tracking ID's like FF162045000GB, FF162044741GB, FF162043975GB, FF162044392GB, FF162043984GB. These are only for UK customers and have been shipped by Royal Mail. We have setup the tracking link for these in admin page so agents can simply click on the "tracking in admin page to view the tracking details. |
| Important Reminders | **Customer Refuses Reshipment Twice:** <br><br>▪ Reminder after offering the reshipment twice to the customer and they are still refusing reshipment of the product TRANSFER to "Customer Support Team" |

Product Telephone Lines in Australia

| **(10/28/09)** | |
|---|---|
| **Important Reminders**<br><br>**(10/26/09)** | It is now mandatory that Agents send the return instructions to the customer via e mail, and also mandatory that they make the following notations in the customer account.<br><br>**Example of Return Instructions**<br><br>Date return instructions sent \| E-Mail address return instructions sent to<br>Order Id # given to CX \| Name & ID of Agent<br>Example: Oct 2/09, R/I sent to JohnDoe@aol.com, Order# DZW1010109958773, NCarr10118 |
| **Protocol Changes**<br><br>**(10/26/09)** | <u>Refunding by Tier 1 Agents:</u><br><br>• As of 10/26/09 their should be no Tier 1 Agents refunding any accounts<br>• If you are found to be doing so immediate action will be taken |

Product Telephone Lines in Australia

# Tier 2

# F.Y.I.: Updates

**Orange are Admin Updates**
**Royal Blue are Protocol Changes**
**Red are Script Changes**
**Product Updates**

| | |
|---|---|
| | *CUSTOMER REFUND ISSUES* |
| | **CUSTOMER ACCOUNT SHOWS REFUND ISSUED,  CUSTOMER STATES THEY HAVE NOT RECEIVED REFUND**<br>Tier 1 Agent should make appropriate notes in the customer account and then transfer the call to the  Tier 2 Agent providing the Tier 2 with all the information in the call that they will need to bring up the account. Tier 2 Agent is to inform the customer that they can see the refund was processed in the Admin system on  (date) but if the refund has not been received (and it has been at least 10 days)then the Tier 2 Agent can inform the customer that due to technical problems with the merchant account,  the refund may not have processed properly and the details will be forwarded to Customer Support Services at Head office.  Customer Support Service will check into the problem and contact you via e-mail within 10 days as to the status of the problem.<br>Customer Satisfaction is our top priority so please be patient and allow us time to look into your concern. Agent is to always make good notes in the customer account as to what was discussed. |
| **Protocol Update**<br><br>**(2/11/10)** | **TIER 2 AGENT HAS DETERMINED A REFUND IS DUE TO THE CUSTOMER AND WHEN THEY TRY TO PROCESS IN THE ADMMIN SYSTEM IT STATES: "TRANSACTION NOT REFUNDABLE"**<br><br>Tier 2 Agent should inform the customer that they have attempted the refund in the system and there appears to be a technical problem which in not allowing the system to refund. Inform the customer that the details will be forwarded to Customer Support Service (CSS)  at Head Office.  CSS will look into the problem and make sure the refund is dealt with. CSS will contact the customer via e mail with a response within 10 days.  Agent is to make good notes in customer account as to what was discussed. |
| | **CUSTOMER  STATES THEY HAVE DUPLICATE CHARGES OR  DOUBLE BILLING AND ARE WILLING TO FAX DETAILS**<br>If customer is calling to state they have duplicate charges to their account and request refund, then the Tier 1 Agent should be making notes.  and then transferring the call to the Tier 2 Agent along with the details of the call.<br><br>Tier 2 Agent will determine if the customer should fax the information to GC so that it can be forwarded to Customer Support Services (CSS)  at Head Office. Tell the customer there  may have been a technical issue which allowed the system to double charge but the only way to confirm and have the refund issued is to provide the details by fax  so that  CSS can  determine if there is an error.  CSS will contact the customer via e mail with a response within 10 days.  Agent is to make good notes in customer account as to what was discussed. |
| **Protocol Update**<br><br>**(2/1/10)** | If it has been past 10 Business days since the customer has been issued a refund and they call in stating they have not received a refund please write information on PRF.<br><br>• Do Not Advise the customer of 2 billing cycles. Let them know that we will forward the information and if they still have not received the refund after 10 business days from the date of the call, please have the customer call us back. |
| **Protocol Update**<br><br>**(1/29/10)** | When a call is transferred due to the system charging prior to the correct trial period please explain we are referring the account to corp. and they should recieve a refund within 5-10 business days. |
| | |

Product Telephone Lines in Australia

| | |
|---|---|
| **Lyrical Update** (12/4/09) | As of today agents will notice that the options for dispositioning a call have changed. We must all make certain that all calls are being accurately dispositioned in lyrical. If you have questions please see your UM, QA and/or trainer. |
| **Protocol Update** (12/3/09) | Please make sure that every call that is in reference to a purple charge is written down as a Product Rearch Form (PRF). Leave detailed notes for the account so when we forward to the Client to take care of any issues such as refunds, cancelling pending blue charges, etc... they are aware what needs to be done. |
| **Billing Update** (11/30/09) | • Any pending charges that are currently purple are the previous charges in yellow that were pending in the system past the marked charge date. The color purple is only being used to identify these charges. Any purple pending charges will be processed either today or tomorrow at the very latest. Approximately 1/3 of the purple pending charges should have already been processed as of yesterday. If you need to refund one of these charges please write them down (PRF) and explain to the customer they have been refunded. Leave very good notes.<br><br>• Along with this issue you may come across accounts that after cancelling are still not removing the pending blue charge. Advise the customers that the accounts are cancelled and there will be no further charges. JTM is going back to cancel these upcoming charges. Please make sure to identify these accounts in the notes and be specific in regards to the dates and pending charges. |
| **Protocol Updates** (11/27/09) | • Trial Product has not been received within reasonable amount of time and customer has been charged<br><br>   ○ First confirm with the tracking # that we have on file to see if the product shows delivered to the customer. Tell them if you see it delivered to their address.<br><br>   ○ If they deny receiving, re-confirm the address that we show it shipped to. If the address is <u>not correct</u>, tell the customer you will re-ship to the address it should have gone to free of charge. Then delay the next charge. If they ask about the delay of the charge, you may inform them that you delayed that as well. If customer does not want another shipment sent out, inform them that you are authorized to re-ship the product to them which full fills our obligation and offer to re-ship once more.<br><br>   ○ If the address on file <u>is correct</u> and they still deny receiving, offer to give them our tracking number so that they can trace the product through the postal service in their town. If customer does not want to trace the product the Agent can re-iterate to them the 30 day MBG and inform them we are unable to refund without receiving the product back.<br><br><u>If our tracking number indicates that the product is in transit, but does not confirm that the product was delivered yet to the customer and it has been at least 10 days since ordered.</u><br><br>   ○ Offer to delay the next shipment by a week from the date of this call and extend their MBG to allow the customer time to receive the trial product. If customer declines and states they want to cancel and do not want to be charged or want refund, transfer to Tier 2 Agent.<br>   ○ If the customer agrees to wait another week for the product to arrive, Agent is to go into the customer account and under <u>Delay Shipment</u> extend the next shipment by 18 days. The actual amount of days they would put in the slot for days would be 18.<br><br>Agent would then make very good notes in the customer account detailing that the MBG date for that shipment has been moved to start on the date of the call from the customer.<br><br>If at any point the Customer Account in Admin *does not have a tracking number* indicating we have shipped the product and we are unable to track the product, you may offer to re-ship to the customer. If they decline the re-ship transfer the call to Tier 2 Agent. |
| **Charge Updates** (11/27/09) | • As of today, Nov. 27th, 2009, we are no longer going to the 3 easy payment plan. Customer will stay enrolled in the product as long as they do not cancel.<br><br>   • The Only websites that are offering sales are Acaiforcemax.com, Premiumwhitepro.com, Premiumwhiteultra.com, and Quickprofit.com (Digital)<br><br><u>Customer from 11/25/09 will no longer be charged International Shipping Charges:</u> |

file://U:\BCP\Acai-Willms\CIDs\Call Centers\GC Services\Responses\ResponseRecd_201...   3/21/2011

FTC_GCS_000046

Product Telephone Lines in Australia

| | |
|---|---|
| **Charge Updates**<br><br>(11/25/09) | • If a customer orders a product on or after 11/25/09 and they live outside of the US, they will no longer be charged $9.95 for International Shipping and Handeling.<br><br>• If a customer ordered a product on or before 11/24/09 and they live outside of the US, they should have been charged $9.95 for International Shipping and Handeling. If the customer wants to see the terms and conditions you are to "Send the Terms" from the Admin System. The websites will no longer make any reference to the charges so this will be the only way they can verify they were there at the time of purchase. |
| **Return Protocol Updates**<br><br>(11/16/09) | <u>Customer has Insurance on the returned package:</u><br><br>• If the return details read "Quantity zero (0)" this means that the return department received a package from the customer but it is considered a dirty return. If the customer then states they require proof of the damaged or empty package in order to pay out on the insurance, we would transfer to Tier 2.<br><br>o Tier 2 would then verify the Insurance number in the notes and refund. Without Insurance number no refund is possible.<br><br>• If the customer simply has insurance on the package prior to shipping to our warehouse and states they have contacted the USPS and they require proof to of damaged or empty package to reimburse the customer, we would transfer to Tier 2.<br><br>o Tier 2 would then verify the Insurance number in the notes and refund. Without Insurance number no refund is possible. |
| **Admin System Updates**<br><br>11/20/09 | There is currently a billing issue with our merchants that is not allowing customers to be billed from 11/17/09 to present. Explain to the customer the charge will still go through and we apologize for the delay.<br><br>A reminder <u>NO</u> account should be Master Cancelled unless:<br><br>1. If the customer account is red flagged and the customer is refusing to update/correct the address<br><br>2. Customer is *within trial period* and you are able to confirm through tracking number that the trial product is *in transit to one of the warehouses or has been received back into one of the warehouses.* |
| **Upsell Updates**<br><br>(11/17/09) | As of November 17:<br><br>• If the Tier 2 Agent can clearly see that this is the 3rd attempt the customer is making to trace a refund they were expecting and there is no indication in the customer's account stating that they were not going to be refunded due to chargeback or that a cheque has already been issued, then the Agent is to inform the customer that they are unable to process the refund and recommend to the customer to call their bank in order to receive their refund.<br><br>• Any confirmed cases of fraud will no longer be refunded. Customers are to be directed back to their bank. Please follow scripting verbatim to decrease chance of error with QA. |
| **Upsell Updates**<br><br>(11/16/09) | As of November 17, 2009, the option to send the customer the Terms and Conditions via email for the Upsell will now be available for the agent to send to the customer.<br><br>This button will be for agents to send the portion of the Website where the customer had to check yes or no to the Upsell product when they were ordering the original product on line. If the customer says, I don't remember seeing that, then the Agent can volunteer to send them the page by pressing that button on the customer's account in the Admin system under Upsell. |
| **Protocol Updates**<br><br>(11/16/09) | As of November 17, 2009, World Club Fitness will not exist any longer.<br><br>But there are customers who will have been signed up for it, up-to that date who may not remember the t/c stating such. For these customers who will not likely be calling GC any way as it is digital, there will be a heading on the admin page which says **Send Terms** that can be pressed and it will send them a copy of the old webpage that had the offer along with the Click here todecline offer. This would be used for customers who ordered up to the 17th of November. |
| **Protocol Updates**<br><br>(11/16/09) | If an account states in the return details "Quantity zero (0)" this means that the return department received a package from the customer but it is considered a dirty return. Which means there was nothing in it to refund or it was such a mess they could not determine what was in it etc.... If this information is showing and the account is already cancelled, the warehouse will not do a refund of any type on it...<br><br>Which means agents will also NOT refund this Item. We must simply explain <u>"there was nothing in it to refund or it was such a mess they could not determine what was in it".</u> |

| | |
|---|---|
| **Protocol Updates** (11/16/09) | As of November 13, 2009 the websites for products RezV and Purelift Cream now have the upsell for UltraClennse Pro (UCP). This will be the same as it is on the Acai websites. The customer will have the option of saying no if they do not want to extend their trial period by 4 days. They will receive the upsell of UCP either by a confirmation call or the website. |
| **Protocol Updates** (11/9/09) | If the customer fails to receive the product and is outside of the 30 day MBG, we can offer to send the customer their product so that they have the product that they have paid for. We can not offer to reship for the purpose of refunding. |
| | This can be offered to the customer as long as the account can be reactivated. |
| | This must be notated in the account and must state that we are not reshipping for the purposes of refunding. Customer must be notified of the reactivation and their need to cancel in the future. |
| **Protocol Updates** (11/6/09) | If a customer states that they did not receive the product and they have ALREADY checked with USPS and they have no further information on the package, offer the customer a RESHIPMENT. If they DECLINE the reshipment, REFUND the charge. |
| **Scripting Updates** (11/4/09) | If at any time the agent sees the notes in the customer account about a refund that the India team has checked on and left the following note:  *"No option in Merchant Admin to locate Transaction."* |
| | • The call by this point would of been transferred to a Tier 2 Agent and *only* if you see the above note in the customer account are you to *inform the customer that, "we have done everything we can to help you and your best option to achieve a refund is to contact their banking institution so they can proceed with a charge back".* If at any time the customer explains that the following agents have not been able to mo |
| **Protocol Updates** (11/3/09) | If the customer is calling back after going to the USPS to verify the delivery of the product and they have been told it was delivered and they could do nothing further and customer is still requesting refund; Master Cancel the account if the charge is yellow and if the charge is Green refund the customer. |
| **Protocol Updates** (11/2/09) | If customer calls and states they returned four bottles or more in one package, and has only received one refund as per the "Return Details" from the warehouse. |
| | • Warehouse has verified the receival of only three bottles and therefore we can only refund 1 charge. We will not refund for missing bottle. |
| | • If customer asks for supervisor, we can only transfer after 2 requests for supervisor; must note the customers request for a supervisor and the agents attempt to de-escalate the situation twice prior to transferring |
| **Important Upsell Information** (11/2/09) | We must all make sure that we are following scripting when a customer is stating they never agreed to ordering a upsell product. |
| | • We must explain to the customer that they either received a confirmation call that offered a additional product to compliment their previous purchase or they agreed to the purchase at the end of the original order on the website. |
| | • Then and only then can we forward to corp if the customer insists they never agreed to upsell. |
| **Protocol Changes** (10/30/09) | • Product returned with MBG, but have not been refunded: |
| | o If the Tier 2 Agent can see through tracking that the product has been received back into our warehouse and no attempt has been made to refund by us, then they can refund the customer. The product must show returned to us within the MBG time frame for that particular product. We will go as far as extending that by 4 days past the date the MBG expired, but no further. |
| | Any time that a product is reshipped we must make certain that: |
| | o ...the product is reshipped (with notations), the product is delayed by 21 days and the account is notated properly. |
| | If the Product is in Red as Incorrect Address: |
| | o Reminder after offering the reshipment twice to the customer and they are still refusing |

FTC_GCS_000048

| | |
|---|---|
| **Protocol Changes**<br><br>**(10/28/09)** | reshipment of the product, Master Cancel the account and leave detailed notes<br><br>**If the tracking number is showing N/A in the Admin System:**<br><br>o Customer must be offered reshipment only after 7 days wait time for product. If they refuse reshipment of the product twice afterwards TRANSFER to "Customer Support Team"<br><br>**Which Website should agents tell customers to view for t/c of Premium White?**<br><br>o Please refer them to PremiumWhitepro.com<br><br>**US Customer gets charged International charge of $9.95, do we refund?**<br><br>o Yes, if the customer resides in the US, they should not have been charged the International fee. Transfer to Tier 2 to refund.<br><br>**Unable to edit Upsell in Admin, is it ok to make the appropriate changes to address in the Original Product account and will it transfer to the Upsell account?**<br><br>o Yes, you can make the changes in the Product account, I tried it and yes it does work.<br><br>**If product is re-shipped, when does MBG start?**<br><br>o The MBG will start the date the product was re-shipped. Make very good notes in the customer account so that anyone looking will be able to tell it was a re-shipment.<br><br>**Customers in the UK that are stating they have not yet received Product:**<br><br>o Now that the mail strike is over the orders should be arriving within 5 days.<br><br>▪ For customers who have not been charged yet, delay their charge by 5 days from the date of the call. Make appropriate notes in customer account.<br>▪ For customers who have been charged, inform them the product should arrive within 5 days and we are sorry for the inconvenience but the mail strike was not something we could control.<br><br>**Tracking Info for the UK:**<br><br>o As you know, we are getting some tracking ID's like FF162045000GB, FF162044741GB, FF162043975GB, FF162044392GB, FF162043984GB. These are only for UK customers and have been shipped by Royal Mail. We have setup the tracking link for these in admin page so agents can simply click on the "tracking in admin page to view the tracking details. |

GC Services Confidential Business Information

Tier 1 - Physical Opening

# Swipebids.com

Home Page

Old Physical Script

Membership Script

Opening script

## Option 1

1. Why was I billed $14.95
2. Customer requests refund of $14.95
3. Cancel Auto-Replenish Program
4. Cancellation during trial period

## Option 2

1. Explanation Bid Packs
2. Refund for Bid Pack
3. Explanation of Shipping and Charges

Calendar 2009
Calendar 2010

**Telephone Numbers:** US  UK  AUS

**Fax Number:  (405) 621-6384**

**Physical Protocols**

PI Exhibit 9 Page 00768

GC Services Confidential Business Information

Untitled Document

# Swipebids.com

# Opening Script for Swipebids.com

Home Page

Old Physical Script

Membership Script

Opening script

**Option 1**

1. Why was I billed $14.95
2. Customer requests refund of $14.95
3. Cancel Auto-Replenish Program
4. Cancellation during trial period

**Option 2**

1. Explanation Bid Packs
2. Refund for Bid Pack
3. Explanation of Shipping and Charges

Calendar 2009
Calendar 2010

Telephone Numbers: US  UK  AUS

Fax Number:  (405) 621-6384

Physical Protocols

- "Thank you for calling Customer Service, my name is {Agent Name}. Who am I speaking too?"

- "What product are you calling in reference to?"

- "May I have the zip code or postal code used when you signed up for these services?"

- "May I verify the email address as _____ @____. com"

## Option #1

Why was I billed $14.95?

Customer requests refund for $14.95

Cancel Auto-Replenish Program before charge

Cancel Auto-Replenish Program

## Option #2

Explanation Bid Packs

Refund Bid Packs

Explanation of Shipping and Charges

file:///C|/Documents%20and%20Settings/131644/Desktop/JTM%...s/Scripting%20Website/Swipebids.com/Physical_Opening.html3/24/2011 10:34:14 AM

GCS-FTC_00000842

PI Exhibit 9 Page 00769

GC Services Confidential Business Information

Physical Opening Script

# Opening Script for Swipebids.com

- "Thank you for calling Customer Service, my name is {Agent Name}. Who am I speaking too?"

- "What product are you calling in reference to?"

- "May I have the zip code or postal code used when you signed up for these services?"

- "May I verify the email address as _____ @_____ .com"

## Option #1

> Why was I billed $14.95?

> Customer requests refund for $14.95

> Cancel Auto-Replenish Program before charge

> Cancel Auto-Replenish Program

## Option #2

> Explanation Bid Packs

> Refund Bid Packs

> Explanation of Shipping and Charges

GCS-FTC_00000843

GC Services Confidential Business Information

Untitled Document

# Why was I billed $14.95?...

- "When you signed up on Swipebids Members Section and purchased your 1st Bid Pack you were offered the option to **join our Auto-Replenish Program**. Upon selecting our replenish program you agreed to have 50 bids deposited to your account in 30 days at the low introductory price of $14.95 per month. On the 30th day, we deposited the bids you requested and processed the payment at the exclusive low fee of $14.95.   Your account is then topped up again with another 50 bids at the same low price every 30 days.   This ensures that you have 50 bids added to your account each month, so you can continue without interruptions to bid and win your favourite items, crushing the competition."

[ Cancel Auto-Replenish Program ]

[ Explanation Bid Packs ]

[ I will keep my Auto-Replenish Program ]

**GCS-FTC_00000844**

GC Services Confidential Business Information

Untitled Document

# Customer requests refund for $14.95?...

## Rebuttal #1:

- "Sir/ Madam, I am sorry, but as per our terms and conditions stated, all charges are non-refundable, as you actively selected this billing option."

## Rebuttal #2:

- "If you are not happy with Swipe Bids, the best way to resolve your problem is to manually deactivate your account. This can only be done by you by logging into your Members Area and clicking on deactivate account. Just to remind you, if you deactivate your account, you will lose any bids you have which could have potentially won you an iPod or TV at a much lower price than retail."

## Rebuttal #3:

- "Sir/ Madam, Since you are not satisfied with our service, I will transfer you call to our customer support specialist for further assistance. May please place you on hold while I update and transfer the call.

```
Customer Satisfied...Closing
```

```
Explanation Bid Packs
```

file:///C|/Documents%20and%20Settings/131644/Desktop/JTM.../Swipebids.com/Customer%20requests%20refund%2014.95.html 3/24/2011 10:34:18 AM

GCS-FTC_00000845

PI Exhibit 9 Page 00772

GC Services Confidential Business Information

Untitled Document

# Cancel Auto-Replenish Program (ARP) prior to charge?...

- "Sir /Madam, I can definitely process your request. Cancelling your auto-replenish trial will remove the future monthly fee of $14.95, however I would like to remind you that the Auto Replenish Program is by far the best deal available. Once cancelled, you will no longer have the convenience of your account being topped up with 50 bids each month. You will still have the option to purchase bids through our Bid Packs. Would you like me to continue with the cancellation at this time?"

If the customer states YES, continue with scripting otherwise choose "I will keep my Auto-Replenish Program" link below.

- "Ok, I have successfully removed you from our auto-replenish program. You have # of bids still available. Please maintain your original login and password as you can still login to your account and can buy more bids at any time through our Bid Packs. I wish you the best and happy bidding!"

[ Cancel Auto-Replenish Program ]

[ Explanation Bid Packs ]

[ I will keep my Auto-Replenish Program ]

file:///C|/Documents%20and%20Settings/131644/Desktop/JT...e/Swipebids.com/Cancel%20ARP%20prior%20to%20charge.html3/24/2011 10:34:19 AM

**GCS-FTC_00000846**

PI Exhibit 9 Page 00773

GC Services Confidential Business Information

Untitled Document

# Cancel Auto-Replenish Program (ARP)?...

- "Sir /Madam, I can cancel your Auto-Replenish Program as per your request, eliminating the monthly fee of $14.95, which is by far the best deal available. But before I do that, you may want to consider that once I do, your account will no longer be automatically replenished with 50 bids each month.  You would still be able to top off your account through the purchase of Bid Packs, however most customers find the convenience and low cost of the Auto Replenish hard to beat."

- "Would you like me to cancel your Auto Replenish Program?"

If the customer states YES, continue with scripting otherwise choose "I will keep my ARP" link below.

- "Ok, I have successfully removed you from our Auto-Replenish Program. You have  #-___  of bids still available in your account to use. Even though your Auto Replenish Program is cancelled,  your option to purchase more bids at any time through our Bid Packs is still available.  And, just to remind you: Swipebids.com offers you the opportunity to bid on products and pay prices that are much lower than retail, everything is brand new and it's delivered directly to your home for your convenience. I wish you the best and happy bidding!"

Cancel Auto-Replenish Program

Explanation Bid Packs

I will keep my Auto-Replenish Program

GCS-FTC_00000847

GC Services Confidential Business Information

Untitled Document

# Explanation of Bid Packs...

- "Sir/Madam, the $ __.____ (**Amount Charged**) you are seeing is for a Bid Pack you agreed to when logged into your Swipebids account. There are several choices and this Bid Pack you choose was for _____ (**Amount of Bids**) at $___.____ (**Amount of Bid Pack**). Those bids became available immediately and the fee for those bids was charged to your account the same day in order to give you instant bidding power."

| Amount of Bid Packs | | |
|---|---|---|
| **Sample Pack** | **$1.00** | 10 bids |
| **Mini Bid Pack** | **$24.00** | 40 bids |
| **Regular Bid Pack** | **$75.00** | 125 bids |
| **Large Bid Pack** | **$150.00** | 250 bids |
| **XLarge Bid Pack** | **$495.00** | 825 |

Customer requests refund for Bid Packs

**GCS-FTC_00000848**

GC Services Confidential Business Information

Untitled Document

# Customer requests refund for Bid Packs...

## Rebuttal #1:

- "Sir/ Madam, the **(Bid Pack Charge $XX.XX)** charge is for a service which you have already taken advantage of. Now, I can assure you that this is a onetime charge and you have the chance of bidding on some amazing products and pay prices that are much lower than retail, everything is brand new and it's delivered directly to your home. As per our terms and conditions, all of our charges are non-refundable."

## Rebuttal #2:

- "Sir/ Madam, what I would suggest is for you to go back on our site and bid on sóme amazing products and win a new computer or IPod. This would be the best way to get value out of this onetime payment since as per our terms and Conditions, all of our charges are non-refundable."

Customer Satisfied... Closing

Refund Bid Packs

file:///C|/Documents%20and%20Settings/131644/Desktop/JT...pting%20Website/Swipebids.com/Refund%20Bid%20Packs.html3/24/2011 10:34:19 AM

**GCS-FTC_00000849**

PI Exhibit 9 Page 00776

GC Services Confidential Business Information

Untitled Document

# Explanation of shipping and shipping charge...

- Our product normally takes 5 to 7 business days to be delivered

- Shipping charge is $9.50

**GCS-FTC_00000850**

GC Services Confidential Business Information

Untitled Document

# Closing...

- "...thank you for calling customer service and have a good day."

GCS-FTC_00000851

PI Exhibit 9 Page 00778

## GC Services Confidential Business Information

File:///C:\Documents%20and%20Settings\...

| Website URL | Customer Service | Offer Position | Product Trial | Date of Price Update | Coupon/Discount Price | Membership Test Period | Bill Trial After | Membership Price | Upsell #1 (Post Transaction / Confirmation Call) | Monthly Price | Trial Length |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ACAISLIMDETOXNOW.COM | 888-591-2190 | #1 | $2.95 | 12/21/2009 | $1.95 | 5 Days | N/A | $126.47 | UltraCleanse | $48.92 | 35 days |
| ACAIFORCEMAX.COM | 888-591-2190 | #1 | $2.95 | 12/21/2009 | $1.95 | 5 Days | N/A | $126.47 | UltraCleanse | $48.92 | 35 days |
| PREMIUMWHITEPRO.COM | 866-528-6214 | #1 | $2.95 | 12/21/2009 | $1.95 | 5 Days | N/A | $126.47 | Dazzle Tray Kit | $48.92 | 35 days |
| QUICKPROFITKIT.COM | 866-451-4235 | N/A | $2.95 | 12/21/2009 | $1.00 | N/A | 2 Days | N/A | Website Kit | $48.92 | Instant |
| VIBRANTSMILEKIT.COM | 888-332-4681 | #2 | $2.95 | 12/21/2009 | $1.95 | 35 Days | N/A | $114.69 | None | | |
| MUSCLECHARGER.COM | 888-948-5639 | #2 | $2.95 | 12/21/2009 | $1.95 | 35 Days | N/A | $114.69 | None | | |
| ULTRACLEANSEPLUS.COM | 866-532-6369 | #2 | $2.95 | 12/21/2009 | $1.95 | 35 Days | N/A | $114.69 | None | | |
| | | | | | | | | | | | |
| Upsells (Post Transaction) | | | | | | | | | | | |
| Premium White Tray | 866-843-7617 | | | | | | | | | | |
| UltraCleanse Upsell | 866-543-6497 | | | | | | | | | | |
| | | | | | | | | | | | |
| Upsells (Other) | | | | | | | | | | | |
| World Club Fitness (WCF) | 866-407-3685 | | | | | | | | | | |
| Weight Loss Resources (WLR) | 866-417-6059 | | | | | | | | | | |
| Identity Vault | 866-387-0927 | | | | | | | | | | |
| Fraud Protection Resources | 877-205-7023 | | | | | | | | | | |
| FastSite Website Kit | 866-407-4020 | | | | | | | | | | |

file:///C:\Documents%20and%20Settings\...

GCS-FTC_00000794

GC Services Confidential Business Information

file:///C|/Documents%20and%20Settings/131644/Desktop/JTM%20From%2...2%20no%20Bates/Scripting%20Website/General%20Info/Descriptors.htm

| New Credit Card Descriptors after Rebilling in December | | |
|---|---|---|
| **Descriptor** | **Descriptor Numbers** | **Verticals Used** |
| Maxforce | 877-594-7828 | Acai- GC |
| Colonclear | 877-482-5723 | Colon- GC |
| Whiteteeth | 866-989-3774 | Teeth Whitening- GC |
| Resveratrol | 866-521-6205 | ResV- GC |
| Purelift | 866-989-1157 | Skincare- GC |
| SmileBright | 877-594-7850 | Teethwhitening- GC |
| Maximizeyou | 866-417-6796 | Membership-WA |
| Growthtools | 866-451-4292 | Membership-WA |
| SuccessSystem | 866-351-9154 | Membership-WA |
| PowerPlatform | 866-351-9646 | Membership-WA |
| WorldFit | 866-407-5590 | Membership-WA |
| **Credit Card Descriptors Used in North America** | | |
| **Descriptor** | **Descriptor Numbers** | **Verticals Used** |
| WHITETEETH | 866-796-7318 | Teeth Offers |
| EZBEAUTY | 866-797-7348 | Physical Upsells |
| HEALTHAID | 866-394-9474 | All Digital |
| HEALTHCLEANSE | 866-351-9522 | All Physical |
| EASYKIT | 866-481-8192 | All Digital |
|  |  |  |
| HEALTHYBEAUTY | 866-807-7358 | All Physical |
| FEELGOOD | 866-528-6214 | All Physical |
| NUTRIPACK | 866-532-6369 | All Physical (Upsells) |
| VIPLUSMEMBER | 866-407-5839 | All Digital |
| EQUICKACCESS | 866-341-0639 | All Digital |
| **Credit Card Descriptors Used Internationally** | | |
| **Descriptor** | **Descriptor Numbers** | **Verticals Used** |
| 7COLOHEALTH | 866-521-6203 | All Physical |
| ACCESSCLEANS | 866-847-7649 | All Physical |
| ACCESSMEMBER | 866-389-3868 | Google, Grants, CRA |

GCS-FTC_00000795

**GC Services Confidential Business Information**

file:///C|/Documents%20and%20Settings/131644/Desktop/JTM%20From%2...2%20no%20Bates/Scripting%20Website/General%20Info/Descriptors.htm

| BEAUTYPACK | 888-868-7512 | ClearLift |
|---|---|---|
| BETTERDTOX | 866-503-6116 | All Physical |
| BEUTYCLUB | 866-847-7659 | All physical |
| ELITEPACK | 866-396-2729 | All Digital Upsells |
| EZYKIT | 866-437-1621 | All Digital Upsells |
| HEALTHMEMBER | 866-475-1896 | Weight Loss Resources (Upsell) |
| HEALTHSMILE | 866-825-7477 | All Physical |
| IMPROVEHEALTH | 866-807-7356 | All Physical |
| KITACCESS | 866-341-0774 | Google, Grants, CRA |
| MEMBERPACK | 866-394-3039 | All Digital Upsells |
| NUTRITIONALSUPP | 888-433-4416 | AcaiSlim, AcaiForce, Ultra Cleanse, Resveratrol |
| PRISTINEHLTH | 888-676-4122 | All Physical |
| ULTIFRESHWELL | 888-948-5508 | All Physical |
| VH ACCESS | 866-417-6791 | World Club Fitness (Upsell) |
| VIBRANTBEAUTY | 866-823-7411 | All Physical |
| WELLBHEALTH | 866-796-7336 | All Physical |
| WHITESMILE | 888-227-2950 | DazzleSmile |
| YOUTHSUPP | 866-808-7326 | All Physical |

GCS-FTC_00000796

GC Services Confidential Business Information

Product Telephone Lines in Australia

## Product Telephone Lines in Australia

| | | | |
|---|---|---|---|
| AcaiBurn | | Guarana | |
| Comprehensive Weight Loss | | Insider Secrets | |
| Credit Report America | | ID Theft/Identity Theft | |
| Dazzle White | | PureCleanse Pro | |
| Digital TV | | Purelit Cream | |
| Earn Cash from Grants | | ResV | |
| Earn Google Cash | | Transaction Fees | |
| Fraud Protection | | WaySi Source | |
| Green Energy | | | |

## New Product Telephone Lines in the US

| Old Product Names | New Product Name | Credit Card Description | Website | (Number on Website) Telephone #1 | (Number on Credit Statement) Telephone #2 |
|---|---|---|---|---|---|
| | AcaiSlim Detox | | | | |
| | AcaiSlim Edge | | | | |
| | AcaiFree Trial | | | | |
| | AcaiSlim Max | Nutrional Supp | | 1-888-591-2190 | 1-888-433-4416 |
| | AcaiSlim Plus | | | | |
| | Premium AcaiSlim | | | | |
| DazzleWhite | DazzleSmile Premium | WhiteSmile | | 1-888-948-5508 | 1-888-227-2950 |
| | DazzleSmile Pro | | | | |

file://C:/Documents%20and%20Settings/1104/Desktop/TM%20Exat%1%%3 y%.dev%%20to%20Box c/Serpinigh%20Website/General%20Info/Aus-Tele_Num.html (1 of 1)3/29/2011 12:02:57 PM

GCS-FTC_00000797

## GC Services Confidential Business Information

Product Telephone Issues in Australia

| Product | | | | | |
|---|---|---|---|---|---|
| | Dazzle Smile Pro | White Teeth | | | |
| PureCleanse | Nature Cleanse | | | 1-888-591-2190 | 1-888-433-4416 |
| | Cleanse Universal | | | | |
| | Ultra Cleanse Max | Nutritional Supp | | | |
| | Ultra Cleanse Plus | | | | |
| ResV | Pure ResVer | Nutritional Supp | | 1-888-591-2190 | 1-888-433-4416 |
| | ResVer Ultra | | | | |
| Earn Cash from Grants | Success Grant | Gov Kits | | 1-866-437-1621 | 1-866-437-1621 |
| Credit Report America | Product Discontinued | Reports Direct | | 1-866-341-0774 | 1-866-341-0774 |
| Earn Cash with Google | Online Cash Success Kit | Online Success | | 1-866-481-8192 | 1-866-481-8192 |
| PureLift Cream | Cleanse Ultra | Beauty Park | | 1-888-676-4122 | 1-888-433-4416 |
| Wu-Yi Source | Product Discontinued | Wu-Yi Source | No Longer Functioning | 1-866-989-8949 | 1-888-676-4122 |
| Comprehensive Weight Loss | Weight Loss Resources | Healthy Member | | 1-888-417-6059 | |
| Insider Secrets | Wealth Creation Source | VIP Health Access | | 1-888-407-3685 | |
| Fraud Protection | Security Tools Kit | Brand Secure Pro | | 1-866-389-3868 | |
| ID Theft | Secure Information Resources | ID Vault | | 1-866-396-2729 | |
| Transaction Fee | | | | 1-866-279-5581 | |
| Dazzle Tray | | | | 1-866-843-7617 | |
| UltraCleanse Upsell | | | | 1-866-543-6497 | |

GCS-FTC_00000798

GC Services Confidential Business Information

Untitled Document

| New | |
|---|---|
| Acai Site | 888-591-2190 |
| Accesscleans | 866-847-7649 |
| Beutyclub | 866-847-7659 |
| Cleanseaid-MC-Ultracleanseplus | 877-556-3506 |
| Colonclear-Visa- Acai, Ultracleanse | 877-482-5723 |
| Detoxslimcs.Com-Visa-Acaislim | 888-558-8470 |
| Leanbodysupp-Mc-Force Max | 888-779-5312 |
| Maxforce-Visa-Acai, Colon | 877-594-7828 |
| Muclecharger Site | 888-948-5639 |
| Musclebuild-MC-Muscle Charger | 888-676-4130 |
| Premium White Tray | 866-843-7617 |
| Premiumwhitepro.Com | 866-528-6214 |
| Purelift-Visa-Pure Lift | 866-989-1157 |
| Resveratrol-Visa-Resv | 866-521-6205 |
| Resvsupp-MC-Resv | 877-690-4813 |
| Skincream-Mc-Purelift | 888-591-2197 |
| Smilebright-Visa-Teeth | 877-594-7850 |
| Teethtraykit-MC-Vibrantsmile | 877-482-5017 |
| Ultra Upsell | 866-543-6497 |
| Ultracleanseplus.Com | 866-532-6369 |
| Vibrantsmile.Com | 888-332-4681 |
| Visa-Musclechrgcs.Com-Muscle Charger | 888-227-2950 |
| Weightsupp-MC-Acaislim | 877-690-4990 |
| Whitesmilepen-MC- Premium White | 800-659-3588 |
| Whiteteeth-Visa-Tray Upsell | 866-989-3774 |
| Old JTM | |
| Acaiberrycleanseultra.Com | 888-433-4416 |
| Acaiburn.Com | 866-989-8945 |
| Dazzlewhite.Com | 866-989-2686 |
| Purecleansepro.Com | 866-989-8946 |
| Pureliftpro.Com | 866-989-2690 |
| September Descriptors | |
| Beautypack | 888-868-7512 |
| Ezbeauty | 866-797-7348 |
| Healthsmile | 866-825-7477 |
| Pristinehlth | 888-676-4122 |
| Ultrifreashwell | 888-948-5508 |
| Vibrantbeauty | 866-823-7411 |

GCS-FTC_00000799

PI Exhibit 9 Page 00784

**GC Services Confidential Business Information**

Wellbhealth                                              866-796-7336
Whiteteeth                                              866-796-7318
Youthsupp                                              866-808-7326

GCS-FTC_00000800

Product Telephone Lines in Australia

GC Services Confidential Business Information

## New Product Telephone Lines in Australia

| Old Product Names | New Product Name | Credit Card Description | Website | (Number on Website) Telephone #1 | (Number on Credit Statement) Telephone #2 |
|---|---|---|---|---|---|
| AcaiSlim | AcaiSlim Detox | Nutritional Supp | www.acaislimdetox.com | 1-800-335-305 | |
| | AcaiSlim Edge | | www.acaislimedge.com | | |
| | Acai Force Max | | www.acaiforcemax.com | | |
| | AcaiSlim Max | | www.acaislimmax.com | | |
| | AcaiSlim Plus | | www.acaislimplus.com | | |
| | Premium AcaiSlim | | www.premiumacaislim.com | | |
| DazzleWhite | DazzleSmile Premium | White Smile | www.dazzlesmilepremium.com | 1-800-153-318 | |
| | DazzleSmile Pro | | www.dazzlesmilepro.com | | |
| | DazzleSmile Pure | White Teeth | www.dazzlesmilepure.com | | |
| PureCleanse | Nature Cleanse | Nutritional Supp | www.naturecleanse.com | 1-800-883-581 | |
| | Cleanse Universal | | www.cleanseuniversal.com | | |
| | Ultra Cleanse Max | | www.ultracleansemax.com | | |
| | Ultra Cleanse Plus | | www.ultracleanseplus.com | | |
| ReszV | Pure ReszV | Nutritional Supp | www.purerezver.com | 1-800-616-081 | |

File://C:\Documents\GCSPandora\Desktop\TDFAS\Desktop\TDSM20\Extract\SDSCard3.5...20on\5200\rates\Sampling%20Website\Teams\%5200\file%14\%_Asia_Tele_Numbers\(of_25\(26)2011 12:07:58 PM

GCS-FTC_00000801

GC Services Confidential Business Information

| Product Telephone Lines in Australia | | | | | |
|---|---|---|---|---|---|
| | Rozer Ultra | | www.rezverultra.com | | |
| Earn Cash from Grants | Success Grants | Gov Kits | www.successgrants.com | 1-800-727-384 | |
| Credit Report America | Product Discontinued | Reports Direct | www.mycreditreportsdirect.com | 1-800-259-147 | |
| Earn Cash with Google | Online Cash Success Kit | Online Success | www.onlinecashsuccesskit.com | 1-800-771-641 | |
| PureLift Cream | Clearlift Ultra | Beauty Pure | www.clearliftultra.com | 1-800-660-751 | |
| Wu-yi Source | Product Discontinued | Wu-yi Source | No Longer Functioning | 1-800-257-538 | |
| Comprehensive Weight Loss | Weight Loss Resource | Health Member | www.weightlossebookmembership.com | 1-800-156-711 | |
| Insider Secrets | World Class Fitness | VIP Health Access | www.insidersecretstips.com | 1-800-686-513 | |
| Fraud Protection | Security Help Kit | Fraud Security | www.securityhelpkit.com | 1-800-885-723 | |
| ID Theft | Secure Information Resource | ID Vault | www.secureinformationresources.com | 1-800-464-521 | |
| Transaction Fee | | | | 1-800-665-917 | |
| Dazzle Tray | | | | | |
| Ultra Cleanse Upsell | | | | | |

GCS-FTC_00000802

GC Services Confidential Business Information

## New Product Telephone Lines in the UK

| Old Product Names | New Product Name | Credit Card Description | Website | (Number on Website) Telephone #1 | (Number on Credit Statement) Telephone #2 |
|---|---|---|---|---|---|
| AcaiSlim | AcaiSlim Detox | Nutritional Supp | | 0-800-680-0623 | |
| | AcaiSlim Edge | | | | |
| | AcaiForce Max | | | | |
| | AcaiSlim Max | | | | |
| | AcaiSlim Plus | | | | |
| | Premium AcaiSlim | | | | |
| DazzleWhite | DazzleSmile Premium | White Smile | | 0-808-120-1987 | |
| | DazzleSmile Pro | | | | |
| | DazzleSmile Pure | WhiteTeeth | | | |
| PureCleanse | Nature Cleanse | Nutritional Supp | | 0-808-120-7619 | |
| | Cleanse Universal | | | | |
| | UltraCleanse Max | | | | |
| | UltraCleanse Plus | | | | |
| ResV | Pure ResVera | Nutritional Supp | | 0-808-120-2325 | |

GCS-FTC_00000803

## GC Services Confidential Business Information

Product Telephone Lines in the UK

| | Recover Ultra | | | | |
|---|---|---|---|---|---|
| Earn Cash from Grants | Success Grants | Gov Kits | | 0-808-120-3638 | |
| Credit Report America | Product Discontinued | Reports Direct | | 0-800-520-0457 | |
| Earn Cash with Google | Online Cash Success Kit | Online Success | | 0-808-120-7609 | |
| Pure Lift Cream | ClearLift Cream | Beauty Pack | | 0-808-120-1961 | |
| WuYi Source | Product Discontinued | WuYi Source | No Longer Functioning | 0-800-047-0987 | |
| Comprehensive Weight Loss | Weight Loss Resource | Health Member | | 0-800-047-0192 | |
| Insider Secrets | Work at Club Fitness | UK Health Access | | 0-808-120-2346 | |
| Fraud Protection | Security Help Kit | Fraud Security | | 0-808-120-7642 | |
| ID Theft | Secure Information Resources | ID Vault | | 0-800-680-0647 | |
| Transaction Fee | | | | 0-808-120-2328 | |
| Dazzle Tray | | | | | |
| UltraCleanse Upsell | | | | | |

file://C:\Documents and Settings\User\My Documents\TMUSBForm\UK\Marketing\Business Copying%20Worldwide\General\Media\9-24\9_UK_Tele_Num.html 12 of 24 7/24/2011 12:07:56 PM

GCS-FTC_00000804

GC Services Confidential Business Information

# Physical Protocols

General Information     Inquiry     Customer Requests Delayed Payment     Same Day Cancellations     Cancellations
. Returns, Refunds and Cancellations

Customer Sends Back Product and Request Refund     Fraud     Chargeback Protocol

## General Information

- If customer cuts you off while saying the rebuttal, jump to the next refund screen
- Always write notes in the customer account as to what you did for cx during the call. Very important to document any mention of any Charge Back, Bank, Credit Card, Attorney General, District Attorney, FTC and State Attorney.
- When giving the customer the order number to return the product, ALWAYS give the first *original* order number for the initial product.
- Never cancel or refund affiliates, unless it is true fraud.

## Inquiry

- If the customer is calling for an update on their shipment, the agent is to look at the account and provide the customer with the info they request (Tracking#, Shipment date, billing date). Once this help has been provided and customer wants to cancel proceed to cancelation scripting and follow the rest of the steps outlined in the script.
- UK, If the customer claims that they have not received the product, and it has been less than 15 days since they original purchase date, advice the customer to wait another 5 days for the shipment to arrive. If the customer calls between 16 to 20 days from the day of purchase, we will reship the order at no extra cost and delay the charge.
- If the customer is calling to ask about ordering the product please inform them to proceed to the online site website.
- If the customer needs dosage information, servings, and product specific information, please advice the customer to go online and ask our online product specialist.
- If the customer is calling to ask about ordering the product please inform them to proceed to the online site website.
- If the customer needs dosage information, servings, and product specific information, please advice the customer to go online and ask our online product specialist.

## Same Day Cancellation

| | |
|---|---|
| If it is a new order and the customer calls into cancel the same day... | - *Do Not Master Cancel the Account.* Use the cancel button to cancel the account, because the customer's order has processed and they will receive a delivery. Inform the customer you are unable to stop the shipment but you can cancel the order to prevent future shipments. Inform the customer of the charge for the trial product. (S79.95). Follow script verbatim, if cx becomes upset about charges, inform them they have 60 day MBG and can return for refund. |
| If it is an Auto-shipment: (Three Bottles) and customer calls in to cancel the exact same day as they have been charged... | - If it is before 8 pm MST, Refund the customer since they will never receive that shipment. |

GCS-FTC_00000821

GC Services Confidential Business Information

## Cancellations

- Follow script and do not offer refund or return instructions unless the customer asks for them. Do not prompt the customer to return product by adding your own line to the script.  If customer requests to not be charged or wishes to have a refund, move to the return instructions script.
- For customers within their 14 day trial, always inform them that they will be charged $79.95 at the end of the trial as stated on "Trial period cancellation confirmation"
- Always make sure you cancel the account properly in the admin system (No Master Cancel, unless it is fraud, or the customer is within their trial period and already sent the product back to us, providing us with a Tracking Number confirming that it is in transit or has arrived at the distribution center) and provide them with the cancellation confirmation number.
- If the customer states they attempted to cancel the bonus offers and the phone numbers are disconnected, cancel the bonus accounts for them in the JTM Admin link.

| | |
|---|---|
| **How do I treat cancellations of "everything"?** | <ul><li>If the customer starts the call with something similar to:<ul><li>" I want to cancel everything, I don't want any of this!"<br>"Sure, I can help you cancel "product name"(Acai, DazzleWhite, etc) for 79.95"</li></ul></li><li>If the customer at the end of the call mentions something similar to:<ul><li>"Does this take care of everything I need to cancel?"<br>**Re-state the cancelation confirmation statement---** "Sir I have cancelled your 79.95 charge for ......"</li></ul></li></ul> |

## Customer Requests to Delay the Date of there Charge

- If a customer calls and asks to have the date of his charge moved by a couple days to accommodate his pay day,  you may go into Delay Shipment and delay it by that couple of days.  The shipment will have already shipped out,  but this will delay the charge from processing through his account by the couple days.

## Returns, Refunds and Previous Cancels

- Always follow script verbatim, S&H is non-refundable.
- Provide the customer with the Original Order ID # which they are to write on the outside of the package being returned.  Confirm the e-mail address on file is correct.  Tell the customer you will send an immediate e-mail with complete return instructions to their e-mail. They should look for this e-mail in the in-box or spam or junk mail folder.  They are to follow the instructions outlined in the e-mail.
- Do not tell customers to return to sender, or to refuse package as this will delay their refund.  If they say that they will refuse or return to sender,  advise against it.

| | |
|---|---|
| **Customers who claim they have been charged again...** | <ul><li>Always ask for the cancellation confirmation number and check the account to make sure that it wasn't cancelled the same day as their scheduled charge.<ul><li>If it was, offer a courtesy refund to customer.</li></ul></li><li>IF NOT and account is showing active explain the T&C using rebuttal scripting</li></ul> |
| **No refunding after 60 day money back guarantee...** | <ul><li>If chargeback mentioned, rebuttal using terms of 60 day back guarantee.</li><li>If customer still pushes for refund claiming chargeback, then offer 50% courtesy refund.</li><li>If it's not good enough then full refund.</li></ul> |

GCS-FTC_00000822

GC Services Confidential Business Information

| | • Always Explain What We Already Refunded. |
|---|---|
| **Customer does not wish to send the product back...** | • First, rebuttal the customer with the 60 day money back guarantee. **No courtesy refund at all.**<br>• If the issue is escalated to supervisor, they are to fully explain the money back guarantee again, no refunds at all.<br>　○ **Unless they are threatening any Charge Back, Dispute with Bank, Credit card, Attorney General, District Attorney, FTC and State Attorney.** |
| **Customer wants refund but claims he didn't recieve the product...** | • First confirm tracking # that we have to see if delivered to cx, tell them if you see it delivered.<br>• Verify the customer's address<br>• Then offer to reship and delay next charge. No need to tell them about delay of charge.<br>• If customer does not want another shipment then offer a courtesy refund. Always put notes in Admin system if refunding anything. |
| **Customer claiming online chat told them to call for refund** | • Educate the customer that online chat will pass customers to this line for return instructions to help the customer get the refund, not the refund itself, then proceed to return script page. |
| **Customer has sent back the product and request refund** | |
| **First Shipment (Trial) and it's Within 21 days of trial...** | • If they have a tracking number and **we can confirm that the shipment is in transit or arrived at the warehouse or DesMoines, and we know that it was only the trial package that was returned; master cancel account to prevent customer from being charged.** (For Wu-Yi, the agent is to ask if the customer sent both products back) |
| **First Shipment (Trial) and it's After 21 days of trial...** | • If they have a tracking number and we can confirm that product has arrived at the warehouse, and we know it was the trial package, only that was returned, we will refund the customer for the trial package. If the product is in transit the customer will have to wait until it arrives at our warehouse, do not refund. |
| **Second Shipment      (Three Bottles)** | • No refund can be issued, we have to confirm how many bottles have been sent back, but re-assure the customer that we can see its been sent back (if you can see such) and guarantee that they will be refunded. |
| **Fraud** | |

GCS-FTC_00000823

GC Services Confidential Business Information

- Always begin the verification process by asking for address, and phone #, and then provide the customer with email and name to build trust with customer.
  - If the customer informs agent that the information is too old, chances are that it is fraud
    - If any of the email, name, #, and address is not up to date, it is consider fraud
  - If you can only pull account by cc, and any of the information does not match, it is fraud
- If it is a True Case of Fraud:  Master Cancel the main program and  cancel all the up sell products for the customer and refund them, including S&H ---Remember to always make notes in the admin---

### Chargeback Protocol

- Customer MUST mention dispute with Bank, Credit card, Attorney General, District Attorney, FTC, State Attorney and threatens to  do a Charge back

### Customer Cancels During Trial Period

| If customer mentions dispute after they become informed of the charge at the end of the trial (Charge Back, Dispute with Bank, Credit card, Attorney General, District Attorney, FTC and State Attorney)... | • Inform the customer of the 60 day money back guarantee as a rebuttal,<br>• If customer insists then master cancel account. |
|---|---|

### Customer is Within the 60 Day Money Back Guarantee

| If customer tells us they will dispute (Charge Back, Dispute with Bank, Credit card, Attorney General, District Attorney, FTC and State Attorney)... | • Inform the customer that they are still covered under the 60 day MBG and  all they need to do is  send the product  back to us for a full refund.  60 day MBG starts the  date they  were charged for product.  Each charge has its own time frame of 60 days.<br>• If customer still insists on disputing the charge, move on to 100% refund of the one month.<br>• If customer then continues to dispute past charges, refund up to 4 months or 120days. |
|---|---|

### Customer has Already Returned the Prodcut and Recieved 2-3 Refunds, but Wants More

| If customer tells us they will dispute (Charge Back, Dispute with Bank, Credit card, Attorney General, District Attorney, FTC and State Attorney)... | • Inform the customer that they already received refunds of S, for the products that qualified for the 60 day money back Guarantee.<br>• If this fails, and the customer keeps insisting on charge back, give the customer full refund for that one month.<br>• If they still have another charges that they want covered then offer the full (up to 4 months) |
|---|---|

GCS-FTC_00000824

GC Services Confidential Business Information

Revised: October 21, 2009

## PHYSICAL PROTOCOL          TIER 1  AGENT

## GENERAL

If customer cuts you off while you are giving the rebuttal, move to the next section of the script.

*Always* write notes in the customer account as to what you did for cx during the call.

When giving the customer the order number to return the product, <u>ALWAYS</u> give the first *original* order number for the initial product.

*If it is a new order and customer calls in to cancel the same day,*

- <u>DO NOT MASTER CANCEL THE ACCOUNT.</u> Use the <u>cancel button</u> to cancel the account, because the customer's order has processed and they will receive a delivery. Inform the customer you are unable to stop the shipment but you can cancel the order to prevent future shipments. Inform the customer of the charge for the trial product. ($87.62) Follow script verbatim, if cx becomes upset about charges, inform them they have 30 day MBG and can return for refund.

## INQUIRY

<u>Customer wants shipment information.</u> If the customer is calling for an update on their shipment, the agent is to look at the account and provide the customer with the info they request (Tracking#, Shipment date, billing date). Once this help has been provided and customer wants to cancel proceed to cancelation scripting and follow the rest of the steps outlined in the script.

<u>Customer wants information about ordering.</u> If the customer is calling to ask about ordering the product please inform them to proceed to the online site website.

<u>Customer wants dosage information.</u> If the customer needs dosage information, servings, and product specific information, please advice the customer to go online and ask our online product specialist.

## CANCELLATION

Follow script and do not offer refund or return instructions *<u>unless the customer asks for them</u>*. Do not prompt the customer to return product by adding your own line to the script. If customer requests to not be charged or wishes to have a refund, move to the return instructions script.

Always make sure you cancel the account properly in the admin system. <u>**DO NOT MASTER CANCEL.**</u>

*<u>For customers within their 14 day trial</u>*, (Shows up yellow on the customer account) *<u>always</u>* inform them that they will be charged $87.62 at the end of the trial as stated on "trial period cancellation confirmation".

1
**GCS-FTC_00000825**

GC Services Confidential Business Information

***For customers that have passed the trial period*** (shows up green on the customer account) Once the cancellation takes place, follow cancellation confirmation scripting and inform the customer that they will no longer be charged for future shipments for $87.62 for "product name" (Acai, DazzleWhite, etc). If the customer inquires about other charges, tell the customer about the trial offer and provide the customer with the toll free number for affiliates or Upsell product.

## MASTER CANCEL ONLY IN THE FOLLOWING SITUATION

1. Customer is ***within trial period***. Means the account is still showing up in Yellow. You may master cancel if you are able to confirm through a tracking number that the trial product is ***in transit to either of our the warehouses or has been received back into one of the warehouses.*** If you are master cancelling for this reason, be sure to make detail notes in cx account including the tracking number provided and searched.

### *How to treat cancellation of "Everything"?*

1. If the customer starts the call with something similar to:
   - *I want to cancel everything. I don't want any of this*
   - "Sure, I can help you cancel "product name"(Acai, DazzleWhite, etc) for "$87.62" If they state that the charge is "$48.92" you may ask for further detail to determine if it is an upsell.
2. If the customer at the end of the call mentions something similar to:
   - Does this take care of everything I need to cancel?
   - Re-state the cancelation confirmation statement--- "Sir I have cancelled your $87.62......"

# RETURNS, REFUNDS AND PREVIOUS CANCEL

Always follow script verbatim, **S&H is non-refundable.**

1. Provide the customer with the **Original Order ID #** and tell them they are to write this number on  the outside of the package being returned.

2. Confirm the e-mail address on file is correct or get a correct one from the customer.  Inform the customer you will send them an e-mail with complete return instructions which they need to follow carefully.  They should look for this in their in-box, spam or junk mail folder .  If customer requests instructions verbally, you may give them verbally and follow up by sending them the e-mail too.

3. It is now ***mandatory*** that Agents send the return instructions to the customer via e mail, and then they are to make the following notations in the customer account.

   1. Date return instructions sent.   2. E-Mail address return instructions sent to.

   3    Order Id # given to CX.        4.  Name & ID of Agent

   ***Example:*** Oct 2/09, R/I sent to johndoe@aol.com, Order# DZW1010109958773, NCarr10118

GC Services Confidential Business Information

<u>Do not</u> tell customers to return to sender, or to refuse package as this will delay their refund.  If they say that they will refuse the package or return it to sender, advise against it and offer to give them proper return instructions .


<u>*Customers who claim they have been charged again after they cancelled their account.*</u>

- Always ask for the cancellation confirmation number and check the account to make sure that the account was cancelled.  If it has not been cancelled, than offer to cancel.
- If the account was cancelled the same day as their scheduled charge, inform the customer of that charge.  If they do not want to be charged, remind them of their 30 day MBG and offer the return instructions if they wish to be refunded.

<u>*No refunding after 30 day money back guarantee*</u>,

- If customer  pushes for a refund claiming chargeback, inform them you are unable to refund, re-iterate the 30 day MBG and that our  T/C  are clearly stated on the Webpage they ordered from. Offer to send the return instructions.
- If customer is still not satisfied, inform them of the following statement: **"In order to make use of our 30 day MBG, you are obligated to send back any unused portion of the product. If we receive it within 30 days of the charge date, you will receive a full refund for your purchase".**

<u>*Customer does not want to send the product back*</u>,

- First, rebuttal the customer with the 30 day MBG & Terms and Conditions on the webpage they ordered from.  Make it clear that they must return product to be refunded. **<u>No courtesy refund</u>** to be issued.
- If customer is still not satisfied, inform them of the following statement: **"In order to make use of our 30 day MBG, you are obligated to send back any unused portion of the product. If we receive it within 30 days of the charge date, you will receive a full refund for your purchase".**


<u>*Customer wants refund but claims that he didn't receive the product*</u>

- First confirm with the tracking # that we have on file to see if the product shows delivered to the customer.  Tell them if you see it delivered to their address.

1. If they deny receiving, re-confirm the address that we show it shipped to.  If the address is **<u>not correct</u>**, offer to re-ship to the address it should have gone to free of charge.  Then delay the  next charge. No need to tell them about delay of charge.
   a. If customer does not want another shipment sent out, explain that we have no other option but to offer the re-shipment and offer to re-ship one more time. If customer is still unwilling to accept the reshipment, Transfer to Tier 2.

2. If the address on file **<u>is correct</u>** and they still deny receiving, offer to give them our tracking number so that they can trace the product through the postal service in their town.
   a. When the customer calls back stating the USPS has no more information on package, offer to reship. If customer is unwilling to accept the reshipment Master Cancel the account if the charge is Yellow or transfer to Tier 2 if the charge is Green.

GC Services Confidential Business Information

### *Customer has sent product back and wants a refund:*

1. First shipment (trial) and it's ***within 18 day trial*--- *ADMIN PAGE WILL SHOW YELLOW AND STATE:  FREE TRIAL NOT CHARGED.*
   - a. If they have a tracking number and ***we can confirm*** that *the shipment is in transit or has arrived at one of the warehouses, you **can master cancel** the account to prevent customer from being charged. **AGENT MUST MAKE NOTES IN THE CX ACCOUNT SHOWING THE TRACKING NUMBER AND LOCATION OF PACKAGE.***

2. *First shipment (trial) **after 18 days trial**---ADMIN PAGE WILL SHOW GREEN AND STATE:  **FREE TRIAL CHARGED**.*
   - a. Agent shall inform the customer that they are **unable** to refund the charge.  If the customer wants to provide tracking information, Agent can take that information and enter it into the customer's account.  Agent is to re-iterate to the customer that the refund will be issued by the warehouse within 5-10 business days from receiving and processing the returned product.
     - i. If after 10 Business Days of receiving the product into the warehouse the customer has still not received refund we may refund the charge if the returned package contains only bottles pertaining to one charge. If the customer has packaged more than one shipment, the customer must wait till the return department can validate the amount of bottles returned transfer to Tier 2.

3. Second Shipment (Auto Shipment).
   - a. Agent shall inform the customer that they are **unable** to refund the charge.  If the customer wants to provide tracking information, Agent can take that information and enter it into the customer's account.  Agent is to re-iterate to the customer that the refund will be issued by the warehouse within 5-10 business days from receiving and processing the returned product.
     - i. If after 10 Business Days of receiving the product into the warehouse the customer has still not received refund we may refund the charge if the returned package contains only bottles pertaining to one charge. If the customer has packaged more than one shipment, the customer must wait till the return department can validate the amount of bottles returned transfer to Tier 2.

### *Customer claiming online chat told them to call for refund:*

Educate the customer that online chats pass customers to this line for return instructions to help the customer get the refund, not the refund itself, then proceed to return script page.

4

GC Services Confidential Business Information

## FRAUD

Always begin the verification process by asking for address, and phone #, and then provide the customer with email and name to build trust with customer.

**If you can verify any of the following, it is to be considered true fraud:**

1. If the customer informs agent that the information is too old, chances are that it is fraud

2. If any of the email, name, telephone number, and/or address is not up to date, it is considered fraud.

3. If you can only pull account by credit card number, and any of the information does not match, it is fraud.

**If is verified True Fraud make appropriate notes in the customer account and transfer the call to Tier 2 Agent. Do Not Master Cancel the account yourself; Tier 2 must validate.**


## CHARBACK PROTOCOL

Customer  mentions dispute with Bank, Credit card, Attorney General, District Attorney, FTC, State Attorney and threatens to do a Charge back.

**_Customer is within 30 Day money back Guarantee:_**

If customer tells us they will dispute (**Charge Back, Dispute with Bank, Credit card, Attorney General, District Attorney, FTC and State Attorney.**): _**Any product shipped after September 28, 2009 is covered under our 30 Day MBG,  prior to September 28, 2009 is still covered under 60 Day MBG**_

1. Inform the customer that they are still covered under the 30 day MBG and all they need to do is send the product back to us for a full refund. _**30 day MBG starts the date they were charged for product.  Each charge has its own time frame of 30 days.**_
2. If customer still insists on disputing the charge: Inform them of the following statement: "**In order to make use of our 30 day MBG, you are obligated to send back any unused portion of the product. If we receive it within 30 days of the charge date you will receive a full refund for your purchase**".


**_Customer has already retuned the product and received 1-2 refunds, but wants more:_**

If customer tells us they will dispute (**Charge Back, Dispute with Bank, Credit card, Attorney General, District Attorney, FTC and State Attorney.**)

- Inform the customer that they already received refunds of $_____   , for the products that qualified for the 30 day money back Guarantee.

- If this fails, and the customer keeps insisting on charge back, and states they should still be covered under 30 day MBG. Politely inform the customer that they have been refunded $___,
and they will **not** be refunded any further charges.  Thank them for their call and end the call.

5

GC Services Confidential Business Information

**_Customer Cancels during Trial Period_**

If customer mentions dispute after they become informed of the charge at the end of the trial **(Charge Back, Dispute with Bank, Credit card, Attorney General, District Attorney, FTC and State Attorney.):**

- Inform the customer of the 30 day money back guarantee and offer to give them return instructions so they may obtain a refund.
- If customer insists they do not want the product and will call the bank, credit card company etc...
  Inform them of the following statement: **"In order to make use of our 30 day MBG, you are obligated to send back any unused portion of the product. If we receive it within 30 days of the charge date you will receive a full refund for your purchase".**

**_Defective Product Protocol_**

   **Scenario:**

1. Customer has cancelled on line.  Calls us due to defective product.  Because the account has already been cancelled, the Agent should tell the customer that if they would like to have the product to try still, the Agent can re-activate the account and re-ship the trial product.

   a. The agent would then re-activate the account and then delay the charge by 18 days. They must then tell the customer that since the account is re-activated, they are now going to have to cancel again if they wish to cancel.  The customer can throw away the defective product; do not ask them to return it.  Make detail notes in the customer account that they are aware of all you informed them of.

   b. If the customer accepts and agent is unable to reactivate ("Make Active") transfer to Tier 2 in order for them to them active.

2. If the customer is already cancelled and does not wish to have a re-shipment of the product; tell the customer you will transfer them to a Tier 2 Agent to discuss a refund for that charge for the trial product and do so.  Do not ask them to return the product.  Make good notes in the customer account.

**Admin System Errors and what to do!!!**

1. Customer claims they were promised a refund and in our Admin system it states they were refunded but the customer has not received the refund to their cc.

Get the customers information and tell them it will be forwarded to Head Office.  We will look into it and once we have confirmation that the refund did not process, we will either refund again on the system, or we will issue a cheque to the customer.  Advise them we will notify them either way.  Please allow 5-10 business days for a reply from us.

2. Customer claims they ordered in May, cancelled their account and are now being charged for the product in August.

Ask the customer for their cancellation number first.  If able to pull up the information and confirm that they did actually cancel and /or should <u>not</u> have been charged at this point,  transfer the call to a Tier 2 Agent . Make good notes in the admin system.

**GC Services Confidential Business Information**

3.   Customer is calling about international charge of .60 cents and they are US customers.

Advise the customer we do not add international charges of .60 cents to their account. The only international charge we charge is the $9.95 for customer outside the US.

4.   Customers are claiming they have an account with us be we are unable to bring them up in our system.

Get as much information as you can: name, e-mail, acc # if they have, last 8 digits of cc. Ask them how they ordered, is it a phone order or on line. Get the date they ordered if they re-call.

Tell them you will forward to head office to look into. Get a current e mail address so that we can e-mail them within the next 5-10 business days to advise them of the results. Give us as much information on what the calls was about as possible so that we know whether they were cancelling or what the call was about.

**_Customer cancels their account and then asks for a refund for product because they never received it._**

Confirm our tracking to see if it states it was delivered. Confirm address with Customer and inform them that it shows it was delivered to that address. If customer still denies receipt of product, offer to re-ship and confirm address with them. _**If they accept the re-shipment**_, inform them you will have to re-activate their account in order to re-ship. Once they are re-activated, their account is now active again and they will have to cancel again if they choose to. _**If they decline the re-shipment:**_  and still ask for refund inform them the only option you have is to re-ship the product. If they still do not accept the reshipment Transfer to Tier 2

**_Customer states they will do a chargeback but takes all the return instructions from the Agent_**

Confirm with the customer that they will be returning the product for a refund. _**If they state they will**_, then thank them and close the call. If they say, I will return it, but _**still indicate chargeback:**_

**_Customer is within 30 Day money back Guarantee:_**

-   Inform the customer that they are still covered under the 30 day MBG and all they need to do is send the product back to us for a full refund. _**30 day MBG starts the date they were charged for product. Each charge has its own time frame of 30 days.**_
-   If customer still insists on disputing the charge: Inform them of the following statement: **"In order to make use of our 30 day MBG, you are obligated to send back any unused portion of the product. If we receive it within 30 days of the charge date you will receive a full refund for your purchase".**

**_Customer states chargeback at the end of the call_**

Customer takes all the return information from the Agent, and then at the end of the call indicates that _**they will be calling their bank, cc company, Attorney General etc... (chargeback).**_

**_Customer is within 30 Day money back Guarantee:_**

-   Inform the customer that they are still covered under the 30 day MBG and all they need to do is send the product back to us for a full refund. _**30 day MBG starts the date they were charged for product. Each charge has its own time frame of 30 days.**_

7

**GC Services Confidential Business Information**

- If customer still insists on disputing the charge: Inform them of the following statement: "In order to make use of our 30 day MBG, you are obligated to send back any unused portion of the product. If we receive it within 30 days of the charge date  you will receive a full refund for your purchase".

Customer Requests to Delay the date of his charge

If a customer calls and asks to have the date of his charge moved by a couple days to accommodate his pay day,  you may go into Delay Shipment and delay it by that couple of days.  The shipment will have already shipped out,  but this will delay the charge from processing through his account by the couple days.

yes... that has been added to the FYI and dispersed to the reps

thanks ████

Hey nancy... can we put a time frame like 4 or 5 weeks on packages that have been returned with tracking number and have not been refunded can be refunded by the TIER 2 agents

This would be for customers that we have the tracking number but yet there has been no attempt on the Admin system to refund?

yes

Give me a couple minutes and I will make sure before I say yes and I will get you a time frame

thank you... stepping away for a sec

:)ok

I'm back...

Hi ████ I have an answer for you on the refunding. If the Tier 2 Agent can see through tracking that the product has been received back into our warehouse and no attempt has been made to refund by us, then they can refund the customer. The product must show returned to us within the MBG time frame for that particular product. We will go as far as extending that by 4 days past the date

the MBG expired, but no further. Of course it goes without saying it must be noted in account.

Thank you... I will pass that on

ok, thanks ████ I will probably put it in writing later and send via e mail so we have paper trail and I will

GCS-FTC_00000856

need to let my India team know.


thank you...


Hi Nancy... just to make you aware I am having issues with the website new changes were reverted back to original on some pages have to go thru and redo some... FYI... not ignoring IM just trying to tackle this...


Hi ████, Sorry I missed you, I was away for lunch. Go ahead and do what you need to do, don't worry about rushing on my account.


Thank you...


Hey Nancy... on the AcaiForcemax.com website the terms are implying that if you cancel before the 14 day trial is over you will net be charged? Is this new or typo?


Section 5 Membership fees... If you do not cancel your Trial Membership during the applicable fourteen (14) day period as set forth in Section 7 herein below, your Active Credit Card will be charged the monthly Membership fee of Eighty-Seven Dollars and Sixty-Two Cents ($87.62) ("Monthly Fee").


let me take a peek, be right back


thank you...:)


theres also this in section 7...


If you decide to cancel your Membership after the expiration of the fourteen (14) day Trial Membership period, your Active Credit Card will be charged the fee of Eighty-Seven Dollars and Sixty-Two Cents ($87.62) at the end of the Trial Membership period.


████ what exact website are you on, can you copy and paste it for me please.


GCS-FTC_00000857

It looks to me like the account was cancelled and then re-activated on Oct 28 due to the customer still wanted to be active,  but because it had been cancelled there was a cancellation number, but once the account was activated again,  the cancellation number did not go away,  so yes in this case I think we should go by what the history states.  Good reason for Agents to make proper notes in

the customer account.

Thank you... I will step away for a minute to clarify with UM's and agents.

I'm back...

Hi, ████ welcome back

thank you... clarifed with Um and took lunch... I'm yours for the rest of the day :)

great.  I have not had time to look at the script yet,  I will have a look this afternoon for sure.

no problem :)

Hey Nancy... if we are being told by customers that they can not get through to the other call center do you want us to cancel their accounts like before or ask them to keep trying?

what other call centre,  do you mean We answer to cancel digital stuff?

yes sorry they called to cancel physical and mentioned they have been unsucessful in getting thru to the digital call center... I am telling them right now to ask the customer to keep trying since we can only cancel... if they want refund or anything else we don't have scripting, so I thought it better to tell them to keep trying... they are experienceing high call volume.

We are going to check on WE ANSWER to see what the problem is.  I would you suggest to the customer that they call back to the digital number later today.  I doubt you need the extra work.  But if the agents do cancel for digital,  just have them make notes.

GCS-FTC_00000861

No problem... thanks... huge help as always :)

Hey Nancy.. do you have a moment for a call we have questions on the protocol

sure, do you want me to call you.

let me call you.. :)

ok

Hi ▓▓▓ Are you at your desk.

yes

HI there,  I just confirmed with Hernan on what we just discussed.

If the customer is calling back after having been in touch with the Post office and stating they still have not received,  then the Agent is to transfer to tier 2 agent who is to refund as a courtesy. But the customer has to have gone through all the steps we outlined,  called the post office etc... and then called us back.

We would rather refund the one courtesy refund then to re-ship, re-activate account etcc... only to have the product sent out so that it could be returned for refund.

So we no longer have to offer to reship, we can just refund the charge with tier 2?

Yes,  that is true because by the time the Tier 2 gets the call it will have been determined that the customer has already called the Post office and is calling back for the second time ,  right?

Sorry to nudge you ▓▓▓  i just wanted to let you know I am on my way home now and I will be in for a hour or so in the morning.

GCS-FTC_00000862

Good Morning Nancy... sorry to start so early but the website for Premium White Pro.com no longer has the opt out link in the confirmation page ( https://www.premiumwhitepro.com/confirmOrder.php?sess=fm0lfp47lm5b8bsokpsbh1cr6) and we have a customer who demands to see the them since we explained they were.

you too, Hope you guys took some pictures.

good morning ████

I see you are online already today, I just got me msn to work so I am trying it out. If you are at the office already, I do not want you to have to drive all the way here to pick me up, I can cab it.

Good Morning ████

Good Morning... just got in. Hope your trip back was good?

Yes it was. It was nice to get home. ████ can you send the new script again to Rajeev and to me. Rajeev says his links are not working on the one we sent Friday

Sure... Let me check the links and send it off again :)

ok, thanks.

Hi ████ Did you figure out the links for the script yet.?

Sorry got a little side tracked doing that now... should be 5-10 min.

:)ok, thanks, Call volume high again today?

yes... and we were doing an audit of calls from tier 1 and 2 reps

GCS-FTC_00000863

Ok, So can you send me the Tier 1, Tier 2 protocols and the whole big purple monster script when you have it completed. Thanks ███

No problem...

Hi ███ My team in india is stating that your website they get calls from is not working. Can you check please

Filefeed?... let me check, ███ was having problems

ok, great. Message me back please so I can message Rajeev

Hi ███ Can you tell me what is up with the link for the India team please? Do I need to phone ███ maybe?

Hey Nancy, I just spoke with Rajeev and he was trying it again... he had no luck but I am on it with the Tech Team. I will IM Rajeev to try it again as soon as I get word back from Tech Team.

sounds good ███ thank you. I just figured it was easier for him to explain to you what the problem was. :P

Hey nancy, quick question ... the orders that have no tracking info from us after the offer to reship, can the Tier 1 agent master cancel the account or would you preffer that they are transferred to Tier 2 for the Master Cancel.

Tier 2 please

No problem... FYI the filefeed is back up... tech finally figured it out... sorry about the inconvenience :)

no problem, glad it is fixed. Driving us all nuts. How is the new script working out today?

GCS-FTC_00000864

Great less and less problems I think we are doing calibrations to verify everything is Kosher

yeah, great news, glad to hear that. Thanks so much for all your help while I was there ▓▓▓▓ I really appreciated it.

No problem I enjoyed have you with us. You were a joy... anytime :)

Hey nancy, If the customer is past the 30 day MBG, can we offer to reship the product that was not received. Customer has paid for it, so the customer should receive it as well. They understand they can not send it back it is simply so they have what they paid for. We would reactivate and reship and ask them to call back to cancel. Would that be okay?

Sure, as long as they understand they are not returning it for a refund because they are out of the 30 day MBG

Is there many cases of this?

Several now with the very short MBG... so the customer is making the point why would i be charged for something I don't get. I think the bank will also have a problem with it, but if we can at least offer to send the product it should minimize the backlash. I am going to limit this to Tier 2.

so they are calling because they see the charge and then cancel and then say they never got it?

yes... they usually cancel on line or with us the same day they order and make a big deal about us not sending it out. So they think we will not ship. Then they get charged and call us back past the inactive time period (14 days of cancellation).

But even if they make a big deal, that should not stop the order from going out to them right? I am wondering why they are not getting their product. Is it the upsells?

No it is the original product... we don't understand why they say they don't get it. But it may be easier if it is just out of the 30 days nothing we can do; that's it. "we apologize for the inconvenience, had you called sooner you would have been covered under our 30 day MBG", or something like that.

What ever you think best

I like your idea of too bad, too late, but with us not having tracking showing it delivered to them it is hard to use that line isn't it. I think we will have to re-ship if there is no proof of a tracking number on file that says we sent. If there is, then too bad, too late, too sad.

I agree... but if the product is out of the

never mind... I am retarded :S

that is a new line of product, ha ha

I can be your distributor if you need one.... LOL

<:o) sounds good to me

Good Morning... Back online

Hi ▆▆▆ Welcome back

Hi Nancy, I checked with ▆▆▆ and everyone can jump on the conference call at 1pm... We won't be using the bridge so we'll call you at 1pm :) Which tel# should we contact you at? Or if you prefer you can call us?

let me check and get right back to you.

No Problem :)

Hi ▆▆▆ can you call us at the new office number 780-416-0244 please at 1 pm

GCS-FTC_00000866

No problem... Quick question, on friday we were not sure if the affiliate was going to continue to be offered or if it was just added with all the confusion to the website. I take it is a permanent fixture, at least for now?

You are refering to WCF, right?

yes... sorry stepped away :0

yes it is, as permanent as anything gets eh. It comes up on the page with the t/c and must be declined if they do not want it automatically and then the Upsell comes up after the cc is entered and they must check off NO if they do not want to extend trial period and receive upsell product.

Thank you

no problem. So how is things today, is the script helping out now that it is updated?

Yes Greatly... Would you still like me to send all the faxes to you that are covered in the email that Mike sent out in regards to the double billing. I wasn't sure if they would just be taken care or not :)

Good Morning Nancy... How was the Dentist?:S

Good Morning ▓▓▓ It was horrible. They drilled my old filling out and I got told I had a small mouth. Go figure that eh. No one has ever told me that. So now I have a temp cap until next week when they put a permanent one on. How was the rest of your day?

Good...:) Although me and ▓▓▓ had a issue that we wanted to talk over with you. Would you have a moment this morning? Say around 8:30am... should be quick.

sure, over the phone then?

yes, I think it will be quicker :)

GCS-FTC_00000867

ok, give me a call when you are ready at 78-416-0244

thank you...

780-416-0244, I missed an 0

Hi ▓▓▓ Can you ask ▓▓▓ if she heard anything back from Oklahoma about ACR reports. I am positive I heard it said in the conference call yesterday that actions would be taken and I would be updated by days end yesterd. It is almost noon on the 11th and I have nothing.

Yes I have the 26th and 27th and I will have them sent to you right now. I am still waiting ffor the other ones.

I will call OKC and verify the others are sent immediately

I am going to forward the email with the spreadsheet

no problem, thanks

Nancy when they get the shipping insurance are they accepting the tray or an additional charge or is it just free?

Nancy we have no tel# for the international customers calling for the Upsells... would you be able to update all the phone numbers for international callers as well thank you.

hey nancy do you have a moment for a quick call

sure, do you want to call me or me call you

let me call you :)

GCS-FTC_00000868

DZWTray - Tel# is 86431138007

I will check it out

thank you

████ the telephone number has 1 too many digits?

Sorry 864-313-8007...

:)

I can not pull it up by phone number,  can I have a name or acc # please.

sure let me get that... one sec

ord# is 101702269 for acai... notes were left in the reshipment for the upsell with new address that did not update

Nancy I will be with ████ for about an hour be back soon... Sorry, Good Morning :)

I'll miss ya.  :)

Sorry, I'm Back...

Hi ████

Hey Nancy, We have got the go ahead needed in order to change the descriptors used to disposition

GCS-FTC_00000870

each call. If we change these we can get statistics and reports generated daily, weekly or monthly depending on your need. Would you like to come up with those descriptors or have us do it and then have you okay them. If you would like I can send you a screenshot of the current descriptors.

Can you send me the scree shot and then also what you purpose to change them to an then I will go over it with Heman and get back to you.?

screen shot, not scree shot

no problem... let me send you a screenshot and then I will work on your list so you can add or detrack from it.

I will work on the screen shot after the call with OKC... :)

perfect, thanks ▓▓▓

Nancy I have not forgot about the purple monster... trying to still get the links to work correctly... sorry should have them to you in a bit    .

ok, let me know when you are sending it and I will watch for the attack. :) FYI I will be away from the office this afternoon from 1 pm on.

thank you... I will try to get it to you before then

ok, if you do, that is good, if not then take your time.

:D

Good Morning Nancy, We have a lot of questions regarding the insurance... can you explain the insurance offer a little more. Do they accept anything and if so where in the admin system do we see evidence of that?

GCS-FTC_00000871

I don't know what you are talking about

Sorry, remember on the order you placed in the Premium White website during your visit, after accepting or rejecting the offer of the upsell, you are asked if you would like shipping insurance. We are just wondering if there is something else tied to the insurance offer and if so where in the admin system do we see that? I don't know if that makes better sense.

ok, I am checking on it right now.

thank you... sorry the coffee hasn't kicked in yet :)

be right back

Hi ▓▓▓▓ The shipping and handling that we charge includes insurance and always has.  Now for some reason they are just mentioning it on the website that it is included.  There is nothing that changed other then they have put it in print that it is free.  It always has been free in a way because it was included in the s/h

Okay great... we were just wondering since the offer terms for the upsell are given when they are accepting or rejecting the insurance. We thought that maybe by accepting the insurance they were also getting the upsell. But if they aren't that is great. thank you

No, not that I am aware of.  I will have a look soon and just make sure, but I was told no.  ▓▓▓▓ how is my script coming please?

Done I will send it asap

:)thank you.

Good Morning Nancy,

Good Morning ▓▓▓  How are you today?

GCS-FTC_00000872

Good thank you, We are experiencing a very high call volume, and were wondering if there were any issues, or if this was just a result of the new sales figures from last week.

I am not sure, but I will ask if there is anything that may have put it up. You did get the e mail about the two new upsells of UCP ?

Yes, thank you. the FYI went out early this morning and we have the UM's clarifying with agents who have questions

Hi ▉▉▉ No, nothing we are aware of other then more sales and the new upsells on the two product lines.

Are all the agents using the Product Search Link now?

They have all been trained, except for a lingering few due to UM dayoff or Agent Absence. Otherwise, the floor should all be using the new search.

Ok, sounds good. I guess it is probably just Monday and it is busy. Do the Agents find it is helping to use the product search link and do you think we need to adjust the script for that.

Right now it seems fine but I am going to leave it for a day or so then pull a couple of agents and see if they have any suggestions; they usually know the process better and as a result the ideas are better.

ok, sounds good. I hate to ask, but how are the incentives coming along. I think I am still looking for October ones yet?

I will have those out to you today... After that I will start to send them on a weekly basis... need to figure out the logistics

Sounds good to me. You are working on the last week of October right??

▉▉▉ do you have any refund requests to send for me to forward to the India team. ? I do not recall getting any last week.

GCS-FTC_00000873

yes as wll as the first two weeks of nov.

Ok,  but you will await my approval on those 3 weeks worth before submitting to payroll is that correct?

Yes... always. I am just trying to get everything caught up. Seems things fell apart for abit.

Sounds good ▓▓▓▓ I know what that is like.  Have the calls slowed down any?

No...▓▓▓is in the process of speaking with kathy in regards to it. Let you know as soon as I hear anything.

Youch,  Do we have more classes started today?

Not today, but we will soon. As soon as he's done with ▓▓▓▓I will as for you.

▓▓▓▓▓Are the agents aware to look on the customer account in admin to determine if the upsell was place on line or via a phone call.  If it states phone call, that would be how they got the upsell and if not, it would of been through the original product order. I am sure they look,  but I am not sure it has ever been pointed out.

To be honest I am not sure if the agents have ever had that pointed out specifically but they are aware that they can distinguish between the call order and online order through that... should not be any different. I can point it out specifically on the FYI's if you would like?

Hi ▓▓▓▓ Are you at your desk

hey there

hi,  Do you have a moment for a couple questions?

GCS-FTC_00000874

sure :)

Ok, here goes. The scripting for Fraud has to be changed. I am not sure if we want to leave it to tier 2, or just have Tier 1 deal with it. We have determined that we do not have to refund a customer for something on their cc that is fraud. All they have to do is cancel their cc and it will automatically be refunded by their bank. so we want the agent who determines it is fraud to ask the

customer if they have cancelled thier cc. If yes, then tell them that we will cancel the account and that they will be refunded by their bank if they cancelled the cc. If they say no, then recomend that they do so. Are you getting what I am saying so far.

So, I am wondering what you think would be best, keep it at tier 1 level to deal with, or still transfer call to Tier 2. ?

Maybe I should phone you, would that work better?

Sorry still reading...

What if we do the necessary script changes but for tier2... if fraud is mentioned it is just transferred. I think the scripting coming from a tier2 agent would be better... the possibility of the customer taking the word of the agent without trying to escalate I think would be slim. What do you think?

Sorry trying to do several things at once right now :)

if you would like I know we have a conference call @ 2pm and we could discuss it further if it would be easier

What makes you think we have a conference call at 2 pm today? Did someone else arrange it.?

sorry I was told we had one let me make sure

██████just explained that herman wanted a conference call at 2pm and was going to ask if you had a moment to participate... Herman may have changed his mind, I guess. I know████████has a conference call

GCS-FTC_00000875

at 3pm, so... if you want I can call you and we can go over this?

Ok, Well I tell you what, I will do up a written document and send to you by e mail and give you time to read it and digest. Then I will phone you at 2:45 if that would work for you and we will discuss a few things that will be in the documents. Would that be ok.

no problem... :)

:) ok, thanks ████

Hi ████ I guess I kind of missed my 2:45 time frame eh. Have you had a chance to read the e mail I sent. I am about to send a second one.

Yes, I did and everything looks great.

I am in the process of going over it with ████(trainer) and ████(tier2)

ok, do you want to have a peek at the e mail I just sent to you a moment ago too and then cover it all with them. I will leave you alone to discuss it with them. Message me if you want a phone call ok.

I read the second one and were ging to go over it... I will give you a ring or IM as soon as we are done :)

Hey Nancy do you have a forcasting model for the Physical Products or maybe the WEEKLY TRANSACTION SUMMARY for the last four weeks... we are trying to forecast call volume and we can only see the last week for the WEEKLY TRANSACTION SUMMARY.

I will have to ask Hernan if he is able to help me get that for you. Give me a moment

thnak you3

Hi ████ Hernan says to base it on about 10,000 sales per day and it should be pretty close.

GCS-FTC_00000876

Good Morning... I am in the process of sending you the Incentives for ELP up to the 6th. The Rest of the incentives for OKC and ELP will be finished and sent today.

ok, thank you. I got your e mail about the bank reps calling etc... On your second question you refer to TNR, what is that short for?

Sorry... Transfer Not Refundable :)

Which means the call was transferred to a Tier 2 due to the message coming up Transaction Not Refundable ?

Hi, ███ Are ██████████ and ██████████ the same person?

Sorry I was with ██████ as she was answering you :)

No they are different people

Nancy we have a call right now with a customer that has a tracking number and insurance on the package we show on their account that the return details state zero, the agent has explained we can not refund due to the package being returned damaged or empty and they want a letter from us so they can take advantage of the insurance that they placed on the package. Since we ask them to insure it, do

we then provide a letter?

Acct # DZW062084351191

Is it just one refund amount they want?

Sorry yes I just did not want them to refund and then get an error since we had previously discussed this

So they want a letter from us stating the package came back empty and they want to go through the post

GCS-FTC_00000885

office to get their money back,  is that correct?

yes

they have insure we told them to get

You know what ▆▆▆▆ attempt to refund and put notes in the account please.  It will take of it.  Let me know if it won't refund, then we will have to give them a letter.

It will be a hassel for them to try to get it from the Post office

No problem... I will and then let you know :)

:)

The Account was refundable and I will notate... thank you. I will do this in the future.

Yes,  for the few cases that will come up,  I would say it is ok to refund them and make good notes.  By the time we get them a letter and they go through the problem of following up and trying to get their money from post office it would be so much hassle

I agree :)

I am finishing up the last incentive for ELP... we should be caught up at that point.

Nancy I looked over the ACR report for today and we increased in the number of errors... to try to better our stats what I am doing with the UM's is having them weekly place four agents on Improvement Plans to raise QA and stats. I figure if we can do this for a month we should be able to impact the error reports within two weeks. I started this Monday with the UM. I expect that by the first week

in december we should look much better. Plus I think alot of the errors on today's ACR are new agents... so they will obviously have a few more errors on the onset to the floor.

GCS-FTC_00000886

ok, great . Thanks ▓▓▓▓ We sure would like the name of the Agents at WA who are making this error.

Hey Nancy, I have gone over our report and you are correct ▓▓▓▓ Has 2 code fours (Nov. 5th and 2nd), therefore she should not receive the bonus. I apologize for the error we will remove it from ▓▓▓▓ (UM) total as well. Would you like me to resend it with the correct?

No, you do not need to re-send it, but make the corrections and I can tell you that it is approved for payment at $105.00 for UM, and 340.00 for Agents. Thanks

Thank you.

:)

Hi ▓▓▓▓

Hey Nancy, sorry stepped away

no problem. Would you give me a breakdown please on how the $$$ is split up between ▓▓▓▓ and ?? I see ▓▓▓ is on there, but not getting the $$, so who gets it etc...

I'm sorry I don't understand what money is split...

I will get right back after lunch, I am going into conference right now

No Problem

Sorry... I still can never remember to put "Away" :)

no problem. I am sending a e mail to you with attachment with changes. I message ▓▓▓▓ oo an I was hopin you two could read it and then if you want a phone call we could discuss it after you have read it.

GCS-FTC_00000890