Okay... I know you were having a problem reading the format for the Incentives, so I tried to simply a report for it. I will send it let me know if it is easier to read.

:) ok

Nancy we read thru the email and attachment... would you like us to call you?

sure, call me at th 780-416-0244

whoo. can I call you instead, Susan is out and I don't know where your call will go

Hi ▇▇▇ On the incentives for Oct 31-Nov 6th I have two agents who you say are qualified for bonus but I show they have errors. Please investigate: ▇▇▇▇▇▇, Cod 3C error Nov 2, and ▇▇▇▇ code 5 error on Nov 3.

Good Morning J▇▇▇▇▇▇ I was just informed that the re-biling did not get through on the admin system, there was an issue that they are looking into. So you probably won't need as many staff as we thought for today. Probably too late to do anything about it now. Sorry. I will get back to you with any news on what to expect as soon as I am up to date on what is happeing.

Thats great news! if that was the case we would have been slammed today with the additional volume...thats what I was dreading today... I just want to have a great monday...this could be the one

Thank you Nancy... Actually things should workout okay since we have to expalin the new billing system and uptrain the agents

no eta though?

I guess since we took down all the other websites, sales dropped from around 15,000 to 7,000 a day so it should not be too bad for calls for a few days. Once the re-billing hits, it will get busy. I will let you know as soon as they determine what they are going to do about the admin system and the billing.

Have a good Monday :)

GCS-FTC_00000891

thanks Nancy

Hi ▓▓▓ Have you made any changes to the script or protocols sinc the last time you sent it to me?

I have not made any currently... however I am in the process of changing the billing explanation for the agents. We are also starting this uptraining today to go over this...

ok, sounds good ▓▓▓ Let me know when you make the changes and I will get my newest purple monster. Do you want any help with scripting or are you ok with it.

I am trying to make it really easy... it should be okay

ok, let me know if you want help or if you want me to ask for youto come to sunny Alberta:)

okay... thnak you

Hi ▓▓▓ When a tier 1 agent is transferring to tier 2, should we be able to hear the conversation they are having about the account?

Yes but only in the tier 1's call... the tier 2 call should start only after the Tier 1 agent has transferred and therefore won't have the conversation

ok, thanks. I just listened to a call and I could hear the tier 1 speaking to the tier 2 about the customer issue. I assum the cx is not hearing it and then the call starts new when tier 1 hangs up and tier 2 begins to talk with the cx

correct

:)

GCS-FTC_00000892

Hi ▮▮▮ I am having a hard time understanding why Agents are still refunding on Fraud cases. I had ▮▮▮▮▮▮▮▮on Nov 23 calls and today for the 24th I have ▮▮▮▮▮▮▮▮. Can you see if either of those agents are in today and if so make them very aware of the change.

No problem... and I will check if they have taken part in the uptraining

Ok, actually on ▮▮▮▮▮▮▮▮for Nov 24 call, she master cancelled, not refunded. But it is still wrong. Has the protocol and script been changed on the computers for agents to know about in FYI?

I just spoke with tareva and she did go thru the training yesterday. Apparently she was confused, but she was set straight yesterday

Ok, I hope she has it straight, because in her notes, she states she informed the customer that the bank would issue refund for the charge, but she master cancelled so the charge has been voided.

▮▮▮▮▮▮▮will be here at 11:30

I will address here then

As for ▮▮▮▮ she is aware and any error she may get is on her now

And has the FYI and scripting been put on the computers yet?

sorry, yes let me send it to you

no problem, I can wait for it until you get all the changes that you were going to make done. or are they?

all the previous changes yes... the new protocols we just did yesterday no... h

Ok, well lets wait and get them on there and then send it ok.

GCS-FTC_00000904

FYI if you are talking to ▓▓▓, I believe she is scheduled for WW as per ▓▓▓▓▓notes, so you may want to check first.

No problem... I will.

:)

What time are you in to for today?

Just till 12:00am

sorry PM

:P

Got big plans for turkey

Got to go to mom's... family is getting together :)

That will be fun.  Enjoy.  I am getting hungry thinking about turkey dinner.

Thank you I will... I am starving already :D

Hi ▓▓▓▓

Good Morning

Good Morning Nancy, I am going to be interviewing for the rest of the day for QA... if you need something please email me and I'll get back to you as quick as I can.

GCS-FTC_00000905

Hi ▓▓▓ that sounds good.  I just got in at 9:30 myself.:)

Hi ▓▓▓

back in the office in case you need anything :)

:) Hi ▓▓▓ I was just chatting with ▓▓ about the charges in purple.  They should go through tonight in batches.  Once that happens we hope the rest will fall into place.  If the charges go through as expected this evening,  then the calls could get really busy and if the hold times get too long,  we may ask to have an IVR put on telling customers to go online to the chat line and then give

the chat people permission to give return instructions.  So we will have to keep an eye on the hold times.

No problem will do...

:P okey dokey

Hi ▓▓▓

Hi ▓▓▓

Good Morning :)

Good Morning,  Have you seen an increase yet today in call volume?

Right now it is looking good... we have not had an increase that has not been manageable by the floor.  Currently we have no calls in queue :)

Ok, thanks ▓▓▓ It is looking like the mass billing we expected to go through last night  (re: purple

GCS-FTC_00000906

pending) did not go well. I will get back to you asap when I know more.

Thank you... :)

:)

Hi ████

Hey Nancy :)

How are you doing, are you out making a snowman.?

I really wish I was... snow in el paso is like a snowball in hell... they just never happen

You want to see lots of Hell, come on down to Edmonton, ha ha.

I am wondering if you can confirm with me that you have been keeping stats of the reason for calls?

I we sent them out last week... to tech and they are in the process of making the switch I was told they would start very quickly, once they do I can send you a daily report if you would like?

Yes, that would be good. We are trying to determine what the main reason is for calls coming into GC. What would you guys determine is the top 3 things and what puts AHT up?

Cancellations, Billing Errors and Refunds... but this is just what I think... the report will better narrow it down

thanks ████

Good Morning Nancy, We seemed to have had a glitch with the system this morning but as I am sending

GCS-FTC_00000907

you this it seems to be going back up... we were down for approximately 15 min. with only a handful of reps taking calls. we just wanted to make you aware

Ok, great. Thanks for letting me know.

Good Morning ▓▓▓▓. Can you pleae update the agents that it is really important for them to put their initial and last name along with their id number in notes. I get tired of having to look up an agent by their id number when I am checking notes in accounts. It is not that big of a deal to add their initial and name. thanks

No problem :)

:) thanks ▓▓▓▓

Hi ▓▓▓▓. Can you tell what the hours are for GC in El Paso and then the same for Oklahoma please

Sorry the hours are 6am to 8pm Moutain Standard Time

Ok, so that is 7 days a week at both centres then?

No, only Monday - Saturday... Sunday is off (no one taking calls)

ok, thanks ▓▓▓▓

Hi ▓▓▓▓ Yes we are having the 2 pm conference call today. talk to you then.:)

Okay I'll let everyone know :)

ok, sounds good

GCS-FTC_00000908

just in case you need the number :)1-866-819-0780.....passcode 8134856

Hi ▓▓▓

Hello Nancy, sorry I have been in interviews the entire day and probably for the rest... I will come in and check my email every so often in case I can help you with anything

No problem, I was just going to ask you if the call volume has increased much today

No, we have still not seen the upswing in calls yet. It may come tomorrow or later in the evening once everyone gets home and checks their finances...

Talk to you in a bit? Have a couple more interviews...:)

:)ok

:)

Hey Nancy I have a response for ▓▓▓. we have about 47 Product Research Form for the purple accounts... we are asking that the agents fill them out after every call.

just so we can deal with the blue charges that for most of the customers is coming up really quickly

I am not sure what you are talking about ▓▓▓ try again please

Sorry, ▓▓ was asked about how many calls have we have had in reference to the rebilling right now 47 product research forms (PRF's) have been turned in... we are asking that they fill them out for the call so we can send them to you for either refunds, pending blue charges that will not cancel, etc...

Sorry I thought ▓▓▓ advised you I would give you an answer

GCS-FTC_00000909

No problem...

:)thanks,

Hi Nancy

Hi █████

Hey nancy, was the format for the ACR report that I sent yesterday okay.

I think it will be great █████ but truthfully I did not get too much time to look through it, I am working on the new stuff right now,  I will look for sure today and get back to you.

No Problem, thank you

One last question we have an account where a week later the customer has a pending payment... can you take a look, we just can't explain to the customer why the frequency of the charge and the reason for the charge

Acct #DZW164790287059

sure, I will have a look and get back to you as soon as I do

no problem... thank you :)

Hi █████

Hi █████

GCS-FTC_00000916

Sorry was buying christmas decorations :$

Oh really, is there a good sale I should know about:). ███ is ███ about? I was wondering if she will be sending me an ACR report in the new format you devloped

yes let me let her know to update you now :)

are we still meeting at 2:00pm

good question, let me check with Heman, Wed at 2 always sneaks up on me8-i

:)

yes, it is a go. Talk to you in a couple minutes.

OKay (H)

Just quickly before the call, I have information on the MBG for the upsell now that there is a 35 day trial period. On the trial product, the MBG will start the day they are charged, which actually extends it up to 65 days. The second and continuing shipments would have 30 days from the date of the charge for them.

Thank you

hey ███ what is the number again please

I promise to write it down this time

1-866-819-0780.....passcode :)

GCS-FTC_00000917

No problem... Quick Question Would we need any scripting for Tier 2?

I am thinking NO, but I have to think it through with this darn change in the trial period from 30 to 35 days and then the not charging for the upsell until 35 days later instead of on the same day they ordered. What is you opinion.?

Hi ████

Hey There

I had a look at the script, it looks good to me. So when do you think you are ready for us to launch this?

Monday... :)

We will finish up everyone saturday... and a couple of straglers on Monday Morning

Straglers only due to absence

OKC is 80% completed inregards to training and ELP is at or right above 50% completed (we have more agents)

Ok, I shall let them know then, I think that is pretty darn good. So what do you think of this new idea of membership?

Looks really good... we were discussing the changes and we think they can only be good for you and us :)

Great, I will get back to you with what ever I find out today on the launch, ok, No not lunch, launch ha ah

GCS-FTC_00000923

Cool... (H)

Hey Nancy, one other question in regards to the notes

Some of the agents are choosing more than one drop down and getting dinged for it. The agent is choosing for example; cxl acct, and informed customer of charge. Both of these are things they are doing, do you think they should be dinged for that... I was under the impression the drop-downs were to shorten notes and errors... what do you think?

████████████@gcserv.com has been added to the conversation.

No one is getting marked with this as a strike against them at this point, but I do want to see an improvement on them using only the correct drop down note. The first 5 drop down notes are the ones we put in based on what GC asked for, then ████added most of the remaining ones as per WE Answer wanted. So, it is ok to use any of the drop down notes if they are applicable, but don't use them

if they are not applicable. When I asked to have these notes put in the drop down, I was not aware at that time that we would not be able to put notes unless we selected a catagory from the drop down first, I thought it would be optional

So if the agent chooses these to drop downs and then adds further notes to clarify this would be wrong?

If so, how do we give one priority over the other? Bascially, how do they decide which one would be best or correct?

No, they are not going to be marked with an error for putting a drop down note and then adding additional comments as well. The way to determine which drop down note to use is 100% based on what they did and if the note fits. What I don't want to see if if they send e mail with return instructions but choose to use drop down note #3, instead of the correct one #2.

Okay so if we find some like the example that I just gave we should not mark them as error like india suggests but coach?

Yes, for the last week or so and up until mid December, lets not mark them with an error for this type of thing, we will mark green and then after mid month they should all have a good idea of what note to use and we will start marking as an error come the 16th, does that sound fair.

GCS-FTC_00000924

PI Exhibit 9 Page 00833

ok, thanks. Other then that they are doing wonderful.

Thank you we are trying to ramp up the monitoring to catch errors quicker and address and correct.

Sounds good. No date given to me yet on when we are switching to the Membership. There is a few changes to the membership, but I do not want to go into it until I get the final go ahead and confirmation that it is a go. I will update you as soon as I can. So are you all ready for Santa?

Yes... and I have been extra good(A)

Yah right, I doubt it. :-O ha ha. I have been too, so he will probably bring me something special.

That is what I am hoping for :D

Hi ███████

Hey there

stepped away sorry

Hi ██████ Are any of your agents getting questions from customers in regards to JTM and Oprah story?

I have not heard of anything...

Ok, great, we will leave it at that then. Let me know if it does pop its ugly little head up and become a problem.

okay

GCS-FTC_00000929

:)

Sorry one last thing... we heard ▓▓▓▓ Yesterday and have removed him from Tier2 and issued documentation already

Ok, sounds good, I have to assume you agreed with it then

Definately... no reason for 50%

Actually ▓▓▓▓ just a minute, which call are we talking about?

Session 8766837 ; no scripting and refund 50%... was that the right session?

I have to have a peek at that one ▓▓▓▓ I was double checking because yesterday on session 9458300 I had asked for WW but then discovered via ▓▓▓▓ that he had not made an error, so we removed that. Let me check the one your speaking of. I will be back.

Okay

Ok, you got me on this one, we are talking about ▓▓▓▓▓▓ session 8766837 right?

Hi ▓▓▓▓ I found the session you referred to in November. It was November 19 error and I asked for immediate action. WW was issued on Nov 26 and I assumed it was the end of that. So that is why I am a little confused with your message today.

On yesterday report for calls of Dec 11, he was on my written report for session 9458300 for not giving proper cancellation number, then ▓▓▓▓ and I discussed it and confirmed he did give a proper number so the mistake was to be removed.

We had listened to the call corrected the issue and explained that if there were any further issues he would be removed, thus why he is being removed today we found further issues in yesterdays calls that warranted his removal today. THe only reason we listened to more to calls yesterday was to verify that he was not making any other errors (forgetting cancellation #'s)

GCS-FTC_00000930

Sorry I think I confused you... didn't mean to

Ok, I just wanted to make sure he was not being repremanded for the error on the session 9458300 when it was not warranted. Thanks.

No Problem... .

So if you have removed him from Tier 2, I guess I should change his status in Admin

Yes, please. :)

Ok, shall'do.

:)

Nancy, we just had a call from a customer who is claiming that our outbound call center is harrasing her to purchase despite her stating several times that she does not want the product... her caller ID is stating 312-878-5613. THe call was from chicago and claimed they were PremiumWhite Pro

Ok, let me look into it and get right back to you.

Sure... just thought you should know.

Hi ███████ is ████████ with you.

No she went home for a second will be right back

ok, no problem. It seems to me she said yesterday she was sending me incentive information for both locations, but I have never got it.

GCS-FTC_00000931

Nancy are we still meeting at 2pm?

Hmm, I will check. what are your thoughts, do you want to have a conference call?

Not for us we are good, thought I would ask in case you all had something pending :D

I just asked Hernan and he says yes, so we shall call you at 2. Good thing you remember ▮▮▮▮ I always forget.

No problem (A)

Good Morning J▮▮▮

Good morning just got in :)

Hi J▮▮▮ How are you today.?

Good, How about you?

Pretty good.

Hello nancy

Hi ▮▮▮▮

I replied to the email about the increase in refunds and what I am being told by the agents is that it is due to the pending blue charges that would not clear after cancelling an account that the purple rebilling. So now that most of those charges have gone through they are calling back with a cancellation number and we have to refund.

GCS-FTC_00000932

And most of those are being done under Tamara's ID so the agents would not get penalized but we can only do that so much.

Hi ▮▮▮▮ Great thanks very much for your reply and I will have a look at the e mail.

No problem... :)

Nancy?

▮▮▮▮?

howdy

Hey there, I just forwarded you an email concerning the outbound sales... apperently we are getting a couple of calls where the customers are stating they are being asked to update their CC info in order to continue with the product... I did not think we did this. Am I wrong?

Let me check with Hernan, they could be getting nasty and doing things they should not be doing as we are letting them go. I will be right back.

Thank you3

I am stepping out for a sec... be right back :)

I'm Back

Hi ▮▮▮▮ Yeah that is suspisious. I have asked Hernan, and the Outbound call centre is not aware they are going to be down the road, so they should not be doing it out of spite, but we are not sure what is up. I am going to try to listen to the call on the Outbound line and see if it is them or not. I will keep you posted.

GCS-FTC_00000933

Nancy...

never mind I got it... sorry

:) I love short stories, ha ha

:D

Nancy...

Sorry, I am going to have to ask you after all

Nope, it is too late

:)

I have a mother calling about a son that ordered the product. He entered his year of birth 1992, never falsely represented his age but since the website never asks for a specific date or month the son is still 17. She wants a refund since the website in the terms and conditions specifically states "The Site, Membership and/or the offered Premium White™ Products are available only to individuals

that are at least eighteen (18) years of age and that can enter into legally binding contracts under applicable law", therefore ther is no legally binding contract and wants the refund and the cancellation.

I was going to refer them to the bank or credit card, but I thought I would ask you first:)

Hmmm, I think she should kick his ass real good and take it out of his allowance. Ooppss, I guess I am not suppose to say that, just kidding. Well what is it anyway, a membership and I would assume it is past the 5 day trial?

GCS-FTC_00000957

yes

I will get back to you in a moment, can I have the acc number to look at.

let me get it one moment

PWPro, Cx!#: 977675, under ▓▓▓oneill

Hi ▓▓▓  The mother must be over 18 and if she is the cc holder, then she is responsible.  If it was before the 5 days was over, the membership would be cancelled,  but not now,  they best make the best of it and order some product.

The son is the card holder

not the mother

I tried that...

LOL :D

Hmmm  the plot thickens,

LOL:D

Ok,  lets go with this then.  Anyone under 18 would not be able to get a cc without a co signer.  Voila, Momma again.  If she co-signed she is responsible.

It is a debit card with the Mastercard logo... 17 yr olds can have these without parent signatures... tried that as well

GCS-FTC_00000958

Mom is way to bright 3:30 in the afternoon...LOL

Is there a way that in the future we can ask for the date and month to avoid this... while you think ^o)

I do not foresee that we will ask for Date of birth because they would just lye any way if they wanted it. We are going with the assumption that a debit card is not a visa and there fore is not covered under what our Website states about having to be 18. If the 17 year old has a debit that automatically swithes over to MC when he is overdrawn, someone must of co signed for it.

We will not be refunding.

Cool I will explain that to the mother and if she still has a problem she can go back to the bank

We will however adapt our statement to cover situations like this in the future. Hernan says he will have Simon change it to basically state it is assumed you are 18, or the onis is on the card hold to be responsible.

Ok, sounds good ▓▓▓ We have to draw a line somewhere.

No problem... I just did not want to be the one with the crayon :D

No problem, I have a big black magic marker  lol

Good Morning ▓▓▓

Good Morning

How are you today?

Good Thank you... You all packed up and ready to go?

GCS-FTC_00000959

sorry, went to lunch, I will be in my office when you need me

Hi ▓▓▓

Hey there

Have a question after yours

Oh, what the heck, yu first:)

Hernan sent us the new corp office address... so where are we then located? Also since it states Colesdale LTD. as the corp name, is that the name of the company as well or still the name of the product we are cancelling?

That name is only for legal purposes, but any product still being returned is to Aurora. Still use the name of the product when cancelling.

Done... thank you so the corp office is UK we are aurora and the name of the product we cancel. Thank you just making sure,,, Now your turn :D

I sent you an e mail, just wondering if you got it, and also is ▓▓▓ in your office as she is not on line on IM

yes, sorry still doing team calibrations... let me check my email

No rush, What are team calibration anyway?

we have unit managers monitoring calls. So to make sure we are alll grading fairly we come together as a group and listen and discuss calls.

Oh, I see, ok, sounds like a good plan:)

GCS-FTC_00000964

always want them to get anything they can in the way of the incentives. It is not their fault that things are slow. Do you think we should lower the hours needed to qualify perhaps.


Is it snowing in El Paso again?


Last night... elpaso's should go out today... OKC are the ones wading through snow and ice :)


They have had some snow days the problem is their payroll dept. is slower in turning around the information to us. :(


Crazy weather eh.   If you think that we should lower the amount of hours needed to qualify for incentives or have any other suggestions as to how we can work around this slow time, please forward the ideas to me and I will see what I can do. Jesse is pretty good when he is presented with the facts and he likes to make sure the Agents are taken care of.


No problem will do today or monday morning :) they will appreciate the consideration


:) ok


Nancy we discussed it and what we are think is 30 hrs for the month of jan. and 20 hrs starting the 1st of feb... due to the workforce reduction and the part-time status of remaining reps. What do you think?


Let me work on the 30 hours a week for January based on full incentive of $50.00 week with no errors and AHT at 5 minutes and then we will see what happens come February.  sound fair


that sounds good, for february we can cross that hurdle when we get to it :)


Hi ▮▮▮


Good Morning


Good Morning,   ▮▮▮ on Friday when we were discussing the incentives and changing to 30 hours to

GCS-FTC_00000975

qualify, did you think that I approved it at 30 at that time?

No... we said I would give you a little time to work on it. Was I incorrect?

No, that is correct. I guess ██████████ thought it was approved already. No big deal at the moment. I am waiting to talk to Jesse on it ( I did mention it earlier today to him but no reply yet). I will look at what she sent and print it off and present it to him and see where it goes from there  :)

No problem... I will let anna know

It is ok, she already knows because she brought it to my attention that she had jumped the gun, so please don't make her feel any worse  :(

No problem

:D

Good Morning ██████

Good Morning

:D

Hey ██████ I am listening to some calls and it seems to me that the few I have listened to the Agents do not seem to be aware of all the different phone numbers we have or how to locate accounts. Have they been trainned on the Product Search Link and do they have updated lists of phone numbers and descriptors we have?

The link is not working with any of the new telephone numbers that were added and the ones that are present are not always working... I explained to Heman last week that we would use the old way till the product phone search was corrected. Sorry I forgot to update you.

GCS-FTC_00000976

Do the Agents have a list of the phone numbers that appear on cc with the descriptors?

Hernan has not updated any of the credit card descriptors but they have the old ones... but these are of no use if the search does not work.

Hmmm, So we have some agents using it and some not, by the sounds of it. Perhaps pull all of them off of it until it is working proper then. I am going to forward an updated list of all our phone numbers and the decriptors. Can you perhaps copy it and have each agent have it posted in their cubicle so they are aware of our numbers.?

I checked with Hernan and yes the link is still not working proper.

I am thinking it is best to pull up the accounts without using the Product Search Link too, because yesterday Gaurav brought another account to our attention that when you use the link it shows the cx account with one charge, but when you go through the old way it shows there are actually 3 charges.

We have asked the agents to not use the product phone search for now but since we have some agents that have not taken a call in a week due to manadatory time off, some of them are using before we can catch them... I will make sure to readdress the agents

Ok, sounds good ████ thanks. By the way, were you sending me the purple monster or did I dream it?

Yes sorry will do now :)

:) thank you

████ has ████ discussed anything with you about agents who are being laid off on the 15th?

yes we are laying off quite a few

Sucks eh. Sorry that it has come to that. So what is being used to determine who goes and who stays?

Hey there, sorry I was getting my eyes checked

oh, I hope all went well. I want to say I am not rushing you on the manual you have for the Admin, but that would not be true, I am being asked if you could send me what you have   Old or New.

Sure let me send the old one now and the new one when done...

I am going to look for it and send

Ok, thanks a lot ▓▓▓▓ I appreciate it.

Hi ▓▓▓▓

Hey there

Did the new list of phone numbers get posted to each cubicle ?

I am still listening to calls where Agents are asking for the toll free number and then the person gives it and then they tell the cx no, that is not our number.

The new numbers are posted in the Purple monster and I can post them in the cubicles if you would like... do you know if the agents you have heard have been OKC or El paso... either way I will make sure OKC has gone over everything with their agents... one minute

this particular call is El Paso and it is agent ▓▓▓▓▓▓▓▓ session 11532160 from February 3

She is still using the product search link and is not familiar with the numbers or the amount of charges by the sounds of it.

To be honest we are having a problem with this rep and we are placing her back in training due to her call

GCS-FTC_00000984

quality

She has come out on the report alot and I had QA listen to more of her calls and as a result we are putting her back into training... she had to many questions

OK, hope it goes well. thanks

I hope for her sake it does... not the time to be making to many mistakes

that is for sure. I don't recall her name previously, is she new?

Mildly... but not that new

Nancy...

Hi ▉▉▉▉

Nancy, I was making sure with ▉▉▉ about the training for ▉▉▉ but I just was reminded that she will be one of the one's leaving us. Should I retrain her anyways to keep her on the phones for the rest of the week or Should I make other arrangments for her?

If you could have QA coach her on the errors I am sure that would be sufficient.   If you feel that would be the correct thing to do, I would agree.

No problem, will do :D

:)

And ▉▉▉ don't stay late or work too hard trying to complete the trainning manual for Admin system, If you guys could complete it on Monday that would be great. We have an employee working on putting together a manual for the whole admin system and he wanted a starting point so we were trying to pull in anything we could from both call centres. But I don't want you and ▉▉▉▉▉▉ to fret

GCS-FTC_00000985

over it.

No problem... I will still get that to you asap monday

sounds good.

Do I dare ask if you had any luck starting the printed format of the purple monster

I have and the white monster... Haha, is also coming along. The membership is easy it is the Old Scripting that is giving ne white hairs. :D

sorry, me white hair :D

Have a blue monster

Nancy sent the wink "Blue Monster"

That was great... needed the laugh today :D

Hi █████

Hi ████  Are you around today?

Good Morning ,████

Good Morning... Sorry about yesterday I Had to go to the doctor :)

GCS-FTC_00000986

No problem, I hope you are feeling better today

████ I have questions for you

Had my yearly check-up and told I have High Blood Pressure :(

OooH, that is not good, so did they put you on meds or are you working on getting it down yourself. It is not something to fool around with

Meds and new diet :(

Youch, well good luck with it, it is hard to believe but diet does play a large part in high blood pressure, I know when my husband lost 30 lbs his bp went down and he was able to get off one of his meds. Stress is a real factor too. I guess you probably know all that, so I can quit mothering eh. :)

I appreciate it

I have the paper version done and I will send today

I am thinking that I need to do a change to the script or protocol on the agents telling cx to chargeback. I am wondering what the best procedure would be. What I would like to do is have the agents forward any legitimate concerns about refunds that have not processed but show they have on the cx account and also refunds that are legitimate but admin says TNR.

Sorry ████ do you mean the paper version of the script?

yes

Wow, great

What I had done to alleviate this was ask that all cx accounts not receiving refunds be transferred to tier 2 to avoid "chargeback" being said. This is why rajeev has had the unending mess of non-processed

GCS-FTC_00000987

refunds lately.

Has there been lots that have been sent to Rajeev, that I have not had a cc on?

Yes sorry, Heman asked me to forward all of them to rajeev. I assumed he had told you. I will forward all the ones we have sent along with the faxes. I apologize, I forgot you were out at the time

But I will CC you in the future

as well

OK, please send me what you have sent him so far. I know I seen one e mail you had sent and I dealt with them myself and messaged you on those ones. So are they mostly to do with the refund shows it was done on the system and yet the cx never got it, and also refunds that are being attempted and the system states TNR?

Yes... we are getting alot of these and so Heman had asked us to just forward them to rajeev since he had access to the merchant accounts to check on them and email the client with a response.

The majority of these calls have also faxed us in the past so we were sending the faxes along with the request for refund.

I also have access to the Merchant accounts and I am thinking that since I have the time right now, I could be searching these too. So I guess you have a process going right now where the agents are giving you the details on a day to day basis or what?

Sorry... Yes, as they het them we are turning them in to rajeev

since we have an over abundance of agents we have them typing them up for us to send

Ok, sounds good ▉▉▉▉ so do you send them daily?

GCS-FTC_00000988

Can you cc me on them from now on and I will work on the issues as well.  Meanwhile I will do up a new protocol so that the agents are not telling cx to chargeback any more unless there is no other option.

Hi ▓▓▓, Can you find a recent e mail that you would of sent Rajeev in regards to refund issues and then forward it to me, I want to see what they are noting in cx account when they deal with issue.

No problem... let me find some. One sec

Ok, thanks, the one I did get and dealt with already is from Feb 2nd and the first Customer name on the list is ▓▓▓▓▓▓▓▓▓▓▓▓▓

Okay let me check... see what I have

:)

Hi ▓▓▓ If a customer is calling about duplicate charges and is going to fax the details to us, do yo want a tier 2 agent to get involved or do we keep it at tier 1 level?

I would say we should keep it with Tier 2. Only because they can verify the need to fax is relivant.

what do you think?

Otherwise I think the agents will just have everyone faxing and then we will have an issue with faxing

ok, that is what we will go with then,  transfer to tier 2 who will then inform the cx to fax it to you

yes, if they feel the fax is warranted. My only suggestion would be to add some perameters for customers faxing, i.e.: double biling, duplicate charges, transaction reciepts for post office, etc..

Sound good, I will send you what I have typed up so far for your imput.

GCS-FTC_00000989

:D

Hi ▆▆▆ thanks for the e mail. Holly smokes, is that a typical day, or is that a weeks worth?

That is about three to two days

Ok, so is that how you would forward them to Rajeev, in that format

yes, unless we can find a fax they have sent. Then we add the fax when we can... but last week we had more of these calls than we have had in a while and thus the reason we did not try to match to a fax.

Ok, sounds good ▆▆▆ I guess for today, we better send the fax to the India team to start on as I will not be here for the rest of the week and Monday. If you could cc me on any refund requests from now on and I will work on some of them too, when I can.

No problem...

Thanks ▆▆▆ Just to re-cap, I will be out of the office as of noon today until 8 am on Tuesday the 16th. Rajeev will cc you on the error reports. ▆▆▆ can continue to send ACR reports to me daily, but she doesn't have to cc Hernan this time. I will catch up on the 16th with you all.

Good Morning... How are you doing this morning:)

You were missed :D

Hi ▆▆▆ I am doing good thanks, How are you doing?

Very well thank you...

Well that is good. So anything happening that I should know about, or has it been nice and quiet?

GCS-FTC_00000990

Nice and quiet... calls a little worse but other than that everything is hunky-dorey :D

I am not sure if ▓▓▓ sent you the incentives for the month of janaury yesterday? If she didn't I will make sure she sends those out to you immediately... we are trying to get them paid out to the agents laid-off with their last check. Can I ask that that be first on the pile you probably came back to :)

Sure, Not a problem. I will check my e mails right now

THank you

Hi ▓▓▓. For the El Paso Agents the most recent Incentive information is for the week ending January 22nd. Just so you know where it is at. :)

Thank you, I will have send the rest this morning :)

Hi ▓▓▓

Hey there :)

Hi, I have asked several times for ▓▓▓▓▓▓▓▓ to be re-trained and everytime I get an ACR report, he is coached. I have then asked for him to have WW and today I see he is on the list as coached again. If you like, I can send his history to you. But, I do want him off the floor today please. Unless someone can give me a darn good reason as to what is up with him?

Let me check into it... one sec

Ok, thanks.

Hey Nancy...

GCS-FTC_00000991

Nice and quiet... calls a little worse but other than that everything is hunky-dorey :D

I am not sure if anna sent you the Incentives for the month of janaury yesterday? If she didn't I will make sure she sends those out to you immediately... we are trying to get them paid out to the agents laid-off with their last check. Can I ask that that be first on the pile you probably came back to :)

Sure,  Not a problem.  I will check my e mails right now

THank you

Hi ▓▓▓▓.  For the El Paso Agents the most recent Incentive information is for the week ending January 22nd. Just so you know where it is at.  :)

Thank you, I will have send the rest this morning :)

Hi ▓▓▓▓

Hey there :)

Hi, I have asked several times for ▓▓▓▓▓▓▓▓▓▓▓▓o be re-trained and everytime I get an ACR report, he is coached.  I have then asked for him to have WW and today I see he is on the list as coached again. If you like, I can send his history to you. But, I do want him off the floor today please.  Unless someone can give me a darn good reason as to what is up with him?

Let me check into it... one sec

Ok,  thanks.

Hey Nancy...

GCS-FTC_00000991

Hi ▮

▮ was termed by us last thursday after retraining... he was just not cutting the mustard

OK, I just seen him coached on the 10th and that is as far as I had ACR reports for . Thanks for the info.:)

No Problem... we did a bit of house keeping in OKC and there are more reps we termed I will send you a updated roster of agents in OKC and ELP

ok, sounds good, thanks

Hi ▮

Hey there

sorry stepped away to check the floor

No Problem, I was just going to ask if you distributed the India team report from Rajeev today for calls of Feb 12th. I just sent them out now incase you hadn't.

I had I think they are finished and doing the coachings now

Ok, but that seems fast. They were just toays e mail

today's e mail

I sent them out before 8am... they've been working on them for 2 hours

Ok, great thanks, I have not looked at them yet. I got ▮ e mail with incentives for 3 weeks

GCS-FTC_00000992

No problem... I apologize I was under the understanding that the india team was refunding through the merchant account with a simple click not cheques

Well it is more detailed then that. They were dealing with all the refunds back in December when we first had the big issue with the re-bill, but since that passed, they have not been dealing with it any longer as per instructions they received. (I just heard about it myself).

There is more. Due to the merchant account problems we are having, even refunds that have been processed in the Admin system for legitimate refunds by the Return Department are not actually going through. So those customers which are calling now, will not be getting refunded by cheque either. We will have to have the agents tell them to contact their bank or cc company to proceeed with geting

their refund. I am doing a document up but I thought I should run it by you first. Maybe I should give you a call. Are you at your desk

Yes :)

would that be ok to phone you instead then

Sure... No problem

Good Morning ▮▮▮▮

Good Morning

I am looking at the e mail you sent me about the double charge for membership in account VSKN▮▮▮▮▮▮▮ and I am wondering if the customer actuall stated in the conversation that he has two charges on his cc. It does not really say in the notes if that was stated. I am trying to figure this out at this end.

From what OKC explained to me when they called they stated the customer was upset about a double billing and then when the agent looked they saw the customer had to charges in the admin as well but they could not refund due to the TNR

GCS-FTC_00000995

Yes I am still trying to read them... but they look good so far :)


Ok, sounds good. Already one change, lol. On the Auto Replenish Membership which i am going to refer to from now on as the ARM, there is going to be a 14 day trial. So only for new customers will there be a 14 day trial and they will have 14 days to be a member and if they cancel before the 14th day, they will not be charged $14.95 for the 50 bids they got as ARM. If they don't cancel


within 14 days, they will be charged on day 14 and then every 30 days after that.


Sounds good... will you email me this just to keep a paper trail


sure, I can re-send the same document and it will have the change on it. This project is coming up faster then originally planned, so we need to get onto some scripting to stay ahead of the game, So I am going to start some this morning and basically just follow the layout we have for all our other script. Will you have time today to work on any of it.?


I am yours all day... :)


Did you need me to start the process to activate any tel numbers?


I will get you the answer to that question. be right back.


Hi ███, We have a list of spare phone numbers, so Heman will choose one and then he said he would let you know which number to activate.


THank you I will let ███ know.


In the mean time let me know if you need anything :0


:)


GCS-FTC_00001007

Ok, thanks ▮▮▮▮ I am looking at the Membership script that you sent me (printed version), which by the way thank you very much. I am using it as our template for the Swipebids to see if it works pretty good.

Quick Question if the customer uses the 50 bids before the 14 days do they still get charged?

Nope, they will only get charged the $1.00 processing fee and the 50 bids they got for the first ARM will not be charged to them if they cancel within the 14 days. good deal eh. I think I will just join up and then cancel every other week. ha ha

That could all change in a very short time, but for now that is what I am being told

That is what I thought. sounds good I already used my dollars worth and cancelled.

:)

Hi ▮▮▮▮ We are running a few minutes late for conference call, here we come now.

No problem will relay :)

:)

Good Morning ▮▮▮▮

Hey there :)

Hey ▮▮▮▮ How are you today?

Good how about yourself?

GCS-FTC_00001008

Ok, thanks. Hernan put together a script that he sent me and I have been playing with it. Do you want me to forward what he did to you so you can have a look at it.?

That would be great...

Ok, I will forward it to you right now.

Thank you

Hi ▓▓▓▓

Hey there

How ya doing?

Good... lunch was great too :)

I have updated my notes a little on the Swipebids that I sent the other day, so I will forward them to you so you have the little changes too. The most important change is about the way the customer is charged in the ARM program. It is a little tricky, they get their first 50 bids when they sign up and have 14 days to cancel the ARM, if they don't then they get charged the $14.95 on the 14th

But also on the 14th or 15th day they will get their next 50 bids deposited to their account, but the charge for those next 50 is not for 30 days from that date, so they get their bids deposited but have 30 days to use them before they get charged. Let me know if I have confused you more. It is backwards to receiving product because we used to charge the day we ship, but this way they get the

bids and pay 30 days later.

Sounds good... but if they use their 50 and then cancel will they be charged for what they used?

GCS-FTC_00001009

When they are in the trial period, if they cancel they will not be charged for the first 50. If it is past the trial period then they will be charged.

Great thank you

They do not get charged based on what they use, they get charged $14.95 regardless of what they used. Once they purchase the bids, they are theirs to use even if they cancel.

Even if they cancel, they still have the bids in their account and they still have access to them, they just have cancelled the ARM so far, the login and access still remains available to them so that if they want to use the bids they can and if they want to come back and get more bids they still have access and can buy Bid Packs at that time. Their access and login are never cancelled unless

they personally go into their account themselves and de-activate.

Hi ▮▮▮▮

Hey there

Hi ▮▮▮▮ I just got re-educated on the changes to Swipebids, so most of the scripting I sent and the notes are wrong. You may want to take a brain break and give me some time to get my notes corrected and re-sent to you.

No problem... nature of the beast :@

yup, I will re-send in the next hour or so.

Thank you

Hey Nancy we just got a call that was escalated by a agent to the supervisor, and on this call the customer gives the name mike stef and that they wanted to cancel an account with credit card number ▮▮▮▮ under the name of Szymon Kiebyk, we tried to get more info from them since it was kinda fishy to us since make would just cancel an account (test or otherwise) if there was an issue. Do you

GCS-FTC_00001010

know what he was trying to do we could not help him other than to ask for a tele # to call him back at and he would not provide

Not aware that they were testing, but I will get an answer for you, be right back.

Hi ▮▮▮▮ There is something going on but I can't get a confirmation yet, Hernan is going to check once the guys get off the phones who are in question. But for sure Mike and Szymon are from here.

I will find out who was being rude though.

No one was being rude we just could not issue refunds and we thought it was weird if both the guys have access to refund thenselves... and I know mike probably has superadmin access

I really don't know for sure what the heck they are up to. Do you have the session number, I would like to listen to the call.

No but let me hunt it down

I just seen you sent the e mail, so I will read it now.

I am also gonna forward the call... just one second

thanks

Hey ▮▮▮▮ Is ▮▮▮▮ away today?

No I have her chained to her computer monitoring... Hahaha

I will tell her to login if she is not :)

GCS-FTC_00001011

Oh, I see, Yes she just did and she just sent ACR reports too.

Hey ████ I found out what the phone call was about. Simon got his cc and it had a bunch of charges that they were checking on. They did not realize it was one of your numbers that they called as it was an old descriptor. The agent who took the call did a 100% job on the call so we appreciate it. Sorry for the troubles.

No problem just making sure someone else did not have our credit card info :)

:) thanks and please let the Agent know she did a good job.

I will and thank you

Hi ████

Hey there

Have you been on the Swipebids site to see how it works?

Yes I bought the dollars worth and thought I was great... I don't like to lose so the site was made for my OCD personality

so at the time when you selected to purchase the $1.00 sampler pack, did it offer you the Auto Replenish Program?

No not at the time I should probably check though... but I did not see it was offered. But then again, I may be one of those angry customers calling Customer service

:)

GCS-FTC_00001012

ok, great thank

███ Are you 100% sure that when you were on the website to register this time in Swipebids that you moved that big red arrow up to the top to the Sample Pack for $1.00?

yes... belive me i did not want to pay the 150.00; despite it being refunded.

Should I have read the terms and conditions? LOL...hahah

Ya you dum ass, read the t/c eh.   Just kidding. Did you also clic to Continue to be on the Replenish Program too.?

LMAO... I follow directions very well, or so I like to think...LOL

Right, I just had to determine what LMAO was again, I thought you were cussing me. lol. You are correct, you are out of bids and on your account it has duplicated your $150.00 purchase. Are you sure you have not just been hiding out bidding and winning. We will get those charges taken off immediately, I will message you back.

Tell ███ I said thanks for the free bids. ha ha

No problem... LMAO is laugh my ass off. ███ will love the news of the refund since it was his card. But the ipod is mine... LOL

Only if you agree to ship me the coffee pot  . .

what a mess this is right now. Just grin and bear it. I am working on your Swipebid account and also on getting the Swipebid to come in your Admin. There was nothing that came up when you were registering on Swipebid that may have caused a double charge was there?

No I pretty much left the site after the charge and no bids... thought something might not be right

GCS-FTC_00001019

Don't worry... about the mess just let me know when everythings straight

stepping into meeting with ███ for 10 min. be right back

ok, will do,

I'm back...

:) ok

Purchasing as we speak... cross your fingers

Nancy Can I veryify that right now health and beauty products are not being sold due to a lack of merchant ID's?

I think that they can still be purchased on Master Card, let me confirm, be right back

ok

Hi ███ I am told that Master card is processing re-bills but no new sales on any thing.

So the answer to the question if it was for new customers is NO

This is what I have explained to the agent with the customer trying to order

thank you

GCS-FTC_00001020

Don't feel like you have to work the weekend to get this done ███ it can wait until Monday

No... I just need something to do this weekend. I promise not to overdo it (A)

Ok, sounds good to me. I think this will be a nice change for the Agents because it is more a positive thing that people have signed up for and the calls shouldn't get too nasty.

I agree...

I am stepping out of my office for a sec be right back :)

I am back Nancy... But it's that time of day so unless you need me for something I will talk to you Monday :D

See ya Monday ███ have a great weekend

Same to you Nancy :D

Good Morning ███

Good thank you, how are you this morning?

I am good thanks, Hope you had a good weekend.

I did thank you how was yours?

Do all the agents in OKC and ELP  have the list of descriptors available so that if a customer says they have such and such a descriptor on the cc the agent can look and see if it matches one of ours.?

Yes, but they have never been updated since before december

GCS-FTC_00001024

I can send you a report from the 19th of feb to now and keep it going from now on if you would like?

I think that would be a good idea. Any idea as to why the reports quit comming?

I am actually checking and I will make sure they do If not I can do it in the mornings

ok, once a day is plenty, we don't need them every hour.

No problem :)

So is it pretty dead in the morning before 8 now and then dies off pretty quickly after 5? Or is it dead most of th day.

Dead most of the day

we have 9 agents on the phone at the time and 2 are on calls the others have been waiting for 2 min

That is what I feared. Sorry about that. I talked to Hernan and he confirmed that him and Jesse discussed it and they are ok with changing the hours to 8-5 Mon-Friday. Would you start it on Monday then?

Let me check with ████ and make sure we can start monday... one sec

ok,

Hi Nancy...

hello, sorry did I nudge you, I guess i forgot to acknowledge you first.

GCS-FTC_00001042

it is part of the rebuttal for #2

for refund for 14.95

It was part of the original scripting that was sent and the reason I was asking if you had it was because we don't want Agents to tell customer to de-activate any more because when the customer de-activates they are assuming it de-activated all charges too. So I just wanted to let you know. I could not find it either on your script, so all is good.

yes, it was under Customer Request Refund for 14.95 (rebuttal 2-

yeah that is the only reference I have to deactivating

refund) in Hernan's original script.

ok, thanks

No problem

Hi nancy

howdy

I forget to let you know all the UM's, myself and ▓▓▓▓ will be out except for ▓▓▓▓ and ▓▓▓▓ We will be attending training. I am going to leave my IM on my phone on in case you may need anything

You will be out for the rest of the day kind of thing?

Sorry, tomorrow... not today

GCS-FTC_00001050

The training will be all day

Oh, Ok, so is it any training to do with us, or a totally different thing? Only tell me if you want

it is motivational training with zig ziggler, laura bush, rudy guilliani and others... it is supposed to be good.
I want to hear Rudy

the seminar is something called "get motivated"

Sounds wonderful. Have a great time and learn lots.

I will try... :)

Hi ▓▓▓▓

Hey there...

Sorry, we keep seeming to miss each other on IM today. I wanted to tell you should enjoy your seminar
and not worry about the scripting or making any more changes to the script for the time being. It would
appear that there will be a delay in getting GC agents on the Swipebids as per the conversation I have
had with Hernan today. I will keep you posted as I hear.

Anything thing I should worry about?

Truthfully ▓▓▓▓ I am not sure, it would appear that the Live Chats are doing a good job of this site and
therefore we are letting them take the first crack at it by the sounds of it. Then they will be putting the
customer onto live agents if they can not deal with the issue. So there is a good possibility that the call
volume will be very low, so they are thinking we may not need GC

to train their agents yet until we see if we will need them. There is cost involved I am sure with training,
so we don't want to have you waste anything on that end if it is not going to work out.

GCS-FTC_00001051

I will try to be as honest with you as I can and keep you posted, but for now, I would hold off on training.

Thank you for the heads up... :0

:)

You bet, talk to you soon

FYI we are still trying to get a merchant to put through a billing for product. If that goes through as it should, there should be a spike for a bit with calls. But as of yet, no billing has processed on Visa, so not product is going out either. Just mastercard is shipping and billing.

Good Morning ███████

Hey there

Hey ███████ How did your seminar go yesterday?

The motivation seminar was good. Laura bush rambled a little bit but otherwise I feel as motivated as can be...haha

Sounds promising :) So not too much happened yesterday that I need to update ya on., It was pretty quiet on the homefront.

That is always good to here

Hear... can not spell today

Can we confirm the 2 pm conference call for today please.

GCS-FTC_00001052

No Problem

will notify everyone

ok,  talk to you then

:D

Hi Nancy...

Hey Stranger,  how are you today?

good how about you?

Very well thanks,  How are things going down in El Paso?

They are going slow but good. I just wanted to let you know that I will be in and out of my office all week. I
will have My IM on my phone if you need anything... and the ladies (█████████ will be be here in
case there is anything they or I can help you with.

Ok,  thanks for the heads up, █████ I will contact them for anything I may need.

THank  you... talk to you soon

:)

Hi █████

GCS-FTC_00001053

hey there

I am curious, did you guys ever change your hours ? You had asked a while ago if it would be acceptable from us and we said yet, but I thought you were going to let us know if yu did, perhaps you changed the plan??

No... we were waiting for Swipebids before making the decision (numbers and call volume) and then the go ahead was never given afterwards after swipebids stayed with livechat... So right now we are 5am - 8pm and mark and kathy have not discussed changing hours

Ok, just thought I would double check incase we needed to adjust the hours on the websites. thanks for the update

Good Morning ███████

Good Morning ███████

Hey there :)

Hi Stranger, I was just messaging to say hello and to let you know my MSN is showing me not on line, but I is. You can still message me, but for some reason we are having issues. So how have you been and what have you been up to?

Not much... trying to stay busy (A)

I guess the call volume hasn't picked up any. Not that I expected it to. I was told the other day that not only were they not re-billing on visa, but also they had stopped re-bills on Master card now too.

That looks to be the case... I apologize i will send you the offered calls I have been on vacation since last thursday

no problem. I hope you had a nice vacation. Doesn't sound like it was very long.   Does it look like they are going to come up with some more work for you guys within the centre since our calls have dwindled so much, or is that not the way it works

GCS-FTC_00001054

when you have a chance...come see me

sure :)

how many years of training experience do you have? did you say 15?

I have about 12 from the elementary school and 1 1/2 from GC... I said 12 but it's like 13

thanks

no problem...

refresh my memory... ██████ used her to comp days...was she gonna use any vacation?

I can't remember but let me call and ask...

I did want to bother her lol

I am calling right now...it's directed to us.... can you verify with her if she is dialing 866 528 6214....

it's directed to us!

I have tried the number several times and they are going thru... I tried with 888 528 6214 and then it asks for a PIN

she needs to dial 866

GCS-FTC_00001066

I think they are miss dialing

yes they are

LOL

does nancy want a meeting today

Let me ask

I'm leaving ███ .. see you tomorrow.

ok bye

no problem.  Would you give me a breakdown please on how the $$$ is split up between ███████ and ?? I see ████s on there, but not getting the $S,  so who gets it etc...

From Nancy??

what money is she talking about

I am Asking... also ██████s off next week? and if so who will be closing on ███Days off?

I can get pier to close

Okay... and just so you are aware ███works tomorrow and has no day-off during the week

I'll let you pick it and get back to him

GCS-FTC_00001067

he has sunday and wednesday...

am i seeing something wrong

No... thats good :)

Good Morning ▮▮▮▮and ▮▮▮▮ I was just informed that the re-billing did not get through on the admin system,  there was an issue that they are looking into.  So you probably won't need as many staff as we thought for today.  Probably too late to do anything about it now.  Sorry.  I will get back to you with any news on what to expect as soon as I am up to date on what is happeing.

Thats great news! if that was the case we would have been slammed today with the additional volume...thats what I was dreading today... I just want to have a great monday...this could be the one

no eta though?

Thank you Nancy... Actually things should workout okay since we have to expalin the new billing system and uptrain the agents

I guess since we took down all the other websites, sales dropped from around 15,000 to 7,000 a day so it should not be too bad for calls for a few days.  Once the re-billing hits,  it will get busy. I will let you know as soon as they determine what they are going to do about the admin system and the billing.

Have a good Monday :)

thanks Nancy

Nancy has left the conversation.

▮▮▮▮would it be possible to give ▮▮▮▮ IM with Nancy so that when there are questions during trainings and/or protocol questions she can just ask nancy and copy me. I am going to have her be responsible for OKC updates and such.

GCS-FTC_00001068

:'(

probably, but since there is not enterprise who can tell :D J/K

That is true...;)

I just had a 5min hold time...that is pretty good woohoo  (H)

That is good... I have ████rying all the numbers again to get hold times

great

Hey do you have the word file for the gift cards? I miss placed the one you gave me :(

did we find out about our dialer hours with ████

tried no answer... I will keep trying him and ████

awesome....lets do a heat ticket...lik you did last time.

in addition...did we have all vacation accounted for all staff this year?

did you get ████response

yeah... but I did not get it... did you?

Hey████SHould I put in the weekly the phone issues?

GCS-FTC_00001076

I have probably peeked your interest in asking now eh.
████████@gcserv.com says:
 ok now you threw and hooked me.
 I meant you threw the line and hooked me
Nancy says:
 Well what is happening here is that like 6 months ago or longer we had networks advertising on our
product that Oprah backed us on the Acai products. They went after every company that may have said
that and were going to s


ue. We took it off immediately and that was pretty much the end of it at that point. Then recently someone
ran the story again and peeked interest and then stated JTM is
 in Sherwood Park, so the story has been circulating for the last week in the news and papers. The
media has nothing better to do then try to stir up stuff. I have not read it yet, but I think I will get terdays
paper as it


was supposedly in the news then. So the agents in Jacksonville at WE Answer are comenting that they
are being asked questions about it down there, I thought I would see
 if you guys were taking any heat on it. It will blow over and they will move on to bigger better stories.
████████@gcserv.com says:
 exactly...everything will blow over and on to the next story... We always promote that JTM


is following all guidelines that are regulated by the FTC and that JTM is growing and getting better.
Nancy says:
 Wow, good line there ██████ I like it. Great and thanks.
████████@gcserv.com says:
 no problem Nancy! Let me know if you need anything else


Great... just a heads up there are probably changes to the new billing... nancy mentioned something


is it not going to be yearly thing anymore


She did not want to get into specifics... said she would let me know more as soon as she gets
conformation


wow...whats new


GCS-FTC_00001078

come to my officce

office*

I just invited ▓▓▓ to our conversation :)....

Sorry I am checking the classification for management

Nancy, is there a way to see who has an extreme amount of refunds

I can give you the ones that are high. I will e mail them though instead of IM

that would be great....then that would give us an opportunity to see why they are having an high refunds..

ok, I will send it shortly.

Hi ▓▓▓ and ▓▓▓ Actually if you want to run the reports and look, I will tell you how to do it in an e mail and then you can see who is high on refunding ok

Oh that would be great.

lets see if we can check the lines

im on the bridge

whats up

GCS-FTC_00001086

:D  lol  well I am glad that you had fun! you deserve it

nancy can rajeev send us a screen shot

Tell me exactly what you want a screen shot of ?

Hernan was just going to send me one.

thank you

Good Morning ███

Good Morning Nancy...I have ███ working on trying to get the call dispositions for each call and it looks like we did pay ██████ for her $50 bonus.

We are including the hire dates now for the incentive spreadsheet

So then what you are saying is the incentive breakdown you gave me for Oct 17th has already been paid out before it was approved?

it was sent out to our payroll on November 2nd along with all our other incentives, but we will no longer be doing that process. As discussed on your visit that you will approve all bonuses before I send them to payroll.

Ok, sounds good. But, I need someone to take ███ aside and let that agent know she should not have got that bonus and she needs to keep it to herself. There are still numerous errors being made by her and I certainly do not want to reward her with a bonus for it.

I will personally am going to speak with her.

Ok, sounds good. Maybe instruct any and everyone to keep their lips sealed this payday about if they got

GCS-FTC_00001100

a bonus, you could have issues with new agents who I see have been given it and have not been there very long getting it and older agents with a slight error that got disqualified.

I am going to put it in writing what the requirements will be and then send to you for the future. thanks

Thank you Nancy ·

:)

good morning Nancy

good morning ▮▮▮▮ how are you today?

I am doing great...trying to get over a cold. I wanted to confirm with you on an 800 number that is listed on your list as New Beauty-Mid Offshore

The number is 888-443-4420. I want to make sure that this number is not ours.

Can you assist me with this

sure, let me look into it and get back to you

thank you so much

Hi ▮▮▮▮ are you sure of the number, we have 433-4420, not 443-4420.? Can you check again to confirm

My apologies it is 433-4420

yes it is one of your numbers according to what is on the list, is there a problem with it?

GCS-FTC_00001101

I do have them scanned if you like I can email them to you as well

It doesn't matter to me which way I receive them,  I just wanted to make sure they come across my desk so that I can approve for payment.  Thanks

no problem :)

Hi ▮▮▮ are you at your desk

hi nancy :)

Hi ▮▮▮We have some changes coming up with websites and how we are going to be billing.  I am going to send an e mail to you and ▮▮▮ to read to see if it makes sense to you guys and then I thought a phone call may be needed to further explain it.  I am about to send now.

no problem nancy

just let us know when you are ready

ok,  I will send it and then you guys read and decide if you want a call ok.

it is on its way

thanks

:P  you is welcome

Good Morning ▮▮▮ and ▮▮▮  I was just informed that the re-biling did not get through on the admin system,  there was an issue that they are looking into.  So you probably won't need as many staff as we thought for today.  Probably too late to do anything about it now.  Sorry.  I will get back to you with any news on what to expect as soon as I am up to date on what is happeing.

GCS-FTC_00001103

Thats great news! if that was the case we would have been slammed today with the additional volume...thats what I was dreading today... I just want to have a great monday...this could be the one

no eta though?

Thank you Nancy... Actually things should workout okay since we have to expalin the new billing system and uptrain the agents

I guess since we took down all the other websites, sales dropped from around 15,000 to 7,000 a day so it should not be too bad for calls for a few days. Once the re-billing hits, it will get busy. I will let you know as soon as they determine what they are going to do about the admin system and the billing.

Have a good Monday :)

thanks Nancy

Hi ███

hi nancy, good morning again :)

Hi Again too.  ███  do you know if you have any more classes scheduled for new Agents starting?

yes we are having a class this coming Monday

So that is a week from Today ?

yes it is

Are you able to postpone or cancel.  It appears that with the sales shooting down so low with the websites

GCS-FTC_00001104

removed that there may not be the need to hire another group. We expect once the re-bill goes through there will be a high call volume, but after that, it will probably slow down again.

Let me see what I can do to cancel it

Would you like me to put this in writing and then send it to you

that would be great....and let me work on it on my side to see what I can do too

Ok, I will send it soon.

thank you nancy

Hi ▆▆ Can you tell me if ▆▆▆▆▆▆s on the floor today please?

I did see him today.

▆▆▆▆s not available on IM and ▆▆▆ must be busy as I did not hear back from him, (no big deal), but I have a call I want listened to today Session 8766837 that is ▆▆▆▆▆▆ He is making up his own script and refunding at 50% just to be a nice guy. Can you have this call listened to and him brought in to discuss it please.

no problem Nancy I will take care of it immediately

ok, great thanks

Hi ▆▆▆

▆▆▆▆▆▆@gcserv.com has been added to the conversation.

Hi ▆▆▆

GCS-FTC_00001105

hi nancy

Hi ████ Hope I didn't wake you up :)  How are the calls and hold times today ?

lol  no problem nancy, I forgot to put myself in idle...the calls are coming in good.  Currently there are no hold times

really,  I am surprised,  Is there lots of calls about charges going onto the cx visa,  or have they not started yet?

we havent seen anything out of the ordinary at this time.

OK, I am not sure if you know what is happening,  or going to happen.  They are preparing batches of charges to go through on the 30th (today) and on the cx acc it will show purple.  If all goes well, those will go through tonight.  So the lines could be very busy in the morning.  Jesse was asking that if the lines become very busy in the next little while we may have to put an IVR on the lines

asking customer to go on line to the chat line.  We would then give the chat line permission to give return instructions.  So if you could keep me posted and kind of be prepared for it.  Thanks

Actually I sent out an email to ████████████ and our staffing manager to ensure that we Extra time available for the agents.

We can put the IVR message on...do you think we should wait if we do have a hire call volume.  we can be prepared on our end to ensure we can turn on the IVR message when we need to?  What do you thinkg

I meant higher call volume

lol

GCS-FTC_00001106

what would you want the IVR message to say

Maybe hold off for a little bit. I will discuss it further and get back to you before the afternoon is over, Yes, I have to work on the IVR message too.

sounds good just let me know and we will do it :)

I will for sure, thanks

Hi ████

hi nancy

Hey████ how you doing today?

got your winter booties on

doing really good. LOL i wish I had winter booties today....but we are managing.

how can I help...were you looking for ████

no, not really, I was just wondering how many calls have been put through today. I used to get a report once a day that told me, it was from ██████..., but somehow that quit coming and now I get a report from ████every hour but I am not sure if I am suppose to add the totals every time I get them or what. I preferred the ones I used to get. So I am bugging you instead :P

LOL no problem. I can tell you that at this time we have answered 7444 calls today. We have no wait times.

You are on your numbers pretty quick today, thanks so much. I have a feeling Monday is going to be busier.

GCS-FTC_00001107

We are anticipating it too.  We have everyone staffed that day as well as incentives to come in.   This goes both for ELP and OKC

Sounds good,  I hope the weather down there smartens up for you guys, you are not used to it, it can be dangerous.  It is misserable here,  there is about 14 inches of snow all over the roads and it is slippery.

Just about time for a road trip   ha ha

Wow...14 inches that crazy!! the city would literally close if that would happen here.   Our forecast for Monday is in the 60 and sunny we are going to our normal days...jajaja....if you need  a road trip you are always welcome here :)

:) thanks,  I was thinking you should come this way, but we will wait for a little more snow for you first.

lol I wouldn't even fathom how 14inches looks like

I would love it though

lol

Good Mornin█████ Have you had any feedback this morning from any of your staff that the Admin system is not working for them?

I went on the floor...no one has said anything...everything appears to be good....was there anything wrong with it before?

oh my,  good morning to you too :)

Thanks █████ no there shouldn't be any issues,  but the other call centre was saying they were having problems,  so I was just checking to see if it was working at your end,  mine is working ok too.

GCS-FTC_00001108

ok sounds good..we will let you know if we are having any issues..thanks

:)thanks,

Hi ▓▓

hi nancy

Rajeev from the India Team is saying he has had a chat with ▓▓ about the calls they are trying to up
load and are unable to because the server is temporarily unable to service the request.  Do you know
anything about your server being down?

My India team tends to panic when they can't do calls:)

thats ok...▓▓s on the phone with telecom...we are checking what the issue is.

I am IMing with ▓▓ as well.  :)

ok,  sounds good,  can you let me know what you find out.  thanks

yes I surely will

▓▓ asked Rajeev to check again...it should be working in about 10-15 mins.

OK,  great thanks ▓▓

no prob :)

Good Morning ▓▓

GCS-FTC_00001109