a. Fraud scrubbing tools prevent transactions with fraud related behaviors from being processed

b. Reduce "phishing" and fraud related CBs (typically 15% to 20% of an internet merchants total CB ratio)

### *Additional Proven Chargeback Prevention Tools*

PPS Secure has the capability to provide Just Think Media with a multitude of proven transactions management tools. With our knowledge and understanding of chargeback Reason Codes; PPS Secure has been able to successfully identify *why* Just Think Media has been experiencing chargebacks and disputes and what business practices need to be altered respectively. In addition, Just Think Media will see an immediate increase in successfully disputed chargebacks by using customized responses intended for each specific reason code.

PPS Secure's card-not-present merchants use Network Merchants Payment Gateway for all card-not-present transactions. Network Merchants Payment Gateway is user-friendly, secure and PCI compliant. Using Network Merchants Payment Gateway to process transactions will enable DIA Group USA to implement iSpyFraud, a built-in, state-of-the-art fraud scrubbing software. In addition each transaction will go through a CVC/CVV check and an AVS check to ensure that the cardholder is the person entering the information.

### *End Results*

Implementing PPS Secure's proposed transaction management plan will have profound short-term and long-term results for Just Think Media. Immediately, PPS Secure will begin to assist Just Think Media in disputing chargebacks by providing the appropriate custom responses for individual reason codes. From PPS Secure's additional efforts, Just Think Media will not only increase the amount of chargebacks found in their

6

PPS01092
ATTACHMENT J - p. 8

favor but will see a significant decrease in the amount of chargebacks that are initiated each month. Disputing and preventing chargebacks will become an organized, productive endeavor. Just Think Media will implement business practices that will result in an immediate and long-term reduction in chargebacks, allowing them to easily and successfully maintain an acceptable chargeback ratio.

7

PPS01093
ATTACHMENT J - p. 9

# Reason Code 41 Cancelled Recurring Transaction

## Overview - Reason Code 41

Time Limit: 120 calendar days

The Merchant continued to charge a Cardholder for a Recurring Transaction despite notification of cancellation.

ID#: 171009-171009-0007470

## Chargeback Conditions - Reason Code 41

One of the following:

1. Cardholder withdrew permission to charge the account for a Recurring Transaction.
2. Acquirer or Merchant received notification that the Cardholder's account was closed before the Transaction was processed.
3. An initial membership Transaction was previously charged back and the Cardholder did not expressly renew the membership.
4. For a U.S. Domestic Transaction, Transaction amount was not within the preauthorized range of amounts or Merchant was to notify the Cardholder prior to processing each Recurring Transaction, and Merchant either: *(This only applies in the U.S. Region.)*
   a. Did not notify Cardholder in writing within 10 calendar days of the Transaction Date (*This only applies in the U.S. Region.*)
   b. Notified Cardholder within 10 calendar days of the Transaction Date and Cardholder did not consent to the charge (*This only applies in the U.S. Region.*)
5. For a LAC Easy Pay Transaction, Transaction occurred and both: *(This only applies in the Latin America & Caribbean Region.)*
   a. The Transaction amount was not within the range of amounts approved by the Cardholder (*This only applies in the Latin America & Caribbean Region.*)
   b. Merchant, either: (*This only applies in the Latin America & Caribbean Region.*)
      i. Did not notify the Cardholder in writing at least 5 calendar days prior to the Transaction Date (*This only applies in the Latin America & Caribbean Region.*)
      ii. Notified the Cardholder at least 5 calendar days prior to the Transaction Date and the Cardholder declined the charge in writing (*This only applies in the Latin America & Caribbean Region.*)

ID#: 171009-171009-0007471

## Chargeback Rights and Limitations - Reason Code 41

1. Minimum Chargeback amount:
   a. For a T&E Transaction, US $25 or equivalent
   b. For a Canada Domestic T&E Transaction, CAD $25 (*This only applies in the Canada Region.*)

ATTACHMENT K - p. 1

PI Exhibit 50 Page 02511

# 3.20 Message Reason Code 4841—Cancelled Recurring Transaction

The following sections describe the proper and improper use of message reason code 4841.

## 3.20.1 Proper Use of Message Reason Code 4841

The issuer uses this message reason code if one of the following occurred:

- The card acceptor continued to bill a cardholder for a recurring transaction, after receiving notification of cancellation from the cardholder or issuer.
- The issuer listed the cardholder's account information on the Recurring Payment Cancellation Service (RPCS).

### Confirm that the Transaction is a Recurring Transaction.

This chargeback may be used if the issuer believes the transaction is a recurring transaction, although a value of 4 (Cardholder not present [standing order/recurring transactions]) is not present in DE 22 (Point of Service Data Code), subfield 5 (Cardholder Present Data).

A recurring transaction allows for continuous billing without a specified end date. The disputed transaction must be a recurring transaction and not installment billing.

Installment transactions involve a finite number of periodic payments with a specified end date.

Examples of recurring and installment payments include the following

- A cardholder contracted to pay USD 250 on a monthly basis for three years for an automobile. This transaction is an installment transaction because an end date is specified.
- A cardholder contracted to pay USD 25 on a monthly basis for membership in a health club. The contract specified that either the cardholder or the health club could cancel the contract with 30 days notice. This transaction would qualify as a recurring transaction because an end date is not specified.

**Chargeback Allowed if Issuer Cancels Recurring Billing.** The issuer can charge back a transaction under message reason code 4841 if it previously notified the card acceptor or acquirer to cancel the billing.

## 3.20.2 Specific Programs Using Message Reason Code 4841

**MasterCard Electronic Card.** Refer to section 1.22 MasterCard Electronic of this guide for chargeback processing procedures for a MasterCard Electronic card.

**World MasterCard Card T&E transactions.** Refer to section 1.6.1.1 U.S. Region World MasterCard T&E Interchange Rate Program of this guide for more information on additional chargeback requirements and limitations.

©1988–2010 MasterCard
Chargeback Guide • 3 November 2010

ATTACHMENT K - p. 2

PI Exhibit 50 Page 02512

# Reason Code 75 Transaction Not Recognized

## Overview - Reason Code 75

Time Limit: 120 calendar days

The Cardholder does not recognize the Transaction and additional information beyond the data required in the Clearing Record is needed to determine Transaction validity.

ID#: 171009-171009-0007576

## Chargeback Conditions - Reason Code 75

1. The Cardholder does not recognize the Transaction and additional information beyond the data required in the Clearing Record is needed to assist the Cardholder in identifying the Transaction.

ID#: 171009-171009-0007577

## Chargeback Rights and Limitations - Reason Code 75

1. Minimum Chargeback amount:

    a. For a U.S. Domestic T&E Transaction, US $25 *(This only applies in the U.S. Region.)*

    b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*

    c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*

2. Issuer must retrieve a copy of the Transaction Receipt prior to exercising the Chargeback right unless the Transaction is one of the following:

    a. Mail/Phone Order

    b. Electronic Commerce Transaction

    c. Recurring Transaction

    d. Effective for Transactions completed on or after 15 April 2010, EMV PIN Transaction, excluding Manual Cash Disbursement and Quasi-Cash Transactions and requests for T&E Documents

    e. e. U.S. Domestic Preauthorized Health Care Transaction *(This only applies in the U.S. Region.)*

3. For a U.S. Domestic Transaction, Issuer must make a good-faith effort to assist the Cardholder in identifying the Transaction and the Cardholder Account must be in good standing. *(This only applies in the U.S. Region.)*

4. If a Retrieval Request is required, Issuer must wait 30 calendar days from the Retrieval Request Processing Date to receive the Fulfillment or Nonfulfillment Message code prior to exercising the Chargeback right. The waiting period does not apply if a Fulfillment or Nonfulfillment Message is received.

5. For a U.S. Domestic Transaction Chargeback is valid, regardless of Electronic Commerce indicator value, for Electronic Commerce Transactions conducted by Merchants in the following Merchant categories: *(This only applies in the U.S. Region.)*

ATTACHMENT K - p. 3

PI Exhibit 50 Page 02513

# 3.33 Message Reason Code 4863—Cardholder Does Not Recognize—Potential Fraud

The following sections describe the proper and improper use for message reason code 4863.

## 3.33.1 Proper Use of Message Reason Code 4863

The issuer may use message reason code 4863 for all non–face-to-face (Card Not Present) transactions if:

- The cardholder claims that he or she does not recognize the transaction appearing on the cardholder statement, and

- The issuer made a good-faith effort to identify the transaction for the cardholder. (For example, the issuer confirmed that the cardholder contacted or attempted to contact the merchant for transaction identification.)

- Issuers must instruct their cardholder's to contact the merchant for more information before they initiate the chargeback.

## 3.33.2 Improper Use of Message Reason Code 4863

The issuer may not use this message reason code in the following situations:

- Transactions posted to an account when the card was lost/stolen

- ATM Transactions

- Transactions that occurred at a cardholder-activated terminal (CAT) that were properly identified in the authorization messages and clearing records as CAT 1, CAT 2, or when properly identified in the clearing records as CAT 3.

- Properly identified "no-show" hotel or motel transactions. Refer to section 3.30.5.1 Proper Use for Issuer's First Chargeback for R55 for options.

- Emergency cash disbursements or emergency travelers check refunds.

- Transaction posting to an account when the cardholder states that a transaction is unauthorized.

- If the card acceptor is Universal Cardholder Authentication Field (UCAF)-enabled, the issuer provided the UCAF for that transaction, all other e-commerce Authorization Request/0100 message requirements were satisfied, and the Authorization Request Response/0110 message reflected the issuer's approval of the transaction.

- **Addendum Disputes.** Issuers must not use this chargeback message reason code if the issuer is made aware that the disputed transaction is a subsequent separate addendum transaction that was appended to a previous valid transaction involving the same card acceptor. The issuer must process a chargeback for message reason code 4859 RS7 (Addendum Dispute) if the cardholder acknowledges participation in the original transaction.

ATTACHMENT K - p. 4

PI Exhibit 50 Page 02514

# Reason Code 83 Fraud—Card-Absent Environment

## Overview - Reason Code 83

Time Limit: 120 calendar days

Cardholder did not authorize or participate in a Card-Absent Transaction or Transaction was processed with a Fictitious Account Number or no valid Card was outstanding bearing the Account Number on the Transaction Receipt.

ID#: 171009-171009-0007668

## Chargeback Conditions - Reason Code 83

1. Cardholder did not authorize or participate in a Card-Absent Environment Transaction.
2. No valid Card was issued or outstanding that bears the Account Number used in a Card-Absent Environment, or a fraudulent Transaction was completed in a Card-Absent Environment using a Fictitious Account Number and no Authorization was obtained.

ID#: 171009-171009-0007669

## Chargeback Rights and Limitations - Reason Code 83

1. Minimum Chargeback amount:
   a. For a T&E Transaction, US $25 or equivalent
   b. For a Canada Domestic T&E Transaction, CAD $25 *(This only applies in the Canada Region.)*
   c. For all other Canada Domestic Transactions, CAD $10 *(This only applies in the Canada Region.)*
2. Issuer must retrieve a copy of the Transaction Receipt prior to exercising the Chargeback right unless Transaction is one of the following:
   a. Mail/Phone Order Transaction
   b. Electronic Commerce Transaction
   c. Recurring Transaction
   d. For a U.S. Domestic Preauthorized Health Care Transaction *(This only applies in the U.S. Region.)*
   e. For a U.S. Domestic Transaction where the Merchant city field of the Clearing Record of an Airline or passenger railway Transaction contains the words "ticket mailed" *(This only applies in the U.S. Region.)*
3. For Chargeback Condition 1, on or before the Chargeback Processing Date, the Issuer must complete all of the following:

ATTACHMENT K - p. 5

PI Exhibit 50 Page 02515

# 3.18 Message Reason Code 4837—No Cardholder Authorization

The following sections provide information on the proper and improper use of message reason code 4837.

## 3.18.1 Proper Use of Message Reason Code 4837

The issuer may use message reason code 4837 if the cardholder states in writing that neither he, she, nor anyone authorized by him or her engaged in the transaction.

**SAFE.** The issuer must report the transaction to SAFE, in accordance with Chapter 1 of the *Complete SAFE Manual.*

**Non-Counterfeit CAT 2.** The issuer can use message reason code 4837 for non-counterfeit transactions occurring at a cardholder-activated terminal (CAT) that was properly identified as a CAT Level 2 in the authorization messages and clearing records.

- Before processing the chargeback, the issuer must block the account on its host and list the cardholder account number on the MasterCard Account File with a "capture card" response until card expiration.
- The cardholder letter alleging that the transaction is fraudulent also must state, or the issuer must otherwise certify by means of a separate document accompanying the cardholder letter, that the card was lost or stolen at the time of the transaction. A letter that indicates that the transaction resulted from Never Received Issue (NRI) fraud is considered to be lost or stolen if the letter or additional documentation accompanying the chargeback substantiates that the NRI card was the card used for the disputed transaction.

**Voided Cards.** The issuer also may charge back a transaction involving a once valid voided card with an issuer certification letter instead of a written cardholder complaint if

- The transaction was identified in the clearing record as a face-to-face transaction, and
- The issuer certifies in writing that the unexpired account number identified in the transaction record was not outstanding on the transaction date because the physical card was recovered, destroyed, or both.

**Accounts Closed for a Minimum of 60 Days.** Sometimes transactions can occur on a cardholder account number months after the account has been closed. In this case, rather than contacting the cardholder for another letter, the issuer can stand in for any fraudulent activity by providing a copy of the original cardholder letter and an issuer certification letter stating the following three conditions:

- The issuer or its agent did not authorize the transaction, as specified in the *Authorization System Manual.*
- The date of the disputed item was on or after the date the card was used fraudulently.

©1988–2010 MasterCard

ATTACHMENT K - p. 6

PI Exhibit 50 Page 02516

| Reason Code | | Count | % |
|---|---|---|---|
| 30 | Services Not Provided/Merchandise Not Received | 311 | 6.43% |
| 41 | Cancelled Recurring Transaction | 409 | 8.45% |
| 4801 | Requested Transaction Dat Not Received | 102 | 2.11% |
| 4837 | No Cardholder Authorization | 924 | 19.09% |
| 4841 | Cancelled Recurring Transaction | 246 | 5.08% |
| 4853 | Cardholder Dispute-Defective/Not As Described | 44 | 0.91% |
| 4855 | Non-Receipt of Merchandise | 149 | 3.08% |
| 4860 | Credit Not Processed | 166 | 3.43% |
| 4863 | Cardholder Does Not Recognize-Potential Fraud | 149 | 3.08% |
| 53 | Not As Described/Defective Merchandise | 44 | 0.91% |
| 75 | Cardholder Does Not Recognize Transaction | 625 | 12.92% |
| 83 | Fraudulent Transaction-Card Not Present | 1253 | 25.89% |
| 85 | Credit Not Processed | 404 | 8.35% |
| Other | Other | 13 | 0.27% |
| **Total** | | **4839** | |

GPAY_000736

ATTACHMENT L

| Month | Sales | | Refunds | | Chargebacks | |
|---|---|---|---|---|---|---|
| | Count | Amount | Count | Amount | Count | Amount |
| Aug-08 | 14,629 | $352,148.86 | 218 | $5,143.75 | 0 | 0 |
| Sep-08 | 146,788 | $3,398,322.08 | 4,571 | $126,962.67 | 95 | $3,129.00 |
| Oct-08 | 646,295 | $13,136,625.44 | 34,896 | $1,225,148.05 | 2,452 | $63,736.51 |
| Nov-08 | 835,008 | $13,824,103.69 | 57,737 | $1,686,787.08 | 7,188 | $168,498.50 |
| Dec-08 | 1,195,179 | $17,711,394.90 | 122,207 | $2,191,631.45 | 13,392 | $290,290.38 |
| Jan-09 | 1,644,686 | $22,831,828.60 | 136,204 | $3,026,658.56 | 25,112 | $618,625.41 |
| Feb-09 | 0 | 0 | 68,844 | $2,225,693.64 | 28,023 | $687,546.30 |
| Mar-09 | 0 | 0 | 20,937 | $711,384.69 | 23,618 | $536,242.78 |
| Apr-09 | 0 | 0 | 3,042 | $88,995.42 | 10,867 | $242,016.40 |
| May-09 | 0 | 0 | 493 | $15,441.67 | 2,606 | $55,444.08 |
| Jun-09 | 0 | 0 | 34 | $1,505.33 | 100 | $3,641.52 |
| Jul-09 | 0 | 0 | 34 | $1,668.30 | 30 | $988.59 |
| Aug-09 | 0 | 0 | 2 | $64.90 | 11 | $367.05 |
| Sep-09 | 0 | 0 | 0 | $0.00 | 2 | $134.39 |
| Oct-09 | 0 | 0 | 0 | $0.00 | 3 | $125.40 |
| Totals: | 4,482,585 | $71,254,423.57 | 449,219 | $11,307,085.51 | 113,499 | $2,670,786.31 |

Net Sales:   $59,947,338.06

ATTACHMENT M - p. 1

LITLE_25FEB11_000009

**Sep-08 Visa**

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 0030 | Services Not Provided or Merchandise Not Received | 5 | 7.04% |
| 0032 | Copy request because original lost in transit | 0 | 0.00% |
| 0041 | Cancelled Recurring Transaction | 22 | 30.99% |
| 0053 | Not as Described or Defective Merchandise | 2 | 2.82% |
| 0075 | Cardholder Does Not Recognize Transaction | 25 | 35.21% |
| 0082 | Duplicate Processing | 1 | 1.41% |
| 0083 | Fraudulent Transaction-Card Absent Environment | 10 | 14.08% |
| 0085 | Credit Not Processed | 6 | 8.45% |
| | Total | 71 | 100.00% |

**MC**

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 4837 | No Cardholder Authorization | 7 | 29.17% |
| 4841 | Canceled Recurring Transaction | 5 | 20.83% |
| 4860 | Credit Not Processed | 1 | 4.17% |
| 4863 | Cardholder Does Not Recognize-Potential Fraud | 11 | 45.83% |
| 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| | Total | 24 | 100.00% |

**Oct-08 Visa**

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 0028 | Request for copy bearing signature | 0 | 0.00% |
| 0030 | Services Not Provided or Merchandise Not Received | 64 | 4.10% |
| 0032 | Copy request because original lost in transit | 0 | 0.00% |
| 0033 | Legal process or fraud analysis request | 0 | 0.00% |
| 0041 | Cancelled Recurring Transaction | 429 | 27.50% |
| 0053 | Not as Described or Defective Merchandise | 16 | 1.03% |
| 0075 | Cardholder Does Not Recognize Transaction | 657 | 42.12% |
| 0080 | Incorrect Transaction Amount or Account Number | 1 | 0.06% |
| 0082 | Duplicate Processing | 12 | 0.77% |
| 0083 | Fraudulent Transaction-Card Absent Environment | 273 | 17.50% |
| 0085 | Credit Not Processed | 108 | 6.92% |
| | Total | 1560 | 100.00% |

ATTACHMENT M - p. 2

LITLE_25FEB11_000010

| MC | Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|---|
| | 4808 | Requested/Required Authorization Not Obtained | 1 | 0.11% |
| | 4834 | Duplicate Processing | 5 | 0.56% |
| | 4837 | No Cardholder Authorization | 242 | 27.13% |
| | 4841 | Canceled Recurring Transaction | 207 | 23.21% |
| | 4853 | Cardholder Dispute-Defective/Not as Described | 5 | 0.56% |
| | 4855 | Nonreceipt of Merchandise | 25 | 2.80% |
| | 4859 | Services Not Rendered | 8 | 0.90% |
| | 4860 | Credit Not Processed | 12 | 1.35% |
| | 4863 | Cardholder Does Not Recognize-Potential Fraud | 387 | 43.39% |
| | 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| | 6323 | Request for supporting documentation | 0 | 0.00% |
| | 6341 | Fraud Investigation | 0 | 0.00% |
| | 6342 | Potential chargeback or compliance documentation | 0 | 0.00% |
| | | Total | 892 | 100.00% |

| Nov-08 Visa | Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|---|
| | 0028 | Request for copy bearing signature | 0 | 0.00% |
| | 0030 | Services Not Provided or Merchandise Not Received | 167 | 3.82% |
| | 0032 | Copy request because original lost in transit | 0 | 0.00% |
| | 0033 | Legal process or fraud analysis request | 0 | 0.00% |
| | 0041 | Cancelled Recurring Transaction | 1047 | 23.95% |
| | 0053 | Not as Described or Defective Merchandise | 39 | 0.89% |
| | 0072 | No Authorization | 2 | 0.05% |
| | 0075 | Cardholder Does Not Recognize Transaction | 1727 | 39.51% |
| | 0076 | Incorrect Transaction Code | 1 | 0.02% |
| | 0080 | Incorrect Transaction Amount or Account Number | 5 | 0.11% |
| | 0082 | Duplicate Processing | 27 | 0.62% |
| | 0083 | Fraudulent Transaction-Card Absent Environment | 1070 | 24.48% |
| | 0085 | Credit Not Processed | 286 | 6.54% |
| | | Total | 4371 | 100.00% |

ATTACHMENT M - p. 3

LITLE_25FEB11_000011

| MC | Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|---|
| | 4801 | Requested Transaction Data Not Received | 2 | 0.07% |
| | 4808 | Requested/Required Authorization Not Obtained | 7 | 0.25% |
| | 4812 | Account Number Not on File | 1 | 0.04% |
| | 4834 | Duplicate Processing | 2 | 0.07% |
| | 4837 | No Cardholder Authorization | 981 | 34.80% |
| | 4841 | Cancelled Recurring Transaction | 620 | 21.99% |
| | 4853 | Cardholder Dispute-Defective/Not as Described | 20 | 0.71% |
| | 4855 | Nonreceipt of Merchandise | 50 | 1.77% |
| | 4859 | Services Not Rendered | 23 | 0.82% |
| | 4860 | Credit Not Processed | 56 | 1.99% |
| | 4863 | Cardholder Does Not Recognize-Potential Fraud | 1057 | 37.50% |
| | 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| | 6341 | Fraud Investigation | 0 | 0.00% |
| | 6342 | Potential chargeback or compliance documentation | 0 | 0.00% |
| | | Total | 2819 | 100.00% |

| Dec-08 Visa | Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|---|
| | 0028 | Request for copy bearing signature | 0 | 0.00% |
| | 0030 | Services Not Provided or Merchandise Not Received | 235 | 2.73% |
| | 0032 | Copy request because original lost in transit | 0 | 0.00% |
| | 0033 | Legal process or fraud analysis request | 0 | 0.00% |
| | 0041 | Cancelled Recurring Transaction | 1891 | 21.93% |
| | 0053 | Not as Described or Defective Merchandise | 62 | 0.72% |
| | 0072 | No Authorization | 8 | 0.09% |
| | 0075 | Cardholder Does Not Recognize Transaction | 2783 | 32.28% |
| | 0079 | Requested Transaction Information Not Received | 2 | 0.02% |
| | 0080 | Incorrect Transaction Amount or Account Number | 7 | 0.08% |
| | 0082 | Duplicate Processing | 39 | 0.45% |
| | 0083 | Fraudulent Transaction-Card Absent Environment | 3088 | 35.82% |
| | 0085 | Credit Not Processed | 506 | 5.87% |
| | | Total | 8621 | 100.00% |

ATTACHMENT M - p. 4

LITLE_25FEB11_000012

**MC**

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 0000 | Contact Litle & Co for Definition | 0 | 0.00% |
| 4801 | Requested Transaction Data Not Received | 12 | 0.25% |
| 4834 | Duplicate Processing | 7 | 0.15% |
| 4837 | No Cardholder Authorization | 2018 | 42.23% |
| 4841 | Canceled Recurring Transaction | 1113 | 23.29% |
| 4853 | Cardholder Dispute-Defective/Not as Described | 22 | 0.46% |
| 4855 | Nonreceipt of Merchandise | 108 | 2.26% |
| 4859 | Services Not Rendered | 21 | 0.44% |
| 4860 | Credit Not Processed | 65 | 1.36% |
| 4863 | Cardholder Does Not Recognize-Potential Fraud | 1413 | 29.57% |
| 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| 6323 | Request for supporting documentation | 0 | 0.00% |
| 6341 | Fraud Investigation | 0 | 0.00% |
| 6342 | Potential chargeback or compliance documentation | 0 | 0.00% |
| | Total | 4779 | 100.00% |

**Jan-09 Visa**

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 0028 | Request for copy bearing signature | 0 | 0.00% |
| 0030 | Services Not Provided or Merchandise Not Received | 499 | 3.04% |
| 0032 | Copy request because original lost in transit | 0 | 0.00% |
| 0033 | Legal process or fraud anaylsis request | 0 | 0.00% |
| 0041 | Cancelled Recurring Transaction | 3045 | 18.54% |
| 0053 | Not as Described or Defective Merchandise | 77 | 0.47% |
| 0072 | No Authorization | 1 | 0.01% |
| 0075 | Cardholder Does Not Recognize Transaction | 3691 | 22.48% |
| 0077 | Non-Matching Account Number | 1 | 0.01% |
| 0079 | Requested Transaction Information Not Received | 1 | 0.01% |
| 0080 | Incorrect Transaction Amount or Account Number | 6 | 0.04% |
| 0082 | Duplicate Processing | 58 | 0.35% |
| 0083 | Fraudulent Transaction-Card Absent Environment | 8224 | 50.08% |
| 0085 | Credit Not Processed | 819 | 4.99% |
| | Total | 16422 | 100.00% |

ATTACHMENT M - p. 5

LITLE_25FEB11_000013

| MC | Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|---|
| | 4801 | Requested Transaction Data Not Received | 2 | 0.02% |
| | 4808 | Requested/Required Authorization Not Obtained | 7 | 0.08% |
| | 4834 | Duplicate Processing | 7 | 0.08% |
| | 4835 | Card Not Valid or Expired | 5 | 0.06% |
| | 4837 | No Cardholder Authorization | 4560 | 52.36% |
| | 4841 | Canceled Recurring Transaction | 1918 | 22.02% |
| | 4853 | Cardholder Dispute-Defective/Not as Described | 63 | 0.72% |
| | 4855 | Nonreceipt of Merchandise | 247 | 2.84% |
| | 4859 | Services Not Rendered | 17 | 0.20% |
| | 4860 | Credit Not Processed | 143 | 1.64% |
| | 4863 | Cardholder Does Not Recognize-Potential Fraud | 1740 | 19.98% |
| | 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| | 6341 | Fraud Investigation | 0 | 0.00% |
| | 6342 | Potential chargeback or compliance documentation | 0 | 0.00% |
| | | Total | 8709 | 100.00% |

| Feb-09 Visa | Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|---|
| | 0000 | Contact Litle & Co for Definition | 0 | 0.00% |
| | 0028 | Request for copy bearing signature | 0 | 0.00% |
| | 0030 | Services Not Provided or Merchandise Not Received | 549 | 2.94% |
| | 0032 | Copy request because original lost in transit | 0 | 0.00% |
| | 0033 | Legal process or fraud anaylsis request | 0 | 0.00% |
| | 0041 | Cancelled Recurring Transaction | 2627 | 14.08% |
| | 0053 | Not as Described or Defective Merchandise | 73 | 0.39% |
| | 0060 | Requested Copy Illegible or Invalid | 1 | 0.01% |
| | 0075 | Cardholder Does Not Recognize Transaction | 3058 | 16.39% |
| | 0079 | Requested Transaction Information Not Received | 1 | 0.01% |
| | 0080 | Incorrect Transaction Amount or Account Number | 11 | 0.06% |
| | 0082 | Duplicate Processing | 57 | 0.31% |
| | 0083 | Fraudulent Transaction-Card Absent Environment | 11376 | 60.96% |
| | 0085 | Credit Not Processed | 907 | 4.86% |
| | | Total | 18660 | 100.00% |

ATTACHMENT M - p. 6

LITLE_25FEB11_000014

**MC**

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 0000 | Contact Litle & Co for Definition | 0 | 0.00% |
| 4801 | Requested Transaction Data Not Received | 15 | 0.16% |
| 4831 | Transaction Amount Differs | 2 | 0.02% |
| 4834 | Duplicate Processing | 15 | 0.16% |
| 4837 | No Cardholder Authorization | 5802 | 61.89% |
| 4841 | Canceled Recurring Transaction | 1612 | 17.20% |
| 4853 | Cardholder Dispute-Defective/Not as Described | 46 | 0.49% |
| 4855 | Nonreceipt of Merchandise | 226 | 2.41% |
| 4859 | Services Not Rendered | 27 | 0.29% |
| 4860 | Credit Not Processed | 223 | 2.38% |
| 4863 | Cardholder Does Not Recognize-Potential Fraud | 1406 | 15.00% |
| 6305 | Cardholder disputes dollar amount | 0 | 0.00% |
| 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| 6341 | Fraud Investigation | 0 | 0.00% |
| 6342 | Potential chargeback or compliance documentation | 0 | 0.00% |
| | Total | 9374 | 100.00% |

**Mar-09 Visa**

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 0000 | Contact Litle & Co for Definition | 0 | 0.00% |
| 0028 | Request for copy bearing signature | 0 | 0.00% |
| 0030 | Services Not Provided or Merchandise Not Received | 318 | 1.99% |
| 0032 | Copy request because original lost in transit | 0 | 0.00% |
| 0033 | Legal process or fraud analysis request | 0 | 0.00% |
| 0041 | Cancelled Recurring Transaction | 1489 | 9.33% |
| 0053 | Not as Described or Defective Merchandise | 41 | 0.26% |
| 0072 | No Authorization | 3 | 0.02% |
| 0073 | Expired Card | 1 | 0.01% |
| 0075 | Cardholder Does Not Recognize Transaction | 2317 | 14.52% |
| 0079 | Requested Transaction Information Not Received | 27 | 0.17% |
| 0080 | Incorrect Transaction Amount or Account Number | 2 | 0.01% |
| 0082 | Duplicate Processing | 17 | 0.11% |
| 0083 | Fraudulent Transaction-Card Absent Environment | 10739 | 67.32% |
| 0085 | Credit Not Processed | 998 | 6.26% |
| 0093 | Risk Identification Service | 1 | 0.01% |
| | Total | 15953 | 100.00% |

ATTACHMENT M - p. 7

LITLE_25FEB11_000015

PI Exhibit 50 Page 02524

MC

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 4801 | Requested Transaction Data Not Received | 183 | 2.38% |
| 4834 | Duplicate Processing | 5 | 0.07% |
| 4837 | No Cardholder Authorization | 5393 | 70.25% |
| 4840 | Fraudulent Processing of Transactions | 1 | 0.01% |
| 4841 | Canceled Recurring Transaction | 1029 | 13.40% |
| 4853 | Cardholder Dispute-Defective/Not as Described | 33 | 0.43% |
| 4855 | Nonreceipt of Merchandise | 166 | 2.16% |
| 4859 | Services Not Rendered | 22 | 0.29% |
| 4860 | Credit Not Processed | 216 | 2.81% |
| 4863 | Cardholder Does Not Recognize-Potential Fraud | 629 | 8.19% |
| 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| 6341 | Fraud Investigation | 0 | 0.00% |
| 6342 | Potential chargeback or compliance documentation | 0 | 0.00% |
| | Total | 7677 | 100.00% |

Apr-09 Visa

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 0028 | Request for copy bearing signature | 0 | 0.00% |
| 0030 | Services Not Provided or Merchandise Not Received | 174 | 2.53% |
| 0032 | Copy request because original lost in transit | 0 | 0.00% |
| 0033 | Legal process or fraud anaylsis request | 0 | 0.00% |
| 0041 | Cancelled Recurring Transaction | 643 | 9.34% |
| 0053 | Not as Described or Defective Merchandise | 23 | 0.33% |
| 0075 | Cardholder Does Not Recognize Transaction | 1139 | 16.54% |
| 0079 | Requested Transaction Information Not Received | 4 | 0.06% |
| 0082 | Duplicate Processing | 2 | 0.03% |
| 0083 | Fraudulent Transaction-Card Absent Environment | 4512 | 65.52% |
| 0085 | Credit Not Processed | 388 | 5.63% |
| 0086 | Paid by Other Means | 1 | 0.01% |
| | Total | 6886 | 100.00% |

ATTACHMENT M - p. 8

LITLE_25FEB11_000016

| MC | Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|---|
| | 4801 | Requested Transaction Data Not Received | 201 | 5.04% |
| | 4831 | Transaction Amount Differs | 1 | 0.03% |
| | 4834 | Duplicate Processing | 2 | 0.05% |
| | 4835 | Card Not Valid or Expired | 1 | 0.03% |
| | 4837 | No Cardholder Authorization | 2857 | 71.68% |
| | 4841 | Canceled Recurring Transaction | 432 | 10.84% |
| | 4853 | Cardholder Dispute-Defective/Not as Described | 12 | 0.30% |
| | 4855 | Nonreceipt of Merchandise | 73 | 1.83% |
| | 4859 | Services Not Rendered | 8 | 0.20% |
| | 4860 | Credit Not Processed | 118 | 2.96% |
| | 4863 | Cardholder Does Not Recognize-Potential Fraud | 281 | 7.05% |
| | 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| | 6341 | Fraud Investigation | 0 | 0.00% |
| | 6342 | Potential chargeback or compliance documentation | 0 | 0.00% |
| | | Total | 3986 | 100.00% |

| May-09 Visa | Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|---|
| | 0028 | Request for copy bearing signature | 0 | 0.00% |
| | 0030 | Services Not Provided or Merchandise Not Received | 67 | 4.23% |
| | 0032 | Copy request because original lost in transit | 0 | 0.00% |
| | 0033 | Legal process or fraud analysis request | 0 | 0.00% |
| | 0041 | Cancelled Recurring Transaction | 108 | 6.81% |
| | 0053 | Not as Described or Defective Merchandise | 5 | 0.32% |
| | 0075 | Cardholder Does Not Recognize Transaction | 308 | 19.43% |
| | 0079 | Requested Transaction Information Not Received | 2 | 0.13% |
| | 0082 | Duplicate Processing | 4 | 0.25% |
| | 0083 | Fraudulent Transaction-Card Absent Environment | 992 | 62.59% |
| | 0085 | Credit Not Processed | 99 | 6.25% |
| | | Total | 1585 | 100.00% |

ATTACHMENT M - p. 9

LITLE_25FEB11_000017

| MC | Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|---|
| | 4801 | Requested Transaction Data Not Received | 77 | 7.53% |
| | 4834 | Duplicate Processing | 3 | 0.29% |
| | 4837 | No Cardholder Authorization | 693 | 67.81% |
| | 4840 | Fraudulent Processing of Transactions | 1 | 0.10% |
| | 4841 | Canceled Recurring Transaction | 91 | 8.90% |
| | 4853 | Cardholder Dispute-Defective/Not as Described | 2 | 0.20% |
| | 4855 | Nonreceipt of Merchandise | 25 | 2.45% |
| | 4859 | Services Not Rendered | 8 | 0.78% |
| | 4860 | Credit Not Processed | 25 | 2.45% |
| | 4863 | Cardholder Does Not Recognize-Potential Fraud | 97 | 9.49% |
| | 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| | 6341 | Fraud Investigation | 0 | 0.00% |
| | 6342 | Potential chargeback or compliance documentation | 0 | 0.00% |
| | | Total | 1022 | 100.00% |

| Jun-09 Visa | Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|---|
| | 0028 | Request for copy bearing signature | 0 | 0.00% |
| | 0030 | Services Not Provided or Merchandise Not Received | 7 | 15.22% |
| | 0032 | Copy request because original lost in transit | 0 | 0.00% |
| | 0033 | Legal process or fraud anaylsis request | 0 | 0.00% |
| | 0034 | Repeat request for copy (or Legal process request) | 0 | 0.00% |
| | 0041 | Cancelled Recurring Transaction | 4 | 8.70% |
| | 0053 | Not as Described or Defective Merchandise | 2 | 4.35% |
| | 0075 | Cardholder Does Not Recognize Transaction | 8 | 17.39% |
| | 0083 | Fraudulent Transaction-Card Absent Environment | 4 | 8.70% |
| | 0085 | Credit Not Processed | 21 | 45.65% |
| | | Total | 46 | 100.00% |

ATTACHMENT M - p. 10

LITLE_25FEB11_000018

**MC**

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 4801 | Requested Transaction Data Not Received | 15 | 27.78% |
| 4837 | No Cardholder Authorization | 9 | 16.67% |
| 4841 | Canceled Recurring Transaction | 3 | 5.56% |
| 4855 | Nonreceipt of Merchandise | 6 | 11.11% |
| 4859 | Services Not Rendered | 7 | 12.96% |
| 4860 | Credit Not Processed | 12 | 22.22% |
| 4863 | Cardholder Does Not Recognize-Potential Fraud | 2 | 3.70% |
| 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| 6341 | Fraud Investigation | 0 | 0.00% |
| 6342 | Potential chargeback or compliance documentation | 0 | 0.00% |
| | Total | 54 | 100.00% |

**Jul-09 Visa**

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 0028 | Request for copy bearing signature | 0 | 0.00% |
| 0030 | Services Not Provided or Merchandise Not Received | 3 | 15.00% |
| 0032 | Copy request because original lost in transit | 0 | 0.00% |
| 0033 | Legal process or fraud anaylsis request | 0 | 0.00% |
| 0053 | Not as Described or Defective Merchandise | 1 | 5.00% |
| 0083 | Fraudulent Transaction-Card Absent Environment | 4 | 20.00% |
| 0085 | Credit Not Processed | 12 | 60.00% |
| | Total | 20 | 100.00% |

ATTACHMENT M - p. 11

LITLE_25FEB11_000019

PI Exhibit 50 Page 02528

| MC | Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|---|
| | 4837 | No Cardholder Authorization | 6 | 60.00% |
| | 4841 | Cancelled Recurring Transaction | 1 | 10.00% |
| | 4855 | Nonreceipt of Merchandise | 1 | 10.00% |
| | 4859 | Services Not Rendered | 1 | 10.00% |
| | 4860 | Credit Not Processed | 1 | 10.00% |
| | 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| | 6341 | Fraud Investigation | 0 | 0.00% |
| | 6342 | Potential chargeback or compliance documentation | 0 | 0.00% |
| | | Total | 10 | 100.00% |

| Aug-09 Visa | Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|---|
| | 0028 | Request for copy bearing signature | 0 | 0.00% |
| | 0030 | Services Not Provided or Merchandise Not Received | 4 | 36.36% |
| | 0041 | Cancelled Recurring Transaction | 4 | 36.36% |
| | 0083 | Fraudulent Transaction-Card Absent Environment | 1 | 9.09% |
| | 0085 | Credit Not Processed | 2 | 18.18% |
| | | Total | 11 | 100.00% |

| MC | Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|---|
| | 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| | 6341 | Fraud Investigation | 0 | 0.00% |
| | | Total | 0 | 0.00% |

ATTACHMENT M - p. 12

LITLE_25FEB11_000020

**Sep-09 Visa**

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 0030 | Cardholder request due to dispute | 0 | 0.00% |
| 0033 | Legal process or fraud anaylsis request | 0 | 0.00% |
| Total | | 0 | 0.00% |

**MC**

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 4855 | Nonreceipt of Merchandise | 2 | 100.00% |
| 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| Total | | 2 | 100.00% |

**Oct-09 Visa**

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 0028 | Request for copy bearing signature | 0 | 0.00% |
| 0075 | Cardholder Does Not Recognize Transaction | 1 | 50.00% |
| 0085 | Credit Not Processed | 1 | 50.00% |
| Total | | 2 | 100.00% |

**MC**

| Reason Code | Description | Chargebacks Count | Chargebacks % |
|---|---|---|---|
| 4860 | Credit Not Processed | 1 | 100.00% |
| 6321 | Cardholder does not recognize this transaction | 0 | 0.00% |
| Total | | 1 | 100.00% |

ATTACHMENT M - p. 13

LITLE_25FEB11_000021

06/30/2009  08:10  5654
JUN/30/2009/TUE 08:10 AM  Merchant e-solutions   MERCHANTESOLUTIONS   VISA 00367
FAX No.1 509 921 6004   PAGE  01
May 14 2008 12:50PM Staples   2085426249   P.001
P 1

ME S R

## MERCHANT e-SOLUTIONS  CB&T

## Merchant Account Application

### 1. Business Information

**Type of Business**
- ☑ Sole Proprietorship
- ☑ Corporation
- ☐ Partnership
- ☐ Medical or Legal Corporation
- ☐ Association/Estate/Trust
- ☐ Tax Exempt
- ☐ Government
- ☑ Limited Liability Company
- ☐ Other

Industry (Restaurant, Hotel, etc.):
**Internet Sales**

Type of Goods or Services Sold:
**Health Products**

Type of Application
- ☑ Single Location
- ☐ Multiple Locations (Chain)
- ☐ Additional Chain Location

Number of Locations

Type of Business Location:
- ☐ Retail Storefront
- ☑ Internet Storefront
- ☐ Business Office
- ☐ Residence
- ☐ Bank
- ☐ Other

Years at Main Location 0
Bank Name: Zions Bank

Control #

Business Name (DBA, Franchise):
**DAZZLE WHITE 866 983 2626**

Business Legal Name:
**JDW Media, LLC**

Business Phone Number:
**888-883-5250**

Business Street Address Line 1
**2164 Channing Way #325**

Business Street Address Line 2

City: **Idaho Falls**   State: **ID**   Zip: **83406**

Business e-Mail Address:
**npaquette12@gmail.com**

Date Business Established (MM/YYYY): 04 /2008

Contact Name: **Nolan Paquette**

Contact Phone #: **888-883-5250**

Mailing Address Name: **Same**

Mailing Address Line 1: **Same**

Mailing Address Line 2: **Same**

City: **Same**   State:   Zip:

Business Fax Number:

### 2. Merchant History
Ever Accepted Credit Cards Before? ☑ Yes ☐ No   If Yes, Name of Processor:
Ever Had an Account Cancelled? ☐ Yes ☑ No   If No, Name of Processor:
Reason for Cancellation:   Date of Cancellation:

### 3. Business Checking
Bank Name: **Zions Bank**
Bank Address: **1890 West Sunset Blvd**
Checking Account #
City: **St. George**   State: **UT**   Zip: **84770**   Years Open 0

### 4. Business Owners/Officers/Partners
Name of Primary Owner/Officer/Partner: **Peter Gruver**   Social Security #   Percent Owned 0   Phone #   Contact Officer Since 2009
Residence Address: **3147 Honey Run Drive**   City: **York**   State **PA**   Zip **17408**   Title **Manager**
Name of Secondary Owner/Officer/Partner   Social Security #   Percent Owned   Phone #   Owner/Officer Since
Residence Address   City   State   Zip

### 5. Transaction Information
Refund Policy: ☑ Refund in 30 Days or Less   ☐ No Refund/Exchange   ☑ Exchange Only   ☐ N/A
- ☑ Visa®/MasterCard®   Total Monthly Sales Vol $ 728, 888   Monthly Visa/MC Sales: $ 728, 888   Avg Ticket $ 90, 000   % of MOTO: 100
- ☑ American Express®   ID #   84 %
- ☑ Discover/Novus®   Market#   88 %
- ☐ Diners/Carte Blanche®   Number   ☐ Debit Cards   POS # for EBT
- ☐ JCB®   Merchant #   ☐ Check Authorization Service   Name of Provider   Check #

### 6. Product Selection
| | Device | Make | Model | Quantity | Rent/Buy/Own |
|---|---|---|---|---|---|
| ☐ Dial Terminal | Terminals | | | | |
| | Printers | | | | |
| | Pinpads | | | | |
| | Imprinters | | | | |

**Standard**
- ☑ MeS Payment Gateway   URL Address: www.DAZZ-CHWHITE-MAX.COM   Admin Email: npaquette12@gmail.com
- ☑ MeS Virtual Terminal   Receives, processes and accept to the web   Admin Email:
- ☐ PayEev   Transaction authorization & capture by telephone
- ☐ Other Product   Name of Vital Certified Product:

### 7. Dial Terminal Features
Phone Training for Merchant? ☐ Yes ☐ No
- ☐ Access Code (to dial out of business)
- ☐ Auto Batch Close   HR:   MIN:   ☐ AM ☐ PM   ☐ Invoice # Prompt On
- ☐ Reset Reference # Daily   ☐ Fraud Control On
- ☐ Receipt Header Line #   ☐ Password Protect On
- ☐ Receipt Header Line #:
- ☐ Reprint Enabled

☐ Terminal Reminder to Check Totals (Von/Phone only)
   HR:   MIN:   ☐ AM ☐ PM
☐ Tip Option On
☐ Clerk Enabled

MeS PY0057

Copy to MeS   Copy to Merchant

## ATTACHMENT N - p. 1

Confidential
VISA 00368

06/30/2009  08:18   5664
JUN/30/2009/TUE 08:10 AM   Merchant e-solutions

MERCHANTESOLUTIONS
FAX No.1 509 921 6004

PAGE  01
P. 002

May 14 2009 12:50PM  Staples

2085425248

p.2

## MERCHANT eSOLUTIONS  CB&T

## Pricing Schedule

By signing the Merchant Application, Merchant understands the rates and fees stated below correspond to the volume and average ticket indicated on page 1 of the Application. In the event Merchant's actual activity is less than the volume and average ticket on page 1, Merchant is subject to an increase in rates and fees.

| Business Name (as shown on Application) | Contact Name | Phone Number |
|---|---|---|
|  | Nolen Paquette | 866-883-5260 |

### 1. Visa/MasterCard Rates & Fees

Visa Payment Options: ☐ Credit/Business Cards   ☐ Consumer Debit/Prepaid Cards   ☒ Both

| | Rate | |
|---|---|---|
| ☐ Fixed Rate: $25 Minimum Discount, Non-Qual Assessment, Fixed Discount Rate | Rate | % |
| ☐ Interchange: $25 Minimum Discount, Actual Interchange, Per Item Fee | Per Item | |
| ☐ Combination: $25 Minimum Discount, Non-Qual Assessment, Fixed Discount+Per Item | Rate | % Per Item |

Priced as:   ☐ Retail   ☒ Moto   ☐ Hotel   ☐ Supermarket

| | | Per Item | Quantity | Total |
|---|---|---|---|---|
| Terminal/Printer Set | | | | 0.00 |
| Terminal/Printer/Pinpad Set | | | | 0.00 |
| Terminal | | | | 0.00 |
| Printer | | | | 0.00 |
| Pinpad | | | | 0.00 |
| Imprinter | | | | 0.00 |
| PC Software License | | | | 0.00 |
| Monthly Support (Merchant Owned Equipment) | | | | 0.00 |

### 5. Third Party Disclosure

Name of companies associated with Merchant who have access to transaction information. Failure to disclose this information can result in account cancellation.

| | |
|---|---|
| Subtotal | 0.00 |
| Sales Tax (if necessary) | |
| Total | 0.00 |

### Merchant Signatures

By submitting this Merchant Account Application, Merchant: 1) Certifies that all information provided in this Application is correct, 2) Understands additional information may be needed before this Application can be fully evaluated, 3) Has received and accepted all terms of the attached Merchant Agreement, Pricing Schedule, Merchant Restrictions Addendum, Special Services Addendum, and Card Not Present Addendum, 4) Authorizes credit and debit entries to Merchant's business checking account, 5) Agrees to keep Processor if any information in this Application changes, 6) Understands that incomplete or inaccurate information may result in account denial or cancellation, 7) Agrees that in the event the Merchant Agreement is modified, continuing to process transactions constitutes acceptance of the revised Merchant Agreement, 8) Authorizes the request of consumer and business credit reports from consumer and business credit reporting agencies, and verification of all information contained in this Application.

| Printed Name Owner/Officer/Partner 1   PETER W GRAVER | Signature   Pet. W Gr | Date   5/14/09 |
|---|---|---|
| Printed Name Owner/Officer/Partner 2 | Signature | Date |

### For Processor & Bank Use

When visiting the merchant's place of business, please answer the following questions and sign below.

Address or location inspected:
☐ Business Address   ☐ Mailing Address   ☐ Other:
Does name posted at business match business name on application?
Does location have appropriate business signage?                          Are store hours posted?
Was inventory consistent with merchant's type of business?                Did you view merchant's inventory?
Does inventory appear to be adequate for the sales volume indicated on the application?   # of employees:

| Referral Bank Name | Referral Bank Representative Name | Referral Bank Representative Phone # | Referral Bank Representative Signature |
|---|---|---|---|
| Merchant Services Processor   Merchant e-Solutions (MeS) | Processor Representative Name | Processor Representative Phone # | Processor Representative Signature |
| Association Member Bank | | | Association Member Signature |

Columbus Bank & Trust Merchant Services, P.O. Box 23019, Columbus GA 31902-3019 (706) 649-4900

Merchant e-Solutions, 820 N. Argonne Ste 200, Spokane WA 99212, Customer Service 1-888-288-3692, Fax 1-866-232-5524

## ATTACHMENT N - p. 2

05/30/2009  08:10  5664    Case 2:11-cv-00828-MJP    Document 9-4    Filed 05/16/11    Page 25 of 78
JUN/30/2009/TUE 08:10 AM   Merchant e-solutions   MERCHANTESOLUTIONS    PAGE  02
                                                   FAX No. 1 509 921 6004    P. 003
May 14 2009 12:50PM  Staples
                                                   2085428248                p. a



## Card Association Disclosure

### Member Bank (Acquirer) Information

**Acquirer Name:** Columbus Bank and Trust

**Acquirer Address:** 1125 1st Avenue, Columbus GA 31901

**Acquirer Phone:** ▉▉▉▉▉

### Important Member Bank (Acquirer) Responsibilities

1. A Visa Member is the *only* entity approved to extend acceptance of Visa products directly to a Merchant.
2. A Visa Member must be a principal (signer) to the Merchant Agreement.
3. The Visa Member is responsible for educating merchants on pertinent Visa Operating Regulations with which Merchants must comply.
4. The Visa Member is responsible for and must provide settlement funds to the Merchant.
5. The Visa Member is responsible for all funds held in reserve that are derived from settlement.

### Merchant Information

**Merchant Name** JDW Media, LLC

**Merchant Address** 2184 Channing Way #322 Idaho Falls, ID 83404

**Merchant Phone** 888-363-5250

### Important Merchant Responsibilities

1. Ensure compliance with cardholder data security and storage requirements.
2. Maintain fraud and chargebacks below thresholds.
3. Review and understand the terms of the Merchant Agreement.
4. Comply with the Card Association Operating Regulations.

The responsibilities listed above do not supercede terms of the Merchant Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the Visa Member (Acquirer) is the ultimate authority should the Merchant have any problems.

_Peter W Gㅡ_
Merchant's Signature

5/14/09
Date

Peter Graver
Merchant's Printed Name and Title

Manager

Confidential
VISA 00369

ATTACHMENT N - p. 3

06/30/2009  08:10    5554
JUN/30/2009/TUE 08:11 AM  Merchant e-solutions

May 14 2008 12:50PM  Staples

MERCHANTESOLUTIONS
FAX No.1 509 921 6904

2005426249

PAGE  03
P. 0C4

p.4



# Patriot Act Notification

To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each individual or business who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We will also ask to see your driver's license and/or other identifying documents.

## 1. Business Identification
MINIMUM OF ONE BOX MUST BE CHECKED AND COMPLETED, AND SUPPORTING DOCUMENTATION MUST BE PROVIDED

☐ Government Issued Business License
   Identification Number_____ Place of Issuance_____ Date of Issuance_____ Expiration Date_____

☐ Tax Return
   I.R.S. Employer Identification Number_____ Type of Taxes Filed_____ Place of Issuance_____ Date Filed_____

☐ Corporate Resolution
   Place of Issuance_____ Date Filed_____

☒ Articles of Incorporation
   Place of Issuance Idaho_____ Articles of Incorporation File Date March 31, 2009

☐ Partnership Agreement
   Name of Who Executed Partnership Agreement_____ Place of Issuance_____ Date of Agreement_____

☐ Business Financial Statements
   Type: ___Balance Sheet ___Income Statement ___Statement of Cash Flows  Date_____ Place of Issuance_____

## 2. Personal Identification
MINIMUM OF ONE BOX MUST BE CHECKED AND COMPLETED, AND SUPPORTING DOCUMENTATION MUST BE PROVIDED

☒ Driver's License
☐ Passport*
☐ Mexican Consulate ID*
☐ Military ID*
☐ Resident Alien ID*

Number on ID ███████████████████████    Date of Expiration 7/10/2010

*If option is selected, the following bank card information is required:

Type of Card_____ Name of Card Issuer_____ First 4 Digits of Card Number_____ Expiration Date_____

## 3. Signatures

JDW Media, LLc
Merchant DBA Name

_[signature]_
Merchant Signature**          Peter Grayer      Manager        5/14/09
                              Printed Name and Title of Merchant Signer    Date

_____      _____
Merchant Services Representative Signature**   Printed Name of Merchant Services Representative   Date

**BY SIGNING ABOVE, YOU HEREBY ACKNOWLEDGE AND AGREE THAT THE INFORMATION LISTED HEREIN IS TRUE AND CORRECT AND WAS PERSONALLY OBSERVED ON THE INDICATED DOCUMENTS.

Confidential
VISA 00370

ATTACHMENT N - p. 4

Confidential
VISA 00371

06/30/2009  08:10  5664
JUN/30/2009/TUE 08:10 AM  Merchant e-solutions

MERCHANTSOLUTIONS
FAX No.1 509 921 6004

PAGE  01
P. 001

May 14 2008 12:50PM  Staples

2085426249

P. 1

MES R

MERCHANT
e-SOLUTIONS    CB&T
COLUMBUS BANK & TRUST

## Merchant Account Application

Control #

### 1. Business Information

Type of Business:
- ☑ Sole Proprietorship
- ☐ Corporation
- ☐ Partnership
- ☐ Medical or Legal Corporation
- ☐ Association/Estate/Trust
- ☐ Tax Exempt
- ☐ Government
- ☑ Limited Liability Company
- ☐ Other

Industry (Restaurant, Hotel, etc.):
Internet Sales

Type of Goods or Services Sold:
Health Products

Type of Application:
- ☑ Single Location
- ☐ Multiple Locations (Chain)
- ☐ Additional Chain Location

Number of Locations:

Type of Business Location:
- ☐ Retail Storefront
- ☑ Internet Storefront
- ☐ Business Office
- ☐ Residence
- ☐ Bank
- ☐ Other

Years at Main Location 0
Bank Reference Zions Bank

Business Name (DBA Registration): DAZZLEWHITE 866 989 2696
Business Legal Name: JDW Media, LLC

Business Phone Number: 888-585-6250
Business Street Address Line 1: 2164 Channing Way #322
Business Street Address Line 2:
City: Idaho Falls  State ID: ID  Zip: 83406
Business e-Mail Address: npaquette12@gmail.com

Date Business Established (MM/YYYY): 04 /2009

Contact Name: Nolan Paquette
Contact Phone #: 888-585-6250
Mailing Address Name: Same
Mailing Address Line 1: Same
Mailing Address Line 2:
City:  State  Zip
Business Fax Number:

### 2. Merchant History

Ever Accepted Credit Cards Before?  ☐ Yes  ☑ No   If Yes, Name of Processor:
Ever Had an Account Cancelled?  ☐ Yes  ☑ No   If Yes, Name of Processor:
Reason for Cancellation:   Date of Cancellation:

### 3. Business Checking

Bank Name: Zions Bank
Bank Address: 1330 West Sunset Blvd

City: St. George  State: UT  Zip: 84770
Years Open: 0

### 4. Business Owners/Officers/Partners

Name of Primary Owner/Officer/Partner: Peter Graver
Residence Address: 3147 Honey Run Drive
City: York  State: PA  Zip: 17408
Title: Manager
Owner/Officer Since: 2009
% Owned:

Name of Secondary Owner/Officer/Partner:
Residence Address:
City:  State:  Zip:  % Owned:  Phone #:
Date Owner/Officer Since:

### 5. Transaction Information

Refund Policy:  ☑ Refund in 30 Days or Less  ☐ No Refund/Exchange  ☐ Exchange Only  ☐ N/A
- ☑ Visa®/MasterCard®  Total Monthly Sales: $120,000  Monthly Visa/MC Sales: $120,000  Avg Ticket: $49.00  % of MOTO: 100
- ☑ American Express®
- ☐ Discover/Novus®
- ☐ Diners/Carte Blanche®
- ☐ JCB®

- ☐ Bill Me
- ☐ Debit Cards
- ☐ Check Authorization Service

### 6. Product Selection

| | Device Terminals/Printers/Pinpads/Imprinters | Make | Model | Quantity | Rent/Buy/Own |
|---|---|---|---|---|---|
| ☐ Dial Terminal | | | | | |

- ☑ MeS Payment Gateway  URL Address: WWW.DAZZLEWHITEMAX.COM  Admin Email: npaquette12@gmail.com
- ☑ MeS Virtual Terminal   Requires computer and access to the web
- ☐ RealPay  Transaction authorization & capture by telephone
- ☐ Other Product  Name of Virtual Certified Product:

### 7. Dial Terminal Features

Phone Training for Merchant?  ☐ Yes  ☐ No
- ☐ Access Code (# to dial out of business):
- ☐ Auto Batch Close  HR:   MIN:   ☐ AM ☐ PM
- ☐ Reset Performance @ Daily
- ☐ Receipt Header Line 1:
- ☐ Receipt Header Line 2:
- ☐ Rapid Logon:

- ☐ Invoice # Prompt On
- ☐ Fraud Control On
- ☐ Password Protect On

- ☐ Terminal Reminder to Check Totals (Work Phone only)
   HR:   MIN:   ☐ AM ☐ PM
- ☐ Tip Option On
- ☐ Clerk Enabled

Copy to MeS    Copy to Merchant

ATTACHMENT N - p. 5

06/30/2009  08:10   5664
JUN/30/2009/TUE 08:10 AM   Merchant e-solutions

May 14 2009 12:50PM  Staples

MERCHANTESOLUTIONS
FAX No. 1 509 921 6004

2085426248

Confidential
VISA 00372
PAGE  81
P. 002

P.2

**MERCHANT e-SOLUTIONS    CB&T**

**Pricing Schedule**

By signing the Merchant Application, Merchant understands the rates and fees stated below correspond to the volume and average ticket indicated on page 1 of the Application. In the event Merchant's actual activity is less than the volume and average ticket on page 1, Merchant is subject to an increase in rates and fees.

| Business Name (as shown on Application) | Contact Name | Phone Number |
|---|---|---|
| | Nolen Paquette | 888-883-6280 |

**1. Visa/MasterCard Rates & Fees**   Visa Payment Options:  ☐ Credit Business Cards  ☐ Consumer Debit/Check Cards  ☒ Both

| Imprinter | | | | 0.00 |
| PC Software License | | | | 0.00 |
| Monthly Support (Merchant Owned Equipment) | | | | 0.00 |

**6. Third Party Disclosure** Names of companies associated with Merchant who have access to transaction information. Failure to disclose this information can result in account cancellation.

| | SUBTOTAL | 0.00 |
| | Sales Tax (if necessary) | 0.00 |
| | Total | 0.00 |

**Merchant Signature**

By submitting this Merchant Access Application, Merchant: 1) Certifies that all information provided in this Application is correct, 2) Understands additional information may be needed before this Application can be fully analyzed, 3) Has reviewed and accepted all terms of the attached Merchant Agreement, Pricing Schedule, Merchant Restrictions Addendum, Special Services Addendum, and Card Not Present Addendum, 4) Authorizes credit and debit entries to Merchant's business checking account, 5) Agrees to become party Processor if any information in this Application changes, 6) Understands that incomplete or inaccurate information may result in account denial or cancellation, 7) Agrees that in the event the Merchant Agreement is modified according to process transactions constitutes acceptance of the Revised Merchant Agreement, 8) Authorizes the request of consumer and business credit reports from consumer and business credit reporting agencies, and verifications of all information contained in this Application.

| Printed Name Owner/Officer/Partner 1 | Signature | Date |
|---|---|---|
| PETER W GRAVES | Peter W Graves | 5/14/09 |
| Printed Name Owner/Officer/Partner 2 | Signature | |

**For Processor & Bank Use**  When visiting the merchant's place of business, please answer the following questions and sign below.

Address or location inspected
☐ Business Address  ☐ Mailing Address  ☐ Other:
Does name posted at business match business name on application?
Does location have appropriate business signage?
Was inventory consistent with merchant's type of business?
Does inventory appear to be adequate for the sales volume indicated on the application?

Are store hours posted?
Did you view merchant's inventory?
# of employees:

| Referral Bank Name | Referral Bank Representative Name | Referral Bank Representative Phone # | Referral Bank Representative Signature |
|---|---|---|---|
| Merchant Services Processor Merchant e-Solutions (MeS) | Processor Representative Name | Processor Representative Phone # | Processor Representative Signature |
| Association Member Bank Columbus Bank & Trust Merchant Services, P.O. Box 23019, Columbus GA 31902-3019 (706) 649-4900 | | Association Member Signature | |

Merchant e-Solutions, 620 N. Argonne Ste 200, Spokane WA 99212, Customer Service 1-888-288-2692, Fax 1-866-252-5525

**ATTACHMENT N - p. 6**

05/30/2009 08:10 5554  Case 2:11-cv-00828-MJP  Document 9-4  Filed 05/16/11  Page 29 of 78
JUN/30/2009/TUE 08:10 AM  Merchant e-solutions    MERCHANTESOLUTIONS    PAGE  02
                                                  FAX No. 1 509 921 6604     P. 003
   May 14 2009 12:50PM  Staples
                                                       2085428248            P.2

 **CB&T**

## Card Association Disclosures

### Member Bank (Acquirer) Information

**Acquirer Name:**  Columbus Bank and Trust

**Acquirer Address:**  ███████

**Acquirer Phone:**  ███████

### Important Member Bank (Acquirer) Responsibilities

1. A Visa Member is the *only entity* approved to extend acceptance of Visa products directly to a Merchant.
2. A Visa Member must be a principal (signer) to the Merchant Agreement.
3. The Visa Member is responsible for educating merchants on pertinent Visa Operating Regulations with which Merchants must comply.
4. The Visa Member is responsible for and must provide settlement funds to the Merchant.
5. The Visa Member is responsible for all funds held in reserve that are derived from settlement.

### Merchant Information

**Merchant Name**  JDW Media, LLC

**Merchant Address**  2184 Channing Way #322 Idaho Falls, ID 83406

**Merchant Phone**  888-888-5250

### Important Merchant Responsibilities

1. Ensure compliance with cardholder data security and storage requirements.
2. Maintain fraud and chargebacks below thresholds.
3. Review and understand the terms of the Merchant Agreement.
4. Comply with the Card Association Operating Regulations.

The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the Merchant understands some important obligations of each party and that the Visa Member (Acquirer) is the ultimate authority should the Merchant have any problems.

_Peter W Gru_                                    5/14/09
Merchant's Signature                             Date

Peter Graver                          Manager
Merchant's Printed Name and Title

Confidential
VISA 00373

ATTACHMENT N - p. 7

06/30/2009  08:10   5664
JUN/30/2009/TUE 08:11 AM  Merchant e-solutions      FAX No. 1 509 921 6004        PAGE  03
May 14 2008 12:50PM  Staples                                                      P. 004
                                                     2095426249                   p. 4

 **CB&T**

# Patriot Act Notification

To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each individual or business who opens an account. What this means for you: when you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We will also ask to see your driver's license and/or other identifying documents.

## 1. Business Identification
MINIMUM OF ONE BOX MUST BE CHECKED AND COMPLETED, AND SUPPORTING DOCUMENTATION MUST BE PROVIDED

☐ Government Issued Business License
Identification Number_____ Place of Issuance_____ Date of Issuance_____ Expiration Date_____

☐ Tax Return
I.R.S. Employer Identification Number_____ Type of Taxes Filed_____ Place of Issuance_____ Date Filed_____

☐ Corporate Resolution
Place of Issuance_____ Date Filed_____

☒ Articles of Incorporation
Place of Issuance Idaho_____ Articles of Incorporation File Date March 31, 2009

☐ Partnership Agreement
Name of Who Executed Partnership Agreement_____ Place of Issuance_____ Date of Agreement_____

☐ Business Financial Statements
Type:____ Balance Sheet____ Income Statement____ Statement of Cash Flows____ Date_____ Place of Issuance_____

## 2. Personal Identification
MINIMUM OF ONE BOX MUST BE CHECKED AND COMPLETED, AND SUPPORTING DOCUMENTATION MUST BE PROVIDED

☒ Driver's License
☐ Passport*
☐ Mexican Consulate ID*
☐ Military ID*
☐ Resident Alien ID*

Number on ID_____

*If option is se ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     Date of Expiration 7/10/2010

Type of Card_____ Name of Card Issuer_____ First 4 Digits of Card Number_____ Expiration Date_____

## 3. Signatures

JDW Media, LLc
Merchant DBA Name

*[signature]* _____
Merchant Signature**        Peter Graver    Manager        5/14/09
                            Printed Name and Title of Merchant Signer    Date

_____
Merchant Service Representative Signature**   Printed Name of Merchant Service Representative   Date

**BY SIGNING ABOVE, YOU HEREBY ACKNOWLEDGE AND AGREE THAT THE INFORMATION LISTED HEREIN IS TRUE AND CORRECT AND WAS PERSONALLY OBSERVED ON THE INDICATED DOCUMENTS.

Confidential
VISA 00374

ATTACHMENT N - p. 8

**ECS**
ELECTRONIC CASH SYSTEMS, INC.

Type of Account (Check one):
☐ Direct Account
☐ Agent Bank Account
☐ Bank Referral, new relationship

Control Number: 105-0103

Name of Bank: _____

Branch: _____

## Merchant Application

**BUSINESS INFORMATION**

| | |
|---|---|
| Merchant's DBA Name/Outlet Name: **Dazzlewhitemax** | Merchant's Legal Name: **JDW Media LLC** |
| Physical Street Address (No P.O. Box): **2184 Channing Way #322** | Legal Address: |
| City, State, Zip: **Idaho Falls, ID, 83404** | City, State, Zip: |
| DBA Phone: **780-900-0371**   Fax: | Corp. Phone:   Fax: |
| Contact Name at this Address: **Mike Stef**   E-mail: **mstef@live.ca** | Contact Name at this Address:   E-mail: |
| Customer Service Phone # (Required for MOTO and Internet merchants only): | Website Address (Required for Internet merchants): **www.dazzlewhitemax.com** |

**MERCHANT PROFILE**

Type of Ownership: ☐ Sole Proprietorship ☐ Partnership ☒ LLC
☐ Professional Assoc. ☐ Corporation ☐ Tax Exempt Org. (501C3)
☐ Other _____

Type of Goods or Services Sold: **Health Products**   SIC Code: **5999**

Years in business under current ownership: **6 mo.**   Federal Tax ID #: _____

Do you currently accept Visa/MasterCard/Discover? ☐ YES ☒ NO

Does merchant accept transactions before the customer receives product or service? ☒ YES ☐ NO

% of sales in this category? **100%**   How long does customer wait before product is received? **8-14 days**

% of sales that is prepayment: **100%**   Duration of extended service or benefit (in weeks): ___

Does merchant offer warranties, dues, subscriptions, memberships, or other extended services? ☒ YES ☐ NO

Annual Visa/MC/Discover Sales: $ **36,000,000.00**   Average Ticket: $ **59.00**   ☒ YES ☐ NO

Total Visa/MC/Discover Sales (multiple locations only): $ _____

| Market Type: | Sales Profile (Must equal 100%) | |
|---|---|---|
| ☐ Retail   ☒ Supermarket | Card Swiped | % |
| ☐ Restaurant ☐ Emerging Mkt | | |
| ☐ Lodging   ☐ Public Sector | | |
| ☐ MOTO   ☐ Auto Rental | Manually Keyed with imprint | % |
| ☐ P-Card   ☐ Cash Adv. | | |
| ☒ E-Commerce ☐ Other | Mail Order/Telephone/Internet | 100 |
| | Total | 100% |

**MEMBER BANK (ACQUIRER) INFORMATION**

HSBC Bank USA, National Association
Merchant Support Group, P.O. Box 3263
Buffalo, New York 14240
716-841-5850

| Important Member Bank Responsibilities | Important Merchant Responsibilities |
|---|---|
| 1. A Visa Member is the only entity approved to extend acceptance of Visa products directly to a merchant. | 1. Ensure compliance with cardholder data security and storage requirements. |
| 2. A Visa Member must be a principal (signer) to the Merchant Agreement. | 2. Maintain fraud and chargebacks below thresholds. |
| 3. The Visa Member is responsible for educating Merchants on pertinent Visa Operating Regulations with which Merchants must comply. | 3. Review and understand the terms of the Merchant Agreement. |
| 4. The Visa Member is responsible for and must provide settlement funds to the Merchant. | 4. Comply with Visa Operating Regulations. |
| 5. The Visa Member is responsible for all funds held in reserve that are derived from settlement. | The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the Merchant understands these specific responsibilities. |

For questions regarding Card Services, contact ECS, Inc., attn: Customer Service, 30052 Aventura, Rancho Santa Margarita, CA 92688
or call: 1-888-327-2060

Note: Billing disputes must be forwarded, in writing, to Customer Service within 60 days of the date of the statement and/or notice.

Merchant Initials: _____

Rev. 04/08-ECS

Confidential
VISA 00375

## ATTACHMENT N - p. 9

**Personal Guaranty**

I/We hereby guarantee to Global Direct and Member, their successors and assigns, the full, prompt, and complete performance of Merchant and all of Merchant's obligations under the Card Services Agreement, including but not limited to all monetary obligations arising out of Merchant's performance or non-performance under the Card Services Agreement, whether arising before or after termination of the Card Services Agreement. This guaranty shall not be discharged or otherwise affected by any waiver, indulgence, compromise, settlement, extension of credit, or variation of terms of the Card Services Agreement made by or agreed to by Global Direct, Member and/or Merchant. I/We hereby waive any notice of acceptance of this guaranty, notice of nonpayment or nonperformance of any provision of the Card Services Agreement by Merchant, and all other notices or demands regarding the Card Services Agreement. I/We agree to promptly provide to Global Direct and Member any financial information requested by any of them from time to time concerning my/our financial condition(s), business history, business relationships, and employment information. I/We have read, understand, and agree to be bound by the Card Services Terms & Conditions provided to Merchant and those terms and conditions contained in this Merchant Application.

Signature of Guarantor (please sign below)

X _____ , an Individual        Name (printed): X  Peter W Graver

Signature of Guarantor (please sign below)

X _____ , an Individual        Name (printed): X _____

Signature of Witness (please sign below)

X _____ , an Individual        Name (printed): X _____

**Club / Organization**

Name: Peter Graver   Title: Manager   Date:

Home Address: 8141 Honey Run Dr.   City: York   State: PA   Zip Code: 17408   Years There:   Own/Rent?

Former Address (If less than 1 year at current address):   City:   State:   Zip Code:   Years There:   Own/Rent?

Name:   Title:   Date of Birth:   Social Security #:   Home Phone #:

Home Address:   City:   State:   Zip Code:   Years There:   Own/Rent?

Former Address (If less than 1 year at current address):   City:   State:   Zip Code:   Years There:   Own/Rent?

**Internal Use / Audit Codes / Checking**

| Bank 1 | Routing Number | DDA/Checking Account # | Deposit | Discount | Chargebacks | Equipment | Supplies | Misc. Fees |
|--------|---------------|-----------------------|---------|----------|-------------|-----------|----------|-----------|
| Bank 2 | | | | | | | | |

**Inspection / Site Survey Report (must be completed by Sales Representative)**

Merchant Location:  ☑ Retail location with Store Front   ☐ Office Building   Residence  ☑ Other: Internet

Surrounding Area:  ☐ Commercial   ☐ Industrial   ☐ Residential

Does the amount of inventory and merchandise on shelves and floor space consistent with the type of business?  ☑ YES   ☐ NO

If no, explain:

Does the Merchant use a Fulfillment House?  ☐ Yes  ☑ No    If yes, was the Fulfillment House inspected?  ☐ Yes  ☐ No

The Merchant  ☑ Owns   ☐ Leases the business premises

Further comments by inspector (must complete):

I hereby verify that this application has been fully completed by merchant applicant and that I have physically inspected the business premises of the merchant at this address and the information stated above is true and correct to the best of my knowledge and belief.

Verified and Inspected by (print name):

Representative Name: X _____   Representative Signature: X _____   Date:

Sales Rep Name:   Sales Rep Code:   Sales Rep Phone Number/Sales Rep e-mail Address:

**American Express**

By signing below, I represent that I have read and am authorized to sign and submit this application on behalf of the entity above and all information I have provided herein is true, complete, and accurate. I authorize American Express Travel Related Services Company, Inc. ("American Express") to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies. I authorize and direct American Express to inform me directly, or through the entity above, of reports about me that American Express has requested from consumer reporting agencies. Such information will include the entity's name and address of the agency furnishing the report. I understand that upon American Express' approval of the entity indicated above to accept the American Express Card, the terms and conditions for American Express Card Acceptance ("Terms and Conditions") will be sent to such entity along with a Welcome Letter. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Terms and Conditions.

Merchant's signature: _____   Name (printed): X  Peter W Graver   Title: Manager   Date: 6-18-09

Merchant Initials: PWG

Rev. 04/08 - 02430

Confidential
VISA 00376

ATTACHMENT N - p. 10

| | | Individual Pricing | | Combination Pricing | |
|---|---|---|---|---|---|
| **Item** | **Quantity** | **Amount** | **# Payments** | **Amount** | **# Payments** |
| Terminal | | $ | | $ | |
| Printer | | $ | | $ | |
| Check Reader | | $ | | $ | |
| PIN Pad | | $ | | $ | |

Process method:  ☐ EDC ☐ Touchtone  ☐ Paper

Platform:  ☐ Best  ☐ Central

Imprinter:  ☐ Own   ☐ Purchase

Purchase Price per Unit: _____

Purchase Quantity – Standard: _____

Purchase Quantity – Handheld: _____

Total Regular Plates Needed: _____

Total Amex Plates Needed: _____

Total Plastic Cards Needed: _____

Global to schedule download?  ☐ YES  ☐ NO

Global to train?  ☐ YES  ☐ NO

☐ Own / Reprogram  ☐ Purchase  ☐ Lease  ☐ Rental

Terminal Type:  **NMI Gateway**

Special Instructions: _____

Pinpad Type: _____

Printer Type: _____

Check Reader: _____

Terminal Application / PC Software Type: _____

Primary Third Party: _____

Secondary Third Party: _____

Number of TIDs: _____   Product: _____

Pay type: _____   Third Party Settlement:  ☐ Terminal  ☐ Host

Global PC Software:  ☐ Own  ☐ Purchase

If purchase, price: $_____   # of payments: _____

## Certificate of Data Security Compliance

1. Are you going to use a POS terminal, software, or gateway application from Global Payments?   ☐ Yes  ☒ No
   (If Yes, go to Question #4 & select "No". If No, go to Question #2.)
2. Are you using a "dial-up" terminal?   ☐ Yes  ☒ No
   (If yes, go to Question #4 & select "No". If No, go to question #3.)
3. a) What third party software company/vendor did you purchase your POS Application from? _____
   b) What is the name of the third party software? _____   Version #? _____
   c) Do your transactions process through any other third parties, web hosting companies or gateways?
   If yes, who is it?  **NMI Gateway**   ☒ Yes  ☐ No
   (Please continue to Question #4)
4. a) Do you or your vendor receive, pass, transmit or store the full cardholder number, electronically?   ☐ Yes  ☒ No
   b) If yes, where is card data stored?   ☐ Merchant   ☐ Third Party Only   ☐ Both Merchant & Third Party   ☐ GAA Expert Only
   b1.) Are you or your vendor PCI/DSS (Payment Card Industry/Data Security Standard) compliant?   ☐ Yes  ☐ No
   b2.) What is the name of your Qualified Security Assessor? _____
   b3.) Date of compliance: _____   Date of last scan: _____
5. Have you ever experienced an account data compromise?   ☐ Yes   ☐ No   If yes, when? _____
***** Card Association requirements dictate it is prohibited to store track data in any circumstance. Further, it is recommended that no merchant or a merchant's third party vendor store cardholder data. If you or your vendor store card data, you or your vendor are required to be PCI-DSS compliant. Failure to adhere to these requirements may result in fines or loss of card acceptance. *****

Merchant initials: RWG
Rev. 04/09-ECS

Confidential
VISA 00377

## ATTACHMENT N - p. 11

# IONS BANK

CANYON OFFICE
March 31, 2009

Zions First National Bank
1930 West Sunset Blvd.
St. George, Utah 84770
(435) 673-0662
FAX (435) 673-0555

JDW Media LLC
2184 Channing Way #322
Idaho Falls, ID 83406

Dear Mr. Peter Graver

Welcome to Zions Bank.

I would like to take this opportunity to thank you for choosing us to help you meet your financial needs. Our staff will constantly strive to earn your continued confidence.

As a new client and/or account, you will find that we take great pride in providing high quality services as well as a complete line of financial services to meet your individual or business needs.

Your account has been opened at the branch shown below. To facilitate your activity with this account, we have included your account number and some other important information below. The account is set up to receive and send wire transfers, ACH transactions, and standard deposits and withdrawls.

Bank Information:
Zions Bank
Snow Canyon Branch 0554
1930 W Sunset Blvd
St George, UT 84770

Again, thank you for selecting us. Please feel free to contact me directly if you have any questions regarding your new account or any other services we can assist you with.

Sincerely,

Aimee Orton
Customer Service Manager
Snow Canyon Branch 0554

A subsidiary of Zions Bancorporation

Confidential
VISA 00378

# ATTACHMENT N - p. 12

# Jesse Willms

## Bio

Jesse Willms has been in the free trial continuity space for over 3 years now, he initially started with a weight loss tea as a free trial, however now Mr. Willms has diversified into several products, including Tea, Acai, Resveratrol, and Teeth Whiteners. His programs work where the consumer initially pays for shipping, then if he or she decides to keep the product; they get billed $59.95 a month for every month they keep the product and receive a new supply monthly. Jesse has taken many steps to improve product quality over the years. Initially he just shipped the product, now Mr. Willms and his company ship booklets, pamphlets and provide the consumer an online membership to help them with their weight loss etc. Also, Jesse has implemented a structure where every customer who orders is immediately called to ensure they did order the product and to tell them how "Just Think Media" can't wait to hear how successful they are. Mr. Willms has also, over the years, taken many steps to reduce refunds and charge backs, and increase customer retention.

Document attached > Chargeback Mitigation Plan

Document attached > JustThinkMedia – Company Profile

Confidential
VISA 00379

ATTACHMENT N - p. 13

# Just Think – Chargeback Strategy

Chargeback Strategy

Below, I have outlined the following steps we have taken to really reduce charge backs in the last year:

## Confirmation calls:

Every time a customer buys any of our products, our agent calls them to briefly discuss how the program works, how well it has worked with our 1000's of other customers, and how we can't wait to hear their success story. The key here is that this 2 minute customer call improves retention drastically, and significantly decreases refunds and charge backs. Overall it has been a hugely profitable move for our company in the last 3 months. Probably the single biggest reason charge backs have gone down.

## GC History  (our call center)

Another tool that we are currently using to lower charge back risk includes the removal of lower performing call centers and introducing top performing partners.. Today, ninety five percent of our call volume now goes to GC services, which has been ranked one of the United States top best call centers by *Customer Interaction Solutions* Magazine since 1997. GC services has been in business since 1957, and our three team managers on the floor have over 70 years of combined call center experience.

## New changes to our scripts

This change, four months ago, was very a beneficial introduction to our company as a means to reduce charge backs and increase customer service quality.  Some of the new changes that have come out from this partnership include the implementation of a new script specifically designed to improve customer service, reduce refunds and to specifically deal with customer escalation of disputes. A customer can, and will, receive a refund if they specifically dispute the charge. This approach has helped us keep chargeback's to a minimum and greatly improve customer satisfaction.

## New program to trace charge back calls

Also, we have implemented a new program in which we can trace a call from a charge back customer to a specific agent, this allows us to learn from the call and see what triggered the charge back in the first place. This knowledge allows us to make changes to our protocol and scripting to better deal with these issues, along with an excellent Quality Control team to enforce them. Furthermore, this information is used to implement changes to our offers on the front-end.

Confidential
VISA 00380

ATTACHMENT N - p. 14

# Just Think – Chargeback Strategy

**Terms and conditions of each offer are clearly presented.**

Considerable additional effort and emphasis has been placed on ensuring that terms and conditions of each offer are presented in a manner that is clear and conspicuous to the customer to avoid unnecessary confusion. By making our customers more aware of the continuity portion of each offer, we reduce the associated risks and problems that arise from such billings.

**Newly reduced price points.**

Price points have been reduced by as much as 50% to more acceptable levels. Customers are therefore happier and more comfortable with their continuity programs. As a result, significant improvements have been noticed in customer retention as well as lower cancellations and chargeback's.

**Improved fraud protection.**

New algorithms have been put into place to help analyze incoming sales and flag all sales which could potentially be initiated through fraud. Furthermore, CPA network partnerships have been refined to only the top tier providers with proven, low fraud track records.

We have taken many additional steps to reduce CBs in addition to this, but I have really hit on the main points here. I look forward to hearing back from you, I am also happy to answer any questions you may have.

Confidential
VISA 00381

ATTACHMENT N - p. 15

| | |
|---|---|
| From: | james.g.feldmann@us.hsbc.com |
| Sent: | Thursday, September 03, 2009 8:00 AM |
| To: | Vance, Jennifer |
| Subject: | RE: DAZZLE WHITE MAX |
| Attachments: | Dazzle White Max - Merchant Application.doc |

Jennifer,
Try this one
Jim

| | |
|---|---|
| From: | "Vance, Jennifer" <jvance@visa.com> |
| To: | James G Feldmann/HBUS/HSBC@HSBC02 |
| Date: | 09/02/2009 05:06 PM |
| Subject: | RE: DAZZLE WHITE MAX |

Jim,

The attached file is blank, please resend.

Jennifer

**From:** james.g.feldmann@us.hsbc.com [mailto:james.g.feldmann@us.hsbc.com]
**Sent:** Wednesday, September 02, 2009 8:25 AM
**To:** Vance, Jennifer
**Subject:** Re: DAZZLE WHITE MAX

Jennifer,
There were 2 other accounts under this principal ( Ultimate Pure Lift 8788660002535 & Ultimate Pure Cleanse 8788660002536). Both of those accounts are inactive.
Password to follow
Jim

James G Feldmann
Assistant Vice President | HSBC Bank USA
Merchant Services 20th Floor
One HSBC Center, Buffalo, NY 14203

| | |
|---|---|
| Phone. | 716-841-0576 |
| Fax. | 716-841-6363 |
| Email. | james.g.feldmann@us.hsbc.com |

Confidential
VISA 00293

ATTACHMENT O - p. 1

From:            "Vance, Jennifer" <jvance@visa.com>
To:              James G Feldmann/HBUS/HSBC@HSBC02
Date:            09/01/2009 05:09 PM
Subject:         DAZZLE WHITE MAX

---

Jim,

Please provide the application for  DAZZLE WHITE MAX,  also please provide a list of any additional descriptors the
merchant is using.

**Jennifer Vance / Sr. Risk Analyst / Visa / Acceptance Risk / 650.432.4180 /** *fax* **650.554.6804**
The information contained in this email message may be privileged, confidential, and protected from disclosure.
If you are not the intended recipient, any distribution, or copying is strictly prohibited. If you think you have
received this email message in error, please email the sender at: jvance@visa.com

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message originated from the Internet. Its originator may or
may not be who they claim to be and the information contained in
the message and any attachments may or may not be accurate.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This E-mail is confidential. It may also be legally privileged. If
you are not the addressee you may not copy, forward, disclose or
use any part of it. If you have received this message in error,
please delete it and all copies from your system and notify the
sender immediately by return E-mail.

Internet communications cannot be guaranteed to be timely, secure,
error or virus-free. The sender does not accept liability for any
errors or omissions.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SAVE PAPER - THINK BEFORE YOU PRINT!

---

2

Confidential
VISA 00294
ATTACHMENT O - p. 2

******************************************************************
his message originated from the Internet. Its originator may or
1ay not be who they claim to be and the information contained in
1e message and any attachments may or may not be accurate.
******************************************************************

---

******************************************************************
his E-mail is confidential. It may also be legally privileged. If
ou are not the addressee you may not copy, forward, disclose or
se any part of it. If you have received this message in error,
lease delete it and all copies from your system and notify the
ender immediately by return E-mail.

nternet communications cannot be guaranteed to be timely, secure,
rror or virus-free. The sender does not accept liability for any
rrors or omissions.
******************************************************************
iAVE PAPER - THINK BEFORE YOU PRINT!

3

Confidential
VISA 00295

ATTACHMENT O - p. 3

**ECS**

| Type of Account (Check one): | Control Number |
|---|---|
| ☐ Direct Account | |
| ☐ Agent Bank Account | |
| ☐ Bank Referral, new relationship | |

Name of Bank: _____   Branch: _____

## Merchant Application

| | |
|---|---|
| Merchant's DBA Name/Outlet Name: **Dazzlewhitemax** | Merchant's Legal Name: **JDW Media LLC** |
| Physical Street Address (No P.O. Box): **2184 Channing Way #222** | Legal Address: |
| City, State, Zip: **Idaho Falls, ID, 83404** | City, State, Zip: |
| DBA Phone: **780-906-0871**   Fax: | Corp. Phone:   Fax: |
| Contact Name at this Address: **Mike Bref**   Email: **msbref@live.ca** | Contact Name at this Address:   Email: |
| Customer Service Phone (Required for MOTO and Internet merchants only): | Website Address (Required for Internet merchants): **www.dazzlewhitemax.com** |

| | | | |
|---|---|---|---|
| Type of Ownership: ☐ Sole Proprietorship ☐ Partnership ☒ LLC ☐ Professional Assoc. ☐ Corporation ☐ Tax Exempt Org. (501c) ☐ Other | Market Type: ☐ Retail ☐ Supermarket ☐ Restaurant ☐ Emerging Mkt ☐ Lodging ☐ Public Sector ☐ MOTO ☐ Auto Rental ☐ P-Card ☐ Cash Adv. ☒ E-Commerce ☐ Other | Sales Profile (Must equal 100%) | |
| | | Card Swiped | % |
| Type of Goods or Services Sold: **Health Products**   SIC Code: **5999** | | Manually Keyed with Imprint | % |
| Years in business under current ownership? **12 mo.**   Federal Tax ID# | | Mail Order / Telephone/Internet **100** % | |
| Do you currently accept Visa/MasterCard/Discover? ☐ YES ☒ NO | | Total **100** % | |
| Does merchant accept transactions before the customer receives product or service? ☒ YES ☐ NO | | | |
| % of sales in this category **100%**   How long does customer wait before product is received? **5-11 days** | | | |
| % of sales that is prepayment **100%**   Duration of committed service or benefit (in weeks): | | | |
| Does merchant offer warranties, dues, subscriptions, memberships, or other extended services? ☒ YES ☐ NO | | | |
| Annual Visa/MC/Discover Sales: $ **36,000,000.00**   Average Ticket: $ **54.00** | | | |
| Total Visa/MC/Discover Sales (multiple locations only) $ | | | |

HSBC Bank USA, National Association
Merchant Support Group, P.O. Box 3253
Buffalo, New York 14240
716-841-6390

| Important Member Bank Responsibilities | Important Merchant Responsibilities |
|---|---|
| 1. A Visa Member is the only entity approved to extend acceptance of Visa products directly to a merchant. | 1. Ensure compliance with cardholder data security and storage requirements. |
| 2. A Visa Member must be a principal (signer) to the Merchant Agreement. | 2. Maintain fraud and chargebacks below thresholds. |
| 3. The Visa Member is responsible for educating Merchants on pertinent Visa Operating Regulations with which Merchants must comply. | 3. Review and understand the terms of the Merchant Agreement. |
| 4. The Visa Member is responsible for and must provide settlement funds to the Merchant. | 4. Comply with Visa Operating Regulations. |
| 5. The Visa Member is responsible for all funds held in reserve that are derived from settlement. | The responsibilities listed above do not supersede terms of the Merchant Agreement and are provided to ensure the Merchant understands these specific responsibilities. |

For questions regarding Card Services, contact _____ or call 1-888-327-2890   ECS, Inc., c/o Customer Service, 26002 Aventura, Rancho Santa Margarita, CA 92688

Note: Billing disputes must be forwarded, in writing to Customer Service within 60 days of the date of the statement and/or notice.

Merchant Initials: _____

Rev. 04/08-ECS

Confidential
VISA 00296

ATTACHMENT O - p. 4

[We hereby guarantee to Global Direct and Member, their successors and assigns, the full, prompt, and complete performance of Merchant and all of Merchant's obligations under the Card Services Agreement, including but not limited to all monetary obligations arising out of Merchant's performance or non-performance under the Card Services Agreement, whether arising before or after termination of the Card Services Agreement. This guaranty shall not be discharged or otherwise affected by any waiver, indulgence, compromise, settlement, extension of credit, or variation of terms of the Card Services Agreement made by or agreed to by Global Direct, Member and/or Merchant. I/We hereby waive any notice of acceptance of this guaranty, notice of nonpayment or nonperformance of any provision of the Card Services Agreement by Merchant, and all other notices or demands regarding the Card Services Agreement. I/We agree to promptly provide to Global Direct and Member any information requested by any of them from time to time concerning my/our financial condition(s), business history, business relationships, and employment relationships. I/We have read, understand, and agree to be bound by the Card Services Terms & Conditions provided to Merchant and these terms and conditions contained in this Merchant Application.]

Signature of Guarantor (please sign below)                     Name (printed):
x _Peter W Graver_ — an individual              x _Peter W Graver_

Signature of Guarantor (please sign below)                     Name (printed):
x _____ — an individual              x _____

Signature of Witness (please sign below)                       Name (printed):
x _____ — an individual              x _____

Name: _Peter Graver_   Title: _Manager_   Date: _____

Home Address: _3141 Honey Run Dr_   City: _York_   State: _PA_   Zip Code: _17408_   Years There: _near_   Own/Rent? _own_

Former Address (if less than 1 year at current address)   City: ___   State: ___   Zip Code: ___   Years There: ___   Own/Rent? ___

Name: ___   Title: ___   Date of Birth: ___   Social Security #: ___   Home Phone #: ___

Home Address: ___   City: ___   State: ___   Zip Code: ___   Years There: ___   Own/Rent? ___

Former Address (if less than 1 year at current address)   City: ___   State: ___   Zip Code: ___   Years There: ___   Own/Rent? ___

| | | Deposit | Discount | Chargebacks | Equipment | Supplies | Misc Fees |
|---|---|---|---|---|---|---|---|
| Bank 1 | | ☐ | ☐ | ☑ | ☐ | ☐ | ☑ |
| Bank 2 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Merchant Location: ☐ Retail Location with Store Front   ☐ Office Building   ☐ Residence   ☐ Other: _____
Surrounding Area: ☐ Commercial   ☐ Industrial   ☐ Residential

Does the amount of inventory and merchandise on site on shelf appear consistent with the type of business?   ☑ YES   ☐ NO
If no, explain: _____

Does the Merchant use a Fulfillment House?   ☐ Yes   ☑ No       If yes, was the Fulfillment House Inspected?   ☐ Yes   ☐ No
The Merchant:   ☑ Owns   ☐ Leases the business premises

Further comments by Inspector (must be completed): _____

I hereby verify that this application has been fully completed by merchant/applicant, and that I have physically inspected the business premises of the merchant at the address and the information stated above is true, and correct to the best of my knowledge and belief.

Verified and inspected by (print name): _____

Representative Name: X _____   Representative Signature: X _____   Date: _____

Sales Rep Name: _____   Sales Rep Code: _____   Sales Rep Phone Number and Rep e-mail Address: _____

By signing below, I represent that I have read and am authorized to sign and submit this application on behalf of the entity above and all information I have provided herein is true, complete, and accurate. I authorize American Express Travel Related Services Company, Inc. ("American Express") to verify the information in this application and receive and exchange information about me personally, including by requesting reports from consumer reporting agencies. I authorize and direct American Express to inform me that American Express has requested it from consumer reporting agencies. Such information will include the name and address of the agency furnishing the report. I understand that upon American Express' approval of the entity indicated above to accept the American Express Card, the terms and conditions for American Express Card Acceptance ("Terms and Conditions") will be sent to such entity along with a Welcome Letter. By accepting the American Express Card for the purchase of goods and/or services, or otherwise indicating its intention to be bound, the entity agrees to be bound by the Terms and Conditions.

Merchant's signature: _____   Name (printed): x _Peter W Graver_   Title: _Manager_   Date: _6-18-09_

Merchant Initials: _PWG_
Rev. 0408-02450

Confidential
VISA 00297

ATTACHMENT O - p. 5

**Communications/Terminal Applications**

| Process method: ☐ EDC ☐ Touchtone ☐ Paper | | Item | Quantity | Individual Pricing | | Combination Pricing | |
|---|---|---|---|---|---|---|---|
| | | | | Amount | # Payments | Amount | # Payments |
| Platform: ☐ Fast ☐ Central | | Terminal | | $ | | $ | |
| Imprinter: ☐ Own ☐ Purchase | | | | | | | |
| Purchase Price per Unit | | Printer | | $ | | $ | |
| Purchase Quantity – Standard: _____ | | | | | | | |
| Purchase Quantity – Handheld: _____ | | Check Reader | | $ | | $ | |
| Total Regular Plates Needed: _____ | | | | | | | |
| Total Amex Plates Needed: _____ | | | | | | | |
| Total Private Cards Needed: _____ | | PIN Pad | | $ | | $ | |
| Global to schedule download?  ☐ YES  ☐ NO | | | | | | | |
| Global to train?  ☐ YES  ☐ NO | | | | | | | |
| ☐ Own/Reprogram  ☐ Purchase  ☐ Lease  ☐ Rental | | Special Instructions: | | | | | |

Terminal Type: **NMI Gateway**

Keypad Type: _____

Printer Type: _____

Check Reader: _____

Terminal Application/PC Software Type: _____

Primary Third Party: _____

Secondary Third Party: _____

Number of TIDs: _____   Product: _____

Term Type: _____   Third Party Settlement:  ☐ Terminal  ☐ Host

Global PC Software:  ☐ Own  ☐ Purchase

If purchase, price: $ _____   # of payments _____

**Certificate of Compliance/PCI DSS Questionnaire**

1. Are you going to use a POS, terminal, software, or gateway application from Global Payments?
   (If Yes, go to Question #3 & select "No". If No, go to Question #2.)   ☐ Yes   ☒ No
2. Are you using a "dial-up" terminal?   ☐ Yes   ☒ No
   (If yes, go to Question #4 & select "No". If No, go to question #3.)
3. a) What third party software company/vendor did you purchase your POS Application from? _____
   b) What is the name of the third party software? _____   Version? _____
   c) Do your transactions process through any other third parties, web hosting companies or gateways?   ☒ Yes  ☐ No
   If yes, who is it?  **NMI Gateway**
   (Please continue to Question #4)
4. a) Do you or your vendor receive, pass, transmit or store the full cardholder number, electronically?   ☐ Yes  ☒ No
   b) If yes, where is card data placed?   ☐ Merchant  ☐ Third Party Only  ☐ Both Merchant & Third Party  ☐ GAA Export Only
   b1) Are you or your vendor PCI DSS (Payment Card Industry/Data Security Standard) compliant?   ☐ Yes  ☐ No
   b2) What is the name of your Qualified Security Assessor? _____
   b3) Date of compliance: _____   Date of last scan: _____
5. Have you ever experienced an account data compromise?   ☐ Yes  ☐ No   If yes, when? _____
**** Card Association requirements dictate it is prohibited to store track data in any circumstance. Further, it is recommended that no merchant or a merchant's third party vendor store cardholder data. If you or your vendor store data, you or your vendor are required to be PCI DSS compliant. Failure to adhere to these requirements may result in fines or loss of card acceptance. ****

Merchant Initials: ___PUG___
Rev. 01/08–EOS

Confidential
VISA 00298

ATTACHMENT O - p. 6

| | |
|---|---|
| **From:** | Vance, Jennifer |
| **Sent:** | Tuesday, September 08, 2009 11:04 AM |
| **To:** | Snow, Geoffrey |
| **Subject:** | FW: DAZZLEWHITE8669892686 |
| **Attachments:** | mkm.pdf |

**From:** ABIGAIL HELMS [mailto:AbigailHELMS@columbusbankandtrust.com]
**Sent:** Wednesday, September 02, 2009 5:28 AM
**To:** Vance, Jennifer
**Cc:** MIRANDA WALKER
**Subject:** Re: DAZZLEWHITE8669892686

Jennifer, I attached the requested merchant application.     I confirmed that Dazzlewhite8669892686 is merchant is part of the JDW Media relationship as well as the merchants below:

Reservatrol  941000094066

Purelift8669892690 941000094937

PureCleanse8669898946  941000094938


The only descriptor we have for this merchant is the same as the DBA:  DazzleWhite8669892686.  We do not give the merchant the ability to alter the descriptor.

Please note that this merchant account has not processed positive transactions since the end of July.  We have only allowed credits to be issued, and the account is scheduled for termination on 9/21/09.


Let me know if you need anything else from us.    Thanks

**Please note that my email address has changed to abigailhelms@synovus.com and update your records accordingly.

Abigail Helms
Assistant Vice President
Merchant Services Risk Manager
Phone 706-644-0913


>>> "Vance, Jennifer" <jvance@visa.com> 9/1/2009 5:08 PM >>>
Abbey,

Please provide the application for  DAZZLEWHITE8669892686,  also please provide a list of any additional descriptors the merchant is using.

Thank you,

1

**Confidential**
**VISA 00231**

ATTACHMENT O - p. 7

The information contained in this email message may be privileged, confidential, and protected from disclosure. If you are not the intended recipient, any distribution, or copying is strictly prohibited. If you think you have received this email message in error, please email the sender at: ████@visa.com

NOTICE: This communication is intended only for the person or entity to whom it is addressed and may contain confidential, proprietary, and/or privileged material. Unless you are the intended addressee, any review, reliance, dissemination, distribution, copying or use whatsoever of this communication is strictly prohibited. If you received this in error, please reply immediately and delete the material from all computers. Email sent through the Internet is not secure. Do not use email to send us confidential information such as credit card numbers, PIN numbers, passwords, Social Security Numbers, Account numbers, or other important and confidential information.

2

Confidential
VISA 00232

ATTACHMENT O - p. 8

# Merchant Chargeback Monitoring Program
## Activity Statement

| Merchant: | DAZZLEWHITE8669892686 | Current Status: |
|---|---|---|
| Acquirer: | COLUMBUS BANK AND TRUST COMPANY | Questionnaire Received: |

**Merchant Descriptors:**

| BIN | Merchant Name | City | State | MCC |
|---|---|---|---|---|
| | DAZZLEWHITE1800153318 | 180-0153318 | ID | 5999 |
| | DAZZLEWHITE8081201987 | 808-1201987 | ID | 5999 |
| | DAZZLEWHITE8669892686 | 866-9892686 | ID | 5999 |

**Program Review Fees:**

| Date | Status | Amount |
|---|---|---|
| | | |

**Chargeback Handling Fees:**

| Date | Status | Amount |
|---|---|---|
| | | |

**Merchant Activity:**

| Date | BIN | Name | Review Month | Int Count | Cbk Count | Cbk Ratio |
|---|---|---|---|---|---|---|
| Jun-2009 | | COLUMBUS BANK AND TRUST | | 65,971 | 269 | 0.41 |
| Jul-2009 | | COLUMBUS BANK AND TRUST | N | 113,936 | 2,126 | 1.87 |
| Aug-2009 | | COLUMBUS BANK AND TRUST | 1 | 704 | 2,664 | 378.41 |
| Sep-2009 | | COLUMBUS BANK AND TRUST | | 3 | 1,671 | 55,700.00 |
| Oct-2009 | | COLUMBUS BANK AND TRUST | | 0 | 881 | 0.00 |
| Nov-2009 | | COLUMBUS BANK AND TRUST | | 0 | 270 | 0.00 |

Confidential
VISA 00054

ATTACHMENT P - p. 1

PI Exhibit 50 Page 02554

# Merchant Chargeback Monitoring Program
## Activity Statement

| Merchant: | IDSECURE8667960119 | Current Status: | |
|---|---|---|---|
| Acquirer: | COLUMBUS BANK AND TRUST COMPANY | Questionnaire Received: | |

**Merchant Descriptors:**

| BIN | Merchant Name | City | State | MCC |
|---|---|---|---|---|
| ▮▮▮ | IDSECURE8667960119 | 866-7960119 | PA | 7299 |

**Program Review Fees:**

| Date | Status | Amount |
|---|---|---|
| | | |

**Chargeback Handling Fees:**

| Date | Status | Amount |
|---|---|---|
| | | |

**Merchant Activity:**

| Date | BIN | Name | Review Month | Int Count | Cbk Count | Cbk Ratio |
|---|---|---|---|---|---|---|
| Aug-2009 | ▮ | COLUMBUS BANK AND TRUST | | 4,473 | 61 | 1.36 |
| Sep-2009 | | COLUMBUS BANK AND TRUST | | 8,291 | 77 | 0.93 |
| Oct-2009 | | COLUMBUS BANK AND TRUST | N | 4,648 | 133 | 2.86 |
| Nov-2009 | | COLUMBUS BANK AND TRUST | | 0 | 93 | 0.00 |
| Dec-2009 | | COLUMBUS BANK AND TRUST | | 0 | 56 | 0.00 |

Confidential
VISA 00055

ATTACHMENT P - p. 2

# Merchant Chargeback Monitoring Program
## Activity Statement

| Merchant: | PURECLEANSE8669898946 | Current Status: |
|---|---|---|
| Acquirer: | COLUMBUS BANK AND TRUST COMPANY | Questionnaire Received: |

**Merchant Descriptors:**

| BIN | Merchant Name | City | State | MCC |
|---|---|---|---|---|
| ▮▮▮▮ | PURECLEANSE8669898946 | 866-9898946 | ID | 5999 |

**Program Review Fees:**

| Date | Status | Amount |
|---|---|---|
| | | |

**Chargeback Handling Fees:**

| Date | Status | Amount |
|---|---|---|
| | | |

**Merchant Activity:**

| Date | BIN | Name | Review Month | Int Count | Cbk Count | Cbk Ratio |
|---|---|---|---|---|---|---|
| Jul-2009 | ▮ | COLUMBUS BANK AND TRUST | N | 7,150 | 291 | 4.07 |
| Aug-2009 | ▮ | COLUMBUS BANK AND TRUST | | 0 | 247 | 0.00 |
| Sep-2009 | ▮ | COLUMBUS BANK AND TRUST | | 0 | 121 | 0.00 |
| Oct-2009 | ▮ | COLUMBUS BANK AND TRUST | | 0 | 75 | 0.00 |

Confidential
VISA 00057

ATTACHMENT P - p. 3

PI Exhibit 50 Page 02556

# Merchant Chargeback Monitoring Program
# Activity Statement

| Merchant: | PURELIFT8669892690 | Current Status: |
|---|---|---|
| Acquirer: | COLUMBUS BANK AND TRUST COMPANY | Questionnaire Received: |

**Merchant Descriptors:**

| BIN | Merchant Name | City | State | MCC |
|---|---|---|---|---|
| | PURELIFT8669892690 | 866-9892690 | ID | 5999 |

**Program Review Fees:**

| Date | Status | Amount |
|---|---|---|
| | | |

**Chargeback Handling Fees:**

| Date | Status | Amount |
|---|---|---|
| | | |

**Merchant Activity:**

| Date | BIN | Name | Review Month | Int Count | Cbk Count | Cbk Ratio |
|---|---|---|---|---|---|---|
| Jul-2009 | | COLUMBUS BANK AND TRUST | | 1,881 | 52 | 2.76 |

Confidential
VISA 00058

ATTACHMENT P - p. 4

PI Exhibit 50 Page 02557

# Merchant Chargeback Monitoring Program
## Activity Statement

| Merchant: | IDSECURE 866 796 0118 | Current Status: | |
|---|---|---|---|
| Acquirer: | HARRIS NATIONAL ASSOCIATION | Questionnaire Received: | |

**Merchant Descriptors:**

| BIN | Merchant Name | City | State | MCC |
|---|---|---|---|---|
| ▉ | IDSECURE 866 796 0118 | 866-7960118 | PA | 7393 |

**Program Review Fees:**

| Date | Status | Amount |
|---|---|---|
| | | |

**Chargeback Handling Fees:**

| Date | Status | Amount |
|---|---|---|
| | | |

**Merchant Activity:**

| Date | BIN | Name | Review Month | Int Count | Cbk Count | Cbk Ratio |
|---|---|---|---|---|---|---|
| Aug-2009 | ▉ | HARRIS NATIONAL ASSOCIATI | | 1,265 | 56 | 4.43 |

Confidential
VISA 00059

ATTACHMENT P - p. 5

PI Exhibit 50 Page 02558

# Merchant Chargeback Monitoring Program
## Activity Statement

| Merchant: | MEMBERSHIP- NetPaying Inc | Current Status: | |
|---|---|---|---|
| Acquirer: | COLUMBUS BANK AND TRUST COMPANY | Questionnaire Received: | 9/21/2009 |

**Merchant Descriptors:**

| BIN | Merchant Name | City | State | MCC |
|---|---|---|---|---|
| | MAXACAIBURNCOM | 800-6800623 | FL | 5499 |
| | MAXACAIBURNCOM | 866-9896945 | FL | 5499 |
| | MEMBERSHIP | 180-0156711 | FL | 5499 |
| | MEMBERSHIP | 800-0470192 | FL | 5499 |
| | MEMBERSHIP | 800-9895907 | FL | 5499 |
| | MEMBERSHIP | 866-9892685 | FL | 5499 |
| | WEBACCESS | 180-0686513 | FL | 5499 |
| | WEBACCESS | 808-1202346 | FL | 5499 |
| | WEBACCESS | 866-9892685 | FL | 5499 |

**Program Review Fees:**

| Date | Status | Amount |
|---|---|---|
| | | |

**Chargeback Handling Fees:**

| Date | Status | Amount |
|---|---|---|
| | | |

**Merchant Activity:**

| Date | BIN | Name | Review Month | Int Count | Cbk Count | Cbk Ratio |
|---|---|---|---|---|---|---|
| Jul-2009 | | COLUMBUS BANK AND TRUST | N | 96,569 | 1,104 | 1.14 |
| Aug-2009 | | COLUMBUS BANK AND TRUST | 1 | 34,109 | 3,103 | 9.10 |
| Sep-2009 | | COLUMBUS BANK AND TRUST | | 12 | 2,524 | 21,033.33 |
| Oct-2009 | | COLUMBUS BANK AND TRUST | | 1 | 1,519 | 51,900.00 |
| Nov-2009 | | COLUMBUS BANK AND TRUST | | 0 | 304 | 0.00 |

Confidential
VISA 00056

ATTACHMENT P - p. 6

PI Exhibit 50 Page 02559

| | |
|---|---|
| **From:** | MIRANDA WALKER [MIRANDAWALKER@columbusbankandtrust.com] |
| **Sent:** | Monday, September 21, 2009 1:52 PM |
| **To:** | Vance, Jennifer |
| **Subject:** | Membership (Net Paying ) |
| **Attachments:** | Net Paying  Questionnaire and merchant application.pdf |

Hello,
I will be sending the agreement in a separate email.

**Please note that my email address has changed to mirandawalker@synovus.com  and update your records accordingly.

Miranda Walker
Merchant Services Risk Specialist II
(706) 644-1393
Fax: (706) 644-9452

---

**NOTICE: This communication is intended only for the person or entity to whom it is addressed and may contain confidential, proprietary, and/or privileged material. Unless you are the intended addressee, any review, reliance, dissemination, distribution, copying or use whatsoever of this communication is strictly prohibited. If you received this in error, please reply immediately and delete the material from all computers. Email sent through the Internet is not secure. Do not use email to send us confidential information such as credit card numbers, PIN numbers, passwords, Social Security Numbers, Account numbers, or other important and confidential information.**

1

Confidential
VISA 00261

ATTACHMENT Q - p. 1



# Visa U.S.A. Acquirer Monitoring Programs
## Acquirer/Merchant Questionnaire

Please complete and return this form to Visa U.S.A. within 10 days from the date you were originally notified by the Acquirer Risk Office.

PROGRAM IDENTIFICATION   ☒ MCMP  ☐ HRCMP  ☐ GMCMP  ☐ _____

### MERCHANT INFORMATION

Merchant Legal Name: Net paying                                    Tax ID #: ▮▮▮▮

Merchant DBA(s): List All Merchant Descriptors *(Attach a separate sheet if necessary)*
Membership, WebAccess, Maxacaiburn.com → 2

Web Address(s) if Internet-Related Business: weightlossbookmembership.com, insidersecretstips.com

City: Largo          State: FL   Zip: 33777       Phone #: ▮▮▮▮

Principal Name: Jugal Taneja                              Title: President

Last 4 Digits Social Sec. #: ▮▮▮▮       Street Address: ▮▮▮▮

City: Pinellas Park    State: FL   Zip: 3378▮  ▮▮▮▮

### MERCHANT TYPE (CHECK ALL THAT APPLY)

☐ Retail           ☐ MO/TO          ☐ Videotext       ☐ Outbound Telemarketing
☒ Internet         ☐ Audiotext      ☐ Gaming          ☐ Other: _____

MCC: 5399                          Date Merchant Account Opened: 6 15 09

Products and/or Services sold: membership for weight loss

Business Model:   ☐ Free Trials/Gifts    ☐ Payment Plans    ☒ Upsell
☒ Continuity Program   ☒ Membership Program   ☐ Gift Card Sales   ☐ Other: _____

What prevention tools does the merchant have in place?   ☒ AVS    ☒ CVV2    ☐ Velocity Checking
☐ Negative DBs    ☐ Verified by Visa    ☐ Other: _____

What are the circumstances that have caused the problem?



Merchant Terminated:   ☐ Yes  ☒ No  Date: __/__/__    |   Listing on TMF:  ☐ Yes  ☒ No  Date: __/__/__

Reason for Termination:   → PLEASE SEE ADDT'L DOCUMENT ←

### ACQUIRER INFORMATION

Acquirer Name: ▮▮▮▮

Acquirer Contact ▮▮▮▮

Acquirer E-mail A▮▮▮▮

ISO Name: ▮▮▮▮

By signing below, I certify that this merchant has been notified and that we as the Member bank are taking the appropriate actions to address the problem.

▮▮▮▮                                              9/21/2009
                                                    DATE

Please complete and fax form to Visa U.S.A. Acquirer Risk Office at (650) 554-6804

Confidential
VISA 00262

09/18/2009  11:31AM  (GMT-04:00)

# ATTACHMENT Q - p. 2

From: unknown       Page: 2/5       Date: 6/18/2009 11:01:26 AM

TRANSFIRST

## Additional Application Business/Product Information Verification

| MERCHANT ID#: 8154561ID | ADDENDUM OF AUTHORIZED APPLICATION AND AGREE... DATED: 05/18/2008 | |
|---|---|---|
| COMPANY INFORMATION | | |
| Legal Business Name: | Netbuying Inc. | |
| Legal Address: | 6950 Bryan Dairy Rd. | |
| City: | Largo | |
| State: | FL | |
| ZIP: | 33777 | |
| Legal Phone Number: | 727-544-8888 | |
| Legal FAX Number: | 727-548-1817 | |
| DBA Name (22 char max): (DESCRIPTOR) | Netbuying Inc. | Membership see email |
| DBA Address (Physical location, no PO Boxes): | 6950 Bryan Dairy Rd. | |
| City: | Largo | |
| State: | FL | |
| ZIP: | 33777 | |
| DBA / Customer Service Phone Number: | 727-544-8888 | 800 989 5907 see email |
| DBA FAX Number: | 727-548-1817 | |
| Preferred Address for Statements (legal or dba): | Legal | |
| Preferred Address for Chargebacks (legal or dba): | Legal | |
| Federal Tax ID (must be 9 digits): | 03-0585247 | |
| Type of Ownership: (LLC/ Corp-Private, Public, Non Profit... etc | Corporation | |
| PRINCIPAL INFORMATION | | |
| Name of Principal and Title: | Junai Tanele, President (100%) | |
| Name of Principal and Title: | | |
| Business Contact Name: | Larry Smith | |
| Business Contact Email: | JJapole@aol.com | |
| Business Contact Phone: | 727-544-8888 | |
| Average ticket size: | $ | $ 20.00 |
| Estimated annual Visa/MC/Discover sales volume: | $ | $ 12,000,000 |
| Web Address: | www. | www. weightlossebook membership com |
| TYPE OF BUSINESS (must add up to 100%): | | |
| Mail Order/Telephone Order: | | % |
| Internet Order: | | 100 % |
| Retail Order: | | % |
| Detail business description (including description of Products or Services sold). Provide separate pages if needed: | Membership see advertising |
| PAYMENT OPTIONS FOR CUSTOMER (must circle YES or NO): | | |
| Single payments: | | YES / NO |
| Installment: | (CIRCLE YES / NO) | YES / NO |
| Continuity orders: | | YES / NO |
| Drop shipments: | | YES / NO |
| eCheck/ACH: (if Yes, an addendum will be faxed for signatures) | | YES / NO |
| Third-Party Fulfillment house: | | YES / NO |
| Third-Party Ordertaking Service (Telfax/Mfarr): | | |

1 of 2      V1.02H

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

**Confidential**

**VISA 00263**

09/18/2009  11:31AM  (GMT-04:00)

ATTACHMENT Q - p. 3

P1 Exhibit 50 Page 02562

From: unknown        Page: 4/5     Date: 6/15/2009 11:01:27 AM

GFI TRANSACT

## Additional Application Business/Product Information Verification

| MERCHANT ID#: 818453510 | ADDENDUM OF AUTHORIZED APPLICATION AND AGREEMENT DATED: 05/18/2008 | |
|---|---|---|
| COMPANY INFORMATION | | |
| Name of Financial Institution: | First Community Bank of America | |
| Bank Account Number: | on file | |
| Routing Number: | on file | |
| AMEX SE Number: (Account Number) | | |
| Processing Method: | Auth.net (set up by InterBill) | |
| | | % |
| | | % |

| Merchant Signature (Principal or Owner) | | For Internal Use Only - |
|---|---|---|
| Print Name: JUGAL K TANEJA | | Signature: |
| Title: President | | Title: Underwriter |
| Date: 6/19/09 | | Date: 6-15-09 |

Confidential
VISA 00264

09/18/2009  11:31AM (GMT-04:00)
ATTACHMENT Q - p. 4

PI Exhibit 50 Page 02563

| | |
|---|---|
| **From:** | ABIGAIL HELMS [AbigailHELMS@columbusbankandtrust.com] |
| **Sent:** | Monday, July 20, 2009 8:21 AM |
| **To:** | Vance, Jennifer |
| **Subject:** | Membership/NetPaying Inc/Webaccess |
| **Attachments:** | pcsggwfax02_0907171949138446.pdf |

Jennifer, here is the "Main" application along with the due diligence package.    I am still waiting on the financials and will forward as soon as I receive.    Thanks

**Please note that my email address has changed to abigailhelms@synovus.com and update your records accordingly.

Abigail Helms
Assistant Vice President
Merchant Services Risk Manager
Phone 706-644-0913


>>> FAX7066449452 7/17/2009 3:54 PM >>>


>>> "FAXCOM Fax Server 02" <fax@synovus.com> 7/17/2009 3:49 PM >>>


FAXCOM RECEIVED FAX REPORT
----------------------------

Received Time : 07/17/2009 15:41 (GMT-04:00)
Result      : OK
Description  : All pages received OK
Result Code  : 0000
Pages Received: 0022
Bad Pages   : 0000
Caller ID    : 7066449452
Remote TSI   :
Connect Time : 0441 Seconds
Fax line    : 4
Routing ID   : 8006518460
Baud Rate    : 14400 Bps

The fax is included as a PDF document attachment.


**NOTICE: This communication is intended only for the person or entity to whom it is addressed and may contain confidential, proprietary, and/or privileged material. Unless you are the intended addressee, any review, reliance, dissemination, distribution, copying or use whatsoever of this communication is strictly prohibited. If you received this in error, please reply immediately and delete the material from all**

1                                    Confidential
VISA 00269
ATTACHMENT Q - p. 5

computers. Email sent through the Internet is not secure. Do not use email to send us confidential information such as credit card numbers, PIN numbers, passwords, Social Security Numbers, Account numbers, or other important and confidential information.

2

Confidential
VISA 00270

ATTACHMENT Q - p. 6

TransFirst        371 Centennial Parkway        Louisville CO  80027

 **TRANSFIRST**

**Date:**        July 17, 2009

**Pages with cover sheet:**        22

**TO:**        Abbey

**FROM:**        Lori Nichols / Fraud Supervisor
800-654-9256 x8152

**RE:**        Requested docs for Visa

**REMARKS:**

URGENT        REVIEW        REPLY        YOUR COPY

Have a great weekend!!!

Thank You,

**Confidential**
**VISA 00271**

07/17/2009   3:49PM (GMT-04:00)

ATTACHMENT Q - p. 7

Country UNITED STATES OF
First Name
Last Name
Address

City
State -- Select your State --
Zip
Telephone
(For Shipping)
Email
(We Respect your Privacy)

Rush my Order

05:54 Minutes!

Superfoods for the New Year!

"You'll be hearing a lot more about this rain forest fruit going forward. Acai is the off the chart, with the added benefit of naturally occurring Omega 3, 6 and 9 oils. It's not only good for you, but many world class athletes drink it while training because it's so loaded with nutrition and protein it can be a complete meal."

"At juice bars and health stores around the country, the hip new taste is acai (pronounced ah-sigh-EE) a grape-size, deep-purple berry that grows atop palm trees in the Brazilian jungle."

Food For Your Heart!

"Acai berries are among the most nutritious foods of the Amazon, rich in B vitamins, minerals, fiber, protein and omega-3 fatty acids. Acai berries also contain oleic acid (omega-9), a beneficial fatty acid."

"Studies have shown that this little berry is one of the most nutritious and powerful foods in the world! Acai is the high-energy berry of a special Amazon palm tree. Hidden within its royal purple pigment is the magic that makes it nature's perfect energy fruit. A synergy of monounsaturated (healthy) fats, dietary fiber and phytosterols to help promote cardiovascular and digestive health."

Celebrities all over Hollywood have been spotted consuming Acai in all its different forms! When these wealthy celebs are able to afford to eat anything, and looking their best is always a

Confidential
VISA 00280

07/17/2009 3:49PM (GMT-04:00)

ATTACHMENT Q - p. 8




priority. It's no wonder why the Acai Berry could be considered a cornerstone of Hollywood's Hottest Diet!

The Acai has been noted as being one of the most potent superfoods in the world for its high antioxidant power. Antioxidants help to slow cell damage caused by "free radicals" found inside our bodies, which in turn can help to slow the signs of aging!



You could have Pounds upon Pounds of harmful toxic waste stuck inside your digestive tract. This waste is the excess build-up which your body was unable to pass during the ongoing process of digestion. It's a lot like pouring bacon fat down your drain -- some of it gets stuck and the sludge can start to CLOG your pipes!

This can lead to a noticeable feeling of being more tired and lethargic, bloating, gastrointestinal discomfort, and can increase the chances of developing serious health problems (some of which you would never think could have anything to do with a toxic colon!)

AcaiBurn Max can help you look and feel better and healthier by assisting your body in losing weight. Get your trial and try it today!



Im walking and talking AcaiBurn Max to everybody and anybody that will listen! Nothing would give me greater pleasure than to get out there and tell the entire world just how wonderful it really is. I just don't believe it! All these years of not being happy with my body have come to an end. I have basically eliminated the worst part of my life. Thanks a million!

Teresa, New York

*Results not typical.



What a wonderful product AcaiBurn Max is! I was just miserable until I happened to come across your product. I had already tried other products without any results. I figured I didn't have a thing to lose by trying AcaiBurn as a last resort. Is no time I felt like a different person.

Erica- Miami, FL

*Results not typical.



The AcaiBurn System is simply fast weight loss that works.

The key ingredients in AcaiBurn were clinically tested and found to help cause up to 450% MORE WEIGHT LOSS than dieting and exercising alone. Our risk-free trial is in very high demand, and will not be available forever. AcaiBurn is composed of a breakthrough new formula that combines scientific clinical research with the amazing antioxidant power of the Acai Berry.

The average weight loss was 14.99 and 12.54 pounds with AcaiBurn's key ingredients [1] vs. just 3.06 and 3.53 pounds with a placebo in two 8-week clinical studies. Both groups dieted and exercised. That means the key ingredients in AcaiBurn were found to help cause up to 450% MORE WEIGHT LOSS than dieting and exercising alone will get you.

AcaiBurn also includes the Acai Berry, which has been used for years throughout the Brazilian rain forests as a premium natural energy supplement and not only boosts energy but also helps suppress appetite.

[1] Key ingredients in AcaiBurn: Garcinia cambogia extract, chromium polynicotinate and Gymnema sylvestre extract.



LIVE HELP

Confidential
VISA 00281

Acai Burn Max



Home | Terms & Conditions | Advertising Practices & FTC Policy Compliance | FAQ's | Affiliate Agreement | Privacy Policy | Contact Us | Opt-Out

*All Testimonials are 100% Real and Accurate and have been remunerated for allowing us to use them.

Contact us by calling (866)-999-8945 (Please note this is not an order line and only for customer service.)

[illegible fine print text]

Confidential
VISA 00282

http://www.maximumacaiburn.com/

07/17/2009   3:49PM  (GMT-04:00)

ATTACHMENT Q - p. 10

PI Exhibit 50 Page 02569

AcaiBurn Health

Home | Privacy Policy | F.A.Q. | Contact Us

# ACAIBURN MAX
SECRET OF THE AMAZON

**Terms and Conditions**

## Terms & Conditions

Thank you for visiting the www.acaiburnhealth.com website ("Website"). The Website is an Internet property of Innovative Health Products ("AcaiBurn Health™," "we" or "us"). You agree to the following Website Terms and Conditions ("Terms and Conditions"), in their entirety, when you: (1) access or use the Website; (2) submit an application to become a AcaiBurn Health™ member ("Member" or "Membership"); (3) purchase products or services offered on our Website ("Online Products"); and/or (4) enroll in the All-Access Program (as defined herein below). The AcaiBurn Health™ Privacy Policy ("Privacy Policy") and any and all other applicable AcaiBurn Health™ operating rules, policies, price schedules and other supplemental terms and conditions or documents that may be published from time to time, are expressly incorporated herein by reference (collectively, the "Agreement"). Please review the Agreement carefully. If you do not agree to the terms and conditions contained within the Agreement in its entirety, you are not authorized to use the Website in any manner or form whatsoever.

AcaiBurn Health™ IS NOT A COVERED ENTITY FOR PURPOSES OF THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"), NOR IS THE INFORMATION PROVIDED BY YOU TO AcaiBurn Health™ CONSIDERED PROTECTED HEALTH INFORMATION UNDER HIPAA. AS SUCH, THE ADDITIONAL PRIVACY AND SECURITY PROTECTIONS AFFORDED TO CONSUMERS/PATIENTS UNDER HIPAA ARE NOT CONTEMPLATED BY, NOR CONTAINED WITHIN, THE AGREEMENT.

The information presented on the Website is provided for informational purposes only and is in no way intended as a substitute for professional medical advice, diagnosis or treatment. This information should only be used in conjunction with the guidance and care of your physician. You should not use the information on the Website for diagnosing or treating a health problem or disease, or prescribing any medication or other treatment. Consult your physician before taking any medication or nutritional, herbal or homeopathic supplement, or beginning any diet, nutrition or fitness plan offered on or through the Website, or otherwise. Your physician should allow for proper follow-up visits and individualize your diet, nutrition and/or fitness plan as appropriate. Always seek the advice of your physician or other qualified health care provider if you have any questions regarding a medical condition, your diet, nutritional supplements, an exercise regimen or any other matter related to your health and well-being. Never disregard professional medical advice or delay in seeking professional advice because of something that you have read on the Website. Information and statements regarding products and/or services made available on or through the Website have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure or prevent any disease.

**1. Acceptance of Agreement.** You agree to the terms and conditions outlined in the Agreement with respect to your use of the Website including, but not limited to, your submission of applications to become a Member and/or your purchase of Online Products. The Agreement constitutes the entire and only agreement between you and AcaiBurn Health™ with respect to your registration for the Online Products, enrollment in the All-Access Program and/or use of the Website and supersedes all prior or contemporaneous agreements, representations, warranties and/or understandings with respect to your registration for the Online Products, enrollment in the All-Access Program, use of the Website, the content contained therein and/or the analyses, research, opinions and other information provided by or through the Website. AcaiBurn Health™ may change the Agreement, in whole or in part, at any time without specific notice to you. The latest Agreement will be posted on the Website. Your continued receipt of the Online Products, enrollment in the All-Access Program and/or use of the Website following posted notice constitutes your acceptance of all of the terms and conditions contained within the Agreement in effect at that time. Therefore, you should regularly check this page for updates and/or changes. Unless explicitly stated otherwise, any future offer (s) or product(s) made available to you on the Website that augment(s) or otherwise enhance(s) the current features of the Website shall be subject to the Agreement. You understand and agree that AcaiBurn Health™ is not responsible or liable in any manner whatsoever for your inability to use the Website, enroll in the All-Access Program and/or obtain any Online Products.

**2. Requirements.** The Website, Membership, All-Access Program and/or the Online Products offered are available only to individuals that are at least eighteen (18) years of age and that can enter into legally binding contracts under applicable law.

**3. Application Process.** In order to obtain Online Products, enroll in the All-Access Program and/or become a Member, you must first submit the applicable application form ("Application") to AcaiBurn Health™ for review and initial approval. AcaiBurn Health™ reserves the right, in its sole discretion, to deny the Application of anyone at any time and for any reason whatsoever. The information that you must supply on the Website in order to obtain Online Products and/or enroll in the enroll in the All-Access Program may include, without limitation (a) your full name; (b) mailing address; (c) e-mail address; (d) phone number; (e) credit card information; (f) current weight; (g) goal weight; (h) height; (i) gender; (j) year of birth; (k) date of birth; and/or (l) any other information requested by us on the Application (collectively, "Registration Data"). You agree to

Confidential
VISA 00283
7/14/2009

07/17/2009   3:49PM (GMT-04:00)
ATTACHMENT Q - p. 11

PI Exhibit 50 Page 02570

AcaiBurn Health

provide true, accurate, current and complete Registration Data (not including Registration Data concerning weight or personal goals), as necessary, to maintain it in up to date and accurate fashion. AcaiBurn Health™ will verify and approve all Applications in accordance with its standard verification procedures.

If AcaiBurn Health™ approves your Application, AcaiBurn Health™ will set up your specific account ("Services Account") and send a confirmation e-mail to the e-mail address that you used to register. The confirmation e-mail will contain the following Information: (a) your User Name; and (b) your Password. You can access your specific Services Account at the Website using your User Name and Password, and then change your Password and User Name at your discretion. You are responsible for maintaining the confidentiality of your Services Account, User Name and Password and for restricting access to your computer. You agree to accept responsibility for all activities that occur through use of your Services Account, User Name and Password including, without limitation, any and all purchases made there through.

**4. Copyright and Trademarks.** "AcaiBurn Health™" and all logos, page headers, custom graphics and icons are trademarks and/or service marks owned by Innovative Health Products. All other trademarks, product names, company names and logos appearing on the Website and/or by and through the Insider Secrets Package and eBook Package (as those terms are defined hereinbelow) are the property of their respective owners. The Website contains information, data, software, photographs, graphics, videos, text, images, typefaces, sounds and other material including, but not limited to, the Insider Secrets Package and eBook Package (collectively "Content") that are protected by copyrights, trademarks or other proprietary rights, and these rights are valid and protected in all forms, media and technologies existing now or developed in the future. All Content is copyrighted as a collective work under the United States copyright laws, and Innovative Health Products, owns a copyright in the selection, coordination, arrangement and enhancement of such Content. All rights to such Content are reserved to their respective copyright owners. Except as permitted by the fair use privilege under United States copyright laws (see e.g. 17 U.S.C. Section 107), you may not upload, post, reproduce or distribute in any way Content protected by copyright, or other proprietary right, without obtaining permission of the owner of the copyright or other proprietary right. Any other use of the Content available on our Website, including reproduction for purposes other than as noted above, modification, distribution, replication, commercial or other use, without our prior written permission, is strictly prohibited.

**5. Orders/Billing.** In consideration for the Online Products that you receive from AcaiBurn Health™, and for enrollment in the All Access Program, you agree to pay the Fees (as defined below). You shall have the choice to pay the Fees via the credit card or debit card that you provide as part of your Application, or update at a later date ("Active Credit Card").

**A. ALL ACCESS SERVICES**

Upon placing your first order for Online Products, you will automatically be enrolled in the AcaiBurn Health™ all-access program ("All-Access Program"). The All-Access Program enables you to access, via your Services Account, the Insider Secrets Expert Tips Package ("Insider Secrets Package") and the Comprehensive Weight Loss eBook Package ("eBook Package") made available on the Website. Initially, you shall have access to the Insider Secrets Package pursuant to a fourteen (14) day trial period ("Insider Secrets Access Pass"). If you do not cancel your Insider Secrets Access Pass during your fourteen (14) day trial period, then your Active Credit Card will be charged the monthly Insider Secrets Package fee of Three Dollars Twenty-Four cents ($3.24) ("IAP Monthly Fee"). Thereafter, for as long as your Insider Secrets Access Pass remains active, your Active Credit Card will be charged the IAP Monthly Fee on a monthly basis, for your ongoing Insider Secrets Access Pass.

Further, you shall initially have access to the eBook Package pursuant to a twenty-eight (28) day trial period ("eBook Access Pass"). If you do not cancel your eBook Access Pass during your twenty-eight (28) day trial period, then your Active Credit Card will be charged the monthly Insider Access Package fee of Seven Dollars and Fourteen Cents($7.14) ("EAP Monthly Fee" and together, with the IAP Fees, the "Access Fees"). Thereafter, for as long as your eBook Access Pass remains active, your Active Credit Card will be charged for the EAP Monthly Fee on a monthly basis, for your ongoing eBook Access Pass.

All Access Fees will appear on your Active Credit Card bill as "Internet Access Fee and Membership." You hereby authorize AcaiBurn Health™ (or its partners, affiliates and/or agents) to charge your Active Credit Card all such Access Fees on a monthly basis. You acknowledge and agree that AcaiBurn Health™ will not obtain additional authorization from you for each installment of Access Fees charged to your Active Credit Card.

**B. ONLINE PRODUCTS**

You will have up to (3) separate options to choose from when ordering Online Products on the Website (each, a supply of AcaiBurn Health™): (a) Free Trial Offer (when available), includes a shipping and handling fee of Four Dollars and Ninety-Five Cents ($4.95); (b) Buy 2 Get 1 Free Package for One Hundred and Twenty Dollars ($120.00), plus Shipping and Handling; and (c) the Buy 3 Get 2 Free Package for One Hundred and Eighty Dollars ($180.00), plus Shipping and Handling. Orders outside of the United States pay an additional Nine Dollars and Ninety-Five Cents ($9.95) for additional shipping and handling. Orders placed in the United States will ship immediately and arrive in only 5-7 business days. International orders may take 1-3 weeks, depending how far the package has to go.

When our Offer is indicated to be "Risk-Free" we mean that by providing the ability to fully cancel and stop future payments, we eliminate the risk of incurring unwanted charges or commitments.

**Trial Offer and Sixty (60) Day Guarantee:** Where AcaiBurn Health™ offers its "Trial" Promotion, and where you have chosen to register for such Promotion, upon submitting your initial AcaiBurn Health™ Application, your Active Credit Card will be charged only Shipping and Handling Fee for your initial fourteen (14) day trial membership ("Trial Membership") and you will receive a one (1) month supply of AcaiBurn Health™. IIf you do not cancel your Membership as set forth in Section 6 hereinbelow,

**Confidential**
**VISA 00284**

07/17/2009   3:49PM   7/14/2009 (GMT-04:00)

ATTACHMENT Q - p. 12

AcaiBurn Health

within fourteen (14) days of your receipt of the one (1) month supply of AcaiBurn Health™ ("14 Day Trial Period"), your Active Credit Card will be charged the monthly Membership fee of Fifty-Eight Dollars and Seventy-Six Cents ($58.76) ("Monthly Fee"). . Your first three (3) month supply of AcaiBurn Health™ will be shipped thirty (30) days from the date that your initial one (1) month supply was shipped in connection with your Trial Membership. Thereafter, for as long as your Membership remains active, your Active Credit Card will be charged for the Monthly Fee on a monthly basis, plus Shipping and Handling, every third month, for your ongoing Membership. You hereby authorize AcaiBurn Health™ (or its partners, affiliates and/or agents) to charge your Active Credit Card all such fees associated with Membership on a monthly basis. You acknowledge and agree that AcaiBurn Health™ will not obtain additional authorization from you for each installment of Monthly Fees charged to your Active Credit Card. All Monthly Fees will appear on your Active Credit Card bill as "Internet Access Fee and Membership."

II. Buy 2 Get 1 Free Package and Buy 3 Get 2 Free Package. Unless you have chosen the Free Trial Offer option, upon submitting your initial AcaiBurn Health™ Application, your Active Credit Card will be charged the applicable one (1)-time fee, plus Shipping and Handling, associated with the payment package selected (either the Buy 2 Get 1 Free Package and Buy 3 Get 2 Free Package) and you will not be enrolled as a Member (collectively, "One Time Fees" and together with the Access Fees, Shipping and Handling and Monthly Fees, the "Fees"). All One Time Fees will appear on your Active Credit Card bill as "Internet Access Fee and Membership."

C. GENERAL PAYMENT TERMS

All Fees are payable in United States currency. Failure to use the All-Access Program and/or Online Products, as applicable, does not constitute a basis for refusing to pay any of the associated Fees. You agree to be bound by the pricing and billing practices of AcaiBurn Health™ in effect at any given time. Upon prior written notice to you (with e-mail sufficing), AcaiBurn Health™ reserves the right to change its pricing and/or billing practices whenever necessary, in its sole discretion. If you do not agree with these changes, you may cancel your Insider Secrets Access Pass and/or Online Access Pass, as applicable, at any time, but you will remain responsible for timely payment of any and all Fees that you have already incurred (including any applicable late fees). Continued acceptance of Online Products, continued Membership and/or continued enrollment in the All-Access Program after receipt of such notice shall constitute consent to any and all such changes. Where you fail to make any scheduled payment for accrued Fees, such overdue amounts will be subject to interest charges in the amount of one and one half percent (1.5%) per month, compounded monthly. If you are a Member, your Membership, Insider Secrets Access Pass and/or eBook Access Pass may each be deactivated for non-payment of Fees. AcaiBurn Health's℠ authorization to bill the applicable Fees is obtained by way of your electronic signature. Once an electronic signature is submitted, this electronic order constitutes an electronic letter of agency. AcaiBurn Health's℠ reliance upon your electronic signature was specifically sanctioned and written into law when the Uniform Electronic Transactions Act and the Electronic Signatures in Global and National Transactions Act were enacted in 1999 and 2000, respectively. Both laws specifically preempt all state laws that recognize only paper and handwritten signatures.

6. Cancellation of AcaiBurn Health™ Membership, Insider Secrets Access Pass and/or eBook Access Pass. You may cancel your Membership, Insider Secrets Access Pass and/or eBook Access Pass at any time if you are not completely satisfied. To cancel your Membership, Insider Secrets Access Pass and/or eBook Access Pass you must contact the customer service line by calling toll-free 866-989-2685. Please have your e-mail address and other Registration Data available for efficient processing of your cancellation order. Please be advised that unless you are canceling pursuant to the fourteen (14) day Trial Membership or 60 Day Guarantee as set forth hereinabove, and unless we receive the applicable Qualifying Return Products within the applicable time period, we will not refund any amounts previously paid up to the date of cancellation or termination, you shall not receive any pro-rata refund for partial months and you shall remain liable for any and all unpaid charges billed by AcaiBurn Health™. You understand and agree that cancellation of your Membership Insider Secrets Access Pass and/or eBook Access Pass, as well as the return of the Online Products, is your sole right and remedy with respect to any dispute with AcaiBurn Health™. Upon any termination and/or cancellation of your Membership, Insider Secrets Access Pass and/or eBook Access Pass, your license grant, as set forth in Section 7 hereinbelow shall immediately terminate.

7. License Grant. As a user of the Website, you are granted a non-exclusive, non-transferable, revocable and limited license to access and use the Website, Insider Secrets Package and eBook Package. AcaiBurn Health™ may terminate this license at any time for any reason. Unless otherwise expressly authorized by AcaiBurn Health™, as a Visitor to the Website, you may only use the Website and the Content for your own personal, non-commercial use. No part of the Website including, but not limited to, the Content, may be reproduced in any form or incorporated into any information retrieval system, electronic or mechanical. You may not use any automated means or form of scraping or data extraction to access, query or otherwise collect content from the Website except as expressly permitted by AcaiBurn Health™. You may not use, copy, emulate, clone, rent, lease, sell, modify, decompile, disassemble, reverse engineer or transfer the Website, Content and/or any portion thereof. You may not create any "derivative works" by altering any aspect of the Website or the Content. You may not use the Website and/or the Content in conjunction with any other third-party content. You may not exploit any aspect of this Website and/or the Content for any commercial purposes not expressly permitted by AcaiBurn Health™. You further agree to indemnify and hold harmless AcaiBurn Health™ for your failure to comply with this Section 7. AcaiBurn Health™ reserves any rights not explicitly granted in the Agreement.

8. Bypassing or Disabling the Website. You may not use any device, software or routine to interfere or attempt to interfere with the proper working of the Website. You may not take any action that imposes an unreasonable or disproportionately large load on the Website infrastructure. If you bypass or disable any portion of the Website or associated software including, without limitation, blocking the operation of any AcaiBurn Health™ systems, you are in violation of the Agreement and AcaiBurn Health™ may suspend or terminate your Membership and/or use of the Website, without notice. Termination of your Membership will not excuse you from any criminal or other civil liabilities that may result from your actions.

Confidential
VISA 00285

07/17/2009   3:49PM   (GMT-04:00)

ATTACHMENT Q - p. 13

PI Exhibit 50 Page 02572

AcaiBurn Health

If your Membership is terminated for any reason you will, thereafter, be unable to access your Membership account.

**9. Indemnification.** You agree to indemnify and hold AcaiBurn Health™, its parents and subsidiaries, and each of their respective members, officers, directors, employees, agents, co-branders, content licensors and/or other partners, harmless from and against any and all claims, expenses (including reasonable attorneys' fees), damages, suits, costs, demands and/or judgments whatsoever, made by any third party due to or arising out of: (a) your use of the Website, Online Products, Insider Secrets Package and/or eBook Package; (b) your breach of the Agreement; and/or (c) your violation of any rights of another individual and/or entity. The provisions of this Section 9 are for the benefit of AcaiBurn Health™, its parents, subsidiaries and/or affiliates, and each of their respective officers, directors, members, employees, agents, shareholders, licensors, suppliers and/or attorneys. Each of these individuals and entities shall have the right to assert and enforce these provisions directly against you on its own behalf.

**10. Disclaimer of Warranties.** THE WEBSITE, THE ONLINE PRODUCTS, INSIDER SECRETS PACKAGE, EBOOK PACKAGE AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE WEBSITE, ARE PROVIDED TO YOU ON AN "AS IS" AND "AS AVAILABLE" BASIS AND ALL WARRANTIES, EXPRESS AND IMPLIED, ARE DISCLAIMED TO THE FULLEST EXTENT PERMISSIBLE PURSUANT TO APPLICABLE LAW (INCLUDING, BUT NOT LIMITED TO, THE DISCLAIMER OF ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF INTELLECTUAL PROPERTY AND/OR FITNESS FOR A PARTICULAR PURPOSE). IN PARTICULAR, BUT NOT AS A LIMITATION THEREOF, AcaiBurn Health™ MAKES NO WARRANTY THAT THE WEBSITE, THE ONLINE PRODUCTS, INSIDER SECRETS PACKAGE, EBOOK PACKAGE AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE WEBSITE: (A) WILL MEET YOUR REQUIREMENTS; (B) WILL BE UNINTERRUPTED, TIMELY, SECURE OR ERROR-FREE OR THAT DEFECTS WILL BE CORRECTED; (C) WILL BE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS; (D) WILL HAVE SECURITY METHODS EMPLOYED THAT WILL BE SUFFICIENT AGAINST INTERFERENCE WITH YOUR ENJOYMENT OF THE WEBSITE, OR AGAINST INFRINGEMENT; (E) WILL RESULT IN ANY SPECIFIC WEIGHT-LOSS, BENEFIT OR OTHER HEALTH-RELATED OUTCOME; AND/OR (F) WILL BE ACCURATE OR RELIABLE. THE WEBSITE, THE ONLINE PRODUCTS, INSIDER SECRETS PACKAGE, EBOOK PACKAGE AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE WEBSITE MAY CONTAIN BUGS, ERRORS, PROBLEMS OR OTHER LIMITATIONS. AcaiBurn Health™ WILL NOT BE LIABLE FOR THE AVAILABILITY OF THE UNDERLYING INTERNET CONNECTION ASSOCIATED WITH THE WEBSITE, INSIDER SECRETS PACKAGE AND/OR EBOOK PACKAGE. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM AcaiBurn Health™ OR OTHERWISE THROUGH OR FROM THE WEBSITE, INSIDER SECRETS PACKAGE AND/OR EBOOK PACKAGE SHALL CREATE ANY WARRANTY NOT EXPRESSLY STATED IN THE AGREEMENT.

**11. Limitation of Liability.** YOU EXPRESSLY UNDERSTAND AND AGREE THAT AcaiBurn Health™ SHALL NOT BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL AND/OR EXEMPLARY DAMAGES INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF AcaiBurn Health™ HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), TO THE FULLEST EXTENT PERMISSIBLE BY LAW FOR: (A) THE USE OR THE INABILITY TO USE THE WEBSITE, THE ONLINE PRODUCTS, INSIDER SECRETS PACKAGE, EBOOK PACKAGE AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE WEBSITE; (B) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES RESULTING FROM ANY GOODS, DATA, INFORMATION, CONTENT AND/OR ANY OTHER PRODUCTS PURCHASED OR OBTAINED FROM OR THROUGH THE WEBSITE; (C) THE UNAUTHORIZED ACCESS TO, OR ALTERATION OF, YOUR REGISTRATION DATA; (D) THE FAILURE TO REALIZE ANY SPECIFIC WEIGHT-LOSS, BENEFIT OR OTHER HEALTH-RELATED OUTCOME; AND (E) ANY OTHER MATTER RELATING TO THE WEBSITE, THE ONLINE PRODUCTS, INSIDER SECRETS PACKAGE, EBOOK PACKAGE AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE WEBSITE. THIS LIMITATION APPLIES TO ALL CAUSES OF ACTION, IN THE AGGREGATE INCLUDING, BUT NOT LIMITED TO, BREACH OF CONTRACT, BREACH OF WARRANTY, NEGLIGENCE, STRICT LIABILITY, MISREPRESENTATION AND ANY AND ALL OTHER TORTS. YOU HEREBY RELEASE AcaiBurn Health™ FROM ANY AND ALL OBLIGATIONS, LIABILITIES AND CLAIMS IN EXCESS OF THE LIMITATIONS STATED HEREIN. IF APPLICABLE LAW DOES NOT PERMIT SUCH LIMITATION, THE MAXIMUM LIABILITY OF AcaiBurn Health™ TO YOU UNDER ANY AND ALL CIRCUMSTANCES WILL BE FIVE HUNDRED DOLLARS ($500.00). NO ACTION, REGARDLESS OF FORM, ARISING OUT OF YOUR USE OF THE WEBSITE, THE ONLINE PRODUCTS AND/OR ANY OTHER PRODUCTS AND/OR SERVICES OFFERED ON THE WEBSITE, MAY BE BROUGHT BY YOU OR AcaiBurn Health™ MORE THAN ONE (1) YEAR FOLLOWING THE EVENT WHICH GAVE RISE TO THE CAUSE OF ACTION. THE NEGATION OF DAMAGES SET FORTH ABOVE IS A FUNDAMENTAL ELEMENT OF THE BASIS OF THE BARGAIN BETWEEN YOU AND AcaiBurn Health™. ACCESS TO THE WEBSITE, INSIDER SECRETS PACKAGE, EBOOK PACKAGE AND/OR THE ONLINE PRODUCTS WOULD NOT BE PROVIDED TO YOU WITHOUT SUCH LIMITATIONS. SOME JURISDICTIONS DO NOT ALLOW CERTAIN LIMITATIONS ON LIABILITY AND IN SUCH JURISDICTIONS AcaiBurn Health'S™ LIABILITY SHALL BE LIMITED TO THE MAXIMUM EXTENT PERMITTED BY LAW.

**12. Third Party Websites.** The Website contains links to other websites on the Internet that are owned and operated by third parties. AcaiBurn Health™ does not control the information, products or services available on these third party websites. The inclusion of any link does not imply endorsement by AcaiBurn Health™ of the applicable website or any association with the website's operators. Because AcaiBurn Health™ has no control over such websites and resources, you agree that AcaiBurn Health™ is not responsible or liable for the availability or the operation of such external websites, for any material located on or available from any such websites or for the protection of your data privacy by third parties. Any dealings with, or participation in promotions offered by, advertisers on the Website, including the payment and delivery of related goods or services, and any other terms, conditions, warranties or representations associated with such dealings or promotions, are solely between you and the applicable advertiser or other third party. You further agree that AcaiBurn Health™ shall not be responsible or liable, directly or indirectly, for any loss or damage caused by the use of or reliance on any such material available on or through any such site or any such dealings or promotions.

**13. Miscellaneous.** The Agreement shall be treated as though it were executed and performed in New York, New York and

Confidential
VISA 00286

7/14/2009
07/17/2009   3:49PM (GMT-04:00)

ATTACHMENT Q - p. 14

AcaiBurn Health

shall be governed by and construed in accordance with the laws of the State of New York (without regard to conflict of law principles). Should a dispute arise concerning the terms and conditions of the Agreement or the breach of same by any party hereto, the parties agree to submit their dispute for resolution by arbitration before the American Arbitration Association in New York City, in accordance with the then current Commercial Arbitration Rules of the American Arbitration Association. Any award rendered shall be final and conclusive to the parties and a judgment thereon may be entered in any court of competent jurisdiction. To the extent permitted by law, you agree that you will not bring, join or participate in any class action lawsuits as to any claim, dispute or controversy that you may have against AcaiBurn Health[TM] and its employees, officers, directors, members, representatives and assigns. You agree to the entry of injunctive relief to stop such a lawsuit or to remove you as a participant in the suit. You agree to pay the attorney's fees and court costs that AcaiBurn Health[TM] incurs in seeking such relief. The Agreement does not constitute a waiver of any of your rights and remedies to pursue a claim individually and not as a class action in binding arbitration as provided above. This provision preventing you from bringing, joining or participating in class action lawsuits is an independent agreement. Nothing herein shall be construed to preclude any party from seeking injunctive relief in order to protect its rights pending an outcome in arbitration. Should any part of the Agreement be held invalid or unenforceable, that portion shall be construed consistent with applicable law and the remaining portions shall remain in full force and effect. The Agreement is personal between you and AcaiBurn Health[TM] and governs your use of the Website. AcaiBurn Health's[TM] failure to enforce any provision of the Agreement shall not be deemed a waiver of such provision nor of the right to enforce such provision. The parties do not intend that any agency or partnership relationship be created through operation of the Agreement.

**14. How to Contact Us.** If you have any questions about the Agreement or about the practices of AcaiBurn Health[TM], please feel free to contact us at 866-989-8945.

Innovative Health Products
12399 Belcher Road South
Suite 140
FL, 33773

Copyright 2009 acaiburnhealth.com©

Confidential
VISA 00287

http://www.acaiburnhealth.com/terms-and-conditions.php

7/14/2009
07/17/2009   3:49PM  (GMT-04:00)

ATTACHMENT Q - p. 15

AcaiBurn Health



Home | Privacy Policy | F.A.Q. | Contact Us

**Contact Us**

Before you contact us, See if we can answer your question below

**Still can't find your answer?**

Call us at (866)-969-8945 and speak with one of our representatives.
If phone support is unavailable please contact our LiveHelp.

Innovative Health Products
12399 Belcher Road South
Suite 140
FL, 33773

**LIVE HELP**
Start Chat

**Hours of Operation**

Monday to Friday 9 am to 8pm MT

http://www.acaiburnhealth.com/contactus.php

07/17/2009   3:49PM (GMT-04:00)

7/14/2009

Confidential
VISA 00288

ATTACHMENT Q - p. 16

WARNING... The Acai Burn System was not created for those people who only want to lose a few measly pounds. The AcaiBurn System was created to help you achieve the incredible body you have always wanted... USE WITH CAUTION!

# ACAIBURN MAX
SECRET OF THE AMAZON

Try it Today! HURRY!

Address Verification — Shipping & Handling — Order Confi

**WARNING: Our trials are going at an average rate of over ONE PER 30 SECONDS! These trials are going FAST, get yours before it's too late!**

## For Our Most Valued Customers Only

*Available only to those who qualified for one of our trial packages. We apologize for any inconvenience.*

### TODAY'S SPECIAL #1

Comprehensive Weight Loss eBook Package Trial

- Learn How to Conquer Obesity
- Get a Beautiful Body the Easy Way
- Learn How to Exercise Your Body Type
- Have the Perfect Diet for Fast Weight Loss

### TODAY'S SPECIAL

Insider Secrets Expert Tips Packag

- 101 "Everyday Ways" to Lose 10 Pounds Every
- 77 Ways to Get Fit (Fit) Your Favorite
- 177 Ways You Didn't Know to Burn Calories
- 35 Foods that ... to ... Lose Weight and be Healthy

| Description | Price Today | Qty | Sub Total |
|---|---|---|---|
| AcaiBurn System 14 Day Trial | $0.00 | 1 | $0.00 |
| Shipping Handling | $4.95 | 1 | $4.95 |
| | | Total | $4.95 |

- Feel healthy and vibrant
- Lose unwanted weight
- Hollywood's hottest diet
- Boosts energy levels
- Clinically proven ingredients

PLEASE NOTE: We only accept credit cards. MasterCard VISA

Card Type: Select Card

Card Number: Please do not use spaces or hyphens

CVV: (What is it?)

Card Expiration: 01 - 2009

☐ Yes, I would like to receive the special bonuses each month for an additional $3.24 and $7.14!

**Rush My AcaiBurn!**

VeriSign Identity Protection — McAfee SECURE

Offer Details: When you order today you'll be signed up as a member of our exclusive preferred customer club. You will be billed $2.95 for the shipping of your Ube 14 day trial, then once you choose to continue losing weight with the AcaiBurn System the low member price of only $58.70 per month for every month. (Shipped as a fresh, 3 month supply every 90 days.) And remember, there's never any obligation – you can cancel your membership at any time by calling 866-889-6946. You have also unlocked your fourteen-day and twenty-eight day trial to the celebrity-driven Insider Secrets Tips package and the Comprehensive Weight Loss eBook package for just $3.24 and $7.14 a month thereafter (shown as "Web Access" and "Membership"), should you choose not to cancel. A monthly $1 transaction fee applies to each Membership but subscriptions can be cancelled and future charges stopped at any time. To cancel your membership at anytime call AcaiBurn customer service by calling 1-800-889-6946. No obligation, CANCEL ANYTIME! All bonus offers come with a monthly newsletter.

Case 2:11-cv-00828-MJP   Document 9-4   Filed 05/16/11   Page 69 of 78

Membership
PAge 1 Of 2



Welcome to the Comprehensive Weight Loss Guide, where we'll show you everything you need to know to shed pounds, feel better and live a healthier lifestyle. We are committed to your overall wellness and to helping you lose weight, which is why we are providing these six guides to help you get the body you've always wanted.

These guides will teach you everything you need to know in order to finally lose weight and keep it off. You'll discover fitness ideas that really work -- while you discover how to work them into your busy lifestyle. We'll show you the real facts about obesity, and you'll learn about sensible diet plans that will help you slim down while you stay healthy. It's all part of our determination to provide you with the most comprehensive information about how to lose weight possible.

Login to view your member resources.

Username:

Password:           Forgot Pasword?

Confidential
VISA 00290

7/14/2009
07/17/2009   3:49PM  (GMT-04:00)

ATTACHMENT Q - p. 18

contact

PAGe 2 of 2



For more information regarding your membership
contact us at 1-800-989-5907.

Confidential
VISA 00291
7/14/2009
07/17/2009  3:49PM  (GMT-04:00)

ATTACHMENT Q - p. 19

PI Exhibit 50 Page 02578

Insider Secret Tips

Page 1 of 1



Confidential
VISA 00292

http://www.insidersecretstips.com/

07/17/2009   3:49PM  (GMT-04:00)

ATTACHMENT Q - p. 20

PI Exhibit 50 Page 02579

September 14, 2009
Membership – Netpaying Inc
Month 1 Letter

This merchant is currently running refunds only to prevent chargebacks on the account. This will continue for the next 2-3 weeks and at that point the account will be closed to all card transactions.

Upon the closure of the account it will be placed on MATCH for excessive chargebacks.

Thank you.

Lori Nichols
Compliance Specialist
TransFirst, LLC

**Confidential**
**VISA 00268**

09/18/2009   11:31AM (GMT-04:00)

ATTACHMENT Q - p. 21

## GMCMP - MANAGEMENT REPORT: Visa Europe
### Excessive Chargeback Fee Notification

Report Month : September 2009

| MERCHANT NAME | MEMBER NAME | BIN | MCC | Region | SLS. COUNT | CBK. COUNT | CBK. % | POTENTIAL PENALTY |
|---|---|---|---|---|---|---|---|---|
| | CARITASI S.P.A. | | 4511 | 3 | 1,204 | 15,790 | 1311.46% | $1,579,000 |
| | BARCLAYS BANK PLC | | 5968/7999 | 3 | 5,604 | 251 | 4.4% | $25,100 |
| | DEUTSCHE POSTBANK AG | | 5967 | 3 | 3,510 | 225 | 6.41% | $22,500 |
| | DEUTSCHE POSTBANK AG | | 5967 | 3 | 3,810 | 240 | 6.30% | $24,000 |
| | DEUTSCHE POSTBANK AG | | 5967 | 3 | 3,715 | 239 | 6.43% | $23,900 |
| | DEUTSCHE POSTBANK AG | | 5967 | 3 | 3,726 | 209 | 5.61% | $20,900 |
| | DEUTSCHE POSTBANK AG | | 5967 | 3 | 3,958 | 213 | 5.38% | $21,300 |
| | DEUTSCHE POSTBANK AG | | 5967 | 3 | 3,856 | 206 | 5.34% | $20,600 |
| | FORTIS BANK A.S. (Turkey) | | 5734 | 3 | 26,490 | 597 | 2.25% | $59,700 |
| | CARTE BLEUE - Societe Generale | | 5062 | 3 | 323 | 638 | 197.52% | $63,800 |
| | CARTE BLEUE - Societe Generale | | 5965 | 3 | 2,742 | 504 | 18.38% | $50,400 |
| | NORD/LB LATVIJA/SC | | 5734 | 3 | 1,473 | 375 | 25.46% | $37,500 |
| | NORD/LB LATVIJA/SC | | 5734 | 3 | 3,310 | 422 | 13.57% | $42,200 |
| | NORD/LB LATVIJA/USC | | 5735 | 3 | 17,705 | 528 | 2.98% | $52,800 |
| | NORDEA BANK AB | | 5969 | 3 | 914 | 238 | 26.04% | $23,800 |
| | OTP BANK RT (NATIONAL SAVINGS AN | | 7922 | 3 | 1,366 | 921 | 67.42% | $92,100 |
| | VISA ICELAND | | 5732 | 3 | 4,310 | 775 | 17.98% | $77,500 |
| | VISA ICELAND | | 5712 | 3 | 11,805 | 251 | 2.13% | $25,100 |
| | VISA ICELAND | | multiple | | 13,684 | 1,126 | 8.23% | $112,600 |
| | VISA ICELAND | | 5310 | | 3,561 | 267 | 7.50% | $26,700 |
| | VISA ICELAND | | 5310 | | 37,339 | 1,041 | 2.79% | $104,100 |
| | VISA ICELAND | | 5310 | | 20,957 | 793 | 3.78% | $79,300 |
| | NAL | | | | 2,702 | 300 | 11.10% | $30,000 |
| | VISA SWEDEN ASSOCIATION | | 3052 | 3 | 7,054 | 229 | 3.25% | $22,900 |
| | VISA SWEDEN ASSOCIATION | | 4411 | 3 | 15,443 | 309 | 2.00% | $30,900 |
| | WIRECARD BANK AG | | 5967 | 3 | 287 | 459 | 159.93% | $45,900 |
| | WIRECARD BANK AG | | 5964 | 3 | 5,201 | 726 | 13.96% | $72,600 |
| ULTRAFRESHWELL | WIRECARD BANK AG | | 5499 | 3 | 37,487 | 1,273 | 3.40% | $127,300 |
| PRISTINEHLTH | WIRECARD BANK AG | | 5499 | 3 | 35,214 | 1,279 | 3.63% | $127,900 |
| | WIRECARD BANK AG | | 5966 | 3 | 1,658 | 234 | 14.11% | $23,400 |

Confidential
VISA 00319

ATTACHMENT R - p. 1

Confidential
VISA 00320

| | | | | | |
|---|---|---|---|---|---|
| ISRAEL CREDIT CARDS LIMITED | 3 | 7,154 | 385 | 5.38% | $38,500 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 4,020 | 312 | 7.76% | $31,200 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 7,945 | 205 | 2.58% | $20,500 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 3,831 | 353 | 9.21% | $35,300 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 2,620 | 250 | 9.54% | $25,000 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 1,718 | 207 | 12.05% | $20,700 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 8,467 | 245 | 2.89% | $24,500 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 5,906 | 307 | 5.20% | $30,700 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 127,375 | 5,270 | 4.14% | $527,000 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 5,233 | 218 | 4.17% | $21,800 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 9,096 | 921 | 10.13% | $92,100 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 3,221 | 410 | 12.73% | $41,000 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 2,599 | 266 | 10.23% | $26,600 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 6,884 | 213 | 3.09% | $21,300 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 3,640 | 211 | 5.80% | $21,100 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 2,452 | 288 | 11.75% | $28,800 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 3,797 | 300 | 7.90% | $30,000 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 9,207 | 268 | 2.91% | $26,800 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 4,472 | 252 | 5.64% | $25,200 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 4,648 | 546 | 11.75% | $54,600 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 3,685 | 378 | 10.26% | $37,800 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 4,918 | 407 | 8.28% | $40,700 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 1,983 | 275 | 13.87% | $27,500 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 743 | 338 | 45.49% | $33,800 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 9,350 | 214 | 2.29% | $21,400 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 4,308 | 1,251 | 29.04% | $125,100 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 3,111 | 326 | 10.48% | $32,600 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 2,450 | 332 | 13.55% | $33,200 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 7,501 | 255 | 3.40% | $25,500 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 12,839 | 457 | 3.56% | $45,700 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 9,921 | 573 | 5.78% | $57,300 |
| ect Ltd ISRAEL CREDIT CARDS LIMITED | 3 | 5,114 | 233 | 4.56% | $23,300 |
| n Ltd ISRAEL CREDIT CARDS LIMITED | 3 | 3,832 | 395 | 10.31% | $39,500 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 1,046 | 280 | 26.77% | $28,000 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 7,630 | 333 | 4.36% | $33,300 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 275 | 246 | 89.45% | $24,600 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 463 | 1,002 | 216.41% | $100,200 |
| Limited ISRAEL CREDIT CARDS LIMITED | 3 | 5,027 | 243 | 4.83% | $24,300 |
| ISRAEL CREDIT CARDS LIMITED | 3 | 5,336 | 225 | 4.22% | $22,500 |

ATTACHMENT R - p. 2

Warning Notification

Report Month : September 2009

| MERCHANT NAME | MEMBER NAME | BIN | MCC | Region | SLS COUNT | CBK COUNT | CBK % |
|---|---|---|---|---|---|---|---|
|  | AIB BANK |  | 5964 | 3 | 9,831 | 100 | 1.02% |
|  | AIB BANK |  | 5399 | 1 | 3,231 | 114 | 3.53% |
|  | AIB BANK |  | 7392 | 3 | 6,930 | 150 | 2.16% |
|  | AIB BANK |  | 5964 | 3 | 10,213 | 106 | 1.04% |
|  | AIB BANK |  | 7994 | 3 | 2,612 | 102 | 3.88% |
|  | B+S CARD SERVICE GMBH |  | 5967 | 3 | 30,320 | 569 | 1.87% |
|  | B+S CARD SERVICE GMBH |  | 5967 | 3 | 487 | 173 | 35.52% |
|  | B+S CARD SERVICE GMBH |  | 7372 | 3 | 6,487 | 146 | 2.25% |
|  | B+S CARD SERVICE GMBH |  | 7841 | 3 | 1,010 | 143 | 14.16% |
|  | B+S CARD SERVICE GMBH |  | 5734 | 3 | 31,079 | 140 | .45% |
|  | B+S CARD SERVICE GMBH |  | 5969 | 3 | 1,658 | 103 | 6.21% |
|  | BANCA MONTE DEI PASCHI DI SIENA S |  | 4789 | 3 | 994 | 184 | 18.51% |
|  | BARCLAYS BANK PLC |  | 7512 | 3 | 2,126 | 173 | 5.53% |
|  | BARCLAYS BANK PLC |  | 5968 | 3 | 4,248 | 150 | 3.16% |
|  | DEUTSCHE POSTBANK AG |  | 5967 | 3 | 8,083 | 197 | 2.44% |
|  | DEUTSCHE POSTBANK AG |  | 7997 | 3 | 354 | 103 | 29.10% |
|  | DEUTSCHE POSTBANK AG |  | 7997 | 3 | 1,734 | 101 | 5.82% |
|  | DEUTSCHE POSTBANK AG |  | 7997 | 3 | 424 | 101 | 23.82% |
|  | ELAVON FINANCIAL SERVICES LIMITE |  | 4814 | 3 | 1,864 | 115 | .56% |
|  | ELAVON FINANCIAL SERVICES LIMITE |  | 5752 | 3 | 190 | 100 | 52.63% |
|  | ELAVON FINANCIAL SERVICES LIMITED |  | 3357 | 3 | 10,415 | 171 | 1.64% |
|  | GROUPEMENT CARTE BLEUE - Societe G |  | 4511 | 3 | 11,848 | 147 | 1.24% |
|  | GROUPEMENT CARTE BLEUE - Societe G |  | 5965 | 3 | 299 | 101 | 33.78% |
|  | GROUPEMENT CARTE BLEUE - CIC |  | 4814 | 3 | 31,070 | 371 | 1.19% |
|  | HSBC BANK PLC |  | 3615 | 3 | 6,964 | 166 | 2.38% |
|  | HSBC BANK PLC |  | 4812 | 3 | 12,131 | 137 | 1.11% |
|  | INTERPAY NEDERLAND B.V. |  | 5967 | 3 | 7,213 | 100 | 1.39% |
|  | NATIONAL WESTMINSTER BANK PLC |  | 4812 | 3 | 1,762 | 132 | 7.49% |
|  | NATIONAL WESTMINSTER BANK PLC |  | 7995 | 3 | 242 | 111 | 45.87% |
|  | NATIONAL WESTMINSTER BANK PLC |  | 4814 | 3 | 46,398 | 702 | 1.64% |
|  | NATIONAL WESTMINSTER BANK PLC |  | 4131 | 3 | 35,999 | 443 | 1.23% |
|  | SERVIRED - Caja Madrid |  | 5962 | 3 | 9,868 | 118 | 1.20% |
|  | SERVIRED - La Caixa |  | 4722 | 3 | 360 | 166 | 46.11% |
|  | SERVIRED - La Caixa |  | 4011 | 3 | 3,807 | 110 | 2.89% |
|  | SERVIRED - Caixa Catalunya |  | 5967 | 3 | 17,496 | 275 | 1.57% |

Confidential
VISA 00321

ATTACHMENT R - p. 3

| | | | | |
|---|---|---|---|---|
| VISA-ICELAND | 5310 | 3 | 2,780 | 162 | 5.83% |
| VISA-ICELAND | 5310 | 3 | 3,776 | 141 | 3.81% |
| VISA-ICELAND | 6012 | 3 | 11,466 | 133 | 1.16% |
| VISA-ICELAND | 5310 | 3 | 1,977 | 119 | 6.02% |
| VISA-ICELAND | 6012 | 3 | 11,644 | 118 | 1.01% |
| VISA-ICELAND | 5310 | 3 | 3,301 | 116 | 3.51% |
| VISA-ICELAND | 5039 | 3 | 10,430 | 114 | 1.09% |
| VISA-ICELAND | 5310 | 3 | 781 | 105 | 11.44% |
| VISA-ICELAND | 5912 | 3 | 45,769 | 794 | 1.73% |
| VISA-ICELAND | 5969 | 3 | 27,024 | 382 | 1.41% |
| WIRECARD BANK AG | 7995 | 3 | 17,928 | 187 | 1.04% |
| WIRECARD BANK AG | 5967 | 3 | 1,691 | 142 | 8.40% |
| WIRECARD BANK AG | 5964 | 3 | 13,488 | 139 | 1.03% |
| WIRECARD BANK AG | 5967 | 3 | 1,729 | 123 | 7.11% |
| WIRECARD BANK AG | 5967 | 3 | 781 | 123 | 15.75% |
| WIRECARD BANK AG | 5964 | 3 | 1,215 | 120 | 9.88% |
| WIRECARD BANK AG | 7995 | 3 | 1,993 | 120 | 6.02% |
| WIRECARD BANK AG | 5967 | 3 | 5,734 | 119 | 2.08% |
| WIRECARD BANK AG | 7995 | 3 | 1,726 | 118 | 6.84% |
| WIRECARD BANK AG | 5409 | 3 | 539 | 115 | 21.34% |
| WIRECARD BANK AG | 5964 | 3 | 6,767 | 113 | 1.67% |
| WIRECARD BANK AG | 5964 | 3 | 2,093 | 108 | 5.16% |
| WIRECARD BANK AG | 8999 | 3 | 23,753 | 260 | 1.09% |

Confidential
VISA 00322

ATTACHMENT R - p. 4

| COUNCIL DECISION |
| --- |
| Suspend 3 months – airline went into administration on 1 September 2009 |
| Defer Decision to December '09 Council – for additional meeting with acquirer and merchant |
| LEVY PENALTY |
| LEVY PENALTY |
| LEVY PENALTY |
| LEVY PENALTY |
| LEVY PENALTY |
| LEVY PENALTY |
| Suspend 3 months |
| Suspend 3 months |
| LEVY PENALTY |
| LEVY PENALTY |
| LEVY PENALTY |
| Currently under agreed suspension period |
| LEVY PENALTY |
| Suspend 3 months |
| LEVY PENALTY |
| Currently under agreed suspension period |
| Currently under agreed suspension period |
| Currently under agreed suspension period |
| Currently under agreed suspension period |
| SUSPEND – See Michael's email 12/7 |
| LEVY PENALTY |
| LEVY PENALTY |
| LEVY PENALTY |
| LEVY PENALTY |

Confidential
VISA 00323

ATTACHMENT R - p. 5



Confidential
VISA 00324

ATTACHMENT R - p. 6