GMCMP CONSENT ITEMS

## GMCMP  APPEAL SUMMARY

| DATA MONTH | | Sep-09 | | Fine $US | | 127,300 |
|---|---|---|---|---|---|---|
| Acquirer Name | | Wirecard | | VISA RM | | Heike Mueller |
| Acquirer Contact Name | | Oliver Nebelung | | Acquirer BIN | | 424500 |
| Merchant Legal Name | | Rivierico Trading ltd | | MID | | ULTRIFRESHWELL |
| Merchant URL | | berryultimatefresh.com | | MCC | | 5499 |
| Month | Trans # | Cbk # | Cbk % | Fine US$ | | Council Decision |
| Sep-09 | 37,487 | 1,273 | 3.40% | 127,300 | | |
| | | | | | | |
| | | | | | | |

1. Summary
E-comm merchant: nutraceutical products

The acquirer did not submit an appeal.

VISA Review | Recommend to levy penalties as acquirer did not submit an appeal.

## GMCMP  APPEAL SUMMARY

| DATA MONTH | | Sep-09 | | Fine $US | | 127,900 |
|---|---|---|---|---|---|---|
| Acquirer Name | | Wirecard | | VISA RM | | Heike Mueller |
| Acquirer Contact Name | | Oliver Nebelung | | Acquirer BIN | | 424500 |
| Merchant Legal Name | | Beslana Investments Ltd | | MID | | PRISTINEHLTH |
| Merchant URL | | cleansePristinePro.com | | MCC | | 5499 |
| Month | Trans # | Cbk # | Cbk % | Fine US$ | | Council Decision |
| Sep-09 | 35,214 | 1,279 | 3.63% | 127,900 | | |
| | | | | | | |
| | | | | | | |

1. Summary
E-comm merchant: nutraceutical products

The acquirer did not submit an appeal.

VISA Review | Recommend to levy penalties as acquirer did not submit an appeal.

Visa Europe Confidential

November 2009

Confidential
VISA 00328

ATTACHMENT R - p. 7

## GMCMP APPEAL SUMMARY

| DATA MONTH | | Sep-09 | | Fine $US | | |
|---|---|---|---|---|---|---|
| Acquirer Name | | Wirecard | | VISA RM | | 23,400 |
| Acquirer Contact Name | | Oliver Nebelung | | Acquirer BIN | | Heike Mueller |
| Merchant Legal Name | | LB Pegasus Ltd. (through LocalBilling) | | MID | | 424500 |
| Merchant URL | | maxcleanse.li | | MCC | | MAXCLEANSE |
| Month | Trans # | Cbk # | Cbk % | Fine US$ | Council Decision | 5966 |
| Sep-09 | 1,658 | 234 | 14.11% | 23,400 | | ' |
| | | | | | | |
| 1. Summary | | | | | | |

E-comm merchant: adult.

Acquirer did not submit appeal

| VISA Review | Recommend to levy penalties as the acquirer did not submit an appeal. |
|---|---|

November 2009

Confidential
VISA 00329

ATTACHMENT R - p. 8

Report Month : October 2009

| MERCHANT NAME | MEMBER NAME | BIN | MCC | Region | SLS. COU | CBK. COU | CBK. % | POTENTIAL PENALTY | VE COMPLIANCE COUNCIL DECISION |
|---|---|---|---|---|---|---|---|---|---|
| | B+S CARD SERVICE GMBH | | 5961 | 3 | 2,302 | 258 | 11.21% | $25,800 | LEVY PENALTY |
| | B+S CARD SERVICE GMBH | | 7841 | 3 | 9,807 | 224 | 2.27% | $22,400 | SUSPEND 3 MONTHS |
| | B+S CARD SERVICE GMBH | | 7995 | 3 | 16,211 | 350 | 2.16% | $35,000 | LEVY PENALTY |
| | BANCA MONTE DEI PASCHI DI SI | | 4789 | 1 | 794 | 245 | 30.86% | $24,500 | LEVY PENALTY |
| | DEUTSCHE POSTBANK AG | | 5967 | 3 | 2,013 | 279 | 13.86% | $27,900 | LEVY PENALTY |
| | DEUTSCHE POSTBANK AG | | 5967 | 3 | 1,931 | 264 | 13.66% | $26,400 | LEVY PENALTY |
| | DEUTSCHE POSTBANK AG | | 5967 | 3 | 1,939 | 276 | 14.23% | $27,600 | LEVY PENALTY |
| | DEUTSCHE POSTBANK AG | | 5907 | 3 | 1,981 | 287 | 14.49% | $28,700 | LEVY PENALTY |
| | DEUTSCHE POSTBANK AG | | 5967 | 3 | 2,059 | 268 | 13.02% | $26,800 | LEVY PENALTY |
| | DEUTSCHE POSTBANK AG | | 5734 | 3 | 1,824 | 617 | 33.83% | $61,700 | LEVY PENALTY |
| | DEUTSCHE POSTBANK AG | | 5967 | 3 | 2,581 | 360 | 11.44% | $26,800 | LEVY PENALTY |
| | DEUTSCHE POSTBANK AG | | 7997 | 3 | 721 | 215 | 29.82% | $21,500 | contracts supplied to VE and VI - not branch of GMCMP - data verified and merchant |
| | CARTE BLEUE -Societe Generale | | 5965 | 3 | 1,864 | 254 | 13.63% | $25,400 | currently under agreed suspensionperiod |
| | HSBC BANK PLC | | 5615 | 3 | 8,662 | 219 | 2.44% | $21,900 | currently under agreed suspensionperiod |
| | NORD/A B LATVIJA JSC | | 5734 | 3 | 5,778 | 336 | 5.82% | $33,600 | LEVY PENALTY |
| | NORD/A B LATVIJA JSC | | 5734 | 3 | 401 | 444 | 110.77% | $44,400 | LEVY PENALTY |
| | NORD/A B LATVIJA JSC | | 5735 | 3 | 19,801 | 1,178 | 5.95% | $117,800 | LEVY PENALTY |
| | NORDEA FINANCE AB? | | 5969 | 3 | 912 | 219 | 24.01% | $21,900 | SUSPEND 3 MONTHS |
| | OTP BANK RT (NATIONAL SAVIN | | 7922 | 3 | 1,674 | 411 | 24.55% | $41,100 | currently under agreed suspensionperiod |
| | SERVIRED -La Caixa | | 4784 | 3 | 15,236 | 405 | 3.97% | $80,500 | SUSPEND 3 MONTHS |
| | SERVIRED -Caixa Catalunya | | 5967 | 3 | 10,398 | 331 | 3.19% | $33,100 | LEVY PENALTY |
| N | VISA ICELAND | | 5310 | 3 | 1,681 | 212 | 12.61% | $21,200 | currently under agreed suspensionperiod |
| | VISA ICELAND | | 5310 | 3 | 9,878 | 971 | 9.83% | $97,100 | currently under agreed suspensionperiod |
| | VISA ICELAND | | 5310 | 3 | 7,835 | 258 | 3.30% | $25,800 | currently under agreed suspensionperiod |
| | VISA ICELAND | | 5310 | 3 | 39,728 | 1,077 | 2.71% | $107,700 | currently under agreed suspensionperiod |
| | VISA ICELAND | | multiple | 3 | 9,701 | 759 | 7.83% | $75,900 | LEVY PENALTY |
| | VISA ICELAND | | multiple | 3 | 203,444 | 4,144 | 2.04% | $414,400 | LEVY PENALTY |
| | VISA SWEDEN ASSOCIATION -SE | 431/4/21/4 | 9152 | 3 | 7,208 | 331 | 4.74% | $33,200 | currently under agreed suspensionperiod |
| | VISA SWEDEN ASSOCIATION -Swed | | | | | | | | | SUSPEND 3 MONTHS - from September '09 data month |
| | J.P. MORGAN EUROPE LIMITED | 43132/43/59/68 | | 3 | 15,559 | 434 | 2.79% | $43,400 | reverse November Council's decision to levy penalties |
| | | | | 3 | 4,330 | 216 | 4.99% | $21,600 | SUSPEND 3 MONTHS |

TW*

Confidential
VISA 00330

ATTACHMENT R - p. 9

| COMPANY | ISSUER BANK NAME | BIN | MCC | n | COU | COU | CHBK % | PENALTY |
|---|---|---|---|---|---|---|---|---|
| ACCESS/CLEANS | WIRECARD BANK AG | 5499 | | 3 | 18,508 | 516 | 2.79% | $51,600 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5499 | | 3 | 13,709 | 891 | 6.50% | $89,140 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5966 | | 3 | 9,346 | 375 | 4.01% | $37,500 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5966 | | 3 | 6,615 | 395 | 5.94% | $39,500 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5966 | | 3 | 6,294 | 365 | 5.80% | $36,500 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5966 | | 3 | 6,340 | 342 | 5.39% | $34,200 LEVY PENALTY - subject to additional EMC ratification |
| EZYKIT | WIRECARD BANK AG | 5966 | | 1 | 7,869 | 508 | 6.46% | $50,800 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5499 | | 1 | 146,776 | 3,297 | 2.25% | $329,700 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5966 | | 3 | 5,966 | 367 | 6.15% | $36,700 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5966 | | 3 | 14,218 | 337 | 2.37% | $33,700 LEVY PENALTY - subject to additional EMC ratification |
| HEALTHCNS | WIRECARD BANK AG | 5966 | | 3 | 14,681 | 441 | 3.00% | $44,100 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5966 | | 3 | 8,260 | 487 | 5.89% | $48,700 LEVY PENALTY - subject to additional EMC ratification |
| IMPROVEHEALTH | WIRECARD BANK AG | 5499 | | 3 | 94,889 | 4,852 | 5.11% | $485,200 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5499 | | 3 | 18,402 | 540 | 2.93% | $54,000 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5499 | | 3 | 29,390 | 1,515 | 5.15% | $151,500 LEVY PENALTY - subject to additional EMC ratification |
| PRISTINEHLTH | WIRECARD BANK AG | 5499 | | 3 | 26,609 | 1,920 | 7.17% | $192,000 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5499 | | 3 | 46,758 | 2,876 | 6.15% | $287,600 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5499 | | 3 | 38,470 | 5,626 | 14.62% | $562,600 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5499 | | 3 | 22,079 | 570 | 2.58% | $57,000 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5499 | | 3 | 18,735 | 488 | 2.66% | $48,800 LEVY PENALTY - subject to additional EMC ratification |
| ULTRESHWELL | WIRECARD BANK AG | 5966 | | 3 | 8,932 | 479 | 5.37% | $47,900 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5966 | | 1 | 7,066 | 340 | 4.84% | $34,000 LEVY PENALTY - subject to additional EMC ratification |
| WELLBHEALTH | WIRECARD BANK AG | 5499 | | 1 | 64,820 | 5,815 | 8.97% | $581,500 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5499 | | 3 | 37,381 | 2,274 | 6.08% | $227,400 LEVY PENALTY - subject to additional EMC ratification |
| | WIRECARD BANK AG | 5499 | | 3 | 47,086 | 3,087 | 6.56% | $308,700 LEVY PENALTY - subject to additional EMC ratification |
| TOTAL WIRECARD | WIRECARD BANK AG | 5966 | | 3 | 7,582 | 335 | 4.42% | $33,500 LEVY PENALTY - subject to additional EMC ratification |
| | | | | | | | | $3,095,700 |

Confidential
VISA 00331

ATTACHMENT R - p. 10

Table — columns: [redacted merchant], card type, location, and fraud statistics. Header labels are not printed on this page; values transcribed as read (count/amount columns are best-effort OCR).

| Merchant | Card Type | Location | Col | Total | Accounts | % | Amount | Note |
|---|---|---|---|---|---|---|---|---|
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 3,612 | 488 | 13.33% | $48,800 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 2,587 | 315 | 12.27% | $31,500 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 4,488 | 269 | 5.99% | $26,900 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 1,544 | 401 | 25.97% | $40,100 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 2,101 | 251 | 11.95% | $25,100 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 6,088 | 243 | 3.99% | $24,300 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 8,778 | 434 | 4.94% | $43,400 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 1,560 | 446 | 28.59% | $44,600 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 5,072 | 242 | 4.77% | $24,200 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 2,340 | 274 | 11.71% | $27,400 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 8,329 | 1,033 | 12.40% | $103,300 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 3,877 | 212 | 5.47% | $21,200 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 2,434 | 464 | 18.66% | $46,400 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 1,920 | 276 | 14.35% | $27,600 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 2,011 | 285 | 14.17% | $28,500 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 3,876 | 694 | 17.91% | $69,400 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 3,554 | 226 | 6.35% | $22,600 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 1,186 | 204 | 17.20% | $20,400 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 2,213 | 308 | 13.92% | $30,800 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 6,463 | 399 | 6.17% | $39,900 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 4,015 | 583 | 14.52% | $58,300 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 4,818 | 307 | 6.37% | $30,700 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 4,306 | 210 | 4.88% | $21,000 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 1,567 | 384 | 24.20% | $30,400 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 1,566 | 306 | 19.55% | $30,600 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 1,916 | 440 | 22.86% | $44,000 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 1,509 | 205 | 13.59% | $20,500 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 9,256 | 357 | 3.66% | $35,700 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 1,572 | 942 | 59.96% | $94,200 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 48,126 | 3,395 | 6.79% | $339,500 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 48,153 | 2,451 | 5.09% | $245,100 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 1,894 | 224 | 11.83% | $22,400 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 8,324 | 288 | 3.46% | $28,800 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 10,191 | 686 | 6.68% | $68,600 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 13,834 | 619 | 4.47% | $61,900 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 14,669 | 313 | 2.13% | $31,300 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 2,658 | 227 | 8.54% | $22,700 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 3,552 | 249 | 7.01% | $24,900 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 2,324 | 316 | 13.60% | $31,600 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 2,693 | 238 | 9.21% | $23,800 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 2,426 | 945 | 11.21% | $94,500 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 3,081 | 435 | 36.95% | $43,500 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 2,274 | 832 | 7.93% | $83,200 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 5,146 | 408 | 36.59% | $40,300 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 1,405 | 4,013 | 2.38% | $401,300 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 5,356 | 560 | 285.71% | $56,000 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 5,775 | 257 | 7.16% | $25,700 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 3,719 | 239 | 4.45% | $23,900 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 3,232 | 290 | 7.60% | $29,000 | LEVY PENALTY* – subject to additional EMC ratification |
| [REDACTED] | ISRAEL CREDIT CARDS | various | 3 | 3,231 | 294 | 9.10% | $29,400 | LEVY PENALTY* – subject to additional EMC ratification |

**TOTAL ICC**  $2,602,100

Confidential
VISA 00332

ATTACHMENT R - p. 11

Warning Notification

Report Month : October 2009

| MERCHANT NAME | MEMBER NAME | BIN | MCC | Region | SLS. COUNT | CHK. COUNT | CHK. % |
|---|---|---|---|---|---|---|---|
| 2CO.COM:2CHECKOUT.COM | B+S CARD SERVICE GMBH | | 7372 | 3 | 6,716 | 137 | 2.04% |
| | B+S CARD SERVICE GMBH | | 5967 | 3 | 131,179 | 1,484 | 1.13% |
| | B+S CARD SERVICE GMBH | | 5969 | 3 | 1,272 | 112 | 8.81% |
| | BANK OF SCOTLAND (THE GOVA | | 7372 | 3 | 973 | 114 | 11.72% |
| | BARCLAYS BANK PLC | | 7512 | 3 | 2,644 | 173 | 6.54% |
| | BARCLAYS BANK PLC | | 4816 | 3 | 32,879 | 361 | 1.10% |
| | DEUTSCHE POSTBANK AG | | 7997 | 3 | 347 | 112 | 32.28% |
| | DEUTSCHE POSTBANK AG | | 5967 | 3 | 149 | 288 | 193.29% |
| | DEUTSCHE POSTBANK AG | | 7997 | 3 | 2,404 | 540 | 22.31% |
| | DEUTSCHE POSTBANK AG | | 7997 | 3 | 378 | 145 | 38.36% |
| | ELAVON FINANCIAL SERVICES LI | | 4814 | 3 | 7,276 | 125 | 1.72% |
| | ELAVON FINANCIAL SERVICES LI | | 4814 | 3 | 4,128 | 125 | 3.03% |
| | CARTE BLEUE - Societe Generale - | | 4511 | 3 | 13,229 | 163 | 1.23% |
| | CARTE BLEUE - Societe Generale - | | 5965 | 3 | 42,161 | 506 | 1.20% |
| | CARTE BLEUE - CIC | | 4814 | 3 | 32,788 | 341 | 1.04% |
| | CARTE BLEUE - Societe Generale - | | 5965 | 3 | 712 | 112 | 15.73% |
| | HSBC BANK PLC | | 4900 | 3 | 13,606 | 193 | 1.42% |
| | ELIOTTOKONTA | | 5817 | 3 | 500 | 105 | 21.00% |
| | NATIONAL WESTMINSTER BANK | | 4814 | 3 | 52,098 | 687 | 1.32% |
| | NATIONAL WESTMINSTER BANK | | 5045 | 3 | 4,234 | 193 | 4.56% |
| | NATIONAL WESTMINSTER BANK | | 4131 | 3 | 36,190 | 615 | 1.70% |
| | NORDIC ID LATVIJA USC | | 5734 | 3 | 753 | 144 | 19.12% |
| | NORDIC ID LATVIJA USC | | 5734 | 3 | 2,133 | 143 | 6.70% |
| | SERVIRED - Caja Madrid | | 9962 | 3 | 6,935 | 118 | 1.70% |
| | SERVIRED - Caja Madrid | | 4722 | 3 | 1,798 | 101 | 5.62% |
| | SERVIRED - La Caixa | | 4722 | 3 | 1,240 | 110 | 8.33% |
| | SISTEMA 4B S.A.- Santander | | 7372 | 3 | 4,036 | 127 | 3.14% |
| | VISA ICELAND | | 5734 | 3 | 36,134 | 657 | 1.81% |
| | VISA ICELAND | | 5310 | 3 | 624 | 172 | 27.56% |
| | VISA ICELAND | | 4814 | 3 | 13,391 | 200 | 1.50% |
| | VISA ICELAND | | 5912 | 3 | 47,955 | 688 | 1.43% |
| | VISA ICELAND | | 5310 | 3 | 340 | 103 | 30.29% |
| | VISA ICELAND | | 6012 | 3 | 14,024 | 161 | 1.15% |
| | VISA ICELAND | | 6012 | 3 | 13,196 | 178 | 1.35% |
| | VISA ICELAND | | 5814 | 3 | 26,980 | 273 | 1.03% |
| | VISA ICELAND | | 5641 | 3 | 20,500 | 316 | 1.51% |
| | VISA ICELAND | | 4099 | 3 | 596 | 117 | 19.63% |
| | VISA ICELAND | | 5310 | 3 | 4,721 | 108 | 2.62% |
| | VISA ICELAND | | 5712 | 3 | 13,155 | 148 | 1.13% |

Confidential
VISA 00333

ATTACHMENT R - p. 12

| | | | | | |
|---|---|---|---|---|---|
| WIRECARD BANK AG | 5967 | 3 | -1,400 | -122 | -8.16% |
| WIRECARD BANK AG | 5966 | 3 | -507 | -117 | -23.08% |
| WIRECARD BANK AG | 5967 | 3 | 1,477 | 142 | 9.61% |
| WIRECARD BANK AG | 7995 | 3 | -15,153 | -243 | -1.60% |
| WIRECARD BANK AG | 5967 | 3 | -3,732 | 109 | -2.92% |
| WIRECARD BANK AG | 5966 | 3 | 1,405 | -561 | -40.63% |
| WIRECARD BANK AG | 5968 | 3 | 25,794 | 265 | 1.03% |
| WIRECARD BANK AG | 5967 | 3 | -1,140 | 146 | -12.74% |
| WIRECARD BANK AG | 5966 | 3 | 11,552 | 121 | 8.05% |
| WIRECARD BANK AG | 5064 | 3 | 11,569 | 187 | 1.62% |
| WIRECARD BANK AG | 5969 | 3 | 1,848 | 100 | 5.41% |
| WIRECARD BANK AG | 5967 | 3 | 2,611 | 107 | 4.10% |
| WIRECARD BANK AG | 5967 | 3 | 3,086 | 118 | 3.85% |
| WIRECARD BANK AG | 5967 | 3 | -6,211 | 122 | -1.96% |
| WIRECARD BANK AG | 5099 | 3 | -6,457 | 108 | -1.67% |
| WIRECARD BANK AG | 5964 | 3 | 26,831 | 337 | 1.26% |
| WIRECARD BANK AG | 5967 | 3 | -1,312 | 134 | -10.21% |
| WIRECARD BANK AG | 5967 | 3 | -694 | -100 | -14.41% |
| WIRECARD BANK AG | 5966 | 3 | 249 | 127 | 51.00% |
| WIRECARD BANK AG | 5499 | 3 | -6,622 | 102 | -1.54% |
| WIRECARD BANK AG | 5967 | 3 | 102,234 | -614 | -0.60% |
| WIRECARD BANK AG | 5967 | 3 | 63,633 | 767 | 1.22% |
| WIRECARD BANK AG | 5967 | 3 | 112,573 | 152 | 0.13% |

Confidential
VISA 00334

ATTACHMENT R - p. 13

Wirecard Bank AG Germany

| MERCHANT NAME | MCC | SLS. COUNT | CBK. COUNT | CBK. % | POTENTIAL PENALTY |
|---|---|---|---|---|---|
| | 5499 | 18,508 | 516 | 2.79% | $51,600 |
| ACCESSCLEANS | 5499 | 13,709 | 891 | 6.50% | $89,100 |
| | 5966 | 9,345 | 375 | 4.01% | $37,500 |
| | 5966 | 6,655 | 395 | 5.94% | $39,500 |
| | 5966 | 6,294 | 365 | 5.80% | $36,500 |
| | 5966 | 6,340 | 342 | 5.39% | $34,200 |
| | 5966 | 7,860 | 508 | 6.46% | $50,800 |
| EZYKIT | 5499 | 146,776 | 3,297 | 2.25% | $329,700 |
| | 5966 | 5,966 | 367 | 6.15% | $36,700 |
| | 5966 | 14,218 | 337 | 2.37% | $33,700 |
| | 5966 | 14,681 | 441 | 3.00% | $44,100 |
| | 5966 | 8,269 | 487 | 5.89% | $48,700 |
| HEALTHCLNS | 5499 | 94,889 | 4,852 | 5.11% | $485,200 |
| | 5499 | 18,409 | 540 | 2.93% | $54,000 |
| IMPROVEHEALTH | 5499 | 29,390 | 1,515 | 5.15% | $151,500 |
| | 5499 | 26,909 | 1,929 | 7.17% | $192,900 |
| | 5499 | 46,758 | 2,876 | 6.15% | $287,600 |
| PRISTINEHLTH | 5499 | 38,470 | 5,826 | 15.14% | $582,600 |
| | 5499 | 22,079 | 570 | 2.58% | $57,000 |
| | 5499 | 18,735 | 498 | 2.66% | $49,800 |
| | 5966 | 8,922 | 479 | 5.37% | $47,900 |
| | 5966 | 6,966 | 340 | 4.88% | $34,000 |
| ULTIFRESHWELL | 5499 | 64,820 | 5,815 | 8.97% | $581,500 |
| WELLBHEALTH | 5499 | 37,381 | 2,274 | 6.08% | $227,400 |
| | 5499 | 47,086 | 3,087 | 6.56% | $308,700 |
| | 5966 | 7,582 | 335 | 4.42% | $33,500 |
| TOTAL WIRECARD | | 727,017 | 39,257 | 5.40% | $3,925,700 |

Visa Europe Confidential

October 2009 data month

Confidential
VISA 00337

ATTACHMENT R - p. 14

## THE COMPLIANCE COUNCIL

### GMCMP PROGRAMME APPEAL

| DATA MONTH | Oct-09 | FINES $US | 3,925,700 |
|---|---|---|---|

### ACQUIRER INFORMATION

| | | | |
|---|---|---|---|
| VISA RM | Heike Mueller | | |
| Acquirer Name | Wirecard bank AG | | |
| Acquirer Contact Name | Thomas Kaeppner / Oliver Nebelung | Acquirer BIN | 424500 |
| Acquirer E-Mail Address | | Acquirer BID | |
| | | Phone | |

### MERCHANT INFORMATION

| | | | |
|---|---|---|---|
| Merchant Legal Name | various | Address | |
| Principal Name | | | |
| Title | | | |
| Date Merchant Account Opened | | | |
| Merchant Descriptors (Base I and Base II if differing) | | The entity Processes through an IPSP | |
| MCC | | IPSP URL | |
| Environment | | The entity is an IPSP | |
| Merchant URL | | Is it Visa Registered? | |
| Physical or Virtual Goods | | Is it AIS Compliant? | |

### BUSINESS MODEL

| | FRAUD PREVENTION TOOLS | |
|---|---|---|
| Continuity Programme | VBV | |
| Membership Programme | CVV2 | |
| Free trials | CVV2 Failure Process | |
| Other (Specify) | Velocity Checking | |
| **PRODUCT/SERVICES SOLD** | Negative Listing | |
| | AVS | |
| | Other (Specify) | |

### MERCHANT GMCMP HISTORY

| Month | Trans # | Cbk # | Cbk % | Fees US$ | Council Decision | |
|---|---|---|---|---|---|---|
| Oct-09 | 727,017 | 39,257 | 5.40% | 3,925,700 | | |
| | | | | | | |

Visa Europe Confidential

December 2009

Confidential
VISA 00340

ATTACHMENT R - p. 15

| APPEAL |
|---|
| 1. What are the circumstances that have caused the problem |
| 2. Details of Merchant Action Plan |
| 3. Key Timelines And Expected Timescales For Improvement/Resolution |
| 4. Summary Of Attachments |

I certify that this merchant has been notified and that we the Member bank are taking the appropriate actions to address the problem

| PRINT NAME | DATE |
|---|---|

| Review | The acquirer confirmed in writing that it would not appeal the penalties |
|---|---|
| Levy Penalty | USD 3,925,700 |
| Waive | |
| Suspend for | |
| Council Decision | |

Visa Europe Confidential

December 2009

Confidential
VISA 00341

ATTACHMENT R - p. 16

# GMCMP - MANAGEMENT REPORT: Visa Europe
## Excessive Chargeback Fee Notification

Report Month : November 2009

| MERCHANT NAME | MEMBER NAME | SLS. COUNT | CBK. COUNT | CBK. % | Potential penalty |
|---|---|---|---|---|---|
| | AIB BANK | 9,240 | 242 | 2.62% | $24,200 |
| | B+S CARD SERVICE GMBH | 27,918 | 611 | 2.19% | $61,100 |
| | B+S CARD SERVICE GMBH | 24,379 | 490 | 2.01% | $49,000 |
| | B+S CARD SERVICE GMBH | 17,395 | 254 | 3.20% | $25,400 |
| | BANCA MONTE DEI PASCHI DI SIENA S.P.A. | 4,696 | 915 | 19.48% | $91,500 |
| | BARCLAYS BANK PLC | 668 | 260 | 38.92% | $26,000 |
| | HSBC BANK PLC | 976 | 209 | 21.41% | $20,900 |
| | NORD/LB LATVIJA JSC | 400 | 211 | 52.75% | $21,100 |
| | NORD/LB LATVIJA JSC | 9,901 | 1327 | 13.40% | $132,700 |
| | SERVIRED – La Caixa | 5,340 | 644 | 12.06% | $64,400 |
| DM | SERVIRED – Caixa Catalunya | 11,683 | 786 | 6.73% | $78,600 |
| | VISA ICELAND | 11,390 | 277 | 2.43% | $27,700 |
| | VISA ICELAND | 6,268 | 640 | 10.21% | $64,000 |
| | VISA ICELAND | 58,103 | 7762 | 13.36% | $776,200 |
| | VISA ICELAND | 22,457 | 1266 | 5.64% | $126,600 |
| | VISA SWEDEN ASSOCIATION - SEB | 9,465 | 666 | 7.04% | $66,600 |
| | VISA SWEDEN ASSOCIATION - SEB | 6,153 | 248 | 4.03% | $24,800 |
| | VISA SWEDEN ASSOCIATION - Swedbank | 13,331 | 353 | 2.65% | $35,300 |

Confidential
VISA 00325

ATTACHMENT R - p. 17

| | | | | | |
|---|---|---|---|---|---|
| | WIRECARD BANK AG | 1,269 | 963 | 75.89% | $96,310 |
| | WIRECARD BANK AG | 680 | 747 | 109.85% | $74,700 |
| | WIRECARD BANK AG | 550 | 831 | 151.09% | $83,100 |
| | WIRECARD BANK AG | 6,703 | 1,299 | 19.38% | $129,900 |
| | WIRECARD BANK AG | 1,345 | 1,055 | 78.44% | $105,500 |
| | WIRECARD BANK AG | 522 | 812 | 155.56% | $81,200 |
| | WIRECARD BANK AG | 922 | 300 | 32.54% | $39,000 |
| | WIRECARD BANK AG | 14,684 | 1,437 | 9.79% | $143,700 |
| | WIRECARD BANK AG | 902 | 215 | 23.84% | $21,500 |
| | WIRECARD BANK AG | 18,149 | 1,657 | 9.19% | $166,700 |
| | WIRECARD BANK AG | 772 | 1,021 | 132.25% | $102,100 |
| | WIRECARD BANK AG | 1,626 | 236 | 14.51% | $23,600 |
| | WIRECARD BANK AG | 529 | 231 | 43.67% | $23,100 |
| ACCESSCLEANS | WIRECARD BANK AG | 1,423 | 1,180 | 82.92% | $118,400 |
| ACCESSMEMBER | WIRECARD BANK AG | 3,287 | 810 | 24.64% | $81,000 |
| BETTERDTOX | WIRECARD BANK AG | 18,912 | 843 | 4.46% | $84,300 |
| BEUTYCLUB | WIRECARD BANK AG | 6,888 | 703 | 10.21% | $70,300 |
| ELITEPACK | WIRECARD BANK AG | 24,841 | 2,013 | 8.10% | $201,300 |
| EZYKIT | WIRECARD BANK AG | 45,410 | 1,104 | 2.43% | $110,400 |
| HEALTHCLNS | WIRECARD BANK AG | 25,353 | 949 | 3.74% | $94,900 |
| HEALTHSMILE | WIRECARD BANK AG | 15,934 | 1,492 | 9.36% | $149,200 |
| IMPROVEHEHEALTH | WIRECARD BANK AG | 351 | 230 | 65.53% | $23,000 |
| | WIRECARD BANK AG | 126,774 | 5,961 | 4.70% | $596,100 |
| | WIRECARD BANK AG | 76,724 | 4,879 | 6.36% | $487,900 |
| | WIRECARD BANK AG | 43,692 | 7,187 | 16.45% | $718,700 |
| | WIRECARD BANK AG | 13,390 | 1,166 | 8.71% | $116,600 |
| | WIRECARD BANK AG | 6,028 | 531 | 8.81% | $53,100 |
| | WIRECARD BANK AG | 36,107 | 4,139 | 11.46% | $413,900 |
| | WIRECARD BANK AG | 38,431 | 1,006 | 2.62% | $100,600 |
| | WIRECARD BANK AG | 17,523 | 2,079 | 11.86% | $207,900 |
| | WIRECARD BANK AG | 25,395 | 3,281 | 12.92% | $328,100 |
| PRISTINEHLTH | WIRECARD BANK AG | 4,203 | 706 | 16.80% | $70,600 |
| | WIRECARD BANK AG | 24,112 | 7,257 | 30.10% | $725,700 |
| | WIRECARD BANK AG | 17,874 | 672 | 3.76% | $67,200 |
| | WIRECARD BANK AG | 6,790 | 702 | 10.34% | $70,200 |
| | WIRECARD BANK AG | 5,477 | 547 | 9.99% | $54,700 |
| ULTIFRESHWELL | WIRECARD BANK AG | 824 | 845 | 102.55% | $84,500 |
| | WIRECARD BANK AG | 71,480 | 10,584 | 14.81% | $1,058,400 |
| VIBRANTBEAUTY | WIRECARD BANK AG | 4,163 | 680 | 16.33% | $68,000 |
| WELLBHEALTH | WIRECARD BANK AG | 27,497 | 997 | 3.63% | $99,700 |
| | WIRECARD BANK AG | 20,969 | 3,298 | 15.73% | $329,800 |
| | WIRECARD BANK AG | 25,370 | 3,581 | 14.12% | $358,100 |
| YOUTHSUPP | WIRECARD BANK AG | 17,515 | 731 | 4.17% | $73,100 |
| | WIRECARD BANK AG | 5,500 | 472 | 8.58% | $47,200 |
| *TOTAL* | | | | | $8,143,900 |
| Borrego Entertainment Ltd | Israel Credit Cards | 3528 | 209 | 5.92% | $20,900 |

**Confidential**

ATTACHMENT R - p. 18

| | | | | |
|---|---|---|---|---|
| Israel Credit Cards | 2,679 | 463 | 17.28% | $46,300 |
| Israel Credit Cards | 772 | 215 | 27.85% | $21,500 |
| Israel Credit Cards | 3,410 | 756 | 22.17% | $75,600 |
| Israel Credit Cards | 739 | 282 | 38.16% | $28,200 |
| Israel Credit Cards | 4,960 | 213 | 4.29% | $21,300 |
| Israel Credit Cards | 343 | 216 | 62.97% | $21,600 |
| Israel Credit Cards | 8,035 | 343 | 4.27% | $34,300 |
| Israel Credit Cards | 526 | 293 | 55.70% | $29,300 |
| Israel Credit Cards | 269 | 200 | 74.35% | $20,000 |
| Israel Credit Cards | 4,504 | 276 | 6.13% | $27,600 |
| Israel Credit Cards | 1,992 | 232 | 11.65% | $23,200 |
| Israel Credit Cards | 2,094 | 259 | 12.37% | $25,900 |
| Israel Credit Cards | 2,550 | 282 | 11.06% | $28,200 |
| Israel Credit Cards | 2,400 | 671 | 27.96% | $67,100 |
| Israel Credit Cards | 2,529 | 1,595 | 63.07% | $159,500 |
| Israel Credit Cards | 3,572 | 236 | 6.61% | $23,600 |
| Israel Credit Cards | 1,614 | 524 | 32.47% | $52,400 |
| Israel Credit Cards | 653 | 241 | 36.91% | $24,100 |
| Israel Credit Cards | 54,963 | 2,996 | 5.45% | $299,600 |
| Israel Credit Cards | 4,593 | 272 | 5.92% | $27,200 |
| Israel Credit Cards | 1,961 | 533 | 27.18% | $53,300 |
| Israel Credit Cards | 8,086 | 247 | 3.05% | $24,700 |
| Israel Credit Cards | 38,652 | 950 | 2.46% | $95,000 |
| Israel Credit Cards | 2,473 | 531 | 21.47% | $53,100 |
| Israel Credit Cards | 2,563 | 605 | 23.61% | $60,500 |
| Israel Credit Cards | 3,479 | 207 | 5.95% | $20,700 |
| Israel Credit Cards | 6,494 | 234 | 3.60% | $23,400 |
| | | | | $1,408,100 |

Confidential
VISA 00327

ATTACHMENT R - p. 19

GMCMP
November 2009 data month

Report Month : November 2009

| MERCHANT NAME | MEMBER NAME | BIN | MCC | Region | SLS. COUNT | CBK. COUNT | CBK. % | Potential penalty |
|---|---|---|---|---|---|---|---|---|
|  | WIRECARD BANK AG |  | 5966 | 3 | 1,269 | 963 | 75.89% | $96,300 |
|  | WIRECARD BANK AG |  | 5966 | 3 | 680 | 747 | 109.85% | $74,700 |
|  | WIRECARD BANK AG |  | 5966 | 3 | 550 | 831 | 151.09% | $83,100 |
|  | WIRECARD BANK AG |  | 5966 | 3 | 6,703 | 1,299 | 19.38% | $129,920 |
| s | WIRECARD BANK AG |  | 5966 | 3 | 1,345 | 1,055 | 78.44% | $105,500 |
|  | WIRECARD BANK AG |  | 5966 | 3 | 522 | 812 | 155.56% | $81,200 |
|  | WIRECARD BANK AG |  | 5966 | 3 | 922 | 300 | 32.54% | $30,000 |
| NG | WIRECARD BANK AG |  | 5966 | 3 | 14,684 | 1,437 | 9.79% | $143,700 |
|  | WIRECARD BANK AG |  | 5966 | 3 | 902 | 215 | 23.84% | $21,500 |
|  | WIRECARD BANK AG |  | 5966 | 3 | 18,149 | 1,667 | 9.19% | $166,700 |
|  | WIRECARD BANK AG |  | 5966 | 3 | 772 | 1,021 | 132.25% | $102,100 |
| H | WIRECARD BANK AG |  | 5966 | 3 | 1,626 | 236 | 14.51% | $23,600 |
|  | WIRECARD BANK AG |  | 5966 | 3 | 529 | 231 | 43.67% | $23,100 |
|  | WIRECARD BANK AG |  | 5966 | 3 | 1,423 | 1,180 | 82.92% | $118,000 |
|  | WIRECARD BANK AG |  | 5966 | 3 | 3,287 | 810 | 24.64% | $81,000 |
|  | WIRECARD BANK AG |  | 8999 | 3 | 18,912 | 843 | 4.46% | $84,310 |
| ACCESSCLEANS | WIRECARD BANK AG |  | 5499 | 3 | 6,888 | 703 | 10.21% | $70,300 |
| ACCESSMEMBER | WIRECARD BANK AG |  | 5499 | 3 | 24,841 | 2,013 | 8.10% | $201,300 |
| BETTERDTOX | WIRECARD BANK AG |  | 5499 | 3 | 45,410 | 1,104 | 2.43% | $110,400 |
| BEUTYCLUB | WIRECARD BANK AG |  | 5499 | 3 | 25,353 | 949 | 3.74% | $94,900 |
|  | WIRECARD BANK AG |  | 5499 | 3 | 15,934 | 1,492 | 9.36% | $149,200 |
| ELITEPACK | WIRECARD BANK AG |  | 5499 | 3 | 351 | 230 | 65.53% | $23,000 |
| EZYGET | WIRECARD BANK AG |  | 5499 | 3 | 126,774 | 5,961 | 4.70% | $596,100 |
| HEALTHCLNS | WIRECARD BANK AG |  | 5499 | 3 | 76,724 | 4,879 | 6.36% | $487,900 |
| HEALTHSMILE | WIRECARD BANK AG |  | 5499 | 3 | 43,692 | 7,187 | 16.45% | $718,700 |
| IMPROVBHEALTH | WIRECARD BANK AG |  | 5499 | 3 | 13,390 | 1,166 | 8.71% | $116,690 |
| KITACCCESS | WIRECARD BANK AG |  | 5499 | 3 | 6,028 | 531 | 8.81% | $53,100 |
|  | WIRECARD BANK AG |  | 5499 | 3 | 36,107 | 4,139 | 11.46% | $413,900 |
|  | WIRECARD BANK AG |  | 5499 | 3 | 38,431 | 1,006 | 2.62% | $100,600 |
|  | WIRECARD BANK AG |  | 5499 | 3 | 17,523 | 2,079 | 11.86% | $207,900 |
|  | WIRECARD BANK AG |  | 5499 | 3 | 25,395 | 3,281 | 12.92% | $328,100 |
|  | WIRECARD BANK AG |  | 5499 | 3 | 4,203 | 706 | 16.80% | $70,600 |
| PRISTINEHLTH | WIRECARD BANK AG |  | 5499 | 3 | 24,112 | 7,257 | 30.10% | $725,700 |
|  | WIRECARD BANK AG |  | 5499 | 3 | 17,874 | 672 | 3.76% | $67,200 |
|  | WIRECARD BANK AG |  | 5499 | 3 | 6,790 | 703 | 10.34% | $70,200 |
|  | WIRECARD BANK AG |  | 5499 | 3 | 5,477 | 547 | 9.99% | $54,700 |
| ULTIFRESHWELL | WIRECARD BANK AG |  | 5499 | 3 | 824 | 845 | 102.55% | $84,500 |
|  | WIRECARD BANK AG |  | 5499 | 3 | 71,480 | 10,584 | 14.81% | $1,058,400 |
| VIBRANTBEAUTY | WIRECARD BANK AG |  | 5499 | 3 | 4,163 | 680 | 16.33% | $68,000 |
| WELLBHEALTH | WIRECARD BANK AG |  | 5499 | 3 | 27,497 | 997 | 3.63% | $99,700 |
|  | WIRECARD BANK AG |  | 5499 | 3 | 20,959 | 3,298 | 15.73% | $329,800 |
|  | WIRECARD BANK AG |  | 5499 | 3 | 25,370 | 3,581 | 14.12% | $358,100 |
| YOUTHSUPP | WIRECARD BANK AG |  | 5499 | 3 | 17,515 | 731 | 4.17% | $73,100 |
|  | WIRECARD BANK AG |  | 5499 | 3 | 5,800 | 472 | 8.58% | $47,200 |
| TOTAL |  |  |  |  |  |  |  | $8,143,900 |

Visa Europe Confidential

Confidential
VISA 00335

ATTACHMENT R - p. 20

November 2009 data month
Wirecard Bank AG

Visa Europe Confidential

Confidential
VISA 00336

ATTACHMENT R - p. 21

## THE COMPLIANCE COUNCIL

### GMCMP PROGRAMME APPEAL

| DATA MONTH | Nov-09 | FINES $US | 8,143,900 |
|---|---|---|---|

### ACQUIRER INFORMATION

| | | | |
|---|---|---|---|
| VISA RM | Heike Mueller | | |
| Acquirer Name | Wirecard bank AG | Acquirer BIN | 424500 |
| Acquirer Contact Name | Thomas Kaeppner / Oliver Nebelung | Acquirer BID | |
| Acquirer E-Mail Address | | Phone | |

### MERCHANT INFORMATION

| | | | |
|---|---|---|---|
| Merchant Legal Name | various | Address | |
| Principal Name | | | |
| Title | | | |
| Date Merchant Account Opened | | | |
| Merchant Descriptors (Base I and Base II if differing) | | The entity Processes through an IPSP | |
| MCC | | IPSP URL | |
| Environment | | The entity is an IPSP | |
| Merchant URL | | Is it Visa Registered? | |
| Physical or Virtual Goods | | Is it AIS Compliant? | |

| BUSINESS MODEL | | FRAUD PREVENTION TOOLS | |
|---|---|---|---|
| Continuity Programme | | VBV | |
| Membership Programme | | CVV2 | |
| Free trials | | CVV2 Failure Process | |
| Other (Specify) | | Velocity Checking | |
| PRODUCT/SERVICES SOLD | | Negative Listing | |
| | | AVS | |
| | | Other (Specify) | |

### MERCHANT GMCMP HISTORY

| Month | Trans # | Cbk # | Cbk % | Fees US$ | Council Decision |
|---|---|---|---|---|---|
| Oct-09 | 727,017 | 39,257 | 5.40% | 3,925,700 | Levied |
| Nov-09 | 806,890 | 81,439 | 10.09% | 8,143,900 | |
| | | | | | |

January 2010

Confidential
VISA 00338

ATTACHMENT R - p. 22

APPEAL

1. What are the circumstances that have caused the problem

2. Details of Merchant Action Plan

3. Key Timelines And Expected Timescales For Improvement/Resolution

4. Summary Of Attachments

---

I certify that this merchant has been notified and that we the Member bank are taking the appropriate actions to address the problem

| PRINT NAME | DATE |
|------------|------|
|            |      |

---

| Review | The acquirer confirmed in writing that it would not appeal the penalties | |
|--------|------|------|
| Levy Penalty | USD 8,143,900 | |
| Waive | | |
| Suspend for | | |
| Council Decision | | |

Visa Europe Confidential

January 2010

Confidential
VISA 00339

ATTACHMENT R - p. 23

rom:            Burtscher, Michael
ent:            Tuesday, September 08, 2009 5:55 AM
o:              Snow, Geoffrey
ubject:         ICC
ttachments:     Farend Services Limited.zip

nportance:      High


i Geoffrey

managed to obtain some paperwork for VH ACCESS, HEALTHMEMBER, and WHITESMILE. I am waiting for the full
formation on all MIDs to do the roll-ups.

he MIDs for FAREND SERVICES Limited (the holding company) are:

| iternet URL | www.cleanseuniversal.com | www.cellulitesolve.com | www.dietpomegranatepro.com | .www.hollywoodtee |
|---|---|---|---|---|
| idustry | Natural Health Supplements | Natural Health Supplements | Natural Health Supplements | Natural Health Suf |
| ICC code | Visa: 5912/MC: 5499 | Visa: 5912/MC: 5499 | Visa: 5912/MC: 5499 | Visa: 5912/MC: 54 |
| escriptor | WHITESMILE | BEAUTYPACK | HEALTHMEMBER | NUTRITIONALSU |
| ïty field | 888-227-2950 | 888-868-7512 | 888-779-5303 | 888-433-4416 |

ïind regards,
Nichael

Michael Burtscher | Compliance Management & Acceptance Risk | Visa Europe  | T +44 (0)1189397275 | M +44
0)7501501829 | burtschm@visa.com

1

Confidential
VISA 00237

ATTACHMENT S - p. 1

# DECLARATION OF TRUST

I/WE NOMILINK MANAGEMENT LIMITED

of 3 Athinodorou, Dasoupoli, 2025 Strovolos, Nicosia, Cyprus

HEREBY ACKNOWLEDGE and declare that I/WE hold the share(s) shown in the Schedule hereto registered in my/our name as Nominee(s) of and Trustee(s) for

Name:    **Mrs. Evelyn Canonizado Domingo**

Address:    **1214 Kahilom 2, Pandacan, Manila City, Philippines**

(hereinafter called "the Owner(s)") and I/WE UNDERTAKE and agree not to transfer, deal with or dispose of the said share(s) or any of them save as the Owner(s) may from time to time direct. And further to give full effect to the trust hereby declared I/WE HEREBY DEPOSIT with the Owner(s) the Certificate for the said share(s) together with a transfer thereof executed by us in blank and I/WE HEREBY EXPRESSLY AUTHORISE and empower the Owner(s) at any time to complete such transfer by inserting the name or names of any transferee or transferees and the date of the transfer and to complete the same in any other necessary particular. AND I/WE DECLARE that this authority is irrevocable by us. AND I/WE FURTHER UNDERTAKE and agree to account to the Owner(s) for all dividends and profits which may be paid to me/us from time to time upon the said share(s) and for all other money or profit which may be payable to me/us in respect thereof. AND I/WE FURTHER UNDERTAKE and agree to exercise my/our voting power as holder(s) of the said share(s) in such a manner and for such purposes as the Owner(s) may from time to time direct or determine.

## SCHEDULE

| | | | | |
|---|---|---|---|---|
| Name of company | : | **FAREND SERVICES LIMITED** | | |
| No of share(s) | : | 1000 | | |
| Serial No of share(s), from | : | 0001 | to | 1000 |
| Nominal value of each share | : | €1,00 | | |
| Nominal value of total shares | : | €1000 | | |
| Date | : | 27th May 2009 | | |

NOMINEE(S) AND TRUSTEE(S)

Witness to the signature
of Nominee(s) and Trustee(s)

Confidential
VISA 00238

# ATTACHMENT S - p. 2

MERALCO

EVELYN C. DOMINGO
#1214 KAHILOM 2
PANDACAN
MANILA CITY
METRO MANILA

**SERVICE INFO**

Service ID Number : 411N9601
Rate : Residential
Connected in the name of : EVELYN C DOMINGO
Service Address : #1214 KAHILOM 2
PANDACAN, MANILA CITY
METRO MANILA

**BILLING INFO**

Bill Date : 28 APR 2006
Billing Period : 27 MAR 2006 to 26 APR 2006
Due Date : 11 MAY 2006
Total kWh : 121
Total Current Amount : P ....

**BILLING SUMMARY**

| BILL SUBGROUP | SUBTOTAL | . . . |
|---|---|---|
| Generation | | |
| Transmission | | |
| System Loss | | |
| Distribution (Meralco) | | |
| Subsidies | | |
| Government Taxes | | |
| Universal Charges | | |
| Other Charges | | |
| TOTAL | | |

Confidential
VISA 00239

ATTACHMENT S - p. 3

# *Merchant Application for acceptance of MasterCard, Diners and Visa credit cards*

| Company details | |
|---|---|
| Company name: FAREND SERVICES LIMITED | Street: 3 Athinodorou Street, 2025 Dasoupoli, Strovolos<br>City: Nicosia<br>Country: Cyprus, 2025 |
| Incorporation number: 250382 | Phone number: 22.678.944 |
| Foundation date: May 27, 2009 | Fax number : |

| Internet URL | www.cellulitesolve.com |
|---|---|
| Industry | Natural Health Supplements |
| MCC code | Visa: 5912/MC: 5499 |
| Descriptor | BEAUTYPACK |
| City field | 888-868-7512 |

| Contacts | |
|---|---|
| Owner | Diana Andreou |
| Address | 1 Agias Paraskevis, Katydata, Nicosia, Cyprus, 2835 |
| Email address | info@treppides.com |

| Settlement | |
|---|---|
| Transaction currency | USD |
| Settlement currency | USD |
| Expected monthly volume amount | 10,000.00 |

Confidential<br>VISA 00240

ATTACHMENT S - p. 4

| Expected monthly transactions | 900 |
|---|---|

## *Company Owner's Details*

| |
|---|
| First Name: Diana |
| Last Name: Andreou |
| National ID: 886648 |
| Street: 1 Agias Paraskevis, Katydata |
| City: Nicosia |
| State: |
| Country, zip code: Cyprus, 2835 |
| Phone: 22.678.944 |
| Email address: info@treppides.com |

## *CEO's Details*

| |
|---|
| First Name: |
| Last Name: |
| National ID: |
| Street: |
| City: |
| State: |
| Country, zip code: |
| Phone: |
| Email address: |

Regards,
Ayelet fruchtlander

Confidential

ATTACHMENT S - p. 5

# _Merchant Application for acceptance of MasterCard, Diners  and Visa credit cards_

| Company details | |
|---|---|
| Company name: FAREND SERVICES LIMITED | Street: 3 Athinodorou Street, 2025 Dasoupoli, Strovolos City: Nicosia Country: Cyprus, 2025 |
| Incorporation number: 250382 | Phone number: 22.678.944 |
| Foundation date: May 27, 2009 | Fax number : |

| | |
|---|---|
| Internet URL | www.dietpomegranatepro.com |
| Industry | Natural Health Supplements |
| MCC code | Visa: 5912/MC: 5499 |
| Descriptor | HEALTHMEMBER |
| City field | 888-779-5303 |

| Contacts | |
|---|---|
| Owner | Diana Andreou |
| Address | 1 Agias Paraskevis, Katydata, Nicosia, Cyprus, 2835 |
| Email address | info@treppides.com |

| Settlement | |
|---|---|
| Transaction currency | USD |
| Settlement currency | USD |
| Expected monthly volume amount | 10,000.00 |

Confidential
VISA 00242

ATTACHMENT S - p. 6

| Expected monthly transactions | 900 |
| --- | --- |

## *Company Owner's Details*

| |
| --- |
| First Name: Diana |
| Last Name: Andreou |
| National ID: 886648 |
| Street: 1 Agias Paraskevis, Katydata |
| City: Nicosia |
| State: |
| Country, zip code: Cyprus, 2835 |
| Phone: 22.678.944 |
| Email address: info@treppides.com |

## *CEO's Details*

| |
| --- |
| First Name: |
| Last Name: |
| National ID: |
| Street: |
| City: |
| State: |
| Country, zip code: |
| Phone: |
| Email address: |

Regards,
Ayelet fruchtlander

Confidential
VISA 00243
ATTACHMENT S - p. 7

# *Merchant Application for acceptance of MasterCard, Diners  and Visa credit cards*

| Company details | |
|---|---|
| Company name: FAREND SERVICES LIMITED | Street: 3 Athinodorou Street, 2025 Dasoupoli, Strovolos   City: Nicosia   Country: Cyprus, 2025 |
| Incorporation number: 250382 | Phone number: 22.678.944 |
| Foundation date: May 27, 2009 | Fax number : |

| Internet URL | www.hollywoodteethwhitener.com |
|---|---|
| Industry | Natural Health Supplements |
| MCC code | Visa: 5912/MC: 5499 |
| Descriptor | NUTRITIONALSUPP |
| City field | 888-433-4416 |

| Contacts | |
|---|---|
| Owner | Diana Andreou |
| Address | 1 Agias Paraskevis, Katydata, Nicosia, Cyprus, 2835 |
| Email address | info@treppides.com |

| Settlement | |
|---|---|
| Transaction currency | USD |
| Settlement currency | USD |
| Expected monthly volume amount | 10,000.00 |

Confidential
VISA 00244

ATTACHMENT S - p. 8

| Expected monthly transactions | 900 |
|---|---|

## *Company Owner's Details*

| |
|---|
| First Name: Diana |
| Last Name: Andreou |
| National ID: 886648 |
| Street: 1 Agias Paraskevis, Katydata |
| City: Nicosia |
| State: |
| Country, zip code: Cyprus, 2835 |
| Phone: 22.678.944 |
| Email address: info@treppides.com |

## *CEO's Details*

| |
|---|
| First Name: |
| Last Name: |
| National ID: |
| Street: |
| City: |
| State: |
| Country, zip code: |
| Phone: |
| Email address: |

Regards,
Ayelet fruchtlander

Confidential
VISA 00245

ATTACHMENT S - p. 9

# _Merchant Application for acceptance of MasterCard, Diners and Visa credit cards_

| Company details | |
|---|---|
| Company name: FAREND SERVICES LIMITED | Street: 3 Athinodorou Street, 2025 Dasoupoli, Strovolos  City: Nicosia  Country: Cyprus, 2025 |
| Incorporation number: 250382 | Phone number: 22.678.944 |
| Foundation date: May 27, 2009 | Fax number : |

| | |
|---|---|
| Internet URL | www.dietgojiberry.com |
| Industry | Natural Health Supplements |
| MCC code | Visa: 5912/MC: 5499 |
| Descriptor | VH ACCESS |
| City field | 888-332-2707 |

| Contacts | |
|---|---|
| Owner | Diana Andreou |
| Address | 1 Agias Paraskevis, Katydata, Nicosia, Cyprus, 2835 |
| Email address | info@treppides.com |

| Settlement | |
|---|---|
| Transaction currency | USD |
| Settlement currency | USD |
| Expected monthly volume amount | 10,000.00 |

Confidential
VISA 00246

ATTACHMENT S - p. 10

| Expected monthly transactions | 900 |
|---|---|

## *Company Owner's Details*

| |
|---|
| First Name: Diana |
| Last Name: Andreou |
| National ID: 886648 |
| Street: 1 Agias Paraskevis, Katydata |
| City: Nicosia |
| State: |
| Country, zip code: Cyprus, 2835 |
| Phone: 22.678.944 |
| Email address: info@treppides.com |

## *CEO's Details*

| |
|---|
| First Name: |
| Last Name: |
| National ID: |
| Street: |
| City: |
| State: |
| Country, zip code: |
| Phone: |
| Email address: |

Regards,
Ayelet fruchtlander

Confidential
VISA 00247
ATTACHMENT S - p. 11

# *Merchant Application for acceptance of MasterCard, Diners  and Visa credit cards*

| Company details | |
|---|---|
| Company name: FAREND SERVICES LIMITED | Street: 3 Athinodorou Street, 2025 Dasoupoli, Strovolos City: Nicosia Country: Cyprus, 2025 |
| Incorporation number: 250382 | Phone number: 22.678.944 |
| Foundation date: May 27, 2009 | Fax number : |

| | |
|---|---|
| Internet URL | www.cleanseuniversal.com |
| Industry | Natural Health Supplements |
| MCC code | Visa: 5912/MC: 5499 |
| Descriptor | WHITESMILE |
| City field | 888-227-2950 |

| Contacts | |
|---|---|
| Owner | Diana Andreou |
| Address | 1 Agias Paraskevis, Katydata, Nicosia, Cyprus, 2835 |
| Email address | info@treppides.com |

| Settlement | |
|---|---|
| Transaction currency | USD |
| Settlement currency | USD |
| Expected monthly volume amount | 10,000.00 |

Confidential
VISA 00248
ATTACHMENT S - p. 12

| Expected monthly transactions | 900 |
|---|---|

## *Company Owner's Details*

| |
|---|
| First Name: Diana |
| Last Name: Andreou |
| National ID: 886648 |
| Street: 1 Agias Paraskevis, Katydata |
| City: Nicosia |
| State: |
| Country, zip code: Cyprus, 2835 |
| Phone: 22.678.944 |
| Email address: info@treppides.com |

## *CEO's Details*

| |
|---|
| First Name: |
| Last Name: |
| National ID: |
| Street: |
| City: |
| State: |
| Country, zip code: |
| Phone: |
| Email address: |

Regards,
Ayelet fruchtlander

Confidential
VISA 00749

ATTACHMENT S - p. 13

To:
Israel Credit Cards Ltd., and Paygea Ltd.
RE: Bank of Israel New Anti-Money Laundering Regulations

Re: Agreement between Israel Credit Cards Ltd., and Paygea and FAREND SERVICES LIMITED, (hereinafter "the Merchant") (hereinafter "the Agreement")

Since I am licensed to act as an advocate of the Merchant,
I hereby confirm to you as follows:

1. I confirm that the name of the Merchant is FAREND SERVICES LIMITED.

2. I confirm that the identifying number of the Merchant at the place of its incorporation is 250382.

3. I confirm that the official date of incorporation of the Merchant is 27/05/2009.

4. The present address of the Merchant is 3 Athinodorou Street, 2025 Dasoupoli, Strovolos, Nicosia, Cyprus A

5. I confirm that the bank account number of which is ▇▇▇▇▇▇▇▇▇▇ at Nicosia branch at Laiki bank in Cyprus is registered in the name of the Merchant, on which Kikis Treppides is/are the authorized signatory.

6. The guarantor of the Merchant is/are *(OPTIONAL)*: B
a. Ms. Diana Andreou
b. _____
Attached hereto a copy of guarantor(s)' i.d/passport/incorporation certificate.

7. Attached hereto are certified copies of the Merchant's incorporation certificate and documents of incorporation. C

8. I confirm that the Merchant is a registered and active company of the details of which are set forth above.

9. I confirm that the Merchant duly passed a resolution on 11 June 2009 to sign the Agreement.

10. I confirm that the list of the duly authorized signatories on behalf of the Merchant:
a. Ms. Diana Andreou
b. _____
c. _____

11. The details (name, address, ID number, occupation etc) of the principals of the Merchant (not included under Paragraph 10 above) are:
a. Ms. Diana Andreou, 1 Agias Paraskevis, 2835 Katydata, Nicosia, Cyprus, having and ID Number 886648
b. _____
c. _____

12. I do hereby confirm that on 11 June 2009 the following director Ms. Diana Andreou D, who identified her/him/themself/vs with passport copy E, did hereby appear before me, and signed the Agreement and the declaration below before me.

Sincerely,

MICHAEL K. PHILIPPOU
ADVOCATE

Michael Philippou
Advocate

Confidential
VISA 00250

ATTACHMENT S - p. 14

To
Israel Credit Cards Ltd., and Paygea Ltd.

Re: Agreement between Israel Credit Cards Ltd., and Paygea Ltd. and FAREND SERVICES
LIMITED,
(hereinafter "the Merchant") (hereinafter "the Agreement")

We hereby confirm to you as follows:

1. Mr./Ms. Diana Andreou  represents us regarding the Agreement.

2. The beneficiaries $G$ of the Merchant are $H$:
 a. NOMILINK MANAGEMENT LIMITED
 b. _____
 c. _____

3. The controlling persons/entities of the Merchant are $I$:
 a. Ms. Diana Andreou
 b. _____
 c. _____

Merchant: FAREND SERVICES LIMITED
Date: 11 June 2009
By: _____

A- Full address
B- Name + i.d./passport number + birth/incorporation date + gender + address.
C- For these purposes, "certified copy" means a copy certified by an Israeli attorney, or if what is involved is a foreign
corporation, which has been certified by an attorney holding a license to practice law in that country; a copy certified by the
authority which issued the document; an Israeli diplomatic or consular representative abroad; or an official of a banking
corporation to whom the aforesaid document has been exhibited.
D- Date & Names.
E- Identifying document should include picture
F- The advocate that executed the above confirmation
G- "Beneficiaries" - for whom the Merchant is acting, and if the same is/are not a "person" – the controlling entities/persons of
the same. "Control" – the ability to direct the activity of a corporation, not inclusive an ability resulting only from acting as
director or other officer of the corporation.
H- Name + i.d./passport number and all the controlling entities going up to a person.
I- Name + i.d./passport number or name + birth/incorporation date + birth/incorporation country, and all the controlling entities
going up to a person in the country of incorporation.

Confidential
VISA 00251

ATTACHMENT S - p. 15

| From: | Leidenthal, Robin |
|---|---|
| Sent: | Tuesday, February 23, 2010 6:47 AM |
| To: | Elliott, Martin; Aafedt, John; Snow, Geoffrey |
| Subject: | FW: 2CO Account Summary |
| Attachments: | MeS-2CO Supplement Account Summ.pdf; 2CO SUMMARY.pdf; ALL PROCESSING PORTFOLIO.pdf; WDB - H&B Portfolio Sep09 - 091125A.pdf; WDB - H&B Portfolio Oct09 - 091125A.pdf; Interim Agreement_Pashe Marketing.pdf; GUIDELINES FOR COMPLIANCE FINAL.pdf |

**From:** Sharif Bayyari [mailto:SBayyari@merchante-solutions.com]
**Sent:** Monday, February 22, 2010 2:45 PM
**To:** WADE BURFORD; Amy Crews
**Cc:** Jim Aviles; Craig Gass
**Subject:** FW: 2CO Account Summary

Wade ,Amy,

Here the the Documentations  visa had requested.   If you need more info please let us know.

ATTACHMENT T - p. 1

Confidential
VISA 00079

PI Exhibit 50 Page 02619

CONFIDENTIALITY NOTICE: This message and any attachments may contain information that is privileged and confidential. If you have reason to believe that you are not the intended recipient or a person responsible for delivering this message to an intended recipient, you are hereby notified that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have reason to believe that you are not the intended recipient or a person responsible for delivering this message to an intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message.

This e-mail has been scanned by MCI Managed Email Content Service, using Skeptic(tm) technology powered by MessageLabs.

2

Confidential
VISA 00080

ATTACHMENT T - p. 2

**PRIVLEDGED AND CONFIDENTIAL**

2CO Supplement Account

Around mid-November I received a call from Kristin Dach at 2CO. They were considering opening a new 2Checkout account for some supplements suppliers. I also received a call from Tom Dailey around that time about this new account. I informed him that we had some accounts of this nature, Syndero being the largest, and that the primary risk associated with these accounts was containment of chargebacks -- which meant sound marketing, good customer service, and the immediate issuance of refunds through the service center. Both indicated that in using the 2CO infrastructure they would be able to control the cardholder experience, ensure fulfillment and control customer service.

I believe the Monday before Thanksgiving or the Monday before that, I participated in a conference call with 2CO, their new supplier (I know Dee and Dan Sullivan were present) and also Bryan Baumgartner. During this meeting, I was introduced to Dee and Dan and we spent the meeting discussing plans on containing chargeback exposure. Dee explained that he had been working with Bryan on putting together a "white paper" on how they would change the continuity business model to avoid the high chargebacks that have come with it. Bryan introduced himself as consulting with Dee and being a former Visa employee. I knew Bryan by reputation as he had been the person on the ARP report that CB&T had shared with us back in September or October. Bryan and Dee walked through the document at a high level. Dee further explained that he had received agreements from his partners and the affiliate marketers to follow these new principles. I have attached the "white paper" that Dee and Bryan spoke of on this call as it was later provided to me by 2CO.

Based upon 2CO's good track record, knowing they have a good operation for controlling chargebacks and based upon the process developed by the supplier in conjunction with Bryan Baumgartner, we allowed the account to be established.

In retrospect, there are lessons learned from this account: 1) We should have treated the 2CO account not as an "additional" account from an existing merchant but rather as a new merchant account all together. 2) We should have pulled the TMF reports for all the suppliers, just like we do for all new accounts. The report would have shown the suppliers had a history of excessive chargebacks, however we knew from prior processing statements that they had excessive chargebacks (slightly below 4%) which had already prompted the concern and the discussion noted above. 3) Most critically, we should have shut the account down much faster based on the immediate chargeback velocity. This would have shortened the timeframes for which we processed.

Merchant e-Solutions, Inc.

Confidential
VISA 00081

ATTACHMENT T - p. 3

2Checkout.com, Inc.
Supplemental Account Summary (2CSup)

## Introduction

Following a meeting at VISA's offices on Tuesday, February 16, 2Checkout.com, Inc. (2CO) was requested to provide additional documentation discussing the introduction to and subsequent accommodation of transactions associated with various entities conveyed to Merchant e-Solutions (MeS) under the MID descriptor "2CSup."

## Approach

On or about November 13, I received a text message from Jeff Foster concerning a potential account with $20m a month in sales volume.

I, and others at 2CO, have a long-standing relationship with Mr. Foster. He had provided software and gateway services solutions to the company in 2002 while working with Retail Decisions (ReD) and was very familiar with 2CO's product offering. He left ReD and started his own consulting/ISO/referral business, PayVentures.

I spoke with Mr. Foster over the course of the weekend about the opportunity. He stated that the transactions had been with CAL (an Israeli acquirer) but that CAL was experiencing difficulties arising from multiple sources and this organization had been advised to find a new partner. They had moved their VISA book of business to Wirecard but had not made significant enough inroads into chargeback utilization and could benefit significantly from 2CO's involvement in the sales process due to the layers of fraud monitoring and service provided.

2CO requested chargeback utilization and a greater understanding of the issues faced and the products being sold.

On November 20, 2009, 2CO called an "all hands on deck meeting" to discuss the opportunity.

At this meeting, preliminary assignments were created and distributed to various working teams dependent upon the job being assigned. For example, the risk department (PST) was assigned with reviewing URL websites for any FTC violations or unacceptable disclaimers, statements, warranties, or medical claims. Product support staff (PS) were assigned the job of analyzing each site to determine recurrent billing patterns and site language/integration issues.

We received the first "wave" of URL's that purportedly represented 80% of transaction volume via Mr. Foster on this date as well.

In short, 2CO approached this opportunity as products that were eligible for integration under our standard or traditional business model.

## Interim Book

Again, these accounts were being vetted as standard 2CO accounts boarding through standard protocols, underwriting, site review, product analysis, etc.

Additionally, I sent an email to Jim Aviles at Merchant e-Solutions on November 20, 2009 regarding a potential surge in utilization.

Confidential
VISA 00082

ATTACHMENT T - p. 4

Additionally, on November 21, 2CO began raising the "top heaviness" issue. Up until this point, it had not been clarified that these were all affiliated products with "one" owner upstream. We were initially led to believe that Mr. Foster had a lead into several merchants who were seeking an alternative to CAL. Obviously, bringing on many accounts that total $20 million in monthly sales volume was significantly different from bringing on one merchant with subaccounts totaling the same volume.

This issue was raised almost simultaneously with the identification of customer dissatisfaction issues. We forwarded these findings to MeS as well.

Site review revealed that significant modification would need to be made to each site and 2CO would also have to commit some development time to adjustments to its standard recurrent billing software before accounts could be boarded traditionally. This raised the issue of what would happen to utilization in the interim period while technological changes were in development.

Payment processing through 2CO's existing merchant account was not an option. Our charter with MeS for the 2CO.com utilization requires 2CO to take ownership of the products, services, transactional data, fraud, PCI compliance and customer service augmentation.

This obviously would not be possible during any interim period wherein 2CO was not handling the transaction other than as a conduit via our existing integration with MeS.

It was at this point that the idea to set up a separate MID for the purposes of conveying a brief window for processing was initiated and a separate line of discussion regarding past chargeback utilization, principals and negative chargeback utilization cures was started.

### Underwriting

The entire review period up to the decision to set up an interim processing arrangement consisted of underwriting.

Each site was scrubbed for unacceptable language, clarity of offering, and site integration issues.

Testing for use of 2CO's API was started.

The attached files were submitted as utilization.

Additionally, additional credibility was provided to the group due to:

   a) Their willingness to come on site at 2CO for introduction of key personnel on both sides of the table;
   b) The formation of a charitable foundation by the owner of the group, Dee Agarwal, with both President Bush as well as President Clinton in attendance;
   c) The ongoing participation of Wirecard Bank (Munich) in the conveyance of activity to 2CO/MeS;
   d) Access to call center and CRM;
   e) Up-to-transition date activity at Merrick.

Original utilization showed a high level of chargeback activity but steps were allegedly being taken to cure the issues causing the high level of cardholder dissatisfaction.

### Conclusion

2CO saw this as a tremendous opportunity to 'clean up' this book of business. From acceptable site presentation to the addition of multi-layer anti-fraud techniques to the removal of card data from the

Confidential
VISA 00083

ATTACHMENT T - p. 5

hands of the merchant manufacturers, 2CO would have provided an additional and thorough layer of protection to cardholders, issuers and upstream partners.

Again, 2CO has a long and vibrant history with VISA. We have long been advocates of Verified by VISA, were the first 100% CNP merchant at Paymentech to meet the original PCI compliance deadline (May 2005), have contracted with VISA under a MSA to provide pilot and proof-of-concept services for both Verified by VISA augmentation as well as 3rd-party transaction verification and have done so at a very beneficial cost.

We take a collective and industry-wide approach to fraud through our partnerships with entities like VISA, The 41st Parameter and Ethoca. Both of these companies are authorized to share 2CO chargeback and fraud utilization in an effort to make the internet a safer place to shop and to afford brand and consumer protection at every level of the transaction process and as an integral part of each and every transaction itself. Additional scrutiny is and has been provided by G2 Services to ensure that products and services being presented for sale are accurate and violate neither association prohibitions nor those of 2CO.

The involvement of "specialists" like Mr. Foster, Mr. Agarawal and Mr. Bryan Baumgartner as well as the ongoing participation of Wirecard were key components of the level of trust developed throughout the process. I have staff confirming the initial date when Mr. Baumgarnter was brought to our attention but it is worthwhile noting that separate discussions with Mr. Foster may have occurred in which his involvement may have been made apparent prior to 2CO's notice.

We, in short, are our brand here at 2CO. We take great pride in our business and our involvement in activity of this nature is appalling. In the future, no interim business will be permitted and we are certainly going to take a much more dubious approach to opportunities of this kind – no matter now beneficial 2CO's role may appear to be.

Confidential
VISA 00084

ATTACHMENT T - p. 6

# INTERIM AGREEMENT

# FOR

# MERCHANT TRANSACTIONS

**THIS INTERIM AGREEMENT FOR MERCHANT TRANSACTIONS** ("Agreement") is entered into, by and between **Pashe Marketing, Inc**, an entity organized under the laws of Panama, with its principal place of business at Balboa Avenue and 41st Street, IPASA Bldg, 3rd Floor, Panama City, Panama ( "Company") and **2Checkout.com, Inc.,** with its principal place of business at 1785 O'Brien Road, Columbus, Ohio 43228 ("2CO").  Company and 2CO shall each be referred to herein as a "Party" and collectively as "Parties."  This Agreement shall become effective upon signing by or on the behalf of 2CO ("Effective Date") and supersedes any previous and like agreement between the Parties.

WHEREAS, Company and 2CO intend to enter into a long term agreement wherein 2CO's Merchant Processor, Merchant e-Solutions. Inc. ("MeS") will process debit and credit card transactions for any card association("Card Associations") received from Company and the merchants Company supports ("Transactions"); and

WHEREAS, Company is a valid Merchant, registered with the Card Associations ; and

WHEREAS, Company has several Transactions that occurred, but have not yet been processed by an acquirer; and

WHEREAS, the Transactions are still eligible to be processed in compliance with Card Association requirements and applicable laws; and

WHEREAS, 2CO is willing to transmit such Transactions, and other bona fide Transactions which occur during the term of this Agreement to MeS for processing; and

NOW, THEREFORE, 2CO and Company, in consideration of the covenants of this Agreement and for other good and valuable consideration, the receipt and sufficiency of which is acknowledged by the Parties, and the Parties intending to be legally bound, agree as follows:

1. Company will deliver all data for its outstanding Transactions to 2CO for processing by MeS.

2. Company represents and warrants that such transactions are bona fide Transactions and are eligible to be processed through the applicable Card Association.

3. 2CO will transmit the data for such Transactions to MeS for processing.

4. Company will pay 2CO those fees and charges listed on Schedule A for the services to be provided to Company.

Page 1 of 6

Confidential
VISA 00091

ATTACHMENT T - p. 7

5. Company shall be responsible for all chargebacks, refunds and other reversals of any of the Transactions and fees associated such chargebacks and refunds and the same shall be deducted from the Reserve (defined below). If funds are not available in the Reserve, Company shall immediately pay 2CO the balance upon demand.

6. Company shall indemnify and hold 2CO harmless from all losses, costs, fines, expenses and all direct, indirect, consequential, incidental and exemplary damages, incurred by 2CO as a result of Company's failure to perform its obligations hereunder.

7. 2CO may, from time to time during the term of this Agreement, in its sole discretion, audit Company's operations and transaction records provided by Company to determine whether Company is performing in accordance with its obligations hereunder. Such audits shall be at 2CO's expense unless Company is not performing as agreed. In the event Company is not performing as agreed, the costs and expenses incurred by 2CO to conduct the audit shall be reimbursed by Company.

8. In the event 2CO determines, as the result of an audit or otherwise, that Company is not performing its obligations hereunder as agreed, 2CO will grant a 72 hour notice period to Company to provide sufficient time to modify its performance to comply fully with its obligations. If Company fails to modify performance to meet obligations fully, 2CO may immediately terminate this Agreement and cease any negotiations for a long term agreement. If 2CO terminates the agreement 2CO will pay all funds due to Company immediately, minus the remaining balance of the Reserve. Company's obligation to pay any fees, charges, fines, penalties, chargebacks, or refunds which are or may become due following the termination of this Agreement shall survive the termination and be due and payable immediately upon demand by 2CO if they exceed the reserve.

9. EXCEPT FOR A BREACH OF SECTION 12 BY EITHER PARTY AND COMPANY'S OBLIGATIONS UNDER SECTIONS 4, 5, 6, AND 8, IN NO EVENT WILL EITHER PARTY BE LIABLE FOR CONSEQUENTIAL DAMAGES OF ANY KIND, INCLUDING, WITHOUT LIMITATION, INDIRECT, INCIDENTAL, PUNITIVE, EXEMPLARY OR SPECIAL DAMAGES (INCLUDING LOSS OF DATA, BUSINESS INTERRUPTION OR LOST PROFITS) ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT, FOR THE INABILITY TO USE SERVICE PROVIDER SERVICES, OR FOR ANY ERRORS OR DEFECTS IN SERVICE PROVIDER SERVICES, WHETHER SUCH LIABILITY ARISES FROM A CLAIM BASED UPON CONTRACT, TORT OR OTHERWISE, AND WHETHER OR NOT EITHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH LOSS OR DAMAGE. IF APPLICABLE LAW PROHIBITS CERTAIN LIMITATIONS ON LIABILITY, THE SCOPE OF THE LIMITATIONS IN THIS SECTION 10 WILL APPLY AS FULLY AS PERMISSIBLE UNDER APPLICABLE LAW.

10. During the term of this agreement, the Parties shall negotiate in good faith for the establishment of a long term processing agreement regarding the Transactions of Company.

Confidential
VISA 00092

ATTACHMENT T - p. 8

11. This Agreement shall be effective on the date of the signature of the 2CO representative ("Effective Date") and shall continue until the expiration of 30 days from the Effective Date, or the execution of a long term agreement between the Parties, whichever occurs first ("Term").

12. "Confidential information" includes information of a commercial nature related to a Party, information related to a Party's customers or consumers, and the provisions of this Agreement.  Both Parties agree now and at all times in the future that all such Confidential Information shall be held in strict confidence and disclosed only to those employees or agents whose duties reasonably require access to such Confidential Information.  Neither party shall use the Confidential Information of the other party except to perform its duties under this Agreement.  2CO and Company shall protect such Confidential Information using the same degree of care, but no less than a reasonable degree of care, to prevent the unauthorized use, disclosure or duplication (except as required for backup systems) of such Confidential Information as 2CO or Company uses to protect its own Confidential Information. Confidential Information shall not include any portion of such information that the receiving party can establish by clear and convincing evidence to have been publicly known without breach of this Agreement; or known by the receiving party without any obligation of confidentiality, prior to disclosure of such Confidential Information; or received in good faith by the receiving party from a third-party source having the right to disclose such information. Upon the disclosing Party's request, the Party receiving Confidential Information will promptly return or destroy, as directed, all Confidential Information in the Receiving Party's possession or control.  A Party may retain a copy of the Confidential Information of the other Party to the extent the receiving Party is required to do so by applicable law or regulation. Before release of any Confidential Information of the other Party to any third party the Parties must agree on the nature and content of the Confidential Information to be released.  Provided, however, that if either Party is required by a court or governmental agency having proper jurisdiction to require the disclosure of Confidential Information, the Party making such disclosure may do so without obtaining the consent of the other Party, but shall promptly provide notice of the demand for release of Confidential Information to the other party so that such party may seek to obtain an appropriate protection order.

13. Any notices required or permitted to be given by one Party to the other under this Agreement shall be (1) hand delivered, or (2) sent by first class or certified; postage prepaid United States Mail, or (3) sent by overnight carrier to the Party receiving the notice at the address set forth in the first paragraph of this Agreement.

14. Neither Party may assign its rights and responsibilities under this Agreement without the prior written consent of the other Party. Any assignment or attempted assignments in violation of this clause are null and void.

Confidential
VISA 00093

ATTACHMENT T - p. 9

15. If any provision of this Agreement is held invalid or otherwise unenforceable, the enforceability of the remaining provisions shall not be impaired thereby.

16. The failure by any Party to exercise any right provided for herein shall not be deemed to be a waiver of any right hereunder.

17. This Agreement sets forth the entire understanding of the Parties as to its subject matter and may not be modified or amended except in a writing executed by both Parties.

18. The Parties acknowledge and agree that this Agreement shall not preclude 2CO from entering into similar agreements with other parties.

19. This Agreement shall be governed by the laws of the State of Ohio and the state and federal courts located in the City of Columbus, Franklin County, Ohio shall have exclusive jurisdiction of any claim of action filed by either party. Both parties hereby submit to the jurisdiction of the state and federal courts in the State of Ohio. Both parties hereunder waive their respective rights to a trial by jury.

20. All Parties agree to comply with all applicable laws and regulations, including without limitation, the rules and regulations of the Card Associations. Each Party may rely on the other Parties' compliance with all applicable laws, rules and regulations. Violation of applicable law, rule or regulation by a Party which allows or permits said Party to take any action under or pursuant to this Agreement which such Party would not otherwise have been able to do or take, shall constitute a breach of this Agreement.

21. Sections 4, 5, 6, 9, 12 and 19 shall survive the termination of this Agreement.

22. For each transaction, 2CO will release funds to Company in accordance with Schedule A. The parties agree that this Agreement encompasses the processing of high-risk transactions and that the fees charged to Company and the Reserve has been negotiated with the contemplation of such risks.

IN WITNESS WHEREOF authorized representatives of each of the Parties have executed this Agreement as of the Effective Date.

2CO

By: _____

David A. Homewood

Title: CEO

Date: December 1, 2009

Company

By: _____

Daniel J. Sullivan

Title: CFO

Date: December 1, 2009

Confidential
VISA 00094

ATTACHMENT T - p. 10

SCHEDULE A

Service Fees



5.

6.

   a.  Schedule of Transactions and Wire Dates

      i.  Transactions from Nov. 30 to Dec 2, Wired Dec. 4

      ii.  Transactions from Dec. 3 to Dec. 6, Wired Dec. 8

      iii.  Transactions from Dec. 7 to Dec. 9, Wired Dec. 11

      iv.  Transactions from Dec. 10 to Dec. 13, Wired Dec. 15

      v.  Transactions from Dec. 14 to Dec. 16, Wired Dec. 18

      vi.  Transactions from Dec. 17 to Dec. 20, Wired Dec. 22

      vii.  Transactions from Dec. 21 to Dec. 22, Wired Dec. 24

      viii.  Transactions from Dec. 23 to Dec. 27, Wired Dec. 29

      ix.  Transactions from Dec. 28 to Dec. 29, Wired Dec. 31

Confidential
VISA 00095

ATTACHMENT T - p. 11

    x.  Transactions from Dec. 30 to Jan 3, Wired on Jan 5.

b.  In the case of termination all funds due will be wired at the next payment period. For example, if termination occurs on Saturday all funds must be released Monday. No additional holdbacks or reserves are permitted, as the Reserve is the entire reserve and is sufficient to cover full exposure except as defined in Para. 3. of this schedule.

Confidential
VISA 00096

ATTACHMENT T - p. 12

PI Exhibit 50 Page 02630

## GUIDELINES FOR COMPLIANCE WITH

## NEGATIVE OPTION MARKETING

### Purpose

Strengthening of compliance with regards to negative option marketing has been identified as a key issue. These guidelines provide approaches to enhance compliance with FTC guidelines, recognizing that these guidelines have been negotiated in a unique way to provide fair, balanced, and reasonable arrangements for a competitive marketplace. The purpose of this document is to assist Advertisers, Networks, and its affiliates in enhancing industry compliance and providing direction within negative option marketing.

### Compliance

An effective compliance regime relies, among other things, on the ability of the industry to adhere to these voluntary guidelines. An effective compliance regime can minimize the need for intervention from outside regulators, and can ultimately ensure a sustainable marketplace.

### Billing Practices

I.   Terms Disclosure
    a.   The disclosure of the negative option must be clearly and conspicuously disclosed.
        i.   The terms must be appended adjacent to the call to action button confirming the order. This price must be within 100 pixels in numbers between the top and bottom edges of the call to action order button.
        ii.   The terms must be in a minimum of 12 pt font, with WCAG Color Contrast and W3C Contrast > 125.
        iii.   There must be no visually distracting graphics from the display of the terms.
    b.   Verbiage must plainly state the enrollment into the membership without distraction.
        i.   Acceptable disclosure: "By Clicking "Order" you agree to be enrolled in the _____ day trial for _____, and after the trial expires, you agree that your card will be charged $____ per month until you cancel."
        ii.   Pre-checked boxes as terms and conditions should never be used.
    c.   The price point for the product(s) sold must be within reasonable "fair market value."
    d.   Billing cycles must not bill the customer the "core" price point twice in a 30-day span.

**Confidential**
**VISA 00097**

ATTACHMENT T - p. 13

      i. Example of an acceptable billing cycle. Day-1 Customer signs up for a 14-day trial and is charged the initial S&H. Day 17 customer is billed for the initial trial shipment. Day-47 customer is billed for the second month shipment of the product.

   e. False guarantees about full money back, or full satisfaction are prohibited unless the offer provides a full refund on all merchandise, including but not limited to shipping and handling.

II.  Upsell Policies:

   a. Upon acquiring a consumer the goal is to provide the consumer with a user experience that will leave the consumer happy. The goal is not to enroll the consumer into more than one recurring program. Hence for the guidelines below.

      i. Forced upsells are prohibited.

      ii. Upsells that recur are prohibited

      iii. One time upsells are allowed providing the price point is clearly disclosed and the consumer affirms and is aware of the transaction.

## Advertising Practices

III.  Marketing Creative

   a. Marketing of a product as "Free", "Risk-Free" or stating that the product(s) marketed doesn't cost anything is prohibited if customers will be paying at the end of a trial for the product or entered into a membership program that has recurring billing.

   b. Images of celebrities are prohibited from use without express written consent of the entity being published.

   c. By law, product claims must be truthful and not misleading. Claims made must substantiated by the formulas used in the product(s) marketed and the clinical research conducted to support it.

      i. Claims prohibited from use include: "Flushes Pounds", "Flushes Toxins", "Builds Muscle" (General terms such as "Get Ripped" or "Get Pumped" are acceptable)

      ii. Phrases prohibited from use include:

         1. Stating a product will cause permanent weight loss.

         2. Telling a customer that they will be able to lose more than three pounds per week for more than four weeks.

         3. Stating a product will cause substantial weight loss no matter what or how much the consumer eats.

         4. Stating a product will make you lose a specific amount of weight loss in a specific amount of time.

         5. Causes weight loss or muscle growth in specific body parts. (Stomach, Belly, Thighs, etc.)

         6. Can substitute a full income job.

         7. Can earn you money with little to no effort at all.

Confidential
VISA 00098

ATTACHMENT T - p. 14

8. Can earn you a specified amount of money in a specified amount of time.
9. Will instantly earn money with no investment or effort.
10. Will give you access to "free money."
11. Is endorsed or at all associated with Obama or the government
12. Will secure a job for you at another company or at the product's company.
13. Has been successfully used by an unrealistic amount of people.
14. Stating a product will earn you hundreds of thousands or millions of dollars.
15. Starting a product will instantly earn you money with no effort or investment.

iii. Blogs used, as a promotion means must be honest and accurate of the endorsee in compliance with FTC guidelines. Otherwise, clearly and conspicuously shown as an advertisement or that the story is fictional in the event the blog is fake.

iv. News Sites used as a promotion means must clearly and conspicuously alert the consumer that it is an advertorial in addition to following FTC guidelines.

v. The use of a false sense of urgency is prohibited unless the customer's ability to order is genuinely taken away.
  1. This offer is only available for a limited time.
  2. Count down clocks that "reserve" the product.
  3. Offer expires today.

vi. Qualifications for trials should follow pre determined rules that disqualify customers who don't meet such parameters including but not limited to: Age, Weight, Height, Location.

IV. Endorsements
  a. Any endorsement relaying the experience of a user must reflect the true and honest opinions of the endorsee.
    i. If the endorsee is paid or any compensation is given out of the ordinary, it must be indicated clearly.
  b. Endorsements provided must provide a clear picture of what users of the product will generally achieve, if the advertiser does not have substantiation for that claim, then the advertiser must clearly disclose what the generally expected results would be, and have substantiation for those claims.

**Confidential**
**VISA 00099**

ATTACHMENT T - p. 15

## Customer Support Practices

V.  Customer Support
    a.  Merchants must provide customers with multiple outlets for cancellation.
        i.   Phone
        ii.  E-Mail
        iii. Chat
    b.  Customer support must operate within reasonable hours in the region the product was sold.
    c.  Customer support must have hold times less than 120 seconds.
    d.  Customer support should be easily accessible.

## Fulfillment Practices

VI.  Fulfillment Services
    a.  Products ordered must be executed for fulfillment in a timely manner. As a general rule, product must be shipped within 48 hrs (business days) from the date ordered.
    b.  A customer service number must be clearly included in the invoice sheet.
    c.  Delivery confirmation with tracking is recommended.
    d.  Merchants should strive to provide a product that provides tremendous value perception to the consumer.

## Distribution Practices

VII.  Distribution Practices
    a.  Affiliate networks will keep offers private so they can hold their affiliates accountable for how the offers are run.
        i.   Affiliate networks will be expected to go over all rules in regards to promotion before an affiliate is able to run any offer provided.
    b.  In the instance that two offers are run on one site they must be from the same merchant.
    c.  Offers run on sites promoted must not exceed two complimentary offers.
        i.    Networks must coordinate with the merchant to see which offers can be promoted jointly.
        ii.   I.E the "Biz Opp" vertical will require that only one offer be run on a site promoted.
        iii.  The Teeth vertical will require that only one offer be run on a site promoted.
        iv.   The diet vertical will allow two offers to be promoted such as Acai/Colon.
    d.  It is encouraged that affiliates sell the terms to the consumers so they are fully aware of the commitment they are entering into.

Confidential
VISA 00100

ATTACHMENT T - p. 16

## Negative Option Compliance Summary

### ADVERTISING

1. Free-Trial: No marketing of the product as free or risk-free
2. Celebrity Endorsements: Images of celebrities are prohibited from use without express written consent of the entity being published
3. Product Claims:  By law, product claims must be truthful and not misleading. Claims must be substantiated by the formulas used in the product(s) marketed and the clinical research conducted to support it.
4. Marketing Blogs:
   a. Please see detailed compliance guide for compliance guidelines in regards to blogs and news sites.
   b. If two products are offered on a dual blog, the same company or subsidiary must sell both products to reduce customer confusion.
   c. Dual blogs cannot be used for products such as teeth whitening
5. Timers / False Counters:  Generating a false sense of urgency through timers, limited time offers and product counters are prohibited unless the customer's ability to order the product is genuinely taken away.

### BILLING PRACTICES

1. Disclosure of Terms:  The negative option renewal must be clearly disclosed in at least size 12 font and must be located between the top and bottom edges of the "call to action" button
2. Terms and Conditions:  T & C's must be FTC compliant and contain all required information and disclosures.
3. Timing of Billing:  Billing cycles must not bill the customer the "full" product price twice in a 30-day period.  (i.e. Day 1 Trial, Day 15, Day 45 not Day 30)
4. Rules for Up-sells:
   a. Forced and hidden up-sells are strictly prohibited
   b. Up-sells with recurring charges (even if customer opts-in) are prohibited
   c. One-time up-sells are allowed providing the price point is clearly disclosed and the consumer confirms the transaction.
5. Refund Requirements:  Merchants must not require customers to return their free-trial sample to receive a refund or cancel the subscription.

### OPERATIONAL PRACTICES

1. Access to Customer Service:  Customers must have multiple means for reaching customer support and cancelling orders (phone, e-mail, live chat)
2. Hours of Operation:
   a. Customer support must operate within reasonable hours in the region the product was sold.
   b. High volume products must have 24x7 customer support available.
3. Invoice Quality:  The customer service numbers and transaction billing information must be clearly disclosed on the invoice that is included with the product delivery.

Confidential

VISA 00101

ATTACHMENT T - p. 17

4. Order Fulfillment:  The product must be shipped within 48 hours (two business days) to the customer and should include tracking information.
5. Affiliate Network Responsibilities: Affiliate networks must keep the offers private to ensure they can account for who and how the offers are being run.

Confidential
VISA 00102

ATTACHMENT T - p. 18

MasterCard Worldwide

MATCH

MasterCard OnLine

Close This Window

Sara Starp

Main Menu
- General Operations
- Maintenance
- Administration
- File Operations
- Tools
- Help

## *Inquiry Results(Print Detail)*

Back to Summary | << Prev Set | Next Set >>

| | Inquiry | Possible Inquiry Match 1 of 9 |
|---|---|---|
| Reference Number: | 77852010071200262 | |
| Date: | 07/12/2010 | 02/11/2010 |
| **Merchant Data:** | | |
| Merchant Name | NET SOFT MEDIA, LLC | NET SOFT MEDIA, LLC |
| Doing Business As | *WWW.PHONEAGENTSOURCE.COM* | *PHONE AGENT SOURCE* |
| Merchant Id | | |
| Merchant Category Code | | |
| Business Address | *14321 LONG RIDGE DR.* | *14321 LONG RIDGE RD* |
| Business Address | | |
| City | *HERRIMAN* | *HERRIMAN* |
| State | *UT* | *UT* |
| Country | *USA* | *USA* |
| Postal Code | 84096 | 84096 |
| Phone Number | [redacted] | |
| National Tax Id | | |
| State Tax Id | | |
| **Principal Data:** | | |
| Principal1: | | |
| Last Name | MILNE | MILNE |
| First Name | CAREY | CAREY |
| Middle Initial | | |
| Address | *14321 LONG RIDGE DR.* | 14321 LONG RIDGE DR |
| Address | | |
| City | *HERRIMAN* | MERRIMAN |
| State | *UT* | UT |
| Country | *USA* | USA |
| Postal Code | 84096 | 84096 |
| Phone Number | [redacted] | |
| National ID(SSN) | | |
| Driver's License Number | | |
| Driver's License State | | |
| Driver's License Country | | |

---

| | Inquiry | Possible Inquiry Match 2 of 9 |
|---|---|---|
| Reference Number: | 77852010071200262 | |
| Date: | 07/12/2010 | 02/17/2010 |
| **Merchant Data:** | | |
| Merchant Name | *NET SOFT MEDIA, LLC* | *NET SOFT MEDIA LLC* |
| Doing Business As | *WWW.PHONEAGENTSOURCE.COM* | *PHONE AGENT SOURCE* |
| Merchant Id | | |
| Merchant Category Code | | |
| Business Address | 14321 LONG RIDGE DR. | 14321 LONG RIDGE DR. |
| Business Address | | |

Confidential
VISA 00181

ATTACHMENT U - p. 1



| | | |
|---|---|---|
| City | HERRIMAN | HERRIMAN |
| State | UT | UT |
| Country | USA | USA |
| Postal Code | 84096 | 84096 |
| Phone Number | | |
| National Tax Id | | |
| State Tax Id | ········ | |

**Principal Data:**
**Principal1:**

| | | |
|---|---|---|
| Last Name | MILNE | MILNE |
| First Name | CAREY | CAREY |
| Middle Initial | | |
| Address | 14321 LONG RIDGE DR. | 14321 LONG RIDGE DR |
| Address | | |
| City | HERRIMAN | HERRIMAN |
| State | UT | UT |
| Country | USA | USA |
| Postal Code | 84096 | 84096 |
| Phone Number | | |
| National ID(SSN) | | |
| Driver's License Number | | |
| Driver's License State | | UT |
| Driver's License Country | | USA |

| Inquiry | Possible Inquiry Match 3 of 03 |
|---|---|

| | | |
|---|---|---|
| Reference Number: | 77852010071200262 | |
| Date: | 07/12/2010 | 02/26/2010 |

**Merchant Data:**

| | | |
|---|---|---|
| Merchant Name | NET SOFT MEDIA, LLC | NET SOFT MEDIA |
| Doing Business As | WWW.PHONEAGENTSOURCE.COM | PHONE AGENT SOURCE |
| Merchant Id | | |
| Merchant Category Code | | |
| Business Address | 14321 LONG RIDGE DR. | 14321 LONG RIDGE DR |
| Business Address | | |
| City | HERRIMAN | HERRIMAN |
| State | UT | UT |
| Country | USA | USA |
| Postal Code | 84096 | 84096 |
| Phone Number | | |
| National Tax Id | | |
| State Tax Id | ········ | |

**Principal Data:**
**Principal1:**

| | | |
|---|---|---|
| Last Name | MILNE | MILNE |
| First Name | CAREY | CAREY |
| Middle Initial | | |
| Address | 14321 LONG RIDGE DR. | |
| Address | | |
| City | HERRIMAN | |
| State | UT | |
| Country | USA | USA |
| Postal Code | 84096 | |
| Phone Number | | |
| National ID(SSN) | | |

Confidential
VISA 00182

7/12/2010

ATTACHMENT U - p. 2

PI Exhibit 50 Page 02638

Driver's License Number
Driver's License State
Driver's License Country

**Confidential**
**VISA 00183**            7/12/2010

ATTACHMENT U - p. 3

Pl Exhibit 50 Page 02639

| | Inquiry | Possible Inquiry Match 4 of 9 |
|---|---|---|
| Reference Number: | 77852010071200262 | |
| Date: | 07/12/2010 | 02/04/2010 |
| **Merchant Data:** | | |
| Merchant Name | NET SOFT MEDIA, LLC | NET SOFT MEDIA, LLC |
| Doing Business As | WWW.PHONEAGENTSOURCE.COM | PHONERECORDSPRO.COM |
| Merchant Id | | |
| Merchant Category Code | | |
| Business Address | 14321 LONG RIDGE DR. | 14321 LONG RIDGE DR. |
| Business Address | | |
| City | HERRIMAN | HERRIMAN |
| State | UT | UT |
| Country | USA | USA |
| Postal Code | 84096 | 84096 |
| Phone Number | ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ |
| National Tax Id | | |
| State Tax Id | | |
| **Principal Data:** | | |
| Principal: | | |
| Last Name | MILNE | MILNE |
| First Name | CAREY | CAREY |
| Middle Initial | | |
| Address | 14321 LONG RIDGE DR. | 14321 LONG RIDGE DR |
| Address | | |
| City | HERRIMAN | HERRIMAN |
| State | UT | UT |
| Country | USA | USA |
| Postal Code | 84096 | 84096 |
| Phone Number | | |
| National ID(SSN) | ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ |
| Driver's License Number | | |
| Driver's License State | | |
| Driver's License Country | | |

| | Inquiry | Possible Inquiry Match 5 of 9 |
|---|---|---|
| Reference Number: | 77852010071200262 | |
| Date: | 07/12/2010 | 03/18/2010 |
| **Merchant Data:** | | |
| Merchant Name | NET SOFT MEDIA, LLC | NET SOFT MEDIA, LLC |
| Doing Business As | WWW.PHONEAGENTSOURCE.COM | SWIPEBIDS.COM |
| Merchant Id | | |
| Merchant Category Code | | |
| Business Address | 14321 LONG RIDGE DR. | 14321 LONG RIDGE DR |
| Business Address | | |
| City | HERRIMAN | HERRIMAN |
| State | UT | UT |
| Country | USA | USA |
| Postal Code | 84096 | 84096 |
| Phone Number | ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ |
| National Tax Id | | |
| State Tax Id | | |
| **Principal Data:** | | |

https://mbe2sti101.mastercard.net/hsm2ca203/match/Action

**Confidential**
**VISA 00184**

7/12/2010

ATTACHMENT U - p. 4

Principal1:

| | | |
|---|---|---|
| Last Name | MILNE | MILNE |
| First Name | CAREY | CAREY |
| Middle Initial | | |
| Address | 14321 LONG RIDGE DR. | 14321 LONG RIDGE DR |
| Address | | |
| City | HERRIMAN | HERRIMAN |
| State | UT | UT |
| Country | USA | USA |
| Postal Code | 84095 | 84095 |
| Phone Number | | |
| National ID(SSN) | | |
| Driver's License Number | | |
| Driver's License State | | UT |
| Driver's License Country | | USA |

**Confidential**

VISA 00185                7/12/2010

ATTACHMENT U - p. 5

PI Exhibit 50 Page 02641



|  | **Inquiry** | **Possible Inquiry Match 8 of 9** |
|---|---|---|
| Reference Number: | 77852010071200262 | |
| Date: | 07/12/2010 | 02/04/2010 |
| **Merchant Data:** | | |
| Merchant Name | NET SOFT MEDIA, LLC | NET SOFT MEDIA |
| Doing Business As | WWW.PHONEAGENTSOURCE.COM | PHONE AGEN SOURCE |
| Merchant Id | | |
| Merchant Category Code | | |
| Business Address | 14321 LONG RIDGE DR. | 14321 LONG RIDGE DR |
| Business Address | | |
| City | HERRIMAN | HERRIMAN |
| State | UT | UT |
| Country | USA | USA |
| Postal Code | 84096 | 84096 |
| Phone Number | | |
| National Tax Id | | |
| State Tax Id | | |
| **Principal Data:** | | |
| **Principal 1:** | | |
| Last Name | MILNE | MILNE |
| First Name | CAREY | CAREY |
| Middle Initial | | |
| Address | 14321 LONG RIDGE DR. | 14321 LONG RIDGE DR |
| Address | | |
| City | HERRIMAN | HERRIMAN |
| State | UT | UT |
| Country | USA | USA |
| Postal Code | 84096 | 84096 |
| Phone Number | | |
| National ID(SSN) | | |
| Driver's License Number | | |
| Driver's License State | | |
| Driver's License Country | | |

|  | **Inquiry** | **Possible Inquiry Match 7 of 9** |
|---|---|---|
| Reference Number: | 77852010071200262 | |
| Date: | 07/12/2010 | 06/07/2010 |
| **Merchant Data:** | | |
| Merchant Name | NET SOFT MEDIA, LLC | SPHERE MEDIA |
| Doing Business As | WWW.PHONEAGENTSOURCE.COM | SWIPEBIDS.COM |
| Merchant Id | | |
| Merchant Category Code | | |
| Business Address | 14321 LONG RIDGE DR. | 906 WEST 400 SOUTH |
| Business Address | | |
| City | HERRIMAN | OREM |
| State | UT | UT |
| Country | USA | USA |
| Postal Code | 84096 | 84058 |
| Phone Number | | |
| National Tax Id | | |
| State Tax Id | | |

**Principal Data:**

https://mbe2stl101.mastercard.net/hsm2ca203/match/Action

Confidential
VISA 00186

7/12/2010

ATTACHMENT U - p. 6

PI Exhibit 50 Page 02642

Principal1:

| | | |
|---|---|---|
| Last Name | MILNE | SECHRIST |
| First Name | CAREY | ADAM |
| Middle Initial | | |
| Address | 14321 LONG RIDGE DR. | 100 DEW DROP CT |
| Address | | |
| City | HERRIMAN | YORK |
| State | UT | PA |
| Country | USA | USA |
| Postal Code | 84096 | 17403 |
| Phone Number | | |
| National ID(SSN) | | |
| Driver's License Number | | |
| Driver's License State | | |
| Driver's License Country | | |

**Confidential**
**VISA 00187**          7/12/2010

ATTACHMENT U - p. 7

PI Exhibit 50 Page 02643



| | Inquiry | Possible Inquiry Match 8 of 9 |
|---|---|---|
| Reference Number: | 7785201007120262 | |
| Date: | 07/12/2010 | 05/10/2010 |
| **Merchant Data:** | | |
| Merchant Name | NET SOFT MEDIA, LLC | SPHERE MEDIA LLC |
| Doing Business As | WWW.PHONEAGENTSOURCE.COM | SWIPEBIDS.COM |
| Merchant Id | | |
| Merchant Category Code | | |
| Business Address | 14321 LONG RIDGE DR. | 906 WEST 400 SOUTH |
| Business Address | | |
| City | HERRIMAN | OREM |
| State | UT | UT |
| Country | USA | USA |
| Postal Code | 84096 | 84058 |
| Phone Number | | |
| National Tax Id | | |
| State Tax Id | | |
| **Principal Data:** | | |
| **Principal 1:** | | |
| Last Name | MILNE | SECHRIST |
| First Name | CAREY | ADAM |
| Middle Initial | | |
| Address | 14321 LONG RIDGE DR. | 100 DEW DROP COURT |
| Address | | |
| City | HERRIMAN | YORK |
| State | UT | PA |
| Country | USA | USA |
| Postal Code | 84096 | 17403 |
| Phone Number | | |
| National ID(SSN) | | |
| Driver's License Number | | |
| Driver's License State | | PA |
| Driver's License Country | | USA |

| | Inquiry | Possible Inquiry Match 9 of 9 |
|---|---|---|
| Reference Number: | 7785201007120262 | |
| Date: | 07/12/2010 | 02/17/2010 |
| **Merchant Data:** | | |
| Merchant Name | NET SOFT MEDIA, LLC | SPHERE MEDIA, LLC |
| Doing Business As | WWW.PHONEAGENTSOURCE.COM | SWIPEBIDS.COM |
| Merchant Id | | |
| Merchant Category Code | | |
| Business Address | 14321 LONG RIDGE DR. | 906 WEST 400 SOUTH |
| Business Address | | |
| City | HERRIMAN | OREM |
| State | UT | UT |
| Country | USA | USA |
| Postal Code | 84096 | 84058 |
| Phone Number | | |
| National Tax Id | | |
| State Tax Id | | |
| **Principal Data:** | | |

**Confidential
VISA 00188**

7/12/2010

ATTACHMENT U - p. 8

PI Exhibit 50 Page 02644

Principal1:

| | | |
|---|---|---|
| Last Name | MILNE | SECHRIST |
| First Name | CAREY | ADAM |
| Middle Initial | | |
| Address | 14321 LONG RIDGE DR. | 100 DEW DROP CT |
| Address | | |
| City | HERRIMAN | YORK |
| State | UT | PA |
| Country | USA | USA |
| Postal Code | 84096 | 17403 |
| Phone Number | | |
| National ID(SSN) | | |
| Driver's License Number | | |
| Driver's License State | | |
| Driver's License Country | | |

Confidential
VISA 00189

7/12/2010

ATTACHMENT U - p. 9

PI Exhibit 50 Page 02645

RE (from sfox) NOT GOOD!! Visa cuts off 100 merchants for sc.txt
From: Kristin Dach
Sent: Friday, December 18, 2009 12:33 PM
To: Tom Dailey; Alan Homewood
Cc: Rachyl Kershaw
Subject: RE: (from sfox) NOT GOOD!! Visa cuts off 100 merchants for scamming
consumers

Follow Up Flag: Follow up
Flag Status: Green

Tom's correct.  Affiliates are the issue.  Rachyl's group has been diligent in
asking for endorsement agreements for any and all [REDACTED]-sites that are being
considered for direct integration.


K


------------------------------------------------------------------------

From: Tom Dailey
Sent: Friday, December 18, 2009 11:11 AM
To: Alan Homewood; Kristin Dach
Cc: Rachyl Kershaw
Subject: RE: (from sfox) NOT GOOD!! Visa cuts off 100 merchants for scamming
consumers


I think it was more of "as seen on Oprah", referring to the supplement ingredients
rather than his actual product.  My understanding is celebrities have successfully
challenged this in some court cases.


Tom


------------------------------------------------------------------------

From: Alan Homewood
Sent: Friday, December 18, 2009 11:09 AM
To: Tom Dailey; Kristin Dach
Cc: Rachyl Kershaw
Subject: RE: (from sfox) NOT GOOD!! Visa cuts off 100 merchants for scamming
consumers


Dee mentioned that he had stars like Oprah in with his products.  Do we have
confirmation of that?

ATTACHMENT V - p. 1

PI Exhibit 50 Page 02646

RE (from sfox) NOT GOOD!! Visa cuts off 100 merchants for sc.txt

------------------------------------------------------------------------

From: Tom Dailey
Sent: Friday, December 18, 2009 11:04 AM
To: Kristin Dach
Cc: Rachyl Kershaw; Alan Homewood
Subject: RE: (from sfox) NOT GOOD!! Visa cuts off 100 merchants for scamming
consumers


Kristin,


[REDACTED] mentioned to me that the [REDACTED] inquiry may have been the result of a
call initiated by Visa, so this all fits.  Do you plan to share with Dee and crew?
This can play nicely into us as an option for these types of merchants who now have
no choice but to manage their processes more efficiently.


The interesting thing is the article doesn't really mention on what basis Visa is
shutting these merchants down.  I'm not sure what rule or regulation the merchants
were violating (if any) other than perhaps the chargeback threshold.

Tom



------------------------------------------------------------------------

From: Kristin Dach
Sent: Friday, December 18, 2009 10:58 AM
To: [REDACTED]
Cc: Tom Dailey; Rachyl Kershaw
Subject: FW: (from sfox) NOT GOOD!! Visa cuts off 100 merchants for scamming
consumers


Hello [REDACTED],


Happy Friday.


One of my risk department personnel caught the following article and I wanted to
bring it to your attention.


We've discussed previously the need for an action plan associated with the future
adoption of some of these businesses into the 2CO fold.  I wanted to reassure you
personally that we see this as a serious challenge due to the inherent problems with
the historical business model.  It is complicated by supply chains, inventory,
existing affiliate marketing utilization and, of course, the perception that because
the billing practices have been perceived as a "scam" then the product must also be

Page 2 .

ATTACHMENT V - p. 2

bad.          RE (from sfox) NOT GOOD!! Visa cuts off 100 merchants for sc.txt

When in office, the representatives described a fairly detailed plan to change the perception associated with their products and to create a trust online "brand" for products of this type. We've had volumes of correspondence generated between our Ops staff and [REDACTED] (one of the Florida-based corporations under the mantle of this organization) detailing what we feel is and is not acceptable. We believe their principal may be sincere in his plans for these products but, of course, how fast they can move is controlled by many factors.

I am happy to see this AP article since it may force them to move faster to a model wherein the cardholder is empowered and where they may be forced to manage the affiliate portion of the process more aggressively AND permit 2CO to dictate not only acceptable but best-in-class billing practices.

I've requested an update on the merchant vendor that caused much of our headaches with VISA Europe for high chargeback utilization. A few changes we "suggested" resulted in nearly half the chargebacks, slightly lower gross sales volume but a gain in NET volume. It is a testament to our ability to affect positive change, increase revenue AND do so while protecting the rights of the cardholder.

I think the same can be done for these products and I am repeating our offer to formalize our action plan and risk/gain assessments for potential presentation to VISA and other concerned parties.

If, at any time, we feel this business is detrimental to the overall essence of 2CO or find them violating the terms we have in place they will be terminated.

If they get "blacklisted" even 2CO will not be able to support them under any model.

Regards,

Kristin

Kristin Dach
CFO/COO
2Checkout.com, Inc.

Page 3

ATTACHMENT V - p. 3

RE (from sfox) NOT GOOD!! Visa cuts off 100 merchants for sc.txt

Begin forwarded message:

http://finance.yahoo.com/news/visa-cuts-off-100-merchants-apf-3097011265.html?x=0&.v=1

By Eileen Aj Connelly, AP Personal Finance Writer , On Thursday December 17, 2009, 8:00 am EST

NEW YORK (AP) -- Visa Inc. has cut off 100 scammers who use bogus marketing techniques to dupe consumers in the past six months.

Among the most common hustles: billing the credit cards of customers who thought they were getting free trial products like dietary supplements or teeth whiteners $79.95 per month or more, and then making them jump through hurdles to get the charges to stop.

"We've been monitoring this situation from this past summer in particular," said William M. Sheedy, a Visa group president. The number of complaints from cardholders who disputed ongoing charges they never agreed to shot up, although the merchants and the products they sold often varied.

While there are always a handful of complaints about merchants, most are resolved quickly. But in the case of the ongoing charges, it was clear the problem was widespread. "Consumers are being fleeced," Sheedy said.

Visa told The Associated Press that about 100 merchants had their payment processing terminated because of chronic complaints since early summer. The scam is so common, the San Francisco payment processor is teaming up with the Federal Trade Commission and the Better Business Bureau to alert consumers.

Most of the time, the swindlers use Internet ads to lure their customers. The ads often feature unauthorized photos of celebrities like Oprah Winfrey and Rachel Ray, implying endorsements for supplements like acai berries or teeth whiteners.

Newer variations take advantage of the recession with work-at-home scams, or con people into seeking information about applying for government grants linked to economic stimulus programs.

Winfrey and her frequent guest Dr. Mehmet Oz filed several lawsuits this year trying to stop companies from implying they endorsed products made with acai berries.

"The fraud artists look for the fraud du jour and they will play that up magnificently," said Lois Greisman, an associate director of the FTC.

Other common features on the deceptive ads are fake testimonials and credit for the discovery of breakthrough products to a "local mom," said Stephen Salter, vice president of BBB Online. When someone clicks on the ad, their computer's location triggers a program that sets the origin of the "local" mom near that user.

Here's how it works: consumers click on an ad for a free trial offer of supplements or a free "information kit" that will explain how to apply for government grants or use the Internet to make big money effortlessly from home. They think they're entering a credit card number to pay for shipping and handling. But in a few clicks, they've unwittingly authorized ongoing charges that can rack up fast.

Page 4

ATTACHMENT V - p. 4

RE (from sfox) NOT GOOD!! Visa cuts off 100 merchants for sc.txt
When consumers see their statements and try to question the charges, they are often
unable to track anyone down to make them stop. Often, clicking through can result in
more than one monthly charge on a card.

"The game here is to get people hooked, keep them on the hook for monthly
charges as long as you can, and only stop making those charges when you're forced
to," said Stephen Salter, vice president of BBB Online. BBB has received thousands
of complaints about the problem, with multiple companies to blame. "The product is
irrelevant to getting the charges on the card."

The trick is a marketing technique called "negative option," where customers
must say they don't want to join a so-called club or receive additional materials in
the future. The details of the ongoing charges are often in small print or can only
be found by following a hyperlink. There's frequently a series of pre-checked boxes
that most consumers zoom past as they order. Skipping those boxes is key, because
leaving them checked ostensibly giving the companies permission to keep charging the
card.

"I can't count the number of sites online that are engaged in this type of
advertising, and even if I could count them today, that number could easily change
tomorrow," said Greisman of the FTC. The Internet has given "new life and new
breath" to this type of scam, which the agency has also seen in the past with direct
mail, telemarketing and even television ads.

It's impossible to track how many people have been caught up in the scams or
how many companies are involved.

Negative option marketing is not illegal. It's the hidden manner some
companies use to get people to agree to the charges that is the problem. "Those cost
disclosures have to be upfront and prominent," Greisman said.

Before making a purchase, consumers should check the company out with on the
BBB web site, http://www.bbb.org, to see if it has racked up complaints. Consumers
who've been caught up in the scams should file complaints with the FTC online at
ftc.gov or by phone at 1-877-FTC-HELP.

Visa, the FTC and BBB will hold a news conference at the National Press Club
in Washington, D.C., at 10 a.m. EST to alert consumers to the problem.

Page 5

ATTACHMENT V - p. 5

Issues ahead of our call.txt

From: Tom Dailey
Sent: Wednesday, December 23, 2009 11:20 AM
To: 'dee@contactcenter.com'
Cc: Rachyl Kershaw; Alan Homewood; Kristin Dach; [REDACTED]
Subject: Issues ahead of our call

Follow Up Flag: Follow up
Flag Status: Green

Dee,

As you know, I very greatly value the potential in the relationship between our two companies. We have discussed before our concerns about customer inquiry handling, billing practices and other business practices. I am confident you want to improve your business practices, and we believe we are uniquely positioned to help your do that, but frankly I am concerned about the volume of issues that have arisen in addition to inquiries from Visa and others outside our company... all of these coupled with recent announcement of FTC reviews.

I am very concerned about some patterns we are seeing across the board. Aside from the somewhat-expected confusion about recurring billing, which could in fact be a customer error, there are questions about failure to cancel. Unauthorized additional product charges, customer service refusals and/or poor service, returns send within the window period not being processed, etc. Many of these are very recent - some within the last few days. We will be unable to process your future business if these issues continue. As you may know, we have already had inquiries from Visa and we will need your assistance in preparing a response.

We would also like a full list of all senior/principal company employees, their status with your firm (direct employee or contracted), their full contact information including address, telephone and email. We reserve the right not to interact with individuals using generic (Yahoo, etc.) email accounts.

I would like the immediate authority to do a site visit to your Florida center, which is named in several complaints, as well as the ability to do unannounced customer listening monitoring at any time.

I am extremely concerned that an individual in your organization would request us to provide cardholder account numbers. We will never provide that type of sensitive data and such requests are improper and may be illegal.

We remain happy to work with you to resolve these and other issues, but must impress on you the need for immediate, tangible and demonstrated improvement.

I look forward to speaking with you this afternoon.

Best regards,
Tom Dailey
President


Tom E. Dailey, President
2Checkout.com, Inc.
1785 O'Brien Rd.
Columbus, OH 43228
614-921-2450 Ext. 139
877-294-0273 Toll Free US and Canada
0871-284-4844 UK and Northern Ireland

CONFIDENTIALITY STATEMENT: All information included in this communication, including attachment(s), is intended solely for delivery to and authorized use by the addressee(s) identified above, and may contain privileged, confidential, proprietary and/or trade secret information entitled to protection and/or exempt
Page 1

ATTACHMENT V - p. 6

Issues ahead of our call.txt
from disclosure under applicable law. If you are not the intended recipient, please
note that any use, distribution or copying of this communication is unauthorized and
may be unlawful. If you have received this communication in error, please notify
sender immediately and delete this communication from your computer.

Page 2

ATTACHMENT V - p. 7

Pl Exhibit 50 Page 02652

Pashe Narrative.txt

From: Tom Dailey
Sent: Saturday, February 20, 2010 7:14 PM
To: Kristin Dach
Cc: Alan Homewood; Rachyl Kershaw; Tony Santucci; Brad Pence; Tom Blackburn
Subject: Pashe Narrative

Follow Up Flag: Follow up
Flag Status: Green

Alan,Kristin, Tom, Rachyl, Brad and Tony:

I talked to [REDACTED]  and [REDACTED] over the weekend and we agreed that it is
important that we create a "narrative" document that outlines the chronology of
events with Pashe from the beginning of the relationship until now.  Some of the key
elements should include:

-How we met/who introduced
-Summary of meetings/conference calls/emails in which any type of procedures,
policies or agreements were discussed.
-Why we felt our reserve would be more than adequate (mention cooperation with
[REDACTED] , etc. and their utilization numbers)
-Our diligence process (including FDA compliance, documentation, verifications of
principals, etc.)
-Conversations with [REDACTED]  about their comfort level to move forward (I may
have some emails from [REDACTED] on this)
-How we tracked financials against the reserve balances
-Conversations with Dee or other principals
-What happened after we shut them off (Paymentech example of 2CO descriptor,
[REDACTED]  packing slip still showing 2CO for non-2CO transactions, etc.)
-Any knowledge of who they continue to process with (Alan's test transaction -
[REDACTED]  can help us get BIN number)

The purpose of this document is to show Visa/[REDACTED]  that we made a reasonable
business judgment based upon a good amount of diligence, that we were a victim of
the merchant, and that we at all times have maintained an adequate reserve (between
us and [REDACTED] ).  I'm sure it will also be useful for our attorneys.

The document does not need to be a novel, just a set of chronological bullet points
and short paragraphs.  Facts only, no editorializing or opinions.  Relevant
attachments should be included and cross-referenced back to the document.

I know this is going to be a lot of work, but [REDACTED]  feels (and I agree) that
it is important that we demonstrate to Visa that we made a reasonable, logical
business decision and put appropriate protections in place.

Kristin, I would appreciate if you would be the coordinator for this.  We can
discuss in Management Committee on Tuesday.  If at all possible, I would like to
have the completed document by the end of this week.  It probably makes sense for us
to have a couple of group meetings during the week to discuss.

Please make sure that all written communications going forward (including emails,
documents, drafts, notes, etc.) regarding this account contain relevant facts only.
Do not edit or destroy any prior communications on this account.

Thanks,
Tom

Page 1

ATTACHMENT V - p. 8

Pashe.txt

From: Tom Dailey
Sent: Tuesday, February 23, 2010 3:08 PM
To: ALL-ManagementCommittee
Cc: 'Ken Sperl'
Subject: Pashe

Follow Up Flag: Follow up
Flag Status: Green

All, just an update on Pashe, but keep confidential outside the Management
Committee.

Tony has completed a comprehensive analysis that projects the total charges against
the reserves will slightly exceed the combined amount [REDACTED] and 2CO are
currently holding. (Tony, please forward your analysis to the Management Committee
and Ken Sperl.)

However, that does not take into account the Visa fine that we know is coming and
expect to be at least $1 million and theoretically could be as high as $6 million,
and it is unlikely [REDACTED] will release the full $3.1 million they are holding.

There is also the possibility the results could come in higher.  We posted over
$900,000 representing 12,000 chargebacks last week alone. On that basis, I am going
to continue to press Dee for the increased reserve funding and if he does not remedy
today I am going to ask counsel to prepare arbitration notices to every senior
contact we have associated with this account.

Tom

Page 1

ATTACHMENT V - p. 9

Re Chargeback Projection.txt
From: Dee Agarwal [mrpak9@gmail.com] on behalf of Dee [dee@contactcenter.com]
Sent: Sunday, March 21, 2010 4:04 PM
To: Tom Dailey; dan@deedevelopments.com
Subject: Re: Chargeback Projection

Dear Tom,

Thanks for the analysis. Certainly of interest to us !
1. Fraud reason code can be selected - because of reputation of industry and issuing
banks telling consumers these are fraud. Does not mean it is fraud, certainly the
business units have not actively engaged in fraud. There is always a chance that a
small number of fraud slips through from affiliates (1-2%?). I know you guys were
completing an analysis on fraud transactions (duplicates by bin, ip etc.) did you
finish that to get a total count? The last number I saw was 100~ transactions and
out of that 20-30 were tests.. Let me know.
2. Please send me updated overdraft by business unit ($ count) so we can allocate
the liability correctly on our end.
3. Please also send me updated overdraft with when $2 CB fee went in to account (Feb
24th). We'll make sure wire is sent , will keep you updated on that.
4. Keep me posted on Visa potential fine outcome. Were you expecting to hear back
from them this week?

Out of total $57M volume processed , 25% reserve plus frozen funds is close to
$15.3M + We've funded so far $1.65M = $17M , out of that $3.1M was given to
[REDACTED] on reserve (to cover potential cb/fines) leaving balance of $13.9....
With $8.63 in CB volume coming through that leaves a balance of $5.27. How much was
refunds and cb fees cost wise? Let me know.

Once again, I hope you can see we are being as co-operative as possible during these
tough times - in complete good faith.

Thanks,
Dee

   ----- Original Message -----
   From: Tom Dailey
   To: dan@deedevelopments.com ; dee@contactcenter.com
   Sent: Sunday, March 21, 2010 10:38 AM
   Subject: Chargeback Projection


   I am attaching below an analysis from one of my finance people which should
interest you.  His initial projections, which I forwarded several weeks ago, appear
to still be true as to total dollar amount ($10+ million), albeit the mix has been
coming up differently.  We believe there is approximately $1.3 million to go.

   Also, if you see the number that have been coded by card issuers as either fraud
or non-performance, you will understand both visa's and our concerns.  Visa has told
us that this has been the largest single number of chargebacks attributed to a
single business in Visa's history.

   I trust that the reserve payment this week will arrive on the contractually agreed
date of Wednesday.

   Tom


   ------------------------------------------------------------------------------
   Sent: Saturday, March 20, 2010 12:15 PM
   To: Tom Dailey; Alan Homewood; Kristin Dach; Brad Pence
   Subject: RE: Projection

                              Page 1

**ATTACHMENT V - p. 10**

Pl Exhibit 50 Page 02655

Re Chargeback Projection.txt
Okay analysis run again per previous write-up, I'm starting to see an issue.

We're trying to box a moving target now and the Age-To-Chargeback analysis is now
starting to break down.  I still stand by my original projection of 10-10.3MM in
USD volume as the chargeback projection overall.  As of 2PM on 3/19 we're looking
at 8.634MM in USD chargeback volume.


Here is what is starting to cause the issue.

| Month | Average Age of Tran to Chargeback |
|-------|-----------------------------------|
| Dec - Current | 43 |
| Dec - March | 40 |
| Dec - Feb | 30 |
| Dec - Jan | 14 |


They are getting older, quickly.  Of the chargebacks we were debited for on March
16th ( 316 of them ) 28 of them are for transactions that were placed on 12/2, 161

of them were placed before 12/15 ( defacto mid-point ).


I started to take a look at the chargebacks we were debited for on 3/17 as a quick
bit of research and here is the reason code breakdown.

  57
Cancelled Recurring Transaction Count
 141
Cardholder Does Not Recognize Transaction Count
 248
Credit Not Processed Count
  2
Duplicate Processing Count
 625
Fraudulent Transaction - Card Absent Environment Count
  3
No Cardholder Authorization Count
 10
Not As Described Count

Page 2

ATTACHMENT V - p. 11

Pl Exhibit 50 Page 02656

Re Chargeback Projection.txt

17
Risk Identification Service Count

51
Services Not Rendered Count

--------------------------------------------------------------------------------
CONFIDENTIALITY STATEMENT: All information included in this communication, including attachment(s), is intended solely for delivery to and authorized use by the addressee(s) identified above, and may contain privileged, confidential, proprietary and/or trade secret information entitled to protection and/or exempt from disclosure under applicable law. If you are not the intended recipient, please note that any use, distribution or copying of this communication is unauthorized and may be unlawful. If you have received this communication in error, please notify sender immediately and delete this communication from your computer.

ATTACHMENT V - p. 12

PI Exhibit 50 Page 02657

## Durham, Eleanor

| | |
|---|---|
| **From:** | Durham, Eleanor |
| **Sent:** | Wednesday, November 24, 2010 10:16 AM |
| **To:** | Setala, Eric M. |
| **Subject:** | FW: FTC CID Responses |
| **Attachments:** | Chargeback&CreditSummaries-JustThink.xlsx |

**From:** Stephanie Kristal [mailto:skristal@2co.com]
**Sent:** Thursday, November 18, 2010 11:34 AM
**To:** Durham, Eleanor
**Cc:** Decker, Kathryn C.
**Subject:** RE: FTC CID Responses

Eleanor,

Attached you will fine the report you requested. In order to open it, you may have to save it to your computer first.

In this file you will find 2 tabs; one for sales and refunds the other for chargebacks.  The reason they are broken up is that the soft descriptors on chargebacks are not always "clean" as some issuers will edit/change the soft descriptor when they issue the chargeback.

The sales and refunds tab lists the Business Unit Name, DBA Name, and the count and amount of settlements and refunds.

The chargebacks tab lists the Business Unit Name, DBA Name, and the counts and amounts of debits and credits (a chargeback credit can be a chargeback reversal or a refund that was rejected).  This file should only contain data relevant to the Business Unit "JustThink".

Please let me know if you need anything else.

Stephanie Kristal

**From:** Durham, Eleanor [mailto:EDURHAM@ftc.gov]
**Sent:** Wednesday, November 03, 2010 7:02 PM
**To:** Stephanie Kristal
**Cc:** Decker, Kathryn C.
**Subject:** FTC CID Responses

Hi.  Can you give me chargeback and credit summaries for the soft descriptors associated with the Just Think Media products handled by Pashe?  I can't see how I can get that info from the materials produced.  Thanks.

CONFIDENTIALITY STATEMENT: All information included in this communication, including attachment(s), is intended solely for delivery to and authorized use by the addressee(s) identified above, and may contain privileged, confidential, proprietary and/or trade secret information entitled to protection and/or exempt from disclosure under applicable law. If you are not the intended recipient, please note that any use, distribution or copying of this communication is unauthorized and may be unlawful. If you have received this communication in error, please notify sender immediately and delete this communication from your computer.

ATTACHMENT V - p. 13

5/7/2011

| Unit Name | DBA Name | Settlement Count | Settlement Amount | Credit Count | Credit Amount |
|---|---|---|---|---|---|
| JustThink | SUP*COLONCLEAR | 23,247 | $1,422,715.36 | 679 | $45,924.65 |
| JustThink | SUP*GROWTHTOOLS | 41,808 | $2,952,059.47 | 238 | $17,074.08 |
| JustThink | SUP*MAXFORCE | 110,328 | $8,424,856.17 | 4,505 | $372,575.75 |
| JustThink | SUP*MAXIMIZEYOU | 162,016 | $1,097,807.25 | 62 | $510.16 |
| JustThink | SUP*POWERPLATFORM | 28,068 | $678,113.29 | 60 | $1,412.62 |
| JustThink | SUP*PURELIFT | 3,897 | $303,799.04 | 162 | $13,597.76 |
| JustThink | SUP*RESVERATROL | 1,904 | $150,106.16 | 48 | $3,757.30 |
| JustThink | SUP*SMILEBRIGHT | 148,613 | $12,056,114.30 | 13,044 | $1,083,187.42 |
| JustThink | SUP*SUCCESSSYSTEM | 3,573 | $172,447.11 | 15 | $679.68 |
| JustThink | SUP*WHITETEETH | 19,941 | $950,847.56 | 574 | $27,232.49 |
| JustThink | SUP*WORLDFIT | 329,498 | $4,247,261.66 | 475 | $10,418.70 |
| Total | Total | 872,893 | $32,456,127.37 | 19,862 | $1,576,370.61 |

ATTACHMENT V - p. 14

PI Exhibit 50 Page 02659

| Unit Name | DBA Name | Debit Count | Debit Amount | Credit Count | Credit Amount |
|---|---|---|---|---|---|
| JustThink | *SUP*COLONCLEAR | 1 | $90.52 | | |
| JustThink | *SUP*PURELIFT | 2 | $182.20 | | |
| JustThink | *SUP*SMILEBRIGHT | 5 | $446.80 | | |
| JustThink | *SUP*WHITETEETH | 1 | $49.05 | | |
| JustThink | *SUP*WORLDFIT | 1 | $24.54 | | |
| JustThink | AT-SUP*WORLDFIT | 3 | $70.74 | | |
| JustThink | DUP*MAXFORCE | 1 | $43.12 | | |
| JustThink | SMILEBRIGHT | 1 | $86.93 | | |
| JustThink | SUP COLONCLEAR | 22 | $1,759.08 | | |
| JustThink | SUP COLONCLEAR | 1 | $48.84 | | |
| JustThink | SUP GROWTHTOOLS | 60 | $4,684.57 | | |
| JustThink | SUP MAX FORCE | 2 | $130.33 | | |
| JustThink | SUP MAXFORCE | 90 | $7,368.03 | | |
| JustThink | SUP MAXFORCE | 2 | $171.72 | | |
| JustThink | SUP MAXIMIZEYOU | 13 | $97.91 | | |
| JustThink | SUP POWERPLATFORM | 12 | $294.49 | | |
| JustThink | SUP PURELIFT | 18 | $1,529.74 | | |
| JustThink | SUP RESVERATROL | 3 | $265.67 | | |
| JustThink | SUP SMILEBRIGHT | 87 | $7,584.68 | | |
| JustThink | SUP SUCCESSSYSTEM | 8 | $396.06 | | |
| JustThink | SUP WHITETEETH | 10 | $497.95 | | |
| JustThink | SUP WORLDFIT | 74 | $1,613.17 | | |
| JustThink | SUP*COLONCLEAR | 2,295 | $155,116.85 | 1 | $86.93 |
| JustThink | SUP*GROWTHTOOLDS | 1 | $81.03 | | |
| JustThink | SUP*GROWTHTOOLS | 5,952 | $453,574.51 | 1 | $79.17 |
| JustThink | SUP*GROWTHTOOLS(F) | 1 | $75.50 | | |
| JustThink | SUP*MAXFORCE | 11,037 | $910,354.58 | 1 | $86.93 |
| JustThink | SUP*MAXFORCE | 1 | $86.93 | | |
| JustThink | SUP*MAXI | 1 | $6.31 | | |
| JustThink | SUP*POWERPLATFO | 7 | $173.74 | | |
| JustThink | SUP*POWERPLATFORM | 3,143 | $75,901.83 | 1 | $24.13 |
| JustThink | SUP*PURELIFT | 639 | $53,338.06 | | |
| JustThink | SUP*RESVERATROL | 229 | $18,646.10 | | |

## ATTACHMENT V - p. 15

| | | | | | |
|---|---|---|---|---|---|
| JustThink | SUP*SMILE BRIGHT | 2 | $173.86 | | |
| JustThink | SUP*SMILEBRIGHT | 29,015 | $2,454,536.79 | 4 | $309.36 |
| JustThink | SUP*SMILEBRIGHT | 3 | $265.52 | | |
| JustThink | SUP*SMILEBRIGHT *REF* | 2 | -$169.04 | | |
| JustThink | SUP*SMILEBRIGHT *REF* | 1 | -$84.76 | | |
| JustThink | SUP*SUCCESSSYST | 6 | $293.52 | | |
| JustThink | SUP*SUCCESSSYSTEM | 554 | $26,786.81 | | |
| JustThink | SUP*WHITETEETH | 3,561 | $172,724.10 | 1 | $48.23 |
| JustThink | SUP*WHITETEETH | 1 | $49.67 | | |
| JustThink | SUP*WOLDFIT | 1 | $23.47 | | |
| JustThink | SUP*WORLD | 1 | $23.69 | | |
| JustThink | SUP*WORLDFIT | 18,624 | $418,435.64 | 3 | $72.61 |
| JustThink | SUP*WORLDFIT | 2 | $49.44 | | |
| JustThink | WHITETEETH | 1 | $48.23 | | |
| Total | | 75,497 | $4,767,948.52 | 12 | $707.36 |

ATTACHMENT V - p. 16

PI Exhibit 50 Page 02661

## Matthew P. Collins

### *Attorney at Law*

3 West Paces Ferry Road, Suite 201
Atlanta, Georgia 30305
Mail to: PO Box 191062
Atlanta, Georgia 31119
404-214-6070
Fax: 678-669-1518

September 13, 2009

**VIA FAX (416-644-4945) AND OVERNIGHT COURIER**
The Canadian Council of Better Business Bureaus
2 St. Clair Ave. East
Toronto, ON M4T 2T

      Re:    Listing for Farend Services LTD and Dazzle Smile Pro
(www.dazzlesmilepro.com)
          http://www.bbb.org/edmonton/business-reviews/health-and-medical-products-scientifically-unproven/dazzle-white-in-sherwood-park-ab-153474

To Whom It May Concern:

      I'm writing today regarding my client Farend Services LTD and the above referenced listing that includes Farend Services, LTD and its product Dazzle Smile Pro (www.dazzlesmilepro.com). Unfortunately, this listing shows a non-existent ownership link between the company's product and Jesse Willms. Because of the reputation Mr. Willms enjoys, any alleged relationship or connection to him or his businesses can be extremely damaging to Farend Services LTD and the company's products and services. We are thus eager to clarify this situation and find out what actions are necessary for you to correct this information on the above referenced web page as well as any other locations which this kind of incorrect information may reside.

      For the record, please be advised that Farend Services Ltd. and it's product Dazzle Smile Pro (www.dazzlesmilepro.com) has no connection or business link to Jesse Willms or any companies owned or operated by Jesse Willms.

      In support of the statements contained in this letter, please find a copy of the Declaration of Trust executed by Nomilink Management Limited which is the trustee of the owner of Farend Services Ltd, who is Evelyn Canonizado Domingo. I can provide a sworn affidavit from Ms. Domingo stating that she is the sole owner of the company and she has no connection, personal or business, with Jesse Willms if necessary. Please review this document carefully and let me know if you require the affidavit or need any additional information to update and correct your records.

# ATTACHMENT W - p. 1

PI Exhibit 50 Page 02662

Better Business Bureau
September 13, 2009
Page 2

As you can understand, every day that the information on your site remains incorrect and online, substantial and continuous damage will occur to the company. While we stand ready to assist you in verifying the accuracy of the information regarding our company, time is short and we must insist that you respond to us within 24 hours of the date of this letter to let us know of additional information needed or steps you intend to take to correct the information contained on your website. Please be advised that due to the continuing damages we are enduring resulting from the incorrect information on your site, we must insist that you be expedite this process as your failure to do so will leave us with no choice but to take legal action to protect our rights and good name.

Thank you for your assistance and I look forward to hearing back from you soon.

Very truly yours,

Matthew P. Collins

Enclosure

cc: Ms. Domingo

ATTACHMENT W - p. 2

AFFIDAVIT

CITY OF MAINILA CITY)

COUNTRY OF PHILIPPINES)

Personally appeared, before the undersigned officer, authorized to administer oaths in the country of Philippines, came Evelyn Canonizado Domingo, who, having been duly sworn, deposes and states as follows:

I am Evelyn Canonizado Domingo. I am of legal age, under no legal disability and make this affidavit based upon my personal knowledge of the facts and I authorize its use for any and all proceedings or litigation.

2.

I own 1,000 shares of stock in Harend Services LTD.

I hereby swear and affirm that I am the sole owner of Harend Services LTD and that no stock of the company has been issued to anyone other than me. Just to be clear: there are no stock or other shares of the company being held by anyone other than me.

4.

Jesse Willms does not have any interest in, or ownership shares of Harend Services LTD.

ATTACHMENT W - p. 3

PI Exhibit 50 Page 02664

I have read the foregoing and it is true and correct and is based upon my personal

knowledge of the facts and I authorize its use for any and all purposes allowed by law.

_____
Affiant

Sworn to and subscribed before me
this          SEP 2 8 2009

_____
Notary Public
My commission expires

DOC NO. ___
PAGE NO. ___
BOOK NO. ___
SERIES OF 200 9

ATTY. DELFIN R. AGCAOILI JR.
NOTARY PUBLIC
ROLL NO. 2/656
TIN NO. 144-519-006
PTR NO. 074063-0-01-05-09
IBP NO. 754433; 01-06-09
MCLE NO. II-0015473
COM. EXPIRED ON DEC. 2009

ATTACHMENT W - p. 4

PI Exhibit 50 Page 02665