# EXHIBIT A

EXHIBIT A

| WEBSITES NOT ASSOCIATED WITH DEFENDANTS AND/OR WITH NO INTERNET TRAFFIC | DECLARANT |
|---|---|
| Absoluteaciberry.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Acaiberrycleanseultra.com | Telephone no. list (GC Services CID Response), Ex. 9 at 710, 713 (ECF No. 5-14); 784 (ECF No. 5-15) |
| Acai-berrywarning.com | Pattison (Harpo, Inc.), Ex. 18 at 1707 |
| Acaiberry-warning.org | Brozek (Better Business Bureau), Ex. 6 at 293 (ECF No. 5-8) |
| Acai-burn.biz | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Acaiburn.org | Brozek (Better Business Bureau), Ex. 6 at 294 (ECF No. 5-8) |
| AcaiBurnHealth.com | Durham (FTC Employee), Ex. 50 at 2570-76 (ECF No. 9-4) |
| Acaiburnonline.com | Brozek (Better Business Bureau), Ex. 6 at 293 (ECF No. 5-8) |
| Acaiextreme.com | Walker (Consumer), Ex. 35 at 1966 (ECF No. 8-2) |
| Acaiforceedge.com | Kleimann (Expert), Ex. 15 at 1443, 1446-1449 (ECF No. 6-9) |
| AcaiSlimDetox.com | Ray (Self-Regulatory), Ex. 19 at 1716, 1728 (ECF No. 7-1) |
| Acaislimdetoxmembers.com | Call Center Protocol (GC Services CID Response), Ex. 9 at 756 (ECF No. 5-14) |
| Acaislimedge.com | Brozek (Better Business Bureau), Ex. 6 at 294 (ECF No. 5-8) |
| Acaislimextra.com | 1/29/10 ltr from Kaminski to FTC (JTM CID Response), Ex. 2 at 41 (ECF No. 5-2) |
| Acaisupportsite.com | Witteried (Consumer), Ex. 36 at 1978 (ECF No. 8-3) |
| Alpinewhiteteeth.com | Brozek (Better Business Bureau), Ex. 6 at 293 (ECF No. 5-8) |
| Berryultimatefresh.com | Durham (FTC Employee), Ex. 50 at 2587 (ECF No. 9-5) |
| Cathysteeth.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Celebswhiteteeth.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Cellphonelookups.com | Daoust (Canadian Competition Bureau), Ex. 55 at 2864 (ECF No. 9-13) |
| Cellphonenumberlookups.com | Daoust (Canadian Competition Bureau), Ex. 55 at 2864 (ECF No. 9-13) |
| Celltrackinginc.com | Daoust (Canadian Competition Bureau), Ex. 55 at 2811 (ECF No. 9-12) |
| Cellulitesolve.com | Brozek (Better Business Bureau), Ex. 6 at 293 (ECF No. 5-8) Durham (FTC Employee), Ex. 50 at 2604 (ECF No. 9-5) |
| Center4grants.com | Chen (Visa, Inc.), Ex. 56 at 2957 (ECF No. 9-14) |
| Changingsizes.net | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Channel9newstoday.com | Hetrick (Consumer), Ex. 42 at 2105 (ECF No. 8-9) Spilo (Consumer), Ex. 46 at 2225 (ECF No. 8-13) |
| Choyung.com | AdWords Support Email (JTM CID Response), Ex. 3 at 261 (ECF No. 5-5) |
| Cindysteethwhiteningstory.com | Brozek (Better Business Bureau), Ex. 6 at 294 (ECF No. 5-8) |
| Cleansepristinepro.com | Durham (FTC Employee), Ex. 50 at 2587 (ECF No. 9-5) |
| Cleanseuniversal.com | Brozek (Better Business Bureau), Ex. 6 at 294 (ECF No. 5-8) Durham (FTC Employee), Ex. 50 at 2604 (ECF No. 9-5) |
| Completepurecleanse.com | Addendum to Advertising order with Advaliant (JTM CID Response), Ex. 3 at 144 (ECF No. 5-4) |
| Completeresv.com | Addendum to Advertising order with Advaliant (JTM CID Response), Ex. 3 at 144 (ECF No. 5-4) |
| Creditreporthelpdesk.com | AcaiBurn Tier One Live Ops 5/22/09 (LiveOps CID Response), Ex. 10 at 983 (ECF No. 6-2) |
| Cscglobal.com | Pattison (Harpo, Inc.), Ex. 18 at 1706 |
| Dazzlesmilepremium.com | Telephone no. list (GC Services CID Response), Ex. 9 at 786 (ECF No. 5-15) |
| Dazzle-white.org | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Dazzlewhiteteeth.net | Brozek (Better Business Bureau), Ex. 6 at 293 (ECF No. 5-8) |

13

| WEBSITES NOT ASSOCIATED WITH DEFENDANTS AND/OR WITH NO INTERNET TRAFFIC | DECLARANT |
|---|---|
| Dazzlewhite-teethwhitening.blogspot.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Detoxslimcs.com | Telephone no. list (GC Services CID Response), Ex. 9 at 712 (ECF No. 5-14) |
| Dietgojiberry.com | Durham (FTC Employee), Ex. 50 at 2613 (ECF No. 9-5) |
| Dietpomegranatepro.com | Brozek (Better Business Bureau), Ex. 6 at 294 (ECF No. 5-8) Durham (FTC Employee), Ex. 50 at 2604 (ECF No. 9-5) |
| Exfatkid.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Farendservices.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Fitclubonline.com | 8/20/10 ltr from Rismani to FTC (AtLast Holdings CID Response), Ex. 11 at 1054 (ECF No. 6-3) |
| Fit-fac.com | Chen (Visa, Inc.), Ex. 56 at 2957 (ECF No. 9-14) |
| Forcemaxmembers.com | Telephone no. list (GC Services CID Response), Ex. 9 at 756 (ECF No. 5-14) |
| Freeinmatelookups.com | Daoust (Canadian Competition Bureau), Ex. 55 at 2864 (ECF No. 9-13) |
| Gcdetective.com | GC Detective Cancellation and/or Refund Script (AtLast Holdings CID Response), Ex. 11 at 1093 (ECF No. 6-3) |
| Googlecashrevolution.com | GC Detective Cancellation and/or Refund Script (AtLast Holdings CID Response), Ex. 11 at 1095 (ECF No. 6-3) |
| Grantguide.com | AtLast Fulfillment customer service script (US Grants) (AtLast Holdings CID Response), Ex. 11 at 1089 (ECF No. 6-3) |
| Guaranamax.com | Addendum to Advertising order with Advaliant (JTM CID Response), Ex. 3 at 144 (ECF No. 5-4) |
| Guaranapro.com | Addendum to Advertising order with Advaliant (JTM CID Response), Ex. 3 at 144 (ECF No. 5-4) |
| Guidetosuccessonline.com | Brozek (Better Business Bureau), Ex. 6 at 293 (ECF No. 5-8) |
| Hollywoodteeth.com | Brozek (Better Business Bureau), Ex. 6 at 293 (ECF No. 5-8) Durham (FTC Employee), Ex. 50 at 2604 (ECF No. 9-5) |
| Hollywoodteethwhitener.com | Durham (FTC Employee), Ex. 50 at 2611 (ECF No. 9-5) |
| Ibidcondo.com | 11/15/09 NYT article: Paying the Price for the Thrill of the Hunt, Ex. 14 at 1311 (ECF No. 6-7) |
| Idolwhite.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Intelius.com | Daoust (Canadian Competition Bureau), Ex. 55 at 2815 (ECF No. 9-12) |
| Janicesteeth.com | Brozek (Better Business Bureau), Ex. 6 at 293, 303 (ECF No. 5-8) |
| Johncenaworkout.com | Brozek (Better Business Bureau), Ex. 6 at 293 (ECF No. 5-8) |
| Juncleanse.com | 8/20/10 ltr from Rismani to FTC (AtLast Holdings CID Response), Ex. 11 at 1054 (ECF No. 6-3) |
| Junpurecleanse.com | 8/20/10 ltr from Rismani to FTC (AtLast Holdings CID Response), Ex. 11 at 1054 (ECF No. 6-3) |
| Magicacai.com | AtLast Fulfillment customer service script (AtLast Holdings CID Response), Ex. 11 at 1116 (ECF No. 6-3) |
| Makecashwithgooglefast.com | 1-800 We Answer, Inc. CID Response, Ex. 12 at 1125 (ECF No. 6-4) |
| Maxcleanse.li | Durham (FTC Employee), Ex. 50 at 2588 (ECF No. 9-5) |
| Maxprofitsecrets.com | Brozek (Better Business Bureau), Ex. 6 at 293 (ECF No. 5-8) |
| Mikesrippedcombo.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Muscleforce.org | Brozek (Better Business Bureau), Ex. 6 at 293 (ECF No. 5-8) |
| Mysixpackmethod.com | Brozek (Better Business Bureau), Ex. 6 at 294 (ECF No. 5-8) |
| Naturalsourcestore.com | 8/20/10 ltr from Rismani to FTC (AtLast Holdings CID Response), Ex. 11 at 1054 (ECF No. 6-3) |
| Naturecleanse.com | Telephone no. list (GC Services CID Response), Ex. 9 at 786 (ECF No. 5-15) |
| Newpureacaiburn.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |

14

| WEBSITES NOT ASSOCIATED WITH DEFENDANTS AND/OR WITH NO INTERNET TRAFFIC | DECLARANT |
|---|---|
| Oprah-acai-berry.com | Pattison (Harpo, Inc.), Ex. 18 at 1706 |
| Pcsolutions.com | CID to Mastercard Worldwide, Ex. 57 at 2982 (ECF No. 9-15) |
| Pearlysmile.com | 8/20/10 ltr from Rismani to FTC (AtLast Holdings CID Response), Ex. 11 at 1054 (ECF No. 6-3) |
| Peoplelookup.com | Daoust (Canadian Competition Bureau), Ex. 55 at 2826 (ECF No. 9-12) |
| Peoplesmart.com | Daoust (Canadian Competition Bureau), Ex. 55 at 2812 (ECF No. 9-12) |
| Pillsexposed.org | Brozek (Better Business Bureau), Ex. 6 at 294 (ECF No. 5-8) |
| Premiumwhitemembers.com | Call Center Protocol (GC Services CID Response), Ex. 9 at 756 (ECF No. 5-14) |
| Premiumwhitesource.com | 1/29/10 ltr from Kaminski to FTC (JTM CID Response), Ex. 2 at 41 (ECF No. 5-2) |
| Pricelimbo.com | Chen (Visa, Inc.), Ex. 56 at 2957 (ECF No. 9-14) |
| Proacaiburn.com | Ray (Self-Regulatory), Ex. 19 at 1716 (ECF No. 7-1) |
| Publicrecords1.com | Daoust (Canadian Competition Bureau), Ex. 55 at 2864 (ECF No. 9-13) |
| Purecleanseedge.com | Addendum to Advertising order with Advaliant (JTM CID Response), Ex. 3 at 144 (ECF No. 5-4) |
| Purecleanselite.com | Addendum to Advertising order with Advaliant (JTM CID Response), Ex. 3 at 144 (ECF No. 5-4) |
| Purecleansemax.com | Chen (Visa, Inc.), Ex. 56 at 2951 (ECF No. 9-14) |
| Pureliftmax.com | Chen (Visa, Inc.), Ex. 56 at 2951 (ECF No. 9-14) |
| Pureliftpro.com | Telephone no. list (GC Services CID Response), Ex. 9 at 710, 713 (ECF No. 5-14); 784 (ECF No. 5-15) |
| Pureresver.com | Brozek (Better Business Bureau), Ex. 6 at 294 (ECF No. 5-8) |
| Quickonlinecashexpert.com | 1-800 We Answer, Inc. CID Response, Ex. 12 at 1125 (ECF No. 6-4) |
| Quickonlinecashpro.com | 1-800 We Answer, Inc. CID Response, Ex. 12 at 1125 (ECF No. 6-4) |
| Resvedge.com | Addendum to Advertising order with Advaliant (JTM CID Response), Ex. 3 at 144 (ECF No. 5-4) |
| Resvelite.com | Addendum to Advertising order with Advaliant (JTM CID Response), Ex. 3 at 144 (ECF No. 5-4) |
| Resvsupreme.com | Addendum to Advertising order with Advaliant (JTM CID Response), Ex. 3 at 144 (ECF No. 5-4) |
| Rezverultra.com | Telephone no. list (GC Services CID Response), Ex. 9 at 787 (ECF No. 5-15) |
| Securityhelpkit.com | Brozek (Better Business Bureau), Ex. 6 at 293 (ECF No. 5-8) |
| Shimmeringwhite.com | AtLast Fulfillment customer service script (AtLast Holdings CID Response), Ex. 11 at 1106 (ECF No. 6-3) |
| Smileradiance.com | CID to Mastercard Worldwide, Ex. 57 at 2982 (ECF No. 9-15) |
| Southbeachbrite.com | 8/20/10 ltr from Rismani to FTC (AtLast Holdings CID Response), Ex. 11 at 1054 (ECF No. 6-3) |
| Southbeachsmile.com | 8/20/10 ltr from Rismani to FTC (AtLast Holdings CID Response), Ex. 11 at 1054 (ECF No. 6-3) |
| Stevegotripped.com | Brozek (Better Business Bureau), Ex. 6 at 294 (ECF No. 5-8) |
| Superstarsmile.com | CID to Mastercard Worldwide, Ex. 57 at 2982 (ECF No. 9-15) |
| Swoopo.com | 11/15/09 NYT article: Paying the Price for the Thrill of the Hunt, Ex. 14 at 1309-1310 (ECF No. 6-7) |
| Teenhealth.com | CID to Mastercard Worldwide, Ex. 57 at 2982 (ECF No. 9-15) |
| Teethcs.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Teethwhiten.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Theacaiberriesreview.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |

15

| WEBSITES NOT ASSOCIATED WITH DEFENDANTS AND/OR WITH NO INTERNET TRAFFIC | DECLARANT |
|---|---|
| Toothwhiteningresult.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Trials.idolhealth.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) |
| Trybrighter.com | Brozek (Better Business Bureau), Ex. 6 at 293 (ECF No. 5-8) |
| UltimatePureCleanse.com | Durham (FTC Employee), Ex. 50 at 2546 (ECF No. 9-4) |
| UltimatePurelift.com | Brozek (Better Business Bureau), Ex. 6 at 292 (ECF No. 5-8) Durham (FTC Employee), Ex. 50 at 2546 (ECF No. 9-4) |
| Ultracleansemax.com | Telephone no. list (GC Services CID Response), Ex. 9 at 786 (ECF No. 5-15) |
| Ultracleansemembers.com | Call Center Protocol (GC Services CID Response), Ex. 9 at 756 (ECF No. 5-14) |
| Usgrantkit.com | AtLast Fulfillment customer service script (AtLast Holdings CID Response), Ex. 11 at 1090 (ECF No. 6-3) |
| Valtrk.com | Advertisement (JTM CID Response), Ex. 3 at 236 (ECF No. 5-5) |
| Vibrantsmilemembers.com | Call Center Protocol (GC Services CID Response), Ex. 9 at 756 (ECF No. 5-14) |
| Virtualphonelookup.com | 2/1/10 Email from Graver to Rico (Graver CID Response), Ex. 8 at 653 (ECF No. 5-13) |
| Whiteningbrites.com | Napier (Consumer), Ex. 31 at 1895 (ECF No. 7-15) |
| Woot.com | Chen (Visa, Inc.), Ex. 39 at 2027 (ECF No. 9-14) |
| Ws6alert.com/index.php?ntrk=NREF | Brozek (Better Business Bureau), Ex. 6 at 293 (ECF No. 5-8) |
| Yourprofitgateway.com | Cooper (Consumer), Ex. 22 at 1760 (ECF No. 7-6) |

16

# Exhibit B

| | |
|---|---|
| From: | Craig Leonard |
| To: | jd.jesse@yahoo.com |
| Cc: | merchantman11@yahoo.com |
| Subject: | FW: JTM Creative |
| Date: | Friday, January 23, 2009 12:37:45 PM |
| Attachments: | Colon Cleanse Creative Info.doc |
| | AcaiBurn Creative Info.doc |
| | Grants Creative Info.doc |
| | Google Creative Info.doc |
| Importance: | High |

**From:** Lauren Rosen
**Sent:** Friday, January 23, 2009 12:24 PM
**To:** Craig Leonard
**Subject:** JTM Creative
**Importance:** High

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2650 - Release Date: 01/27/10 12:36:00

JTM_CD4_JESSE_EMAILS_000001

18

AcaiBurn

**From Lines:**
Detoxify Your Body
Body Detoxification
Free 14 Day Trial
Acai Berry Free Trial
Acai Weight Loss

**Subject Lines:**
Acai Super Food Diet
Lose Weight and Get Healthy Fast
Acai Berry Super Food
Celebrities Love the Acai Berry!
Kick-Start Your Weight Loss!
You Won't Believe the Latest Buzz in
Hollywood
Acai Berry Antioxidant Power Available
Now!
Feel a Gripping Urgency to Lose Weight
Fast?

**Email Creatives:**

1.)

JTM_CD4_JESSE_EMAILS_000002

19



2.)

JTM_CD4_JESSE_EMAILS_000003

PI Exhibit 3 Page 00223



3.)

JTM_CD4_JESSE_EMAILS_000004



JTM_CD4_JESSE_EMAILS_000005

**Colon Cleanse**

<u>From Lines:</u>

Celebrity Cleanse Detox
Celebrity Cleanse
Celeb Cleanse
Colon Detox
Colon Clean
Be Slim
Remove Excess Weight
Flatter Tummy
Flatten your Tummy
Tighten your Tummy

<u>Subject Lines:</u>
Cleanse – Lose Weight – Detox
Lose Weight Quickly and Naturally
Cleanse Your System & Get Slim
Detoxify while you Lose Weight Quickly
Next generation in Weight Loss and Natural Cleansing
cleanse your system
cleanse your colon
live healthier, cleanse your system
live longer, cleanse your system
live longer, clean your colon
Possibly the most effective colon cleanser in history
Colon Cleanse - No Prior Prescription Necessary
Colon Cleanse: Get the Body You Deserve
Colon Cleanse- Now Available Without a Prescription
Americas Strongest Colon Cleanser

**Creatives**

1.)
Cleanse Excess Waste

Flush Tons of Excess Weight for a Flatter Stomach

Finally fit into your favorite jeans.

BTW.... you can try our trial today.

http://www.valtrk.com/url/track.aspx?adid=1957&affid=77&subid=0

If you no longer wish to receive emails from us, please click here:

JTM_CD4_JESSE_EMAILS_000006

http://www.purecleansepro.com/unsubscribe_newsletter.php

Or write to us at:

Pure Cleanse Pro
3600 Army Post Road
Des Moines, IA 50321

2.)





3.)

JTM_CD4_JESSE_EMAILS_000007

24





4.}



JTM_CD4_JESSE_EMAILS_000008

**Google**

**From Lines:**
Google Business
Passive Google Profits
Make Money Online
Online Business
List Name
Easy Google Profit
Easy Profit
EGP

**Subject Lines:**
Let Google Make You Money While You Sleep
Easy To Do Online Business For You
Make New-Age Money Online with Google
Make Money Online Today
Simple Online Business Makes Money Fast
Simple Google Strategy to Put Cash in Your Pockets
Moms wanted- make money online, part time hours
Moms needed to work from home 10 hrs / week - great income
Easy Money with Google
Make Easy Money working with Google
Profit with Google
Put money into your bank account with Money from Google
Working from Home Profiting with Google is this Easy?
Google Business - Work from Home and Profit
Turnkey system profits for you 24/7
Turnkey system profits for you while you sleep
Run Your Own Business From Home and Profit with Google

**Test/Banner Creatives:**

1.)
It's easy to make up to $900 or more per day!
Just use your computer and fill out forms and you can earn cash!

http://www.valtrk.com/url/track.aspx?adid=1960&affid=77&subid=0

Google can help you make money quickly and easily so you never have to work from an
office again!

Don't let this opportunity pass you by!

http://www.valtrk.com/url/track.aspx?adid=1960&affid=77&subid=0

JTM_CD4_JESSE_EMAILS_000009

26

If you no longer wish to receive emails from us,
Please go to:
http://www.earncashfastwithgoogle.com/unsubscribe_newsletter.php

Or if you prefer, you can write to us at:

Google Cash
3600 Army Post Road
Des Moines, IA 50321

2.)



3.)

4.)

5.)

6.)



7.)

JTM_CD4_JESSE_EMAILS_000011



*Results Not Typical
† Plus applicable processing fees.

8.)

JTM_CD4_JESSE_EMAILS_000012



9.)

JTM_CD4_JESSE_EMAILS_000013



JTM_CD4_JESSE_EMAILS_000014

**Grants**

**From Lines:**
Re: Your Funds
Money to Vacation
Your Money?
Your money is ready
Your money to claim
Available in your area
Money for your area
Do you need money?
Get funding for school
Get funding to start business
Get medical funding
Get healthcare funding
Money for your bills
Gov Funding Directory
Gov Money Directory
Grant yourself money
Your government money
DO YOU NEED MONEY?
MONEY FOR HEALTHCARE?
Approval for your money
HEALTHCARE MONEY?
American Gov Money

**Subject Lines:**
Government Grants Now
US Citizen Grants
US citizen Money Available
Get Funding Fast
Government Funding Available
Get Money Fast
Money When You Need It Most
Gov Grant Funding
Grant Funding
New Way To Get Money
Fast "government grant money for citizens" Funding

**Text/banner Creative:**
1.)
Need Money? The Government Can Help!

You may qualify for government grant funding -- let us show you how to apply!
Grants are available for people like you who want to:

JTM_CD4_JESSE_EMAILS_000015

http://www.valtrk.com/url/track.aspx?adid=1959&affid=77&subid=0

Set up or expand a business
Get help paying their rent
Pay their bills
Go back to school
Buy or renovate real estate
Purchase new equipment

Our free CD will show you how you can find grants that may be right for you!

Simply order today and discover if you are eligible for interest-free government assistance!

http://www.valtrk.com/url/track.aspx?adid=1959&affid=77&subid=0

If you no longer wish to receive emails from us,
Please go to:
http://earncashfromgrants.com/unsubscribe_newsletter.php

Or if you prefer, you can write to us at:

Grant Software
3600 Army Post Road
Des Moines, IA 50321

2.)



3.)

4.)

5.)

JTM_CD4_JESSE_EMAILS_000016

**Email Creative:**

6.)



*results not typical

7.)

JTM_CD4_JESSE_EMAILS_000017



*results not typical

8.)

JTM_CD4_JESSE_EMAILS_000018

P1 Exhibit 3 Page 00238



JTM_CD4_JESSE_EMAILS_000019

Exhibit C

# Merchant Chargeback Monitoring Program
## Activity Statement

| Merchant: | ID THEFT | | Current Status: | Month 5 |
|---|---|---|---|---|
| Acquirer: | HARRIS NATIONAL ASSOCIATION | | Questionnaire Received: | 9/23/2008 |

**Merchant Descriptors:**

| BIN | Merchant Name | City | State | MCC |
|---|---|---|---|---|
| | ID THEFT | 866-239-6631 | FL | 5965 |
| | ID THEFT | 866-239-6535 | FL | 7997 |
| | ID THEFT | 866-488-1678 | FL | 7997 |
| | ID THEFT | 866-488-2478 | FL | 7997 |
| | ID THEFT | 866-680-5523 | FL | 7997 |
| | ID THEFT | 954-4577700 | FL | 5965 |

**Program Review Fees:**

| Date | Status | Amount |
|---|---|---|
| | | |

**Chargeback Handling Fees:**

| Date | Status | Amount |
|---|---|---|
| Oct-2008 | Processed | $31,000 |
| Nov-2008 | Processed | $27,650 |
| Dec-2008 | Processed | $19,950 |

**Merchant Activity:**

| Date | BIN | Name | Review Month | Int Count | Cbk Count | Cbk Ratio |
|---|---|---|---|---|---|---|
| Jul-2008 | | HARRIS NATIONAL ASSOCIATI | N | 3,915 | 177 | 4.52 |
| Aug-2008 | | HARRIS NATIONAL ASSOCIATI | 1 | 6,378 | 283 | 4.44 |
| Sep-2008 | | HARRIS NATIONAL ASSOCIATI | 2 | 8,766 | 360 | 4.11 |
| Oct-2008 | | HARRIS NATIONAL ASSOCIATI | 3 | 8,252 | 620 | 7.51 |
| Nov-2008 | | HARRIS NATIONAL ASSOCIATI | 4 | 5,427 | 553 | 10.19 |
| Dec-2008 | | HARRIS NATIONAL ASSOCIATI | 5 | 1,751 | 399 | 22.79 |

Chen Dec. Attach. G

Confidential
VISA 00060

# Exhibit D

Vance, Jennifer

| | |
|---|---|
| From: | Leidenthal, Robin |
| Sent: | Tuesday, September 01, 2009 1:46 PM |
| To: | Snow, Geoffrey; Vance, Jennifer |
| Subject: | Do these match what you have been researching? This is posted by Jesse Willms company |

Hello,

First off, I would like to apologize if you have had a negative experience with one of our products. If you have any questions or concerns please email us at "Support@DazzleWhite.com" and ask that the email me forwarded to Mark A. The email will be forwarded to my personal email and I will personally respond and assist you from that point. Here at Just Think Media customer service is one of our top priorities. We are constantly working hard to improve customer service in as many ways as possible. We strive to offer the customer the best support we possibly can. We always respond to all customer emails and complaints in a timely matter. We also offer 3 different ways to contact the company. We offer email support, live phone support, and live chat. All our contact phone numbers are listed below:

866-989-8945— AcaiBurn
866-989-8946— PureCleanse
866-989-8947— ResV
866-989-8949— Wu-Yi
866-989-8950— Google
866-989-8951— Grants
866-989-8952— Credit Report America
866-989-2684— Fraud Protection
866-989-2683— ID Theft
800-989-5907 — Comprehensive Weight Loss
866-989-2685 — Insider Secrets
866-989-2686 — Dazzle White
866-989-8952 — Credit Report America
866-989-2690 — PureLiftCream

All websites have the terms and conditions are listed in more than one place and clearly explain the offer details. The customer actually has to physically check a box stating they have read and agreed to the offer details in order to proceed with placing the order. The offer details are listed above the "check box" so the customer can clearly see the offer details before clicking "Yes, I agree".

Just Think Medias products are of the highest quality. All products consist of clinically proven ingredients. We are so confident in all our products that we offer a full 60 DAY MONEY BACK GUARANTEE on all physical products. All we request is that the customer simply return the unused portion within 60 days of being charged and we will offer them a full refund less the shipping charges.

Again, I do apologize if you have had a negative experience with our company. If you would like to contact me personally please email us at Support@dazzlewhite.com and ask that your email be forwarded to Mark A. I will personally respond to you from there.

Thank you,      **Chen Dec. Attach. E**
Mark A.

1

Confidential
VISA 00362

40

JustThink Media

Robin Leidenthal
Business Leader/Acceptance Risk
P. O. Box 8999
San Francisco, Ca. 94128

rleident@Visa.com | Visa Inc. | 650.432.3931

Confidential
VISA 00363

41