1

2

## DECLARATION OF ANDREA TAYLOR
### Pursuant to 28 U.S.C. §1746

3

4

I, Andrea Taylor declare as follows:

5

1.   I reside in Edmonton, Alberta, Canada. I have used the name Andrea Milton in the recent

6

past. The following facts are known to me personally and, if called as a witness, I could

7

and would competently testify to them.

8

9

2.   I have a business diploma in Operations Management from Durham College in Oshawa,

10

Ontario, Canada. In late August 2009, I needed a job and saw a job posting on an online

11

employment website for someone to assist with fraud detection. I forwarded my resume

12

by email, using the name Andrea Milton. A man named Kevin with a company called

13

Just Think Media called me and asked me to come in for an interview. The next day, I

14

went to Just Think Media's offices, which are located on the second floor of a three-story

15

office building on Sherwood Drive in Sherwood Park, a suburb of Edmonton. I met with

16

Kevin Bassinet and a man named Szymon, whose surname I do not know. We met in the

17

company's conference room. There were some products on display in the conference

18

room, including a colon cleanse product, a tooth whitening product, and a weight loss

19

product. Kevin explained that the company sold these products online and that the

20

position they were looking for someone to ferret out fraudulent orders for these products.

21

I was asked a few questions about my work experience and interests. That same week, I

22

went back to the company for a second, perfunctory interview with Jesse Willms, the

23

company's owner. I was hired within a day or two after the second interview, and I

24

started work at Just Think Media less than one week later.

25

26

3.   I observed that Just Think Media was an Internet technology website design company.

27

Most employees did not have clearly defined job titles, though most of the employees

28

were web designers. I worked in a room about the size of a large conference room with

Andrea Taylor Declaration - 1

1    about 11 or 12 other people. The room had desks, each with a computer, positioned

2    back-to-back around the walls of the room, though Jesse Willms has a desk in the middle

3    of the room. There were no dividers between desks. It was an open space. There was

4    very little talking. Communications between staff occurred using an instant messaging

5    system, although the web designers sometimes talked among themselves and joked

6    around about the pages they were developing for Just Think Media products and the

7    pictures that they found to use in the Just Think Media-designed websites.

8

9  4.    Kevin Bazinet was my direct superior and handled some office manager type duties.

10    Jesse Willms was the owner and clearly the boss. Szymon (LNU) was Jesse's right-hand

11    man. When Jesse traveled for business, Szymon went along. The company also

12    employed Jesse's sister, Kelsey, who seemed to have some office management duties. A

13    man named Hernan (LNU) had customer service responsibility. A few weeks after I was

14    hired, the company hired Brenda Gillam. She was responsible for certain customer

15    service duties and Hernan was her supervisor. There were also a part-time accounting

16    clerk, a receptionist, and a part-time payroll clerk. The web designers included a man

17    named Sameer and a man named Jeff. There was a guy named Mike, but I do not know

18    what his job duties were. He was not a web designer.

19

20  5.    The company's business was selling products online through a network of seven major

21    affiliates, most of whom had "sub-affiliates." The products were marketed through

22    various advertisements disseminated by the affiliates or their sub-affiliates. These

23    affiliates and sub-affiliates used Internet banners, sidebar advertisements, and pop-up

24    advertisements that appeared on many unrelated websites frequented by consumers.

25    When the consumer clicked on the banner ad, sidebar ad, or pop-up, their Internet

26    browser was directed to a website designed by Just Think Media programmers and web

27    designers. While I was there, the marketed products included a weight loss product

28    (pills), a tooth whitener (tube of paste), and a colon cleansing product (pills). All of these

Andrea Taylor Declaration - 2

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1   products were marketed through "free" trial offers. When a consumer saw the affiliate-
2   placed ad on a website and clicked on it, the consumer's computer or mobile device with
3   Internet access brought up the respective Just Think Media website. When there was a
4   sale, that is, when the consumer provided his or her credit card information at the Just
5   Think Media-designed website, the system identified which affiliate's advertisement led
6   to the sale. For example, a consumer might see a pop-up advertisement for tooth
7   whitener while visiting an unrelated website. When the consumer clicked on the pop-up,
8   the consumer's internet session jumped to a Just Think Media website advertising a free
9   trial of its tooth whitening product. If the consumer decided to try the free trial, he or she
10   provided credit card information in order to pay certain shipping and other costs, which
11   constituted a sale. All of the sales were made by credit card; there was no other way to
12   pay.

13

14   6.   My primary responsibilities were to review orders to ferret out those that were
15   fraudulent. It is my understanding that affiliates and sub-affiliates received a percentage
16   of each sale, so there was some incentive for them or their sub-affiliates to create phony
17   sales. My job was to try to spot the bogus sales. I received very little training at the
18   outset. Kevin Bassinet showed me the electronic data that the company received about
19   each sale, and explained what to look for in terms of fraud detection. For example, using
20   the company's electronic sales tracking system, I could see the details of all sales,
21   including specifics for every product or service for which a consumer was being charged,
22   as well as all of the information that a consumer provided, including the consumer's
23   address, phone number, email address, and any comments. I could sort the database
24   using any of these. Each affiliate and sub-affiliate was assigned a number in the system.
25   I could also sort the sales information by product or by affiliate number.

26

27   7.   On a daily basis, I sorted the sales data so that I could see which affiliate or sub-affiliates
28   generated the most sales or leads that converted to sales. I then reviewed the sales

Andrea Taylor Declaration - 3

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

PI Exhibit 58 Page 03005

1  generated by the top 50 or so affiliates and sub-affiliates, by product, and by volume. For

2  example, on a given day, I would look at the sales completed for the DazzleWhitePro

3  trial offer and figure out which affiliates and sub-affiliates had the most sales by volume.

4  I drilled down into the sales data to look for any indicia of fraudulent sales. I was

5  attempting to spot bogus sales, presumably those entered by an affiliate or sub-affiliate

6  interested in increasing its commissions.

7

8  8.  It is my understanding that multiple bogus sales can be entered via an Internet bot, a

9  software application that runs automated tasks over the Internet, performing simple,

10  repetitive tasks much more quickly than a human can. In this case, bots would load fake

11  names, email addresses, shipping addresses, and so on, presumably to increase the

12  commissions to the sub-affiliate who launched the bot. If I found multiple sales

13  generated from the same affiliate involving the use of similar hotmail or other email

14  addresses, such as "123@live.com," "456@live.com," and so on 10, or 20 or more times,

15  I presumed those to be fraudulent orders.

16

17  9.  It is my understanding that after consumers submitted their credit card information, they

18  were presented with an opportunity to answer a question about how they had learned of

19  the free trial offer to which they had just responded. Thus, if there were several

20  transactions in which consumers' responses to this question were typed in identically, I

21  presumed those orders were fraudulent. For example, if the word "Google" was typed in

22  all small case or all upper case letters, repeatedly, that was a red flag. I looked for any

23  indications that sales were not made by random consumers ordering products from Just

24  Think Media websites. If I could show that a sub-affiliate was entering fraudulent

25  orders, I reported the sub-affiliate to the affiliate that brought the sub-affiliate onto the

26  network. In the month of August 2009, I created a list of all of the fraudulent orders that

27  I detected, by affiliate. A true and correct copy of that list is attached to this declaration

28  as Attachment A. The column on the left is the number of fraudulent orders detected in

Andrea Taylor Declaration - 4

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1  August 2009, the numbers under "affiliate" denote the subaffiliate responsible for the

2  fraudulent orders, and the "product" column indicates the JTM product website where the

3  sale transaction occurred. Although I was told to detect and report these fraudulent

4  orders to the affiliates, I was not asked to cancel the fraudulent orders.

6  10.  I was also instructed to find any indication that a sale was "incentivized" and to cancel

7  those orders. For example, the products were not to be sold on Craigslist, but only

8  through Just Think Media websites. If consumers responded to the question about how

9  they learned of the free trial offer by noting that they had learned of it on Craigslist, I

10  canceled the sale. Similarly, the products could not be sold at websites like

11  www.freebies.com, where the consumer would have an incentive, other than interest in

12  the product, to purchase. Sub-affiliates that used incentivized sales were "shut down"

13  and prohibited from generating further sales (or receiving commissions on sales) with

14  regard to that particular product, though they were permitted to continue to generate sales

15  for the other Just Think Media products.

17  11.  Sometimes, rather than answering the question regarding where the customer learned

18  about the product, customers posted comments like "please stop charging my credit

19  card," or "please cancel this subscription." In some instances, customers wrote entire

20  paragraphs complaining about the product and advising that they no longer wanted it.

22  12.  Initially, when I determined that an order was fraudulent, I emailed the information about

23  that order to the affiliate responsible for the sub-affiliate that generated the order. In my

24  email, I explained that we had determined the order was fraudulent and wanted a credit

25  for the amount that we had paid that affiliate for that order. After several weeks, I

26  streamlined the process. First, we set up a new email address for me, which was

27  fraud@justthinkmedia.com. I also created an invoice so that I could list the fraudulent

28  sales, the respective sub-affiliate numbers, and the total credits that were due to Just

Andrea Taylor Declaration - 5

PI Exhibit 58 Page 03007

1    Think Media as a result of the fraudulent orders. In addition, I created a spreadsheet

2    listing each affiliate and the fraudulent orders, as well as the reason they were considered

3    fraudulent. I emailed the spreadsheets to the affiliates on a daily basis and the invoice on

4    a weekly basis. It is my understanding that these credits were deducted from the amounts

5    due from Just Think Media to the affiliates for the sales they generated, or were paid

6    directly to Just Think Media if Just Think Media had already paid the commissions on

7    those sales. Some of these bogus transactions may have eventually been disputed and

8    charged back, but I do not know how that was accounted for at the company.

9

10   13.   Along with the invoice listing fraudulent sales, I sent a standard email message advising

11        the affiliate that its offending sub-affiliate was no longer allowed to generate sales for the

12        product for which they had generated fraudulent sales. The subaffiliate was, however,

13        allowed to continue to generate sales for Just Think Media's other products. The

14        verbiage in this email message was in use at the time that I arrived and Kevin instructed

15        me to continue to use it. I observed that once we sent such a letter to an affiliate about

16        one of its sub-affiliates, we did not receive further orders generated by that sub-affiliate

17        for that product. A true and correct copy of such an email is attached to this declaration

18        as Attachment B. Attachment B includes email correspondence between me and one of

19        the affiliates. I do not know who at Just Think Media was making the "customer

20        confirmation call backs" referenced in this email message. I have no idea if those "call

21        backs" were made or not.

22

23   14.   All of the company's products were sold through "free" trial offers. It was not possible,

24        however, for a customer to receive the advertised free trial offer without also being billed

25        for at least two other products, known as "add-ons." For example, if a consumer wanted

26        to get a free trial supply of the colon cleanse product, the consumer also had to buy

27        something called "World Book" or "World Health," and was charged an amount less than

28        $10 for shipping of the colon cleanse product, as well as two recurring monthly charges

Andrea Taylor Declaration - 6

FEDERAL TRADE COMMISSION
915 Second Ave., Ste. 2896
Seattle, Washington 98174
(206) 220-6350

1    for the two additional products. These additional products were not mentioned until the

2    consumer got to the "order page" where the consumer entered credit card information to

3    pay the shipping costs for the free trial. On the order page, there were fine print

4    disclosures regarding the recurring monthly charges for the additional two products or

5    add-ons, and the fact that unless the consumer canceled, the consumer would continue to

6    receive product and be charged for it on a recurring monthly basis. Apparently, some

7    people did not see or read these disclosures. Other times these costs were disclosed in

8    the "terms and conditions" that a customer agreed to in the process of ordering the free

9    trial. These additional products, which were actually additional websites designed by

10   Just Think Media, contained information on specific topics, such as diet and exercise.

11   Login information for accessing these websites was generally included with the

12   consumer's receipt.

14   15.   Toward the end of my tenure at Just Think Media, I was asked to review websites that

15   were not yet posted, to make sure that the hyperlinks worked, to check for typographical

16   errors, and so on. Initially, I found all sorts of grammatical and spelling errors, which I

17   highlighted. I was told, I believe by Szymon, not to worry about spelling and

18   grammatical errors because the editor would do that, and because the sites would only

19   run for a short period of time. I was told to check that the hyperlinks to the ordering

20   pages worked. None of the websites stayed up long, but the same verbiage and format

21   was used repeatedly.

23   16.   Near the end of my tenure at Just Think Media, I was asked to assist with processing

24   product returns. These were products returned by customers. Some days there were no

25   returns and some days there were as many as 20 or 30. Sometimes the packages had

26   letters enclosed asking the company for refunds or requesting that the recurring monthly

27   charges to their credit cards stop. I read letters in which the customers explained that

28   they did not want the product. Some customers complained that the product had

Andrea Taylor Declaration - 7

1   damaged their gums (tooth whitener). I also read letters in which consumers explained

2   that they had tried to cancel the recurring charges through the company's customer

3   service system, but were unsuccessful. These customers asked that the company stop

4   charging their credit card. Sometimes there were letters from attorneys enclosed with the

5   product returns. If a customer wanted to cancel, I was instructed by Kevin to go into the

6   system and cancel the order. Kevin also instructed me to open packages and return

7   unopened product to the back holding area. I informed Mike, the fellow who handled

8   this mail, of the name and address of the consumer who had returned product, and

9   whether the account was still active in the system. I do not know how consumers knew

10  to send returns to Just Think Media's Sherwood Park address. That address is not on any

11  of the websites or on the product packaging, so far as I know.

12

13  17.   I continued to look for work while I was employed at Just Think Media. In September

14  2009, I got another job, and I advised Jesse Willms that I was leaving. I left in late

15  September 2009. I worked at Just Think Media for approximately one month.

16

17  I verify under penalty of perjury under the laws of the United States of America that the

18  foregoing is true and correct.

19

20  Dated: 6 November 2010                    _____

21                                           Andrea Taylor

22

23

24

25

26

27

28

Andrea Taylor Declaration - 8

| From: | Andrea Milton |
|---|---|
| To: | Jesse Willms |
| Subject: | Re: Today |
| Date: | Tuesday, September 01, 2009 12:54:50 PM |
| Attachments: | August Credit Requests.xlsx |

Hi Jesse,

Here is the month end collection sheet for August. I have emailed out final numbers today to all networks, and you will note that ClickBooth has already paid a bunch of their credits. I will be following up on this and will give you status updates.

I will be starting the new invoicing process with the mail outs starting on Friday. Hopefully this way we can receive payments weekly!

Thanks,

Andrea

On Tue, Sep 1, 2009 at 8:21 AM, Jesse Willms <jd.jesse@yahoo.com> wrote:
  Both

> --- On **Tue, 9/1/09, Andrea Milton <_andrea@justthinkmedia.com_>** wrote:
>
> From: Andrea Milton <andrea@justthinkmedia.com>
> Subject: Re: Today
>
> To: "Jesse Willms" <jd.jesse@yahoo.com>
> Date: Tuesday, September 1, 2009, 7:14 AM
>
> Do you want just what is outstanding?
>
> On Tue, Sep 1, 2009 at 8:06 AM, Jesse Willms <jd.jesse@yahoo.com>
> wrote:
>   Thank you, can you get me a list of everyone who was fraud in august
>   (like we had in july)?
>
>   Jesse
>
>   --- On **Mon, 8/31/09, Andrea Milton
>   <_andrea@justthinkmedia.com_>** wrote:
>
>     From: Andrea Milton <andrea@justthinkmedia.com>
>     Subject: Today
>     To: "Jesse Willms" <jd.jesse@yahoo.com>
>     Date: Monday, August 31, 2009, 4:01 PM
>
>     Here is what I did today:

Attachment A

Reconciled credit memo's received from ClickBooth against our
records to ensure complete payment was received.
Worked with ClickBooth on new fraud from one of their networks
due to increase in fraud from several of their subs.
Went through top 50 looking for incentive ordering....everything
was fine.
Created fraud spreadsheet, emailed networks.
Worked with Santosh on several csv file problems that needed to
be fixed in order to work on fraud.
Continued website testing for Szymon.

--
Andrea Milton
Quality Assurance
andrea@justthinkmedia.com

msn: andrea@justthinkmedia.com
aol: andreajtm

780.416.0211 office
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is
for the intended recipient(s) alone. It may contain privileged and
confidential information that is exempt from disclosure under law
and if you are not an intended recipient, you must not copy,
distribute or take any action in reliance on it. If you have received
this e-mail in error, please notify us immediately.

--
Andrea Milton
Quality Assurance
andrea@justthinkmedia.com

msn: andrea@justthinkmedia.com
aol: andreajtm

780.416.0211 office
780.416.0218 fax

JustThink Media Inc.
www.justthinkmedia.com

Confidentiality Notice: The information contained in this e-mail is for the
intended recipient(s) alone. It may contain privileged and confidential
information that is exempt from disclosure under law and if you are not an
intended recipient, you must not copy, distribute or take any action in

reliance on it. If you have received this e-mail in error, please notify us immediately.

--

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.733 / Virus Database: 271.1.1/2650 - Release Date: 01/27/10 12:36:00

PI Exhibit 58 Page 03013

| Quantity | Affiliate | Product | |
|----------|-----------|---------|---|
| **ADVALIENT** | | | |
| 9 | 5998 | DazzleWhitePro | |
| 13 | 5789 | DazzleWhitePro | |
| 12 | 5129 | AcaiBurnExtreme | |
| 37 | 4516 | PremuimAcaiBurn | |
| 12 | 4516 | dazzlewhitepro.com | |
| 9 | 4944 | AcaiBurnExtreme | |
| 9 | 5183 | ultrapurecleanse | |
| 8 | 5547 | ultrapurecleanse | |
| 9 | 5183 | ultrapurecleanse | |
| 9 | 4944 | acaiburnextreme.com | |
| 17 | 1836 | acaiforcemax.com | |
| 79 | 1836 | acaiburnextreme.com | |
| 9 | 5372 | acaislimplus | |
| 4 | 1836 | dazzlesmilepro | |
| 84 | 4516 | dazzlesmilepro | |
| 14 | 3795 | acaislimplus.com | |
| 8 | 4279 | ultracleanseplus.com | |
| 8 | 5993 | dazzlesmilepro.com | |
| | | | |
| **Azoogle** | | | |
| 5 | 40763 | Acaiburnextreme | |
| 1 | 38173 | dazzlewhitepure | |
| 10 | 33450 | pureliftultra | |
| 10 | 1926 | dazzlesmilepro.com | |
| | | | |
| **Bloosky** | | | |
| 11 | 1827 | acaiforcemax.com | |
| 12 | 1952 | dazzlesmilepro.com | |
| 1 | 1952 | dazzlesmilepro.com | |
| | | | |
| **ClickBooth** | | | |
| 25 | CD14119_49692 | dazzlewhitepro | |
| 20 | CD18280 | dazzlewhitepro | |
| 24 | CD51370_513663 | naturepure | |
| 15 | CD61344 | AcaiBurnExtreme | |
| 9 | CD96869 | dazzlewhitepro | |
| 16 | CD97568 | acaiburnedge | |
| 12 | CD94276 | pureresv | |
| 9 | CD91523 | naturepure | |
| 134 | affiliace | acaiburndetox | |
| 21 | cd82193_ | acaiburndetox | |
| 8 | CD10613 | acaiburndetox.com | **PAID** |
| 18 | CD51099_ | naturepurecleanse | **PAID** |
| 10 | CD82193_ | naturepurecleanse | **PAID** |

| | | | |
|---|---|---|---|
| 11 | CD96869 | dazzlewhitepro.com | PAID |
| 8 | ndemandaffiliates | acaiburnedge.com | PAID |
| 8 | ndemandaffiliates | pureresv.com | PAID |
| 8 | CD52466 | naturepurecleanse | PAID |
| 99 | affiliace | acaislimdetox.com | PAID |
| 8 | CD10613 | acaislimdetox.com | PAID |
| 23 | CD82193 | dazzlesmilepro.com | PAID |
| 11 | CD82193_ | acaislimedge.com | PAID |
| 8 | CD96869 | dazzlesmilepro.com | PAID |
| 9 | ndemandaffiliates | purerezver.com | PAID |
| 8 | CD51099_340 | acaiforcemax.com | |
| 9 | CD51099_1363 | acaiforcemax.com | |
| 15 | CD51099_1527 | acaiforcemax.com | |
| 8 | CD51099_1593 | acaiforcemax.com | |
| 9 | CD51099_1639 | acaiforcemax.com | |
| 13 | CD87156 | premiumacaislim.com | |
| 8 | CD91412 | acaiforcemax.com | |
| 6 | CD10613 | purerezver.com | PAID |
| 6 | CD10613 | purerezver.com | |
| 15 | CD51099_ | acaiforcemax.com | PAID |
| 9 | CD51099_ | acaiforcemax.com | |
| 6 | CD52466 | ultracleanseplus.com | PAID |
| 2 | CD52466 | ultracleanseplus.com | |
| 5 | CD87156 | acaislimedge.com | PAID |
| 3 | CD87156 | acaislimedge.com | |

**Copeac**

| | | |
|---|---|---|
| 8 | 29625 | naturepurecleanse |
| 9 | 23671 | acaiburnextreme |

**CX**

| | | |
|---|---|---|
| 11 | 31853 | dazzlesmilepro |
| 11 | 29952 | premiumacaislim |
| 1 | 10582 | dazzlewhitepro |
| 1 | 21938 | pureliftcream |
| 12 | 29039 | dazzlesmilepro |
| 2 | 29952 | premiumacaislim.com |
| 3 | 29952 | premiumacaislim.com |
| 8 | 33246 | premiumacaislim.com |

**eAdvertising**

| | | |
|---|---|---|
| 19 | 401574 | AcaiBurnExtreme |

**Market Leverage**                                    **CREDITS ON SEPT 1 INVOICE**

| | | |
|---|---|---|
| 1 | cd1664 | PremiumAcaiBurn |
| 9 | cd13944 | acaiburnplus |
| 9 | flux | premiumacaislim |
| 8 | cd87156 | acaislimedge |
| 17 | cd16854 | acaislimplus |
| 12 | cd15001 | premiumacaislim |
| 9 | cd6741 | premiumacaislim |
| 12 | CD17805 | premiumacaislim.com |
| 9 | CD19413 | acaiforcemax.com |
| 9 | flux | acaiforcemax.com |
| 10 | CD13994 | acaislimplus.com |

**Neverblue**

| | | |
|---|---|---|
| 15 | 60488 | acaiforcemax |
| 199 | 57768 | premiumacaiburn |
| 10 | 11392 | premiumacaiburn |
| 10 | 11380 | ultrapurecleanse |
| 26 | 119252 | premiumacaiburn |
| 12 | 61300 | AcaiBurnExtreme |
| 22 | 107739 | PremiumAcaiBurn |
| 28 | 113880 | ultrapurecleanse |
| 35 | 69613 | AcaiBurnExtreme |
| 18 | 115558 | PremiumAcaiBurn |
| 12 | 99181 | PremiumAcaiBurn |
| 9 | 107739 | naturepurecleanse |
| 17 | 107739 | acaislimplus |
| 14 | 107739 | acaiforcemax |
| 28 | 107739 | acaiburnplus |
| 11 | 55697 | ultracleanseplus.com |
| 13 | 119252 | acaiforcemax.com |
| 4 | 119252 | acaiforcemax.com |
| 2 | 119252 | acaiforcemax.com |
| 4 | 119252 | acaiforcemax.com |
| 8 | 119886 | ultracleanseplus.com |
| 9 | 126248 | purerezver.com |

| | |
|---|---|
| From: | lrosen@mediatrust.com |
| To: | Fraud; Mahshid Meisami |
| Subject: | RE: Notice of Fraudulent Transactions |
| Date: | September-22-09 8:25:55 AM |

Hi Andrea,

Only 17 leads were scrubbed for this affiliate, since that's the amount that we tracked, we cannot scrub 18.

Thanks,

Lauren

---

**From:** andrea@justthinkmedia.com [mailto:andrea@justthinkmedia.com] **On Behalf Of** Fraud
**Sent:** Monday, September 21, 2009 3:17 PM
**To:** Lauren Rosen; Mahshid Meisami
**Subject:** Notice of Fraudulent Transactions

Advaliant

Attention: Lauren Rosen

Re:     Notice of Fraudulent Transactions

Please find attached our fraud transaction reports for your network. After conducting standard customer confirmation call backs, during which a thank you call is placed to the customer within 60 minutes of the order being placed, the reported customers denied making a purchase on our site(s). This information is combined with occurrence frequency in relation to the total number of generated leads through which offending affiliates are identified.

As we are notifying you within twenty four (24) hours, it is anticipated that the affiliate(s) listed in the report shall be removed from our offer(s) and that any payments made to the said affiliate(s) shall be refunded via credits logged at the time of this notice and then subtracted from the final invoice at the end of the month.

Please acknowledge receipt of this notice as soon as possible by replying to fraud@justthinkmedia.com

--
Andrea Milton
Quality Assurance
andrea@justthinkmedia.com

Attachment B

JTM 10116

PI Exhibit 58 Page 03017