# DECLARATION OF BURTON EGGERTSEN
Pursuant to 28 U.S.C. § 1746

I, Burton Eggertsen, declare as follows:

1.     I am a summer law clerk at the Federal Trade Commission's Northwest Regional Office. I am about to enter my third year as a law student at New York University Law School. The following facts are known to me personally and if called as a witness I could and would competently testify thereto.

2.     On or about June 9, 2011, I was provided a list of websites by Kathryn Decker, an attorney at the Federal Trade Commission. She asked that I visit each website to see if they were active and to record what I saw on each one. The websites are listed in Attachment A.

3.     On or about June 9, 2011, I visited each of these websites. I went through the terms and conditions of each site, the privacy statements, and contact information, and entered search terms and proceeded through the results to the final payment page. I recorded pricing information, contact information, company names, trademarks, and the general format of each site.

4.     The addresses of some websites on page MAFG 494 were cut off; in those cases I searched for what appeared on MAFG 494 as well as common endings of other websites. For example, for what was listed as "ancestryfre" I searched ancestryfreeinc.com, ancestryfree123.com, and ancestryfree321.com.

5.     I revisited the sites on July 5, 2011 and July 18, 2011. On those dates I recorded changes that had been made to the websites.

6.     Based on my research, all the active sites except for familyandhistory.com perform general people-searches. The consumer enters either a name or phone number, and the website claims to locate records about that person. The front page of each site also has an "as seen on" section at the bottom, stating that the website has been seen on various news programs (such as Fox News and ABC) and the sites of certain organizations (such as Brigham Young University). After a search term is entered, a page comes up stating that the search is "processing." Then a new link appears. That link brings up a new "processing" page, which

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

1  again brings up a new link when the processing is finished.  That link brings up the payment

2  page.

3        7.    In total I looked at 45 websites.  Of these, 17 were active.  These websites, except

4  for familyandhistory.com, were very similar in appearance and function.  They all had the same

5  $1 dollar initial fee, and stated multiple times and in different locations that the total cost was $1.

6  Nine sites had a seven-day trial followed by an $18.95 per month charge.  Seven had a five-day

7  trial followed by a $19.95 per month charge.  There were some differences in the owning

8  company that was listed, cancellation procedures, contact information, and payment information.

9  In the following paragraphs, I summarize what I found on each website.

10                          **ancestrysearchinc.com**

11       8.    On or about June 9, 2011, ancestrysearchinc.com was active.  The "privacy"

12  section states that the site is owned by "Mobile Web Media and its affiliated companies," and

13  that the privacy agreement became effective February 9, 2010.  The "terms" section says that the

14  company's address is 147 West Election Road, Suite 200, Draper, Utah 84020.  The contact

15  information for the site is privacy@ancestrysearchinc.com and legal@ancestrysearchinc.com.

16  After the second "processing" page, the site states that the search costs $1.  At the top of the

17  payment page it states that the total charge is $1.  After scrolling down, there is a box to the side

18  of the area where the consumer enters payment information.  It states that by entering his or her

19  information, the consumer is signing up for a seven day free trial, after which the consumer will

20  be charged $18.95 per month.

21       ·9.    On July 5, 2011, ancestrysearchinc.com was active.  The front page and

22  processing pages had new graphics.

23       10.    On July 18, 2011, ancestrysearchinc.com was unavailable.

24                          **cellphonenumberlookups123.com**

25       11.    On or about June 9, 2011, cellphonenumberlookups123.com was active.  The

26  "privacy" section states that the site is owned by "Mobile Web Media and its affiliated

27  companies," and that the privacy agreement became effective February 9, 2010.  The "terms"

28  section says that the company's address is 147 West Election Road, Suite 200, Draper, Utah

Burton Eggertsen  Declaration - Page 2 of 11

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

84020. The contact information for the site is privacy@cellphonelookups123.com and legal@cellphonelookups123.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box to the side of the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a seven day free trial, after which the consumer will be charged $18.95 per month.

12.     On July 5, 2011, cellphonenumberlookups123.com was still active. The front page and processing pages had new graphics.

13.     On July 18, 2011, cellphonenumberlookups123.com was unavailable.

### peoplefind123.com

14.     On or about June 9, 2011, peoplefind123.com was active. The "privacy" section states that the site is owned by "Mobile Web Media and its affiliated companies," and that the privacy agreement became effective February 9, 2010. The "terms" section says that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site is privacy@peoplefind123.com and legal@peoplefind123.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box to the side of the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a seven day free trial, after which the consumer will be charged $18.95 per month.

15.     On July 5, 2011, peoplefind123.com was active. The front page and processing pages had new graphics.

16.     On July 18, 2011, peoplefind123.com was unavailable.

### peoplesearchesinc.com

17.     On or about June 9, 2011, peoplesearchesinc.com was active. The "privacy" section states that the site is owned by "Mobile Web Media and its affiliated companies," and that the privacy agreement became effective February 9, 2010. The "terms" section says that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact

Burton Eggertsen  Declaration - Page 3 of 11
PI Exhibit 64 Page 03200

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

1  information for the site is privacy@peoplesearchesinc.com and legal@peoplesearchesinc.com.

2  After the second "processing" page, the site states that the search costs $1. At the top of the

3  payment page it states that the total charge is $1. After scrolling down, there is a box to the side

4  of the area where the consumer enters payment information. It states that by entering his or her

5  information, the consumer is signing up for a seven day free trial, after which the consumer will

6  be charged $18.95 per month.

7    18.    On July 5, 2011, peoplesearchesinc.com was active. The front page and

8  processing pages had new graphics.

9    19.    On July 18, 2011, peoplesearchesinc.com was active.

10                         **surnamesinc.com**

11    20.    On or about June 9, 2011, surnamesinc.com was active. The "privacy" section

12  states that the site is owned by "Mobile Web Media and its affiliated companies," and that the

13  privacy agreement became effective February 9, 2010. The "terms" section says the company's

14  address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for

15  the site was privacy@deathcertificatesinc.com and legal@deathcertificatesinc.com. The

16  trademark for the website was blank; it was simply a "™" without other words. After the second

17  "processing" page, the site states that the search costs $1. At the top of the payment page it

18  states that the total charge is $1. After scrolling down, there is a box to the side of the area

19  where the consumer enters payment information. It that states that by entering his or her

20  information, the consumer is signing up for a seven day free trial, after which the consumer will

21  be charged $18.95 per month.

22    21.    On July 5, 2011, surnamesinc.com was active. The front page and processing

23  pages had new graphics. The contact information was changed to privacy@surnamesinc.com

24  and legal@surnamesinc.com. The trademark was changed to Surnames Inc™.

25    22.    On July 18, 2011, surnamesinc.com was unavailable.

26                         **whitepages321.com**

27    23.    On or about June 9, 2011, whitepages321.com was active. The "privacy" section

28  states that the site is owned by "Mobile Web Media and its affiliated companies," and that the

Burton Eggertsen Declaration - Page 4 of 11
PI Exhibit 64 Page 03201

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

1  privacy agreement became effective February 9, 2010.  The "terms" section says that the

2  company's address is 147 West Election Road, Suite 200, Draper, Utah 84020.  The contact

3  information for the site is privacy@whitepages321.com and legal@whitepages321.com.  After

4  the second "processing" page, the site states that the search costs $1.  At the top of the payment

5  page it states that the total charge is $1.  After scrolling down, there is a box to the side of the

6  area where the consumer enters payment information.  It states that by entering his or her

7  information, the consumer is signing up for a seven day free trial, after which the consumer will

8  be charged $18.95 per month.

9      24.     On July 5, 2011, whitepages321.com was active.  The front page had new

10  graphics.

11      25.     On July 18, 2011, whitepages321.com was unavailable.

12                          **cellphonelookupus.com**

13      26.     On or about June 9, 2011, cellphonelookupus.com was active.  The "privacy"

14  section states that the site is owned by "Mobile Web Media and its affiliated companies," and

15  that the privacy agreement became effective February 9, 2010.  The "terms" section says that the

16  company's address is 147 West Election Road, Suite 200, Draper, Utah 84020.  The contact

17  information for the site is privacy@cellphonelookupus.com and legal@cellphonelookupus.com.

18  After the second "processing" page, the site states that the search costs $1.  At the top of the

19  payment page it states that the total charge is $1.  After scrolling down, there is a box to the side

20  of the area where the consumer enters payment information.  It states that by entering his or her

21  information, the consumer is signing up for a five day free trial, after which the consumer will be

22  charged $19.95 per month.

23      27.     On July 5, 2011, cellphonelookupus.com was active.  The front page and

24  processing pages had new graphics.

25      28.     On July 18, 2011, cellphonelookupus.com was partially active.  The front page

26  and processing pages were online, but the final payment page was unavailable.

27                          **freepeoplesearchltd.com**

28      29.     On or about June 9, 2011 freepeoplesearchltd.com was active.  The "privacy"

Burton Eggertsen  Declaration - Page 5 of 11

FEDERAL TRADE COMMISSION
915 Second Ave ., Su  2896
Seattle, Washington 98174
(206) 220-6350

PI Exhibit 64 Page 03202

1   section states that the site is owned by "Mobile Web Media and its affiliated companies," and

2   that the privacy agreement became effective February 9, 2010. The "terms" section says that the

3   company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact

4   information for the site is privacy@freepeoplesearchltd.com and

5   legal@freepeoplesearchltd.com. After the second "processing" page, the site states that the

6   search costs $1. At the top of the payment page it states that the total charge is $1. After

7   scrolling down, there is a box to the side of the area where the consumer enters payment

8   information. It states that by entering his or her information, the consumer is signing up for a

9   five day free trial, after which the consumer will be charged $19.95 per month.

10       30.    On July 5, 2011, freepeoplesearchltd.com was active. The front page and

11   processing pages had new graphics.

12       31.    On July 18, 2011, freepeoplesearchltd.com was unavailable.

13                              **publicrecords1.com**

14       32.    On or about June 9, 2011, publicrecords1.com was active. The "privacy" section

15   states that the site is owned by "Mobile Web Media and its affiliated companies," and that the

16   privacy agreement became effective February 9, 2010. The "terms" section says that the

17   company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact

18   information for the site is privacy@publicrecords1.com and legal@publicrecords1.com. After

19   the second "processing" page, the site states that the search costs $1. At the top of the payment

20   page it states that the total charge is $1. After scrolling down, there is a box to the side of the

21   area where the consumer enters payment information. It states that by entering his or her

22   information, the consumer is signing up for a five day free trial, after which the consumer will be

23   charged $19.95 per month.

24       33.    On July 5, 2011, publicrecords1.com was active. The front page and processing

25   pages had new graphics.

26       34.    On July 18, 2011, publicrecords1.com was active.

27                          **cellphonenumberlookupus.com**

28       35.    On or about June 9, 2011, cellphonenumberlookupus.com was active. The

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

Burton Eggertsen  Declaration - Page 6 of 11

PI Exhibit 64 Page 03203

1   "privacy" section says that the privacy agreement became effective March 1, 2011. The "terms"

2   section states that the company's name is Cell Phone Number Lookup, Inc., that the governing

3   law is that of the State of Washington, and that the company's address is 147 West Election

4   Road, Suite 200, Draper, Utah 84020. The contact information for the site is

5   legal@cellphonenumberlookupus.com. After the second "processing" page, the site states that

6   the search costs $1. At the top of the payment page it states that the total charge is $1. After

7   scrolling down, there is a box separate from the area where the consumer enters payment

8   information. It states that by entering his or her information, the consumer is signing up for a

9   five day free trial, after which the consumer will be charged $19.95 per month. Beneath the

10  monthly payment information on the payment page, the site states that to cancel the membership,

11  the consumer must call the number on his or her credit card bill.

12      36.   On July 5, 2011, cellphonenumberlookupus.com was active.

13      37.   On July 18, 2011, cellphonenumberlookupus.com was unavailable.

14                         **freeinmatelookupus.com**

15      38.   On or about June 9, 2011, freeinmatelookupus.com was active. The "privacy"

16  section stated that the privacy agreement became effective March 1, 2011. The "terms" section

17  states that the company's name is Free Inmate Lookup, Inc., that the governing law is that of the

18  State of Washington, and that the company's address is 147 West Election Road, Suite 200,

19  Draper, Utah 84020. The contact information for the site is legal@freeinmatelookupus.com.

20  After the second "processing" page, the site states that the search costs $1. At the top of the

21  payment page it states that the total charge is $1. After scrolling down, there is a box separate

22  from the area where the consumer enters payment information. It states that by entering his or

23  her information, the consumer is signing up for a five day free trial, after which the consumer

24  will be charged $19.95 per month. Beneath the monthly payment information on the payment

25  page, the site states that to cancel the membership, the consumer must call the number on their

26  credit card bill.

27      39.   On July 5, 2011, freeinmatelookupus.com was active.

28      40.   On July 18, 2011, freeinmatelookupus.com was unavailable.

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

1

**freepublicrecordsus.com**

2    41.    On or about June 9, 2011, freepublicrecordsus.com was active. The "privacy"

3 section stated that the privacy agreement became effective March 1, 2011. The "terms" section

4 states that the company's name is Free Public Records, Inc., that the governing law is that of the

5 State of Washington, and that the company's address is 147 West Election Road, Suite 200,

6 Draper, Utah 84020. The contact information for the site is legal@freepublicrecordsus.com.

7 After the second "processing" page, the site states that the search costs $1. At the top of the

8 payment page it states that the total charge is $1. After scrolling down, there is a box separate

9 from the area where the consumer enters payment information. It states that by entering his or

10 her information, the consumer is signing up for a five day free trial, after which the consumer

11 will be charged $19.95 per month. Beneath the monthly payment information on the payment

12 page, the site states that to cancel the membership, the consumer must call the number on their

13 credit card bill.

14    42.    On July 5, 2011, freepublicrecordsus.com was active.

15    43.    On July 18, 2011, freepublicrecordsus.com was unavailable.

16

**peoplefinderus.com**

17    44.    On or about June 9, 2011, peoplefinderus.com was active. The "privacy" section

18 states that the privacy agreement became effective March 1, 2011. The "terms" section states

19 that the company name is People Finder, Inc., that the governing law is that of the State of

20 Washington, and that the company's address is 147 West Election Road, Suite 200, Draper, Utah

21 84020. The contact information for the site is legal@peoplefinderus.com. After the second

22 "processing" page, the site states that the search costs $1. At the top of the payment page it

23 states that the total charge is $1. After scrolling down, there is a box separate from the area

24 where the consumer enters payment information. It states that by entering his or her

25 information, the consumer is signing up for a five day free trial, after which the consumer will be

26 charged $19.95 per month. Beneath the monthly payment information on the payment page, the

27 site states that to cancel the membership, the consumer must call the number on their credit card

28 bill.

Burton Eggertsen  Declaration - Page 8 of 11

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

1   45.   On July 5, 2011, peoplefinderus.com was active.

2   46.   On July 18, 2011, peoplefinderus.com was active.

3   **freepeoplesearch321.com**

4   47.   On or about June 9, 2011, freepeoplesearch321.com was active.  The "privacy"
5   section states that the site is owned by "Mobile Web Media and its affiliated companies," and
6   that the privacy agreement became effective February 9, 2010.  The "terms" section says that the
7   company's address is 147 West Election Road, Suite 200, Draper, Utah 84020.  The contact
8   information for the site is privacy@freepeoplesearch321.com and
9   legal@freepeoplesearch321.com.  At the bottom of the front page in small font the site states
10  that by entering payment information, the consumer is signing up for a seven-day free trial, after
11  which the consumer will be charged $18.95 per month.  At the top of the payment page it states
12  that the total charge is $1.  After scrolling down, there is a box to the side of the area where the
13  consumer enters payment information.  It states that by entering his or her information, the
14  consumer is signing up for a seven day free trial, after which the consumer will be charged
15  $18.95 per month.

16  48.   On July 5, 2011, freepeoplesearch321.com was active.

17  49.   On July 18, 2011, freepeoplesearch321.com was unavailable.

18  **freepublicrecords123.com**

19  50.   On or about June 9, 2011, freepublicrecords123.com was active.  The "privacy"
20  section states that the site is owned by "Mobile Web Media and its affiliated companies," and
21  that the privacy agreement became effective February 9, 2010.  The "terms" section says that the
22  address of the company is 147 West Election Road, Suite 200, Draper, Utah 84020.  The contact
23  information for the site is privacy@freepublicrecords123.com and
24  legal@freepublicrecords123.com.  At the bottom of the front page in small font the site states
25  that by entering payment information, the consumer is signing up for a seven day free trial, after
26  which the consumer will be charged $18.95 per month.  At the top of the payment page it states
27  that the total charge is $1.  After scrolling down, there is a box to the side of the area where the
28  consumer enters payment information.  It states that by entering his or her information, the

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

1  consumer is signing up for a seven day free trial, after which the consumer will be charged

2  $18.95 per month.

3       51.    On July 5, 2011, freepublicrecords123.com was active.

4       52.    On July 18, 2011, freepublicrecords123.com was unavailable.

5  **familyhistoryinc.com**

6       53.    On or about June 9, 2011, familyhistoryinc.com was active. The "privacy"

7  section states at one point that the privacy agreement became effective on February 9, 2010, and

8  at another gives the date as March 1, 2011. The "terms" section says that the company's name is

9  FamilyHistoryInc.com, Inc. After the second "processing" page, the site states that the search

10  costs $1. At the top of the payment page it states that the total charge is $1. After scrolling

11  down, there is a box separate from the area where the consumer enters payment information. It

12  states that by entering his or her information, the consumer is signing up for a seven day free

13  trial, after which the consumer will be charged $18.95 per month.

14       54.    On July 5, 2011, familyhistoryinc.com was active.

15       55.    On July 18, 2011, familyhistoryinc.com was active.

16  **familyandhistory.com**

17       56.    On or about June 9, 2011, familyandhistory.com was active. The site appears to

18  be a blog, and has only one post dated 3/29/11. The post only says "My First Post." Nothing

19  else notable seemed to be listed on the site.

20       57.    On July 5, 2011 familyandhistory.com was active.

21       58.    On July 18, 2011 familyandhistory.com was active.

22  **Inactive Websites**

23       59.    The following websites were not active on either June 9, 2011, or July 18, 2011:

24  ancestor123.com, ancestorinc.com, ancestry123.com, ancestryfree123.com,

25  ancestryfree321.com, ancestryfreeinc.com, genealogymax.com, familyhistoriesinc.com,

26  familyhistoryfree123.com, familyhistoryfreeinc.com, familyhistorytreesinc.com,

27  familymembersinc.com, familyname123.com, familysearch123.com, familytreemakerinc.com,

28  familytreesfree.com, findmypast123.com, freeancestryinc.com, freefamilygenealogy.com,

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350

1   historyandfamily.com, historyoffamilyinc.com, historyofthefamilyinc.com, myhistory123.com,

2   myhistoryinc.com, surname123.com, topfamilyhistory.com, treemakerinc.com, and

3   whodoyouthinkyouareinc.com.

4          I declare under penalty of perjury that the foregoing is true and correct.

5

6   Executed on_____          _____

7                            Date                                    Burton Eggertsen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burton Eggertsen  Declaration - Page 11 of 11

FEDERAL TRADE COMMISSION
915 Second Ave., Su. 2896
Seattle, Washington 98174
(206) 220-6350