

SETALA AND FRANCE DECLARATION PAGE 006













SETALA AND FRANCE DECLARATION PAGE 012



SETALA AND FRANCE DECLARATION PAGE 013



SETALA AND FRANCE DECLARATION PAGE 014



SETALA AND FRANCE DECLARATION PAGE 015