**Please wait for a site operator to respond.**

**You are now chatting with 'Udale'**

**Udale:** Welcome to Customer Service Livechat.  May I please ask to whom I have the pleasure of chatting with?

**you:** ██████████

**Udale:** In order to quickly locate your account, I will need you to provide me with your email address and zip code please.

**you:** ████████████████

**Udale:** Please wait while I check your order details in our system.

**Udale:** Ok, how may I assist you?

**you:** I just viewed my report that I received for $1. Not quite what I was expecting.  Anyway, I just want to make sure I understand that I don't owe you guys anything else.  Is that correct?

**Udale:** Just to make sure I'm looking at the right records here, can you confirm the name, phone number or vehicle id number you were searching for? I know it's a hassle, but I want to make sure this gets done right!

**you:** I searched for ██████████ in Texas.

**Udale:** Just a moment please

**Udale:** One of our Technical Researchers will get to work on your report immediately so that we can locate all the available results within the next few hours.  He will check and triple check the records manually to make sure we provide you with all the available information. This should not take more than 3 hours. Please login after 3 hours, you'll see the available results in your previous search history at that time.

**you:** You guys already did this. I saw what you came up with. I already paid you a dollar for your research and at this point I'm pretty much done. I just want to make sure I understand how your program works and that I won't be charged anything else. Is that correct?

**Udale:** The 7 day trial membership offer provides you your first search for only a $1.00 processing fee. Upon completion of your trial, your monthly membership will provide you with 5 additional searches each month at only $18.95 per month.

**you:** Wait - membership!? I didn't agree to pay you $18.95 per month or see anything that talked about other charges besides the $1. Where was this?

**Udale:** http://www.lookupltd.com/terms.php

**Udale:** Please go through  the above link to see our terms.

**Udale:** You can activate the cancellation of your membership at any time by contacting us here at Livechat.

**you:** What do I need to do to start the cancellation process? I don't want any more of your reports.

**Udale:** I'm sorry that you have decided to cancel your Membership. I have now activated your cancellation request in our system.

In order to complete your cancellation, **48 hours from now** please login to your account and confirm your cancellation by following the instructions that will appear in a **SOLID RED BOX** located at the top of the page. Your account will not be cancelled, and you could still be charged $18.95 if you do not take this final step. This procedure is in place to ensure no cancellation is ever missed.

Once you have completed your cancellation; you will receive a confirmation cancellation number and you will no longer have access to your reports or search credits.

**you:** Why do I have to wait 2 days? Can't you just cancel me now?

**Udale:** Please login to your account after 48 hours and confirm your cancellation by following the instructions that will appear in a SOLID RED BOX located at the top of the page. Your account will not be cancelled until you take this final step.  I apologize for this delay, but this procedure is in place to ensure no cancellation is ever missed.

**you:** I'm pretty busy on Sunday and don't know if I have time to do this then. Can I do it on Monday, or better yet, Tuesday?

**Udale:** You can complete the cancellation at any time after 48 hours, but in order to avoid further charges, you need to confirm your cancellation before: Jul 06, 2011

**you:** So, just so I understand, if I logon and confirm my cancellation anytime between the afternoon of July 3 and July 6, I won't be charged anything more than the $1 I have already been charged? Is that correct?

**Udale:** You need to confirm your cancellation before: Jul 06, 2011.

**Udale:** If you will be cancell your account before Jul 06, 2011 you will not be charged membership fee.

ATTACHMENT D PAGE 001

SETALA AND FRANCE DECLARATION PAGE 044

**you:** What do you mean by "before" July 6th? Does that mean I have to cancel on July 5th or before July 6th ends?

**Udale:** Yes, you need to cancel your account before Jul 06, 2011.

**you:** You aren't answering my question!

**Udale:** Just a moment please

**Udale:** Your account will be charged on Jul 06, 2011 so you need to cancel your account before this date.

**you:** OK - I will cancel on July 5th so I won't be charged anything else. Is there some kind of confirmation number I can get for this chat with you?

**Udale:** Yes, you are right.

**Udale:** No,You can send copy of this chat to your e-mail by clicking send to e-mail link.

**Your chat transcript will be sent to** ▮▮▮▮▮▮▮▮▮▮ **at the end of your chat.**

**you:** Thanks for you help.

**Udale:** Thank you very much for chatting with us today. We hope the rest of your day is an excellent one.

**Udale:** Please feel free to come back for any further assistance.

SETALA AND FRANCE DECLARATION PAGE 045