The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JESSE WILLMS, *et al.*,<br><br>Defendants. | Case No. 2:11-cv-00828-MJP<br><br>**FTC'S REPLY TO JOINDER IN CERTAIN DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Note on Motion Calendar: July 22, 2011. |

Defendants Peter Graver, Adam Sechrist, Brett Callister, and Carey L. Milne ("Count 8 Defendants") join in the Opposition to Plaintiff's Motion for Preliminary Injunction ("Defendants' Opposition") filed by the Willms defendants as it applies to the allegations of Complaint Count 8 (ECF No. 45). For the reasons set forth in FTC's Reply to Defendants' Opposition, the preliminary injunction sought by the FTC against the Count 8 Defendants is justified and the FTC respectfully requests the Court to enter it.

The FTC has presented compelling evidence in its Amended Motion for Preliminary Injunction and Memorandum of Points and Authorities in Support that Defendants, including Count 8 Defendants, acting together, provided merchant banks with false or misleading information about the identities and finances of controlling persons to obtain and maintain merchant accounts through which the Willms defendants place charges on consumers' credit

FTC's Reply to Joinder Opposition - Page 1

and debit card accounts ([cite current brief]; ECF No. 40 at 27-29, and evidence cited therein). As such, each of the Defendants is responsible for the consumer injury caused by the use of these merchant accounts.

Defendants Milne and Callister attempt to evade responsibility by seizing on Complaint language that uses two of the Defendants' shell corporations, Sphere Media and Circle Media Bids, as examples (ECF No. 45 at 2-3). However, the evidence presented by the FTC clearly demonstrates that these two individuals were responsible for setting up two other shell corporations, Net Soft Media, LLC, and True Net, LLC, that were similarly used to evade credit card risk management systems to the detriment of consumers (ECF No. 40 at 27-29, and evidence cited therein).

For these reasons, the FTC respectfully requests that the Court enter the FTC's proposed preliminary injunction against the Count 8 Defendants.

Dated: July 22, 2011

Respectfully Submitted,

/Nadine Samter
NADINE S. SAMTER, WSBA #23881
KATHRYN C. DECKER, WSBA #12389
ELEANOR DURHAM, MD. Bar
JULIE K. MAYER, WSBA #34638
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
206-220-6350 (voice)
206-220-6366 (fax)
nsamter@ftc.gov; kdecker@ftc.gov
edurham@ftc.gov; jmayer@ftc.gov

Attorneys for Plaintiff Federal Trade Commission

FTC's Reply to Joinder Opposition - Page 2

CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2011, I electronically filed the foregoing **FTC'S REPLY TO JOINDER IN CERTAIN DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

James Kaminski
Hughes & Bentzen, PLLC
1100 Connecticut Avenue, NW, Suite 340
Washington, DC 20036
(202) 293-8875, Ext. 208
jkaminski@hughesbentzen.com

Jonathan N. Rosen
Shook, Hardy & Bacon, LLP
1155 F Street, NW, Suite 200
Washington, DC 20004-1305
(202) 639-5608
jrosen@shb.com

Molly A. Terwilliger
Summit Law Group, PLLC
315 Fifth Avenue, S., Suite 1000
Seattle, WA 98104
(206) 676-7000
mollyt@SummitLaw.com

Attorneys for Defendants Jesse Willms, 101636 Alberta Ltd., 1021018 Alberta Ltd., 1524948 Alberta Ltd., Circle Media Bids Limited, JDW Media LLC, Net Soft Media LLC, Sphere Media LLC, True Net LLC, Farend Services Ltd., Coastwest Holdings Ltd., Peter Graver, Adam Sechrist, Brett Callister, and Cary Milne

Dated: July 22, 2011

                                                                  s/Nadine Samter
                                                                   Nadine Samter