DECLARATION OF BURTON EGGERTSEN
Pursuant to 28 U.S.C. § 1746

I, Burton Eggertsen, declare as follows:

1.  I am a summer law clerk at the Federal Trade Commission's Northwest Regional Office. I am about to enter my third year as a law student at New York University Law School. The following facts are known to me personally and if called as a witness I could and would competently testify thereto.

2.  On or about June 9, 2011, I was provided a list of websites by Kathryn Decker, an attorney at the Federal Trade Commission. She asked that I visit each website to see if they were active and to record what I saw on each one. The websites are listed in Attachment A.

3.  On or about June 9, 2011, I visited each of these websites. I went through the terms and conditions of each site, the privacy statements, and contact information, and entered search terms and proceeded through the results to the final payment page. I recorded pricing information, contact information, company names, trademarks, and the general format of each site.

4.  The addresses of some websites on page MAFG 494 were cut off; in those cases I searched for what appeared on MAFG 494 as well as common endings of other websites. For example, for what was listed as "ancestryfre" I searched ancestryfreeinc.com, ancestryfree123.com, and ancestryfree321.com.

5.  I revisited the sites on July 5, 2011 and July 18, 2011. On those dates I recorded changes that had been made to the websites.

6.  Based on my research, all the active sites except for familyandhistory.com perform general people-searches. The consumer enters either a name or phone number, and the website claims to locate records about that person. The front page of each site also has an "as seen on" section at the bottom, stating that the website has been seen on various news programs (such as Fox News and ABC) and the sites of certain organizations (such as Brigham Young University). After a search term is entered, a page comes up stating that the search is "processing." Then a new link appears. That link brings up a new "processing" page, which

again brings up a new link when the processing is finished. That link brings up the payment page.

7. In total I looked at 45 websites. Of these, 17 were active. These websites, except for familyandhistory.com, were very similar in appearance and function. They all had the same $1 dollar initial fee, and stated multiple times and in different locations that the total cost was $1. Nine sites had a seven-day trial followed by an $18.95 per month charge. Seven had a five-day trial followed by a $19.95 per month charge. There were some differences in the owning company that was listed, cancellation procedures, contact information, and payment information. In the following paragraphs, I summarize what I found on each website.

### ancestrysearchinc.com

8. On or about June 9, 2011, ancestrysearchinc.com was active. The "privacy" section states that the site is owned by "Mobile Web Media and its affiliated companies," and that the privacy agreement became effective February 9, 2010. The "terms" section says that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site is privacy@ancestrysearchinc.com and legal@ancestrysearchinc.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box to the side of the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a seven day free trial, after which the consumer will be charged $18.95 per month.

9. On July 5, 2011, ancestrysearchinc.com was active. The front page and processing pages had new graphics.

10. On July 18, 2011, ancestrysearchinc.com was unavailable.

### cellphonenumberlookups123.com

11. On or about June 9, 2011, cellphonenumberlookups123.com was active. The "privacy" section states that the site is owned by "Mobile Web Media and its affiliated companies," and that the privacy agreement became effective February 9, 2010. The "terms" section says that the company's address is 147 West Election Road, Suite 200, Draper, Utah

84020. The contact information for the site is privacy@cellphonelookups123.com and legal@cellphonelookups123.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box to the side of the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a seven day free trial, after which the consumer will be charged $18.95 per month.

12. On July 5, 2011, cellphonenumberlookups123.com was still active. The front page and processing pages had new graphics.

13. On July 18, 2011, cellphonenumberlookups123.com was unavailable.

### peoplefind123.com

14. On or about June 9, 2011, peoplefind123.com was active. The "privacy" section states that the site is owned by "Mobile Web Media and its affiliated companies," and that the privacy agreement became effective February 9, 2010. The "terms" section says that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site is privacy@peoplefind123.com and legal@peoplefind123.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box to the side of the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a seven day free trial, after which the consumer will be charged $18.95 per month.

15. On July 5, 2011, peoplefind123.com was active. The front page and processing pages had new graphics.

16. On July 18, 2011, peoplefind123.com was unavailable.

### peoplesearchesinc.com

17. On or about June 9, 2011, peoplesearchesinc.com was active. The "privacy" section states that the site is owned by "Mobile Web Media and its affiliated companies," and that the privacy agreement became effective February 9, 2010. The "terms" section says that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact

1  information for the site is privacy@peoplesearchesinc.com and legal@peoplesearchesinc.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box to the side of the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a seven day free trial, after which the consumer will be charged $18.95 per month.

18. On July 5, 2011, peoplesearchesinc.com was active. The front page and processing pages had new graphics.

19. On July 18, 2011, peoplesearchesinc.com was active.

### surnamesinc.com

20. On or about June 9, 2011, surnamesinc.com was active. The "privacy" section states that the site is owned by "Mobile Web Media and its affiliated companies," and that the privacy agreement became effective February 9, 2010. The "terms" section says the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site was privacy@deathcertificatesinc.com and legal@deathcertificatesinc.com. The trademark for the website was blank; it was simply a "™" without other words. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box to the side of the area where the consumer enters payment information. It that states that by entering his or her information, the consumer is signing up for a seven day free trial, after which the consumer will be charged $18.95 per month.

21. On July 5, 2011, surnamesinc.com was active. The front page and processing pages had new graphics. The contact information was changed to privacy@surnamesinc.com and legal@surnamesinc.com. The trademark was changed to Surnames Inc™.

22. On July 18, 2011, surnamesinc.com was unavailable.

### whitepages321.com

23. On or about June 9, 2011, whitepages321.com was active. The "privacy" section states that the site is owned by "Mobile Web Media and its affiliated companies," and that the

privacy agreement became effective February 9, 2010. The "terms" section says that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site is privacy@whitepages321.com and legal@whitepages321.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box to the side of the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a seven day free trial, after which the consumer will be charged $18.95 per month.

24. On July 5, 2011, whitepages321.com was active. The front page had new graphics.

25. On July 18, 2011, whitepages321.com was unavailable.

**cellphonelookupus.com**

26. On or about June 9, 2011, cellphonelookupus.com was active. The "privacy" section states that the site is owned by "Mobile Web Media and its affiliated companies," and that the privacy agreement became effective February 9, 2010. The "terms" section says that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site is privacy@cellphonelookupus.com and legal@cellphonelookupus.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box to the side of the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a five day free trial, after which the consumer will be charged $19.95 per month.

27. On July 5, 2011, cellphonelookupus.com was active. The front page and processing pages had new graphics.

28. On July 18, 2011, cellphonelookupus.com was partially active. The front page and processing pages were online, but the final payment page was unavailable.

**freepeoplesearchltd.com**

29. On or about June 9, 2011 freepeoplesearchltd.com was active. The "privacy"

section states that the site is owned by "Mobile Web Media and its affiliated companies," and that the privacy agreement became effective February 9, 2010. The "terms" section says that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site is privacy@freepeoplesearchltd.com and legal@freepeoplesearchltd.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box to the side of the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a five day free trial, after which the consumer will be charged $19.95 per month.

30. On July 5, 2011, freepeoplesearchltd.com was active. The front page and processing pages had new graphics.

31. On July 18, 2011, freepeoplesearchltd.com was unavailable.

### publicrecords1.com

32. On or about June 9, 2011, publicrecords1.com was active. The "privacy" section states that the site is owned by "Mobile Web Media and its affiliated companies," and that the privacy agreement became effective February 9, 2010. The "terms" section says that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site is privacy@publicrecords1.com and legal@publicrecords1.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box to the side of the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a five day free trial, after which the consumer will be charged $19.95 per month.

33. On July 5, 2011, publicrecords1.com was active. The front page and processing pages had new graphics.

34. On July 18, 2011, publicrecords1.com was active.

### cellphonenumberlookupus.com

35. On or about June 9, 2011, cellphonenumberlookupus.com was active. The

"privacy" section says that the privacy agreement became effective March 1, 2011. The "terms" section states that the company's name is Cell Phone Number Lookup, Inc., that the governing law is that of the State of Washington, and that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site is legal@cellphonenumberlookupus.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box separate from the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a five day free trial, after which the consumer will be charged $19.95 per month. Beneath the monthly payment information on the payment page, the site states that to cancel the membership, the consumer must call the number on his or her credit card bill.

36.     On July 5, 2011, cellphonenumberlookupus.com was active.

37.     On July 18, 2011, cellphonenumberlookupus.com was unavailable.

### freeinmatelookupus.com

38.     On or about June 9, 2011, freeinmatelookupus.com was active. The "privacy" section stated that the privacy agreement became effective March 1, 2011. The "terms" section states that the company's name is Free Inmate Lookup, Inc., that the governing law is that of the State of Washington, and that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site is legal@freeinmatelookupus.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box separate from the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a five day free trial, after which the consumer will be charged $19.95 per month. Beneath the monthly payment information on the payment page, the site states that to cancel the membership, the consumer must call the number on their credit card bill.

39.     On July 5, 2011, freeinmatelookupus.com was active.

40.     On July 18, 2011, freeinmatelookupus.com was unavailable.

## freepublicrecordsus.com

41. On or about June 9, 2011, freepublicrecordsus.com was active. The "privacy" section stated that the privacy agreement became effective March 1, 2011. The "terms" section states that the company's name is Free Public Records, Inc., that the governing law is that of the State of Washington, and that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site is legal@freepublicrecordsus.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box separate from the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a five day free trial, after which the consumer will be charged $19.95 per month. Beneath the monthly payment information on the payment page, the site states that to cancel the membership, the consumer must call the number on their credit card bill.

42. On July 5, 2011, freepublicrecordsus.com was active.

43. On July 18, 2011, freepublicrecordsus.com was unavailable.

## peoplefinderus.com

44. On or about June 9, 2011, peoplefinderus.com was active. The "privacy" section states that the privacy agreement became effective March 1, 2011. The "terms" section states that the company name is People Finder, Inc., that the governing law is that of the State of Washington, and that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site is legal@peoplefinderus.com. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box separate from the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a five day free trial, after which the consumer will be charged $19.95 per month. Beneath the monthly payment information on the payment page, the site states that to cancel the membership, the consumer must call the number on their credit card bill.

45. On July 5, 2011, peoplefinderus.com was active.

1     46. On July 18, 2011, peoplefinderus.com was active.

**freepeoplesearch321.com**

47. On or about June 9, 2011, freepeoplesearch321.com was active. The "privacy" section states that the site is owned by "Mobile Web Media and its affiliated companies," and that the privacy agreement became effective February 9, 2010. The "terms" section says that the company's address is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site is privacy@freepeoplesearch321.com and legal@freepeoplesearch321.com. At the bottom of the front page in small font the site states that by entering payment information, the consumer is signing up for a seven-day free trial, after which the consumer will be charged $18.95 per month. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box to the side of the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a seven day free trial, after which the consumer will be charged $18.95 per month.

48. On July 5, 2011, freepeoplesearch321.com was active.

49. On July 18, 2011, freepeoplesearch321.com was unavailable.

**freepublicrecords123.com**

50. On or about June 9, 2011, freepublicrecords123.com was active. The "privacy" section states that the site is owned by "Mobile Web Media and its affiliated companies," and that the privacy agreement became effective February 9, 2010. The "terms" section says that the address of the company is 147 West Election Road, Suite 200, Draper, Utah 84020. The contact information for the site is privacy@freepublicrecords123.com and legal@freepublicrecords123.com. At the bottom of the front page in small font the site states that by entering payment information, the consumer is signing up for a seven day free trial, after which the consumer will be charged $18.95 per month. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box to the side of the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a seven day free trial, after which the consumer will be charged

$18.95 per month.

51. On July 5, 2011, freepublicrecords123.com was active.

52. On July 18, 2011, freepublicrecords123.com was unavailable.

**familyhistoryinc.com**

53. On or about June 9, 2011, familyhistoryinc.com was active. The "privacy" section states at one point that the privacy agreement became effective on February 9, 2010, and at another gives the date as March 1, 2011. The "terms" section says that the company's name is FamilyHistoryInc.com, Inc. After the second "processing" page, the site states that the search costs $1. At the top of the payment page it states that the total charge is $1. After scrolling down, there is a box separate from the area where the consumer enters payment information. It states that by entering his or her information, the consumer is signing up for a seven day free trial, after which the consumer will be charged $18.95 per month.

54. On July 5, 2011, familyhistoryinc.com was active.

55. On July 18, 2011, familyhistoryinc.com was active.

**familyandhistory.com**

56. On or about June 9, 2011, familyandhistory.com was active. The site appears to be a blog, and has only one post dated 3/29/11. The post only says "My First Post." Nothing else notable seemed to be listed on the site.

57. On July 5, 2011 familyandhistory.com was active.

58. On July 18, 2011 familyandhistory.com was active.

**Inactive Websites**

59. The following websites were not active on either June 9, 2011, or July 18, 2011: ancestor123.com, ancestorinc.com, ancestry123.com, ancestryfree123.com, ancestryfree321.com, ancestryfreeinc.com, genealogymax.com, familyhistoriesinc.com, familyhistoryfree123.com, familyhistoryfreeinc.com, familyhistorytreesinc.com, familymembersinc.com, familyname123.com, familysearch123.com, familytreemakerinc.com, familytreesfree.com, findmypast123.com, freeancestryinc.com, freefamilygenealogy.com, historyandfamily.com, historyoffamilyinc.com, historyofthefamilyinc.com, myhistory123.com, myhistoryinc.com,

surname123.com, topfamilyhistory.com, treemakerinc.com, and whodoyouthinkyouareinc.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/27/11
             Date

_(signed)_ Burton Eggertsen

**Adwords Sites... New Funnels**
From: kevin@terramarketinggroup.com
Sent: Fri, Apr 8, 2011 at 7:37 pm
To: jesse@terramarketinggroup.com

MAFG    479

Hey Jesse,

Here are the adwords sites with new funnels.

http://peoplesearchesinc.com
http://www.whitepages321.com
http://peoplefind123.com
http://cellphonenumberlookups123.com
http://freepublicrecords123.com
http://freepeoplesearch321.com

Something I noticed is the loading screen will skip if you don't clear your browser cache between each site.

Regards,
Kevin

**Attachment A**
**Page 1**

MAFG    480

http://www.publicrecords1.com/publicrecords.php
http://www.cellphonelookupus.com/cellphonelookup.php
http://www.freepeoplesearchltd.com/freepeoplesearch.php
http://www.freeinmatelookupus.com/freeinmatelookup.php
http://www.peoplefinderus.com/peoplefinder.php
http://www.cellphonenumberlookupus.com/cell_phone_number_lookup.php

http://www.freepublicrecordsus.com/freepublicrecords.php

Lets meet on

MAFG    494

| Keyword | |
|---|---|
| family history trees | familyhistorytreesinc.com |
| genealogy | genealogymax.com |
| surname | surname123.com |
| ancestry.com | ancestry123.com |
| family histories | familyhistoriesinc.com |
| family name | familyname123.com |
| familysearch.org | familysearch123.com |
| ancestry search | ancestrysearchinc.com |
| family tree maker | familytreemakerinc.com |
| find my past | findmypast findmypast123.com |
| tree maker | treemakerinc.com |
| family members | familymembersinc.com |
| family history free | familyhisto familyhistoryfree123.com |
| my history | myhistoryi myhistory123.com |
| ancestor | ancestorin ancestor123.com |
| family trees free | famlytreesfree.com |
| free family genealogy | freefamilygenealogy.com |
| ancestry free | ancestryfre ancestryfreeinc.com |
| free ancestry | freeancestryinc.com |
| family history | topfamilyhistory.com |
| history of family | historyoffamilyinc.com |
| family and history | familyandhistory.com |
| history of the family | historyofthefamilyinc.com |
| history and family | historyandfamily.com |
| surnames | surnamesinc.com |
| who do you think you | whodoyouthinkyouareinc.com |

Let's Plan
should add
birth, marriage, death etc