The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **JESSE WILLMS**, *et al.*, <br><br> Defendants. | Case No. 2:11-cv-00828-MJP <br><br> **JOINT NOTICE OF SETTLEMENT PURSUANT TO GR3(b)** <br><br> **Note on Motion Calendar:** November 28, 2011 |

Counsel for plaintiff Federal Trade Commission ("FTC" or "Commission") and defendants jointly inform the Court pursuant to GR 3(b) that they have reached a settlement agreement in principle that resolves this matter with all defendants and eliminates the need for further litigation. Each of the defendants and counsel for defendants have signed a proposed Stipulated Final Judgment and Order for Permanent Injunction ("Final Order").

On November 28, 2011, FTC counsel forwarded to the Commission its recommendation that the Commission authorize staff to sign and file the proposed Final Orders. The parties request that the Court suspend the existing case scheduling order, entered

Joint Notice of Settlement - Page 1

on August 8, 2011, for ninety (90) days to allow the Commission to review and approve the proposed Final Orders.

**IT IS SO ORDERED**, this ___ day of _____, 2011.

---

Marsha J. Pechman
United States District Judge

Respectfully Submitted,

s/Kathryn C. Decker
KATHRYN C. DECKER, WSBA #12389
NADINE S. SAMTER, WSBA #23881
ELEANOR DURHAM, MD. Bar
JULIE K. MAYER, WSBA #34638
RICHARD MCKEWEN
Federal Trade Commission
915 Second Ave., Suite 2896
Seattle, WA 98174
206-220-6350 (voice)
206-220-6366 (fax)
kdecker@ftc.gov
nsamter@ftc.gov;
edurham@ftc.gov;
jmayer@ftc.gov
rmckewen@ftc.gov

Attorneys for Plaintiff Federal Trade Commission

s/Jonathan N. Rosen
JONATHAN N. ROSEN
Shook, Hardy & Bacon, LLP
1155 F Street, NW, Suite 200
Washington, DC 20004-1305
202-639-5608
jrosen@shb.com

s/James A. Kaminski
JAMES A. KAMINSKI
Hughes & Bentzen, PLLC
1100 Connecticut Avenue, NW, Suite 340
Washington, D.C. 20036
202-293-8975
202-293-8973 (fax)
jkaminski@hughesbentzen.com

s/Lynn Engel

Joint Notice of Settlement - Page 2

1  LYNN ENGEL
   MOLLY A. TERWILLIGER
2  Summit Law Group, PLLC
   315 Fifth Avenue, S., Suite 1000
3  Seattle, WA 98104
   206-676-7000
4  lynne@SummitLaw.com
   mollyt@SummitLaw.com
5
   Attorneys for Defendants Jesse Willms; 1021018 Alberta Ltd.; 101636 Alberta Ltd.; 1524948
6  Alberta Ltd.; Circle Media Bids Limited; Coastwest Holdings Ltd.; Farend Services Ltd.; JDW
   Media, LLC; Net Soft Media, LLC; Sphere Media, LLC; True Net, LLC; and Mobile Web
7  Media, LLC

8  s/Dawn C. Stewart
   DAWN C. STEWART
9  The Stewart Law Firm, PLLC
   1050 Connecticut Avenue, NW, 10th Fl.
10 Washington, D.C.  20036
   202-772-1080
11 202-293-8973 (fax)
   dstewart@thestewartlawfirm.com
12
   Attorney for Defendants Peter Graver, Adam Sechrist, Brett Callister, Carey L. Milne, and
13 Elizabeth Graver

Joint Notice of Settlement - Page 3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2011, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

| | |
|---|---|
| James A. Kaminski<br>Hughes & Bentzen, PLLC<br>1100 Connecticut Avenue, NW, Suite 340<br>Washington, D.C.  20036<br>202-293-8975<br>202-293-8973<br>jkaminski@hughesbentzen.com | Jonathan N. Rosen<br>Shook, Hardy & Bacon, LLP<br>1155 F Street, NW, Suite 200<br>Washington, DC 20004-1305<br>202-639-5608<br>jrosen@shb.com |

Lynn Engel
Molly A. Terwilliger
Summit Law Group, PLLC
315 Fifth Avenue, S., Suite 1000
Seattle, WA 98104
206-676-7000
lynne@SummitLaw.co
mollyt@SummitLaw.com

Attorneys for Defendants Jesse Willms; 1021018 Alberta Ltd; 101636 Alberta Ltd; 1524948 Alberta Ltd; Circle Media Bids Limited; Coastwest Holdings Limited; Farend Services Ltd; JDW Media, LLC; Net Soft Media, LLC; Sphere Media, LLC; True Net, LLC; and Mobile Web Media, LLC

Dawn C. Stewart
The Stewart Law Firm, PLLC
1050 Connecticut Avenue, NW, 10th Fl.
Washington, D.C.  20036
202-772-1080
202-293-8973 (fax)
dstewart@thestewartlawfirm.com

Attorney for Defendants Peter Graver, Adam Sechrist, Brett Callister, Carey L. Milne, and Elizabeth Graver

DATED: November 28, 2011          /s/ Kathryn C. Decker
                                  Kathryn C. Decker
                                  Attorney for Plaintiff Federal Trade Commission
                                  915 Second Ave., Suite 2896
                                  Seattle, WA 98174
                                  206-220-4486
                                  206-220-6366 (fax)
                                  kdecker@ftc.gov